# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY, OWENSBORO DIVISION

CHARLES MORRIS, ET AL.,

Plaintiffs,

vs. No. 4:15-CV-00077

TYSON CHICKEN, INC., ET AL.,

Defendants.

CONFIDENTIAL UNDER PROTECTIVE ORDER

_________________________

VIDEO DEPOSITION OF DAVID MEARS
TAKEN ON BEHALF OF THE PLAINTIFFS
ON OCTOBER 12, 2018, BEGINNING AT 9:01 A.M.
IN SPRINGDALE, ARKANSAS
REPORTED BY MIKE WASHKOWIAK, CCR

APPEARANCES:

On behalf of the PLAINTIFFS
John C. Whitfield
WHITFIELD, BRYSON & MASON LLP
19 North Main Street
Madisonville, Kentucky 42431
270-821-0656
john@wbmllp.com

On behalf of the PLAINTIFFS
Caroline Taylor
WHITFIELD BRYSON & MASON LLP
19 North Main Street
Madisonville, Kentucky 42431
270-821-0656
caroline@wbmllp.com

VERITEXT LEGAL SOLUTIONS
MID-ATLANTIC REGION
1801 Market Streeet - Suite 1800
Philadelphia, Pennsylvania 19103

What breed of birds were grown by Cobb-Vantress?
A Back then it was 500s.
Q Just 500s?
A Cobb 500s and the Cobb male was primarily the only breeds that was.
Q Okay. You said primarily, but were there other breeds besides those two?
A They had some avian breeds, but we didn't sell them, okay?
Q Okay.
A They were at the research facilities. They had some Vantress. They had some Vantress breeds. That's why thus Cobb-Vantress. Now it's just Cobb, but the Vantress breed was still on the research farm. We still had those genetics.
Q Okay. But as far as the ones that were sold during this time period?
A 500s.
Q 500s and Cobb male?
A Uh-huh. Yes.
Q What's the difference, for somebody watching this, what's the difference between a Cobb 500 and a Cobb male?
A Well, the Cobb 500 female is the ones that's going to lay the eggs --



Q Got it.
A -- okay, and produce -- and produce the Cobb 500 chicks. Now the male was just a Cobb male back then, and it actually mates with the 500 hen and fertilizes the egg, okay?
Q Got it.
A And we only had one male, and we only had one breed.
Q Okay. That was during this time period?
A Yes.
Q '98 to 2000. Okay, so after 2000 where did you move?
A Got tired of being on the road, so I went back to Tyson Foods as breeder hatchery manager Clarksville, Arkansas.
Q How long did you do that?
A Until 2005, and then I became assistant live production manager at Clarksville, Arkansas.
Q Who was the live production manager in 2005 at Clarksville?
A Gordon Sturdivant.
Q Can you spell his last name for me?
A S-t-u-r-d-i-v-a-n-t.
Q Okay. Assistant live production manager, tell me what your responsibilities were in Clarksville.



A I had the responsibility for the hatcheries, the breeder department, the grower department and live haul and -- broiler, breeder, live haul, feed mill.
Q Okay. And how many growers were underneath the Clarksville umbrella when you were there?
A There was about 175 contracts for broilers.
Q Got it.
A 55 breeder hen and nine pullet.
Q Okay. All the -- strike that.
The 175 contracts for the broilers were all tournament system based?
A Yes, they are.
Q Then the 55 breeder hens were square foot?
A Breeder hens is eggs pay.
Q Egg pay, what you just told me a minute ago?
A Yeah, and the pullets was square foot.
Q Got it. Do you know why there was a difference between those three types of contracts, broiler grower versus pullet versus breeder?
A There's a difference in broilers don't lay eggs, okay?
Q Okay.
A All right, so how are you going to pay a breeder producer based on -- it's what you're asking that producer to actually do. He's not raising meat to be processed.



He's raising -- he's raising a breed of chickens to produce eggs, so you have to pay them based on eggs.
Q Okay. I get that.
A All right. Now broilers is a meat product that's going to be processed. You have to pay them on pounds.
Q Okay.
A All right.
Q But why could you not just pay them X amount of dollars per pound instead of the tournament system, do you know?
A X amount of dollars per pound you would probably have way too many of them go broke because there would be no -- there is a bottom end within the tournament system where we're going to pay no matter what this amount of dollars or this amount per pound. If you have producers out there growing broilers that now with the animal welfare issues and everything else that's out there, they wouldn't take care of them.
Q So Tyson budgets X amount of dollars for --
A No. No, they don't.
Q Okay. So in any given tournament is it not true that they budget X amount of dollars for a given tournament?
A No.

