# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY, OWENSBORO DIVISION

CHARLES MORRIS, ET AL.,

Plaintiffs,

vs. No. 4:15-CV-00077

TYSON CHICKEN, INC., ET AL.,

Defendants.

____________________________

VIDEO DEPOSITION OF JIM GOTTSPONER
TAKEN ON BEHALF OF THE PLAINTIFFS
ON OCTOBER 11, 2018, BEGINNING AT 9:01 A.M.
IN SPRINGDALE, ARKANSAS
REPORTED BY MIKE WASHKOWIAK, CCR

APPEARANCES:

On behalf of the PLAINTIFFS
John C. Whitfield
WHITFIELD, BRYSON & MASON LLP
19 North Main Street
Madisonville, Kentucky 42431
270-821-0656
john@wbmllp.com

On behalf of the PLAINTIFFS
Caroline Taylor
WHITFIELD BRYSON & MASON LLP
19 North Main Street
Madisonville, Kentucky 42431
270-821-0656
caroline@wbmllp.com

Page 34

Q Was there anything written about that that Tyson had?
A I can't remember.
Q Was there an animal welfare manual of any sort that they had?
A I can't remember one.
Q Okay. Do you know whether or not farmers when they contracted with Tyson Foods to grow chickens at that time were given some type of animal welfare manual, here's the dos and here's the don'ts in regards to chickens or the growing of chickens?
A I don't remember.
Q Okay. So back then one of the things that you were doing basically was making sure that the chickens weren't abused or neglected in a severe way it sounds like?
A Yes, sir, or no feed.
Q What's that?
A No feed. If folks, you know, didn't keep feed out on a regular basis, we would need to correct that problem.
Q All right, now -- go ahead, I'm sorry.
A For me to keep feed ordered for the farm. My job was to keep feed on the farm.
Q Okay. Animal welfare is one thing. The other

Page 35

is to keep feed on the farm. Now, during this time period is it fair for me to assume Tyson provided the feed?
A Yes, that's correct.
Q And Tyson provided the chicks?
A Yes, that's correct.
Q And Tyson provided the veterinarian services?
A Yes, that's correct.
Q What other services in a general sense did Tyson provide to the farmers during this '91 through '94 time period?
A That's -- I don't remember any other significant items. Pay.
Q Okay, and pay obviously. The farmers, then, would provide the house, correct?
A Yes, sir.
Q Is it fair for me to assume that during this time period that the house needed to be constructed to a certain specification as dictated by Tyson?
A I don't remember the spec expectations. I don't remember.
Q Okay. You don't remember whether or not Tyson said it had to be a certain size, a certain shape, anything like that?
A No, sir, I don't remember.
Q Okay. In your educational period did you ever

Page 36

hear of something called the Center for Excellence in Russellville, Arkansas? Have you ever heard of that?
A I've been to training at a place in Russellville, but I don't know if that's what it was called.
Q Okay. When did you go to that?
A Probably 1993.
Q So it was during this time period between '91 and '94 you went to a training center in Russellville?
A Yes, sir.
Q What was this for?
A It was for leadership training.
Q How long was that, Jim?
A It was one week.
Q And as far as the leadership training that you got, did it deal with the growing birds themselves?
A Not specifically.
Q Or the mechanics of growing the birds?
A No.
Q Or how to grow a bird?
A No, sir.
Q Prior to --
MR. TATUM: Just hit decline. That's distracting.
MR. WHITFIELD: No problem.

Page 37

THE WITNESS: I have a farm, so if I have an alarm go off.
MR. TATUM: Well, flip it back over.
THE WITNESS: If I have an alarm go off, I will need to be aware and be able to exit.
MR. WHITFIELD: Not a problem. Not a problem at all.
Q (BY MR. WHITFIELD) So in '93 you said you went to this leadership program, but you don't remember exactly where it was?
A I know where it was.
Q Russellville?
A Well, I know exactly where it was, the building. It's on Lake Dardanelle. I think the University of Arkansas may own it now. I think Tyson owned it and may have given it to them. I may be wrong about all of this, but I know exactly where it is. I don't know the name of it, but it's on Lake Dardanelle in Russellville, Arkansas.
Q Got it.
A It was developing leadership skills.
Q Got it, okay. All right, so we talked about the animal welfare issues that you were dealing with as a broiler tech from '91 to '94. We also talked about the responsibility for feed, that you may need to make sure that there was feed at the farms.

