# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY, OWENSBORO DIVISION

CHARLES MORRIS, ET AL.,

Plaintiffs,

vs. No. 4:15-CV-00077

TYSON CHICKEN, INC., ET AL.,

Defendants.

___________________________

VIDEO 30(b)6 DEPOSITION OF JIM LEIS
TAKEN ON BEHALF OF THE PLAINTIFFS
ON OCTOBER 10, 2018, BEGINNING AT 9:01 A.M.
IN SPRINGDALE, ARKANSAS
REPORTED BY MIKE WASHKOWIAK, CCR

APPEARANCES:

On behalf of the PLAINTIFFS
John C. Whitfield
WHITFIELD, BRYSON & MASON LLP
19 North Main Street
Madisonville, Kentucky 42431
270-821-0656
john@wbmllp.com

On behalf of the PLAINTIFFS
Caroline Taylor
WHITFIELD BRYSON & MASON LLP
19 North Main Street
Madisonville, Kentucky 42431
270-821-0656
caroline@wbmllp.com

Q I don't understand what you just told me. Tell me what that means.

A Okay. So at Dexter specifically, their smaller kill plant had some company-owned farms there, so if that was the majority of what you needed to kill at the plant a week, then you only had one or two other contract growers for the week. To make a tournament in the week, I think in their contract it stated they had to have a minimum of five for the tournament.

Q Minimum of five what?

A Growers.

Q Okay.

A And if you didn't have, you would reach back a prior week to pick up however many that week had to use in the weekly tournament.

Q Now, we've learned ad nauseam in this case about the tournament system and the nuances of it, but back during this ten-year period when you were working for Hudson, I assume that you had contracts with these farmers and all the farmers operated under the tournament system?

A Correct.

Q Did they have any option to go to another type of contract?

A At that time, no, it was just the one tournament contract that everybody signed.

age is equal to an average daily gain.

Q Okay. Does that have any bearing in the ranking in the tournament?

A Not of the weekly tournament no.

Q This is a 52-week tournament, isn't it?

A This is not. This is a weekly tournament sheet.

Q Okay. So with the weekly tournament sheet it has no bearing?

A Correct.

Q In a 52-week tournament it does?

A That is one of their performance measures that they can get paid on, yes.

Q All right. Now then, it has grower pay. Do you see that input?

A Uh-huh.

Q That is the computations of the pay per pound -- I'm sorry, strike that.

The grower pay is a computation of what? How do you come up with that?

A That would be total grower pay, not just base pay for that particular grower.

Q Okay. Can you determine what the base pay is at least in this document?

A You would have to calculate it knowing what your contract base pay rate is, a 545. Back on this particular

That's really what you're asking, right?

MR. WHITFIELD: Exactly what I'm asking.

A So in the documentation the grower gets at the end of the flock, they get a copy of a mortality sheet by house that we've taken and manually keyed in from his door charts. So he gets a copy of that, so that gives him weekly mortality by house, so he gets that part of it. We do calculate an out-time for that particular flock. So in other words, the days prior to that flock placement, we capture that.

Q (BY MR. WHITFIELD) Describe for me what you mean again by out-time.

A So on Exhibit 3, Dennis Clapp up in the upper left-hand corner you have a date placed of 10/22/13.

Q Yes, sir.

A So his previous flock had a date process date on it, correct?

Q Yes.

A So the days between his last process date and this placement date is the out-time for this flock, so we track that. It's just a calculated number that we could use.

Q What about the laying hens? Is data relative to the laying hens considered in any way?

MR. TATUM: Objection, overbroad.