# EXHIBIT 9

In the Matter Of:

CHARLES MORRIS v TYSON CHICKEN

CASE NO. 4:15-cv-00077

---

DOUGLAS RAY BROWN

February 08, 2018

---

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

Page 77

A. Yes, sir.
Q. And then this is -- if we go to the next page which is 116433 to 116434, this is actually the broiler production contract for this farm.
A. What's the page number?
Q. In the lower right-hand corner, you see it says Tyson 116433? You've just got to flip a couple.
A. 433?
Q. Yeah.
A. I don't have a 433.
Q. I think it might be under that.
MR. WHITFIELD: It is.
A. I'm sorry. Yes.
Q. (By Mr. Tatum) I think it just took the paperclip off. So that's actually the production contract you signed in relation to these two houses; correct?
A. It appears to be.
Q. Is that your signature there on the second page labeled 116434?
A. I don't have a -- yes.
Q. Okay. And I notice that the term of this contract according to paragraph 10 began on July 20, 2010 and runs to 4/15/2018. Do you see

Page 78

that?
A. Yes.
Q. So do you anticipate signing another contract along these lines or are you going to terminate production in these houses?
A. Being that I still owe 400,000 on it, I suspect I don't have any other choice.
Q. So you intend to enter into a new contract and continue?
A. Yes.
Q. And this is the contract that you said we talked about earlier and you said you had conversations with Steve Keys about number of birds placed and about the heating element?
A. Yeah. That was when we built the houses.
Q. These two houses?
A. When we built the two-house farm, yes, sir.
Q. Now, when you say you owe 400,000, are you saying you -- I'm a little -- it could just be we've talked about a lot of things. But are your loans consolidated? You don't have individual companies?
A. They're all at one -- all my loans are

Page 79

at Farm Credit Services.
Q. And are they consolidated?
A. They're all multiple different loans.
Q. Okay. And so you have them based on the different houses for the different farm numbers?
A. Some of the loans like the 400 roughly thousand dollars loan is pertaining to farm 3.
Q. The start up and cost of farm 3?
A. Yeah. Then there's roughly 13- to $15,000 loan that's left remaining that this last installment will pay off. And then the other loans that I have are, you know, upgrade loans associated with all houses, different houses, different farms.
Q. Got it. Let's flip through this so I can verify your signatures. You see Schedule A to that contract that starts on 116435?
A. Yes, sir.
Q. Is that your signature on the second page?
A. Yes, sir.
Q. You look at paragraph L there, the first sentence says, Producer will receive on average five placements of broilers per year. Do you see that?
A. Yes.

Page 80

Q. Do you believe you've received on average five placements of broilers per year on this farm?
A. I would say close, yes, sir. I can't say exactly five. But I mean, it would be -- they pay out-time pay if you're not between the out-time.
Q. And it actually says there later in the paragraph that if your out-time is in excess of 21 days, you receive a square footage payment; correct?
A. Yes, sir.
Q. And in the times that you've had excess 21-day out-time, did you receive your excess payment?
A. Yes, sir.
Q. Okay. And your understanding is that that five placements per year contract term is in all your broiler contracts --
A. Yes, sir.
Q. -- with your other farms as well?
And have you -- you know, sitting here today, is it your understanding you've received on average five flocks per year at your other farms also?

Page 149

you as far as what the labor bill was and what you didn't pay?
A. I think it was about 50 percent labor and 50 percent materials, I think.
Q. I was thinking of a dollar value.
A. 10,000 was the dollar value. So 5,000.
Q. Have you ever had any other what you might characterize as catastrophic losses or large losses within a house?
A. I lost about 4,000 one time.
Q. When was that?
A. A few years back. I don't know. It was on farm No. 3. It was on the same farm, house No. 1.
Q. And what caused that?
A. We had a -- since we put in all these newer controllers, Tyson requires us to put in backup thermostats. And we had a thermostat that malfunctioned and it caused one tunnel door to open and one tunnel door to close and it shut down all the vents. And the birds in the back end, the very back end of the house got hot. I still come in No. 2 on that flock.
Q. That was an equipment failure at the house?

Page 150

A. Yes, sir.
Q. That wasn't Tyson's fault?
A. No, sir.
Q. Did you get any credit for those birds?
A. No.
Q. You didn't get any credit for the other ones either we talked about with the guy who ran through the back wall?
A. Credit from who?
Q. Tyson.
A. No.
Q. Okay. Any other major losses you've had?
A. No, sir.
Q. What's your understanding as to what the minimum out-time requirements are between flocks?
A. Back a few years ago, they came up with what they called a minimum 14-day out-time.
Q. And what's your understanding as to why that was established?
A. No idea.
Q. And so per your contract we looked at earlier, if you go greater than 21 days you get paid?
A. Yes, sir.

Page 151

Q. Now the minimum is 14?
A. It is now, yes, sir.
Q. What's done between flock placements at the farm to get rid of whatever has got to get rid of from the previous flock and get ready for the new flock?
A. We, you know, litter save, de-cake. Sometimes some people, say, windrow. You clean -- you know, get all your floors done and relevel, spray for bugs, put down your litter amendments, you know, set up feed lines, disinfect. Just all the regular.
Q. And what -- do you have any understanding as to why Tyson believes 14 days is the appropriate time between flocks?
A. I suppose it has something to do with bird health, I suppose. But, you know, as far as them ever coming out and telling me why we're doing it, they just say now our minimum out-time is 14 days and that's the way it is.
Q. What did it used to be?
A. I placed birds back on the next day. Go out one day and put chickens back in the next.
Q. Do you agree that that's not the best for animal health?

Page 152

A. Yes. It's not the best for anybody.
Q. 14 days gives at least some period of time -- gives more time to get things cleaned out and have the best chance of success for the next flock?
A. Yes.
Q. Is there a time period that you think that requires?
A. I feel like eight to ten days would be plenty, but that's not my call.
Q. Even under the 14-day minimum out-time period, you're still getting on average five flocks a year; right?
A. Yes.
Q. We talked earlier about a seven-day no-cull period. Have you ever heard of that?
A. Yes.
Q. What is that?
A. Well, they used to come out and they would put it on our cards, no culling for seven days. In other words, that means don't cull anything. And that's not the right way to do it.
Q. And you mean by not culling, that means don't remove a chicken and kill it?
A. Do not kill any chickens in seven days.