# EXHIBIT 10

In the Matter Of:

# CHARLES MORRIS v TYSON CHICKEN

CASE NO. 4:15-cv-00077

---

## KEITH M. CRABTREE

February 14, 2018

---

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

A Yes.
Q And that was with your initial four houses that you bought?
A Yes, sir.
Q Did -- when you started in the poultry business -- I'm trying to get a sense of whether there was, you know, the chicken houses went dormant for a while the previous owner had them --
A They -- from the time, I guess, I purchased them, they sit for about a month, and then after I purchased them, they probably sit for another month, and I did some work to them trying to get them, you know, up to par, you know.
Q And who did you initially raise chickens for in 2007?
A Perdue.
Q And how did you get connected to Perdue to raise chickens?
A I called the assistant grow out manager.
Q Did you buy the initial farm with the intention of getting into the chicken business?
A Yes, sir.
Q Had you ever been in the chicken business before?
A No, sir.
Q Have any family that was in it?
A No, sir.