# EXHIBIT 11

In the Matter Of:

# CHARLES MORRIS v TYSON CHICKEN

CASE NO. 4:15-cv-00077

---

## WILLIAM MORGAN RICKARD

March 02, 2018

---

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

Page 29

A Yeah.
Q How about since you got into the poultry business?
A Nothing other than cleaning out houses and helping neighbors.
Q What's that?
A I said helping neighbors. I work a lot of jobs that I don't get paid for.
Q Yeah, just helping out friends?
A Yeah, church members.
Q Do you run and manage your farms yourself?
A Yes.
Q Do you work them yourself?
A I work on them with my employees.
Q All your farms, you got -- what do you got a total of how many houses?
A Fourteen.
Q You've got 14 houses today?
A There were 16 -- SMR was a four-house farm, and three years ago the 5th of this month I had two houses collapse from snow. But there were 16. I had 16 houses up to that point.
Q So you've been operating 14 since when?
A Three years ago the 5th of March.
Q Since March 2015? Okay.

Page 30

And all your houses are on various land, but it's all next to each other.
Who do you grow with today?
A Tyson Foods.
Q How far away is the Robards Complex?
A 30 miles, 35 maybe.
Q How far away is the Perdue Complex?
A Maybe 45.
Q Have you ever grown with anyone besides Tyson?
A I grew for Perdue for ten years.
Q Is that who you started with?
A Yes, sir.
Q So it looks like in 1995 you first bought your first tract of land?
A Yes.
Q What made you buy 93 acres at that time?
A I wanted a farm.
Q Did you have any intentions as to what you wanted to do on that farm?
A Farm.
Q Any type of farming? Yes or no?
A There was some row crop ground on it. We raised tobacco on it at that time.
Q So at that moment in time you didn't have chickens on your mind?

Page 31

A (The witness nodded.)
Q Is that the first farm you put houses on?
A The only farm I owned when I built the first houses.
Q How much did you pay for that land?
A $52,000, I believe.
Q Cash, or did you get a loan?
A I got a loan.
Q Is that paid off?
A Yes.
Q So you did crops and tobacco and ran cattle at that time?
A I didn't have any cattle.
Q No cattle. Did it already have tobacco on it?
A I can't remember if it had any base or not at that time. We had some base. We raised on that. At that time you could buy base or rent base each year.
Q So at that time you were still iron working full time? I know it's seasonal, but full time?
A Yes.
Q And then you got into farming as well.
What led you to the chicken business?
A I had a neighbor that built the Branch Farm that was interested in the chicken business and talked to me about it.

Page 32

Q The Branch Farm is something you later bought in 2000?
A Yeah. He built houses, and I did at the same time.
Q Who was the neighbor?
A Jerry Ellis.
Q How do you spell his last name?
A E-l-l-i-s.
Q So he talked to you about the fact that he was going to build some chicken houses?
A Well, we just talked about the poultry business.
Q How did you first hear about it? Did you hear about it from him, the poultry business itself?
A Yeah.
Q Did you do anything to investigate it yourself?
A I went to Maryland -- actually, me and him went to Maryland and met with Frank Perdue.
Q Did Perdue bring you up there, or --
A They flew us out there.
Q So who called who first? Did you call Perdue or did they call you?
A I didn't set up the meeting. Jerry did. And I just tagged along.
Q So Jerry said, I'm going to up to Maryland to talk to Perdue about building some houses. Do you want to

Page 113

A No. The ends were end walls, but the sides of the houses had curtains that went up and down.
Q Oh, okay. So you had -- you made all 12 houses solid wall at some point?
A Yes.
Q Why did you do that?
A For wind speed and heat in the winter and cool in the summer.
Q Better regulate heat, better regulate wind?
A Control the environment.
Q Was that required by Perdue?
A No.
Q Was it required to get to a different tier of pay?
A No.
Q So by the time you moved to Tyson, though, you had solid wall housing?
A I did that in probably '02, '03, about the time I put those tunnel fans and cool cells on.
Q So after you put the solid side walls, did you still have curtain doors, or did you have hard doors?
A I don't know what doors you're talking about.
Q Well, I'm trying to visualize your farm, you know, long farm. I'm understanding you to say the long side was curtains. Is that -- you've got a door here and a hard

Page 114

wall here, for example?
A There's a door on each end on the ends.
Q Right. So were these curtains doors, or were these hard doors?
A No, they were sliding doors like farm doors.
Q Some people have curtains here and hard here, so I'm trying figure out what you have.
A Never have seen anything that had curtains on the ends.
Q So you made these hard and sliding doors here. Okay, got it.
How much did you spend for all those upgrades?
A Yeah, I can't give you a number right now. I'd have to go back and look at my tax records. I don't know.
Q Did you have to get loans for it?
A Yes.
Q Are those all paid off?
A Yes.
Q Can you ballpark for me what you think all that cost?
A I would say $170,000. I don't know. Somewhere in that ballpark.
Q Do you remember who you got the loan through?
A Farm Credit.
Q Was that a ten-year?

Page 115

A No, I don't think I did it on a ten-year. I think I just did like five-year or three-year or whatever it was.
Q And then paid it off on time?
A Sure.
Q So you started growing with Tyson December '08. You've got, at this point, 16 houses, right?
A Yes.
Q And you're rotating flocks among -- you're doing four, four, four, and four?
A Mm-hmm, every two weeks.
Q So out time was about 14 days?
A It was varied. There was times it was 14, and there was times it might have been 20.
Q Was that -- did you understand they had a minimum 14-day out time they'd like to target?
A They didn't do that until, I don't know, 2011 or 2013 or somewhere in there they implemented that 14-day out time deal.
Q So you're getting flocks about every two to three weeks, five per year?
A Yes. Actually got six a year or two.
Q Is that a problem?
A Hmm-mm.
Q And then at some point it looks like, did you

Page 116

build more houses?
A No.
Q No? So that's it. You're a 16-house farmer. I thought -- I was just looking at your time. You've bought more land since then, but you didn't put any houses on them. I see what I'm looking at.
So in 2012 you decided to buy more acreage for your cattle. You said you bought 15 acres?
A Yeah.
Q Is that adjacent to your land, too?
A Yes.
Q How much did you pay?
A $25,000. I can't give you an exact number.
Q Did you pay cash?
A Yes.
Q Who did you buy it from?
A Chan Re.
Q Is that a male or female?
A Male.
Q Why was he selling, if you know?
A He had a house trailer on it, and he moved to -- got married and moved to Sebree or whenever he moved to.
Q Did you buy the trailer, too?
A It was included.
Q Anything else on it?