# EXHIBIT 12

In the Matter Of:

CHARLES MORRIS v TYSON CHICKEN

CASE NO. 4:15-cv-00077

---

JOHN L. PINKSTON

February 13, 2018

---

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

Page 41

name was.
Q And was that based on your calculation of what their out time was?
A Yes.
Q And what did you understand their out time to be?
A It was around ten days at the time -- at that time.
Q And what was your understanding of their growth time?
A Seven weeks.
Q So it was about 49 days?
A 49, 50.
Q Did you have any other discussions with anyone at Tyson leading up to signing your contract?
A No, sir.
Q So ultimately you decided you were going to make the switch?
A Yes, sir.
Q Did you talk with anyone at Perdue about that? Did they try to talk you out of it?
A Actually, they did, yes.
Q So you went back and told them you were thinking about leaving for Tyson?
A I called Perdue and told them that I was switching, yes.

Page 42

Q And what did they say?
A Well, asked me not to.
Q Did they ask you why you were switching?
A I'm sure they did.
Q But you had already made your decision?
A I had already made my decision, yes.
Q Had anyone else helped you make your decision besides you on your end -- on your end of things?
A No. No. I was --
Q No lawyers or accountants or anything?
A Oh, no, no, no.
Q Did you run any numbers on what you thought you might make with Tyson versus what you were making with Perdue?
A Yes.
Q And what did you determine?
A That I would make more money with Tyson.
Q Do you know -- do you remember how much?
A Well, it would have been the equivalent of almost a flock of chickens, so that would have been somewhere in the neighborhood of 35, $40,000.
Q Did you factor in the additional overhead for having to provide your own gas and your own propane and your own litter?
A Yes. And that took away from that obviously, but

Page 43

it was still more money.
Q Do you recall how much annually that would have taken away from it?
A If I remember right, we were using about 8,000-gallon of propane a year, but I do not remember what the price was at that time. I don't remember how much it was per gallon.
Q How about litter?
A And the litter was about 1,500 bucks a year because we only changed the litter one time.
Q So ultimately you made the switch to Tyson. I think I've got your contract here. Oh, I wrote the wrong one.
A That's not right on that litter.
MR. WHITFIELD: You can correct if you want.
BY MR. TATUM:
Q Go ahead. You can correct it.
A It was $1,500 a load, and it took four loads, so it was about $6,000.
MR. TATUM: Okay. Let me show you a stack of documents that's marked Exhibit 1.
(Exhibit 1 was marked for identification.)
BY MR. TATUM:
Q I'm going to ask you to go through it, and I'll try to be clear with you so we can identify if this is your

Page 44

contract and your signatures and things like that.
So on the first page of Exhibit No. 1 do you recognize this as a copy of your broiler production contract with Tyson?
A Yes, sir.
Q And this one was executed on February 26, 2014. Do you see that on the second page?
A Yes, sir.
Q And this was your second contract you executed with Tyson, right?
A Yes, sir.
Q You executed one initially when you joined Tyson, and then you executed the second one, right?
A Yes, sir.
Q And the second one is what we're looking at here. It looks to me like you executed the first one on December 12 -- excuse me -- August 13, 2010; is that right? Do you recall, does that sound about right?
A No, sir, that is not right.
Q When did you execute the first contract?
A It would have been December of 2008.
Q December of 2008, okay. And then your second contract is this one here that you executed on February 26, 2014?
A Yes, sir.