# EXHIBIT 13

In the Matter Of:

CHARLES MORRIS v TYSON CHICKEN

CASE NO. 4:15-cv-00077

TIMOTHY VINCENT

March 01, 2018

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

Page 69

A I experienced good work relationship with Perdue.
Q Any other differences?
A They had three different -- three different birds they grew, like size birds, whereas Tyson all had males, females thrown in there together.
Q Any other?
A So you had options.
Q You could choose which bird you received with Perdue?
A Not all the time. Sometimes you could.
Q But they controlled the decision ultimately?
A Yeah.
Q Any other differences you recall between Perdue and Tyson?
A Not right offhand.
Q Did you ever have any problems with Perdue during that '04 to '09 period you grew with them?
A No.
Q Now, you said that your out time had changed leading up to that in '98. What had -- what had changed?
A '98 when I went to Perdue?
Q Yeah.
A They just -- we were out 30, 35, sometimes 38 days.
Q At Tyson?

Page 70

A At Tyson. So --
Q And what was your out time at Perdue?
A Oh, it was 14 days, probably. Maybe less. I don't remember.
Q So the out time at Tyson had gotten longer because they had lack of production need, is that fair?
A They said they lost contracts, so they wasn't producing as many pounds. I don't know. This is what I was told.
Q As far as you know, that had happened to everybody?
A Right.
Q But you were still getting your five flocks per year?
A Yeah, pretty sure. Well, don't know. I didn't finish the year out. So I don't know what I would have got.
Q Up to that --
A Up to that point, yes.
Q -- you still got your contract five flocks per year, right?
A Yeah.
Q Was there any other changes besides longer out time leading up to that last part of your work with Tyson?
A Yeah. We were picking up 100 dead chickens every day.

Page 71

Q You had high mortality?
A High mortality.
Q Do you know why?
A I don't know why.
Q You don't know why?
A I don't know. We thought it was normal until I went to Perdue and picked up three or four a day.
Q Anyone ever tell you why there was high mortality while you were with Tyson during that time period?
A I don't recall.
Q So did you have to -- other than the $27,000 you got from Tyson to make upgrades to your farm, did you spend all that on upgrades?
A I did.
Q And so at that time you had about $50,000 you owed on your farm operation when you switched to Perdue?
A Actually, that was later. I upgraded some more, put new recirc cool cells in later.
Q At the time you switched to Perdue in '04 --
A I spent about $35,000 to upgrade when I switched. Tyson paid $27,000 of it.
Q So you paid about 7.
And at the time in '04 when you switched, I thought you had said you felt like you owed about $50,000 total on your farm?

Page 72

A No. That's when I sold it -- or yeah, I misunderstood you.
Q How much money did you owe on your debt when you switched to Perdue?
A Hard to say. I don't know. Probably a third, I would think. Had been like seven years -- like three years. Probably 2, $300,000. I don't know. I don't remember.
Q So earlier I had asked you about your original $500,000 loan, and I had asked you about the '08, '09 time frame, and you said it was paid off by then; is that right?
A Yeah, my original loan should have been paid off at the time right before --
Q Right before you came back to Tyson?
A Actually, right before -- sometime in the period when I went to Perdue.
Q Okay.
A Then I upgraded. Then right before I went to Tyson, I upgraded again, recircs, fans, spent about $50,000.
Q So --
A So my original loan was paid off sometime right there in the middle of growing for Perdue, but then right before I came back to Tyson, I had about $50,000 note. Then I sold the farm and paid that note off.
Q Okay. So original loan to get in the business, $500,000; is that fair?

Page 81

A Yeah.
Q What did you sell it for?
A $715,000, I think. But I had a new tractor that went with it.
Q Had you -- did you have to make any upgrades other than that?
A Oh, yeah.
Q What did you have to do?
A I had to put fans in it. I don't know. I worked on it for two years fixing stuff. It was run down pretty hard.
Q You knew it was run down houses when you bought it?
A I mean, they weren't in horrible shape, but some of the equipment hadn't been up kept, so I had to do a lot more manual labor than it was money-wise.
Q But you knew that going in?
A Right. Yes.
Q And so you sold it, made a little off of it?
A Right.
Q And who did you sell it to?
A Matt Turner.
Q Does Matt Turner still own it?
A He does.
Q Who does he grow with?

Page 82

A Perdue. He actually -- when he bought it, we switched back to Tyson.
Q Oh, so that farm did grow under Tyson?
A Yeah, I guess -- I'm sorry. Now that I think about it, getting the timeline right, when we sold it, we switched back to Tyson. Matt bought it, switched back to Perdue.
Q How many flocks under Tyson's banner did you take?
A I don't remember. Maybe less than a year, probably.
Q This probably answers the question I've had about your contracts because I knew you had two contracts, and one of them I was having trouble just personally getting my hands around. Was this considered Farm --
A Rooster Ridge.
Q This was the Rooster Ridge Farm?
A Mm-hmm.
Q Okay. So the Rooster Ridge Farm you bought, contracted with Perdue, and then switched it to Tyson at some point for a flock or two?
A Yeah, I don't remember exact how long. It was during that same time when we switched back to Tyson that I sold the farm. I could have grew -- I know I grew for probably at least a year.

Page 83

Q With Tyson?
A Yeah. I just remember Kenny Bartley being out there a couple of times.
Q Did he feel like the farm was in disrepair too?
A Not by then. You know, I done owned it a year, year and a half by then, so it was --
Q It had gotten in better shape?
A Oh, yeah.
Q Was it performing?
A It was. I was getting premium pay, premium contract.
Q Premium housing spec pay?
A I was.
Q Was it a premium house pay -- was it a premium house when you bought it?
A No. Well, I don't know. Perdue, whatever Perdue's contract was. I don't remember.
Q But when you switched to Tyson --
A If it was called that. I don't know.
Q When you switched to Tyson, you got the specs up to the premium element?
A I had, right.
Q And you said Matt Turner still operates that farm today?
A Yep.

Page 84

Q And he has since switched it to Perdue?
A That's right.
Q When did he do that?
A He grew about one or two flocks, and then he switched.
Q Did he tell you why?
A Yeah. He hated Tyson.
Q Is that what he said?
A You'll have to ask him why. I don't know.
Q So you at some point were growing with Perdue for about five years, and in late '09 you switched back to Tyson?
A Correct.
Q And that point in time, you switched not only your original four house farm on Schoolhouse Road, but also this Rooster Ridge Farm?
A Right.
Q Why did you switch back to Tyson?
A Same scenario. Perdue was 35 days out between flocks, and I'm in debt a half million dollars, so I had to -- I didn't have no choice, I felt like.
Q That was on your new farm?
A Yeah.
Q How much did you owe on that new farm when you sold it?