# EXHIBIT 14

In the Matter Of:

# CHARLES MORRIS v TYSON CHICKEN

CASE NO. 4:15-cv-00077

---

CHRISTOPHER BURCH

February 15, 2018

---

ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

CHRISTOPHER BURCH
after having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. TATUM:
Q. Would you state your full name?
A. Christopher Shawn Burch.
Q. S-h-a-w-n?
A. U-n.
Q. S-h-a-u-n?
A. Yes, sir.
Q. Where do you live?
A. 2080 Bethel Church Road, Calhoun, Kentucky.
Q. Is that a farm or --
A. No.
Q. -- just a neighborhood?
A. No. Just a residential house, just out in the country.
Q. Is it on land?
A. Yep.
Q. How many acres?
A. An acre.
Q. Who do you live with?
A. Myself.



Q. Not married?
A. Nope.
Q. Been married?
A. No.
Q. Any kids?
A. Nope.
Q. How long have you lived there?
A. Moved in in June of 2016.
Q. Do you rent or own?
A. Owning.
Q. Where did you live before that?
A. 1423 Bazel Young Road, Calhoun, Kentucky.
Q. Was that a farm?
A. No.
Q. Did you live there alone?
A. Yep.
Q. How long did you live there?
A. '06 to -- ten years, '06 to '16.
Q. Do you have any dependents?
A. Nope.
Q. Where do you work?
A. Chicken houses.
Q. Do you currently operate chicken houses?
A. Yep.



Q. Is that your sole source of income?
A. Yes, sir.
Q. Who do you operate chicken houses with?
A. Are you talking about the integrator?
Q. Yes, sir.
A. Perdue Farms.
Q. How long have you been with Perdue Farms?
A. Roughly two and a half years.
Q. So you started with Perdue Farms in 2015?
A. Yeah. June, I think, of 2015.
Q. How many houses do you have?
A. Four.
Q. Your houses, where are they located?
A. 500 Leslie Smith Lane.
Q. What town?
A. Calhoun, Kentucky.
Q. How far are your farms from the Perdue complex?
A. About an hour.
Q. Do you know how many miles that is?
A. No. I honestly don't, no.
Q. How many contracts do you have with Perdue?



A. One.
Q. Is it a flock-to-flock or is it for a term?
A. I'm going to guess flock-to-flock.
Q. Not sure, though?
A. No.
Q. Are you paid under what's considered the tournament style system of pay?
A. Yep.
Q. How big are your houses?
A. 43-by-460. I think it's 19,780 square footage.
Q. And that's chicken space?
A. Yeah.
Q. Interior space too?
A. Yeah.
MR. WHITFIELD: I'm sorry. How many did you say?
THE WITNESS: 43-by-460. 19,780, I believe, is the square footage.
MR. WHITFIELD: Okay.
THE WITNESS: I may be off just a hair.
MR. WHITFIELD: That's fine.
Q. (By Mr. Tatum) So approximately 79,000 square foot? I think I got --

Page 13

on what product you get to use as bedding. I usually use rice hulls and I'm thinking last year 15-, $1,600 a load. And I get four loads, so 6,000, $7,000 roughly.
Q. And they just reimburse you for that, or do they send it over?
A. I don't see a bill at all. They just take care of it directly. The guy I buy my rice hulls from sends the bill straight to Perdue and they settle up that way.
Q. And then you said they also pay for like medicine and things like that?
A. Uh-huh.
Q. Is that what you were referring to?
A. Yeah. Just anything you put they feel like the bird needs, then they supply. They bring it to me, they pay for it, and I never see a bill on that either.
Q. Would that be medicine? What else would that be?
A. Like PLT that we put down before we get chickens, they pay for that.
Q. Do you know what your base pay is per pound?
A. Honestly, I do not.

