# EXHIBIT 15

In the Matter Of:

CHARLES MORRIS v TYSON CHICKEN

CASE NO. 4:15-cv-00077

---

CALVIN L. LEISURE, JR.

February 28, 2018

---

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

A Poultry companies.
Q Okay. So a poultry company came in and gave a spiel?
A Yeah, gave the whole county, the whole state.
Q And you attended some sort of function?
A Yeah, for sales pitches, I call it.
Q And what put on that function? You originally grew with Perdue?
A Yeah, originally grew Perdue.
Q It was Perdue?
A It was Perdue and UK both, I think.
Q And UK is another integrator?
A Perdue is there and Hudson. That's what Tyson took over, I think.
Q Tyson wasn't there because they weren't in the area yet?
A No. It was Hudson then.
Q And you said UK?
A Yeah, University of Kentucky Agriculture.
Q Okay. So how did you -- how did you hear about this? Did you get mailing, someone call you up? Was there a flier on the --
A Talk farmer to farmer.
Q Talking farmer to farmer and someone said, hey, I'm looking to start growing poultry in this area?