# EXHIBIT 19

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/311728504

# Third World Debt and Wheat Imports: An Analysis for Selected Countries

**Article** *in* Applied Economic Perspectives and Policy · January 1990

DOI: 10.1093/aepp/12.1.79

CITATIONS
0

READS
9

**2 authors**, including:



Kyle W. Stiegert
University of Wisconsin–Madison

**95** PUBLICATIONS **545** CITATIONS

SEE PROFILE

All content following this page was uploaded by Kyle W. Stiegert on 27 February 2018.

The user has requested enhancement of the downloaded file.

OXFORD JOURNALS
OXFORD UNIVERSITY PRESS

Agricultural & Applied Economics Association

---

Third World Debt and Wheat Imports: An Analysis for Selected Countries
Author(s): Kyle Stiegert and Azzeddine Azzam
Source: *North Central Journal of Agricultural Economics*, Vol. 12, No. 1 (Jan., 1990), pp. 79-87
Published by: Oxford University Press on behalf of Agricultural & Applied Economics Association
Stable URL: http://www.jstor.org/stable/1349360
Accessed: 20/06/2014 17:11

---

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

*Agricultural & Applied Economics Association* and *Oxford University Press* are collaborating with JSTOR to digitize, preserve and extend access to *North Central Journal of Agricultural Economics.*

JSTOR®
http://www.jstor.org

This content downloaded from 144.92.122.222 on Fri, 20 Jun 2014 17:11:15 PM
All use subject to JSTOR Terms and Conditions

# THIRD WORLD DEBT AND WHEAT IMPORTS: AN ANALYSIS FOR SELECTED COUNTRIES

*Kyle Stiegert and Azzeddine Azzam*

Questions have been raised recently concerning the potential threat of a reduced ability to import in nations where external debt is rapidly increasing. The central purpose of this paper is to explore to what extent external debt is having on LDC wheat imports. A model, which allows for increasing government intervention as the capacity to import decreases, was tested using time series data (1970-1985) for six wheat importing nations.

While it is certain that the level of debt, the cost of debt servicing, credit availability, and the ability to generate export revenues have an impact on imports by less developed countries (LDCs), research devoted to quantifying this impact has been limited. Notable contributions to the literature on LDC imports associated with the debt problem (Hemphill, Chu et al.) have used two approaches. The first approach treats the issue as a static allocation problem between aggregate imports and increments to reserves. The second treats the issue as an intertemporal problem where the current account of the balance of payment is an investment flow determined by the desire to reschedule absorption relative to income (see Winters for a literature review).

While this literature contributes to an understanding of the problem in the aggregate, the implications for specific commodities are unresolved. One class of commodities of particular interest to agricultural economists is food grains. Food grains, especially wheat, have become an important part of total grain imports by many LDCs over the last two decades (Byerlee), a period that also coincided with increasing indebtedness. Another closely related issue not addressed in the literature on debt and imports is the role of governments. Since LDC governments are often large direct importers and exercise regulatory power over domestic markets, and since external debt is largely public, debt influenced import behavior is likely to involve central government action (Abbott; Byerlee and Sain; Sarris; Tanzi; Roe et al.).

The purpose of this paper is to explore the extent to which LDCs' import capacity determines their wheat imports. A country's import capacity for the purposes of this study is defined as foreign exchange earned from exports plus newly acquired debt less principal and interest payments on previous debt. The paper formulates the problem of an LDC where the central government plays a prominent role in determining wheat import levels when debt repayment pressure exists or foreign exchange tightens. The conceptual model is based on an earlier study of rice import demand behavior in selected Asian countries (Islam). Although simple in structure, the framework adequately captures the essentials of rather complex economic and noneconomic considerations in analyzing LDC import behavior. The model is tested with annual data from 1970 through 1985 for six countries: Brazil, Chile, Egypt, Morocco, Peru, and Venezuela. The countries (Table 1) were chosen for their high-world rankings in total gross debt, ratio of debt to GNP, and quantity of wheat imports (World Bank, International Wheat Council).

