**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

CHARLES MORRIS, et al.,

Plaintiffs,

v.

TYSON CHICKEN, INC., et al.

Defendants.

Case No. 4:15-cv-00077

Judge: Joseph H. McKinley, Jr.

---

## EXHIBIT LIST FOR MOTION TO STRIKE EXPERT TESTIMONY OF DR. STIEGERT (DOC. 175)

---

| Exhibit | Title |
|---|---|
| 1 | First Deposition of Kyle W. Stiegert |
| 2 | Declaration of Kyle W. Stiegert in Support of Expert Disclosures |
| 3 | Deposition of David Mears |
| 4 | Deposition of Neil Barfield |
| 5 | Deposition of Jim Gottsponer |
| 6 | Broiler Contract of Charles Morris |
| 7 | Deposition of Jim Leis |
| 8 | Deposition of Charles Morris |
| 9 | Deposition of Douglas Brown |
| 10 | Deposition of Keith Crabtree |
| 11 | Deposition of William Morgan Rickard |
| 12 | Deposition of John Pinkston |
| 13 | Deposition of Timothy Vincent |
| 14 | Deposition of Christopher Burch |
| 15 | Deposition of Calvin Leisure |

| | |
|---|---|
| 16 | J.M. MacDonald & N. Key, *Market Power in Poultry Production Contracting? Evidence from a Farm Survey*, 44 J. of Agric. and Applied Econ. 477, 480 (2012) |
| 17 | J.M. MacDonald & Key, “Local Monopsony Power in the Market for Broilers? Evidence from a Farm Survey” |
| 18 | Expert Report of Dr. Walter N. Thurman |
| 19 | Kyle Stiegert, “Third World Debt and Wheat Imports: An Analysis for Selected Countries” |
| 20 | Ansong-Danquah J, *A Survey of Carcass Condemnation at a Poultry Abattoir and its Application to Disease Management*, 28 Can. Vet. J. 53 (1987) |
| 21 | Expert Report of Dr. Thomas Elam |
| 22 | Second Deposition of Dr. Kyle Stiegert |
| 23 | Supplemental Declaration of Kyle W. Stiegert in Support of Expert Disclosures |

Dated: March 30, 2020

Respectfully submitted,

By: */s/ Mark C. Tatum*

SHOOK, HARDY & BACON LLP

Robert T. Adams, Mo. Bar No. 34612*
Mark C. Tatum, Mo. Bar No. 50082*
Steve Soden, Mo. Bar No. 41917**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
mtatum@shb.com
rtadams@shb.com
**admitted pro hac vice*
***to be admitted pro hac vice*

Marc Wells
209 West Main Street
P.O. Box 644
Princeton, Kentucky 42445
Telephone: 270-365-5576
Facsimile: 270-365-5578
marcwells.atty@yahoo.com

*ATTORNEYS FOR DEFENDANTS*