**per year?**
A The -- the days out work was -- was built upon the 12 and 17 that is alleged to have been promised.
**Q I understand. I'm just saying, you didn't -- and I'm just, you know, I've got to be clear on what you did and what you didn't do. And you didn't, in preparing your supplemental report, do any analysis at all to see if plaintiffs received flocks at the frequency set forth in the written broiler agreement in which they signed?**
A I reviewed the contracts.
**Q I understand, but you didn't analyze their flock placements to see if they received flocks consistent with those terms, correct? You simply looked at it through this assumption given to you to -- to analyze?**
A Well, the -- the point of -- of this is -- is -- really speaks to more the monopsony control of the contract itself, so.
**Q I understand, but you're --**
A So --
**Q Listen to my question. I understand, but I'm just saying, you didn't do any analysis to determine whether or not they received the number of flocks per year as mandated by the contract; whether you**

organization specialist. I don't -- I don't know how to characterize everything that Dr. Thurman has done over his career.

**Q Bottom line is, you just -- you're not here to challenge?**

A He's a very good economist. I'm not questioning his credentials as an economist. I'm only asking a -- a thought question here.

**Q I'm just saying, you're not challenging his qualifications to render his opinions here in this case?**

A Oh, no.

**Q Okay. What are your challenges to his report in this case?**

A Well, I completely disagree with his assessment of the -- of the SSNIP -- the SSNIP analysis, relevant market region.

To me this is so straightforward, there's only -- there's only Tyson and, um -- what's the other one? Um, help me. Um, I'll have to go look it up. Perdue, yeah. Perdue Livermore. There's only two even possible competitors in this region. And -- and in terms of grower services to -- Dr. Thurman wants to introduce all this -- all this, ah, labor market options that are available

to farmers, and I -- I disagree with that entirely.
Q **Do you dis --**
A There's at most two firms buying chicken from -- from growers in this region, at most. And right now we know that Perdue is switching over to organics, or has switched over to organics in 2015 or '16, I think it was. And then, um -- so, ah -- so -- and the amount of switching that went on between Perdue and Tyson even before the organics was, in my opinion, so small, that they were basically operating as independent -- largely independent integrators.
So I think the geographic market is -- is -- that I put together in my report, is completely correct, arguing for about a 50 -- 50-mile radius. There was a couple farms that were sightly outside that. That's not the point at all.
The point is that even those farms can't send their birds to some other place. Everybody has to participate in this region. Now, getting to the relative product market to -- to say this is grower services and that extends into all other forms of labor that might be available to a farmer, ah, that's just simply not true.
This is more -- we want to think about this

supplemental report.

**Q Because I -- I noticed it wasn't referenced, you know, the guidelines, for example, were not referenced in your first report, but they show up in your second report.**

A Yeah, the discussion of relevant markets was -- we'd have to go back and take a look at that again. Oh, that's -- Page 35. Cite the same document. It -- it would describe the SSNIP test. I guess I didn't particularly call it that.

**Q Did you follow the horizontal merger guidelines issued by the Department of Justice in exercising your SSNIP test?**

A Yeah, I guess, um, yeah, that was a -- it was -- it's just an exercise one goes through to determine a relevant market. And, um, it says -- it says the guideline -- basically geographic markets, I cite it right there, region from which sales were made, and geographic markets from which customers into the sales are made. So that's right from the guidelines.

**Q Do the guidelines consider any other factors in defining their relevant market?**

A Oh, I'd have to -- I'd have to go back and look at the guidelines to know that. Um, that's not the