**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| CHARLES MORRIS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:15-cv-00077 |
| v. | ) | |
| | ) | Judge: Joseph H. McKinley, Jr. |
| TYSON CHICKEN, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

---

**ORDER DENYING DEFENDANTS' MOTION TO STRIKE THE PROPOSED EXPERT OPINIONS OF DR. STIEGERT**

---

Upon Motion by the Defendants, having reviewed the papers submitted, and the Court being otherwise duly and sufficiently advised:

IT IS ORDERED that Defendants' Motion to Strike the Proposed Expert Opinions of Dr. Kyle Stiegert. is DENIED in full.

______________________________
United States District Court Judge

Prepared by:

/s/ *John C. Whitfield*
John C. Whitfield
Caroline Ramsey Taylor
**WHITFIELD BRYSON, LLP**
19 North Main Street
Madisonville, Kentucky 42431
Tel: (270) 821-0656
Fax: (270) 825-1163
john@whitfieldbryson.com
caroline@whitfieldbryson.com

***Attorney for Plaintiffs***