**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| CHARLES MORRIS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TYSON CHICKEN, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:15-cv-00077<br><br>Judge: Joseph H. McKinley, Jr. |

**DEFENDANT TYSON CHICKEN INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendant Tyson Chicken Inc., by and through counsel, and pursuant to Federal Rule of Civil Procedure 56, moves for judgment in its favor on Plaintiffs' remaining claims (Count I – PSA, Count II – Breach of Contract, Count IV – Breach of the Implied Covenant of Good Faith and Fair Dealing, Count V – Fraud).

In addition to the evidence already in the Court's record, Defendant hereby submits the following materials in support of its motion for judgment:

1. Defendant's Statements of Uncontroverted Facts
2. Defendant's Exhibits to its Statements of Uncontroverted Facts

These materials and evidence establish that Defendant's motion for judgment should be granted.

WHEREFORE, Defendant's request that this Court GRANT its Motion for Summary Judgment as to all Plaintiffs' claims against it, including claims by Plaintiffs Charles Morris; William Rickard; Sondra Rickard; Rickard Farms, LLC; ICU Chickens, LLC; Dennis Clapp; John Pinkston; Loi Hong; H & L Farms, LLC; Doug Brown; Tim Vincent; TLC Poultry, LLC; Keith Crabtree; Christopher Burch; Mike Murphy; Murphy Farms, LLC; and Calvin Leisure.

Dated: May 22, 2020

Respectfully submitted,

By: */s/ Mark C. Tatum*

SHOOK, HARDY & BACON LLP

Robert T. Adams, Mo. Bar No. 34612*
Mark C. Tatum, Mo. Bar No. 50082*
Steve Soden, Mo. Bar No. 41917*
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
mtatum@shb.com
rtadams@shb.com
**admitted pro hac vice*

Marc Wells
209 West Main Street
P.O. Box 644
Princeton, Kentucky 42445
Telephone: 270-365-5576
Facsimile: 270-365-5578
marcwells.atty@yahoo.com

*ATTORNEYS FOR DEFENDANTS*

**CERTIFICATE OF SERVICE**

I hereby certify that May 22, 2020, I served the foregoing document via electronic mail to the following counsel of record:

WHITFIELD, BRYSON & MASON, LLP
John Whitfield
19 North Main Street
Madisonville, KY 42431
john@wbmllp.com

BUTLER FARM & RANCH LAW GROUP, PLLC
J. Dudley Butler
499A Breakwater Drive
Benton, MS 39039
jdb@farmandranchlaw.com

PUBLIC JUSTICE, P.C.
David S. Muraskin
1825 K. St. N.W., Suite 200
Washington, D.C. 20006
dmuraskin@publicjustice.net

*/s/ Mark C. Tatum*
ATTORNEY FOR DEFENDANTS
SHOOK, HARDY & BACON LLP
Mark C. Tatum, Mo. Bar No. 50082*
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547