# Exhibit 1

# Deposition of David Mears

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY, OWENSBORO DIVISION

CHARLES MORRIS, ET AL.,

Plaintiffs,

vs. No. 4:15-CV-00077

TYSON CHICKEN, INC., ET AL.,

Defendants.

CONFIDENTIAL UNDER PROTECTIVE ORDER

______________________________

VIDEO DEPOSITION OF DAVID MEARS
TAKEN ON BEHALF OF THE PLAINTIFFS
ON OCTOBER 12, 2018, BEGINNING AT 9:01 A.M.
IN SPRINGDALE, ARKANSAS
REPORTED BY MIKE WASHKOWIAK, CCR

APPEARANCES:

On behalf of the PLAINTIFFS
John C. Whitfield
WHITFIELD, BRYSON & MASON LLP
19 North Main Street
Madisonville, Kentucky 42431
270-821-0656
john@wbmllp.com

On behalf of the PLAINTIFFS
Caroline Taylor
WHITFIELD BRYSON & MASON LLP
19 North Main Street
Madisonville, Kentucky 42431
270-821-0656
caroline@wbmllp.com

VERITEXT LEGAL SOLUTIONS
MID-ATLANTIC REGION
1801 Market Streeet - Suite 1800
Philadelphia, Pennsylvania 19103

with them.
Q Okay. What else would you do?
A That's about it.
Q Okay. But then when you became active in the military, I assume that your involvement in the chicken industry ceased?
A Prior to that I worked for Tasty Bird as an hourly employee in between my junior -- sophomore and junior year. Back then you could work in a processing facility at the age of 16.
Q Okay. What did you do there, David?
A Debone.
Q So you did that when you were 16?
A Uh-huh. And I also hunted for SARS. Back then the bird was de-segmented with saws, and there were eight saws in there and I used to hang wogs or whole birds.
Q Okay. And then when you graduated from high school, then you were stationed -- what was your first station?
A It was Fort Leonard Wood.
Q Okay. What year would that have been?
A 1983.
Q Okay. And then from there until 2013 you were active military?
A I was reserve.



Q You were reserve?
A I was called up on active duty twice.
Q Okay. When were you called up twice?
A I did a two-year deployment from 2003 through 2005.
Q Where?
A Iraq.
Q Okay. All right, and then you had another deployment?
A I was called up again to take my battalion, I was battalion commander, to Afghanistan.
Q Okay. When would that have been, David?
A 2009.
Q All right. How long was that?
A That was a year.
Q Okay. So you were in the Reserves then?
A Uh-huh.
Q Is that a yes?
A Yes.
Q Did you work anywhere?
A Yeah, I worked for Tyson.
Q When did you start working for Tyson?
A February 2, 1990.
Q All right. And prior to that time did you work for any poultry company?



A When I was 16, Tasty Bird, yeah.
Q Besides that?
A No, I did not.
Q So Tyson you hired on February 1 of 1990. Where did you hire on at, David?
A Dardanelle, Arkansas.
Q I'm sorry?
A Dardanelle, Arkansas.
Q Okay. Spell that for me.
A D-a-r-d-a-n-e-l-l-e.
Q Okay. I assume there was a complex there that you worked?
A Uh-huh.
Q Is that a yes?
A Yes.
Q Okay. Tell me about the complex there in Dardanelle.
A It's a fast food complex, small bird.
Q When you say fast food complex, talk to me about that.
A KFC. The products the customer bases like KFC, Church's Chicken. It's eight-piece and cut-up. It's small bird.
Q When did -- strike that.
What was your job title when you hired in at



Dardanelle?
A I was a hatchery employee team member.
Q Okay. Who was your immediate supervisor at that time?
A Wally Taylor.
Q Okay. Walk me through, then, what your day-to-day responsibilities would have been at the time when you hired in February 1, 1990.
A I was a transfer. I transferred hatch eggs.
Q Okay. All right, so explain that to me, transfer hatch eggs. Walk me through that.
A At 18 days the eggs -- day one the eggs come to the hatchery, there's a three and four-day pickup from the farms, so they get picked up twice a week, the breeder farms, and they bring the eggs to the hatchery. They're usually on the floor in the egg room for no more than two to three days. They like to let them sit for that long.
Then the setters would set the eggs in the setters where they stay 18 days, and at 18 days somebody has to transfer them out of the setters and put them in hatchers, and they're there until 21 days and they hatch out there, the chicks do.
Q Okay, 21 days in the hatchers?
A Three days.
Q Three days?

