# Exhibit 2

# Deposition of Jim Gottsponer

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY, OWENSBORO DIVISION

CHARLES MORRIS, ET AL.,

Plaintiffs,

vs. No. 4:15-CV-00077

TYSON CHICKEN, INC., ET AL.,

Defendants.

___________________________

VIDEO DEPOSITION OF JIM GOTTSPONER
TAKEN ON BEHALF OF THE PLAINTIFFS
ON OCTOBER 11, 2018, BEGINNING AT 9:01 A.M.
IN SPRINGDALE, ARKANSAS
REPORTED BY MIKE WASHKOWIAK, CCR

APPEARANCES:

On behalf of the PLAINTIFFS
John C. Whitfield
WHITFIELD, BRYSON & MASON LLP
19 North Main Street
Madisonville, Kentucky 42431
270-821-0656
john@wbmllp.com

On behalf of the PLAINTIFFS
Caroline Taylor
WHITFIELD BRYSON & MASON LLP
19 North Main Street
Madisonville, Kentucky 42431
270-821-0656
caroline@wbmllp.com

Page 54

A Okay.
Q You said that was a wholly-owned subsidiary of Tyson, or did you know?
A It was 51 percent owned when I went to work there.
Q Owned by Tyson?
A Yes, sir.
Q Okay.
A And the rest by Upjohn, and then shortly after that Tyson bought out the remaining 49 percent.
Q When did Tyson do that, if you know?
A I believe in 1995.
Q So how long did you work at Cobb-Vantress?
A Seventeen years.
Q A good long time, then?
A Yes, sir.
Q Give me the time periods, Jim, if you can approximately, when you started there at Cobb-Vantress and when you left.
A I started in 1994.
Q Okay.
A And I think I left in 2011, I think.
Q All right. All right, so then let's talk about that then. Explain to somebody that may be watching this video what Cobb-Vantress was. What did it do?

Page 55

A So Cobb-Vantress sells breeders, broiler breeders, baby broiler breeders.
Q When you say baby broiler breeders, again, what does that mean?
A Day-old chicks that are either going to be pullets or rooster.
Q Pullets, define pullets for me.
A So a pullet is a young female chicken that will develop into a hen and lay eggs.
Q Got it. So Cobb-Vantress would produce or grow day-old chicks?
A Yes, sir.
Q Okay. And then distribute those chicks to the various Tyson complexes?
A To any customer in the world.
Q Any customer, not just Tyson?
A Yes, sir.
Q What other customers besides Tyson did Cobb-Vantress service?
A A lot, almost every meat type integrator in the United States.
Q Give me some examples if you don't mind.
A Wayne Farms, OK Foods, Simmons.
Q What?
A Simmons.

Page 56

Q Simmons?
A Simmons Foods.
Q Got it. Perdue?
A Yes.
Q Okay. So what was your job responsibility at Cobb-Vantress?
A My main responsibility was the hatchery, so I managed the hatchery.
Q And where was this facility located, Jim?
A The first one was in Rose, Oklahoma. I actually built that hatchery.
Q Give me an estimate of the size of the facility.
A It was very small, 8000 square feet, ten employees.
Q How long did you work there?
A One and a half years.
Q And so you were the hatchery manager there?
A Yes, sir.
Q How many birds were -- strike that.
How many chicks were hatched at this facility on a daily basis?
A We hatched one day a week, approximately 8000 chicks.
Q So a relatively small operation, then?
A Yes, sir.

Page 57

Q Okay.
A I was also over the broiler -- there was a broiler department and a pullet department. I was over those also.
Q That would've been Rose, Oklahoma?
A Yes.
Q The broiler department, talk to me about that, then. What was your responsibility for the broiler department?
A Well, when we hatched the babies, we sent them to my broiler department, and we would grow them for five and a half weeks.
Q Okay.
A So I was responsible for the caretakers of those barns providing the care and the needs to the chickens.
Q So you were doing something there that farmers typically would do?
A Yes, sir.
Q So it was a company-owned store? Sorry -- strike that.
A company-owned house?
A Farm, yes.
Q Okay. How many houses in the farm?
A So there were five broiler houses on that farm.
Q Okay. How large were the houses?

