# Exhibit 4

# Broiler Contract of Charles Morris (Farm 5157)

# (FILED UNDER SEAL)