# Exhibit 6

# Deposition of Ben Grant

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| CHARLES MORRIS, ET AL., Plaintiffs, v. TYSON CHICKEN, INC., ET AL., Defendants. | Civil Action No. 4:15-cv-00077<br>Judge: Joseph H. McKinley, Jr. |

ORAL AND VIDEO DEPOSITION OF BEN GRANT

The oral and video deposition of Ben Grant, taken pursuant to Notice on the 23rd day of January, 2019, at the hour of 8:55 a.m., at the law offices of Whitfield, Bryson & Mason, LLP, 19 North Main Street, Madisonville, Kentucky, before me, Andrea Riggs, Court Reporter, and Notary Public in and for the State of Kentucky at Large, to be used for any and all purposes allowed by the Kentucky Rules of Civil Procedure.

Andrea Riggs
Court Reporter
195 Lake Scene Drive
Eddyville, Kentucky 42038
(270) 206-0720
amriggs007@aol.com



APPEARANCES

FOR THE PLAINTIFFS,
CHARLES MORRIS, et al.:

JOHN C. WHITFIELD, ESQUIRE
CAROLINE TAYLOR, ESQUIRE*
WHITFIELD, BRYSON & MASON, LLP
19 North Main Street
Madisonville, Kentucky 42431

J. DUDLEY BUTLER, ESQUIRE
BUTLER FARM & RANCH LAW GROUP, PLLC
499-A Breakwater Drive
Benton, Mississippi 39039

FOR THE DEFENDANT,
TYSON CHICKEN, INC., et al.:

MARK C. TATUM, ESQUIRE
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108

ELI GLASSER, ESQUIRE
BOIES SCHILLER FLEXNER, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301

ALSO PRESENT: ALAN JACKSON, VIDEOGRAPHER

*via teleconference



INDEX


| | Page |
|---|---|
| Title | 1 |
| Appearance | 2 |
| Index | 3 |
| Exhibits | 4 |
| Examination by Mr. Whitfield | 5 |
| Cross-Examination by Mr. Tatum | 132 |
| Reporter's Certificate | 141 |




EXHIBITS

| Plaintiffs' Exhibit | Description | Page |
|---|---|---|
| 1 | Pesticides AI Test Result Tracker | 99 |
| 2 | 7/1/14 E-mail re Salmonella | 102 |
| 3 | Hatchery QAA Report Summary | 121 |

Q. What's your understanding of condemn?
A. Well, from what I understand condemn is, it's the birds are removed from the process and not allowed to continue down into the process, so they're removed out of the stream.
Q. Removed out of the stream?
A. Uh-huh.
Q. And do you remember -- were you involved with that in any way with removing the bird from the stream?
A. No.
Q. Okay. And was there a dog plant at that time?
A. There was a rendering facility, yes.
Q. What do you mean by, "rendering facility"?
A. So any portions of the product not fit for human consumption would go down to the rendering facility.
Q. Okay. And do you know what would happen with the birds at the rendering facility?
A. Yes, it was turned into poultry meal, or bone meal, or blood mill.
Q. Okay. Were you involved with that in any way while you were at Hudson in this position?
A. Just knowledgeable of it, not involved. I just was curious and learned about it.
Q. Okay. So once the birds got on the line, then that's when your involvement came in?



A. Correct.
Q. Okay. Now, walk me then through the steps -- at least during this time -- of what would happen to these birds under your purview.
A. So walk you through what happens to the birds?
Q. Yes.
A. But it's with or without my purview?
Q. I want to know with -- well, I want to know both. I want to know what's your understanding would happen to the birds in the line once they're delivered there, once they get on the line. Walk me through that, then I'll circle back and talk to you about what you really had anything to do with.
A. Okay. So the birds would be hung on the shackles. They would go through a stunning process.
Q. What's a stunning process?
A. They would be rendered unconscious.
Q. Okay.
A. Throats would be slit. They would bleed out.
Q. They'd be upside down?
A. Yes.
Q. Okay.
A. They would enter the scalders.
Q. Okay. What would the scalders do?
A. Loosen up the feathers. They would then go to



