# Exhibit 7

# Deposition of Kenny Bartley

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, et al., )
Plaintiffs, )
v. ) Civil Action No. 4:15-cv-00077
TYSON CHICKEN, INC., et al., )
Defendants. )

**VIDEO DEPOSITION OF KENNY BARTLEY**

**MARCH 4, 2019**

The video deposition of Kenny Bartley was taken pursuant to Notice on the 4th day of March 2019, beginning at 9:57 a.m., at the law offices of King, Deep & Branaman, located at 127 North Main Street, Henderson, Kentucky; said video deposition was taken for any and all purposes permitted by law.

1

**APPEARANCES:** Hon. John C. Whitfield
WHITFIELD, BRYSON & MASON, LLP
19 North Main Street
Madisonville, Kentucky 42431
*john@wbmllp.com*

and

Hon. J. Dudley Butler
BUTLER FARM & RANCH LAW GROUP, PLLC
499-A Breakwater Drive
Benton, Mississippi 39039
*jdb@farmandranchlaw.com*
ATTORNEYS FOR PLAINTIFFS

Hon. Mark C. Tatum
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
*mtatum@shb.com*
ATTORNEY FOR DEFENDANTS

Also present: Alan Jackson
VIDEOGRAPHER

**VIDEO DEPOSITION OF KENNY BARTLEY**

**MARCH 4, 2019**

**I N D E X**


CAPTION, APPEARANCES & INDEX: ------------------- 1-2
TESTIMONY OF MR. BARTLEY: ----------------------- 3-288
Direct Examination by Mr. Whitfield: ---------- 3-275
Cross Examination by Mr. Tatum: --------------- 275-277
Redirect Examination by Mr. Whitfield: -------- 277-279
Recross Examination by Mr. Tatum: ------------- 279-288
CERTIFICATE BY REPORTER: ------------------------ 289
EXHIBITS: --------------------------------------- Attached


2

VIDEOGRAPHER: We are on the record in the matter of Charles Morris, et al. versus Tyson Chicken, Inc., et al.; United States District Court for the Western District of Kentucky, Owensboro Division; Civil Action Number 4:15-cv-00077. Today is Monday, March 4th, 2019. The time is 9:57 a.m. This is the video deposition of Kenny Bartley being taken at the law office of K, D & B in Henderson, Kentucky. I'm Alan Jackson, the video specialist. The court reporter is Jennifer Belcher.

Would each of the attorneys please identify themselves?

MR. WHITFIELD: I'm John Whitfield. I'm here with my co-counsel, Dudley Butler. We represent the plaintiffs in this case.

MR. TATUM: Mark Tatum on behalf of all defendants.

VIDEOGRAPHER: Would the court reporter please administer the oath?

THE WITNESS, BEING FIRST DULY SWORN UPON HIS OATH, TESTIFIED AS FOLLOWS:

DIRECT EXAMINATION BY HON. JOHN C. WHITFIELD, ATTORNEY FOR PLAINTIFFS:

Q Mr. Bartley, good morning. My name is John Whitfield. I'm an attorney in Madisonville, Kentucky. I'm here with my co-counsel Dudley Butler and we represent

3

the plaintiffs in this case. We've never met before, have we?

A Not that I'm aware of.

Q Okay. First time I met you was this morning when you got here. You're here pursuant to a subpoena that was served on you in this case, were you not?

A Yes, sir.

Q Okay. Let me do this before we get going. Let me give you some ground rules as to how this works in case you've never been involved in this before. Let me ask you this: Have you ever given a deposition before?

A No, sir.

Q Okay. This is the first time?

A Yes, sir.

Q That's what I thought. Okay. So I'm going to ask you a whole series of questions today, some of which you may know the answer to, some of which you may not. If you don't know the answer to any of these questions, just tell me, that's fine, and we'll move on and I won't waste your time or waste the Court's time or anybody that may be watching this. Okay?

A Yes, sir.

