# Exhibit 8

# Deposition of David Dickey

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| CHARLES MORRIS, ET AL. | ) | Civil Action No. 4:15-cv-00077 |
| Plaintiffs, | ) | Judge: Joseph H. McKinley, Jr. |
| v. | ) | |
| TYSON CHICKEN, INC., ET AL. | ) | |
| Defendants. | ) | |

ORAL AND VIDEO DEPOSITION OF DAVID DICKEY

The oral and video deposition of David Dickey, taken pursuant to Notice on the 20th day of September, 2018, at the hour of 9:00 a.m., at the law offices of Whitfield, Bryson & Mason, LLP, 19 North Main Street, Madisonville, Kentucky, before me, Andrea Riggs, Court Reporter, and Notary Public in and for the State of Kentucky at Large, to be used for any and all purposes allowed by the Kentucky Rules of Civil Procedure.

Andrea Riggs
Court Reporter
195 Lake Scene Drive
Eddyville, Kentucky 42038
(270) 206-0720
amriggs007@aol.com

Q. All right. So if I'm in the performance based contract, then I'm not competing with somebody else?
A. You're being paid on your 52-week performance history.
Q. Okay. So walk me through that then. What --
A. You're paid a daily weight gain, feed conversion, livability, condemnation.
Q. Okay. But am I -- does Tyson take an average of all those things over a 52-week period and then set a baseline of pay that I get based on that?
A. Yes.
Q. Okay. Well, what if I'm just -- what if it's the first year of my 52 weeks -- first week of my 52 weeks? How's that --
A. You would just receive the base pay.
Q. The base pay?
A. For your weight.
Q. Okay. And do you know or have you seen any documents that tell you what percentage of growers generally opt for the performance based contract versus the tournament based contract?
A. Just in my experience, it's producers that were on the performance contract did not feel that they were getting as much money as the time went and wanted to go back to the tournament.



Q. Okay. Have you seen any documents to that effect?
A. No, sir.
Q. That's just based on your experience; is that fair?
A. Just conversation.
Q. Okay. So you told me then after 19 and-a-half years as a Broiler Tech, then you started working with pullets?
A. Yes, sir.
Q. And that started December of 2012?
A. Yes, sir.
Q. Okay. And that's still in Clarksville?
A. Yes, sir.
Q. Okay. And what did you do there?
A. I serviced all facets of rearing pullets.
Q. Which would be what?
A. Servicing the farms as a Technical Adviser.
Q. So you were a Technical Adviser for pullet farms, and how long did you do that?
A. Until the end of August of 2013.
Q. All right. So August of '13, what happens?
A. I moved to northwest Arkansas to manage a breeder pullet operation with Cobb Vantress.
Q. A breeder operation?



A. Breeder pullet operation with Cobb Vantress.
Q. What town would that have been?
A. Silent Springs, Arkansas.
Q. Silent Springs?
A. Yes.
Q. All right. Now, how big an operation was this?
A. One pullet barn and two breeder houses.
Q. Okay. Why did you do that?
A. I felt the opportunity to be able to gain more knowledge in the breed.
Q. Okay. So you operated that -- was that a company?
A. Yes.
Q. Okay.
A. It was actually owned by the -- the property was owned by the University of Arkansas, and there was a lease with Cobb Vantress to use the facility.
Q. Okay. So, during this time period -- August '13 -- when you started that, did you get a check from Cobb Vantress or from Tyson?
A. Well, the pay stub would say -- I can't remember; I have direct deposit -- it would have come through Tyson.
Q. Tyson Foods?
A. Yes, sir.



Q. Okay. But Cobb Vantress was the entity that actually was running these houses?
A. Yes, sir.
Q. Okay. How many employees worked there?
A. I had eight -- seven hourly employees and a maintenance man.
Q. All right. And was this operation done on a tournament based system?
A. No.
Q. What was it based --
A. There was no income to the farm. It was strictly a research farm.
Q. Got it. All right. And how long did you do that?
A. Until I started at Robards as Broiler Manager in January of 2015.
Q. Okay. You started as a Broiler Manager?
A. Yes.
Q. And how long were you a Broiler Manager at Robards?
A. Roughly until the 1st of June 2017.
Q. Okay. Now, what made you decide to leave Silent Springs, Arkansas, and move to Robards, Kentucky?
A. I was called and told that this would be a very good opportunity and that the Broiler Department was in

Page 57

need of leadership and coaching and programs and that this would be a perfect fit for me.
Q. Who was the Broiler Manager at the time that you were offered this position in Robards?
A. The position had been open since, I believe, the end of November of 2016, and the previous Broiler Manager was Jared Shelton.
Q. Okay. What happened to Mr. Shelton? Do you know why it is that he ceased to become the Broiler Manager?
A. No, sir, I do not.
Q. Okay. Was he terminated?
A. No, sir.
Q. Okay. He was Broiler Manager up and through November 2016?
A. I don't know the exact date, just the end of November, 1st of December, something like that. I really do not know.
Q. Okay. So there was a lapse then of a Broiler Manager at the Robards facility from November of '16 through around June 1st of 2017?
A. January.
Q. January? January 1st?
A. January 19th is when I started as Broiler Manager.
Q. I'm sorry. Okay. January 19th of 20 -- I'm

Page 58

getting confused. You became Broiler Manager what date?
A. January 19th, 2015.
Q. Okay. And prior to that time, there was a lapse in the Broiler Manager at Robards?
A. Correct.
Q. Okay. And do you know when it is that Jared Shelton ceased to become Broiler Manager at the Robards facility?
A. I don't know that date.
Q. Do you know how long the Broiler Manager position at Robards was open before you assumed that --
A. No, I do not.
Q. Okay. But Jared Shelton was the individual that had it before you?
A. Correct.
Q. All right. Now, as Broiler Manager, what were your responsibilities?
A. The biggest responsibility is to bring a healthy bird to our customer, which would be our processing plant, so all facets involving leadership and coaching of the Service Techs, communicating and working diligently with the grow-out or the grower producers, implementing programs for best husbandry management practices.
Q. Okay. What else?

