# Exhibit 9

# Deposition of Jared Shelton

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, ET AL., Plaintiffs,

v.

TYSON CHICKEN, INC., ET AL., Defendants.

Civil Action No. 4:15-cv-00077

Judge: Joseph H. McKinley, Jr.

ORAL AND VIDEO DEPOSITION OF JARED SHELTON

The oral and video deposition of Jared Shelton, taken pursuant to Notice on the 21st day of September, 2018, at the hour of 8:45 a.m., at the law offices of Whitfield, Bryson & Mason, LLP, 19 North Main Street, Madisonville, Kentucky, before me, Andrea Riggs, Court Reporter, and Notary Public in and for the State of Kentucky at Large, to be used for any and all purposes allowed by the Kentucky Rules of Civil Procedure.

Andrea Riggs
Court Reporter
195 Lake Scene Drive
Eddyville, Kentucky 42038
(270) 206-0720
amriggs007@aol.com

Page 2

APPEARANCES

FOR THE PLAINTIFFS,
CHARLES MORRIS, et al.:

JOHN C. WHITFIELD, ESQUIRE
WHITFIELD, BRYSON & MASON, LLP
19 North Main Street
Madisonville, Kentucky 42431

J. DUDLEY BUTLER, ESQUIRE
BUTLER FARM & RANCH LAW GROUP, PLLC
499-A Breakwater Drive
Benton, Mississippi 39039

FOR THE DEFENDANT,
TYSON CHICKEN, INC., et al.:

MARK C. TATUM, ESQUIRE
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108

ELI GLASSER, ESQUIRE
BOIES SCHILLER FLEXNER, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301

ALSO PRESENT: ALAN JACKSON, VIDEOGRAPHER

Page 3

INDEX


| | Page |
|---|---|
| Title | 1 |
| Appearance | 2 |
| Index | 3 |
| Exhibits | 4 |
| Examination by Mr. Whitfield | 5 |
| Reporter's Certificate | 184 |


Page 4

EXHIBITS


| Plaintiffs' Exhibit | Description | Page |
|---|---|---|
| 1 | Notice of Oral and Video Deposition | |
| 2 | Charles Morris Farms Service Techs' Reports Breakdown | 59 |
| 3 | 6/7/12 Recap of Charles Morris Farms | 82 |
| 4 | | |
| 5 | 6/30/14 E-mail Re Robards Grower Meeting | 112 |
| 6 | 7/13/11 E-mail Re Lbs. Credited to Growers for Catch Loss | 148 |
| 7 | 11/20/14 E-mail Re 11-15-14.xlsx | 153 |
| 8 | 4/22/14 E-mail Re Calvin Leisure 5171 Reclaim Settlement Adjustment for 4/12/14 | 156 |
| 9 | 5/22/14 E-mail Re AC Poultry Discrepancies | 158 |
| 10 | 9/26/14 E-mail Re Doug Brown Fuel Winter | 161 |
| 11 | 3/31/15 E-mails Re Outages Total Hours | 165 |
| 12 | 11/17/14 E-mails Re 5 Flock Averages For Suspect REO Flocks | 174 |
| 13 | 7/13/11 E-mail Thread Re Lbs. Credited To Growers for Catch Loss | 177 |

Page 21

A. I entered Madisonville Community College in fall of 2000.
Q. Okay. What were you studying there?
A. I was just getting my general education classes there.
Q. All right.
A. And I went there for two years and then I transferred to the University of Kentucky.
Q. Okay. And when did you go to the University of Kentucky? When did you actually get on campus in Lexington?
A. In the fall of 2003 -- or I'm sorry -- fall of 2002.
Q. Okay. And what were you studying at UK?
A. Agriculture, public service, and leadership.
Q. All right. And that's a Bachelors program?
A. Yes.
Q. All right. So you were in ag school up there?
A. Yes.
Q. And did you graduate?
A. Yes, I graduated in May of 2005.
Q. Of '05?
A. Yes.
Q. With an ag --
A. A Bachelors in agriculture, public service, and

Page 22

leadership, with a minor in economics -- agriculture economics.
Q. Okay. Did you go straight through, or did you maybe stop a semester --
A. No, I went straight through. From the time I graduated -- I went to school every semester until I graduated. I mean, from the time I graduated high school, I went to college every semester until I graduated from college.
Q. Didn't stop?
A. Didn't stop.
Q. Okay. Were you in a fraternity up there?
A. No, I was not.
Q. Okay. You weren't in HDR? Anything like that?
A. No.
Q. Do you know what HDR is?
A. Yes.
Q. Okay. Have you ever been involved in a lawsuit before?
A. No, I have not.
Q. Okay. No criminal record, I assume?
A. No.
Q. All right. When you graduated in May of '05 and you got your Bachelors degree, do you have any other education besides that Bachelors degree?

