# Exhibit 10

# Excerpts from Expert Report of Dr. Michael Lacy

**OPINIONS OF MICHAEL P. LACY**

**IN REFERENCE TO CHARLES MORRIS ET AL. VS TYSON**

**TABLE OF CONTENTS**


I. INTRODUCTION .......... 2

II. SCOPE OF WORK .......... 2

III. BROILER GROWERS' IMPACT ON BROILER PERFORMANCE .......... 3

IV. PERFORMANCE OF COBB 500, COBB 700 AND OTHER BROILER STRAINS .......... 3

V. SEX RATIOS IN THE DOMESTIC CHICKEN .......... 4

VI. REUSE OF LEFTOVER FEED .......... 5

VII. CONDEMNATIONS .......... 6

VIII. CHICK QUALITY .......... 7

IX. SUMMARY OF OPINION .......... 7

X. MATERIAL USED TO SUPPORT OPINION .......... 8

APPENDICES

A. M. P. LACY CURRICULA VITA

B. COBB 500 and COBB 700 PERFORMANCE COMPARISONS




Confidential - Subject to Protective Order

## III. BROILER GROWERS' IMPACT ON BROILER PERFORMANCE

It is my opinion the factor having the most impact on broiler flock performance as related to grower settlements is the care provided the flock by the broiler grower. Research I conducted early in my career attempting to determine variables affecting broiler flock performance demonstrated that broiler growers who raised flocks with above average performance did so consistently. Variation in performance was less with "above average" growers as compared to "average" or "below average" growers. This demonstrated clearly to me that broiler performance was impacted significantly by the effort and skill of the broiler grower.

I have seen firsthand the impact of proper management of the broiler house environment on flock performance while working with broiler growers and while conducting broiler research trials at UGA. A comprehensive study on factors influencing broiler welfare (Dawkins et al. 2004) published in one of the world's most highly respected journals concluded that "good stockmanship counts even in highly automated houses" and that "house environment is crucial to bird welfare." This landmark study clearly demonstrated that management of broiler house conditions by growers was critical to bird welfare and performance. Based on my years of experience working with both broiler companies and broiler growers, it is my opinion that the day to day management of the broiler house environment by the broiler grower is the factor that most influences the order in which the grower's flock settles.

## IV. PERFORMANCE OF COBB 500, COBB 700 AND OTHER BROILER STRAINS

Commercial broiler strains used by the US poultry industry have been derived from essentially the same genetic stock. Thus, the genetics of most modern broiler strains are almost identical from a biological perspective. They share very close to 100% of the same genes and the performance of different strains of broilers is generally similar. The Cobb 500 and Cobb 700 strains are derived from similar genetic stock. The Cobb 500 has been genetically selected for rapid growth rate. The Cobb 700 is an off shoot of the Cobb 500 that has been genetically selected to have slightly higher breast meat yield and slightly lower leg and frame yield after processing. The differences between these two breed strains express themselves in a one or two percent difference in breast weight yield after processing. This small difference in breast yield does not significantly affect body weight or feed conversion in the live broiler. If one examines the growth rate and feed conversion performance of the Cobb 500 and Cobb 700 strains, the similarities are obvious. Cobb 500 and Cobb 700 performance objectives published by Cobb have been included in Appendix B. At 56 days of age the body weight of the Cobb 500 was 8.726 lbs as compared to 8.672 lbs for the Cobb 700. At the same age, cumulative feed conversion for the Cobb 500 was 1.964 while feed conversion for the Cobb 700 was 1.980. Bottom line, the weights and feed conversion expected from the Cobb 500 and 700 are similar. The same would be true of



Confidential - Subject to Protective Order

other strains used by the Tyson Robards Complex. There would be no incentive for Tyson to use strains that performed poorly.

Further evidence of the minimal difference between strains is provided by the University of Georgia study (Shim et al. 2012) cited by the Plaintiffs' expert. Although the strains used in this study were not identified and thus there is no way to know if the strains in the study were representative of any of the strains used by the Tyson Robards Complex, this study demonstrated very small differences in growth rate and feed conversion among most of the breed crosses tested. Further, this study acknowledges earlier studies which failed to show a significant difference between commercial broiler strains (Korver et al. 2004, Goliomytis et al. 2003).

