# Exhibit 12

# Timothy Vincent Feed Ticket Report

# Tyson
## Browse Ticket Report



| Tkt Mill | Ticket# | Ticket Type | Del. Date abd Time | Grower | Growers Name | Flk/Hrd | Reason Code | Rep | Driver | Truck | Animal | Xmit Date | Xmit Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 453510 | 273849 | MD | Nov 27, 2012 03:17 PM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 413 | 20788 | POULTRY | Dec 03, 2012 | T |
| | ↳ | Feed Code: 205 | Lbs: 49,050 Mill Bin: 52/54 | | | | | | | | | | |
| | | | Ticket Total: 49,050 | | | | | | | | | | |
| 453510 | 273850 | MD | Nov 27, 2012 04:02 PM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 425 | 19247 | POULTRY | Dec 03, 2012 | T |
| | ↳ | Feed Code: 205 | Lbs: 49,425 Mill Bin: 52/54 | | | | | | | | | | |
| | | | Ticket Total: 49,425 | | | | | | | | | | |
| 453510 | 274786 | MD | Dec 12, 2012 09:52 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 463 | 3014 | POULTRY | Dec 17, 2012 | T |
| | ↳ | Feed Code: 210 | Lbs: 49,085 Mill Bin: 49 | | | | | | | | | | |
| | | | Ticket Total: 49,085 | | | | | | | | | | |
| 453510 | 274787 | MD | Dec 12, 2012 01:05 PM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 413 | 20788 | POULTRY | Dec 17, 2012 | T |
| | ↳ | Feed Code: 210 | Lbs: 49,105 Mill Bin: 55/59 | | | | | | | | | | |
| | | | Ticket Total: 49,105 | | | | | | | | | | |
| 453510 | 275422 | MD | Dec 26, 2012 11:07 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 405 | 3016 | POULTRY | Dec 28, 2012 | T |
| | ↳ | Feed Code: 210 | Lbs: 48,525 Mill Bin: 55/59 | | | | | | | | | | |
| | | | Ticket Total: 48,525 | | | | | | | | | | |
| 453510 | 275423 | MD | Dec 26, 2012 11:45 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 410 | 19247 | POULTRY | Dec 28, 2012 | T |
| | ↳ | Feed Code: 210 | Lbs: 48,865 Mill Bin: 55/59 | | | | | | | | | | |
| | | | Ticket Total: 48,865 | | | | | | | | | | |
| 453510 | 275645 | MD | Dec 31, 2012 09:38 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 411 | 20789 | POULTRY | Jan 07, 2013 | T |
| | ↳ | Feed Code: 210 | Lbs: 49,925 Mill Bin: 47/51 | | | | | | | | | | |
| | | | Ticket Total: 49,925 | | | | | | | | | | |
| 453510 | 275646 | MD | Dec 31, 2012 09:59 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 415 | 20383 | POULTRY | Jan 07, 2013 | T |
| | ↳ | Feed Code: 210 | Lbs: 48,135 Mill Bin: 47/51 | | | | | | | | | | |
| | | | Ticket Total: 48,135 | | | | | | | | | | |
| 453510 | 275880 | MD | Jan 02, 2013 05:37 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 466 | 3017 | POULTRY | Jan 07, 2013 | T |
| | ↳ | Feed Code: 214 | Lbs: 49,140 Mill Bin: 56-57 | | | | | | | | | | |
| | | | Ticket Total: 49,140 | | | | | | | | | | |
| 453510 | 275881 | MD | Jan 02, 2013 06:42 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 417 | 20788 | POULTRY | Jan 07, 2013 | T |
| | ↳ | Feed Code: 214 | Lbs: 49,515 Mill Bin: 57 | | | | | | | | | | |
| | | | Ticket Total: 49,515 | | | | | | | | | | |
| 453510 | 276097 | MD | Jan 07, 2013 08:41 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 463 | 3014 | POULTRY | Jan 14, 2013 | T |
| | ↳ | Feed Code: 214 | Lbs: 49,090 Mill Bin: 41-50 | | | | | | | | | | |
| | | | Ticket Total: 49,090 | | | | | | | | | | |
| 453510 | 276098 | MD | Jan 07, 2013 08:28 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 469 | 15194 | POULTRY | Jan 14, 2013 | T |
| | ↳ | Feed Code: 214 | Lbs: 49,030 Mill Bin: 41-50 | | | | | | | | | | |
| | | | Ticket Total: 49,030 | | | | | | | | | | |
| 453510 | 276349 | MD | Jan 09, 2013 07:18 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 469 | 15194 | POULTRY | Jan 14, 2013 | T |
| | ↳ | Feed Code: 214 | Lbs: 48,985 Mill Bin: 56-57 | | | | | | | | | | |
| | | | Ticket Total: 48,985 | | | | | | | | | | |
| 453510 | 276350 | MD | Jan 09, 2013 07:07 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 405 | 3016 | POULTRY | Jan 14, 2013 | T |
| | ↳ | Feed Code: 214 | Lbs: 48,120 Mill Bin: 41-50 | | | | | | | | | | |
| | | | Ticket Total: 48,120 | | | | | | | | | | |

