# Exhibit 13

# Deposition of Neil Barfield

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, ET AL., Plaintiffs,

v.

TYSON CHICKEN, INC., ET AL. Defendants.

Civil Action No. 4:15-cv-00077

Judge: Joseph H. McKinley, Jr.

ORAL AND VIDEO DEPOSITION OF NEIL BARFIELD

The oral and video deposition of Neil Barfield, taken pursuant to Notice on the 19th day of September, 2018, at the hour of 11:00 a.m., at the law offices of Whitfield, Bryson & Mason, LLP, 19 North Main Street, Madisonville, Kentucky, before me, Andrea Riggs, Court Reporter, and Notary Public in and for the State of Kentucky at Large, to be used for any and all purposes allowed by the Kentucky Rules of Civil Procedure.

Andrea Riggs
Court Reporter
195 Lake Scene Drive
Eddyville, Kentucky 42038
(270) 206-0720
amriggs007@aol.com



APPEARANCES

FOR THE PLAINTIFFS,
CHARLES MORRIS, et al.:

JOHN C. WHITFIELD, ESQUIRE
WHITFIELD, BRYSON & MASON, LLP
19 North Main Street
Madisonville, Kentucky 42431

J. DUDLEY BUTLER, ESQUIRE
BUTLER FARM & RANCH LAW GROUP, PLLC
499-A Breakwater Drive
Benton, Mississippi 39039

FOR THE DEFENDANT,
TYSON CHICKEN, INC., et al.:

MARK C. TATUM, ESQUIRE
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108

ELI GLASSER, ESQUIRE
BOIES SCHILLER FLEXNER, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301

ALSO PRESENT: ALAN JACKSON, VIDEOGRAPHER



INDEX


| | Page |
|---|---|
| Title | 1 |
| Appearance | 2 |
| Index | 3 |
| Exhibits | 4 |
| Examination by Mr. Whitfield | 5 |
| Reporter's Certificate | 256 |




EXHIBITS


| Plaintiffs' Exhibit | Description | Page |
|---|---|---|
| 1 | Notice of Oral and Video Deposition | 8 |
| 2 | Tyson-167473 -- List of Service Techs' Farms | 80 |
| 3 | Tyson-167404 -- E-mail to Jim Gottsponer | 127 |
| 4 | Tyson-136959 -- Broiler Production Settlement by Plant by Flock | 131 |
| 5 | 11/30/14 Letter to Jim Gottsponer from Charles Morris | 166 |
| 6 | High 40 Grower Spreadsheet | 244 |
| 7 | Grow-Out Broiler Tech Audit Form | 245 |
| 8 | E-Mail Re 6/30/17 Meeting | 248 |
| 9 | Broilers Preplacement Checklist | 250 |

Q. I get that. Okay. So what they'll do is -- let's back up. 50,000 head were placed with Mr. Leslie. Does that mean that 50,000 were actually picked back up?
A. No, sir.
Q. Does not. Okay.
A. That is total number started.
Q. Got it. All right. And so then when it came time to pick the birds up, then the truck was weighed empty and then the truck was weighed with the birds, and the gross pounds, 322,280; is that fair?
A. Yes, sir.
Q. Okay. And that weighing is done at the plant?
A. At the guard shack just before, I guess, you enter the fenced area.
Q. All right. Now, let's go to the next line item there. It says, 'Live percentage, 97.58'; do you see that?
A. Yes, sir.
Q. Okay. What does that mean?
A. That is the percentage of that 50,000 that lived.
Q. Okay. So if I wanted to take 97.58 percent times 50, I'm going to figure out how many died then, correct?
A. Yes, you can look right here on this piece of paper and see how many lived.
Q. Okay.



MR. TATUM: John, he's looking at the settlement sheet to tell you that. You're looking at the accounting recap.
THE WITNESS: Oh, yea, you have to look at this -- I thought you were still on this --
MR. TATUM: The individual settlement sheets typed after the summary of the accounting --
Q. (By Mr. Whitfield:) All right. So you've got 50,000 head chicks started; chicks sold, 48,792 --
A. There you go; that's how many lived.
Q. That's how many lived initial --
A. Yes, sir.
Q. And then the mortality --
A. 1,208 died.
Q. Okay. Got it.
A. Does that help you?
Q. Yea, it does a lot. So the livability percent then is 97.58 based on that?
A. Yes, sir.
Q. Okay. Now, it says, 'Farm weight, 6.61.' Tell me how that's arrived at.
A. Pounds divided by birds sold.
Q. Okay. So you're going to take the --
A. We had 48,792 that lived up here.
Q. Yes, sir.



