# Exhibit 14

# Calvin Leisure Settlement Sheet for 3/19/16

# (FILED UNDER SEAL)