# Exhibit 15

# Morgan Rickard Settlement Sheet and Grower Recap for 8/2/14

# (FILED UNDER SEAL)