# Exhibit 16

# Timothy Vincent Feed Tickets

# Tyson
## Browse Ticket Report

| Tkt Mill | Ticket# | Ticket Type | Del. Date abd Time | Grower | Growers Name | Flk/Hrd | Reason Code | Rep | Driver | Truck | Animal | Xmit Date | Xmit Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 453510 | 289582 | MD | Aug 30, 2013 04:31 AM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 405 | 3016 | POULTRY | Sep 01, 2013 | T |
| | | Feed Code: 205 | Lbs: 48,500 | Mill Bin: 52/54 | | | | | | | | | |
| | | | Ticket Total: 48,500 | | | | | | | | | | |
| 453510 | 289603 | MD | Aug 30, 2013 06:21 AM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 496 | 349187 | POULTRY | Sep 01, 2013 | T |
| | | Feed Code: 205 | Lbs: 48,955 | Mill Bin: 52/54 | | | | | | | | | |
| | | | Ticket Total: 48,955 | | | | | | | | | | |
| 453510 | 290346 | MD | Sep 12, 2013 03:33 AM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 496 | 349187 | POULTRY | Sep 16, 2013 | T |
| | | Feed Code: 210 | Lbs: 48,865 | Mill Bin: 47/51 | | | | | | | | | |
| | | | Ticket Total: 48,865 | | | | | | | | | | |
| 453510 | 290347 | MD | Sep 12, 2013 04:33 AM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 405 | 3016 | POULTRY | Sep 16, 2013 | T |
| | | Feed Code: 210 | Lbs: 48,235 | Mill Bin: 55/54 | | | | | | | | | |
| | | | Ticket Total: 48,235 | | | | | | | | | | |
| 453510 | 290798 | MD | Sep 22, 2013 12:54 PM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 489 | 20383 | POULTRY | Sep 30, 2013 | T |
| | | Feed Code: 210 | Lbs: 49,545 | Mill Bin: 47/51 | | | | | | | | | |
| | | | Ticket Total: 49,545 | | | | | | | | | | |
| 453510 | 290799 | MD | Sep 22, 2013 03:11 PM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 494 | 349189 | POULTRY | Sep 30, 2013 | T |
| | | Feed Code: 210 | Lbs: 49,055 | Mill Bin: 55/59 | | | | | | | | | |
| | | | Ticket Total: 49,055 | | | | | | | | | | |
| 453510 | 291109 | MD | Sep 25, 2013 09:25 AM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 493 | 349186 | POULTRY | Sep 30, 2013 | T |
| | | Feed Code: 210 | Lbs: 49,080 | Mill Bin: 55/59 | | | | | | | | | |
| | | | Ticket Total: 49,080 | | | | | | | | | | |
| 453510 | 291110 | MD | Sep 25, 2013 10:57 AM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 415 | 20383 | POULTRY | Sep 30, 2013 | T |
| | | Feed Code: 210 | Lbs: 48,940 | Mill Bin: 55/59 | | | | | | | | | |
| | | | Ticket Total: 48,940 | | | | | | | | | | |
| 453510 | 291338 | MD | Sep 30, 2013 06:21 AM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 493 | 349186 | POULTRY | Oct 07, 2013 | T |
| | | Feed Code: 214 | Lbs: 49,130 | Mill Bin: 56/57 | | | | | | | | | |
| | | | Ticket Total: 49,130 | | | | | | | | | | |
| 453510 | 291339 | MD | Sep 30, 2013 05:14 AM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 418 | 20783 | POULTRY | Oct 07, 2013 | T |
| | | Feed Code: 214 | Lbs: 49,570 | Mill Bin: 56/57 | | | | | | | | | |
| | | | Ticket Total: 49,570 | | | | | | | | | | |
| 453510 | 291528 | MD | Oct 01, 2013 11:35 PM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 492 | 349186 | POULTRY | Oct 07, 2013 | T |
| | | Feed Code: 214 | Lbs: 48,975 | Mill Bin: 41 | | | | | | | | | |
| | | | Ticket Total: 48,975 | | | | | | | | | | |
| 453510 | 291530 | MD | Oct 02, 2013 12:14 AM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 426 | 20789 | POULTRY | Oct 07, 2013 | T |
| | | Feed Code: 214 | Lbs: 49,720 | Mill Bin: 56 | | | | | | | | | |
| | | | Ticket Total: 49,720 | | | | | | | | | | |
| 453510 | 291792 | MD | Oct 07, 2013 08:45 AM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 464 | 349187 | POULTRY | Oct 14, 2013 | T |
| | | Feed Code: 214 | Lbs: 36,090 | Mill Bin: 56 | | | | | | | | | |
| | | | Ticket Total: 36,090 | | | | | | | | | | |
| 453510 | 291793 | MD | Oct 07, 2013 05:18 AM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 493 | 349186 | POULTRY | Oct 14, 2013 | T |
| | | Feed Code: 214 | Lbs: 36,120 | Mill Bin: 41 | | | | | | | | | |
| | | | Ticket Total: 36,120 | | | | | | | | | | |

