# Exhibit 17

# Deposition of Beau McGuire

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, ET AL., Plaintiffs,

v.

TYSON CHICKEN, INC., ET AL. Defendants.

Civil Action No. 4:15-cv-00077

Judge: Joseph H. McKinley, Jr.

ORAL AND VIDEO DEPOSITION OF BEAU MCGUIRE

The oral and video deposition of Beau McGuire, taken pursuant to Notice on the 23rd day of January, 2019, at the hour of 1:00 p.m., at the law offices of Whitfield, Bryson & Mason, LLP, 19 North Main Street, Madisonville, Kentucky, before me, Andrea Riggs, Court Reporter, and Notary Public in and for the State of Kentucky at Large, to be used for any and all purposes allowed by the Kentucky Rules of Civil Procedure.

Andrea Riggs
Court Reporter
195 Lake Scene Drive
Eddyville, Kentucky 42038
(270) 206-0720
amriggs007@aol.com



APPEARANCES

FOR THE PLAINTIFFS,
CHARLES MORRIS, et al.:

JOHN C. WHITFIELD, ESQUIRE
CAROLINE TAYLOR, ESQUIRE*
WHITFIELD, BRYSON & MASON, LLP
19 North Main Street
Madisonville, Kentucky 42431

J. DUDLEY BUTLER, ESQUIRE
BUTLER FARM & RANCH LAW GROUP, PLLC
499-A Breakwater Drive
Benton, Mississippi 39039

FOR THE DEFENDANT,
TYSON CHICKEN, INC., et al.:

MARK C. TATUM, ESQUIRE
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108

ELI GLASSER, ESQUIRE
BOIES SCHILLER FLEXNER, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301

ALSO PRESENT: ALAN JACKSON, VIDEOGRAPHER

*via teleconference



INDEX


| | Page |
|---|---|
| Title | 1 |
| Appearance | 2 |
| Index | 3 |
| Exhibits | 4 |
| Examination by Mr. Whitfield | 5 |
| Cross-Examination by Mr. Tatum | 155 |
| Redirect-Examination by Mr. Whitfield | 162 |
| Reporter's Certificate | 179 |




EXHIBITS

| Plaintiffs' Exhibit | Description | Page |
|---|---|---|
| 1 | Grower Pay Recap Sheet WE 5/20/17 | 101 |
| 2 | 5/29/12 Recap of Charles Morris Farms | 146 |

Page 157

particular farm. So I've personally grown chickens myself and settled under one, and they would exempt that farm every time because it wasn't looked at as fair because I'm the guy who teaches everybody how to grow chickens. How can you put me in with the growers that has unlimited gas, I'm not paying for it, those kind of things, so it's exempted, right? So there were times where I didn't get to be able to go to those farms as much, and then they wouldn't perform as well as No. 2 and No. 3; you know what I mean? But most of the time, it was No. 1 when I was really focused and made sure the waterlines were flushed before turnouts, and all these things, the proper way to grow a chicken. Once all that was correct, it was No. 1 every time.
Q. So, in your experience, it was your management and your maintenance and upkeep of your equipment that --
A. That's correct.
Q. -- was the single biggest driver of your performance --
A. Yes, sir. In my opinion, I had the same chicks and feed as everybody else, so I --
Q. Regardless of what breed it was compared to someone else?
A. That's correct.

Page 158

Q. Regardless of what sex?
A. I've had them all.
Q. Regardless of what age the laying hen was from which the egg derived?
A. I didn't even get that information, you know, on the company farm, so I couldn't tell you what --
Q. Is that equally consistent with your experience as a Service Tech and a Service Tech II in evaluating the performance of the routes you work on?
A. Yes, sir.
Q. You have growers who are really on top of things, then you have growers not so?
A. In my opinion, it correlates to performance directly, in my opinion, yes, sir.
Q. And then you testified earlier you have growers that, frankly, don't want to work hard and maximize their pay per pound, right?
A. That's correct.
Q. They would just as soon just sort of be out in the middle of the road and --
A. And that's basically what they say -- those ones who want to do it.
Q. And then you have some growers who just aren't very good at raising chickens?
A. That's correct.

Page 159

Q. You were asked about the various types of feed, and I think you listed four types --
A. Yes, sir.
Q. Starter feed 210; 214, otherwise known as withdrawal 1 --
A. Yes, sir.
Q. -- and 215, otherwise known as withdrawal 2?
A. Yes, sir.
Q. You were also asked some questions about reclaimed feed versus non-reclaimed feed?
A. Yes, sir.
Q. Reclaimed feed is only given out during withdrawal 2 phase, right?
A. That's correct.
Q. And then that's the last seven days of the grow out period of the chicken, right?
A. Yes, sir.
Q. So when we talk about reclaimed feed, it's completely irrelevant to the first 4/5ths of a bird's grow out period, if not more?
A. That's correct, and from all the studies that I've been in with the University of Georgia and read and the training that I've had with them, you know, they preach and believe that you make or break your flock within the first 14 days of the flock.

Page 160

Q. The grower makes or breaks their flock within the first 14 days?
A. Yes, sir.
Q. Do you believe in that?
A. Absolutely.
Q. And what are the factors within the first 14 days that you think are important?
A. The temperatures; the litter conditions; the moisture content on the floors; the water pressure levels; the air quality; ventilation, the way it's set. All that has to do with the way -- I mean, we're dealing with a living animal, a baby, first day, and it's like a newborn baby when -- many of us have children -- take it home. Well, you can't just bring that newborn baby home and throw it in its bedroom and go check on it eight hours later.
You know, you've got to make sure it's getting on the feed and water quick, and it's the same thing with a living animal. You've got to get those babies on the feed and water quick. It has to happen right away. You know, everything needs to be exactly right. The moment that chick hits the ground, it doesn't need to wait, you know, two or three hours after and you're just now getting water pressure set and things like that. Everything needs to be ready for