# Exhibit 19

# Deposition of Jennifer Heltsley

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| CHARLES MORRIS, et al., Plaintiffs, | ) |
| v. | ) Civil Action No. 4:15-cv-00077 |
| TYSON CHICKEN, INC., et al., Defendants. | ) |

**VIDEO DEPOSITION OF JENNIFER HELTSLEY**

**MARCH 5, 2019**

The video deposition of JENNIFER HELTSLEY was taken pursuant to Notice on the 5th day of March 2019, beginning at 9:06 a.m., at the law offices of Whitfield, Bryson & Mason, LLP, located at 19 North Main Street in Madisonville, Kentucky; said video deposition was taken for any and all purposes permitted by law.

while, right?

A That's correct.

Q And you were a dispatcher for feed?

A I was a dispatch supervisor.

Q Got it. Tell me what that is.

A A dispatch supervisor, I was the planner and the coordinator of the trucks that would deliver feed to the farms. And at the time I had clerks that reported to me and control room operators who were the ones that were the ones making the feed, so they would run the computer system and they would actually make the feed.

Q Okay. What type of feed did Tyson use at this time?

A The chicken feed, they were based off of formulas that a nutritionist would make from corporate. And they were - - at the time it was like 205, so your starter feed.

Q Okay.

A And then you would have your withdrawal feeds and then your withdrawal 2's.

Q Okay. Then we've heard in this case something called reclaimed feed.

A That's correct. We have reclaim.

Q Tell me what that is.

A Reclaimed feed would be feed that would be

left on the Broiler farm after catch. So if a service tech would order the feed, if they ordered too much, there would be an abundance of feed left in the bin at each house. And we were responsible for going to the farm, sending a vac truck to the farm after catch, and reclaiming all of that feed -

Q Okay.

A - and bringing it back to the Feed Mill.

Q And that typically was withdrawal feed?

A Yes.

Q Okay.

A Or withdrawal 2, yes.

Q Definitely was withdrawal 2?

A It was your 215 or 218 feed, yes.

Q Okay. 215, 218, are those - -

A It's a number that correlates with the formula for on the Tyson side. It's just - - it doesn't have any of your ionophores or your coccis. It doesn't have any of that in it.

Q Okay. So how would you know that there's feed to be reclaimed?

A The driver would go to the farm. Typically every farm. Well, not typically, but he would go to every farm unless the grower called in and told me that he had zero reclaim.