# Exhibit 21

# Dennis Clapp Mortality Sheets

Tyson®

WE'RE CHICKEN.™

24360

Robards, Kentucky
BROILER MORTALITY CHART

FARM: Dennis Clapp

NO OF CHICKS: 24,250

HOUSE: 1

BREED CROSS: 1026-6720

1035-13,335

DATE STARTED: 5-10-04

1019-4200

| WEEK | DAILY MORTALITY RECORD | | | | | | | WEEKLY TOTAL | CUMULATIVE TOTAL | % MORT |
|---|---|---|---|---|---|---|---|---|---|---|
| | Tues | Wed | Thur | Fri | Sat | Sun | Mon | | | |
| 1 | Total 55 | Total 28 | Total 35 | Total 16 | Total 15 | C. 4 D. 13 T. 19 | C. 4 D. 11 T. 15 | 183 | | .75 |
| 2 | Cull 20 Dead 14 Total 16 | C. 3 D. 14 T. 17 | C. 2 D. 4 T. 6 | C. 1 D. 5 T. 6 | C. 3 D. 3 T. 6 | C. 2 D. 3 T. 5 | C. 3 D. 3 T. 6 | 62 | 245 | 1.01 |
| 3 | Cull 2 Dead 4 Total 6 | C. 1 D. 1 T. 2 | C. D. 1 T. 1 | C. D. 2 T. 2 | C. D. 3 T. 3 | C. 1 D. 3 T. 4 | C. 1 D. 3 T. 4 | 22 | 267 | 1.10 |
| 4 | Cull Dead 9 Total 9 | C. D. 8 T. 8 | C. 3 D. 3 T. 6 | C. 1 D. 4 T. 5 | C. 1 D. 2 T. 3 | C. 2 D. 4 T. 6 | C. 1 D. 3 T. 4 | 41 | 308 | 1.27 |
| 5 | Cull 3 Dead 4 Total 7 | C. 2 D. 3 T. 5 | C. 4 D. 2 T. 6 | C. 3 D. 3 T. 6 | C. 2 D. 3 T. 5 | C. 3 D. 4 T. 7 | C. 3 D. 5 T. 8 | 44 | 352 | 1.45 |
| 6 | Cull 2 Dead 3 Total 5 | C. 3 D. 2 T. 5 | C. 1 D. 2 T. 3 | C. 2 D. 1 T. 3 | C. 4 D. 5 T. 9 | C. 2 D. 6 T. 8 | C. 1 D. 6 T. 7 | 40 | 392 | 1.62 |
| 7 | Cull 2 Dead 4 Total 6 | C. 2 D. 4 T. 6 | C. 5 D. 7 T. 12 | C. 3 D. 18 T. 21 | C. 1 D. 5 T. 6 | C. D. 36 T. 36 | C. D. 36 T. 36 | 123 | 515 | |
| 8 | Cull Dead Total | C. D. T. | C. D. T. | C. D. T. | C. D. T. | C. D. T. | C. D. T. | | | |

~~23740~~

23845

**CHECK YOUR FEED EVERY DAY!**

Feed mill 1-800-342-5095

Never feed from both bins at one house at the same time.

Keeping in feed is a shared responsibility of Tyson and the producer.

Call by Friday 8am if you don't think your feed will last until Monday.

**REMEMBER:**

(1) Check curtain drops and alarms prior to placement and weekly thereafter.

(2) Run timer fans to keep ammonia levels low and litter dry.

(3) Never turn off timer fans.

(4) Record mortality and water meter readings daily.

(5) If you have questions or problems on your farm call your broiler supervisor or the grow-out office at 800-214-6691.

**TEMPERATURE GUIDELINES**

*Adjust as needed for Bird Comfort

| | | THERMOSTAT SETTING | |
|---|---|---|---|
| AGE | HOUSE TEMP | TIMER FANS | NEXT FANS |
| 0-3 | 106 under brooder | | |
| 4-7 | 85 | 88 | 90 |
| 8-21 | 80 | 83 | 85 |
| 21-35 | 75 | 78 | 80 |
| 35 KILL | 70 | 73 | 75 |

Please preheat prior to day of placement 36-48 hours with brooders to obtain proper litter temperature..

