# Exhibit 22

# Letter from Jim Gottsponer dated September 26, 2014

# (REDACTED)

Tyson

[redacted]

September 26, 2014

Dear Family Farmer,

We are excited to announce a base pay increase for growers who are still on the traditional pay system contract. Currently, the base pay on the traditional contract is [redacted] per Net Pound. The increase of [redacted] per Net Pound will bring the new base pay total to [redacted] per Net Pound. This represents a [redacted] increase in base pay. This increase will bring base pay under the traditional pay system in line with the Performance Incentive pay contract. Also, this increase will assist you in dealing with increased operating costs.

For those of you who are currently on the Performance Incentive Pay Contract (52 Week Average Pay), you will be given the opportunity to switch to the traditional pay system contract before your next chick placement. Additionally, you will be given another opportunity to switch to the traditional pay system contract when your current contract expires unless you are in the Performance Improvement Plan.

We would also like to take this opportunity to inform you of a change in the payment method on the energy allowance. Currently the energy allowance is being paid on a per lb. basis using the following figures: [redacted] per Net Pound for 2 flocks placed from the first accounting week in October through the last accounting week of February, and [redacted] per Net Pound for all additional flocks. We sought input from numerous growers and their consensus was that the new energy allowance payment method should be calculated by using square feet of floor space. This approach guarantees how much your energy allowance will be without regard to chicks placed, livability, condemn or bird weight. The 2 flocks placed from the first accounting week in October through the last accounting week of February will be eligible for [redacted]/square foot, and all additional flocks will be eligible for [redacted]/ square foot. I utilized a [redacted] livability on a [redacted] live weight, while our average for the last year was [redacted] livability and [redacted] lb live weight, to determine what the square foot pay should be. This energy allowance square foot payment method is replacing the pay per lb payment method.

These changes, after you sign an updated Schedule A, will be effective for flocks settled in week ending 10/4/2014.

Thank you for your patience while we worked through the approval and implementation process. If you have any questions, please feel free to contact the Live Production Team at the Robards, KY Complex. Thank you for your time, hard work, and dedication to your poultry farms.

Sincerely,

Jim Gottsponer

Jim Gottsponer
Live Production Manager
Tyson of Robards, KY

[redacted]

EXHIBIT
tabbies
8
Pinkston

14660 US Highway 41 South, Robards, KY 42452
PH: 270-521-3037 FX: 270-521-3064