# Exhibit 23

# Broiler Contract of Morgan Rickard (Farm 5174)

# (FILED UNDER SEAL)