# Exhibit 28

# Expert Report of Dr. Thomas Elam

# (REDACTED)

# EXPERT REPORT OF DR. THOMAS ELAM

PRESIDENT, FARMECON LLC
CARMEL INDIANA

FOR: TYSON CHICKEN, INC.

RE: CHARLES MORRIS, MORVATT ENTERPRISES, LLC, ET AL., PLAINTIFFS

V.

TYSON CHICKEN INC., ET AL., DEFENDANTS

AUGUST 30, 2019

PRIVILEGED AND CONFIDENTIAL

# I) Executive Summary

1. Tyson provides inputs into the tournament system fairly and evenly over time for all growers. There is no evidence of discrimination or unfair treatment among Plaintiffs or other growers as alleged in Plaintiffs' complaint and Dr. Kyle Stiegert's declaration for plaintiffs.[1] [2]
2. The tournament system as it is applied by Tyson rewards growers with incomes in line with their performance. Individual tournament results are not random but largely dependent on grower performance.
3. There is no evidence that Tyson has abused any leverage so as to underpay Plaintiffs. Plaintiffs' expert Dr. Stiegert's allegation that Tyson has abused its position as one of only two poultry integrators in its immediate Kentucky operating area to depress grower payments, that Tyson overstates whole broiler condemnation weights, and that Tyson does not appropriately provide chicks to growers on a sufficient and/or consistent timing basis, is not reliable, not based on any scientific methodology, and speculative.
    a) Dr. Stiegert's declaration bases condemnation damage estimates on misleading use of an outdated and irrelevant paper's analysis of the Canadian poultry industry, with an entirely different economic and contract structure, of over 30 years ago. It ignores core assertions in that study that contradict his argument for specific damages. The claim is based on no empirical condemnation data from the cited Canadian study or U.S. data. In addition, Plaintiffs' condemnation assertion omits any analysis for partially condemned broilers for which Plaintiffs receive full broiler credit and pay, which would necessarily offset any claim relating to condemnation practices. Dr. Stiegert's condemnation claims are based on no actual data, misrepresents the cited study, are speculative and unreliable. The claim should be disregarded.
    b) The declaration contains misleading and erroneous comparisons of Robards grower base pay to incorrect and dis-similar income measures. Actual relevant economic indicators show Plaintiffs' incomes are at or exceed pertinent comparator data and have increased over time to a greater extent than shown in Dr. Stiegert's declaration.

[1] Plaintiffs' First Amended Complaint and Jury Demand

[2] Declaration of Kyle Stiegert in Support of Plaintiffs' Rule 26(A)(2) Expert Disclosures. July 15, 2019.





Confidential - Subject to Protective Order

c) The declaration ignores actual data as to contractual flock frequency that largely render moot its conclusive statements in relation non-contractual flock placement frequency and related damages claim. Exceptions are noted in this report.

4. Grower pay and broiler weights have increased over time to the benefit of growers and Plaintiffs.
5. Breed, hen age, service technician placement, square footage, sex of broilers, feed, and density data are consistent among growers and do not indicate bias, unfairness, or adverse impact to any grower or Plaintiff.
6. There is no evidence that Plaintiffs have received discriminatory or unfair treatment or inputs since the filing of their original complaint.
7. As it was designed, over time the Robards tournament system rewards better performance with higher pay.
8. Dr. Stiegert's declaration contains numerous other flaws, rendering it unreliable and speculative, and not based on any scientific method:
   a) False and unreliable statements are made that Tyson supplies unsatisfactory inputs to Plaintiffs and manipulates various controls to cause Plaintiffs financial harm. The statements are conclusory and directly contradicted by evidence in actual settlement and hen detail data.
   b) Dr. Stiegert makes conclusory statements based on statistically meaningless settlements data.
   c) False and unreliable claims are made that Tyson does not suffer from poor grower performance. This ignores Tyson's incentive to receive live broilers suitable for human consumable broiler meat production to bring to market and ignores Tyson's revenue and costs associated with such activities.
   d) Allegations were made without analysis of data in evidence and available to experts.
   e) False and unreliable claims are made in relation to sexting of broilers, breed performance and usage, flock placement frequency, density consistency, grower pay calculations, Tyson Chicken Segment income, days-out time, grow-out time, and condemnation processes.
   f) There was no examination of tournament results over time, or any attempt to trace those results to grower management.



