# Exhibit 30

# Expert Report of Mr. Jason Anderson

TRIDENT FORENSICS

Trident Forensics and Dispute Resolution

P.O. Box 762 Murray, Kentucky 42071 | 270-978-3852 | jason.andersoncfe@protonmail.com

**August 27, 2019**

**In the matter of Charles Morris, Et. Al. v. Tyson Chicken, Inc., Et. Al.**

**Civil Action No. 4:15-cv-77-m**

We have been retained to review the financial viability of the contracts between Tyson Chicken, Inc. ("Tyson" or the "Company") and various independent growers ("growers") with whom the Company outsources certain elements of its live production for the Robards Complex ("Robards") located in Robards, Henderson County, Kentucky. Specifically, we have reviewed tax returns, schedules of property, plant, and equipment, various financial statements or bookkeeping records, grower contracts, settlement statements, and deposition transcripts for each of the plaintiffs, and such information is the basis of our calculations and conclusions.

Plaintiffs, Charles Morris, Morvatt Enterprises LLC, William Rickard, Sondra Rickard, Rickard Farms LLC, ICU Chickens LLC, Dennis Clapp, John Pinkston, Bradley S. Salyer, as Chapter 7 Trustee of the Estate of Loi Moc Hong, H&L Farms LLC, Doug Brown, Tim Vincent, TLC Poultry, Keith Crabtree, Christopher Burch, Mike Murphy, Murphy Farms LLC, Calvin Leisure, ("Plaintiffs") are growers who have contracted with Tyson's Robards Complex in Kentucky. The pending claims are against Tyson, and its employees, James Gottsponer (former Live Production Manager) and David Mears (former Complex Manger) – (hereinafter referred to as the "Defendants").

This Report provides our opinion and findings in relation to the above.

Our findings are subject to revisions as appropriate should any additional production of records or other discovery occur in the future.

My rate for this report is $275 per hour. Attached to this report is a list of items I relied on in formulating my opinions and a copy of my CV.

Jason H. Anderson

**1) STATEMENT OF WORK AND RELATED SCOPE**

**a)** We have been engaged to perform an analysis of the contracts between Tyson and the plaintiffs and opine on the inherent economic viability of each during the covered period which begins in May 2010 and continues through December 31, 2018. We have been provided grower tax returns, grower schedules of property, plant, and equipment (in some instances), grower contracts, settlement statements, and deposition transcripts for each of the plaintiffs, and such information is the basis of our calculations and conclusions.

**b)** We were also engaged to evaluate the benefit of the grower contracts in relation to the potential and actual profitability generated through the relationship with Tyson as compared to general economic opportunities in the Robards area.

**c)** I am a licensed Certified Public Accountant, Certified Fraud Examiner, Certified Valuation Analyst, and Chartered Global Management Accountant. I am also a Certified Internal Auditor (Inactive). I have nineteen years of experience in forensic accounting and consulting with my practice focused primarily on economic analysis, corporate and business taxation, business valuation and merger and acquisition consulting, dispute resolution and litigation support, and white-collar crime. Currently, I am a Principal in Trident Forensics and Dispute Resolution as well as a Director, President and Chief Financial Officer of The Kingdom Trust Company, a South Dakota based independent, non-depository trust and qualified custodian (SEC) regulated by the South Dakota Division of Banking. My business and accounting experience include significant exposure to the agricultural sector both as Managing Partner of Alexander Thompson Arnold PLLC where our Firm then provided accounting and consulting services to a large segment of producers throughout Indiana, Kentucky, Tennessee, and Mississippi. In that capacity I consulted growers as it relates to business and finance strategy focused on maximizing profitability while minimizing tax obligations. Further, I worked internally with Seaboard Corporation for approximately five years under direction of the Chief Financial Officer and Vice President of Audit Services. At Seaboard I was part of the management and oversight group for one of the largest vertically integrated pork producers and processors in the United


Confidential - Subject to Protective Order

States including both live animal operations as well as processing plants located throughout the country. I was also deeply involved in the finance and accounting oversight for the overseas trading group whereby we managed grain and other commodity contracts throughout the world primarily focusing on the African and South American markets. Further, I was part of the group that analyzed the financial data that lead to the acquisition of controlling interest in Butterball, LLC, one of the largest producers of turkey products in the U.S.

**2) CONCLUSIONS AND FINDINGS**

**a)** Following consideration of the records available for analysis, we find the contracts between Tyson and the growers to be economically viable. Our conclusion is based on the following findings:

i) In most instances, growers reported generally strong positive cash flow before and after funding debt service on an ongoing basis.

ii) In most instances, growers reported strong economic income from the relationships with Tyson.

iii) Further research of financing opportunities for ventures of a similar nature in the area revealed that financial institutions have a strong appetite for lending to prospective growers resulting from generally positive historically performing loan experiences. Further, lending arrangements no longer require Farm Service Agency guarantees in many instances for prospective growers.

iv) In some instances, plaintiffs completely paid off loan principle on their farms from ongoing cash flow provided by the contracts with Tyson. Further, we reviewed depositions taken in this case and some indicated that their farms with the assembled infrastructure for poultry growing operations had considerable value and an available market of interested buyers. This statement is consistent with information we independently obtained through discussions with individuals who are involved in financing such operations at third party financial institutions.


Confidential - Subject to Protective Order