Page 58

one contract?
A Oh yes.
Q So 94 to 96 contracts doesn't necessarily mean 94 to 96 growers?
A No.
Q If you had to guess, what about the growers, how many growers do you think were there?
A Probably 72 --
Q Okay.
A -- on broilers.
Q Yes, sir, on broilers, yeah. All of those 72 growers were operating under a tournament system?
A Yes, a few, a handful were on the 52-week contract, but it's a tournament contract also.
Q Okay, fair enough. A week versus 52 weeks?
A Yes.
Q And they're both under the tournament system?
A Yes.
Q Okay. Now, walk me through, then, your responsibilities as complex manager from 2014 through October 29, 2017.
A I had the responsibility for all the team members, which is about 1600 total team members.
Q 1600?
A Uh-huh, yes. The responsibility for all the

Page 59

contract growers. I had the processing facility, the hatchery, the feed mill, the delivery aspects and the live haul aspects. All the aspects of a poultry complex I was responsible for.
Q Okay.
A The safety.
Q Now, as complex manager I assume, then, when you got there the GIS system was in place?
A Yes.
Q You're familiar with the GIS system?
A Yes, I am.
Q Tell us what the GIS system is.
A The grow-out -- it's a system that actually has all the data in there on the individual producers and the flocks that they produce.
Q Is this an internal system within Tyson management?
A Yes.
Q Would the growers have any access to the GIS system?
A No.
Q Do you know why?
A I do not.
Q Okay. I assume, then, you would have a username and password?

Page 60

A Yes.
Q Okay. And your username, I assume, would be your email address?
A Yes.
Q What was your email address?
A David.Mears@Tyson.com.
Q David.Mears@Tyson.com, okay. Being complex manager I would assume that email was something that you would use?
A I do, yes.
Q Did Tyson have when you were at -- strike that. Let me try that again.
When you were live production manager -- strike that again.
When you were complex manager at the Robards facility when you got there in 2014, was there some internal program that the Robards facility used for email traffic?
A Tyson Net.
Q Tyson.net?
A Uh-huh.
Q Okay. Let me tell you what I'm talking about, for example. I'm sure Mark will tell you the same thing. Law firms we use different type platforms for email traffic. We use Outlook, for example.

Page 61

A Yeah, it's Outlook. It was Outlook.
Q So it was an Outlook-based program?
A Yes.
Q You guys would use as well?
A Yes.
Q Okay. But would it be internal within Tyson.net that Outlook would be a part of that?
A Yes.
Q We have the same thing in our firm. I just wanted to know what you were talking about. Was it cloud-based?
A Yes.
Q Okay. So if you wanted to communicate with the live production manager, you could do it by email?
A Yes.
Q How often would you use your email, do you think, when you were a complex manager there?
A Daily.
Q Okay. Any idea how many emails a day you would send out?
A Not really.
Q Any idea how many emails a day you would receive when you were complex manager?
A Probably up to 30 to a 100. It just depends on what day.

A No.
Q Have you taken Adderall before?
A No.
MR. TATUM: What are you asking that question for? Objection, you don't have to answer that. Now he's just jerking you around.
MR. WHITFIELD: No, I'm just trying to ask the questions. That's all.
MR. TATUM: No. In fact, let's just take a break. We'll take a break real quick, let him cool down.
MR. WHITFIELD: No.
MR. TATUM: We're taking a break.
MR. WHITFIELD: Okay, but listen to me --
MR. TATUM: Listen, you start accusing someone of taking Adderall, come on.
THE WITNESS: What is Adderall?
MR. WHITFIELD: Quit characterizing how I'm asking the questions.
MR. TATUM: You shouldn't smart off to him.
MR. WHITFIELD: I'm not smarting off.
MR. TATUM: Come on. You're a guy, you know the difference. Let's take a break.
MR. WHITFIELD: He needs to tell the truth. That's what he needs to do, that's all.
MR. TATUM: John, your world is not everyone's



world.
MR. WHITFIELD: Okay. I just want the witness to tell the truth, that's all.
THE VIDEOGRAPHER: Want to go off the record?
MR. WHITFIELD: Yeah, we're off the record.
THE VIDEOGRAPHER: We are now off the record. The time is 11:13 a.m.
(BREAK FROM 11:13 TO 11:23)
THE VIDEOGRAPHER: We are back on the record. The time is 11:23 a.m.
Q (BY MR. WHITFIELD) Okay, we're back on the record, and David, we were talking about Exhibit 2 here and we were talking about the inputs at the top. Tell me, of these inputs ranging from sex to the grower pay which one of those is the most important, in your opinion, as far as ranking is concerned.
A Feed conversion.
Q Okay. Why do you say that?
A It's 65 percent of all the cost.
Q Is it fair for me to assume that if feed conversion is the most important, then is that the input that's most directly related to net pound value?
A Yes.
Q In your opinion?
A Yes.