A No, sir.
Q All right. Okay, so you got to Robards on December 10, 2013 as live production manager. Now, we've heard about this title before in depositions, but I want to hear it from you, if don't mind. Explain to us what a live production manager is and what your job responsibilities were.
A So the live production manager is responsible for all aspects of the production of meat and chicken up to the back door of the plant.
Q Okay. I'm trying just by memory to remember how this all works, but you've got a complex manager, correct, and the complex manager is the main boss at the complex?
A That is correct.
Q When you got there December 10, 2013, who was the complex manager at Robards?
A Craig Coberly.
Q Okay. There are various divisions underneath the complex, one of which is live production?
A Yes, sir.
Q What are the other ones, Jim?
A The plant manager.
Q So you've got live production and you've got plant manager?
A Yes, sir.



Q Any other ones?
A HR manager, safety manager.
Q HR manager.
A Environmental manager.
Q Safety, environmental. What about accounting?
A Yes, controller.
Q I'm sorry?
A Controller.
Q Controller, got it.
A Yes.
Q So the live production manager is responsible again for what? Tell me that again.
A Everything from the production of the live bird from beginning all the way up until the back door of the plant where they enter the plant.
Q All right. So at the Robards facility, then, I assume that being that you were a live production manager you would be responsible for interacting with the farmers themselves?
A That's correct.
Q How many farmers serviced the Robards facility while you were live production manager?
A That gets confusing with contracts versus farmers. I would say approximately 70 farmers.
Q Seventy separate farmers?



A Yes.
Q Those farmers themselves would have maybe multiple contracts?
A That's correct.
Q Okay. And multiple farms?
A Yes.
Q All right. I assume then that you're familiar relatively of the size in farms that these farmers had?
A Yes, sir.
Q The largest farms were who, if you remember?
A Well, at the beginning Greg Hefton had 64 barns and then Charles Morris had, it should've been 56, but some of those were out of production when I got there, so 52 barns were in production. And then --
Q Go ahead.
A Okay. John Lloyd had 32 barns, and Morgan Rickard had 16 barns. That was probably the biggest producers I can think of right there.
Q Okay. Is Hefton still with Tyson if you know?
A He was when I was there.
Q Okay. Did he still have that many barns?
A He had sold 14, so he was down to 50 barns.
Q Okay. So he had 50 barns, and then Charles Morris had around 52 barns?
A That's correct.



Q John Lloyd had 32 and Morgan Rickard had 16?
A Yes, sir.
Q So those were the top four farms in terms of number?
A They were when I got there.
Q Okay. How did that change over time?
A Well, Morgan Rickard had a couple of houses fall down in the snow.
Q Right.
A And then we had a producer that came to us from Perdue. I can't think of his last name. They brought 16 or 20 barns with them and bought more. They bought more before I left, so they became -- I don't know how many they had when I left. They were buying as I left, and I don't know how many they ended up buying.
Q Okay.
A So just changing, and Charles had a couple barns go out of production.
Q When you got there as live production manager, then, were you responsible for overseeing a certain amount of people?
A A certain amount of people?
Q Yeah, did you oversee people?
A Yes, sir.
Q All right, how many?

Page 122

Q Do you remember what day in April that would've been?
A No, sir, I don't.
Q All right. The Robards facility is in Webster County, isn't it, or is it Henderson County?
A Henderson County.
Q Was the Henderson County Fire Department called?
A Yes. Well, no.
Q Was not?
A They were not.
Q Okay. So the fire was put out by Tyson employees?
A Yes.
Q But didn't sustain any damage?
A None.
Q Okay. Then why was that an issue, if you knew?
A The potential for an explosion.
Q The potential for an explosion? Didn't explode, but there was a threat?
A Didn't explode. There was a flame in an area that flames cannot be tolerated.
Q All right. And then is that the only issue that you had to deal with at Tyson in terms of you leaving?
A Yes. Performance was just always there and a challenge, but yes, that was the only thing I'm aware of.

Page 123

Q You said performance was a challenge. What do you mean by that?
A Mainly bird health. Trying to get healthy birds to the plant was always a -- was always a challenge.
Q Are you saying that Tyson was concerned about the health of the birds that you were getting at the plant?
A Yes.
Q Okay. That's a bit general. Can you break that down for me a little bit?
A Well, when the birds would come to the plant and have air sac, that was a big problem.
Q Okay. So you're talking about the birds that you're getting back from the farmers once the birds were gathered?
A That's correct.
Q There was an air sac issue?
A That's correct.
Q Do you remember which farmers may have had air sac issues that you're talking about here?
A There was -- there were, you know, quite a few.
Q Can you give me their names?
A No. I mean, because Charles Morris had so many houses, it's easy to remember that he had a condemnation, high condemnation, and Morgan Rickard had occasional high