Page 14

Q. Do you have a service tech that works with you at Perdue?
A. Yeah.
Q. And who is that?
A. Rachel Crook.
Q. And that's been your service tech since you joined?
A. No.
Q. Okay. That's your current one?
A. Yep.
Q. Who else has been a service tech?
A. At Perdue?
Q. Yes, sir.
A. I've had Courtney Murphy, Kathy -- I'm not sure what her last name was. I only had her for a little bit. Then Jake Taylor, I believe is his last name.
Q. And they come out and just sort of help you with the chickens and make recommendations and so on?
A. Yeah.
Q. Have you ever been put on any sort of performance improvement plans or anything like that at Perdue --
A. No.

Page 15

Q. -- in the last two and a half years?
A. Huh-uh.
Q. What type of bird do you grow at Perdue?
A. Ross.
Q. Ross?
A. Yeah.
Q. That's the only bird you grow?
A. Yeah.
Q. Is that part of your contract?
A. Well, I don't understand.
Q. Does your contract say you only grow Ross or is that just what they give you?
A. No, that's what they give us. They went through a little bit of a breed swap. Whenever I swapped from Tyson to Perdue, they went to -- they were going from basically the bird they've always owned or raised to a commercial bird and they were going through some breed swaps and breed changes and stuff like that.
Q. And so you --
A. But then they settled on Ross. I'm thinking right at the beginning of the year, everything was a hundred percent Ross.
Q. Beginning in '18?
A. I'm sorry. I can't remember whenever we

Page 16

went now. It may have been June of mid '17, maybe.
Q. What breeds did you raise for Perdue before that?
A. Cobb.
Q. Which Cobb?
A. I think they had a little mixture of everything. Like, I know we had some 500s. We had some 700s and a little bit of everything.
Q. So any given flock up to that point would have been a mixture of Cobbs, you think?
A. Yeah. It would have been a mixture, yeah.
Q. And now you think you're getting a hundred percent Ross?
A. Oh, we are getting a hundred percent Ross.
Q. Do you know why they switched to Ross?
A. It's just a little bit better bird overall for them. I mean, I'm assuming they're a big business and they've got to make money.
Q. Do you have a preference of what breed in your experience you like best?
A. I prefer Ross.
Q. And why is that?
A. They're just a better chicken, a little

Page 17

healthier, hardy chicken.
Q. Did you ever raise any Rosses, to your knowledge, while with Tyson?
A. I'm not sure honestly. I may have had a few there towards the end that I was leaving but I can't remember a hundred percent.
Q. Does your contract with Perdue call for a certain breed for you to grow or you just take whatever they give you?
A. Take whatever they give me.
Q. What's your average out-time at Perdue?
A. 14 to 16 days.
Q. So you get about five flocks a year?
A. One year I'll get five, and the next year I'll get six.
Q. And what's the growth time on average?
A. 45 to 47 days.
Q. Day-to-day, as far as I know, there might be differences in breed and things like that. But day-to-day as far as what you're doing internally to grow chickens, is there any differences on what you do with Perdue and what you did with Tyson?
A. I mean, my day-to-day operations, not really.

Page 18

Q. No real difference in requirements that you can think of?
A. I mean, the lighting programs, they're just, you know, the way that Perdue runs their operations is just a little bit different than the way Tyson does.
Q. What are some of those differences?
A. Lighting clocks, the amount of time you run fans, your temperature swings or your temperature curves, you know, just things like that.
Q. So they have some differences in fan time and temperature curves and lighting clocks and what they think promotes bird growth the best?
A. Yeah.
Q. And Tyson has their opinion on it?
A. Yeah, yeah.
Q. And are you required to follow Perdue's recommendations for things like that?
A. They base it more as being a guideline, you know, whatever I feel the need that the bird needs. You know, it may be just a little bit off of what they recommend, but as long as the bird is happy and healthy, then it's really based on my best judgment.

Page 19

Q. How would you characterize your performance with Perdue the past few years? Are you average, above average?
A. I'm all over the place.
Q. Some settlements low, some settlements high?
A. Uh-huh.
Q. So if I looked at your rankings in the last two and half years with Perdue, I might see some above average, I might see some below average?
A. Oh, yeah, yeah.
Q. When did you first get into -- well, let me step back. Have you done anything to your houses since you joined Perdue as far as upgrades?
A. Not that I can think of.
Q. Have you made any further investments in your chicken business since you joined Perdue?
A. Like what do you mean?
Q. Bought more houses, bought more land, bought more trucks, you know, anything like that?
A. No.
Q. When did you first sign your contract with Perdue?
A. It was either May or June of '16 -- '15, I'm sorry.