The results will be used primarily to derive estimates for elasticities of import demand with respect to the world wheat price, domestic income, and import capacity. The rest of the paper is organized as follows: a brief background of the debt and wheat import situation, a presentation of the conceptual framework, a review of the empirical results, and a discussion of the elasticity estimates. Conclusions are in the final section.

---

Graduate student and Assistant Professor, Department of Agricultural Economics, University of Nebraska-Lincoln. The authors are grateful to Mathew Shane, Mark Smith, both with ERS, USDA; and Ishrat Husain at the World Bank for providing the authors with some of the data. Special thanks to Dale Anderson and an anonymous reviewer for their valuable suggestions.

This content downloaded from 144.92.122.222 on Fri, 20 Jun 2014 17:11:15 PM
All use subject to JSTOR Terms and Conditions

Table 1. Various Measures of Debt Accumulation and Wheat Consumption (1970-1985 averages)

| | Country | | | | | |
|---|---|---|---|---|---|---|
| Item | Brazil | Chile | Egypt | Morocco | Peru | Venezuela |
| Total Debt[1] | 30,993 | 5,195 | 8,832 | 4,936 | 4,913 | 7,377 |
| Debt/GNP (%) | 24 | 35 | 39 | 41 | 34 | 17 |
| Debt/Exports (%) | 19 | 20 | 39 | 27 | 22 | 6 |
| Average Annual Growth in Debt (%) | 24.9 | 15.3 | 17.5 | 20.2 | 19.2 | 25.4 |
| Wheat Consumption/Total Cereal Consumption (%) | 18 | 62 | 47 | 55 | 33 | 27 |
| Wheat Imports/Total Wheat Consumption (%) | 59 | 45 | 67 | 41 | 86 | 100[2] |
| Wheat Imports/Total Cereal Consumption (%) | 10 | 28 | 32 | 24 | 28 | 27 |
| PL480 Shipments/Total Wheat Imports (%) | 1 | 5 | 15 | 11 | 3 | 0 |

[1]Debt refers to total external debt borrowed or backed by the government.

[2]Venezuela produced less than 1000 metric tons annually during the sample period.

Data Sources: Debt figures are from the *World Bank* Debt Tables. Wheat and total cereal consumption data came from various issues of the *FAO trade and production yearbook*. PL480 wheat shipment data were provided by Mark Smith, ERS, USDA.

## Background

### The Debt Situation

Prior to 1973, LDC debt was not a major factor in world trade. However, the oil price shock during that year set in motion events causing world debt to rise faster than during any other modern time period (World Bank). The U.S. and other developed nations responded to the oil price increase by expanding money supplies and this, combined with growing petro deposits, made available "easy money" to finance development. Debt buildup was further encouraged by negative real interest rates, a situation directly linked to high inflation brought about by, among other factors, the increased money supplies (Shane and Stallings). Futhermore, a substantial majority of countries which accumulated debt in the 1970s developed long-term patterns of government employment and other investments which contributed little to short-run income generation (Tanzi).

After the second oil price shock in 1979-1980, developed countries adopted tight money policies and, as a consequence, real interest rates returned to positive levels and a world recession took hold. As LDC exports declined, export-related tax revenues and foreign currency supplies also declined. Thus, in order to absorb the effects of the recession-related revenue losses and to finance fiscal programs begun in the seventies, debt was allowed to reach crisis levels in many counties. From 1970 to 1985, nominal external debt in all LDCs rose from 49.6 billion dollars to 629 billions dollars (World Bank). Loan reschedulings in all LDCs from 1976 to 1983 were more than double the number during the 20 previous years and involved eight times the amount of money (Shane and Stallings).