Page 42

What breed of birds were grown by Cobb-Vantress?
A Back then it was 500s.
Q Just 500s?
A Cobb 500s and the Cobb male was primarily the only breeds that was.
Q Okay. You said primarily, but were there other breeds besides those two?
A They had some avian breeds, but we didn't sell them, okay?
Q Okay.
A They were at the research facilities. They had some Vantress. They had some Vantress breeds. That's why thus Cobb-Vantress. Now it's just Cobb, but the Vantress breed was still on the research farm. We still had those genetics.
Q Okay. But as far as the ones that were sold during this time period?
A 500s.
Q 500s and Cobb male?
A Uh-huh. Yes.
Q What's the difference, for somebody watching this, what's the difference between a Cobb 500 and a Cobb male?
A Well, the Cobb 500 female is the ones that's going to lay the eggs --

Page 43

Q Got it.
A -- okay, and produce -- and produce the Cobb 500 chicks. Now the male was just a Cobb male back then, and it actually mates with the 500 hen and fertilizes the egg, okay?
Q Got it.
A And we only had one male, and we only had one breed.
Q Okay. That was during this time period?
A Yes.
Q '98 to 2000. Okay, so after 2000 where did you move?
A Got tired of being on the road, so I went back to Tyson Foods as breeder hatchery manager Clarksville, Arkansas.
Q How long did you do that?
A Until 2005, and then I became assistant live production manager at Clarksville, Arkansas.
Q Who was the live production manager in 2005 at Clarksville?
A Gordon Sturdivant.
Q Can you spell his last name for me?
A S-t-u-r-d-i-v-a-n-t.
Q Okay. Assistant live production manager, tell me what your responsibilities were in Clarksville.

Page 44

A I had the responsibility for the hatcheries, the breeder department, the grower department and live haul and -- broiler, breeder, live haul, feed mill.
Q Okay. And how many growers were underneath the Clarksville umbrella when you were there?
A There was about 175 contracts for broilers.
Q Got it.
A 55 breeder hen and nine pullet.
Q Okay. All the -- strike that.
The 175 contracts for the broilers were all tournament system based?
A Yes, they are.
Q Then the 55 breeder hens were square foot?
A Breeder hens is eggs pay.
Q Egg pay, what you just told me a minute ago?
A Yeah, and the pullets was square foot.
Q Got it. Do you know why there was a difference between those three types of contracts, broiler grower versus pullet versus breeder?
A There's a difference in broilers don't lay eggs, okay?
Q Okay.
A All right, so how are you going to pay a breeder producer based on -- it's what you're asking that producer to actually do. He's not raising meat to be processed.

Page 45

He's raising -- he's raising a breed of chickens to produce eggs, so you have to pay them based on eggs.
Q Okay. I get that.
A All right. Now broilers is a meat product that's going to be processed. You have to pay them on pounds.
Q Okay.
A All right.
Q But why could you not just pay them X amount of dollars per pound instead of the tournament system, do you know?
A X amount of dollars per pound you would probably have way too many of them go broke because there would be no -- there is a bottom end within the tournament system where we're going to pay no matter what this amount of dollars or this amount per pound. If you have producers out there growing broilers that now with the animal welfare issues and everything else that's out there, they wouldn't take care of them.
Q So Tyson budgets X amount of dollars for --
A No. No, they don't.
Q Okay. So in any given tournament is it not true that they budget X amount of dollars for a given tournament?
A No.