Q December 10?
A It was either the tenth or the 17th, I can't remember which.
Q What was your job title at the Robards facility?
A Live production manager.
Q All right. So when I say the Robards facility, we're going to make reference to the fact that means the Robards Tyson Foods complex.
A Okay.
Q Now, let's talk about that facility. How is it that you got that job as live production manager in Robards?
A Well, the job came open. The previous live production manager was no longer there.
Q Who was the previous life production manager?
A Kenny.
Q Bartley?
A Yes.
Q Okay. Do you know why Mr. Bartley was not the live production manager anymore?
A I do not know for sure.
Q Was he fired?
A I don't know for sure.
Q Well, what have you heard?
A I have heard he was fired, but that's



confidential so I really don't know for sure that that was accurate.
Q Okay. You heard rumors that he was fired?
A Yes, sir.
Q What rumors did you hear about why he was fired?
A I heard that there were issues with grower relations and documentation.
Q Okay. In terms of -- all right, let's talk about the grower relations. What grower relations are you talking about?
MR. TATUM: Objection, calls for speculation.
Q (BY MR. WHITFIELD) Go ahead.
A I just heard they weren't getting along.
Q That Bartley was not getting along with the growers?
A For some of the growers, yes.
Q Do you know who?
MR. TATUM: Objection, calls for speculation.
Q (BY MR. WHITFIELD) Go ahead.
A I had heard specifically Charles Morris.
Q He didn't like Charles Morris?
MR. TATUM: Objection, calls for speculation.
A I didn't say that.
Q (BY MR. WHITFIELD) Okay, you said he didn't get along with Charles Morris?



MR. TATUM: Objection.
A They didn't get along is what I heard.
MR. TATUM: Misstates his testimony.
Q (BY MR. WHITFIELD) You had heard that Mr. Bartley and Mr. Morris had an issue?
A Yes, sir.
Q You also heard -- strike that.
Did you hear that Mr. Bartley had an issue with anybody else in terms of a grower at the Robards facility?
A No, sir.
Q Okay. You also heard that there were issues with documentation, you said. What do you mean by that, Jim?
A So I understand that there was a mortality card that the producer had said was modified.
Q So you had heard that the producer, that would be Tyson?
A I'm sorry?
Q When you say producer, is that the farmer?
A That's Charles Morris.
Q Okay, you had heard that Mr. Morris modified --
A No, that he claimed that Mr. Bartley modified a mortality card.
Q Got it. Mr. Morris claimed that Mr. Bartley modified a mortality card, correct?



A Yes, sir.
Q That's what you heard. Do you know -- strike that.
Did you do any investigation at all on your behalf to determine if that was true or not?
A No, sir.
Q That's what you heard?
A Yes, sir.
Q And you'd also heard, then, that Mr. Bartley lost his job over that?
A Yes, sir.
Q Is there any other reason you heard that Mr. Bartley lost his job?
A No, no, sir.
Q Does Mr. Bartley still work for the company, do you know?
A Not to my knowledge.
Q Okay. Do you know how long Mr. Bartley was live production manager at the Robards facility?
A Speculation would be almost three years.
Q Okay. Did you know Mr. Bartley at all prior to you coming to assume his job as live production manager at the Robards facility?
A No, sir.
Q Didn't know him at all?

Page 86

A No, sir.
Q All right. Okay, so you got to Robards on December 10, 2013 as live production manager. Now, we've heard about this title before in depositions, but I want to hear it from you, if don't mind. Explain to us what a live production manager is and what your job responsibilities were.
A So the live production manager is responsible for all aspects of the production of meat and chicken up to the back door of the plant.
Q Okay. I'm trying just by memory to remember how this all works, but you've got a complex manager, correct, and the complex manager is the main boss at the complex?
A That is correct.
Q When you got there December 10, 2013, who was the complex manager at Robards?
A Craig Coberly.
Q Okay. There are various divisions underneath the complex, one of which is live production?
A Yes, sir.
Q What are the other ones, Jim?
A The plant manager.
Q So you've got live production and you've got plant manager?
A Yes, sir.