the pickers and the pickers would remove the feathers.
Q. And the pickers would be on the line themselves?
A. Well, the birds would be hanging, and then the pickers would be on either side of the birds as they pass through.
Q. Okay. So they just pick the feathers off?
A. Yea, but it's not a person.
Q. It's a --
A. It's a machine.
Q. A machine does that?
A. Right.
Q. Okay. Then what happens?
A. The birds are transferred from that shackle into another shackle, and then they go down through the evisceration process.
Q. All right. Walk me through the evisceration process. What is that?
A. Okay. So the -- I guess the first step is the paws are removed, then the oil glands are removed.
Q. Hang on a second. What are -- what's done with those paws once they're removed?
A. If they're being harvested, they will go back to the paw room and be packaged -- be chilled and packaged.
Q. Okay. Sold?
A. Sold, yes.



Q. Okay. And are paws basically sold overseas, or are they sold --
A. Only sold -- our facility only sells paws overseas.
Q. All right. None are sold domestically?
A. Not from our facility.
Q. Got it. All right. I'm sorry -- you said the oil glands?
A. The oil glands are removed.
Q. What happens to those?
A. Those go down to rendering, then the birds are opened up.
Q. Okay. What do you mean, "opened up"? Slit open?
A. Yea, so there's a probe that goes down inside the vent, makes a circular cut around the vent, pulls the vents out, and then cuts the bottom of the chest cavity between the thighs, cuts it open.
Q. Okay. Why is that done, do you know?
A. To pull the viscera out.
Q. Okay.
A. So that's the next step is the viscera is removed.
Q. Okay. What is it -- for layman's term, what is the viscera?
A. It's everything inside the bird -- heart;

kidney -- not kidneys, but heart; lungs; gizzard; liver; intestines.
Q. Is that sent to rendering, too?
A. Correct.
Q. Okay. So it's not anything that's going to be consumed by the public and --
A. It could be, and we did for a little bit when I was -- and talking back when I was HACCP Coordinator, we did actually harvest giblets.
Q. Okay. Out of the viscera?
A. Out of the viscera, yes, sir.
Q. All right. So now the bird then is -- the viscera is removed, so now you've got essentially meat; is that right?
A. Correct. You have at this point what's called a log. It's a whole bird without giblets.
Q. Okay.
A. There's an inspection point, goes past the USDA inspectors. They're looking at the viscera, which is -- was in a tray. They're lined up with the bird. They would inspect both.
Q. Now, how many USDA inspectors typically were on the line during this time period?
A. Eight.
Q. All right. Were they always the same inspectors,



or were they different inspectors over time?
A. (Pause.) From my memory, they were mostly always the same. I mean, I'm -- they were mostly the same.
Q. Okay. And do you know what it is that they -- what their job was and what they were doing?
A. They were determining wholesomeness of the birds.
Q. Okay. And what would they do if they deem a bird not wholesome?
A. It would be condemned.
Q. Okay. So they'd take the bird off the line and they would send it to rendering?
A. Correct.
Q. Okay. And then would there be records of that?
A. Yes.
Q. Okay. And so the USDA people would keep these records, and then would they send them to you, or send them to somebody at Hudson?
A. No, I did not have the records. I know the record -- the data was being collected, but I don't know what happened to the data after it was collected.
Q. I get it. And did Hudson employees have anything to do with this process of the removing of the birds if they were deemed unwholesome?
MR. TATUM: Objection, vague and ambiguous. Go ahead.



THE WITNESS: Can you ask your question again?
Q. (By Mr. Whitfield:) Yea. You talked about the USDA inspectors and what they did. Did Hudson employees assist the USDA inspectors in this job?
A. So there was an assistant to the right of the inspector that -- they used a knife to trim the birds, if they needed to be trimmed, and then they were the ones that actually physically removed the birds from the line the inspector didn't allow. The inspector would give them direction what to do, and then the team member would perform that task.
Q. Okay. So then once the birds go through the USDA inspection, what happens then?
A. (Pause.) I'm trying to remember. It's been a few years since I've been in the plant. There's a couple more pieces of equipment that clean the crop out of the neck area. There's a vacuum system that took the lungs out of the chest cavity of the bird. There was some wash cabinets --
Q. What do the wash cabinets do?
A. Basically just rinsing anything off the birds, any feed, or fecal, or blood, or anything left on the birds.
Q. Birds are still on the line?