Q I have a tendency sometimes to speak a little fast. My pace goes a little fast and it's kind of

4

Q **And were you responsible during this time period for scheduling or having somebody schedule the catches?**
A No. No. That came from the - - the live haul manager himself did that.
Q **Okay. I thought that you were a live haul manager?**
A I was the dual purpose. I oversaw the live haul manager, but the live haul manager was still in place just like that of the hatchery manager. The hatchery manager was still in place.
Q **And when you were the breeder live haul manager, I think you started in 2003, who was the live haul manager at Corydon?**
A Paul Pittman.
Q **Okay. So you did the breeder live haul manager gig from 2003 to about 2005?**
A Say that again, please.
Q **You did the - - strike that.**
**You were the breeder live haul manager in 2003 through about 2005 to where you became the broiler live haul manager?**
A Correct.
Q **Okay. Now, what prompted you to switch from the breeder side to the broiler side in 2005?**



A Request by my supervisor.
Q **And who was that?**
A David Whittington.
Q **So David Whittington decided or asked you to move to the broiler side?**
A Correct.
Q **Up until that time, Kenny, had you ever worked on the broiler side of things?**
A I worked very closely with the broiler manager. I mean, when I was a facility manager we all worked very closely together.
Q **Who was the broiler manager at Corydon at that time?**
A Alan Wise.
Q **Okay.**
A Alan and I basically switched positions.
Q **Okay. He became breeder live haul, okay. And then how long did you work as a broiler live haul manager?**
A Well, I know there was a point in time when I needed to go back to the hatchery, and I can't remember if I still had the title of broiler and live haul and then take over to, you know, helping with the hatchery or not, but I know I did help with the hatchery during that timeframe as far as titles go. So I don't recall. I



stayed the broiler live haul manager for quite some time there.
Q **When you say quite some time, what does that mean; how long is that?**
A I stayed in that position until I moved to Newburgh, Indiana to work for Robards, Kentucky.
Q **When did you do that?**
A I moved my - - I moved houses in - -
Q **Physical houses?**
A Physical houses in April of 2010, but I started working in Robards in December of 2009.
Q **Got it. Okay. So you were a broiler live haul manager at Corydon from about 2005 to December 2009?**
A Right.
Q **And then you said in the interim there, between those two time periods, you went back to the hatchery for a while?**
A I had to help the hatchery, yeah, on some things.
Q **What things did you help with?**
A Well, we had a new manager there so I had to help him understand everything that went on in the hatchery. Our hatchery manager retired.
Q **About when was that?**
A 2006, 2007.



Q **Okay.**
A I could be off on that date, sir.
Q **Okay. I'll get it. And so you moved to Newburgh. Newburgh is right outside of Evansville?**
A Yes, sir.
Q **And so that gave you the opportunity to be closer to the Robards facility in Kentucky?**
A Correct.
Q **And you were requested to go Robards, or how did that work?**
A When I went down to interview with them, they picked me as the candidate to work with that facility.
Q **What made you decide to interview to go to the Robards facility as opposed to stay where you were?**
A I couldn't answer that. You know, like anybody that's growing with a company, maybe more opportunity to - - I know there was a change in bird size at that time a little bit.
Q **Bigger facility?**
A It was a bigger facility in some ways, but only because birds were bigger so it took longer to grow birds, so it takes more square footage just from that standpoint.
Q **I understand. What job did you apply for,**

Kenny?
A The live production manager's job.
Q And so you got that job?
A Yes, sir.
Q Okay. So December 2009, you started as the live production manager?
A Correct.
Q Got it. At the Robards facility?
A Correct.
MR. WHITFIELD: Okay. Let's take a little break.
- - - - (OFF THE RECORD) - - - -
VIDEOGRAPHER: We are back on the record. The time is 11:25 a.m.
(Direct Examination continues by Mr. Whitfield:)
Q Okay. We're back on the record, Kenny. And I have walked you through your work history at Tyson till such time that you started at Robards. It looks like you started in December of '09?
A Correct, sir.
Q And you were the live production manager?
A Correct.
Q Now, at that time, Kenny, who was your immediate supervisor?
A Morris Mayers.