Page 59

A. A lot of responsibilities. You know, service trucks; scheduling, you know, workshops for the producers to gain more knowledge; weekly meetings with the Service Techs to review numbers.
Q. Okay. Anything else you can think of?
A. That's it.
Q. As we sit here today, are you still a Broiler Manager?
A. No, sir.
Q. Okay. Then you became something different. Tell me what you are now.
A. I am currently the Live Production Manager.
Q. Okay. And when did you become Live Production Manager?
A. The end of May, 1st of June of 2017.
Q. All right. So you were Broiler Manager January 19th of 2015?
A. Uh-huh.
Q. And you were in that role until you became Live Production Manager in May of 2017?
A. Yea, a day or two in that time frame.
Q. Okay. And how is it that you became Live Production Manager?
A. I applied for the position.
Q. All right. When did you apply?

Page 60

A. When it was available to apply for. I can't remember the exact date.
Q. Okay. And who had the Live Production Manager position prior to you applying for it?
A. Jim Gottsponer.
Q. Okay. And how long did Mr. Gottsponer have the position of Live Production Manager at the Robards facility?
A. I can't recall exactly. I'm thinking possibly the fall of 2013.
Q. Okay. To when?
A. To when I filled the position.
Q. And you filled it May of 2017?
A. Yes.
Q. Do you know why it is that Mr. Gottsponer left the position of Live Production Manager?
A. He left the company.
Q. Okay. Do you know why he left the company?
A. No, sir.
Q. Was he terminated?
A. I do not know that.
Q. Do you believe he was terminated?
A. No, sir.
Q. Okay. He left the company; where did he go?
A. He started working with another integrator --

Page 69

Q. Okay. Now, what would you say then are the responsibilities -- job duties -- of the Feed Mill Manager?
A. Well, he has a Feed Mill Supervisor who directly oversees, you know, the maintenance workers, and the Feed Mill Supervisor is basically over maintenance, and then David Clark -- as Feed Mill Manager -- is just overseeing all facets of operating his feed mill.
Q. Okay. So, in a general sense -- again, for somebody that's a layperson like me -- tell me what is done in the Feed Mill Department.
A. Okay. So we receive loads of grain that are purchased through our corporate office from local farmers who haul and transport the grain to our feed mill, in which it's weighed and unloaded, and then received in and put into feed bins for feed to start being made from it.
Q. All right.
A. We have a dispatcher who communicates with all Service Techs on the broiler side and breeder/pullet side who takes feed orders and schedules all feed delivery and reclaim feed.
Q. Okay. Now, let's back up then. So the feed mill essentially is the department that manufacturers the feed that's sent to the farmers for the birds that are

Page 70

being grown?
A. Yes, sir.
Q. Okay. And this department buys corn, I assume, and other crops from local farmers and develops the feed?
A. Yes, sir.
Q. And so is there some type of proprietary formula that Tyson uses as far as the feed is concerned?
A. We have a feed nutritionist.
Q. Who is that?
A. Dr. Phil Smith.
Q. Okay. And Dr. Smith -- is that a full-time employee of Tyson?
A. Yes, sir.
Q. So he's an M. D.?
A. Yes, he is a doctor.
Q. All right. Nutritionist. And does Dr. Smith then develop the formula for the feed?
A. Yes, sir.
Q. Okay. Are there different types of feed that's developed at the feed mill?
A. For broilers, we have four feed types.
Q. For broilers, you have four feed types?
A. Yes, sir.
Q. What are they?

Page 71

A. We have a starter feed; we have a finisher feed; a withdraw feed --
Q. Withdraw feed?
A. Uh-huh, and a withdraw tube.
Q. All right. Starter feed -- pretty much self-explanatory, I would think; it's for the chicks?
A. Yes, sir. It's a crumbled feed. The pellet is crumbled so that the chick can easily, you know, consume it and digest it.
Q. And how long is it recommended that the starter feed be used?
A. Roughly -- depending on the amount that we're feeding, we usually go like a pound and-a-half per bird, so roughly 14 days in age.
Q. Okay. So if I'm growing for Tyson and I then deliver a flock of birds, and I know that the recommendation of Tyson is to utilize the proprietary placement starter feed, how does the feed mill know when to deliver me that feed?
A. The dispatcher is provided a chick placement schedule, and "X" number of days prior to that placement date, she will have the feed set up to be delivered to the producer.
Q. All right. And so does the dispatcher use the FOD system?