Page 23

A. No.
Q. Okay. Any other certifications of any sort? For example, I've got a Bachelors degree and a law degree, and I have to be certified, or I have to be a member of the Kentucky Bar Association, for example; anything like that? Any type of ag certification that you have, as we sit here today?
A. No, sir.
Q. Okay. Now, after you graduated in May of '05, then you went to work, I assume?
A. Yes.
Q. Okay. Walk me through your job history after graduation.
A. So I come back home to Slaughters and I work for my uncle, Scott Shelton -- Shelton's Plumbing -- until -- while I was searching for a job, I went to work for Tyson in August of 2005.
Q. Okay. So from May of '05 to August of '05, you worked for your uncle in the plumbing business?
A. Uh-huh.
Q. What did you do there?
A. Just general labor, you know, install plumbing and new construction, homes primarily.
Q. Got it. All right. So then how is it that you were contacted to work for Tyson, or did you contact

Page 24

them?
A. I contacted Tyson. I was just looking for a job, and they had an opening there as a -- supervisor trainee was my first position there.
Q. How did you find out about the job opening?
A. The internet.
Q. Okay. So you found that Tyson had a job opening for a supervisor trainee?
A. At the time, it was called a supervisor trainee.
Q. Trainee?
A. Trainee.
Q. All right. Tell me what that is.
A. It's just a six-month program. You go through all the different departments at Tyson, spend, you know, a very short period in each department, and just learning about the process at Tyson -- a general idea -- and that's basically it.
Q. Just try to indoctrinate you as to how the system works and what they do and things of that nature?
A. Yes.
Q. Okay. But who is it that took you through that program? Some person that did that?
A. Linda Bevil.
Q. Spell the last name for me.
A. I think it's B-E-V-I-L.

Q. Okay. And were there other people going through the program with you or just you?
A. Yes, there was -- his name was Eric Coffman.
Q. Okay. Eric Coffman went through the program with you?
A. Yes.
Q. Is it C-O-F-F-M-A-N?
A. Yes.
Q. All right. Is Eric still working for the company?
A. No, he is not.
Q. Okay. So you went through this six-month program, and at the end of the six-month program, what happened in terms of your job?
A. Let me say this: That supervisor trainee position was a live production trainee, so they've got ones for the plant, and then they've got, you know, ones for the live production. It was on the actual live production side.
Q. All right. And what's the difference then between the plant and --
A. So when the plant -- when you're on the plant, when you spend a lot of time -- more time in the plant than you do on the live production side, and when you're on the live production supervisor trainee program, you



spend more time on live production than you do in the plant.
Q. All right. So give me some examples of -- if you're the live production side -- what you would be doing versus what you would be doing in the plant.
A. So you would probably spend more like a month in each department on the live production side, where in the plant, you would spend like maybe a week in a different department.
Q. Okay. And I've learned in this deposition that there are basically five departments within the live production?
A. That's correct.
Q. Okay. Can you walk me through those?
A. Breeder Department, the hatchery; the Broiler Department --
Q. Okay. Feed mill?
A. The feed mill.
Q. All right. And live haul?
A. Live haul, yes, sir.
Q. Okay. And so your training was in the live production portion of it, so is it fair for me to assume that you would spend more time in these five departments as opposed to being in the plant?
A. Yes, sir.



Q. Okay. Is that something you wanted to do, or was it something that they just put you in?
A. It was just -- that was the position I hired in with Tyson. It wasn't, 'Hey, you're going to be a supervisor in live haul,' or, 'You're going to be a supervisor in feed mill.' It's basically just a program they use for training, you know, supervisors.
Q. Got it. Prior to you doing this, Jared, had you ever been involved in the chicken industry before?
A. No, I have not.
Q. Had you ever been involved with any chicken farms before?
A. No, I have not.
Q. Ever work for any chicken farms before?
A. No.
Q. Anybody in your family worked in the chicken industry at all, either having a farm or working for Tyson or any other chicken company?
A. No.
Q. Okay. So you get done with this six-month program, and thens what happens after that?
A. There was an opening in live haul -- a supervisor -- so I was a supervisor, and Catch Crew Supervisor is what the title was.
Q. Catch Crew Supervisor?