I want to emphasize again, it is my opinion that live performance differences attributable to breed/strain would be significantly overshadowed by the impact of good management of the broiler house environment by the broiler grower.

## V. SEX RATIOS IN THE DOMESTIC CHICKEN

Biologically, the sex ratio of males to females in the domestic fowl is 50-50. The heterogametic sex in birds is the female, meaning her chromosomes control the sex of her offspring (this is opposite mammals where males are the heterogametic sex). The female chicken has a Z and a W chromosome. The male has only Z chromosomes. A ZZ combination of chromosomes at the time of fertilization results in a male offspring; a ZW combination yields a female offspring. The chance of a male or female embryo being produced at the time of fertilization is 50-50. Thus, the probability of an embryo being either a male or female is analogous to a flip of a coin.

In practice, not all eggs set in incubators hatch. Some eggs are infertile and some embryos die during incubation. Normal hatchabilty is around 85%. It has been observed by some that a few more female embryos die during incubation than male embryos. This may skew the ratio of female to male chicks at hatch 1-2 percent in favor of males. The difference is so slight that if one asked a poultry scientist what the sex ratio in the domestic chicken was, a response of "50-50" would be virtually automatic.

Since sex determination is essentially a coin flip, simple probability calculations can be used to determine how likely a significant variation in the expected 50-50 split might be. It is a function of probability that the more coin flips one measures the more likely the results will approximate 50-50. The typical broiler hatchery hatches 250,000 chicks per day (4-5 days per week); thus, the male/female ratio of chicks hatched each day is highly likely to be very close to 50-50.



Confidential - Subject to Protective Order

It is my understanding that the Tyson Robards Complex does not sex chicks. Tyson Robards provides chicks from its hatchery to growers "as hatched" which means the percentage of male and female chicks growers receive would be very close to 50-50. The chance of one grower receiving significantly more or less males or females is negligible and not controlled by Tyson.

Broiler companies occasionally provide growers with male chicks from the primary broiler breeder companies with which they do business. These male chicks are usually byproduct grandparent stock from the side of the genetic cross that produces the broiler breeder hen. These grandparent males do not generally have the same hybrid vigor of the later parent crosses, and thus they do not have the same potential for growth rate or feed conversion expected from the final strategic cross between the male and female parent lines. The opinion of the Plaintiffs' economic expert in regard to the differences in growth rate between males and females is misinformed and not relevant to the Tyson Robards Complex. First, the majority of flocks grown out at the Tyson Robards Complex are mixed sex, as hatched, flocks where the male/female ratio is the same across growers. Second, speculating that the performance of males from grandparent stock would be the same as males from parent stock is an unfounded and unsupported assumption which is contrary to my understanding and experience.

## VI. REUSE OF LEFTOVER FEED

Although broiler companies carefully estimate feed consumption of broiler flocks in an attempt to minimize the amount of feed remaining on the broiler farm after the flock is caught and transported to processing, there should always be some feed remaining. The last thing a broiler company or broiler grower wants prior to catching is for a flock to run out of feed prematurely. A small amount of extra feed is typically added to the flock's final feed consumption estimate to assure that birds have access to feed until the precise time that the birds are scheduled for complete feed withdrawal.

The feed leftover at the end of the flock is customarily removed from the feed bins by the broiler company, weighed in order to accurately calculate the feed consumed by the flock, and then transported directly to farms for use by flocks on those farms. This is standard practice throughout the broiler industry. There are minimal concerns with the quality of this reclaimed feed. This feed would be what is termed in the poultry industry "withdrawal feed." Withdrawal feed is the type of diet fed to broilers just prior to birds being caught and transported to processing. At this stage of broiler growout, the birds are consuming tremendous amounts of feed daily (as much as 6-8 tons per day for a typical broiler house). Thus, feed is being delivered to the broiler farm frequently to keep up with consumption. This means feed does not stay in the feed bin very long (a few days at most). This quick turnover of feed during the last days of growout results in withdrawal feed being some of the freshest feed that broilers consume. The age of reclaimed feed falls well within the time



Confidential - Subject to Protective Order

window associated with quality and freshness of feed. Based on my experience and review of literature, I would not expect any meaningful impact on broiler performance due to the use of reclaimed feed.