# Tyson
## Browse Ticket Report

| Tkt Mill | Ticket# | Ticket Type | Del. Date abd Time | Grower | Growers Name | Flk/Hrd | Reason Code | Rep | Driver | Truck | Animal | Xmit Date | Xmit Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 453510 | 276435 | MD | Jan 10, 2013 12:43 PM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 418 | 20783 | POULTRY | Jan 14, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,480 Mill Bin: 53-58 | | | | | | | | | | |
| | | Ticket Total: | 49,480 | | | | | | | | | | |
| 453510 | 276436 | MD | Jan 10, 2013 11:55 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 463 | 3014 | POULTRY | Jan 14, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,135 Mill Bin: 53-58 | | | | | | | | | | |
| | | Ticket Total: | 49,135 | | | | | | | | | | |
| 453510 | 276576 | MD | Jan 15, 2013 04:09 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 426 | 20789 | POULTRY | Jan 21, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,700 Mill Bin: 40 | | | | | | | | | | |
| | | Ticket Total: | 49,700 | | | | | | | | | | |
| 453510 | 276577 | MD | Jan 14, 2013 06:49 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 417 | 20788 | POULTRY | Jan 21, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,765 Mill Bin: 44 | | | | | | | | | | |
| | | Ticket Total: | 49,765 | | | | | | | | | | |
| 453510 | 276720 | MD | Jan 15, 2013 09:35 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 411 | 20789 | POULTRY | Jan 21, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,545 Mill Bin: 40-44 | | | | | | | | | | |
| | | Ticket Total: | 49,545 | | | | | | | | | | |
| 453510 | 276721 | MD | Jan 19, 2013 06:01 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 475 | 19247 | POULTRY | Jan 21, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,320 Mill Bin: 53/58 | | | | | | | | | | |
| | | Ticket Total: | 49,320 | | | | | | | | | | |
| 453510 | 276844 | MD | Jan 17, 2013 04:44 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 405 | 3016 | POULTRY | Jan 21, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 48,590 Mill Bin: 53-58 | | | | | | | | | | |
| | | Ticket Total: | 48,590 | | | | | | | | | | |
| 453510 | 276967 | MD | Jan 18, 2013 12:22 PM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 415 | 20383 | POULTRY | Jan 21, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 48,835 Mill Bin: 40-44 | | | | | | | | | | |
| | | Ticket Total: | 48,835 | | | | | | | | | | |
| 453510 | 277134 | MD | Jan 22, 2013 09:25 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 417 | 20788 | POULTRY | Jan 28, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,370 Mill Bin: 44 | | | | | | | | | | |
| | | Ticket Total: | 49,370 | | | | | | | | | | |
| 453510 | 277135 | MD | Jan 22, 2013 09:29 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 418 | 20783 | POULTRY | Jan 28, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,470 Mill Bin: 53-58 | | | | | | | | | | |
| | | Ticket Total: | 49,470 | | | | | | | | | | |
| 453510 | 277334 | MD | Jan 25, 2013 04:38 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 418 | 20783 | POULTRY | Jan 28, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 21,475 Mill Bin: 53 | | | | | | | | | | |
| | | Ticket Total: | 21,475 | | | | | | | | | | |
| 453510 | 277335 | MD | Jan 25, 2013 12:54 AM | 5172 | TLC POULTRY TIM VINCE | 22 | | 17 | 457 | 20385 | POULTRY | Jan 28, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 48,330 Mill Bin: 44 | | | | | | | | | | |
| | | Ticket Total: | 48,330 | | | | | | | | | | |
| 453510 | 277433 | MD | Jan 26, 2013 01:51 PM | 5172 | TLC POULTRY TIM VINCE | 22 | Manual Ticket | 17 | 472 | 19247 | POULTRY | Jan 28, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 12,180 Mill Bin: 53/58 | | | | | | | | | | |
| | | Ticket Total: | 12,180 | | | | | | | | | | |
| 453510 | 277475 | MD | Jan 27, 2013 10:10 PM | 5172 | TLC POULTRY TIM VINCE | 22 | Normal Credit | 17 | 450 | 3015 | POULTRY | | U |
| | ↳ | Feed Code: 215 | Lbs: 18,130 Mill Bin: 44 | | | | | | | | | | |
| | | Ticket Total: | 18,130 | | | | | | | | | | |

# Tyson
## Browse Ticket Report



| Tkt Mill | Ticket# | Ticket Type | Del. Date abd Time | Grower | Growers Name | Flk/Hrd | Reason Code | Rep | Driver | Truck | Animal | Xmit Date | Xmit Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 453510 | 277785 | FC | Jan 31, 2013 04:26 PM | 5172 | TLC POULTRY TIM VINCE | 22 | Final Credit | 17 | 457 | 20385 | POULTRY | | U |

→ Feed Code: 215 Lbs: -12,740 Mill Bin:

Ticket Total: -12,740

**Total Grower Lbs: 1,266,580**

**Total Overrides: 3**

**Ticket Count Total : 29**