A. Out of those, we had 322,280 pounds.
Q. Okay.
A. That comes up -- if everything weighs exactly the same, all birds were 6.61.
Q. Got it. Okay. And that's the average farm weight? That's just an average?
A. Yes, sir, just an average.
Q. All right. And then that farm weight is also noted on the grower pay recap sheet under farm weight?
A. Let's see here -- what have we got?
Q. 6.61.
A. What farm is --
Q. We're talking about Leslie right now.
A. Okay. Yea, gross pounds, 322,280.
Q. All right. Then let's go to the next line item in the grower pay recap -- okay? -- and it says, 'C-O-N-D'; I assume that's condemn?
A. Condemn.
Q. Condemn percent. You've got here for Leslie 0.06. Tell me how you came up with that.
A. That is the percentage of the birds that USDA disallowed.
Q. Okay. Now, walk me through that. Once the birds get to the plant, before they're put on the line, then is there a USDA rep there that determines whether or not



those birds are fit for human consumption?
A. No, sir, not before they're put on the line.
Q. Okay. When is a determination made about the condemn?
A. The USDA is after the evisceration part. The bird has no feathers; no entrails; no feet and hocks; no head. He's basically what you'd buy in a store and bake.
Q. Okay. Still on the line?
A. Still on the line.
Q. All right. And then at the end there -- is that the end when this determination is made by the USDA rep?
A. No, it's right after the evisceration part, but before any further process.
Q. Got it. So if the USDA rep says, 'Not that one; we're not going to condemn that one,' what happens to that bird?
A. He's going to take it off the line, and he's basically going to turn around and he's going to put it on this line.
Q. Okay. And what happens to that second line where that condemned bird --
A. The second line behind USDA is our salvage line.
Q. Okay. And so where do those salvage line birds go to?

A. They just kind of wind around, come down out of the ceiling to tables that are about this tall. (Indicating.)
Q. Okay.
A. And there's them horns there.
Q. Okay.
A. I'm not for sure how many there are. There's quite a few of them.
Q. All right.
A. And this line come -- it comes by on their right, and they simply take the bird off the line --
Q. Off the salvage line?
A. Off the salvage line. The USDA is taking an eye and mark the bird with a mark. The salvage people know that that mark means, 'I have this issue,' and the salvage people remove the bad part, or parts, or however severe it is. Once they remove those parts that are bad, those parts are thrown in the trash. The good part is -- I believe it's placed in like an ice buggy and the good parts are taken to further process.
Q. All right. So the good parts then can still be sold by Tyson to --
A. Yes, sir.
Q. Okay. Do any of these parts make their way into the dog food facility?



A. To my knowledge, all of them do.
Q. Okay.
A. With the bad.
Q. The bad parts -- all the bad parts?
A. Uh-huh.
Q. So if you've got a USDA guy that marks the bird; it goes from the good line to the salvage line; then the bad parts are taken out of the salvage bird; all those bad parts make their way into the dog food facility?
A. Yes, sir.
Q. Okay. Do you know how many USDA reps typically would be on the line at Tyson at the Robards facility?
A. I don't know the exact number. There's a lot of them -- 20-25.
Q. At one time?
A. At one time. There's two different lines.
Q. Okay. Does Tyson keep a list of names of all the USDA people that are there?
A. I do not know.
Q. All right. So you're telling me then that the condemn number that's noted on the grower pay recap sheet -- for example, Mr. Leslie, .06 -- is determined by USDA?
A. Yes, sir.
Q. Okay.



A. And that right there is only the birds that USDA says nothing of this bird is usable.
Q. Got it. So, in your example then, if he takes the bad parts out of a bird, but they're able to salvage part of it and put it back in the good line, that's not going to be reflected in the condemn percentage line item here?
A. No, sir. If that -- if they hang a bird and he goes through salvage, and they can salvage so much as -- I mean, I would guess like a wing -- anything we can salvage off of that chicken, that grower is paid for 100 percent of that chicken, even though we threw part of it away.
Q. Okay. Go back to the second page then of this document. I want to ask you some questions here about -- right there, top left where it says, 'Farm-caused condemned (WB) pounds,' then 198; do you see that?
A. Yes, sir.
Q. And then below it says, 'Farm-caused condemned parts (pounds) zero.' What's the difference between those two?
A. We do not -- everybody always says, 'charge a grower.' We don't charge a grower. When I say, "charge," people think I sell them apiece. Parts do not count against a grower in any way, so it's a zero, I'm