Printed: 10/23/2013 01:32:00 PM



# Tyson
## Browse Ticket Report

| Tkt Mill | Ticket# | Ticket Type | Del. Date abd Time | Grower | Growers Name | Flk/Hrd | Reason Code | Rep | Driver | Truck | Animal | Xmit Date | Xmit Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 453510 | 291915 | MD | Oct 08, 2013 03:54 PM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 425 | 19247 | POULTRY | Oct 14, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,445 Mill Bin: 53/58 | | | | | | | | | | |
| | | | Ticket Total: 49,445 | | | | | | | | | | |
| 453510 | 291916 | MD | Oct 08, 2013 04:10 PM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 408 | 20783 | POULTRY | Oct 14, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,390 Mill Bin: 53/58 | | | | | | | | | | |
| | | | Ticket Total: 49,390 | | | | | | | | | | |
| 453510 | 292032 | MD | Oct 09, 2013 06:23 PM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 492 | 349186 | POULTRY | Oct 14, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,005 Mill Bin: 53/58 | | | | | | | | | | |
| | | | Ticket Total: 49,005 | | | | | | | | | | |
| 453510 | 292033 | MD | Oct 09, 2013 06:31 PM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 490 | 349188 | POULTRY | Oct 14, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,220 Mill Bin: 40/44 | | | | | | | | | | |
| | | | Ticket Total: 49,220 | | | | | | | | | | |
| 453510 | 292174 | MD | Oct 14, 2013 06:48 PM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 490 | 349188 | POULTRY | Oct 21, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,220 Mill Bin: 53 | | | | | | | | | | |
| | | | Ticket Total: 49,220 | | | | | | | | | | |
| 453510 | 292175 | MD | Oct 14, 2013 05:50 AM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 493 | 349186 | POULTRY | Oct 21, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,090 Mill Bin: 53 | | | | | | | | | | |
| | | | Ticket Total: 49,090 | | | | | | | | | | |
| 453510 | 292295 | MD | Oct 14, 2013 07:01 PM | 5172 | TLC POULTRY TIM VINCEI | 26 | Manual Ticket | 6 | 408 | 20783 | POULTRY | Oct 21, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,430 Mill Bin: 40 | | | | | | | | | | |
| | | | Ticket Total: 49,430 | | | | | | | | | | |
| 453510 | 292317 | MD | Oct 15, 2013 09:52 AM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 464 | 349187 | POULTRY | Oct 21, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,115 Mill Bin: 40/44 | | | | | | | | | | |
| | | | Ticket Total: 49,115 | | | | | | | | | | |
| 453510 | 292319 | MD | Oct 15, 2013 09:43 AM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 417 | 20788 | POULTRY | Oct 21, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 49,430 Mill Bin: 53/58 | | | | | | | | | | |
| | | | Ticket Total: 49,430 | | | | | | | | | | |
| 453510 | 292341 | RC | Oct 15, 2013 09:52 AM | 5172 | TLC POULTRY TIM VINCEI | 26 | Feed Return | 6 | 464 | 349187 | POULTRY | Oct 21, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: -49,115 Mill Bin: | | | | | | | | | | |
| | | | Ticket Total: -49,115 | | | | | | | | | | |
| 453510 | 292471 | MD | Oct 17, 2013 03:06 PM | 5172 | TLC POULTRY TIM VINCEI | 26 | | 6 | 494 | 349189 | POULTRY | Oct 21, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 25,225 Mill Bin: 40 | | | | | | | | | | |
| | | | Ticket Total: 25,225 | | | | | | | | | | |
| 453510 | 292558 | MD | Oct 19, 2013 09:54 PM | 5172 | TLC POULTRY TIM VINCEI | 26 | Manual Ticket | 6 | 426 | 20789 | POULTRY | Oct 21, 2013 | T |
| | ↳ | Feed Code: 215 | Lbs: 12,255 Mill Bin: 58 | | | | | | | | | | |
| | | | Ticket Total: 12,255 | | | | | | | | | | |
| 453510 | 292755 | FC | Oct 22, 2013 09:25 AM | 5172 | TLC POULTRY TIM VINCEI | 26 | Final Credit | 6 | 458 | 20385 | POULTRY | | U |
| | ↳ | Feed Code: 215 | Lbs: -3,040 Mill Bin: | | | | | | | | | | |
| | | | Ticket Total: -3,040 | | | | | | | | | | |

**Total Grower Lbs:** **1,089,450**

**Total Overrides:** **4**

**Ticket Count Total :** **27**

VINCENT 000162