Begin ventilation at 20% with at least .08" static pressure.

Tyson®

WE'RE CHICKEN.™

24360

Robards, Kentucky

BROILER MORTALITY CHART

FARM: Dennis Clapp NO OF CHICKS: ~~24,255~~

HOUSE: 2 BREED CROSS: 1030 - 13,440 / 1026 - 10,815 DATE STARTED: 5-10-04

| WEEK | DAILY MORTALITY RECORD | | | | | | | WEEKLY TOTAL | CUMULA-TIVE TOTAL | % MORT |
|---|---|---|---|---|---|---|---|---|---|---|
| | Tues | Wed | Thurs | Fri | Sat | Sun | Mon | | | |
| 1 | Total 86 | Total 23 | Total 42 | Total 31 | Total 13 | C. 2 D. 13 T. 15 | C. 2 D. 13 T. 15 | 225 | | .93 |
| 2 | Cull 2 Dead 9 Total 11 | C. 2 D. 9 T. 11 | C. 4 D. 3 T. 7 | C. 3 D. 4 T. 7 | C. 2 D. 2 T. 4 | C. 2 D. 1 T. 3 | C. 1 D. 1 T. 2 | 45 | 270 | 1.11 |
| 3 | Cull 2 Dead 1 Total 3 | C. 2 D. 1 T. 3 | C. 3 D. 1 T. 4 | C. 1 D. 8 T. 9 | C. D. 2 T. 2 | C. D. 3 T. 3 | C. D. 4 T. 4 | 33 | 303 | 1.25 |
| 4 | Cull Dead 3 Total 3 | C. 2 D. 2 T. 4 | C. 2 D. 4 T. 6 | C. 3 D. 5 T. 8 | C. 1 D. 7 T. 8 | C. 1 D. 5 T. 6 | C. 1 D. 7 T. 8 | 43 | 346 | 1.43 |
| 5 | Cull 4 Dead 2 Total 6 | C. 3 D. 3 T. 6 | C. 1 D. 5 T. 6 | C. 2 D. 4 T. 6 | C. 2 D. 3 T. 5 | C. 6 D. 5 T. 11 | C. 5 D. 5 T. 10 | 50 | 396 | 1.63 |
| 6 | Cull 5 Dead 4 Total 9 | C. 4 D. 4 T. 8 | C. 4 D. 3 T. 7 | C. 4 D. 3 T. 7 | C. 4 D. 4 T. 8 | C. 3 D. 13 T. 16 | C. 3 D. 12 T. 15 | 70 | 467 | 1.93 |
| 7 | Cull 2 Dead 5 Total 7 | C. 3 D. 6 T. 9 | C. 2 D. 9 T. 11 | C. 5 D. 8 T. 13 | C. 2 D. 3 T. 5 | C. D. 21 T. 21 | C. D. 21 T. 21 | 87 | 553 (~~554~~) | |
| 8 | Cull Dead Total | C. D. T. | C. D. T. | C. D. T. | C. D. T. | C. D. T. | C. D. T. | | | |

23671

23807

**CHECK YOUR FEED EVERY DAY!**

Feed mill 1-800-342-5095

Never feed from both bins at one house at the same time.

Keeping in feed is a shared responsibility of Tyson and the producer.

Call by Friday 8am if you don't think your feed will last until Monday.

**REMEMBER:**

(1) Check curtain drops and alarms prior to placement and weekly thereafter.

(2) Run timer fans to keep ammonia levels low and litter dry.

(3) Never turn off timer fans.

(4) Record mortality and water meter readings daily.

(5) If you have questions or problems on your farm call your broiler supervisor or the grow-out office at 800-214-6691.

**TEMPERATURE GUIDELINES**

*Adjust as needed for Bird Comfort

| AGE | HOUSE TEMP | THERMOSTAT SETTING TIMER FANS | NEXT FANS |
|---|---|---|---|
| 0-3 | 106 under brooder | | |
| 4-7 | 85 | 88 | 90 |
| 8-21 | 80 | 83 | 85 |
| 21-35 | 75 | 78 | 80 |
| 35 KILL | 70 | 73 | 75 |

Please preheat prior to day of placement 36-48 hours with brooders to obtain proper litter temperature..