Confidential - Subject to Protective Order

l) Total base pay is the total per pound base rate times broiler pounds delivered net of grower-caused whole broiler condemnations.

m) Regardless of NPV discount, a grower receives a minimum 4.0 cents per pound payment regardless of performance and is thus guaranteed a minimum payment based on live broiler pounds returned.

n) Growers are not charged for shrink after weighing at the plant, partially condemned broilers, broilers removed from plant processing, broilers dead on arrival, nor for wholly condemned broilers that are deemed not farm-caused under the contract. Tyson absorbs all such losses associated with these events. Growers are paid for all such live broiler pounds as if they were fully processed into saleable products.

o) Growers may also be entitled to payments for energy allowances, housing specifications, housing incentives, and out-time between flocks.

## V) Materials Considered

1. Plaintiffs' First Amended Complaint and Jury Demand (*Complaint*).
2. Plaintiffs' Expert Declaration of Dr. Kyle Stiegert (*Declaration*).
3. Robards complex grower settlements from May 1, 2010 to March 3, 2019 (hereafter settlement data).
4. Breeder hen flock data for chicks supplied from May 4, 2010 to December 13, 2018 to Robards live production growers (Hen Data Detail, hereafter hen data).
5. Grower pay recaps for Robards settlements April 2010 to March 2019 (Grower Pay Recap by Grower - Accounting Copy 4.24.10 - 3.2.19)
6. Grower 5163 production contract (Bates 116906-116931).
7. Other Plaintiff contract documents.
8. Grower 5163 original supporting documentation and settlements sheets for flocks delivered on January 29, 2016 and February 1, 2016 (Bates 016728-016915).
9. Robards complex Grower Ranking by standard costs, various dates.
10. Cobb 500 Breeder Management Supplement.
11. Cobb 700 Breeder Management Supplement.
12. Cobb 500 Broiler Performance & Nutrition Supplement.
13. Defendant's depositions and supporting materials.
14. Tyson Food annual 10-K reports 2005-2018 and quarterly 10-Q for Q1 and Q2 2019.


Privileged and Confidential

Confidential - Subject to Protective Order

15. Housing square footage data.
16. Selected papers and other materials related to broiler industry and general farming economics, and other materials as shown in footnotes as cited sources all of which are referenced in this Report and its attachments.

## VI) Analysis overview –Tyson Chicken inputs supplied to Plaintiffs and non-plaintiffs on broiler performance.

1. Data employed includes 2010-2019 grower settlement data and hen data details with exceptions and missing data removed. A table of all data not included and exclusion reasons is contained herein as Appendix I. Tyson inputs and controls analyzed were based on these settlement and hen data:
   a) Inputs
      (1) Breeder flock - hen and rooster breed;
      (2) Breeder flock - hen age;
      (3) Tyson technical service personnel grower assignments;
      (4) Tyson feed quality as measured by adjusted feed conversion results.
   b) Controls
      (1) Broiler density;
      (2) Days between flocks; and
      (3) Broiler flocks per year; and
      (4) Broiler average weight.
2. Performance metrics were measured by settlement data:
   a) Weekly tournament NPV performance premiums and discounts (difference between the individual and weekly average NPV that determines payment per pound discounts and premiums). This metric is referred to as NPV performance difference.
   b) Grower base pay after NPV premiums and discounts;
   c) Raw and adjusted feed conversion (pounds feed consumed divided by live net pounds broiler produced);
   d) Livability (broilers delivered for processing divided by chicks placed into the grower's facility);
   e) Average daily gain (total live weight delivered divided by age at delivery); and


Confidential - Subject to Protective Order

## IX) Description of Plaintiffs' versus non-plaintiffs' overall performance

[redacted]