Q Okay. What else is important in these inputs besides feed conversion?
A Every one of them is important, but feed conversion is weighted the heaviest. Livability would come in there.
Q So feed conversion is rated number one, you think?
A Yes.
Q And then livability is second?
A Yes. But if we're talking about how the grower got paid, gross pounds, seeing how he's being paid on weight, is also highly important.
Q The farm weight?
A Yes.
Q Okay. That would be the gross weight?
A That's the total pounds that he'll be paid for. But farm weight, the farm weight is the individual bird weight.
Q Okay. So you think feed conversion first, livability second, and gross pounds third?
A Yes.
Q What other things are relevant in terms to get the net pound value?
A The condemn, which is very little, very little cost to the producer, but it does play a role in how well



you settle.
Q Okay. That condemn basically, again for somebody watching this, David, is what? What's condemn?
A That's whole bird condemn, and whole bird condemn is a bird that the government has inspected and said is not fit to be dressed or ran on in the further processing.
Q That's at that plant?
A That's at the plant.
Q Okay. So you've got a USDA rep that's on the line?
A Yes.
Q Okay. Do you have typically more than one at the Robards complex, at least when you were there?
A Oh yes.
Q How many USDA people on the line would you have?
A Five on each line. There's two lines.
Q Okay, so you'd have ten?
A Ten.
Q Okay. And that would be daily?
A Daily.
Q And so the USDA rep would make the determination that this one is going to be condemned and that one's not?
A Yes.
Q Okay. So if the USDA rep makes the

determination that there's going to be a bird that's condemned, then that's the whole bird?
A Uh-huh.
Q Is that a yes?
A Yes.
Q And then does the Tyson employee is that the person that actually takes the bird off the line?
A Yes.
Q What's done with that bird?
A If it's -- if it's deemed that it cannot be salvaged by USDA, they threw it in a condemn barrel. The USDA has them throw it in a condemn barrel. If it's deemed that it can be salvaged, even though it's been taken off the line, it's hung on the rehang line and goes to the salvage stations.
Q Okay. If it can be saved and it's a salvaged bird then is the -- does the farmer get any credit for that bird?
A Yes.
Q Okay, a salvaged bird?
A Yes.
Q A bird that's condemned but not salvaged?
A They don't get any credit for.
Q So if it's a whole bird condemn and it's not subject to salvage, then the farmer does not get credit



for that bird?
A No, he ends up -- it ends up counting against him.
Q Okay.
A Now salvaged condemn, the plant eats the plant parts. The plant takes the burden of that condemned bird. You've got plant condemn.
Q Okay.
A And usually it's the parts piece of it. You've got to go in and you cut up the bird and there's certain parts of that chicken that have to be thrown into it, be it a leg quarter, be it a drum, whatever. If it's not salvageable, it's cut off of the bird and thrown into a barrel, and that's condemned parts. That does not count against the producer. Then the rest of the bird after it's been tooken care of on the salvage line is rehung and goes back through the process.
Q Okay. But a whole bird condemn is counted against the grower?
A Yes.
Q Are you familiar with the tournament system and condemn in other companies?
A Yes.
Q Do you know whether or not for example Perdue charges condemn against the grower?



A I don't know about Perdue.
Q Okay. What about the other companies that you're familiar with?
A Let me rephrase that. I only know of other complexes in Tyson Foods how condemn is handled. I don't know of other companies. I've not sat there and looked at the other companies how they're handling condemn when it comes through a grower.
Q Have you heard what other companies do in regards to condemn and whether or not other companies charge condemn against the grower?
A I have not. I have not.
Q All right. Now, you also told me that when you were at Cobb that Cobb did sexing of the birds, so essentially they would be able to tell you in any set number of birds how many are males and how many are females; is that fair?
A Yes.
Q Are there instances when you were complex manager at the Robards facility where sexed birds from Cobb would make their way to the Robards facility?
A No, not to my knowledge.
Q Okay. So there were no instances where when you were complex manager that birds were received from Cobb that were already sexed?



A Yes, all the pullet placements have been sexed.
Q Okay. What about broilers?
A No.
Q So the boilers were not sexed from Cobb?
A Robards complex produces its own broilers, not Cobb.
Q So you didn't get any broilers from --
A You're asking about byproduct. Did I receive any byproduct from Cobb?
Q What do you mean by byproduct?
A Byproduct is the term used for the sexing process. Cobb sells the byproduct to Tyson Foods complexes, okay?
Q All right.
A That's the males. It could be males and it could be females, okay?
Q All right.
A And it could be mix of both, but it's what they have actually taken out of the flocks that they're not selling as all female GPs, okay?
MR. TATUM: What's a GP?
THE WITNESS: GP is grandparent flock, pullets.
Q (BY MR. WHITFIELD) Are there instances where you're familiar with at the Robards complex where growers would receive all male birds?