Page 124

condemnation bird health issues.
Q Now again, when you say condemnation issues, for somebody watching that, what's that mean?
A That means birds that were not healthy enough for USDA to allow them to go into human consumption.
Q Right. Would an air sac issue be an issue that was subject to condemnation by the USDA?
A That's correct.
Q So you do remember Mr. Morris having air sac issues, correct?
A Yes.
Q And you remember Morgan Rickard having air sac issue?
A Yes.
Q Anybody else that you remember having air sac issues?
A I can't -- I can't think of any specifically, but it was -- there was others that had issues. Those were the bigger producers that stood out.
Q Okay. So Tyson was not happy with the health issues, at least with these two individuals, which contributed to you being asked to leave?
MR. TATUM: Objection, misstates his testimony.
Q (BY MR. WHITFIELD) Is that wrong or right?
A I don't -- I don't -- that's not right. That's

Page 125

not why they asked me to leave.
Q Okay, then why did they ask you to leave?
A Because of the fire at the mill.
Q Fire at the mill, but you said there were performance issues, and the performance issues, was that a factor in asking you to leave?
A I don't think so.
Q Did they tell you that?
A No.
Q You're just surmising that may be an issue?
A That could be a possible contributor.
Q Okay. Did someone at Tyson say to you Jim, we think it's time for you to go ahead and leave?
A Yes.
Q Who did that?
A David Mears.
Q Okay. When did Mr. Mears do that, if you remember?
A The day I left. I don't know what day that is.
Q That would've been sometime in May of 2017?
A Yes, sir.
Q Did you meet with Mr. Mears specifically about this?
A Yes.
Q Okay. Did you meet at the facility?

Page 170

tournament system does a good job at rewarding growers for efficient behavior. Why do you think that?
A Well, because the KPIs that are the most controlled by the producer are the ones that determine that net pound value.
Q What do you mean KPI?
A Key performance indicators.
Q Which are what?
A Well, they're right here, but if you want to start with the biggest one it's feed conversion.
Q All right. So you're calling them KPIs; I'm calling them inputs.
A Okay, inputs.
Q So we can call it whatever you want. Let's call them inputs because I can remember it better.
A Okay.
Q With the inputs, you're saying that feed conversion is very important?
A Feed conversion is the single biggest driver of net pound value.
Q Okay. Tell me why that is.
A Because of the cost of the feed and the volume that they eat.
Q Okay. Now for somebody again watching this video, explain to me what feed conversion means.

Page 171

A So it's how many pounds of feed that it takes to make one pound of meat, and this is -- I say meat; that's not a good word. One pound of chicken because they're getting paid for the weight coming across the scale. A lot of that's not meat.
Q You want your feed conversion to be low, don't you?
A That's correct.
Q The lower the better?
A The lower the better?
Q Like golf?
A Yes.
Q So the lower the better for feed conversion you're saying the more efficient the grower is in that particular tournament?
A That would be -- if all else was equal, that would be -- that would be true.
Q And feed conversion is the biggest driver to net pound value?
A Normally, yes.
Q You want your net pound value to be low as well?
A That's correct.
Q Okay. What other input do you think is important, Jim, in any particular?
A For efficiency, that's what we're talking about,

Page 172

right?
Q Yes, we are.
A So livability is going to be a big driver. Early livability will have less negative impact on efficiency than late -- I say livability. Mortality. Late mortality they'll take a lot of feed with them, so livability is not always a huge driver of net pound value, but the later that the mortality occurs the bigger driver it is.
Q So livability, you want your livability percentage to be high?
A That's correct, just like this clearly demonstrates.
Q All right. So for this example Doug Brown had a livability percent of 97.46. Does that mean 97.46 percent of his flock survived?
A They made it to the plant.
Q Made it to the plant?
A Made it to catching.
Q Okay.
A Yes, from the day we placed the chicks to the day we loaded them at his farm 97.46 percent made it successfully alive onto the truck.
Q Okay. What about farm weight here, FRM weight? Do you see that input?

Page 173

A Yes.
Q How does that factor into all this?
A The farm weight has not got a strong correlation to net pound value.
Q Okay.
A There's a lot of things that drive weight that could affect net pound value or it may not affect net pound value. So there's no constant. You can see the biggest bird had the best value, but then there's a pretty small bird that had a good value also. There's no correlation that I know of with the weights and the net pound values that's constant.
Q Okay. So when you have significant mortality that you see, you talked about that earlier today that as a tech you would see individuals that have issues with mortality going on, what would you recommend typically to resolve that issue to help them work through that issue?
A Well, it depends on the situation. Are you referring to what those birds or how to prevent it on the next one?
Q Both.
A Okay. So on those birds we need to identify what's going on and what are some possible interventions. Do we need to run a sanitizer in the water? Do we need to cool the birds off or heat them up? Are they not getting