Page 20

Q. Did they call you or did you call them?
A. I called them.
Q. And they were open to you moving over there?
A. Not initially, but then they didn't need any houses at the time. But then I'd say a couple months later, they had an opening and they contacted me at that point.
Q. When did you first contact them?
A. I'm thinking it was either December of '14 or it was February of '15.
Q. So you reached out to someone at Perdue and said, Hey, I'd like to switch over?
A. Yep.
Q. And was your contract with Tyson coming up for renewal at that time?
A. I can't remember. I don't know what the length of that was.
Q. Okay. And so at that point in time they said they didn't have a need for more houses?
A. Uh-huh.
Q. And then at some point a couple months later, they called you back?
A. Yep.
Q. And did they tell you what had changed

A. I really don't know what that was based on.
Q. Okay. Did you have any discussions with Tyson about the type of breed of chicken you might be receiving and growing?
A. No. They just bring whatever they want.
Q. Did you have any discussion with Tyson about out-time and how much out-time you might incur?
A. No.
Q. Did you have any discussion about growth time? What I mean by that, is the amount of days you pick up the chickens for growing?
A. No.
Q. Did you have any discussions with Tyson about condemnation processes or procedures or how that affected you?
A. Yeah. I've had several conversations with them. Are you talking about whenever my first contract?
Q. When you signed your first contract.
A. Oh, no, no, no, no.
Q. And you didn't ask?
A. No, no, not at that time.
Q. About any of these things?



A. No. I was still wet behind the ears.
Q. Did you talk with any other growers about any of these things?
A. No. To my parents mainly.
Q. Did you have any discussions with Tyson about feed, what kind of feed they used or anything like that when you went to the first contract with Tyson?
A. No.
Q. You just talked with your parents about this stuff?
A. Huh-uh.
Q. Anybody else?
A. Huh-uh.
Q. Anybody warn you about any of these things, say they were good ideas or bad ideas?
A. No.
Q. Anybody warn you that the chicken business was hard to make money in?
A. On my first contract?
Q. Yeah.
A. No. Because I think I was just too young. I didn't listen to nobody.
MR. TATUM: Want to take a quick break? It's been a little over an hour. We're



plugging along, so I think we'll make your time frame if we don't break for lunch, if that's okay for everybody.
MR. WHITFIELD: Let's not break for lunch. I've got maybe a 15-minute window I have to do something real quick.
MR. TATUM: Right now?
MR. WHITFIELD: Yeah. Let me do it now if you don't mind and then I'll be right back.
VIDEOGRAPHER: Stand by. Here marks the end of media No. 1. Going off the record. The time is 10:44 a.m.
(A break was taken.)
VIDEOGRAPHER: Back on the record. Here marks the beginning of media No. 2. The time is 11:05 a.m.
Q. (By Mr. Tatum) Have you -- we talked about the upgrades you made when you first contracted with Tyson after you bought the chicken houses?
A. Yeah.
Q. Have you made any -- did you make any upgrades to those houses at any other time while growing with Tyson?
A. Yep.



Q. And what were those?
A. I put in new fans. I put in 6-inch recirculating pads. I put in stir fans. Right offhand, that's just all I can think of.
Q. Okay. When you say new fans, what did you put in?
A. I don't understand.
Q. I mean, how many fans? Is new fans different from stir fans?
A. Yeah, because we have sidewall fans. We have tunnel fans and we have --
Q. What kind of fans are we talking about?
A. Tunnel fans.
Q. So these are the ones at the end of the --
A. Uh-huh.
Q. So you put in new tunnel fans?
A. Yes, sir.
Q. And when did you do that?
A. 2007, '08, maybe. I put in all new heaters too. That was another one. I forgot about that.
Q. Did you put new tunnel fans in each house?
A. Yeah. I put two new tunnel fans in each