This content downloaded from 144.92.122.222 on Fri, 20 Jun 2014 17:11:15 PM
All use subject to JSTOR Terms and Conditions

## Wheat Imports

Total wheat imports by the developing world nearly doubled from 1970 to 1980; subsequent imports have stabilized (International Wheat Council). Several interrelated factors underlie this rapid escalation in wheat dependency (Byerlee). First, relative to other staples, wheat has remained cheaper on world markets. Low-relative prices reflect rapid technological change, subsidized exports, and creative financing arrangements for wheat purchases from the developed world (95 percent of total wheat exports originated in the developed world). Second, with strong preferences for wheat as a convenience food in urban areas, lagging domestic production of competing staples, and poor infrastructure for transporting and marketing domestic staples in urban areas, LDC governments rely more on imported wheat to feed urban consumers, especially in countries where large cities are located on the coast (p. 319). Third, LDC government policy, influenced by multinational grain corporations and politically powerful interest groups, has given wheat further price advantage over domestic and other internationally traded staples. LDC governments, in response to demand pressure from higher-income consumers, have often subsidized consumer wheat prices. They have also allowed multinational firms and local investors to establish large milling and processing infrastructures despite the loss of foreign exchange in maintaining these facilities. Finally, wheat imports are often classified as an industrial input, exempting them from import tariffs. All factors considered, LDC government involvement during the 1970s contributed to growing demand for wheat. A stronger trending dollar and world recession were factors which led to a stablization of world wheat trade after 1979. The simultaneous escalation of debt creates a basis for testing the behavioral postulate that debt, through its effect on import capacity, affects LDC wheat imports.

## Conceptual Model

Following Islam, denote by $M_t$ the level of wheat imports in year t of the country under study. Assume that $M_t$ consists of two components: A desired level ($M_t^*$) and a government-determined level ($G_t$), where $G_t \leq M_t^*$. In every year t, it is assumed that the relative influence of $M_t^*$ and $G_t$ is dictated by the country's real import capacity (RF). Real import capacity is defined in dollars as $F$ [earnings from exports (X) plus net transfers (NT)] deflated by the industrialized countries wholesale price index (ICWPI). NT is defined as loan disbursements (DB) less debt service (DS), where DS is the sum of principal and interest payments on debt.

Given these definitions, it is postulated that, at time t, the relationship between $M_t$ and its two components $M_t^*$ and $G_t$, is as follows:

$$M_t = a_l M_t^* + (1 - a_1)G_t \quad 0 \leq a_1 \leq 1 \qquad (1)$$

The coefficient $a_1$ indicates the trade-off a government makes between satisfying domestic requirements and limiting wheat imports during periods of limited real import capacity (RF). This trade-off, is modelled by the functional relationship of $a_1$ to (RF) as follows:

$$a_1 = (1 - \frac{b}{RF}). \qquad (2)$$

From our previous discussion,

$$RF = F/ICWPI,$$

where

$$F = X + NT,$$

and

$$NT = DB - DS.$$

The parameter $b > 0$ indicates the change in the trade-off coefficient $a_1$ with respect to $^1/_{RF}$.[1] For values of $RF > b$, $a_1$ approaches 1 or 0 as RF increases or decreases, respectively. Increases in export earnings or net transfers (via increased debt or lower debt service), enhance the capacity to import and, consequently, narrow the gap between actual and desired imports.

The level of actual and desired wheat

[1]The parameter $b$ is greater than zero since real import capacity RF is positive for all countries during the study period.

This content downloaded from 144.92.122.222 on Fri, 20 Jun 2014 17:11:15 PM
All use subject to JSTOR Terms and Conditions

Case 4:15-cv-00077-BJB-HBB Document 177-16 Filed 03/27/20 Page 7 of 12 PageID #: 1909



imports in the model are net of tied and concessional sales (CS).[2] Since loans used to underwrite the concessional sales, such as those under PL480, usually carry grace periods and offer low-interest financing, the implicit price of wheat purchased under such financing arrangements approaches zero when analyzed from a present value perspective (Gardner and Skully). Therefore, only imports requiring outlays of hard currency will be considered in the empirical model. Desired imports, net of tied and/or concessional sales, are defined as:

$$M_t^* = CM_t^* - Q_t - CS, \qquad (3)$$

Where $CM_t^*$ is desired consumption, $Q_t$ is actual production, and $CS$ represents concessional sales. Domestic wheat production is assumed to be unaffected by foreign exchange considerations and responds to domestic prices only.