Page 46

Q Or for the broiler system itself in any complex?
A No. No one budgets any money.
Q Okay. Based upon your experience what is -- then what is the primary reason that Tyson utilizes the tournament system for broiler contracts?
A I'm also a broiler producer, okay?
Q Yes, sir.
A And I'm also a pullet producer, so I have both of those contracts.
Q Okay.
A There -- the reason that there is a -- years ago back before the tournament system, producers had to buy the chicks and buy their own feed and so on and so forth. They wouldn't be in business anymore. They can't handle the volatility of the cost of the ingredients, the cost to produce the chick or any of that. So the tournament system was actually a very good system that was designed for the broiler producers to actually make a decent living.
Q Because of the cost?
A Well, the input cost for the feed and the chick and the primary breed and so on and so forth because pullet pay rolls into the -- goes to the -- is transferred to the breeder farm. The cost of the hatch egg pay is -- all of that is rolled back into this is how much it costs

Page 47

us to produce this one chick that's going out to the broiler farms. So the companies out there that are producing these chicks have a cost already before the broiler producer ever gets the baby chick.
Q I understand that. I'm trying to figure out what your -- this is your opinion.
A Uh-huh.
Q Why do you believe that the tournament system is used for broiler contracts? I heard that cost, cost for the ingredients, cost for the feed, cost for the chick itself?
A Uh-huh.
Q Those are considerations of why the tournament system is used. Is that fair?
A I would say so.
Q What other reason that you're aware of why the tournament system is used by Tyson for broilers versus any other system that Tyson uses, like square foot or others? Why is the tournament system used?
A If on -- it's no different than if you look at we pay on breeder hen egg production. If you do not take care of your flock and do the right things to get the total dozen eggs, you don't make any money, guys. It's not a tournament system. No one's competing against anybody. It's based on total dozens produced.

Page 48

Q I get that.
A All right. What incentive does this broiler producer have if I paid him on the square foot? I'm going to give you a high dollar -- I've got a lot of money in this baby chick and I've got a lot of money in this feed and you're not going to take care of it but I'm just going to pay you square foot pay. Now, where does that --
Q All right. So the tournament system is an incentive for the farmers to be efficient?
A Yes.
Q Okay. And you're saying that if you didn't have the tournament system in place, then there would be no incentive for these farmers to be efficient?
A That's true.
Q Okay. So cost and efficiency are two of the reasons that you believe that the tournament system is used by Tyson?
A Yes.
Q Any other reason you can think of, David?
A No.
Q Okay. All right, I kind of got sidetracked there. We're talking about you worked as assistant live production manager in Clarksville from -- you started in 2005?
A Uh-huh, yes.

Page 49

Q How long did you do that?
A Two years.
Q Okay. Through '07, and then what did you do in '07, David?
A Went to Robards, Kentucky to be the live production manager.
Q Okay. How long were you live production manager at Robards, David?
A Approximately right at three years.
Q 2007 through 2010?
A It was the end of 2009 when I left.
Q Okay. Did you only do one tour there, or did you go back at Robards?
A I went back as the complex manager later on.
Q Got it. So 2007 through 2009 you were live production manager at Robards?
A Yes.
Q Okay. And how many contract broiler farmers did you have at that complex during that time period?
A 160, 170. I can't remember.
Q Okay. And talk to me about your responsibilities there as the live production manager.
A I was responsible for all the live aspects; that's feed mill, hatchery, broilers, breeders, live haul, truck shop.

Page 54

Q Okay, brighter light?
A Yeah, it needs to stay a little warmer on the facility, in the facilities.
Q All right, what else?
A That's about it.
Q So brighter light and the environment needs to be a little bit warmer for the 700s?
A For the 700.
Q Versus the 500?
A Versus the five.
Q Okay. What about the males or the MV males, are there any differences that you see there in terms of growing those birds?
A No.
Q Based upon your training and your education, does one grow -- strike that.
Based upon your education, training, and experience, does the 700 grow larger than the 500 typically?
A No.
Q It does not?
A No.
Q What about males versus females, do males typically grow larger than female?
A Yes.

Page 55

Q How much larger, if you know?
A Now, are we talking about -- what we talking about here? Are we talking about a broiler?
Q Talk about a broiler.
A Well, all of your growers are getting -- it's a flip of a coin. It could be 50 percent, you know. It's whatever mother nature --
Q That's not what I'm asking you. What I'm asking you is male versus female --
A Uh-huh.
Q -- listen to the question, male versus female, is it fair for me to assume that males will grow, broilers, will grow larger than females?
A Yes, it is.
Q Okay, that's all I'm asking. So now we're about 2009 through 2011; you were at Cobb-Vantress. So in 2011 something changed?
A I got tired of being on the road and went back to Tyson Foods as live production manager in Clarksville, Arkansas.
Q Okay. When you were at Cobb, you still had the same geographic location: Arkansas, Tennessee, Louisiana, Oklahoma, and Missouri?
A No.
Q That changed?