Page 87

Q Any other ones?
A HR manager, safety manager.
Q HR manager.
A Environmental manager.
Q Safety, environmental. What about accounting?
A Yes, controller.
Q I'm sorry?
A Controller.
Q Controller, got it.
A Yes.
Q So the live production manager is responsible again for what? Tell me that again.
A Everything from the production of the live bird from beginning all the way up until the back door of the plant where they enter the plant.
Q All right. So at the Robards facility, then, I assume that being that you were a live production manager you would be responsible for interacting with the farmers themselves?
A That's correct.
Q How many farmers serviced the Robards facility while you were live production manager?
A That gets confusing with contracts versus farmers. I would say approximately 70 farmers.
Q Seventy separate farmers?

Page 88

A Yes.
Q Those farmers themselves would have maybe multiple contracts?
A That's correct.
Q Okay. And multiple farms?
A Yes.
Q All right. I assume then that you're familiar relatively of the size in farms that these farmers had?
A Yes, sir.
Q The largest farms were who, if you remember?
A Well, at the beginning Greg Hefton had 64 barns and then Charles Morris had, it should've been 56, but some of those were out of production when I got there, so 52 barns were in production. And then --
Q Go ahead.
A Okay. John Lloyd had 32 barns, and Morgan Rickard had 16 barns. That was probably the biggest producers I can think of right there.
Q Okay. Is Hefton still with Tyson if you know?
A He was when I was there.
Q Okay. Did he still have that many barns?
A He had sold 14, so he was down to 50 barns.
Q Okay. So he had 50 barns, and then Charles Morris had around 52 barns?
A That's correct.

Page 89

Q John Lloyd had 32 and Morgan Rickard had 16?
A Yes, sir.
Q So those were the top four farms in terms of number?
A They were when I got there.
Q Okay. How did that change over time?
A Well, Morgan Rickard had a couple of houses fall down in the snow.
Q Right.
A And then we had a producer that came to us from Perdue. I can't think of his last name. They brought 16 or 20 barns with them and bought more. They bought more before I left, so they became -- I don't know how many they had when I left. They were buying as I left, and I don't know how many they ended up buying.
Q Okay.
A So just changing, and Charles had a couple barns go out of production.
Q When you got there as live production manager, then, were you responsible for overseeing a certain amount of people?
A A certain amount of people?
Q Yeah, did you oversee people?
A Yes, sir.
Q All right, how many?

A Direct reports?
Q Yes, sir.
A Six. Maybe six.
Q Do you remember their names and their responsibilities?
A Brian Thomas, live haul manager. At the time I got there was Jared Shelton, broiler manager.
Q Okay.
A Joe Bruce, breeder manager.
Q Okay.
A Bob Long, hatchery manager. Brian Smith was the feed mill manager. I think that's everybody. Did I come up with five or six?
Q That's five.
A Five, okay.
Q Brian Thomas, Jared Shelton, Joe Bruce, Bob Long, Brian Smith?
A Yes, that's everybody.
Q That's everybody, okay. Did that change over time, those positions?
A Yes, some of those positions changed.
Q Okay. Now, can you give me for live haul manager just a brief rendition of what that meant and what they did?
A So Brian's job was to get the bird caught off of



a producer's farm when it was time for harvest.
Q Catching the birds?
A Catch, load, transport and deliver to the farm.
Q Let me stop you there. Did Tyson contract that out, or were Tyson employees doing that?
A Doing what?
Q Catching the birds.
A It was contracted out.
Q Okay. Contracted to whom, do you remember?
A I don't remember the name of the catch crew. There were two different ones.
Q Okay. You don't remember the companies?
A Yeah, I'm sorry, I don't remember the names of companies. There were two different companies. There were six crews, but there were two companies and I do not remember their names.
Q Who is it that would organize the catching of the birds? If you've got six different crews, who would organize as to when the birds were to be caught?
A Brian Thomas.
Q Okay. And he would report directly to you?
A That's correct.
Q So his primary responsibility was catching the birds, getting them to the complex in Robards?
A With all the process in between to record and



document what truck went where and what it weighed and get to put in the cooling shed and the birds kept comfortable. If it's hot, turn on the cooling. If it's not, leave the fans off so they don't get too cold.
Q Okay. All right, and then you had Jared Shelton. What was he at the time, broiler manager?
A Broiler manager, yes.
Q What's his job responsibility?
A So his job was to work with broiler producers and the service techs to receive the baby chicks at day one onto their farm and to grow them out until it was time for harvest.
Q Okay. As broiler manager, then, he was responsible for working with the farmers themselves once the chicks got to the houses and were grown for, what, 60 some odd days; is that right?
A It varied defending what the target weight was.
Q Okay. What was the target weight at that time?
A When I got there, I'm not 100 percent confident, but I think it was six pounds.
Q And what type, when you got there what type of birds as far as gender were being brought?
A Let me correct that. It was six and a half pounds.
Q Okay.