A. Yes, still hanging from the shackle.
Q. All right. So now they're being washed, essentially?
A. Correct.
Q. All right. What happens then?
A. There's an inspection point after that that was manned by Tyson or Hudson team members that would make any final trims on the bird. If there's, you know, a broken wing or something that need to be taken off, they would cut that off and then they'd go in the chiller.
Q. So when you say, "go in the chiller," what does that mean?
A. So there's a common bath, a gigantic tube -- patting tube -- with an auger in it that the birds would be dropped in, and then this auger would push them out at the other end.
Q. Okay. How long would they be in the chiller?
A. Roughly an hour.
Q. Okay. And once they get on the other side then, what happens to the birds then?
A. They're further cut up, disassembled, deboned, depending on what the orders are.
Q. Okay. So they're cut up, or deboned, and then they'll be packaged at that time?
A. Yes, then they package.

Page 89

Q. And of that 1.3 million, if I was to ask you, 'Ben, can you tell me how many are Cobb 500s,' can you do that?
A. Yes.
Q. And can you tell me any breed, no matter what -- can you tell me the makeup -- I've got "X" amount of Cobb 500s versus "X" amount of 708s?
A. Yes.
Q. Okay. And can you tell me the amount -- at any given time -- of how many eggs that you have that came from a young hen?
A. Yes.
Q. Okay. And can you tell me how many came from a prime hen?
A. Yes.
Q. And how many came from an old hen?
A. Yes.
Q. Okay. So you've got that information?
A. Yes.
Q. All right. Now, who is it that keeps track of the inventory? You talked about the inventory earlier, and I think what you're telling me is you may have a demand from the broiler farms that we need "X" amount of chicks, correct?
A. Correct.

Page 90

Q. Okay. Is there somebody that works with you that tells you what your inventory is, or do you do that?
A. Are you asking egg inventory in the hatchery?
Q. I'm not sure what I'm asking. I mean, I think I'm asking egg inventory or chick inventory. I think I heard you say earlier that you'll have an inventory need from the broiler farmers that we need "X" amount of chicks, right?
A. Right. So there is a need -- the processing plant says, 'We want to kill 1.25 million every week,' which means I need to place 1.315 million every week --
Q. To the broiler farm?
A. To the broiler farm to allow for mortality. So that's what I -- that's my goal, is 1.315 million every week.
Q. Okay.
A. That's my goal, but I also keep track of my inventory -- my egg inventory -- in the hatchery, and that's done by my clerk.
Q. And who's your clerk?
A. Her name's Shannon Coomes.
Q. Shannon Coomes. All right. So Shannon will keep track of your egg inventory?
A. Correct.
Q. Okay. And you know you've got to have 1.3

Page 91

million hatched a week?
A. Correct.
Q. Because the plant's going to need 1.2 million?
A. Correct.
Q. All right. To process?
A. Correct.
Q. All right. I assume that difference in 1.3 and 1.2 is shrinkage or whatever --
A. Mortality.
Q. Mortality. Got it. All right. And Shannon will have the same information you're talking about in terms of how many 508s you got or --
A. 708s.
Q. 708s or how many 500s, she'll have all that information?
A. (Witness nods head.)
Q. She'll have the age of the hen, correct?
A. Well, all this information is entered into our database.
Q. What's the name of the database?
A. HIS.
Q. HIS. What's that mean?
A. Hatchery Information System.
Q. Okay. So if I was to ask for the HIS information on any given day, all the information that you've told

Page 92

me -- age of the hen, breed, all that stuff -- I'll have?
A. Yes, sir.
Q. Okay. But who keeps track, though, of the broiler farms and where these chicks are ultimately going?
A. So I get a spreadsheet from the Broiler Department that shows me placement, say, for tomorrow. This is where we're going to place the chicks at.
Q. At "X" farm?
A. At "X" farm, "X" farms, "X" barns, whatever.
Q. Let me stop you there. The Broiler Department -- who's head of the Broiler Department, at least as of now?
A. Well, David Dickey is, I guess, right now because the Broiler Manager is vacant.
Q. Okay. And who was the Broiler Manager?
A. Neil Barfield.
Q. That's right. Okay. So Dickey's department will send you information in terms of where we have a need to place chicks?
A. Correct.
Q. Okay. Does that change every day?
A. Well, it's based off of my prediction of what's going to hatch on that day.