Q And spell Mr. Mayers' last name for me.
A M-a-y-e-r-s.
Q Okay. And what did Mr. Mayers do at the Robards facility?
A He was a complex manager.
Q Got it. And so you worked right underneath him?
A Correct.
Q And again, while you were at Robards as live production manager, tell us what your job responsibility was and what you did on a day-to-day basis at that facility.
A I worked, for the most part, I worked with my managers in the different departments and oversaw my managers and what they were doing.
Q Let me stop you then. You said different departments. Let's walk through the different departments that you were responsible for as live production manager.
A All right. I wasn't directly - - well, indirect, direct, how you say that, but I was over the managers for the hatchery.
Q Okay, hatchery.
A Feed mill.
Q Okay. Feed mill. What else?
A Live haul, as we described earlier.



Breeders, which would include pullets.
Q Okay. What else?
A Which ones did I - -
Q You said hatchery, feed mill, live haul and breeder/pullets.
A So breeders, hatchery, broilers.
Q Were you over the broilers too?
A Broilers.
Q Okay. All right. Anything else; any others?
A I worked with our - - there was a contract shop in place that I worked with.
Q Okay. What do you mean shop; what happened there?
A The shop was something that took care of our trucks and maintenance.
Q Got it. Was that contracted out?
A Yes, sir.
Q Okay. Who did that; who did you contract with?
A The first contract was with Ryder. Couldn't remember who that was. And then the second contract was with a company that also did Perdue's, and I'm trying to remember the name of that company and I don't recall it.



Q Okay. Fair enough. Then let's talk then about these different areas that you had responsibility for. Let's talk about the breeders and the pullets to start with. Okay?
A Okay.
Q Now, was there the breeder/pullet manager that you oversaw?
A Uh-huh.
Q Is that a yes?
A Yes, sir. Sorry.
Q And who would that be? No worries.
A Joe Bruce.
Q Okay. And how many breeder farms did you have at the time when you were hired on as live production manager?
A I do not recall, sir.
Q What about pullets?
A Would have been basically about half the breeders because they went into the breeding facilities.
Q But you don't remember how many different houses there might have been?
A No, sir, I do not.
Q You said - I think, maybe - that there were 27 at Corydon?
A There was.

**Q Yes. Let's do that. Yeah.**
A Your question is how many birds did they produce in a week?
**Q Yeah.**
A On average it matched up to what the plant could process depending on the season or the year, whatever's going on; like, for instance, Christmas and things like that. A standard week without any holidays in there, they would produce enough chicks, depending on the livability, to bring in about 1.2 million, 1,250,000 birds to the plant. If you work that backwards - -
**Q Over what time period?**
A That would be on a per week basis.
**Q Per week.**
A So without a holiday or any things, five typical days of production from the plant to meet the plant needs. So you would be looking somewhere between 1.3 to plus million birds in a week is what the hatchery produced.
**Q Okay. And of those 1.3 million, do you know what the sex of the bird ended up being? Was there some type of percentage as male versus female?**
A I do not know that percentage. That's a mother nature call right there. That's who takes care of determining what the sex is. No offense. I don't know



that.
**Q But weren't there some type of - - strike that.**
**Wasn't there some type of analysis as to what the difference in breeds were? For example, 60/40 male/female; were there any stats?**
A If they did, we'd have to go back to the primary breeder to ask them. I do not know of any that come off the - -
**Q Did the hatchery keep any such statistics that you know?**
A The hatchery did not do any sexing. They would have no knowledge of knowing the males and females because there was no sexing - - determining the sex of the bird. There was none of that that went on in the hatchery.
**Q And when you say sexing, that means determining - -**
A Determining the sex of the bird, yes.
**Q And none of that was done at the hatchery?**
A No.
**Q Okay. What about - - strike that.**
**While you were live production manager was there ever any sexing of the birds at all?**
A No, sir.