Page 72

A. Yes, she does.
Q. Okay. Tell me about the FOD system. What's the FOD stand for?
A. Feed on delivery.
Q. Got it. All right. And it's a computer program that dispatchers use to track the flocks so that it will know what type of feed to send to "X" farmer?
A. Yes.
Q. Okay. And so for the first 14 days -- and the FOD can track a flock and know that Charles Morris has got a flock, and so for the next 14 days, he's going to be delivered starter feed?
A. Correct.
Q. Okay. And then at the end of the 14 days, then does the FOD system have a ticker system where it says, 'Now we got to go to the next type of feed'?
A. Roughly at nine to ten days, then the dispatcher would schedule the next feed type to be delivered to the farm and put into an empty bin.
Q. Okay. And what is the next type of feed?
A. It would be finisher.
Q. Finisher feed. And then how long would finisher feed be used?
A. Roughly 26 to 28 days of age.
Q. Fourteen to 26. Okay. And I assume it's a

different setup than the starter feed?
A. Right, it is a pellet.
Q. It's a pellet. Okay. And is the same formula -- at least in the Robards complex, is the same formula for the starter feed -- is that applied to all farmers?
A. Yes.
Q. Okay. So there's not a different type of starter feed for Morgan Rickard than there is for Charles Morris?
A. Absolutely not.
Q. Okay. And then that's the same thing with the finishing feed?
A. Correct.
Q. Okay. So now we're up to 26 weeks, then what about --
A. Twenty-six days.
Q. Twenty-six days -- sorry -- and then you've got withdraw feed?
A. Yes, sir.
Q. Withdrawal feed?
A. Pardon?
Q. What's it called -- withdrawal?
A. Withdrawal -- W-I-T-H-D-R-A-W-A-L.
Q. Okay. And what kind of feed is that?
A. It's just a feed that is not going to be as high



in calories or nutrients as your starter or finisher.
Q. Okay. And how long is this withdrawal feed utilized?
A. Roughly until the birds sell.
Q. When you say, "sell," what do you mean by that?
A. Sell for slaughter through the remaining grow-out cycle.
Q. Okay. So it's 55 days, or whatever it is --
A. Uh-huh.
Q. -- then the bird will eat this from day 26 through hatching?
A. Yes, sir.
Q. All right. And then you said he had a withdrawal -- you've got a withdrawal two?
A. Right.
Q. What is that?
A. That is just a less dense feed from the withdrawal one.
Q. Okay. And why do you have a withdrawal and then a withdrawal two?
A. Sometimes just, you know, it might be fed two to three days before the birds are processed.
Q. Okay. Well, what triggers Tyson to say that Morgan Rickard needs withdrawal two feed as opposed to withdrawal?



A. If we're on that program, then that's what we would do.
Q. What program you talking about?
A. Well, I mean, like if we're on a program for withdrawal two to be used, then all producers on that program -- I mean, all producers during that time frame would be on the program for two to three days before the birds sell to receive withdrawal two.
Q. Okay. I guess is there a rule of thumb where you decide to use withdrawal two versus withdrawal?
A. That's just directed from the nutritionist.
Q. Okay. So the nutritionist is the one that comes up with the time periods --
A. Yes.
Q. -- as to when these birds are to receive what type of feed?
A. Right.
Q. Okay. So how many people work in the Feed Mill Department at the Robards facility?
A. I do not know that specific number. I do not know that specific number at this time.
Q. Okay. Then underneath the Feed Mill Manager, do we have other individuals in the hierarchy here?
A. You would have a salaried dispatcher, and a salaried Feed Mill Supervisor, and then the remaining



positions would be hourly.
Q. All right. So the dispatcher -- who is that?
A. Katina Chambers.
Q. Okay. How long has she been in that position?
A. (Pause.) Give me a minute to think.
Q. Sure.
A. I can't recall when she came to Robards. It's been roughly a two-year time period.
Q. Fair enough. And do you know who might have been in her position prior to that?
A. Jared Shelton.
Q. Okay. And how long was Jared there?
A. From when he -- from when he was Broiler Manager until he started as the dispatch.
Q. Do you know how long he stayed as a dispatcher in the Feed Mill Department?
A. No, I do not.
Q. Okay. Now, can you give me the responsibilities of the dispatcher? What is their job?
A. Yes. I've already told you that, but she is responsible for taking feed orders from the Service Techs, from the growers and breeders, and scheduling and delivery of those orders, and then she is responsible for scheduling like the setup feed to be delivered for the chick placements and then throughout the grow-out

Q. How often is this service report filled out?
A. We recommend that the Service Techs -- you know, dependent upon the age of the bird, the Service Tech should make a weekly visit early in the grow-out cycle, which is the most crucial to bird health and performance the first ten days of age. We ask the tech to go by 24 or 48 hours prior to chick placement. We want the Service Tech to be available to be on the farm the day of placement. We request the Service Tech be available to visit the farm the day after placement and do a crop check to make sure that there is crop, feed and water in the crop, then they will come back in three days of age and get a three-day mortality and assess bird health and then come back at a seven-day stage and get seven-day weights and seven-day mortality.
Q. Okay. But, at every visit, does the Service Tech then fill out a handwritten report, or is a report done by a computer program, or how's that --
A. We do have a handwritten report. We're trying to go to a report that can be done on their tablet to kind of do away with the handwritten report and it just be done through their tablet and be able to print it and provide it to the producer.
Q. Has that tablet program been implemented as of yet?