A. Yes.
Q. Okay. Let's talk about that then. When did you start that, Jared?
A. It was in March or April of 2006, somewhere around there.
Q. All right. And we've learned again that part of live haul are the catch crews; is that right?
A. That's correct.
Q. Okay. And I've also learned that at some point in time, Tyson used third party companies to do their catching; is that right?
A. Yes. When I was in live haul, it was company crews -- contract crews.
Q. Was it company --
A. Company employees.
Q. Company employees?
A. Yes.
Q. All right. So that would have been March of '06 and company employees were doing the catching?
A. That's correct.
Q. All right. And then at some point in time, that switched to where they were using contract companies?
A. Yes.
Q. When was that?
A. Approximately March-April of 2008.

Page 29

Q. Okay. So that -- for the first, let's say, approximately two years, you were a supervisor for the catch crews?
A. Correct.
Q. Okay. Now, how many catch crews were you supervising during this two-year period?
A. One.
Q. Okay. How many catch crews during this two-year period were there?
A. Six.
Q. All right. So there were six at the Robards facility?
A. Yes, sir.
Q. Okay. And you supervised one of them?
A. That's correct.
Q. Okay. So is it fair for me to assume there were five other Live Haul Catch Crew Supervisors at this time?
A. Yes, sir.
Q. Can you -- do you remember any of their names?
A. Oh, gosh -- yea, James Armstrong.
Q. Okay. Is he still with the company?
A. No.
Q. All right. Who else?
A. Jimmy Shadwick.

Page 30

Q. All right.
A. I'm trying to think -- Terry Ackerman.
Q. All right. Is Mr. Shadwick still with the company?
A. No.
Q. What about Terry Ackerman?
A. No.
Q. Okay. Do you know what -- you told me Armstrong's not in the company either?
A. When they went -- when they ended the contract crews, I was the only one they kept. The rest of them lost their jobs.
Q. Okay. Then they were terminated?
A. I guess. I don't know. I wasn't involved in it.
Q. I get that. All right. So you got James Armstrong; Jimmy Shadwick; Terry Ackerman. Anybody else you remember?
A. I can't remember the other guy's name. Those are the ones -- I worked night shift and I dealt more around them. I can't remember the other gentleman's name.
Q. Okay. So how many Tyson employees did you supervise for the catch crew?
A. Eight to ten.
Q. Okay. And do you remember any of their names?
A. No, I don't.

Page 31

Q. Fair enough. All right. Let's talk about then how that worked. Were there guidelines or rules or protocol that Tyson utilized in regard to how these catch crews were to operate? Was there a manual of some sort?
A. Yes, there was.
Q. Okay. What was the name of that manual?
A. I don't recall what the exact name of it was.
Q. Okay. Who gave you that manual?
A. The Live Haul Manager.
Q. Okay. And who was the Live Haul Manager at the time?
A. Brian Thomas.
Q. All right. So did you receive any training as to how the catch crews were to operate?
A. When I first went over there -- when I first went to the live haul for my supervisor training, I job shadowed the other supervisor.
Q. Okay. Who did you job shadow?
A. I believe it was Jimmy Shadwick.
Q. Okay. How long did you shadow him?
A. I don't recall exactly. I mean, I'm just estimating here -- probably a month.
Q. All right. But, during that time period when you were shadowing Mr. Shadwick, there was some manual that

Page 32

you had that gave you procedures or protocol about how to pick up these birds?
A. Yes, there was.
Q. Okay. If I were to ask for that, what would I call it?
A. I don't -- Live Haul Catching Manual.
Q. Okay. Is that document still in existence?
A. No, because we do it -- they're caught by contractors now, and it's what they call hand catching, so they catch them with their hands, where back then, we were using machines.
Q. Okay. Talk to me about the machines they were using. What kind of machines were you using during this two-year period before the contract catchers?
A. I think the brand of them was a Lewis/Mola machine.
Q. Okay. Lewis --
A. I believe. I think that's what it was.
Q. I get it. M-O-L-A?
A. Yes, I believe --
Q. Okay. How do those things work? Walk me through that.
A. It's basically just a machine with six tires on each side, similar to like a -- I don't know -- kind of like a tank, you know, and they had rubber tracks on