## VII. CONDEMNATIONS

Every broiler company of which I am familiar mandates growers remove small birds (culls) from their flocks throughout the growout process. Culling is required for several reasons, the primary one being that these undersized birds frequently harbor disease(s) or are weak and will be more susceptible to contracting disease(s). Cull birds need to be removed as soon as they are identified to prevent the health of the rest of the flock being threatened. If these small birds were allowed to be sent to the processing plant, it is likely most of them would be condemned. Since most US growers are careful about culling out undersized broilers, a large percentage of the birds transported to the processing plant are within a fairly uniform weight range.

The author of the Canadian condemnation study (Ansong-Danquah, 1987) cited by the Plaintiffs' economic expert agrees that small birds should be removed from the flock prior to processing. Ansong-Danquah states, "Many of the birds had evidence of longstanding disease conditions which should have been culled and not shipped to the plant." The author further states, "When broilers are condemned, their weight is calculated by multiplying the number condemned by the average weight of live birds on entry to the plant." Ansong-Danquah urged effort "to encourage producers to reduce these losses by routinely culling sick and disabled broilers." This is the same method by which condemnations are handled by the Tyson Robards Complex. The Canadian study endorses the Tyson Robards Complex condemnation procedure with regard to how culling should be performed in contrast to how culling was apparently not properly implemented in the New Brunswick province of Canada at that period in time.

The Plaintiffs' economic expert states in his report, "condemned birds are often 50% or lower in weight than a normal healthy bird," and cites the Canadian study (Ansong-Danquah, 1987) as his source. I have read the Canadian study carefully, and it does not provide data relative to condemned bird weight. It is clear from the introduction and discussion of the Canadian study that the purpose of this work was to address an issue in Canada relative to excessive and unnecessary condemnations. In an attempt to impress upon growers the importance of proper culling, the author of the Canadian study made a general statement in his discussion that condemned birds "may" be half the weight of the average flock weight, and he opined that it was therefore in the producers' best interest not to ship birds that should be culled to the processing plant. The point being emphasized is that small broilers should be culled. The implication the Plaintiffs' expert has made regarding the average weight of condemned birds is incorrect and unsupported by the



Confidential - Subject to Protective Order

Canadian study. In fact, Tyson Robards Complex condemnation procedure is fully endorsed by the Canadian study.

## VIII. CHICK QUALITY

The Plaintiffs' economic expert suggests chick quality is a factor in broiler performance. This is certainly true on a chick by chick basis; however, this fact has little relevance within a broiler complex. All broiler companies attempt to hatch the highest quality chick possible and uniformity in those chicks is a priority. Chicks that hatch within the same week or so are more likely to be of similar quality. Biologically it is impossible to produce perfectly identical chicks. There will be slight differences simply due to natural variation. All companies I am aware of assign chicks to their growers in as random a manner as practical. This is the fairest method to assure growers are treated equitably. Any differences in chick quality would equal out over time; thus, grower pay would not be harmed in the long run. Every broiler company I am aware of is concerned that their growers' compete on a playing field that is as level as reasonably possible. It is in the broiler companies' best interest to encourage and reward good management by the broiler grower.

## IX. SUMMARY OF OPINION

1. My experience and knowledge of relevant research findings have convinced me that the management skill of the individual broiler grower contributes significantly to ultimate flock performance. The broiler house environment which is controlled by the grower is crucial to flock performance. Growers whose flocks perform above average over time have been found to be more consistent than growers with average or below average performance. This indicates that flock performance is controlled by the grower and is not a matter of chance. The main purpose of the compensation system used by broiler companies is to encourage and reward good management of the broiler house environment by the broiler grower. The grower compensation system used by the US broiler industry has evolved over many decades. It is my opinion that the system rewards excellent management. If it did not, it would not have had the longevity it has had and would not have been used by so many broiler companies.
2. Virtually all major strains of broiler chickens, including the Cobb 500 and 700, are genetically similar. Differences in breed strain performance are slight as compared to differences attributable to a grower's skill and attention to detail.
3. Sex ratios in broiler chickens very closely approximate 50% female and 50% male. The use of byproduct males from breeder grandparent stock is common throughout the broiler industry.
4. Removing leftover feed at the end of a broiler flock is standard industry practice. Using this feed for other flocks is standard and good practice. Since feed consumption is so high in the last days of the flock cycle prior to processing, this feed is used rapidly. This rapid turnover means there are virtually no quality concerns related to freshness.



Confidential - Subject to Protective Order