assuming.
Q. But what's WB mean?
A. Farm-caused condemn --
Q. WB pounds?
A. WB -- I don't know what WB means.
Q. Okay. And then it says, 'Farm-condemned pounds, 198'; do you see that?
A. I do.
Q. So that's the same number as the farm-caused --
A. Farm-caused --
Q. -- condemned WB pounds, right?
A. Right.
Q. All right. But you will agree with me that 198 here are charged against the farmer in that he didn't get credit for that?
A. 198 pounds went against his total poundage.
Q. Okay. So he's not getting credit for it? He's not getting paid for it?
A. No, sir, he will not get paid for that 198.
Q. Okay. Could WB mean whole bird?
MR. TATUM: I didn't want to coach you, but I was getting --
THE WITNESS: It is exactly whole bird. Why did I have a brain aneurysm on that one?
Q. (By Mr. Whitfield:) That's all right, I did,

too. So farm-caused --
A. I'm sitting here going, 'WB'? It's whole bird, you idiot.
Q. All right. So farm-caused condemned WB is whole bird?
A. Whole bird.
Q. All right. So 198 pounds?
A. Correct.
Q. And so this guy -- Mr. Leslie -- is not getting paid for 198 pounds?
A. 198 pounds.
Q. And that's the way it is for any farmer that has WB pounds --
A. Yes, sir.
Q. All right. Now, let's look at the next line item, and it says, 'Feed conversion' --
A. Oh, we're back on the --
Q. Yea, I'm sorry.
A. Okay.
Q. Before we get to that, it has other cause -- it has zeros there. Do you know what that line item would be?
A. I really -- I really don't know. I never see anything in there.
Q. I get it. Okay.



A. I didn't know what WB meant; maybe you all can tell me.
Q. I hear you, man. All right. Then feed conversion, for Leslie, you've got 1.8705; do you see that?
A. I do.
Q. Okay. What is feed conversion?
A. Feed conversion is how much feed that chicken ate to gain one pound of body weight.
Q. All right. Now, walk me through that then. Help me understand that.
A. Using Randall Leslie as an example, that chicken ate 1.8705 pounds of feed, and then he gained one pound of body weight.
Q. How does Tyson come up with that number? What do they look at to come up with that number?
A. Gross your poundage of your chickens versus the feed you ate.
Q. Okay. So you're talking about the poundage of the feed the chickens ate?
A. Uh-huh.
Q. So it'd be the gross pounds of the chickens versus the gross pounds of feed that those chickens ate?
A. Correct.
Q. Okay. So we have -- we know what the gross



pounds are, then I assume there is a weight of the gross poundage of feed that --
A. It's a running tally in FOD's system.
Q. Okay. In the computer system?
A. Yes, sir.
Q. All right. So, for example, with Mr. Leslie -- let's assume that you were the tech for Mr. Leslie. How would Tyson know how -- the weight of the feed that Mr. Leslie's birds ate in this particular tournament? How would they know that?
A. The trucks are loaded using a weigh lorry scale.
Q. A what?
A. A weigh lorry scale.
Q. Okay.
A. You've got a big, huge bin of chicken feed over here. You dump it into a smaller bin, and it says there is 6,230 pounds of feed right here. That bin is on-track. It walks through a certain compartment of the truck, unloads in the truck.
Q. Okay.
A. So I know how much feed I have on that truck.
Q. How does that weight, though, get to the computer? Is it done automatically, or does somebody have to input that?
A. That I don't know. I believe when they -- I'm



kind of making this up a little bit --
MR. TATUM: You don't have to talk about -- you either know or you don't.
THE WITNESS: Yea, I don't really know how it gets to the computer.
Q. (By Mr. Whitfield:) Well, you assume -- you were getting ready to tell me you assume that --
A. It's printed out on a feed ticket.
Q. Okay.
A. So you hit print.
Q. The feed ticket has got a weight for the feed?
A. For the load.
Q. Okay. For the load. And do you know whether or not the farmer is the one that implements that into the system, or does a tech do it, or is it done automatically?
A. I believe it's done automatically, but I don't know that for a fact.
Q. I get it. Okay. So then we have farm weight, is the next line item in this grower pay recap, and for Mr. Leslie, it was 6.61, and that is the average weight of the bird?
A. Right.
Q. Okay. Now, let me ask you this -- look at the seventh one down -- Earlington Poultry No. 1 --