Begin ventilation at 20% with at least .08" static pressure.

Tyson WE'RE CHICKEN.

24360

Robards, Kentucky

# BROILER MORTALITY CHART

FARM: Dennis Clapp    NO OF CHICKS: ~~[illegible]~~

HOUSE: 3    BREED CROSS: 1037 - 18895    DATE STARTED: 5-10-06

1034-5360

| WEEK | DAILY MORTALITY RECORD | | | | | | | WEEKLY TOTAL | CUMULATIVE TOTAL | % MORT |
|---|---|---|---|---|---|---|---|---|---|---|
| | Tues | Wed | Thur | Fri | Sat | Sun | Mon | | | |
| 1 | Total 61 | Total 28 | Total 45 | Total 31 | Total 10 | C. 4 D. 10 T. 14 | C. 3 D. 10 T. 13 | 202 | | .83 |
| 2 | Cull 4 Dead 13 Total 17 | C. 4 D. 13 T. 17 | C. 2 D. 3 T. 5 | C. 2 D. 4 T. 6 | C. 2 D. 4 T. 6 | C. 2 D. 5 T. 7 | C. 2 D. 5 T. 7 | 65 | 267 | 1.10 |
| 3 | Cull 2 Dead 2 Total 4 | C. 2 D. 4 T. 6 | C. 2 D. 2 T. 4 | C. D. 4 T. 4 | C. D. 3 T. 3 | C. D. 4 T. 4 | C. D. 4 T. 4 | 29 | 296 | 1.22 |
| 4 | Cull Dead 7 Total 7 | C. 1 D. 6 T. 7 | C. 3 D. 1 T. 4 | C. 2 D. 1 T. 3 | C. 2 D. 5 T. 7 | C. 1 D. 5 T. 6 | C. D. 6 T. 6 | 40 | 336 | 1.39 |
| 5 | Cull 2 Dead 8 Total 10 | C. 1 D. 8 T. 9 | C. 1 D. 4 T. 5 | C. 1 D. 3 T. 4 | C. 3 D. 2 T. 5 | C. 2 D. 3 T. 5 | C. 3 D. 3 T. 6 | 44 | 380 | 1.57 |
| 6 | Cull 4 Dead 2 Total 6 | C. 3 D. 3 T. 6 | C. 2 D. 4 T. 6 | C. 3 D. 3 T. 6 | C. 1 D. 7 T. 8 | C. 2 D. 10 T. 12 | C. 2 D. 14 T. 16 | 60 | 440 | 1.81 |
| 7 | Cull 5 Dead 18 Total 23 | C. 6 D. 15 T. 21 | C. 2 D. 11 T. 13 | C. 2 D. 10 T. 12 | C. 1 D. 3 T. 4 | C. D. 22 T. 22 | C. D. 23 T. 23 | 118 | 558 | 2.30 |
| 8 | Cull Dead Total | C. D. T. | C. D. T. | C. D. T. | C. D. T. | C. D. T. | C. D. T. | | | |

~~23697~~

23802

**CHECK YOUR FEED EVERY DAY!**

Feed mill 1-800-342-5095

Never feed from both bins at one house at the same time.

Keeping in feed is a shared responsibility of Tyson and the producer.

Call by Friday 8am if you don't think your feed will last until Monday.

**REMEMBER:**

(1) Check curtain drops and alarms prior to placement and weekly thereafter.

(2) Run timer fans to keep ammonia levels low and litter dry.

(3) Never turn off timer fans.

(4) Record mortality and water meter readings daily.

(5) If you have questions or problems on your farm call your broiler supervisor or the grow-out office at 800-214-6691.

**TEMPERATURE GUIDELINES**

*Adjust as needed for Bird Comfort

| AGE | HOUSE TEMP | THERMOSTAT SETTING: TIMER FANS | THERMOSTAT SETTING: NEXT FANS |
|---|---|---|---|
| 0-3 | 106 under brooder | | |
| 4-7 | 85 | 88 | 90 |
| 8-21 | 80 | 83 | 85 |
| 21-35 | 75 | 78 | 80 |
| 35 KILL | 70 | 73 | 75 |

Please preheat prior to day of placement 36-48 hours with brooders to obtain proper litter temperature..