1. Plaintiff's segment above reflects approximately 23.8% percent of all grower flocks in settlement data.
2. Plaintiffs as a group had smaller average flocks and significantly higher condemnation rates compared to non-plaintiffs. All other characteristics are, on average, similar.
3. Plaintiff Morris is significantly different from both other Plaintiffs as a group and all growers as a group. Selected performance results are broken out further in the following table.
4. Compared to overall averages and other Plaintiff averages Plaintiff Morris has:
    a) Pounds of live broiler per flock larger than the overall average and close to twice other Plaintiffs;
    b) Percent condemnations over twice non-plaintiffs and almost twice non-plaintiffs;
    c) Space per broiler higher than all other averages;
    d) Average daily gain lower than all other averages;
    e) Adjusted feed conversion higher than all other averages;
    f) Average broiler weight lower than all other averages;
    g) Livability lower than all other averages;
    h) Flocks per year lower than all other averages;

5. The conclusion is that over time, grower pay is closely related to grower performance and grower practices that promote livability, daily weight gain, feed conversion, and low condemnation. The data does not support Dr. Stiegert's conclusory statement that grower pay is random, dependent upon other growers, or independent of grower performance practices.
6. Over time both Tyson rewards higher performing growers with higher pay relative to lower performing growers.
7. In their Amended Complaint Plaintiffs alleged that Tyson had enticed them into building large "superhouses" that did not perform to their satisfaction.[6] To determine if broiler house size is statistically related to base pay the regression above was recalculated with average grower housing square footage included. The result was a statistically insignificant positive, not negative, relationship between grower square footage and base pay. The square footage t-statistic was 0.83 and p-value 0.4076. There is no statistically significant relationship between grower square footage and base pay. Broiler performance over time determines base pay. The allegation that larger houses house did not perform as well as smaller houses is not based on the entirety of the available data. Dr. Stiegert did not address this issue in his declaration nor is any factual data present in the complaint. Absent scientific proof the allegation is unreliable.

## XI) Tyson's breeder flock genetic composition in settlement data - hen and male breed effects on Plaintiffs' performance

[redacted]

[6] *Complaint* Page 9.



Confidential - Subject to Protective Order

5. *Percent condemned pounds performance* regression by hen and male breed:

[redacted]

6. In summary, the feed conversion, livability, average daily gain and percent condemnations performance effects are offsetting. Livability and percent condemned are generally better than the benchmark while feed conversion and average daily gain were worse. This illustrates a fundamental flaw in Dr. Stiegert's declaration: he examines individual performance effects in isolation when other effects can be offsetting. Ignoring variable interaction creates an unreliable conclusion that any given factor in isolation has a causal connection to overall performance.

7. *NPV performance difference* was not statistically affected by hen and male breed as recorded in the settlement records. Results were:

[redacted]


Confidential - Subject to Protective Order

## XII) Tyson's breeder flock hen age effects on Plaintiffs' performance

1. Chicks placed in grower facilities generally come from several breeder farms. A sample chick placement for grower 5032 flock number 76 placed on July 5, 2011 is shown in the table below. [7]

[redacted]

2. Hen ages ranged from 27 to 64 weeks. Hen genetics are all the same in this example, but male breeds are not. Several breeder farms supplied the eggs that produced these chicks that were hatched at the Robards facility. To calculate any hen age effect on grower performance, a weighted average age of each chick flock's source hens was computed. In some settlements, the sourced eggs came predominately from hen flocks coded as [redacted], hens. In those cases the age was recorded as "mixed" with no hen age data and are not included in the hen age scores.
3. Hen age is not linearly correlated with hatching egg or chick performance. Very young hens produce small eggs with low hatchability (number of chicks per 100 eggs placed in the hatchery) and relatively small chicks that are associated with lower performance than chicks from older hens.[8] Hens at the end of their laying life produce large eggs that also have lower hatchability than they did when younger. While Ulmer-Franco et al did not find that chick performance dropped off in older hens, for purposes of my analysis I have nevertheless assumed that there is broiler performance decline related to egg hatchability of older hens.