Desired consumption is defined as follows:

$$CM_t^* = NM_t * ZM_t^*, \qquad (4)$$

where $NM_t$ is population and $ZM_t^*$ is desired per capita wheat consumption. Similar to Islam, a double-log consumption function is used to generate desired per capita consumption by capturing changes, relative to a base year, in a country's real consumser price of wheat ($P_t$) and real per capita income ($Y_t$):

$$ZM_t^* = (ZM_o)\left(\frac{P_t}{P_o}\right)^{\mu_1}\left(\frac{Y_t}{Y_o}\right)^{\mu_2} \qquad (5)$$

The coefficients $\mu_1 < 0$ and $\mu_2 > 0$ are the price and income elasticities obtained from USDA, respectively.[3] The values of base year wheat consumption, real price and income are indicated by $ZM_o$, $P_o$ and $Y_o$, respectively. The base year for a particular country is that year in which the real import capacity (RF) is highest. It can be seen from equation (5) that actual per capita wheat consumption in the base year is equal to desired per-capita consumption, as both the price and income ratios are equal to 1.

Using the results in equation (5) and substituting equation (4) into equation (3), the operational formula for generating values for desired imports becomes:

$$M_t^* = (NM_t)(ZM_o)\left(\frac{P_t}{P_o}\right)^{\mu_1}\left(\frac{Y_t}{Y_o}\right)^{\mu_2} - Q_t - CS, \qquad (6)$$

Government-determined imports are assumed to be functionally related to the level of desired wheat imports and the wheat border price $WP_t$ (in dollars).

$$G_t = \delta_o + \delta_1 M_t^* + \delta_2(WP_t/ICWPI_t) \qquad (7)$$

where $\delta_o$,$\delta_1$, and $\delta_2$ are parameters. We assume $0 < \delta_1 < 1$, since values of one or zero represent extreme cases where a government completely accommodates or is totally insensitive to domestic wheat requirements. The coefficent $\delta_2$ is expected to be negative; there is no *a priori* expectation for $\delta_o$.

Substituting equation (2) and equation (7) into equation (1) and rearranging gives the following estimating model:

$$M_t - M^*_t = \tau_1\left(\frac{M_t^*}{RF_t}\right) + \tau_2\left(\frac{1}{RF_t}\right) + \tau_3\left(\frac{RP_t}{RF_t}\right) + \mu_t, \qquad (8)$$

where $RP_t$ is the real wheat border price in dollars, $\tau_1 = b(\delta_1 - 1) < 0$, $\tau_2 = b\delta_o \lesseqgtr 0$, $\tau_3 = b\delta_2 < 0$, and $\mu_t$ is the error term with the usual properties.

## Empirical Results

Table 2 shows the econometric results[4] for equation (8) along with the t statistics and data sources. The results for the four South American countries and for Morocco indicate that the respective countries' regression models

[2]The only data available which distinguishes concessional sales of wheat from other cereals is that on the U.S. PL480. Data on aid from other countries considers all cereals including wheat and flour, bulgar, rice, coarse grains, and blended foods (see World Bank). Consequently, only U.S. PL480 sales will be considered in the analysis.

[3]Since the desired consumption function considers own price effect only, desired imports may be underestimated or overestimated depending on the magnitudes of the cross elasticities of wheat demand. Lack of reliable series on the prices of substitutes prevented us from including these cross effects in calculating desired consumption.

[4]Exogeneity of export earnings is not assumed in estimation. To avoid simultaneity bias we used the Two-Stage-Least-Squares procedure.