Page 56

A That changed.
Q Okay. So who did you have then?
A I had Arkansas, Kentucky, North Carolina, Georgia, Tennessee.
Q That's a big area.
A Well, I had complexes in each one of those areas.
Q Got it, okay. So you went back to Clarksville and you were live production manager there?
A Yes, I was.
Q How long were you that?
A Until 2014.
Q Okay. And then what happened in 2014?
A I took the position of complex manager Robards, Kentucky.
MR. WHITFIELD: Let's take a break for a second, Mark.
MR. TATUM: Okay.
THE WITNESS: We're now off the record. The time is 10:06 a.m.
(BREAK FROM 10:06 TO 10:18)
THE VIDEOGRAPHER: We are back on the record. The time is 10:18 a.m.
Q (BY MR. WHITFIELD) Okay, we're back on the record, and we were talking, David, about your work

Page 57

experience with Tyson, and we got up to 2014 when you were a complex manager at the Robards facility there.
A Yes.
Q How long were you complex manager there?
A Until October, October 29 of '17.
Q Okay. Tell me, then, during this time period how many different growers were underneath the Robards umbrella that you can remember, broiler growers.
A I don't know, a hundred and something.
Q Over a hundred?
A No, I'm going to tell you -- let me rephrase that. There were 90, 98 to 100 growers, no more than that.
Q All right.
A As a matter fact I can remember looking at the rankings, and 94 -- probably 94-96 total broiler contracts.
Q Okay.
MR. TATUM: Just to make sure you guys are talking about the same thing, you're talking about contracts?
THE WITNESS: I'm talking about contracts. I'm not talking about individual growers. To me a contract -- the contract is the grower.
Q (BY MR. WHITFIELD) A grower can have more than

one contract?
A Oh yes.
Q So 94 to 96 contracts doesn't necessarily mean 94 to 96 growers?
A No.
Q If you had to guess, what about the growers, how many growers do you think were there?
A Probably 72 --
Q Okay.
A -- on broilers.
Q Yes, sir, on broilers, yeah. All of those 72 growers were operating under a tournament system?
A Yes, a few, a handful were on the 52-week contract, but it's a tournament contract also.
Q Okay, fair enough. A week versus 52 weeks?
A Yes.
Q And they're both under the tournament system?
A Yes.
Q Okay. Now, walk me through, then, your responsibilities as complex manager from 2014 through October 29, 2017.
A I had the responsibility for all the team members, which is about 1600 total team members.
Q 1600?
A Uh-huh, yes. The responsibility for all the



contract growers. I had the processing facility, the hatchery, the feed mill, the delivery aspects and the live haul aspects. All the aspects of a poultry complex I was responsible for.
Q Okay.
A The safety.
Q Now, as complex manager I assume, then, when you got there the GIS system was in place?
A Yes.
Q You're familiar with the GIS system?
A Yes, I am.
Q Tell us what the GIS system is.
A The grow-out -- it's a system that actually has all the data in there on the individual producers and the flocks that they produce.
Q Is this an internal system within Tyson management?
A Yes.
Q Would the growers have any access to the GIS system?
A No.
Q Do you know why?
A I do not.
Q Okay. I assume, then, you would have a username and password?



A Yes.
Q Okay. And your username, I assume, would be your email address?
A Yes.
Q What was your email address?
A David.Mears@Tyson.com.
Q David.Mears@Tyson.com, okay. Being complex manager I would assume that email was something that you would use?
A I do, yes.
Q Did Tyson have when you were at -- strike that. Let me try that again.
When you were live production manager -- strike that again.
When you were complex manager at the Robards facility when you got there in 2014, was there some internal program that the Robards facility used for email traffic?
A Tyson Net.
Q Tyson.net?
A Uh-huh.
Q Okay. Let me tell you what I'm talking about, for example. I'm sure Mark will tell you the same thing. Law firms we use different type platforms for email traffic. We use Outlook, for example.