A To the best of my recollection.
Q That's fine. What type of bird was being grown at the time you got there December 10, 2013?
A The best I can remember they were all Cobb at that time.
Q Okay. Did that change over time?
A Yes, it did.
Q How did it change?
A We brought in some Ross birds at one time into the mix.
Q That would've been a different breed?
A That's correct.
Q So you're running Cobb and you're running Ross?
A Yes, sir.
Q Any other types of birds?
A Not that I can remember.
Q When Mr. Shelton would get these birds to the farmers, there was no itemization of the sex of the birds, was there, male and female mix?
A There was not with the birds that we produced. There were birds brought in from Cobb that were all -- that were sexed.
Q Okay. But as far as the birds coming from the hatchery, the Tyson hatcheries, there was no sexing?
A No sexing.

Page 98

Q What other types, what other genders?
A You mean --
MR. TATUM: Genders or breeds?
THE WITNESS: Breeds.
MR. WHITFIELD: You know, I'm sorry.
THE WITNESS: That's okay. I'm questioning my own understanding of the terms, so what are the breeds or types? You were calling them types earlier.
Q (BY MR. WHITFIELD) Breeds?
A That's the only ones that I'm aware of was Cobb and Ross.
Q All right, fair enough. All right, then you had Mr. Smith, Bruce Smith works at the feed mill; he was the feed mill manager?
A Brian Smith.
Q Brian Smith, sorry.
A That's okay.
Q Talk to me about that. I assume that there was a feed mill on the Robards complex?
A That's correct. It was down the road at a separate piece of property, as well as the hatchery. So the complex had the plant and the live haul shed, and then the feed mill was down the road at another location and the hatchery was over in another county.
Q Okay. How many people worked at the feed mill?

Page 99

A Roughly 30.
Q So let's talk about that. For somebody like me that doesn't know, how is the feed generated? I assume that there's corn and other things that have to be obtained from farmers, so what goes into the feed?
A Well, there's a formula that is manufactured by a nutritionist in Springdale, Arkansas.
Q All right, that nutritionist, is that somebody that works for Tyson in Springdale?
A That's correct.
Q That comes up with the formulation of the feed?
A Yes.
Q Is that consistent throughout all the complexes of Tyson?
MR. TATUM: Objection, calls for speculation.
Q (BY MR. WHITFIELD) The formulation?
A I don't know. All I saw was mine.
Q Do you know the name of that nutritionist?
A Phil Smith.
Q Phil Smith?
A Yes.
Q Is Phil still with the company?
A Yes, he is.
Q So Mr. Smith is a nutritionist that comes up with the formulation?

Page 100

A Yes.
Q He would relate that to you or to the feed mill manager?
A To the feed mill manager.
Q And he would say we need X type of feed?
A Well, he would e-mail the new formula and say switch to this effective whenever he wanted it switched.
Q Okay. So what type of feeds, then, were manufactured at the feed mill?
A We had broiler feed, pullet feed, and breeder feed. I mean, that's not what you meant, but that's the three different types of categories of feed.
Q Okay. So for the broilers, let's talk about the broiler type of feed. Walk me through that. What type of feed would be sent to the broilers?
A So the first feed that went for the babies was called starter feed.
Q Yes, sir. Do you know what ingredients comprise the starter feed?
A I couldn't say off memory. The primary ingredient is always corn.
Q Yes, sir.
A The secondary is soybean. After that I would be guessing. I just wouldn't be confident even saying.
Q That's fair. How long would the starter feed be

Page 101

used with the chicks?
A Well, at that time I believe we were shooting for around 18 days.
Q Did that change over time, the 18 days?
A Well, it changed over the years, not necessarily at the time that I was at Robards, but when I first started it was more than that back in the early '90s.
Q When you got to Robards it was 18 days?
A Yes.
Q Okay. And then after that 18 days what type of breed was -- strike that.
After the 18 days what type of feed was used?
A I would call it a grower feed. So the second feed was a grower.
Q How long would that be used?
A We tried to feed right at three pounds per bird rather than time. We went off of an amount.
Q So once the birds got to three pounds, then another type of feed was used?
A No, three pounds of feed went out. Once we had delivered three pounds of that feed per bird, we would switch.
Q So you would keep track of the poundage per bird that was given to each farmer?
A That is correct.