**Q Why is that?**
A I guess Tyson didn't feel the need for it. I don't know that there was a reason not to or to do it. We called them a straight run, was the term that I recall.
**Q What's a straight run mean?**
A Males and females all mixed in there together.
**Q Okay. And based upon your experience in the industry, is there any difference in how the birds grow male versus female?**
A On the size bird that we did, from small birds to big birds - and I've been in two different facilities as you well know - the genetic potential is exactly the same for all of the birds. As far as males and females, again, we may have to go back to documentation somebody printed along the way. But the genetic potential, according to what I've always learned from the primary breeders, is exactly the same.
**Q What do you mean when you say genetic potential?**
A The potential for the bird to grow.
**Q Okay.**
A And to eat and consume feed and things of that nature.
**Q All right. Potential is one thing. I'm**



**talking about reality. In reality did you see whether or not there was a difference in size, in growth of the bird, male versus female?**
A I could not see that because the birds, maturity wise, I didn't know if they were males or females coming out of that house.
**Q You didn't?**
A No. I mean, the only way I would determine that, if I stood on the processing line and seeing if it was a male or female from the processing standpoint. I never did that. I never stood on the processing line to see if they were male or female or anything else.
**Q So this genetic potential you're talking about, who told you that this genetic potential for male and females were the same?**
A That came from Cobb or one of the other primary breeders.
**Q Okay. And let's talk about the types of birds there are grown. You just mentioned Cobb. What type of birds were grown at the Robards facility when you were there?**
A We used Cobb breeders.
**Q Okay. Cobb's a company?**
A Cobb is a company. It's a primary breeder.
**Q Okay. So we've heard something called Cobb**

**weight from the farm itself to the scales?**
A I'd have no knowledge of that.
**Q You don't?**
A No.
**Q Have you ever heard of that?**
A Well, I've never weighed birds at the farm so I would have no knowledge of it.
**Q Okay. Tyson - - let me strike that.**
**Are you familiar whether or not the stress and the loss of body fluids, for example, that the birds would incur from the farm to the scales would create this shrinkage issue you're talking about?**
A I'd have no knowledge of that.
**Q You don't know about that?**
A No.
**Q You've never heard of that?**
A I've heard different things, but I don't have any knowledge of it. You know, how do you measure stress? I have no way of knowledge, knowing that, how stress was measured.
**Q The loss of body fluids, the loss of excrement from the bird from the time it gets to the farm to the scales?**
A Yeah, I'd have no way of measuring that. I mean, if a bird excreted on the truck, that excretion is



still going to be there when they go weigh.
**Q Okay. How the birds are weighed, the technical weighing of the birds, that's controlled by Tyson, isn't it?**
A Bringing it to the plant and weighing it right away, yes, sir.
**Q The grower didn't have any say in that?**
A No.
**Q Okay. Was that explained - -**
A But they could come in and watch birds being weighed.
**Q I get that. But they couldn't change anything even if they're watching it, could they?**
A Never had an issue, so I don't know that anybody ever asked to change anything, so...
**Q But if somebody wanted to change something, did the grower have the - -**
A No. Our standard was based off of - oh, what's the name of the government agency? - weights and standards that the government agency uses. Weights and measures. I don't know if you can help me with that or not. But there's a standard out there that I know was protocoled on.
**Q I get it. But you'll agree with me in a general sense that Tyson controlled how the birds were**



**weighed?**
A Which was according to that protocol, yes.
**Q According to that protocol?**
A Yes.
**Q And not the grower?**
A That's correct.
**Q Okay. Was that explained to the grower prior to signing the contract?**
A I believe it's written in the contract that we would weigh the birds coming to the plant and, yes.
**Q And did you explain to the grower how the birds would be weighed?**
A I don't recall any of that.
**Q And did you explain anything about shrinkage to the grower prior to him signing the contract?**
A I don't recall anything of that nature.
**Q Did you explain to him the potential for shrinkage prior to him signing the contract?**
A Not that I recall.
**Q Okay.**
A I never specifically said that we were to weigh the birds at the plant.
**Q After the birds are weighed, from that point in time to the time that the birds go through the line and are processed -**