A. Kind of starting it.
Q. Okay. When did you start that?
A. Roughly a month and-a-half, two months ago.
Q. Okay. Prior to that time, though, the techs would fill out a pre-generated form?
A. Yes, sir, with three copies -- a white, a yellow, and pink, and then the yellow would be left with the producer; the white brought back and filed, and so --
Q. All right. Now, how many houses or square feet would each tech be responsible for, generally?
A. So if we're fully staffed with seven techs, roughly 1.7 million square foot of houses.
Q. Okay. But sometimes that doesn't work because you've got a vacancy, for example --
A. Right, vacation -- vacation time.
Q. Got it. Okay. Now, let's talk about then the responsibilities of the techs themselves. Does Tyson provide to them a book or a tech manual or a guideline as to specific technical requirements that Tyson has for the growers?
A. We do have a guide for best management practices addressing ventilation, house temperature, lighting.
Q. Is that exactly what it's called -- the Guide for Best Management Practices?
A. I don't know the actual name of it.



Q. If I was to ask for that manual, what would I call it?
A. (Pause.)
Q. If I wanted to get a copy of it.
A. Just the Broiler Department guidelines, or not necessarily guidelines, just best management practices for the Broiler Department.
Q. Okay. And is that document authored by somebody in the Broiler Department, or where does that come from?
A. Well, it is something that, you know, all the complexes have just put, you know, things that are -- you know, being in houses daily, that this is where we receive best performance by following these guidelines and just kind of put together to form a program.
Q. I get that. Is it a work in progress -- to change this document?
A. No. I mean, as technology changes, it might be tweaked some, yea.
Q. Okay. Does every tech in the Robards system have a copy of this document?
A. Yes, they should have.
Q. Okay. And then how do you teach the techs to disseminate that information to the growers?
A. Just hands-on experience.
Q. Okay. Do you give a copy of this document to the growers?



A. Yes, they should all have a copy of it.
Q. Okay. Now, so these are recommendations that Tyson has --
A. For best management practices.
Q. For best -- all right. Now, are these recommendations, or are they mandates?
A. Recommendations.
Q. Okay. And is it up to the farmer himself to either comply with these recommendations or not?
A. The producer owns the equipment, owns the building. They do what they want to do. But it's our responsibility to be loyal to our producers and give them as much technical support and knowledge that we can possibly give them to help them be successful.
Q. Are there instances where Tyson would refuse to give flocks to a farmer who fails to comply with some of these technical requirements?
A. No, the only way -- like, for example -- if we refused to place birds were if a producer were to high 40 out through intensified management status and lose their contract.
Q. And what do you mean by, "high 40 out"?
A. If they were 40 points worse than average in their weekly settlement.

Q. All right. So if they're 40 points worse than the weekly average --
A. Uh-huh.
Q. -- then they're placed in intensified management?
A. Right.
Q. And that is somewhere you don't want to be, essentially?
A. Correct.
Q. All right. And so once you become in intensified management, then how long can you stay there before birds are pulled or not given?
A. So you would always be given birds until your contract would be terminated.
Q. Okay. So even if you're in intensified management, you're still going to get birds?
A. Yes, sir.
Q. Okay. Is there a time period where Tyson says, 'Okay, Charles Morris, you're going to be in the intensified management program -- you are in intensified management program and you can be here "X" amount of time before we pull your contract'? Is there a time period, because I assume farmers go in and out of it, correct?
A. We hope they don't go in it.
Q. But they do?



A. Yea. So, you know, we're not in the business to close doors. Once we sign a contract with a producer, we want them to be in business as long as they want to be in business. So the way the intensified management program works is if you settle a flock for that contract and it is 40 points worse than average, that would be Flock No. 1 to be 40 points worse than average.
Q. Got it.
A. You get your next flock of birds. When it settles, if it's 40 points worse than average, that would be Flock No. 2. At that time, the grower manager is going to send a certified letter, along with regular mailed letter saying, 'This is your second consecutive flock to settle 40 points worse than average.' It will have all of that detailed information, along with the bird weight, the livability, the condemnation, the bird age. Everything that's on his settlement will be in that letter, and we will also provide the Schedule B of the contract to just reiterate, you know, the importance of them performing better. Once they receive that letter after the second flock, it also states that if you have another flock -- which would be a third consecutive flock -- to settle in the high 40, you will again be placed on intensified management status.
Q. Okay.



A. So once -- if a grower has had two to settle in the high 40, the third flock is placed. When it settles, if it settles in the high 40, then they are then in intensified management status. Prior to placement of the next flock, the Broiler Manager, Live Production Manager will have a meeting with the grower to discuss anything that the Service Tech has, you know, feels could be -- the Service Tech will make recommendations of things that could possibly be improved, such as equipment needing to be, you know, repaired or working properly; water sanitation problems; leaking nipple problems; fans not working at full capacity. Just, you know, anything that we feel that might be hindering that producer's performance to assist them to improve to get out of intensified management status.
Q. I get that.
A. So, after Flock 3 settles, once they are in intensified management, they will be given five flocks. If three of the five settle in the high 40, they then lose their contract.
Q. All right. So what I'm hearing from you then is if a farmer is in the high 40 for three consecutive flocks, then he becomes placed in the intensified management program?