Q. Okay. And how long were you a Broiler Tech?
A. For three years.
Q. All right. Now, what did you have to do, Jared, in terms of being trained for this job?
A. For what job?
Q. A Service Tech.
A. Well, first off, when I got there, I rode around and job shadowed Steve Key, who was a very experienced Service Technician, and basically, like I said, I job shadowed him, went to farms with him for -- I don't recall the exact amount of time. I would say probably a couple, three months, maybe something like that. And I just -- every day, that's who I spent my time with was him, going and learning how to service a poultry farm.
Q. Okay. And he worked dayshift?
A. That's correct.
Q. All right. And so you shadowed with him; rode with him; you saw how he interacted with the contract growers --
A. Yes.
Q. -- farmers? When I say, "contract growers," today, or producers, I mean the farmers --
A. Yes, sir.
Q. Okay. So was there any manual that Tyson gave to you in regard to training to be a Service Tech? Any



type of handbook or anything like that?
A. I know there was broiler grow-out manuals.
Q. Okay. And is that something that the farmers would get, as well, or just something that techs would get?
A. I'm not for sure if the growers got them or not. I don't remember if they did or not.
Q. Okay. But the Service Techs did?
A. Yes, they did.
Q. Okay. And in a general sense, Jared, what did the broiler grow-out manual have in it?
A. It would just tell you the basics to -- basic management practices for growing a flock of broilers.
Q. Okay. From beginning to end?
A. Yes.
Q. Okay. So if I was to ask to get a copy of that, I would be asking for the broiler grow-out manual?
A. I don't know exactly the title of the document, but I would say it would be something like that.
Q. Do you still have that?
A. No, I don't.
Q. Okay.
A. Whenever I was in the Broiler Department, we basically kept them in our office there on the shelves, and, you know, when I moved on to a different



department, I didn't take that with me; it stayed in the department.
Q. How long were you a Service Tech?
A. For three years.
Q. All right. So the beginning would be March of '08?
A. And that's an estimate. Off the top of my head -- I mean, March-April, somewhere around in there.
Q. Okay. March-April of '08 to when?
A. March or April -- somewhere around there -- 2011.
Q. Okay. So is it fair for me to assume that your training essentially was shadowing?
A. Yes, and I also went to the University of Georgia and took a seminar -- three-day -- three- or four-day seminar down there.
Q. All right. When did you do that, if you remember?
A. If I told you a date, I'd be lying. I don't remember exactly what date.
Q. Do you remember what year?
A. It would have been during that three-year time frame. I don't recall exactly what year it was.
Q. Okay. Did you go to Athens for that?
A. Yes, sir.
Q. All right. And it was a three- or four-day



seminar?
A. Yes.
Q. Do you remember the name of the seminar?
A. It was a cold weather ventilation seminar by Mark Zarek.
Q. Okay. Spell Zarek for me.
A. I couldn't even spell --
Q. I can't either.
A. I think it's -- I don't know how to spell it.
Q. Okay. That's fine --
A. But he's the poultry guy at the University of -- the main poultry guy at the University of Georgia.
Q. Okay. So you went to his seminar, and, obviously, it had something to do with cold weather. Tell me what you remember about that seminar.
A. It was just a -- I mean, we talked about all aspects of growing chickens, but it was primarily -- the main focus of it was ventilation in chicken houses, so how to ventilate properly during the wintertime to avoid wet litter, high ammonia levels, and, in return, you know, affect the growing of the birds.
Q. Okay. Did anybody else go with you? Any other tech go with you?
A. I believe Joe Bruce did, if I remember. I think that's who --