Begin ventilation at 20% with at least .08" static pressure.

Tyson®

**WE'RE CHICKEN.**

Robards, Kentucky
BROILER MORTALITY CHART

FARM: Dennis Clapp NO OF CHICKS: ~~24,255~~ 24360

HOUSE: 4 BREED CROSS: 1011-4515 DATE STARTED: 5-10-04

1037-19,740

| WEEK | DAILY MORTALITY RECORD | | | | | | | WEEKLY TOTAL | CUMULATIVE TOTAL | % MORT |
|---|---|---|---|---|---|---|---|---|---|---|
| | Tues | Wed | Thur | Fri | Sat | Sun | Mon | | | |
| 1 | Total 54 | Total 26 | Total 52 | Total 26 | Total 6 | C. 2 D. 5 T. 7 | C. 1 D. 6 T. 7 | ~~168~~ 178 | | .73 |
| 2 | Cull 5 Dead 12 Total 17 | C. 5 D. 13 T. 18 | C. 4 D. 2 T. 6 | C. 4 D. 2 T. 6 | C. 4 D. 1 T. 5 | C. 3 D. 1 T. 4 | C. 3 D. 2 T. 5 | ~~55~~ 61 | 223 | .92 |
| 3 | Cull 2 Dead 2 Total 4 | C. 1 D. 2 T. 3 | C. D. 2 T. 2 | C. D. 1 T. 1 | C. D. 1 T. 1 | C. 2 D. 2 T. 4 | C. 2 D. 2 T. 4 | 19 | 242 | 1 |
| 4 | Cull Dead 6 Total 6 | C. D. 5 T. 5 | C. 2 D. 4 T. 6 | C. 2 D. 4 T. 6 | C. 3 D. 10 T. 13 | C. 1 D. 7 T. 8 | C. 2 D. 6 T. 8 | 52 | 294 | 1.21 |
| 5 | Cull 1 Dead 3 Total 4 | C. D. 4 T. 4 | C. 2 D. 4 T. 6 | C. 2 D. 4 T. 6 | C. 8 D. 1 T. 9 | C. 5 D. 2 T. 7 | C. 4 D. 2 T. 6 | 42 | 336 | 1.39 |
| 6 | Cull 5 Dead 2 Total 7 | C. 4 D. 2 T. 6 | C. 4 D. 2 T. 6 | C. 3 D. 4 T. 7 | C. 2 D. 3 T. 5 | C. 2 D. 6 T. 8 | C. 2 D. 5 T. 7 | 44 | 382 | 1.57 |
| 7 | Cull 2 Dead 4 Total 6 | C. 1 D. 5 T. 6 | C. 1 D. 3 T. 4 | C. 2 D. 1 T. 3 | C. D. 5 T. 5 | C. D. 16 T. 16 | C. D. 16 T. 16 | 56 | ~~438~~ | 1.80 |
| 8 | Cull Dead Total | C. D. T. | C. D. T. | C. D. T. | C. D. T. | C. D. T. | C. D. T. | | ~~454~~ | |

~~23,812~~ 23906

**CHECK YOUR FEED EVERY DAY!**

Feed mill 1-800-342-5095

Never feed from both bins at one house at the same time.
Keeping in feed is a shared responsibility of Tyson and the producer.
Call by Friday 8am if you don't think your feed will last until Monday.

**REMEMBER:**

(1) Check curtain drops and alarms prior to placement and weekly thereafter.
(2) Run timer fans to keep ammonia levels low and litter dry.
(3) Never turn off timer fans.
(4) Record mortality and water meter readings daily.
(5) If you have questions or problems on your farm call your broiler supervisor or the grow-out office at 800-214-6691.

**TEMPERATURE GUIDELINES**

*Adjust as needed for Bird Comfort

| AGE | HOUSE TEMP | THERMOSTAT SETTING TIMER FANS | NEXT FANS |
|---|---|---|---|
| 0-3 | 106 under brooder | | |
| 4-7 | 85 | 88 | 90 |
| 8-21 | 80 | 83 | 85 |
| 21-35 | 75 | 78 | 80 |
| 35 KILL | 70 | 73 | 75 |

Please preheat prior to day of placement 36-48 hours with brooders to obtain proper litter temperature..