   According to the Cobb 700 hen performance standards shown below, peak hen hatchability performance is at about 34 weeks of age. Hens start laying at about 24 weeks and are generally culled at 60-65 weeks. Cobb 500 hen performance standards are similar to the Cobb 700. Weekly

[7] Hen data detail.
[8] Ulmer-Franco A. M. et al, "Hatching egg characteristics, chick quality, and broiler performance at 2 breeder flock ages and from 3 egg weights". *Poultry Science*. 89 :2735–2742. 2010.


Confidential - Subject to Protective Order

14. The F score for the difference of means of 1.06 and p-value of 0.3894 indicate that the differences in hen age score averages over the Plaintiffs' 2010-2018 hen flock dataset are not statistically different from each other. A p-value of .05 or less is required for 95% significance. The scatter plot of hen ages shows the means (bars) and the variation (dots for each flock). Over time, hen age score did not make a statistically significant difference in Plaintiffs' overall NPV premiums and discounts. The hen age scores were randomly distributed among Plaintiffs.
15. In other words, Tyson evenly distributed among Plaintiffs' chicks from different hen ages. There is no statistically supported claim that Tyson's distribution of chicks based on hen age adversely effected one Plaintiff compared to another.

16. *Average raw hen age differences* between Plaintiff and non-plaintiff flocks was also tested.

[redacted]

17. The test compares the average hen age for all [redacted] hen flocks entries for all chick deliveries with age data for chick sourcing in the 2010-2018 hen data. The average hen age is different by 0.043 weeks and statistically not different from zero. The standard deviations are also essentially identical, indicating that both groups received the same overall hen age dispersion as well.
18. In summary, Plaintiffs received the same statistically random inputs of chicks based on hen age as other growers. There is no evidence of overall unfair or discriminatory treatment.

## XV) Tyson technical service personnel differences from settlement data

1. Tyson provides growers technical advice through Service Technicians. Tyson technical service personnel are often rotated among farms. The table below shows the total number of flocks for each service tech for all Robards grower operations and the percent of flocks for each that were assigned to Plaintiffs and non-plaintiffs. Service tech 16 and 31 worked on a meaningful number of non-plaintiff flocks, but none for Plaintiffs. Tech 28 worked on just a few Plaintiff flocks. All other service techs appear to have worked roughly the same percentages of Plaintiff and non-plaintiff flocks.

[redacted]

7. All service technician performance and grower performance are shown on the graph below.

[redacted]

The regressions' causation assumptions are not true. Tech service representative might have some influence grower performance, but the grower is much more highly influential on NPV. If service techs were rotated after every flock their measured influence would likely be statistically insignificant.

The NPV difference contribution of service techs implied by all regression equations in this section are rejected based on invalid causality. Service technician correlation with grower NPV performance difference is too highly dependent on the assigned grower to be an independent cause of NPV performance differences. There is no evidence to support that assignment of a given service technician has a material causal effect on grower performance.


Confidential - Subject to Protective Order

## XVI) Feed Effect on Performance

1. To test for feed effects, I measured feed performance by adjusted feed conversion (AFC) in the Robards data. The adjustment is made for average weight of a flock based on typical performance over a range of broiler weights.
2. AFC is not a Tyson input. AFC is a result of purchased feed inputs, grower management, weather, broiler weight and other factors that affect flock feed conversion performance. There is no feed quality information in the data on the cause of high or low AFC values, only that they occurred. Poor AFC performance could be due to a range of factors, including weather, flock health, poor quality feed, feed medication changes and generally poor flock management.
3. AFC was tested statistically for outliers for all [redacted] 2010-2019 flocks. The Robards overall average AFC was [redacted]. The AFC adjustment accounts for weight variations among flocks.
4. The current 2018 Cobb as-hatched (broilers not separated by sex for raising) performance objective for [redacted][10]. The comparable 2013 Cobb objective was a [redacted][11]. Taking these 2 data points and constructing a time trend shows the 2010-2019 average feed conversion was approximately [redacted] per Table 25.