This content downloaded from 144.92.122.222 on Fri, 20 Jun 2014 17:11:15 PM
All use subject to JSTOR Terms and Conditions

Table 2. Regression Results: Parameter Estimates and Statistics[1]

| | $\tau_1$ | $\tau_2$ | $\tau_3$ | $R^2$ | $F$ |
|---|---|---|---|---|---|
| Brazil | −1.1 | 382 | −1095 | .45 | 3.3 |
| | (−2.9) | (0.2) | (−1.3) | | |
| Chile | −1.4 | −1859 | 908 | .78 | 14.3 |
| | (−2.8) | (−1.5) | (2.0) | | |
| Egypt | −4.6 | −40377 | 4149 | .27 | 1.5 |
| | (−1.0) | (−1.6) | (0.4) | | |
| Morocco | −5.6 | −1340 | −11017 | .42 | 3.0 |
| | (−1.7) | (−0.1) | (−2.8) | | |
| Peru | −9.7 | 589 | 2614 | .79 | 15.0 |
| | (−3.0) | (.2) | (2.2) | | |
| Venezuela | −6.3 | 781 | −3161 | .83 | 21.0 |
| | (−5.9) | (.43) | (−6.0) | | |

[1]The numbers in parentheses are t-statistics. The equations for Peru and Venezuela have been corrected for serial correlation.

Data sources: Wheat imports, border wheat prices, and total exports for the individual countries were obtained from various issues of the *FAO Trade Yearbook*. The wheat border prices were derived from the value series for wheat and wheat equivalent divided by the wheat and wheat equivalent quantity series. Wheat production data was obtained from various issues of the *FAO Production Yearbook*. Consumer price indexes, population, income and export price indices came from the *IMF International Financial Statistics Yearbook – 1987*. Consumer prices for Egypt and Venezuela were obtained from the *ILO* October price survey of white flour. Consumer wheat prices for Brazil and Morocco were collected from each respective country's official statistics annuals. The price of imported wheat was used as a proxy for consumer wheat prices in Chile and Peru. Base year wheat consumption was obtained from *IWC World Wheat Statistics*. Debt statistics were provided to the authors by the Debt and International Finance Division at the World Bank. Data on concessional wheat sales were provided to the authors by the USDA.

are statistically significant at the 90 percent level. The coefficient $\tau_1$ for these countries has the expected sign and is statistically significant at the 5 percent level. The coefficient $\tau_3$ carries the incorrect sign for both Chile and Peru. The perverse result is probably an indication that other factors (perhaps-political) are not accounted for in the conceptual model.

The data for Egypt, however, support the model only marginally. There may be factors relating to North Africa in general and to Egypt in particular which are not captured in the model. First is the condition of the consumer wheat market. Of the nominal protection coefficients (NPCs)—the ratios of domestic wheat price to world wheat price (Table 3)—reported by Byerlee and Sain for 26 countries, Egypt is lowest at .12. Government attempts to raise prices in Egypt have resulted in riots and political instability (Gardner and Skully). Highly subsidized wheat prices and the inability to control demand through the price mechanism may force Egypt to meet domestic requirements through imports even in years when the real capacity to import is low. Second, besides being one of the largest recipients of PL480 wheat shipments (Table 1), Egypt also imports under subsidy programs which probably makes its wheat imports less sensitive to the availability of foreign exchange.

This content downloaded from 144.92.122.222 on Fri, 20 Jun 2014 17:11:15 PM
All use subject to JSTOR Terms and Conditions

Case 4:15-cv-00077-BJB-HBB Document 177-16 Filed 03/27/20 Page 9 of 12 PageID #: 1911



Table 3. Consumer and Producer Net Protection (NPC) Coefficients

| | Consumer NPC | 26 Country Ranking | Producer NPC | 31 Country Ranking |
|---|---|---|---|---|
| Brazil | .52 | 18 | 1.35 | 7 |
| Chile | 1.04 | 6 | 1.07 | 14 |
| Egypt | .12 | 26 | .41 | 31 |
| Morocco | .33 | 24 | 1.35 | 8 |
| Peru | .70 | 13 | .51 | 30 |

Source: Byerlee and Sain. Venezuela was not included in the rankings.