A Yeah, it's Outlook. It was Outlook.
Q So it was an Outlook-based program?
A Yes.
Q You guys would use as well?
A Yes.
Q Okay. But would it be internal within Tyson.net that Outlook would be a part of that?
A Yes.
Q We have the same thing in our firm. I just wanted to know what you were talking about. Was it cloud-based?
A Yes.
Q Okay. So if you wanted to communicate with the live production manager, you could do it by email?
A Yes.
Q How often would you use your email, do you think, when you were a complex manager there?
A Daily.
Q Okay. Any idea how many emails a day you would send out?
A Not really.
Q Any idea how many emails a day you would receive when you were complex manager?
A Probably up to 30 to a 100. It just depends on what day.

Page 110

determination that there's going to be a bird that's condemned, then that's the whole bird?
A Uh-huh.
Q Is that a yes?
A Yes.
Q And then does the Tyson employee is that the person that actually takes the bird off the line?
A Yes.
Q What's done with that bird?
A If it's -- if it's deemed that it cannot be salvaged by USDA, they threw it in a condemn barrel. The USDA has them throw it in a condemn barrel. If it's deemed that it can be salvaged, even though it's been taken off the line, it's hung on the rehang line and goes to the salvage stations.
Q Okay. If it can be saved and it's a salvaged bird then is the -- does the farmer get any credit for that bird?
A Yes.
Q Okay, a salvaged bird?
A Yes.
Q A bird that's condemned but not salvaged?
A They don't get any credit for.
Q So if it's a whole bird condemn and it's not subject to salvage, then the farmer does not get credit

Page 111

for that bird?
A No, he ends up -- it ends up counting against him.
Q Okay.
A Now salvaged condemn, the plant eats the plant parts. The plant takes the burden of that condemned bird. You've got plant condemn.
Q Okay.
A And usually it's the parts piece of it. You've got to go in and you cut up the bird and there's certain parts of that chicken that have to be thrown into it, be it a leg quarter, be it a drum, whatever. If it's not salvageable, it's cut off of the bird and thrown into a barrel, and that's condemned parts. That does not count against the producer. Then the rest of the bird after it's been tooken care of on the salvage line is rehung and goes back through the process.
Q Okay. But a whole bird condemn is counted against the grower?
A Yes.
Q Are you familiar with the tournament system and condemn in other companies?
A Yes.
Q Do you know whether or not for example Perdue charges condemn against the grower?

Page 112

A I don't know about Perdue.
Q Okay. What about the other companies that you're familiar with?
A Let me rephrase that. I only know of other complexes in Tyson Foods how condemn is handled. I don't know of other companies. I've not sat there and looked at the other companies how they're handling condemn when it comes through a grower.
Q Have you heard what other companies do in regards to condemn and whether or not other companies charge condemn against the grower?
A I have not. I have not.
Q All right. Now, you also told me that when you were at Cobb that Cobb did sexing of the birds, so essentially they would be able to tell you in any set number of birds how many are males and how many are females; is that fair?
A Yes.
Q Are there instances when you were complex manager at the Robards facility where sexed birds from Cobb would make their way to the Robards facility?
A No, not to my knowledge.
Q Okay. So there were no instances where when you were complex manager that birds were received from Cobb that were already sexed?

Page 113

A Yes, all the pullet placements have been sexed.
Q Okay. What about broilers?
A No.
Q So the boilers were not sexed from Cobb?
A Robards complex produces its own broilers, not Cobb.
Q So you didn't get any broilers from --
A You're asking about byproduct. Did I receive any byproduct from Cobb?
Q What do you mean by byproduct?
A Byproduct is the term used for the sexing process. Cobb sells the byproduct to Tyson Foods complexes, okay?
Q All right.
A That's the males. It could be males and it could be females, okay?
Q All right.
A And it could be mix of both, but it's what they have actually taken out of the flocks that they're not selling as all female GPs, okay?
MR. TATUM: What's a GP?
THE WITNESS: GP is grandparent flock, pullets.
Q (BY MR. WHITFIELD) Are there instances where you're familiar with at the Robards complex where growers would receive all male birds?