Q Once that equation came up to three pounds per bird, then you would switch to another type?
A That's correct.
Q Do you know the ingredients of the grower feed at all?
A No, it's still corn is primary and soybean is secondary.
Q All right. After the grower feed, what type of feed would be used?
A So we would call this a Withdrawal 1.
Q All right. How long would Withdrawal 1 be used?
A So we would put about four pounds per bird.
Q Okay. What was the purpose for Withdrawal 1?
A I wouldn't really feel real confident in answering that. It's a lower protein feed. The bird needs -- it needs different things as it gets older, just like a baby or a human or anything. So in the earlier stage, the nutritionist built the feed package to help the nutritional needs of the baby. And later it's more volume and less of these other items. So it's just adjusting it to fit the nutritional needs of the bird, and I really don't feel qualified to answer that.
Q I understand. You would do Withdrawal 1, and I said there would be a Withdrawal 2?
A That's correct.



Q When was that given to the birds?
A Well, we call that a float, so after they had the first three feeds --
Q Yes, sir.
A -- when those volumes were delivered to that farm, then the next load was Withdrawal 2, and they ate it until they were done.
Q Okay. About how long would that take place? How long would the birds eat the float?
A The float?
Q Yes, sir.
A Probably ten days.
Q Okay. And then at the end of that ten-day period, roughly, then the birds would be gathered up?
A Harvested.
Q Harvested, okay. How long from the time that the birds were delivered, the chicks were delivered, to the time they were harvested? Typically how long would that be?
A It depends on the target weight, so approximately 56 days.
Q 56 days?
A Yes.
Q And it's a target weight of a six and a half pound bird?



A That number there was seven pounds.
Q Seven pounds?
A Yes, at the 56 days was seven pounds.
Q Okay. So for a 6.5-pound bird what would the target date be?
A 49. That 56 probably should be like 53.
Q Okay, 53?
A Yes.
Q So you were growing a 6.5-pound bird when you were there at Robards?
A When I first got there. We immediately changed.
Q Then you went to a seven-pound bird?
A Yes.
Q Did that change, Jim?
A I believe we had gone up to 7.25, but I'm not 100 percent sure.
Q Seven and a quarter?
A Yeah, seven and a quarter.
Q Okay.
A I'm not 100 percent sure if we had done that or if we were talking about doing that, but 7.25 is what we were contemplating.
Q If you were going to grow a seven and a half -- strike that.
If you were going to grow a seven and a quarter bird, about how many days would that be as far as growing?



A Probably 55.
Q 55?
A Yes, in there, in that 55, 56.
Q During the time that you were there as live production manager, is it fair for me to assume that you guys were growing Cobb birds and Ross birds?
A That's correct.
Q Any other genders?
A None that I'm aware of or that I can recall.
Q I said gender again. Any other breed?
A No, sir.
Q Now, when you got there as live production manager, was that the first time you were a live production manager in the Tyson system?
A Yes, sir.
Q What training was given to you by Tyson in order to achieve this job?
A Just the 25 years prior to that.
Q Okay. There was no real training at all, formal training, no classes or anything like that?
A Not specifically for that job. We had ongoing leadership training.
Q You talked about that earlier. When you became live production manager at Robards, was there some

leadership training that you went to?
A There was periodic, but not prior to going.
Q Okay. Once you got there what type of periodic training are you talking about?
A Usually annually we would have some kind of training. My last training was a weeklong school here in Fayetteville.
Q So when you got there, can you tell me the first training that you had as -- when you got to Robards you were live production manager?
A Right.
Q From the time you got there, and that would've been December 10, 2013, right?
A Yes, sir.
Q From that time when was the first time you had any type of formalized training?
A I can't remember.
Q Okay. Then how many different instances of training did you have while you were live production manager at Robards?
A I can't remember.
Q You talked about one where you came to Springdale?
A Right.
Q Do you remember when that was?