A Yes, sir.
**Q - that's controlled by Tyson, is it not?**
A Yes, sir.
**Q Okay.**
A Well, and again, that's a timing issue, that if everything's running great. There was very low limit of time.
**Q The grower doesn't have any control over that, does he?**
A No.
**Q Okay. And was that - -**
A Unless things weren't properly set up at the farm.
**Q I get that. Okay. But once they get to the farm and once they're weighed and from that point on to the time that they're actually going through the line and being processed, the grower doesn't have any control over that?**
A No, sir.
**Q And's all Tyson, correct?**
A Yes, sir.
**Q And is that explained to the grower prior to him signing the contract?**
A I don't recall.
**Q Okay. Farm condemnation, do you know what**

Q Do you know whether or not when you got there in December of '09 whether Tyson changed the contract in any way as far as the material terms?
MR. TATUM: Objection. Calls for speculation.
A I don't know.
Q Okay. Is it fair for me to assume that you would be the person that would sign on behalf of the company for contracts similar to these?
A That is correct.
Q Okay. Just like after you got there?
A After I got there and after I had discussions with my complex manager.
Q Okay. So these have David Meers as live manager. And once you got there in December of '09, then I would expect to see your signature on these documents.
A That's correct.
Q Okay. Fair enough.
A Myself and/or prior to me there may be an interim time that Morris Mayers may have had signatures on it.
Q I get it. But if I see your name on one of these contracts, then I can assume that's the contract you're speaking about that you would have discussed?
A Right.
Are we finished with this?



Q We are. Thank you.
You indicated, Kenny, that you had a parting of the ways with Tyson.
A Yes, sir.
Q Would have been November 14th of what year?
A I believe it was around November the 7th of 2013.
Q Sorry. November 7th of '13. So you got there 12/09?
A Yes, sir.
Q And then you left November 7th of 2013, right?
A Yes, sir.
Q Why is it that you left?
A You may have to ask Charles Morris about that. The reason is Charles had told me - - and there's certain things that we always remember very well, certain things that came to light and certain things we don't remember because it wasn't significant. But Charles made a comment to me in May of that same year that I know HR very well and I know Craig Cobley very well, and you won't be there as long as you think you will.
Q Okay. So Charles told you that?
A Yes, sir.
Q When did he tell you that?



A In May of that year.
Q In May of 2013?
A Yes, sir.
Q Okay. And so did anybody at HR or anybody talk to you about it?
A No, sir.
Q Okay. So tell me how it is then you were notified that - - were you terminated?
A I was.
Q Okay. Do you know - - strike that.
Can you tell me the first time that you learned that you were going to be terminated?
A That afternoon of November the 7th.
Q Okay. And walk me through then what happened there. How did that happen?
A I was called into the office and terminated.
Q Who terminated you?
A Dave Phillips, the HR manager, and Craig Cobley.
Q Got it. What did they tell you the reason was?
A I don't recall. They had multi different things at that point in time. I'd have to go back and actually look at the sheet, and I don't remember even



where the sheet is. They would have documentation on that. You may have to reference Tyson for that. I don't have the sheet in my hand.
Q I get it. They had documentation that they were looking at?
A They had documentation of my termination.
Q Okay. Who is it that did the talking?
A I guess they both did. I don't remember.
Q Okay. This sounds petty, but what type of day was it?
A Steve McCarter was there that week.
Q The vet?
A The vet, uh-huh. It was a Thursday.
Q Thursday.
A I'm trying to remember the - -
Q In the morning time?
A No, it was in the afternoon. Steve and I had just got back from being in the field.
Q Did you have any - - besides what Mr. Morris told you, did you have any clue this was coming?
A No, sir.
Q Okay. So they called you in the office and they said what?
A Specifically, I don't recall. I do remember that, because I had a company vehicle, that