A. Right.
Q. All right. At that time, the Broiler Manager and Live Production Manager meets personally with the grower to see what can be done?
A. Yes.
Q. Okay. And then, even after that -- then the next five flocks after that, if three of those five are in the high 40 --
A. Right.
Q. -- then their contract will be terminated?
A. Yea.
Q. Is that the only instance when a contract --
A. Yes --
Q. -- gets terminated?
A. -- unless there are animal welfare issues on the farm.
Q. Okay. Now, let's talk about animal welfare issues then. We hear about that a lot. Talk to me about how that comes into play in terms of has there always been -- at least as long as you've been with Tyson -- an animal welfare component to farmers losing their contracts?
A. Repeat that, please.
Q. Okay. We hear about -- you explained to me the intensified management program -- how that works -- then

Page 113

Broiler Techs, Broiler Manager -- as birds are being caught and we're in and out of farms, we're all ensuring that the birds are being handled correctly by the contract catchers.
Q. Okay. And you said there's a signoff. Does that mean that there are documents that are given by Tyson to the contract catchers in terms of procedures and protocol to pick these birds up?
A. Yes. Anyone that enters our barns, as well as producers, are all trained on animal welfare and handling of the birds.
Q. Okay. And if I was to ask for a copy of that document or set of documents, what would I ask for?
A. The Animal Welfare Training Signoff.
Q. Okay. Animal Welfare Training Signoff. And then you keep that inhouse at the Robards facility?
A. Yes, it would be in the Breeder Department, Broiler Department, Live Haul Department.
Q. All right. Any other management personnel in the live haul?
A. No, sir.
Q. Okay. And who is responsible for the scheduling of the catching and pickup of these birds?
A. Okay. So the scheduling is done by the placement schedule. It's just kind of like a revolving cycle of

Page 114

the oldest birds in the field to the youngest, so basically, we will start with the oldest birds in the field, starting on Monday, and then --
Q. How do you know what are the oldest birds in the field?
A. By your placement schedule of when the date the birds were placed.
Q. Through the FOD?
A. Pardon?
Q. Does the FOD tell you that?
A. No, that wouldn't be the FOD; it would be GIS or HIS.
Q. Okay. And what is GIS?
A. Grower Information System or Hatchery Information System.
Q. That's a computer program?
A. Yes.
Q. All right. And who was responsible for running that program?
A. The broiler clerk enters most data into GIS, and the hatchery clerk would enter most of the data into HIS.
Q. And who would be the broiler clerk?
A. Her name is Rebecca Brown -- Bryant -- I'm sorry -- B-R-Y-A-N-T.

Page 115

Q. She is the broiler clerk?
A. Yes, sir.
Q. And the hatchery clerk?
A. Is Shannon Dotson, I believe is her last name.
Q. D-O-T-S-O-N?
A. Yes, I believe so.
Q. And what department would they work under?
A. Shannon would report to Ian Grant, the Hatchery Manager. Becky would report to Neil, the Broiler Manager.
Q. Okay. And so the information as to the age of the birds would either go to Rebecca Bryant or --
A. Well, Becky actually makes the kill schedule from her placement schedule.
Q. Becky does?
A. Yes, so she's going to do a kill schedule two weeks in advance, so it's just every week she's updating the next two weeks out.
Q. Okay. And so how does --
A. So Brian -- the Live Haul Manager -- takes the projected kill schedule that Becky has originated, and then he looks at the logistics of knowing how many head the plant needs to kill that day, and, logistically, is he going to be able to transport those birds from the farms that are on the list for each specific day and

Page 116

keep that plant full of birds without running the plant empty at any time.
Q. Okay. And the trucks that are used by the contract haulers, are they owned by --
A. The contractor.
Q. The contractor, and not Tyson?
A. Correct.
Q. Okay. And training, driving those trucks, and utilization of those trucks, is that the responsibility of Tyson, or is that the responsibility of the contract --
A. It is responsibility of the contract tower; however, we still do animal welfare training with all drivers that are on our farms.
Q. I get it. Okay.
A. On our producers' farms.
Q. Okay. And in the time that it takes between pickup at the farm and then delivery at the plant, who monitors that, if anybody?
A. Well, I mean, you've got your distance from the farms. Some may be an hour from the plant, some may be ten minutes from the plant.
Q. All right. Now, this setup that we've talked about -- the five different departments, the managers of each department, and who they report to, which sounds

Q. Let's assume that, you know -- make this up -- that Morgan Rickard has some birds that are caught by the contract catchers and they're taken to the plant, then at some point in time, they're taken off the truck and they're put on a line?
A. Yes, sir.
Q. Okay. And we learned yesterday that there is a production line and there's a salvage line, as well; is that right?
A. Yes, sir.
Q. Okay. And then there are FDA people that are at the plant --
A. USDA.
Q. Sorry, yea, USDA people that are at the plant, and then they will make a determination as to whether or not a bird or a part of a bird goes from the production line or to the salvage line?
A. Correct.
Q. Okay. Typically, how many USDA people are at the plant at any given time for this purpose?
A. I do not know that specific number.
Q. Okay. In a general sense, how many are typically there?
A. I do not know a specific number to tell you.
Q. Okay. Well, you're the Live Production



Manager --
A. I'm sorry.
Q. You don't know that?
A. I'm in it every day. Off the top of my head, I've never really counted them.
Q. Two? 10? 20? 80?
A. Eleven.
Q. Eleven?
A. Uh-huh, 7 to 11.
Q. Seven to 11 people. Do you communicate with them? Do you talk to them?
A. No, sir.
Q. Okay. We learned that a USDA person would look at a bird and mark it?
A. Yes, on their scorecard.
Q. That's right. And then a Tyson employee would take it off the production line and cut it open and do whatever is requested, and then stick it in the salvage line; is that fair?
A. Well, they're put on the salvage line and then what usable parts can be used are then retrieved from that cavity of the bird.
Q. Okay. And what about the parts that aren't usable? What are done with those?
A. They're sent to the rendering plant.