Page 49

A. They were always exempt.
Q. Okay. Tell me what you mean by that.
A. They didn't compete against other growers because -- I mean, they competed against other growers, but to pay the growers, they were pulled out of the settlement.
Q. Okay. So --
A. So there was no question whether it was fair or not fair because there was a Tyson relation there.
Q. Okay. So we heard yesterday that --
A. It's the same way on any of -- any farm, even contract producers, and as an affiliation with Tyson there, they're exempt from the contract. They're settled with the contract is how they're paid -- I mean with the tournament -- is how that farm is paid, and then it is pulled out and everybody is settled in there to make sure that there's no discrepancy, and that the growers are treated fairly, and there's no question whether Tyson was treated different -- Tyson-related farm was treated different than anybody else.
Q. I get it. So they participate in the tournament just for purposes of paying the Tyson employees, but then they're pulled out, and then the tournament is recapitulated and -- is that right?
A. That's correct.
Q. Okay. Did you get a performance based bonus or

Page 50

incentive as to where you ended up in the tournament when you were managing these growers?
A. No, I did not.
Q. Your salary was the same, no matter what?
A. Mine was the same, no matter what.
Q. All right. So is it fair for me to assume then that any settlement for a tournament -- that these four Tyson farms would be included, and there'd be one set of settlement figures and then the Tyson farm would be pulled out and then another set of numbers calculated; is that right?
A. I believe that's correct.
Q. Okay. And the second calculation is what the farmers actually ended up getting, not the first?
A. I believe that's correct.
MR. WHITFIELD: Okay. Let's take a break for a second.
(Brief recess.)
Q. (By Mr. Whitfield:) All right. Jared, we're back on the record and we were talking about your work experience as a Service Tech. I want to say that you did that with Tyson March of '08, approximately, to March-April 2011?
A. That's correct.
Q. Okay. What was your next job?

Page 51

A. Broiler Manager.
Q. All right. And how is it that you became Broiler Manager?
A. The job came open, I applied for it, went to interview the next day.
Q. Okay. And who did you interview with?
A. Kenny Bartley, who was Live Production Manager, and I believe it was -- from H. R. -- Mary Jane Young.
Q. All right. Is Kenny Bartley with the company anymore?
A. No, sir.
Q. Why, do you know?
A. I do not know.
Q. Was he fired?
MR. TATUM: Objection, calls for speculation.
Q. (By Mr. Whitfield:) Go ahead. Do you know? What do you know about that?
A. I don't know anything. I wasn't involved in that.
Q. Okay. He's not with the company anymore, is he?
A. That's correct.
Q. And had you heard that he'd been terminated?
MR. TATUM: Objection.
Q. Go ahead.

Page 52

A. I heard that he was terminated, but I was not -- again, I was not involved in the decision process, so that was all speculation. I don't know.
Q. (By Mr. Whitfield:) I get that, but my question to you is you heard that he was terminated?
A. I answered that question.
Q. Okay. And that is yes?
A. Yes.
Q. Okay. March-April 2011 is about when you became Broiler Manager?
A. Yes, approximately.
Q. So you succeeded Kenny Bartley?
A. Kenny Bartley was not the Broiler Manager.
Q. Kenny Bartley was Live Production Manager?
A. That's correct.
Q. Who was the Broiler Manager before you?
A. Alan Chambers.
Q. Okay. And why did he leave that position, if you know?
A. I don't know. Probably transferred to another poultry business. I don't know if he was terminated or left on his own or what. I don't know.
Q. He left the company, for whatever reason?
A. That's correct.
Q. All right. So how long did you act as Broiler

Manager?
A. Three and-a-half years.
Q. Okay. So that would have been March-April of '11 to March-April of '14?
A. No, it was like December of '14, I guess; three and-a-half years.
Q. Okay. December through 2014. All right.
A. December, January -- I don't know exactly -- somewhere around there. December of '14 or January of '15.
Q. Got it. And before we start talking about Broiler Manager, I want to loop back and talk about Service Tech just for a second. You did that for three years. Did you have responsibilities for a certain group of contract producers?
A. Yes.
Q. Okay. And we've heard the other day that the goal is to get Service Techs to monitor approximately 1.8 million to 2 million square feet -- something like that -- is that fair?
A. I don't recall the exact number, but approximately, yes.
Q. All right. How many people -- how many contract growers when you were a Service Tech did you take care of?