Begin ventilation at 20% with at least .08" static pressure.

Tyson

WE'RE CHICKEN.

24360

Robards, Kentucky

BROILER MORTALITY CHART

FARM: ~~Tyson #5~~ Dennis Clapp LLC

NO OF CHICKS: ~~24,255~~

HOUSE: 5 BREED CROSS: 1019-2520 / 1011-21,735

DATE STARTED: 5-10-04

| WEEK | Tues | Wed | Thur | Fri | Sat | Sun | Mon | WEEKLY TOTAL | CUMULATIVE TOTAL | % MORT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Total 24 | Total 14 | Total 32 | Total 17 | Total 12 | C. 1 D. 10 T. 11 | C. 1 D. 10 T. 11 | ~~111~~ 121 | | .46 |
| 2 | Cull 2 Dead 14 Total 16 | C. 3 D. 15 T. 18 | C. 2 D. 7 T. 9 | C. 2 D. 7 T. 9 | C. D. 1 T. 1 | C. D. 2 T. 2 | C. D. 1 T. 1 | 56 | 167 | .69 |
| 3 | Cull 2 Dead 2 Total 4 | C. 3 D. 1 T. 4 | C. 2 D. 2 T. 4 | C. D. 3 T. 3 | C. D. 4 T. 4 | C. 1 D. 1 T. 2 | C. D. 1 T. 1 | 22 | 189 | .78 |
| 4 | Cull Dead 1 Total 1 | C. D. 2 T. 2 | C. 3 D. 2 T. 5 | C. 2 D. 3 T. 5 | C. 1 D. 2 T. 3 | C. 1 D. 8 T. 9 | C. D. 7 T. 7 | 32 | 221 | .91 |
| 5 | Cull 2 Dead 4 Total 6 | C. 3 D. 3 T. 6 | C. 3 D. 6 T. 9 | C. 2 D. 7 T. 9 | C. D. 4 T. 4 | C. 21 D. 4 T. 25 | C. 1 D. 3 T. 4 | 43 | 264 | 1.09 |
| 6 | Cull 2 Dead 1 Total 3 | C. 1 D. 2 T. 3 | C. 2 D. 1 T. 3 | C. 2 D. T. 2 | C. 3 D. 5 T. 8 | C. 2 D. 7 T. 9 | C. 1 D. 8 T. 9 | 37 | 301 | 1.24 |
| 7 | Cull 3 Dead 3 Total 6 | C. 2 D. 4 T. 6 | C. 1 D. 2 T. 3 | C. 4 D. 3 T. 7 | C. 1 D. 6 T. 7 | C. D. 7 T. 7 | C. D. 23 T. 23 | 59 | 360 | |
| 8 | Cull Dead 23 Total 23 | C. D. T. | C. D. T. | C. D. T. | C. D. T. | C. D. T. | C. D. T. | 23 | ~~383~~ 393 | |

~~23,875~~ 23967

**CHECK YOUR FEED EVERY DAY!**

Feed mill 1-800-342-5095

Never feed from both bins at one house at the same time.

Keeping in feed is a shared responsibility of Tyson and the producer.

Call by Friday 8am if you don't think your feed will last until Monday.

**REMEMBER:**

(1) Check curtain drops and alarms prior to placement and weekly thereafter.

(2) Run timer fans to keep ammonia levels low and litter dry.

(3) Never turn off timer fans.

(4) Record mortality and water meter readings daily.

(5) If you have questions or problems on your farm call your broiler supervisor or the grow-out office at 800-214-6691.

**TEMPERATURE GUIDELINES**

*Adjust as needed for Bird Comfort

| AGE | HOUSE TEMP | THERMOSTAT SETTING: TIMER FANS | THERMOSTAT SETTING: NEXT FANS |
|---|---|---|---|
| 0-3 | 106 under brooder | | |
| 4-7 | 85 | 88 | 90 |
| 8-21 | 80 | 83 | 85 |
| 21-35 | 75 | 78 | 80 |
| 35 KILL | 70 | 73 | 75 |

Please preheat prior to day of placement 36-48 hours with brooders to obtain proper litter temperature..

Begin ventilation at 20% with at least .08" static pressure.