**Table 25: Estimated Cobb 500 Broiler AFC Objectives**

[redacted]

5. As seen in table 25 and in the Robards flock records, there was a 2010-2019 trend to lower (better) Cobb AFC objectives and complex actual results. A trending variable makes a simple test of deviations from overall average invalid. Instead, deviations from trend were measured using regression and analysis of residuals (predicted versus actual AFC performance). Upper and lower bounds for a 95% confidence interval for each flock's AFC performance were calculated based on a standard error of estimate (a

[10] *Cobb 500 Broiler Performance & Nutrition Supplement, current version*. Obtained from https://www.cobb-vantress.com/assets/Cobb-Files/product-guides/bdc20a5443/70dec630-0abf-11e9-9c88-c51e407c53ab.pdf July 25, 2019.
[11] *Cobb 500 Broiler Performance & Nutrition Supplement, 2013*. Obtained from https://www.winmixsoft.com/files/info/cobb500-broiler-performance-nutrition-supplement-(english).pdf



Confidential - Subject to Protective Order

[redacted]

Skewness of 0.5 indicates that the distribution has more data to the right (high) side of the range than the low side. Kurtosis of 0.36 indicates that the distribution isplatykurtic[12]. Translated, the distribution is more tightly centered about the average with smaller outliers than a normal distribution. Put another way, the kurtosis score shows that the Robards AFC is less variable than a normal distribution with smaller extreme outlier values in each tail.

12. In Summary the overall feed effects conclusion is that measured by AFC results, the Robards feed system is statistically operating under control and AFC results are evenly distributed between Plaintiff and non-plaintiff groups.
13. Within Plaintiffs' group Charles Morris had an unusually high percentage of high outlier feed conversion averages for his grower numbers.
14. Tyson charged a standard [redacted] in NPV calculations for the entire 2010-2019 period. Growers are therefore not exposed financially to variations in feed costs. When feed costs increase, Tyson production costs increase but grower payments are not affected.

## XVIII) Days between flocks (days-out)

1. Days-out are the period that elapses between broiler delivery to the processing plant and the delivery of the next set of chicks to the grower.
2. An ANOVA test by grower for all flocks with days-out data was performed. Data for days-out in excess of 50 for [redacted] flocks were missing and are not included in results below. Data were not recorded for these outliers. It is my understanding that days-out over 49 a due to grower requests or grower facility issues.

[12] Definition found at https://corporatefinanceinstitute.com/resources/knowledge/other/kurtosis/.


Confidential - Subject to Protective Order

[redacted]

There was no statistical difference in days-out after complaint filing. Standard deviations are similar for both groups.

4. In summary, there was no statistically significant difference in days-out among all growers as a group between 2010 and 2019 both before and after the complaint was filed in April 2015. There is no evidence that Tyson discriminated in days-out between Plaintiffs and non-plaintiffs during the entire settlements data period, before Plaintiffs' original complaint filing, or after.



Privileged and Confidential

Confidential - Subject to Protective Order

## XX) Density influence on performance.[14]

1. Density refers to the number of square feet per broiler chick placed. The Robards settlement data averaged [redacted] square feet per broiler.
2. The 2013 Cobb Broiler Management Guide recommends a maximum 8.6 pounds per square foot for advanced housing, [redacted].[15] Robards' average weight is typically less than [redacted].
3. A scatter chart of density versus flock weight for 4,081 settlements is shown below.

[redacted]

4. The vast majority of settlement densities were between [redacted].
5. Percent livability was statistically related to density adverse to expectations. As density increased (more square feet per broiler), livability decreased.

[14] *Declaration* Page 27.

[15] *Cobb 500 Broiler Management Manual*. November 15, 2013.



Confidential - Subject to Protective Order

[redacted]

10. In summary, density is consistent among growers and Plaintiffs, and, there is no evidence that Plaintiffs suffered any material disadvantage in the number of broilers placed per square foot as compared to others.



Privileged and Confidential

Confidential - Subject to Protective Order