Table 4. Elasticities of Import Demand with Respect to Key Variables

| Import Elasticity | Country | | | | | | |
|---|---|---|---|---|---|---|---|
| with respect to: | Brazil | Chile | Egypt | Morocco | Peru | Venezuela | Average |
| Wheat Price[1] | −.60 | .29 | −.25 | −1.14 | .07 | −.71 | −.39 |
| Income[2] | .15 | .47 | .37 | .50 | .24 | .19 | .32 |
| Import-Capacity | .79 | .69 | .38 | .90 | .13 | 1.04 | .66 |

[1]Price elasticities of demand and price elasticities of supply were obtained from the USDA (pp. 101-105). The price elasticities of demand are as follows: −.25 for Brazil, Egypt, Morocco, Peru and Chile; −.30 for Venezuela. The price elasticities of supply are as follows: Brazil, .75; Chile, .30; Egypt, .25; Morocco, .25; Peru, .30; Venezuela, 0.0. Estimates for price transmission elasticities were obtained from Matthew Shane at the USDA (see text).

[2]Income elasticities were obtained from USDA (pp. 101-105). They are as follows: .25 for Brazil, Egypt and Morocco; .30 for Peru and Chile; and .35 for Venezuela.

Third, because cotton is a large generator of foreign exchange in Egypt, government regulation of crop rotation has given cotton production priority over other commodities. In addition, wheat is heavily taxed as indicated by the lowest production NPC (.41) in the world. These factors provide incentive for substitution of other commodities for wheat (Gardner and Skully). Considering Egypt's plan to build foreign exchange through cotton exports, years in which real import capacity is low may coincide with increased rather than diminished wheat imports.

## Elasticity Estimates

The import elasticities reported in Table 4 have been calculated with respect to the world price of wheat, income, and import capacity. The algebraic formulas used to calculate the import elasticities are as follows:

World price elasticity:

$$E^M_{WP} = \eta \left[\left(1 + \frac{\tau_1}{RF}\right)\left(\mu_1 \frac{CM^*}{M} - \epsilon \frac{Q}{M}\right)\right] + \frac{\tau_3 * WP}{F * M},$$

when $\eta = \frac{\partial P}{\partial WP}\frac{WP}{P}, \mu, \epsilon$, are the price transmission elasticity, the price elasticity of demand and the price elasticity of supply, respectively.

Income elasticity:

$$E^M_Y = \left(1 + \frac{\tau_1}{RF}\right) * \mu_2 * \frac{CM^*}{M}.$$

Import-capacity elasticity:

$$E^M_Y = \frac{1}{F * M}(H),$$

where

$$H = -[(\tau_1 * M^* + \tau_2)ICWPI + \tau_3 * WP].$$

This content downloaded from 144.92.122.222 on Fri, 20 Jun 2014 17:11:15 PM
All use subject to JSTOR Terms and Conditions

Case 4:15-cv-00077-BJB-HBB Document 177-16 Filed 03/27/20 Page 10 of 12 PageID #: 1912



The price transmission elasticity (PTE) term in the expression for calculating the world price import elasticity reflects the relative responsiveness of domestic consumer and producer prices to changes in world wheat prices. The value of the PTE ranges from zero to one depending on how insulated the domestic wheat markets are from world prices. Theory suggests that, compared to a consumer market fully linked to world prices, demand response in an insulated market will be less elastic with respect to world price changes. Failure to account for this could create an upward bias in calculating import demand response (Bredahl et al.).

For the present analysis, the world price elasticities were calculated for the respective countries using the following PTE estimates:[5] Brazil, .071; Chile, .619; Egypt, .658; Morocco, .662; Peru .642; and Venezuela, .562. The computed wheat import demand elasticities (Table 4) show inelastic response for Brazil, Egypt and Venezula. Morocco's price elasticity of demand is greater than one in absolute value. The positive elasticity estimates for Chile and Peru are the result of the perverse regression results discussed earlier. The average of the six reported elasticities is –.39. The overall inelastic response is consistent with the findings of other studies. Abbott found inelastic price responses for most countries in a study using time series data for 17 countries from 1951 to 1973. Jabara found elasticities of –.18 and –.07 for non-wheat and wheat producing countries, respectively. Roe et al. in a larger study covering seventy countries from 1967 to 1980 found inelastic import in all world regions. However, Roe et al.'s findings for the individual countries in this study were all greater than one in absolute value except Venezuela.[6]