Q So the control of drafting that agreement is in Tyson's favor, is it not?
A They drafted it.
Q Okay. Did you change it in any way?
A No.
Q As far as the equipment on a grower's farm, Tyson has specifications as to the type and condition of the houses themselves, don't they?
A Yes.
Q They have to be a certain size?
A Yes.
Q They have to be a certain type?
A Yes.
Q They have to have certain environmental controls, do they not?
A Yes, they do.
Q They use computers nowadays, don't they?
A Yes.
Q What, David, do the computers do as far as the house is concerned? What variables does it control?
A It controls the temperature, air speed.
Q Temperature?
A Air speed, lights, light intensity.
Q Okay. What else that you can think of?
A It controls when the feeders kick on and when



they kick off. It controls about every piece of equipment in the house.
Q Okay. There are certain specs that Tyson has that these growers if they have a contract with Tyson are expected to meet, are they not?
A Yes.
Q Can they input those specifications into the computer system?
A They can.
Q Okay. Who is it that inputs it? Does the tech do that, or does the grower do that?
A The grower.
Q The grower does that. And the tech reviews that?
A Yes.
Q The tech reviews the computer inputs to make sure that they're meeting Tyson's specs?
A Yes.
Q Does the grower have any control over changing those specifications?
A Most of them do.
Q Okay.
A Most of them change them. I mean without recommendations, and a lot of times when you go and look they perform very poorly.



Q Is it fair for me to assume that if a grower consistently does not set the computer to the specs of Tyson they're going to lose their contract?
A No.
Q They're not?
A No.
Q They can do whatever they want?
A You've got a High 40 Program.
Q If you go through the High 40 Program and you don't make it through that, then you're going to lose your contract?
A After your sixth flock you will.
Q All right. And one of the reasons you get in the High 40 Program is you don't set your parameters on your computer to Tyson specs?
A You did not manage or provide the labor to take care of the chickens in a proper manner to have a quality product being produced, and it cost a ton of money.
Q Which could include not utilizing Tyson's specs?
A It could.
Q Okay. What about upgrades? Tyson requires upgrades periodically to farms, do they not?
A Yes.
Q And to houses?
A Yes.



Q Do you know what the parameters are for that when an upgrade is requested, for example?
A I've only been through a few of them. Upgrades come with changing in technology. I can remember when all the growers had to get off eight-foot trough drinkers and go to nipple drinkers.
Q I get it. I understand what you're saying. I'm just asking you, the decision for upgrades is Tyson's, correct?
A Yes.
Q And Tyson mandates you might need an upgrade for this, that and the other, correct?
A Yes.
Q And if the grower does not do the upgrade, they can lose their contract, right?
A Yes.
Q Okay. Tyson controls the type and gender of the birds that the grower receives, right?
A Yes.
Q Tyson controls the breed of bird; is that fair?
A Yes.
Q Tyson owns the genetics of the bird, doesn't it?
A Yes.
Q What about a pest control issue on a grower's farm, who controls that?

A Tyson bears the cost.
Q Okay. So if I've got a pest issue at one of my houses, then Tyson pays for that?
A Yes.
Q Do they dictate to me how it is that I need to utilize that service, that pest control service, being that they're paying for it?
A What do you mean dictate?
Q Let's say I've got a mouse problem in one of my houses. Does Tyson come in and say all right, Whitfield, here's some money for this issue and here's what you need to do?
A No, Tyson provides the rat bait and the bait stations to help the producer control the rodent issue.
Q Got it.
A On the other side, the bugs, the Darkling beetles that's in the litter, Tyson pays a contractor to come in and spray a pesticide, approved pesticide, inside the chicken houses after each flock to kill the bugs.
Q So they control that, then?
A Yes.
Q Okay. And Tyson controls the -- strike that.
Tyson owns the pullets that are used to produce the laying hens, don't they?
A Yes.