A Yes, that was in, I think, December of 2016.
Q Okay. It was a weeklong program?
A It was actually several weeks, maybe six.
Q Six weeks?
A That's what I remember. The others were shorter, and I can't remember them.
Q So December of 2016 you came to a six-week program here in Springdale?
A Yes, sir.
Q Who sponsored that or put that on?
A Tyson Foods.
Q Okay. What was the name of the program?
A It was called Boot Camp, Developing Leaders.
Q Okay. So talk to me, then, about what you learned in the six-week program. What were the classes? What was the focus?
A So the focus was on everything that happens in the company related to a chicken, so went through every aspect of production, including sales. But we went and toured multiple facilities, met with the managers - live managers, plant managers, rendering plant managers - and learned how their business worked and what, you know, what was good and what was not good and what could be better. It was just general knowledge and learning of the entire process of the company for the whole chicken side of the



company.
Q All right. As part of that did you learn about the different types of breeds of birds that may have been grown by Tyson?
A No.
Q There was no emphasis at all about that?
A No.
Q Was there any emphasis on how different breeds may grow differently?
A No.
Q Was there any emphasis on the sex of the bird and how the sex of the bird may affect how the bird is grown?
A No.
Q Was there any analysis about the hens that laid the chicks -- strike that.
Was there any emphasis on how the hens lay the eggs in terms of the age of the hens? Was that ever addressed?
A No. I mean, we were in a hen house and there are production charts and things that showed curves of production, but no, it wasn't -- it wasn't an item that was discussed.
Q Okay. So you were live production manager while you were going through this program?



A Yes, sir.
Q So you physically had to come to Springdale, right?
A Yes.
Q Who was it that assumed your role at the Robards facility while you were going during this six weeks?
A The complex manager took my place.
Q Got it. His name again, the same guy?
A No, David Mears.
Q David Mears. So when did David Mears become complex manager?
A I don't -- I don't remember. Just a rough guess would be late 2014.
Q Okay. Is he still there?
A No, sir.
Q When did he leave?
A Approximately six months ago.
Q Okay. Do you know why he left?
A I'm pretty sure he elected to accept a severance package and leave the company.
Q Do you know why?
A I believe that he was being offered another position at another location and he elected not to go there.
Q So Tyson offered him another position at another

Page 122

Q Do you remember what day in April that would've been?
A No, sir, I don't.
Q All right. The Robards facility is in Webster County, isn't it, or is it Henderson County?
A Henderson County.
Q Was the Henderson County Fire Department called?
A Yes. Well, no.
Q Was not?
A They were not.
Q Okay. So the fire was put out by Tyson employees?
A Yes.
Q But didn't sustain any damage?
A None.
Q Okay. Then why was that an issue, if you knew?
A The potential for an explosion.
Q The potential for an explosion? Didn't explode, but there was a threat?
A Didn't explode. There was a flame in an area that flames cannot be tolerated.
Q All right. And then is that the only issue that you had to deal with at Tyson in terms of you leaving?
A Yes. Performance was just always there and a challenge, but yes, that was the only thing I'm aware of.

Page 123

Q You said performance was a challenge. What do you mean by that?
A Mainly bird health. Trying to get healthy birds to the plant was always a -- was always a challenge.
Q Are you saying that Tyson was concerned about the health of the birds that you were getting at the plant?
A Yes.
Q Okay. That's a bit general. Can you break that down for me a little bit?
A Well, when the birds would come to the plant and have air sac, that was a big problem.
Q Okay. So you're talking about the birds that you're getting back from the farmers once the birds were gathered?
A That's correct.
Q There was an air sac issue?
A That's correct.
Q Do you remember which farmers may have had air sac issues that you're talking about here?
A There was -- there were, you know, quite a few.
Q Can you give me their names?
A No. I mean, because Charles Morris had so many houses, it's easy to remember that he had a condemnation, high condemnation, and Morgan Rickard had occasional high