Q. Okay. To the dog food plant?
A. Yes.
Q. And so the dog food plant then utilizes those parts for whatever it needs?
A. Correct.
Q. Got it. In this theoretical flock from Morgan Rickard -- a client of mine, let's say -- how does Tyson track that the birds that are going through the plant and weighed are actually the birds that Morgan Rickard grew?
A. Well, I mean, that's down to a "T" inside that processing plant. I mean, they do it day in and day out. They know exactly what they're doing. From the time the birds are dumped onto the belt until they are stunned and at the kill blade, there's 13 minutes exactly.
MR. TATUM: David, he's asking about weighing -- the weighing function -- right now --
MR. WHITFIELD: Right.
MR. TATUM: He was asking you about the weighing function. He's not yet to processing. He's asking you specifically how you know that, you know, Rickard's birds are weighed and accounted for having the weighing function on the scale.
THE WITNESS: Okay. So the live haul



driver, whenever he comes to the scale house, he tells the scale house what part he's going to be going to and the house number. He -- they give him a ticket, and he goes uphill and hooks to a trailer, comes back down and tells them what trailer number he has. He goes to that farm, and that trailer number with that ticket -- whenever the trailer is completely loaded and then brought back to the plant before it leaves the farm, that ticket is stamped with the grower's flock -- with the grower's number, and then a receipt is left in the mailbox for that producer for all trailers that are leaving his farm.
Q. (By Mr. Whitfield:) Okay. And so when the birds, though, make their way to the plant and they're getting ready to be slaughtered -- okay? -- then they're going to have to be put on a line?
A. Yes.
Q. Okay. And at some point in the line, they're actually slaughtered?
A. Yes.
Q. Okay. So when the birds make their way onto the line --
A. Yes.
Q. -- how do you know whose bird it is?
A. Okay. So at the time that the trailer is brought

up into the dumping shed, the driver will notify by radio that I am dumping the first cage of lot --
Q. Whatever?
A. Whatever. And so they know exactly from the time he radios, 13 minutes later, those birds will be at the kill blade.
Q. And when they're at the kill blade, then after that, is that when they're weighed, or when are --
A. No, they're weighed when they're brought into the plant.
Q. Brought into the plant and weighed then?
A. Yes.
Q. Okay. And so they're weighed while they're in the truck?
A. Pardon?
Q. Are they weighed in the truck?
A. (Pause.)
Q. When are they weighed?
A. Whenever the driver reaches the scale house with the trailer of birds.
Q. Okay. They're weighed at that moment?
A. Yes.
Q. Okay. Does Tyson know -- well, for example -- let's start over. Charles Morris has 52 houses --
A. Yes.



Q. Does Tyson know from which house the birds are coming from --
A. Yes --
Q. -- in Charles Morris --
A. -- for each trailer --
Q. Okay.
A. -- unless you have a trailer that is the last trailer out of a house and it's only got four or five cages that have been filled with birds. And the house beside it, they may fill the rest of that house -- or the rest of that trailer with birds from the next house.
Q. So, to that extent, you don't really know what house they're coming from?
A. Yes, sir, we do, unless there is a split load.
Q. Unless there's a split load --
A. That would be the only --
Q. Yea. If it's a split load, you may not know?
A. But you're going to know how many cages from each house.
Q. I get it. All right. Now, let's talk about the salvage parts that go from the production line to the salvage line, and we talked about those things that aren't usable, and those things go to the River Valley dog food plant. But the parts that are on the salvage line, are those sold to the general public -- those



parts? What happens to them?
A. The parts that we're able to retrieve?
Q. Yes.
A. Yes.
Q. Okay. So are they put back on the production line?
A. They're put in tote boxes.
Q. In tote boxes?
A. Uh-huh.
Q. And then what happens to those tote boxes?
A. Then they would be further processed.
Q. Okay. And end up being sold to the public?
A. Yes.
Q. Okay.
A. And the producer is paid for those.
Q. Got it. All right. Let me --
MR. DUDLEY: John, why don't we take a short break?
MR. WHITFIELD: Okay, yes.
(Thereupon, Plaintiffs' Exhibit Nos. 3 and 4 were marked for identification and are attached hereto.)
Q. (By Mr. Whitfield:) Okay, David. We're back with these topics -- this 30(b)(6) -- and I'm at Topic 2H. And this is information pertaining to the tournament system, its inputs, and implementation of the



system. Then, for example, we go to "H" -- the details regarding how Tyson determines participants in a given tournament, okay? And what I've done for you in this exercise, I've given to you Exhibits 3 and 4 to the deposition, and take a look at those and see if you've seen documents like that before.
A. Okay. (Witness reading.) These are the same, correct? They're the same week for the same grower.
Q. Yea, I've made a mistake here. Let's go off the record for a second.
(An off-the-record discussion was held.)
Q. (By Mr. Whitfield:) All right. I think maybe I've cleaned this up a little bit. I've given you two documents, David -- 3 and 4 -- that apparently are grower pay recap sheets, and appears to be different growers in each recap?
A. Yes, sir.
Q. Okay. I assume then you have seen documents like this before?
A. Yes, sir.
Q. And I think you told me that you review these documents weekly?
A. Yes, sir.
Q. Okay. And you will do how many reviews of documents like this per week? Eight to 12?