A. I don't know an exact number. I mean, I can estimate a number, but, off the top of my head --
Q. Can you remember their names?
A. I can remember -- I mean, I've serviced several different ones. I mean, I know some of their names. I mean, I don't know -- I can't remember exactly because I was Broiler Manager and I dealt with all the growers, as well, and I dealt with them while I was catching chickens, so I don't recall exactly -- the exact ones that I serviced.
Q. Okay. When you were a Service Tech, how often would you go and check out the farms of the growers that you had responsibility for?
A. It just depended on the age of the birds and where they were at. I would, you know, sometimes spend more time early in the flock trying to get them off to a good start, but a minimum of once a week, most of the time twice a week.
Q. All right. Tyson had certain specs that they expected the contract growers to live up to, didn't they?
A. Can you be more specific?
Q. Like water, things of that nature.
A. Yes. I mean, there was -- there were -- yes, there was a -- I don't know -- a retro or a premium



specification -- that their farm had to meet certain specifications to have a contract with Tyson.
Q. And if he didn't meet those specifications, then they wouldn't be able to have a contract with Tyson, correct?
A. Starting off a flock, yes. Whenever we sign a contract, they had to meet those specifications, so if somebody -- I'll just make an example --
Q. Yes, sir.
A. Just say if they had a tunnel fan go down and their wind speed dropped a little bit, we would give them a reasonable amount of time to get that fixed. We wouldn't go out there that day because a fan went down and say, 'Hey, you're violating the contract; we're taking your birds from you.'
Q. I get that. But, at the end of the day, that fan had to be fixed, and the fan had to be -- had to meet the wind speed requirements that Tyson came up with?
A. That's correct.
Q. Okay. And if there were instances where you're at the farm and you see a fan that doesn't have appropriate wind speed, I assume that you let the farmer know that?
A. That's correct.
Q. And then do you document that some way?



A. Yes, it would be documented on a service report.
Q. Okay. How often would you do those service reports, Jared?
A. Once per week.
Q. Okay. And would you do it manually?
A. At that time we were.
Q. Now it's different?
A. I haven't been in the Broiler Department. I believe it is, but I don't know that for sure.
Q. Fair enough. But when you were there, you would do it manually. Was there a preprinted form that you would have and you would fill out?
A. Yea, that's correct.
Q. Okay. And what was that form called?
A. Grower Visitation Form or something -- Grower Farm Visitation Form or something.
Q. All right. And when you filled that form out, would you have the grower sign it, as well?
A. I don't believe so.
Q. All right. So you take that form, and what would you do with that once you filled it out?
A. So whenever we filled it out and we'd take it -- it was a try-ply copy -- we'd take a copy and leave it there with the grower, or if the grower was there, you know, talk to him about the issues. If he wasn't, try

Page 89

Q. Okay. And then after this position, did you switch to another one?
A. I did.
Q. Where did you go to?
A. Feed, order, and delivery supervisor.
Q. Okay. When did you do that? January of '15?
A. Yea, somewhere around there.
Q. Okay. December '14 to January of '15. How long did you do that, Jared?
A. Until about February of '16.
Q. Okay.
A. March, something like that.
Q. All right. Tell me what the job responsibilities were, as far as you were concerned?
A. To supervise the delivery and feed to the farms.
Q. Okay. So would that be in the Feed Mill Department?
A. That's correct.
Q. Okay. Walk me through what you would do on a daily basis with that.
A. I had a computer program that had all the farms in it --
Q. Is that the FOD?
A. That's correct, feed, order, and delivery.
Q. Who trained you on the FOD program?

Page 90

A. The lady that worked down there, an hourly team member. Her name was Cheryl Lancaster, and also John -- he's the feed mill -- basically a feed mill expert for Tyson. I can't think of what his name is now. John -- I can't remember his last name.
Q. That's not a problem. What would be inputted into this feed and delivery? FOD means what again?
A. Feed, order, and delivery.
Q. Okay. What would be inputted into this program?
A. There was just -- in a particular program, there was a -- every farm was in there and, you know, it would have how much of each feed type that they had received, so it would keep up with that. And then as the growers or Service Techs called in feed inventories, we would go in and update the inventories because it had like a basic consumption chart in there, so each day, it would say at this age of bird, this is how much feed they consumed, and it was just generic. So as people would call in -- most of the time, it wouldn't be much -- but the inventories on the farm would then be adjusted a little bit to get it back on-track as far as whether we could fit a load of feed in there if we went or not.
Q. Who would call in? The growers?
A. What? Calling what --
Q. Calling information as to feed, talking about.