**Tyson** — WE'RE CHICKEN.

Robards, Kentucky
BROILER MORTALITY CHART

FARM: Dennis Clapp

NO OF CHICKS: ~~24,255~~ 24465

HOUSE: 7 BREED CROSS: 1034-7455 / 1058-12-600 1023-4-200

DATE STARTED: 5-10-04

| WEEK | DAILY MORTALITY RECORD | | | | | | | WEEKLY TOTAL | CUMULATIVE TOTAL | % MORT |
|---|---|---|---|---|---|---|---|---|---|---|
| | Tues | Wed | Thur | Fri | Sat | Sun | Mon | | | |
| 1 | Total 38 | Total 26 | Total 50 | Total 42 | Total 5 | C. 1 D. 6 T. 7 | C. D. 6 T. 6 | 174 | | .72 |
| 2 | Cull 3 Dead 8 Total 11 | C. 3 D. 9 T. 12 | C. 4 D. 5 T. 9 | C. 3 D. 6 T. 9 | C. 1 D. 2 T. 3 | C. 2 D. 2 T. 4 | C. 1 D. 2 T. 3 | 51 | 225 | .93 |
| 3 | Cull 3 Dead 1 Total 4 | C. 1 D. 1 T. 2 | C. 1 D. 2 T. 3 | C. D. 3 T. 3 | C. D. 3 T. 3 | C. D. 1 T. 1 | C. 1 D. 1 T. 2 | 18 | 243 | 1 |
| 4 | Cull Dead 10 Total 10 | C. D. 8 T. 8 | C. 2 D. 4 T. 6 | C. 2 D. 5 T. 7 | C. 2 D. 2 T. 4 | C. 2 D. 7 T. 9 | C. 1 D. 7 T. 8 | 52 | 295 | 1.22 |
| 5 | Cull 2 Dead 3 Total 5 | C. 2 D. 7 T. 9 | C. 1 D. 3 T. 4 | C. 1 D. 2 T. 3 | C. 1 D. 3 T. 4 | C. 2 D. 3 T. 5 | C. 2 D. 3 T. 5 | 30 | 325 | 1.40 |
| 6 | Cull 4 Dead 3 Total 7 | C. 5 D. 2 T. 7 | C. 2 D. 3 T. 5 | C. 2 D. 2 T. 4 | C. 4 D. 0 T. 4 | C. 1 D. 4 T. 5 | C. 2 D. 3 T. 5 | 37 | | |
| 7 | Cull 1 Dead 6 Total 7 | C. 1 D. 7 T. 8 | C. 4 D. 5 T. 9 | C. 2 D. 10 T. 12 | C. 1 D. 5 T. 6 | C. D. 5 T. 5 | C. D. 24 T. 24 | 71 | | |
| 8 | Cull Dead 24 Total 24 | C. D. 24 T. 24 | C. D. T. | C. D. T. | C. D. T. | C. D. T. | C. D. T. | 48 — | 481 | |

23774

23984

**CHECK YOUR FEED EVERY DAY!**

Feed mill 1-800-342-5095

Never feed from both bins at one house at the same time.

Keeping in feed is a shared responsibility of Tyson and the producer.

Call by Friday 8am if you don't think your feed will last until Monday.

**REMEMBER:**

(1) Check curtain drops and alarms prior to placement and weekly thereafter.

(2) Run timer fans to keep ammonia levels low and litter dry.

(3) Never turn off timer fans.

(4) Record mortality and water meter readings daily.

(5) If you have questions or problems on your farm call your broiler supervisor or the grow-out office at 800-214-6691.

**TEMPERATURE GUIDELINES**

*Adjust as needed for Bird Comfort

| AGE | HOUSE TEMP | THERMOSTAT SETTING: TIMER FANS | NEXT FANS |
|---|---|---|---|
| 0-3 | 106 under brooder | | |
| 4-7 | 85 | 88 | 90 |
| 8-21 | 80 | 83 | 85 |
| 21-35 | 75 | 78 | 80 |
| 35 KILL | 70 | 73 | 75 |

Please preheat prior to day of placement 36-48 hours with brooders to obtain proper litter temperature..

Begin ventilation at 20% with at least .08" static pressure.

Tyson®

WE'RE CHICKEN.