Although most responses to domestic income changes were in the inelastic range, countries with lowest consumer NPC (Egypt and Morocco) had relatively higher income elasticities. Wheat imports by Chile are also relatively more income elastic despite a consumer tax on wheat purchases. The fact that 18 percent of Chile's total cereal consumption is wheat (Table 1) may in part explain the result.

Jabara also reported import elasticities with respect to foreign exchange. The estimates were .34 for wheat-producing importers and .25 for non-wheat producing importers. The comparable elasticity in the present study is the elasticity of imports with respect to import capacity. Our average result for the six countries show more response than Jabara's study. A possible explanation is that our sample includes imports after 1979, when import capacity tightened. The results for the individual countries, however, suggest a wide range of wheat import response to changes in import capacity. A one dollar increase in import capacity through an increase in export earnings or debt disbursment, or a decrease in debt service generates the highest response in Venezuela and Morocco, followed by Brazil, Chile and Peru. Note that for countries, like Morocco, where both import capacity elasticity and wheat income elasticity are relatively high, an increase in import capacity can have a relatively higher impact on wheat imports. Assuming a positive foreign trade multiplier, increases in exports will result in rising per capita incomes and a higher desired level of wheat imports. In addition, increases in the ability of the country to export will, *ceteris paribus*, lead to higher import capacity and, hence, less divergence between actual and desired wheat import.

### Conclusions and Limitations

This paper investigates the responsiveness of wheat imports to a country's import capacity. Import capacity was defined as the difference between export earnings and net transfers. A country's net transfers are the difference betweem new loan disbursement

[5] The PTE estimates for the individual countries are unpublished and were provided by Mathew Shane. Details on the analytical framework and econometric procedures used in estimating the PTE's can be found in Roe et al.

[6] The wheat import price elasticities in Roe et al. were reported on a regional basis only. The estimated elasticities for the individual countries were provided by Mathew Shane. They are as follows: Brazil, –2.11; Chile, –1.645; Egypt, –1.898, Morocco, –1.489; Peru, –1.546; Venezuela, –.347. The study period was 1967-1980.

This content downloaded from 144.92.122.222 on Fri, 20 Jun 2014 17:11:15 PM
All use subject to JSTOR Terms and Conditions

and debt service (prinicpal plus interest payments). The study focuses on six major indebted and significant wheat importing nations in which food import decisions are entrusted to the central government.

The estimated import demand elasticities for the individual countries range from –.25 for Egypt to –1.14 for Morocco. The average of the six elasticities is –.39. This inelastic response is consistent with the findings of other studies which considered the role of government in the import market. The other studies, however, did not explicitly account for the constraint of external debt on import behavior. Estimates of the import capacity-elasticities for the individual countries range from a low of .38 for Chile to a high of 1.04 for Venezuela. The average import capacity elasticity of wheat imports for the six countries is .66. The implications for wheat exporters, who also happen to be lenders to wheat importers are obvious. Unless debtor countries can increase their export earnings or can obtain additional loan disbursements, they must either reduce debt service payments or import less wheat.

Limitations of the analysis should be noted in order to place the results in proper perspective. The model considers the level of exports, the level of new loans, and debt service as predetermined variables when, in fact, they are a product of complex political and economic forces emanating from both borrowers and lenders. As these forces change over time, the relative flexibility a government maintains in obtaining new debt and/or rescheduling old debt also changes. The recent experience of Mexico is a case in point. Therefore, ex ante factors which lead to changes in a country's external debt constraint should also be considered. Finally, the analysis did not consider the tradeoff an indebted country makes between wheat and other agricultural and nonagricultural imports. This remains a challenge for future research.