Q They own the laying hens that produce the eggs?
A Yes.
Q Tyson owns the eggs that are hatched by the laying hens, right?
A Yes.
Q Tyson owns and controls the hatchery where the eggs are hatched, don't they?
A Yes.
Q Tyson owns the broiler chicks that are hatched?
A Yes.
Q Tyson owns the broilers?
A Yes.
Q Tyson controls the medication for the eggs and the birds?
A Yes.
Q Tyson controls the type of bird each grower is given? We talked about that, correct?
A Yes.
Q Would you agree with me that Tyson is responsible for the health and condition of the birds delivered to the growers?
A It doesn't say that in contract, does it?
Q I'm asking you.
A Who's responsible?
Q Yes, for the health and condition of the birds



delivered to the growers, who's responsible for that?
A I believe the contract states that all these producers have signed that there's no guarantee on health and condition of the product.
Q So you believe that Tyson can give sick birds to a grower and that complies with the contract?
A No, I did not say that.
Q Then whose responsibility is it to provide healthy birds?
A It's Tyson's. I mean, every Tyson location wants to have the best feed and the healthiest chick provided to all the producers.
Q And you'll agree with me that Tyson has a duty not to deliver deceased birds, right?
A Yes.
Q Okay, that's all I'm asking. Tyson formulates the feed, right?
A Yes.
Q Tyson owns the feed, doesn't it?
A Yes.
Q Tyson controls the additives included in the feed, doesn't it?
A Yes.
Q Tyson controls the type of feed delivered to a grower, doesn't it?



A Yes.
Q That can be refurbished feed -- or reclaimed feed, sorry, correct?
A I'm sure, yes.
Q If a grower gets reclaimed feed, they don't have any say in the matter, do they? It's up to Tyson?
A That's true.
Q Okay. Tyson controls the transporting of the feed to the grower, doesn't it?
A Yes.
Q Tyson controls when the feed is delivered to the grower?
A Yes.
Q You'll agree with me, we talked about this earlier, that Tyson's got a responsibility to deliver the feed in a timely manner, doesn't it?
A Yes.
Q There are some instances where I thought you told me that exceptions are given for individuals where there's been too much time between flocks?
A Uh-huh. Yes.
Q All right. What is an acceptable amount of time between flocks -- strike that.
What's acceptable amount of time for feed deliveries between one feed to the other one?

MR. TATUM: Objection, lack of foundation.
A What do you mean?
Q (BY MR. WHITFIELD) We've heard before from some of our clients that they have issues with feed outages.
A Uh-huh.
Q Okay. Being that you were a complex manager for a while, what is an appropriate amount of time for someone to be out of feed and what's inappropriate?
A Well, you know, there's bad weather instances and everything else out there where you are not able to get to a farm due to the weather conditions. Anything over six hours it more or less impacts the bird.
Q So anything more than six hours has the ability to impact the birds?
A Yes.
Q Tyson controls the amount of reclaimed feed given to the grower, doesn't it?
A Yes.
Q Tyson controls when the birds are delivered to the grower, doesn't it?
A Yes.
Q Tyson controls the veterinary services, doesn't it?
A Yes.
Q Does the grower have the ability to utilize his



or her own vet?
A No.
Q So if I'm growing for Tyson and I've got a vet and I want the vet to look at the birds, under the contract I don't have the ability to do that?
A No.
Q And I have to use the --
A Tyson vet.
Q Tyson vet, okay. When you were at the Robards facility, what was the name of the vet?
A McCarter, Steve.
Q Steve McCarter. Where was he located?
A Georgia.
Q Do you remember where in Georgia?
A Atlanta.
Q Does he still work for the company?
A Yes, he does.
Q Do you think he still is a vet for the Robards facility?
A Yes, he is.
Q Is he also a vet for other complexes in the Tyson system?
A Yes, he is.
Q Which ones?
A I don't know them all. All the fresh, so that



would be South Georgia, that would be Cumming, Georgia, Robards, Kentucky. He's also got some of the small bird stuff in Indiana. He's got Obion County, Union, Tennessee. He's got quite a few.
Q Okay. So Tyson controls the vet that's used for growers that work in the Robards facility, but they also control when vet services are used, right?
A Yeah, but also Tyson uses other vets that's in the industry to come in and help the Tyson vets, okay?
Q Okay, I appreciate that. At the end of the day the growers themselves don't have a say in what vet's used?
A No.
Q Or when the vet is used?
A That's right.
Q That's totally up to Tyson?
A That's right.
Q And Tyson's got complete control of that, correct?
A Yes.
Q And Tyson controls when and which birds must be killed by a grower; is that fair?
A Yes.
Q Tyson controls the tech that oversees each farm; is that fair?