Page 124

condemnation bird health issues.
Q Now again, when you say condemnation issues, for somebody watching that, what's that mean?
A That means birds that were not healthy enough for USDA to allow them to go into human consumption.
Q Right. Would an air sac issue be an issue that was subject to condemnation by the USDA?
A That's correct.
Q So you do remember Mr. Morris having air sac issues, correct?
A Yes.
Q And you remember Morgan Rickard having air sac issue?
A Yes.
Q Anybody else that you remember having air sac issues?
A I can't -- I can't think of any specifically, but it was -- there was others that had issues. Those were the bigger producers that stood out.
Q Okay. So Tyson was not happy with the health issues, at least with these two individuals, which contributed to you being asked to leave?
MR. TATUM: Objection, misstates his testimony.
Q (BY MR. WHITFIELD) Is that wrong or right?
A I don't -- I don't -- that's not right. That's

Page 125

not why they asked me to leave.
Q Okay, then why did they ask you to leave?
A Because of the fire at the mill.
Q Fire at the mill, but you said there were performance issues, and the performance issues, was that a factor in asking you to leave?
A I don't think so.
Q Did they tell you that?
A No.
Q You're just surmising that may be an issue?
A That could be a possible contributor.
Q Okay. Did someone at Tyson say to you Jim, we think it's time for you to go ahead and leave?
A Yes.
Q Who did that?
A David Mears.
Q Okay. When did Mr. Mears do that, if you remember?
A The day I left. I don't know what day that is.
Q That would've been sometime in May of 2017?
A Yes, sir.
Q Did you meet with Mr. Mears specifically about this?
A Yes.
Q Okay. Did you meet at the facility?

Q Who would have that, Jim?
A I don't know who's keeping the documents.
Q Okay. What other conversations did you have with Mr. Morris?
A That's all I can think of right at this time.
Q Okay, fair enough.
MR. WHITFIELD: It's a little warm in here. Let's take a break.
THE VIDEOGRAPHER: We are off the record. The time is 2:27 p.m.
(BREAK FROM 2:27 TO 2:40)
THE VIDEOGRAPHER: We are back on the record. The time is 2:40 p.m.
Q (BY MR. WHITFIELD) Okay, we're back on the record, and I was asking you some questions, Jim, about issues you had with Mr. Morris and also Mr. Rickard. Did you ever have any complaints from any other individuals at the complex you can think of?
A That I can think of...
MR. TATUM: Are you talking about growers, plaintiff growers?
MR. WHITFIELD: Yes, I am.
MR. TATUM: Just for some context.
Q (BY MR. WHITFIELD) My clients.
A There were other various complaints, but I can't



think of any specifically, but there were other -- I mean, there were ongoing things that we talked about.
Q Now, let's talk a little bit about what we've talked about earlier, and that is feed conversion. You indicated that feed conversion is probably the most important input to net pound value, fair?
A That's correct.
Q And we talked about various things, like genetics for example, okay, we talked about the effect of genetics upon the viability of the birds a little bit. What role does genetics, in your opinion in your experience, what role does genetics of the birds have on feed conversion if any?
A Well, I think if the bird is managed correctly, it's a very small. If they're not managed correctly, that's why any breed can be number one and any breed can be last because if it's not managed correctly feed conversion is going to be terrible, and if it's managed correctly it's going to be good. And all the breeds are capable of doing both of those, good and terrible.
Q So it sounds like to me in your experience or your opinion genetics really doesn't have any effect on feed conversion in and of itself?
A Minimum.
Q What about the health of the bird, does that



have any effect on feed conversion in and of itself?
MR. TATUM: Just frame it. I know you've been asking him a certain way. Are you talking about the chick that's delivered or just the health over the 50 days?
Q (BY MR. WHITFIELD) I'm talking about the chicks.
A The chicks. I would say that has more of an impact on early livability. It has very little overall impact on feed conversion.
Q Okay. What about the sex of the chick when delivered, does it have any effect on feed conversion?
A Not that I'm aware of.
Q Okay. What about the environment that the chick is delivered in, does that have any effect on feed conversion?
MR. TATUM: Objection, vague and ambiguous.
A The environment where?
Q (BY MR. WHITFIELD) In the house.
A In the chicken house?
Q Yes.
A You're talking at day one?
Q Yes.
A I think that doesn't necessarily, in my mind, directly impact feed conversion, but what that causes does. So if that environment is not healthy, then the