Page 181

Q. All right. Now, at Clarksville, what type of breeds were grown there?
A. Cobb 500; Cobb 700; a Ross 708. I think that's about all we probably have done at Clarksville.
Q. Okay. And what about at Robards?
A. The same, with a Hubbard male on occasion.
Q. Hubbard male?
A. On occasion.
Q. Okay. So, on occasion, at Robards, we'll have Cobb 500; Cobb 700; Ross 708; and a Hubbard male?
A. Not a Hubbard male at Robards, but a Hubbard male was used on occasion in Clarksville. I don't believe Robards has had any Hubbard males since I've been here.
Q. Well, this 6 that --
A. Right, other than that one.
Q. Other than that one. Let's look at Exhibit 4 then --
A. Okay.
Q. This is another -- I'm calling it a grower pay recap sheet, and I'm generically calling it a tournament. This is for the week ending November 5th, 2011. Look on the very right-hand side of the page -- male breed -- there's a 6 there?
A. Yes.
Q. Would that be a Hubbard male, as well?

Page 182

A. Yes, that's the code for the Hubbard male, yes.
Q. Okay. And so this is another example where you may have a Hubbard male at settlement?
A. Right.
Q. So all I can do to determine the different types of breeds in any given settlement is to look at this sheet?
A. Yes.
Q. And we've been provided tons of these?
A. Yes.
Q. And so then you can -- by looking at these numbers, I can tell the different types of birds that are being grown in any given tournament?
A. Correct.
Q. All right. Fair enough. And, again, there is no handicap, there's no consideration for that at all because you're telling me that Tyson considers the genetics all the same?
A. Correct.
Q. All right. Let's go to the next area of inquiry, and this will be 2N. I'll read it real quick. It's policies and practices regarding the selection of chicks provided to any grower in the Robards complex, including how certain breeds are selected to be grown; how Tyson decides what grower gets what breed of chicks; who is

Page 183

responsible for assignment or selection of chicks at the hatchery to specific growers; and what factors can affect who gets what chicks. Okay. Let's stop it right there. That's a lot to add in one sentence. Let's talk about whether or not there's any policy or practice regarding selection of chicks to any grower at the Robards complex, and we can stop it right there. I thought you told me there really isn't any policy as to who gets what type of chicks?
A. Correct.
Q. Okay. And they're coming from the hatchery?
A. Yes.
Q. You explained to me how that worked?
A. Yes.
Q. Are you telling me it's at random?
A. Yes, sir.
Q. Okay. And there is no Tyson policy as to who gets what type of chicks?
A. Correct.
Q. So, in these settlement sheets -- a minute ago, we learned that in Exhibit 3 there were three types of birds being grown; you're telling me that's just random?
A. Yes.
Q. Okay. Then I'm asking you, 'including how certain breeds are selected to be grown.' Now, you've

Page 184

told me, David, that you've got a Cobb 500; you've got a Cobb 700; we've got a Ross 708; sometimes Hubbard male?
A. Uh-huh.
Q. Who made that decision that those are the kind of birds we're going to grow?
A. Well, corporate will decide what breed is going to grow -- be grown for a complex's target weight -- what breed is going to be most likely to give you your target weight per age of the bird.
Q. Okay. And --
A. So, like currently, we're on a Cobb 700 for a seven-pound bird. A complex that's growing a four-week-old bird may go with a Cobb 500.
Q. Okay. I get that. And so the different complexes may have different target growth weights?
A. Correct.
Q. Okay. And the word "Cobb," is that a proprietary name, or is it just a --
A. It was the original name of the company when it was first developed.
Q. What was the name of the company? Cobb?
A. It was Cobb, and then Vantress bought into Cobb -- bought a partnership into Cobb -- and then later, Tyson purchased the Cobb Vantress partnership --
Q. Okay. You read my mind --

Page 185

A. -- and they left the name Cobb Vantress.
Q. Okay. So Cobb Vantress is the company's name. They call it a Cobb bird, but Tyson now owns that company?
A. Yes, sir.
Q. So you're telling me then that corporate makes the determination based upon the target weight for a select facility as to what kind of bird they're --
A. Yes, sir.
Q. All right. Then it says -- it asks how Tyson decides what grower gets what breed of chicks. What's the answer to that?
A. What is the question?
Q. How Tyson decides what grower gets what breed of chicks.
A. Well, I mean, it would -- whatever chicks are available, and whatever barn was on the placement schedule would be the -- how they do the daily delivery.
Q. Okay. Do you know whether or not Cobb Vantress has a facility in Monticello, Kentucky?
A. I believe they do have a hatchery. I believe so.
Q. Okay. Do you know whether or not Cobb Vantress has any other facilities in the Commonwealth of Kentucky?
A. I don't believe in Kentucky. I know in Tennessee

Page 186

there are.
Q. Where in Tennessee?
A. I can't remember the name of the town. I'm sorry.
Q. That's all right. Do you know the approximate location?
A. I don't. I'm sorry.
Q. That's all right, don't worry about it. And then I'm asking here, 'Who is responsible for assignment or selection of chicks at the hatchery to specific growers'?
A. Well, there's not specific growers; it's who is next in line to receive chicks for that day, and the clerk just --
Q. Yea, I think you've answered that question. And what factors can affect who gets what chicks? I think you've answered that question, too, have you not?
A. Yea.
Q. Okay. Now I'm asking here -- sub (i) -- 'What information is available to the person assigning chicks at the time of assignment; for example, the age of the breeder hens, related diseases or other health issues?' Let me stop you there. I think I heard you say that assignment of these chicks is done randomly?
A. I mean, she's taking the farm name, the house