Page 91

A. Service Techs and growers.
Q. Okay. And this was not done directly in that there was no button on the controller that the farmer or a tech would push --
A. Just an estimate.
Q. An estimate?
A. Well, I mean, the grower or the Service Tech would climb up the ladder on the bin, look down in there, and give an estimate of how much inventory was on the farm. So there's no scale there to look and say there's 3,000 pounds.
Q. That's my point -- thank you -- and so then it was an estimate, and then that estimate would be called in by you -- the tech -- or their contract grower?
A. Yes.
Q. Okay. And then from there, that estimate would be inputted into the FOD, and then from there, scheduling of feed would take place?
A. That's correct.
Q. Okay. So when you did this, did you have anybody working underneath you?
A. Yes, I did.
Q. Who would that be?
A. Amy Watkins.
Q. Okay. What did Amy do?

Page 92

A. She was a -- I think just a clerk.
Q. Okay. Are there feed scales on the growers' farms?
A. No, not that I know of.
Q. Why is that, do you know?
A. I don't know. I'm assuming because of the cost for the grower to have them installed. I don't know.
Q. Okay. Are they disallowed by Tyson?
A. No, they're not disallowed.
Q. Okay.
A. If somebody wants to put scales on their farm, then they're welcome to do that.
Q. Do you know of any growers in the Robards system that has scales?
A. The only ones that I know of is the breeder/pullet farms have scales there to lay out their feed each day, so like if they want to lay out a thousand pounds today, they've got a small scale sitting there.
Q. What about the broilers? Any broilers that you know of?
A. Not that I'm aware of. I mean, there could be. I don't know.
Q. All right.
A. Then it's kind of a new -- it's a newer

technology. I mean, it's not something that's been around a long time.
Q. I get that, but --
A. Putting load cells on a feed bin is somewhat of a newer technology.
Q. All right. It's available?
A. That's correct.
Q. All right. But you don't know of any broiler that has that?
A. I do not. I'm not saying there's not, but I don't know of any.
Q. That's all I'm asking, what you know. All right. So you had Amy Watkins working with you; who else worked with you in feed order?
A. In the office, that was it. I had drivers, as well, that hauled the feed.
Q. Got it. Okay. So why did you go from Broiler Manager to feed order supervisor?
A. I just -- the Broiler Department wasn't -- things weren't going very good. I mean, the performance overall wasn't good, and I was given a -- I don't think I was ever given it, but I was told I was going to end up being given a certain time frame to get performance metrics in line, and I didn't know for sure if that could happen or not in that amount of timeline. Nobody



ever sat me down and said, 'You've got this amount of timeline.' I was just, you know, reading between the lines, and had a family to feed, and I thought -- and knew that that position had come open. And I, you know, also was thinking, 'Well, I can get experience in the feed mill and help my resume, help build, you know, my experience in the chicken business for the future,' so I went down there.
Q. Okay. It sounds like then that there were certain performance metrics that were required of you, and you were a little concerned you may not be able to meet them?
A. Yea, that is correct.
Q. Okay. Who is it that let you know what these performance metrics might have been?
A. It would have been the Live Production Manager.
Q. Which was --
A. At that time was Jim Gottsponer.
Q. Gottsponer. Okay. Gottsponer's not there anymore, is he?
A. No, he is not.
Q. Is Gottsponer still part of the company?
A. Not that I'm aware of.
Q. Okay. When did he leave as Live Production Manager at the Robards facility?



A. I don't know. Maybe two years ago or something.
Q. Okay. Do you know why he left?
A. I have no idea.
Q. Was he terminated?
A. I don't know. I wasn't involved in -- I know he went from live production here to live production at another company down around his home, so I don't know if he did that or not. All I know is I got a text from him the day it happened that said, 'Been good working with all you all; my ride in Kentucky is over; I'm going back home,' and that was it.
Q. Okay. And that's all you know about it?
A. That's all I know.
Q. Okay. Have you been in contact with him at all since then?
A. Yea, here and there, but not about chicken business. I mean, just -- I mean, I may talk to him once every six months, and he'll call me and ask me how my family's doing and stuff like that.
Q. Who does he work for now, do you know?
A. I don't know. No, I don't know the name of the company.
Q. All right. So you did the feed order gig for -- through February of 2016?
A. Somewhere around in there.