Robards, Kentucky
BROILER MORTALITY CHART

FARM: Dennis Clapp

NO OF CHICKS: ~~24255~~ 24360

HOUSE: 6 BREED CROSS: 1019-24255 DATE STARTED: 5-10-04

| WEEK | DAILY MORTALITY RECORD | | | | | | | WEEKLY TOTAL | CUMULATIVE TOTAL | % MORT |
|---|---|---|---|---|---|---|---|---|---|---|
| | Tues | Wed | Thur | Fri | Sat | Sun | Mon | | | |
| 1 | Total 66 | Total 22 | Total 56 | Total 30 | Total 14 | C. 2 D. 11 T. 13 | C. 1 D. 12 T. 13 | 244 | | 1.01 |
| 2 | Cull 5 Dead 19 Total 24 | C. 4 D. 20 T. 24 | C. 1 D. 7 T. 8 | C. 1 D. 8 T. 9 | C. 1 D. 4 T. 5 | C. 1 D. 5 T. 6 | C. D. 5 T. 5 | 81 | 325 | 1.34 |
| 3 | Cull 3 Dead 2 Total 5 | C. 2 D. 1 T. 3 | C. 1 D. 1 T. 2 | C. D. 2 T. 2 | C. D. 2 T. 2 | C. D. 5 T. 5 | C. 1 D. 4 T. 5 | 24 | 349 | 1.44 |
| 4 | Cull Dead 2 Total 2 | C. D. 3 T. 3 | C. 2 D. 2 T. 4 | C. 2 D. 2 T. 4 | C. D. 1 T. 1 | C. 1 D. 7 T. 8 | C. D. 7 T. 7 | 29 | 378 | 1.56 |
| 5 | Cull 1 Dead 4 Total 5 | C. 1 D. 3 T. 4 | C. 5 D. 4 T. 9 | C. 4 D. 4 T. 8 | C. 1 D. 5 T. 6 | C. 4 D. 2 T. 6 | C. 4 D. 3 T. 7 | 45 | 423 | 1.74 |
| 6 | Cull 2 Dead 6 Total 8 | C. 3 D. 5 T. 8 | C. 3 D. 3 T. 6 | C. 2 D. 3 T. 5 | C. 3 D. 1 T. 4 | C. 2 D. [illegible] T. [illegible] | C. 2 D. 7 T. 9 | 48 | 471 | 1.94 |
| 7 | Cull 4 Dead 5 Total 9 | C. 4 D. 3 T. 7 | C. 2 D. 7 T. 9 | C. 7 D. 7 T. 14 | C. 1 D. 4 T. 5 | C. 1 D. 5 T. 6 | C. D. 21 T. 21 | 71 | 542 | |
| 8 | Cull Dead 22 Total 22 | C. D. T. | C. D. T. | C. D. T. | C. D. T. | C. D. T. | C. D. T. | 22 | 564 | |

~~23691~~ 23796

**CHECK YOUR FEED EVERY DAY!**

Feed mill 1-800-342-5095

Never feed from both bins at one house at the same time.

Keeping in feed is a shared responsibility of Tyson and the producer.

Call by Friday 8am if you don't think your feed will last until Monday.

**REMEMBER:**

(1) Check curtain drops and alarms prior to placement and weekly thereafter.

(2) Run timer fans to keep ammonia levels low and litter dry.

(3) Never turn off timer fans.

(4) Record mortality and water meter readings daily.

(5) If you have questions or problems on your farm call your broiler supervisor or the grow-out office at 800-214-6691.

**TEMPERATURE GUIDELINES**

*Adjust as needed for Bird Comfort

| | | THERMOSTAT SETTING | |
|---|---|---|---|
| AGE | HOUSE TEMP | TIMER FANS | NEXT FANS |
| 0-3 | 106 under brooder | | |
| 4-7 | 85 | 88 | 90 |
| 8-21 | 80 | 83 | 85 |
| 21-35 | 75 | 78 | 80 |
| 35 KILL | 70 | 73 | 75 |

Please preheat prior to day of placement 36-48 hours with brooders to obtain proper litter temperature..

Begin ventilation at 20% with at least .08" [illegible]

Tyson®

WE'RE CHICKEN.