## References

Abbott, Philip C. "Modeling International Grain Trade with Government Controlled Markets." *Amer. J. Agr. Econ.*61(1979):22-31.

Brazil. Fudacao Instituto Brasileiro De Geografia E Estatistica. *Anuaro Estatistica Do Brazil*, various issues.

Bredahl, M.E., W.H. Myers and K.J. Collins. "The Elasticity of Foreign Demand of U.S. Agricultural Products: The Importance of the Price Transmission Elasticity." *Amer. J. Agr. Econ.*61(1979):58-63.

Byerlee, D. and G. Sain. "Food Pricing Policy in Developing Countries: Bias Against Agriculture or for Urban Consumers." *Amer. J. Agr. Econ.*68(1986):961-969.

Byerlee, D. "The Political Economy of Third World Food Imports: The Case of Wheat." *Econ. Dev. and Cultural Change* 35(1987):307-328.

Chu, K., E. C. Hwa and K. Krishnamurty. "Export Instability and Adjustments of Imports, Capital Inflows and External Reserves: A Short-run Dynamic Model." In Bigman, D. and T. Taya, eds. *Exchange Rate and Trade Instability*. Cambridge, Mass: Ballinger, pp. 196-213, 1983.

Euromonitor. International Marketing Data and Statistics, various issues.

Gardner, G.R. and D.W. Skully. The Conduct of Wheat Marketing in North Africa. USDA, ERS AGES860808, 1986.

Hemphill, W.L. "The Effects of Foreign Exchange Receipts on Imports of Less Developed Countries." *IMF Staff Papers* 21(1974):637-676.

International Labor Office. *Bulletin of Labor Statstics*, various issues.

International Monetary Fund. *International Financial Statistics*, 1987 Yearbook.

International Wheat Council. *World Wheat Statistics,* various issues.

Islam, B. "Price, Income and Foreign Exchange Reserve: Elasticity for Asian Rice Imports." *Amer. J. Agr. Econ.*60 (1978): 532-535.

Jabara, C.L. "Cross-Sectional Analysis of Wheat Import Demand among Middle-Income Developing Nations." *Agricultural Economics Research* 34(1982):34-37.

This content downloaded from 144.92.122.222 on Fri, 20 Jun 2014 17:11:15 PM
All use subject to JSTOR Terms and Conditions

Case 4:15-cv-00077-BJB-HBB Document 177-16 Filed 03/27/20 Page 12 of 12 PageID #: 1914



Morocco. Ministere de l'Agriculture et de la Reforme Agraire et Associates for International Resources and Development. *La Politique de Prix et d'Incitations dans le Secteur Agricole: Annexe Statistique*, 1986.

Roe, T., M. Shane and D.H. Vo. "Price Responsiveness of World Markets: the Influence of Government Intervention on Price Elasticity." USDA, ERS TB-1720, 1986.

Sarris, A.H. "Grain Imports and Food Security in an Unstable International Market." *J. Develp. Econ.* 7(1980):489-504.

Shane, M. and D. Stallings. "Financial Constraints to Trade and Growth." USDA, ERS FAER-211, 1984.

Tanzi, V. "Fiscal Policy Responses to Exogenous Shocks in Developing Countries." *Amer. Econ. Review* 76(1986):88-91.

United Nations. Food and Agriculture Organization. *Production Yearbook*, various issues.

United Nations. Food and Agriculture Organization. *Trade Yearbook*, various issues.

USDA. "Alternative Futures for World Food in 1985: World GOL Model Analytical Report." Volume 1, FAER Report no. 146, April 1978.

Winters, A.L. "Imports of Developing Countries: An Empirical Model of Intertemporal Allocation and Financial Constraints." *World Bank Staff Working Papers* no. 740. The World Bank, Washington D.C.

World Bank. World Development Report, 1987. Washington D.C.

This content downloaded from 144.92.122.222 on Fri, 20 Jun 2014 17:11:15 PM
All use subject to JSTOR Terms and Conditions

View publication stats