A Yes.
Q The grower doesn't have any say in that, does he?
A No.
Q Tyson controls when the birds are going to be picked up?
A Yes.
Q Tyson controls the catch crew where the birds are being picked up?
A Yes.
Q Do they use independent contractors for the catch crews?
A Yes.
Q At one time they used Tyson personnel, didn't they?
A They did.
Q And then they switched to contract crews?
A Yes, they did.
Q All right. And there are certain parameters or specifications that these contractors' crews are given by Tyson as to how to pick up the birds?
A Yes.
Q And they have to comply with those specifications?
A Yes, they do.

Page 130

Q In order to keep the contract, don't they?
A Yes.
Q Tyson controls the transporting of the birds to the processing plant, doesn't it?
A Yes.
Q In fact, when you were at the Robards facility, were there some instances where you had differences in the mileage from one farm to the other one away from the complex?
A Yeah, all farms are not in the same location.
Q That's right. What was the furthest distance that you remember that a grower had a house and then the closest distance to the Robards complex?
A I'd say the furthest is probably 50 miles.
Q Okay. And what was the closest, David?
A Two miles.
Q Okay. So Tyson controls how those birds get from those locations to the complex?
A Yes.
Q Is there any -- strike that.
For somebody that operates in the tournament system and they are 50 miles away from the complex, they would be about the furthest, you think?
A Yes.
Q Do they get any type of handicap for that at

Page 131

all?
A No. I mean, they might withdraw their feed differently.
Q Do you know that?
A I'm sure.
Q Why do you say I'm sure?
A Well, that's what -- that's what they should be doing is withdrawing their feed differently. It takes them longer to get to the plant, so they shouldn't be off feed.
Q Tyson controls the weighing of the birds once they get there, don't they?
A Yes.
Q Tyson controls the amount of time between catching the birds and weighing the birds, doesn't it?
A Yes.
Q Would you say that Tyson has an obligation and a duty to timely weigh the birds?
MR. TATUM: Objection to the extent it calls for a legal conclusion.
A But I'm going to answer you that. Yes.
Q (BY MR. WHITFIELD) Okay. That's not --
A The birds are timely weighed. As soon as they get to the plant they go across the scale.
Q But Tyson's got that obligation to make sure

Page 132

that happens?
A Yes.
Q It's nothing that the farmer has any control over, correct?
A No.
Q Tyson controls the amount of time between the weighing of the birds and the processing of the birds?
A Yes, but that has no impact to the grower.
Q I'm not asking that question; I'm asking who's got control. Tyson controls when the birds will in fact be processed, doesn't it?
A Yes.
Q Tyson controls the farm condemn practice during processing, doesn't it?
MR. TATUM: Objection.
A No.
Q (BY MR. WHITFIELD) It doesn't to the extent that USDA is involved?
A Yes.
Q Okay. Tyson controls the disposal of the excrement of the birds, doesn't it?
A What are you talking about, litter?
Q Yep.
A Tyson controls that?
Q Yep.

Page 133

A No, we don't.
Q Who controls that?
A The grower does.
Q Are there specifications, though, as to how the excrement is to be disposed of?
A I'm sure; each state has their own.
Q Does Tyson mandate that in any way?
A Yes.
Q There's certain specifications that Tyson has that require the growers to comply with in terms of disposal of the excrement?
A Yes.
Q Tyson controls how long growers are held out between flocks, doesn't it?
A Yes.
Q Tyson controls how many flocks a grower receives, doesn't it?
A Yes.
Q Tyson is the entity that came up with the inputs in the tournament system itself, correct?
MR. TATUM: Objection, calls for speculation.
A I don't know.
Q (BY MR. WHITFIELD) Who else --
A There's plenty of other integrators on competitive contract.