bird becomes sick later and then the feed conversion is significantly impacted. If they waste feed on babies, the babies will scratch it out in the floor if you're not careful, so if they don't guard their feed as babies and they've got the feed lids out, that can hurt feed conversion pretty bad because the babies will scratch it out in the floor.
Q What about the vigor and the vitality of the chick delivered, does that have any effect on feed conversion?
A I don't know of any.
Q Okay. What about the nutritional value of the feed itself that's given to the birds, does that have any effect on feed conversion?
A I would say it's possible that it could.
Q In what way?
A Well, if the feed is not -- the more -- the better nutritional value in the feed, I would suspect feed conversion could get better if it had more proteins or more energy in it. That's why we make all the feed off one formula so that everybody's getting the same formula on their feed.
Q What about reclaimed feed? When I say reclaimed feed, you know what I mean by that?
A Yes, sir.

Page 210

Q What is reclaimed feed?
A Reclaimed feed is feed that was left on another farm that didn't get eaten the by the chickens and is picked up and weighed and taken to another farm and delivered for bird consumption. So the weight of the feed is then transferred to the farm it was delivered to.
Q Does reclaimed feed have any effect on feed conversion versus fresh feed?
A Not to my knowledge.
Q In your experience does it make any difference in terms of whether the chicks will eat the feed whether it's fresh feed or reclaimed feed?
A Actually no correlation in my experience.
Q Okay. Are you familiar with instances where some of the growers at Robards have complained about reclaimed feed and getting reclaimed feed and that the birds won't eat reclaimed feed?
A Not that they wouldn't eat it, no.
Q Or that it's affecting their rank in the tournament because the feed is not as good as they're getting as opposed to fresh feed?
A I have heard producers make that comment that they were concerned about that.
Q Okay. Do you remember who it is that made that comment?

Page 211

A No, I don't.
Q Did Charles Morris ever make that comment?
A I don't remember.
Q Are you familiar with Charles Morris ever bringing suit about that issue?
A Being what?
Q Do you remember Charles Morris suing Tyson over that issue?
A Over reclaimed feed?
Q Yes, sir.
A I don't remember that.
Q Do you remember any of my clients making complaints to you and or Tyson that the feed that they were getting was not appropriate because it's reclaimed feed versus fresh feed?
A I don't remember any specifics, but I'm sure some of them had. I mean, that was not uncommon to hear that, and I'm sure you know but there was actually a complaint filed with PNS that our reclaimed feed was not being properly handled and charged out to the farms properly. They came in and did a thorough audit and found zero, zero findings.
Q When was that done?
A I would be guessing if I said.
Q Okay. We talked also about the things that are

Page 212

important for growers to succeed in the tournament system, and far and away again the most important one is the quality and strength of the grower himself is what you've said all along, correct?
A Or the one providing the care to the birds, yes.
Q That's right. We talked about in any particular tournament that what you would do as a live production manager, you would review the preliminary rankings to see if there was any issue, and if there was an issue you would do an investigation and then upon documentation you might change the ranking based upon the documentation itself; is that fair?
A Change the net pound value. It may not change the ranking.
Q Okay. But the net pound, if you changed the net pound value, that has the potential to change the ranking?
A That's correct.
Q Are you familiar with any other instances where you have changed the ranking of any individual in any tournament besides what you just said there?
A No, sir.
Q Are you familiar with any situation where you have changed the ranking of an individual because you thought it might alleviate some complaints that he may be having?

Page 213

A No, sir.
Q You've never done that?
A Not that I can recall.
Q Have you ever moved someone up in the tournament system because you wanted to alleviate complaints they were making?
A No, sir.
Q That would be improper, wouldn't it?
A Yes, sir.
Q If you did do that?
A Yes, it would.
Q All right, let's look at some of these other documents here, then. You talked about, maybe you didn't, about a performance contract. Are you familiar -- when I say performance contract do you know what I meant?
A I haven't spoke of such a thing today that I can recall. Are you referring to a contract that was at Robards, Kentucky?
Q On a five-flock average.
A Yes, I'm somewhat familiar with it.
Q Okay. Was that offered, the performance contract, five-flock average contract, offered at Robards?
A Yes.
Q Do you know what percentage of farmers actually opted for that contract?