Page 187

number, the square footage, how many birds are going to be placed into that barn, and the next available chicks that have been processed will go.
Q. Okay. And will she know the age of the breeder hens at that time?
A. It will -- I mean, she would have to go back and look at it. She will have a flock number at her immediate usage to put on the mortality card of what the flock number is. The age, she would have to go back and look for that information.
Q. But she can find it?
A. Yea.
Q. It's there?
A. But she wouldn't need it. I mean --
Q. I get it, but that information's there --
A. Yea.
Q. -- should you decide to look for it?
A. Yea.
Q. Okay. So the age of breeder hens -- and what about information relative to any related diseases that may be there, or any issues with disease in the hatcheries?
A. I'm not aware of any disease in the hatchery.
Q. Okay.
A. I mean, we don't want no disease. If we had a

Page 188

disease in our hatchery, we would have every veterinary in Tyson in to resolve those issues. We want every chick to hatch and live through the grow-out cycle and then at the plant.
Q. Now, at the hatchery, if there's a determination that Morgan Rickard is up next for four houses -- okay? -- he's next in line?
A. Uh-huh, for chick placement.
Q. For chick placement?
A. Uh-huh.
Q. Then the person at the hatchery will know the size of his houses?
A. Yes.
Q. And then will he or she then take the size of those houses and use the predetermined density to come up with how many chicks a person needs --
A. It's already calculated by the broiler clerk.
Q. Okay. So the broiler clerk uses a density percentage?
A. Yes, there is a formula in her spreadsheet.
Q. Okay. And, typically, what is that formula?
A. Just the square footage times the density. It's just calculated to give you -- like 21,985 square foot of housing divided by -- or times -- multiplied -- by your density of a .90 birds per square foot would equal

Q. So there are differences in densities then?
A. We have asked them to put that in writing to request, you know, a different density.
Q. Listen to my question: You will agree with me that there are differences in densities with participants in a tournament?
MR. TATUM: Objection, vague and ambiguous.
THE WITNESS: There has been in the past.
Q. (By Mr. Whitfield:) There have been in the past?
A. Uh-huh.
Q. All right. Are there differences in terms of the time that birds are spent at the hatchery -- let's talk about that real quick -- before they are actually sent to the growers?
A. So what is your question?
Q. Are there participants that may be in a tournament -- contract growers that may be in a tournament -- are there some where they've gotten chicks that birds are at the hatchery longer than other ones before they receive them?
MR. TATUM: Objection, vague and ambiguous.
THE WITNESS: Well, the goal is to be at 75 percent hatched 12 hours -- the 12 hours before they're processed to be delivered.
Q. (By Mr. Whitfield:) Okay. So is that consistent



then?
A. Yes.
Q. And there are no differences at all then?
A. I would not think so.
Q. Okay. Let's look at this one. This will be 11, I think --
THE WITNESS: Can we take a quick break?
MR. WHITFIELD: Yes.
(An off-the-record discussion was held.)
Q. (By Mr. Whitfield:) Okay. We're back on the record and we're still dealing with the 30(b)(6) topics. I want to ask you, David, about the bearing that time spent on a truck a bird would have and how that played in the tournament system, okay? Once the birds are picked up and then make their way to the plant, is that factored into an input in the tournament system itself? Does Tyson consider that in any way?
A. Absolutely. It is monitored and recorded from the time the birds pull onto the scale and once they arrive to the plant until that trailer number is actually pulled into the dumping area and those birds are dumped onto a belt and slaughtered.
Q. Okay. How is that tracked?
A. Through the weight ticket that is first picked up by the live haul driver and taken to the farm.



Q. All right. So are there instances then where some birds may be picked up, and from the time they're picked up to the time they get to the plant might be 30 minutes, and then somebody else may be -- maybe ten minutes; is that fair? Does that happen? Are there differences in times from the time that the bird gets picked up to the time he gets on the --
A. Yes, there will always be differences because of the location of the farm.
Q. Yea. By definition, it's going to happen?
A. Yes, that's going --
Q. Okay. So there are going to be differences?
A. Yes, sir.
Q. And are you familiar with a concept called shrinkage?
A. Yes, sir.
Q. What is shrinkage?
A. The difference between what the birds weighed once they were weighed at the plant to when they were actually slaughtered.
Q. Okay. And could it be also the difference in weight from the time that they're actually picked up at the houses to the time that they're actually slaughtered?
A. Repeat your question.



Q. Could shrinkage also include the difference in weight of the birds from the time they're picked up at the houses to the time that they're actually slaughtered?
A. Well, they should be on water, you know, up until the time they start catching, so I wouldn't think so.
Q. Okay. So from the time that they're picked up at the houses to the time that they're delivered to the plant, you're saying there would be no shrinkage?
A. There would be some.
Q. Is that accounted for by Tyson?
A. Yes, shrinkage, yes.
Q. Okay. So how is that accounted for in the inputs in a tournament?
A. So they're paid by the weight of when the birds were first originally weighed.
Q. So they're all weighed at the facility?
A. Yes.
Q. Okay. And they're not weighed at the houses?
A. Correct.
Q. All right. Now, what happens if en route some birds die on the truck?
A. Then they are counted as DOAs and the producer is given credit for those number of head.
Q. All right. But what's not considered by Tyson in