Q. Okay. Then where did you go from there?
A. Breeder Manager.
Q. All right. And is that what you are now?
A. That's correct.
Q. Okay. Tell me the responsibilities of a Breeder Manager -- hang on a second -- you are Breeder Manager, and then Breeder Manager is one of the five departments of live production?
A. That's correct.
Q. All right. Tell me what it is that you do with that.
A. I'm responsible for the receipt of pullet chicks, and raising those pullets and taking them to a henhouse, and getting egg production from them to supply chicks to the hatchery -- or eggs to the hatchery so they can supply chicks to the broiler farm.
Q. Okay. How many pullet houses are in the Tyson system?
A. The Robards system or Tyson --
Q. Yea, that's a good point -- I'm sorry -- the Robards system.
A. Twenty-four.
Q. All right. And how many different contracts are you aware of in the pullet system and at Robards?
A. Seven.

Q. Okay. How is that documented as to what numbers might be?
A. I couldn't tell you that. I don't know.
Q. Typically, how many USDA people show up at the line to do this?
A. I couldn't tell you that. I'm not involved in that process.
Q. All right. Fair enough. So accounting gets the condemn numbers, then keep walking me through --
A. So the feed conversion is derived from total pounds of feed divided by total amount -- total pounds of chicken that's brought into the processing plant. That number is received from the feed mill. As the ticket is delivered to a farm, they input that number into the FOD system, and then at the end of the flock, that's retracted from accounting, and then that's how they determine how much feed the growers got.
Q. Okay.
A. The farm weight is exactly what it says. Whenever they bring the live haul trucks in to the scales at the plant, they weigh them --
Q. He's got to get that number?
A. They take the mortality cards -- the total head from the mortality cards -- so the total head placed, minus how much mortality they had, gives you the total



livability. They take that and divide it by -- take the total pounds and divide it by that number of head, and that's what gives your average weight -- farm weight.
Q. Okay.
A. Your age in days is just what it is; it's how many days from placement to slaughter.
Q. How does that number get to accounting?
A. Well, you've got a date placed and a date slaughtered.
Q. Okay.
A. So the hatchery has a system, as well, that they put in every chicken that's placed into that system, so accounting retracts that and says, 'Well, this farm was placed on this date,' and then whatever date they slaughtered, simple math.
Q. All right.
A. And average daily weight gain, that's simply taking your total days of age divided -- or your total farm -- your average farm weight per head divided by your day of age, simple math. Net pound value -- I don't recall exactly -- I know somewhat how this is derived, but I don't recall the exact numbers without looking at it, but, basically, they take the number of chicks placed times "X" number, plus pounds of feed delivered, and then they take that and divide it by, I



think, the total pounds of meat that's brought in. I think that's how it is, but I would have to -- you know, it's been a while since I've looked through these.
Q. I understand.
A. It's also in the contract that the growers sign. It states in there exactly how the net pound value is figured. The grower pay, this is -- you have a base pay, and then, depending on the net pound value for each grower -- it depends on what the grower pay is, above or below whatever the set pound -- set amount per pound is base pay.
Q. The base pay?
A. Yes.
Q. Okay. And in this document here, on the net pound value, there's an average here at the bottom; .2174, for example?
A. Uh-huh.
Q. And how does that -- why is that kept? Why is that number kept? What relevance does it have to any of this?
A. I don't recall exactly how that all works. Like I said, it's been several years now since I've looked at these. I would have to look it up -- actual contract and stuff -- to, you know, figure out how that worked, and then there's individual pages that go with this for



each grower. You all would have to look at this and refresh my memory.
Q. But those growers -- contract growers -- that are above the mean make more and those below the mean make less, apparently?
A. That's correct.
Q. Okay. And then we've got the grower pay, and the grower pay is based upon the net pound value, correct?
A. Yea, it has to do with where they're at. I mean, like I said, for me to tell you exactly what that is, I'd have to look at more documents. And I don't -- I mean, like I said, it's been a few years since I've sat down and looked at them.
Q. I get that. All right. Let me ask you about this then. We got the hen breed, and we got numbers --
A. Yes.
Q. And I thought you told me that the breeds of the hens and the breeds of the broilers have numbers attributed to them?
A. That's correct.
Q. Okay. So if I'm looking at 37 on hen breed, that's one type of breed. Do you happen to know what that breed might be -- 37?
A. I'm pretty sure that's a Cobb 700.
Q. Okay. And then we have 99 under it?