24465

Robards, Kentucky

BROILER MORTALITY CHART

FARM: Dennis Clapp

NO OF CHICKS: ~~24,255~~

HOUSE: 8

BREED CROSS: 1023 - 10,920
1058 - 1155
1010 - 12,180

DATE STARTED: 5-11-08

| WEEK | DAILY MORTALITY RECORD Tues | Wed | Thur | Fri | Sat | Sun | Mon | WEEKLY TOTAL | CUMULATIVE TOTAL | % MORT |
|---|---|---|---|---|---|---|---|---|---|---|
| R 1 | R Total 105 | Total 52 | R Total 61 | Total 53 | Total 8 | C. 3 D. 9 T. 12 | C. 3 D. 8 T. 11 | 302 ~~293~~ | | 1.20 |
| 2 | Cull 5 Dead 7 Total 12 | C. 4 D. 7 T. 11 | C. 1 D. 6 T. 7 | C. 1 D. 6 T. 7 | C. 4 D. 4 T. 8 | C. 4 D. 3 T. 7 | C. 4 D. 3 T. 7 | 59 | 351 | 1.45 |
| 3 | Cull 3 Dead 3 Total 6 | C. 2 D. 2 T. 4 | C. 3 D. 1 T. 4 | C. D. 5 T. 5 | C. D. 4 T. 4 | C. D. 3 T. 3 | C. D. 3 T. 3 | 29 | 380 | 1.57 |
| 4 | Cull Dead 8 Total 8 | C. D. 8 T. 8 | C. 1 D. 1 T. 2 | C. 1 D. T. 1 | C. 3 D. 9 T. 12 | C. 1 D. 6 T. 7 | C. 0 D. 8 T. 8 | ~~46~~ 36 | 416 | 1.72 |
| 5 | Cull 1 Dead 3 Total 4 | C. 0 D. 4 T. 4 | C. 2 D. 5 T. 7 | C. 1 D. 6 T. 7 | C. 2 D. 4 T. 6 | C. 4 D. 2 T. 6 | C. 4 D. 3 T. 7 | ~~37~~ 41 | 453 | 1.88 |
| 6 | Cull 1 Dead 1 Total 2 | C. 2 D. 1 T. 3 | C. 2 D. 5 T. 7 | C. 2 D. 5 T. 7 | C. 2 D. 2 T. 4 | C. 1 D. 7 T. 8 | C. 1 D. 6 T. 7 | 38 | | |
| 7 | Cull 2 Dead 5 Total 7 | C. 2 D. 5 T. 7 | C. 2 D. 4 T. 6 | C. 3 D. 11 T. 14 | C. D. 8 T. 8 | C. D. 8 T. 8 | C. D. 25 T. 25 | 75 | | |
| 8 | Cull Dead 25 Total 25 | C. D. 25 T. 25 | C. D. T. | C. D. T. | C. D. T. | C. D. T. | C. D. T. | 50 | 640 ~~616~~ | |

~~23639~~

23825

**CHECK YOUR FEED EVERY DAY!**

Feed mill 1-800-342-5095

Never feed from both bins at one house at the same time.

Keeping in feed is a shared responsibility of Tyson and the producer.

Call by Friday 8am if you don't think your feed will last until Monday.

**REMEMBER:**

(1) Check curtain drops and alarms prior to placement and weekly thereafter.

(2) Run timer fans to keep ammonia levels low and litter dry.

(3) Never turn off timer fans.

(4) Record mortality and water meter readings daily.

(5) If you have questions or problems on your farm call your broiler supervisor or the grow-out office at 800-214-6691.

**TEMPERATURE GUIDELINES**

*Adjust as needed for Bird Comfort

| AGE | HOUSE TEMP | THERMOSTAT SETTING TIMER FANS | NEXT FANS |
|---|---|---|---|
| 0-3 | 106 under brooder | | |
| 4-7 | 85 | 88 | 90 |
| 8-21 | 80 | 83 | 85 |
| 21-35 | 75 | 78 | 80 |
| 35 KILL | 70 | 73 | 75 |

Please preheat prior to day of placement 36-48 hours with brooders to obtain proper litter temperature..

Begin ventilation at 20% with at least .08" static pressure.