# Exhibit 31

# Plaintiffs' Disclosures Pursuant to Rule 26(a)

**ELECTRONICALLY FILED**
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, MORVATT ENTERPRISES, LLC, WILLIAM RICKARD, SONDRA RICKARD, RICKARD FARMS, LLC, ICU CHICKENS, LLC, WISHBONE POULTRY, DENNIS CLAPP, JOHN PINKSTON, LOI HONG, H & L FARMS, LLC, DOUG BROWN, TIM VINCENT, TLC POULTRY, LLC, POULTRY SPECIALTY SERVICE, LLC, KEITH CRABTREE, CHRISTOPHER BURCH, MIKE MURPHY, MURPHY FARMS, LLC, and CALVIN LEISURE

Plaintiffs,

v.

TYSON CHICKEN, INC., JAMES GOTTSPONER, DAVID DICKEY, DAVID MEARS, NEIL BARFIELD, and JARED SHELTON

Defendants.

Civil Action No. 4:15-cv-77-m

Judge: Honorable Joseph H. McKinley

---

**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)**

---

COME NOW the Plaintiffs, Charles Morris, Morvatt Enterprises, LLC, William Rickard, Sondra Rickard, Rickard Farms, LLC, ICU Chickens, LLC, Wishbone Poultry LLC, Dennis Clapp, John Pinkston, Loi Hong, H & L Farms, LLC, Doug Brown, Tim Vincent, TLC Poultry, LLC, Poultry Specialty Service, LLC, Keith Crabtree, and Christopher Burch, Mike Murphy,

Case 4:15-cv-00077-JHM-HBB Document 40 Filed 01/29/16 Page 2 of 6 PageID #: 347

Murphy Farms, LLC, and Calvin Leisure (collectively, "Plaintiffs"), by and through counsel, and for their initial disclosures pursuant to FRCP 26(a)(1) state as follows:

**DISCLOSURES PURSUANT TO FRCP 26(a)(1)(A)(i)**

The individuals listed below are likely to have discoverable information that will support Plaintiffs' allegations as detailed in the Complaint.

**Tyson Employees:**
David Mears - Complex Manager - (270) 577-8540
Jim Gottsponer - Live Production Manager - Cell-(479) 228-3147 Office-(270) 521-3002
David Dickey - Grower Manager - (479) 774-3304
Joe Bruce - Breeder Supervisor - (270) 635-0107
Ben Grant - Hatchery Manager -
Christy Hart- Public Relations, Former Hatchery Employee - (270) 339-2227
Cecilia Hanor - Broiler Clerk Manager - (270) 836-9049
Brian Thompson - Live Haul Production Manager - (270) 635-2994
Bo McGuire - Service Tech - (270) 875-5460
Neil Barfield - Service Tech - (270) 399-5319
James Catlin - Service Tech - (270) 832-8561
Jennifer Parks - Service Tech - (270) 339-5643
John Snell- Service Tech - (270) 875-5374
Regina Klopping - Service Tech - (209) 681-7528
Jared Shelton - Former Service Tech, Currently at Feed mill - (270) 339-5918
Brian Smith - Feedmill Manager
Rebecca Bryant - Accounting
Amber Hartley - Accounting
James Baldwin - Chick Delivery Driver - (270) 635-5043
Mike Brown - Chick Delivery Driver - (270) 929-3482
Willy Rideout - Feed Truck Driver
Chuck - Bug Sprayer - (270) 316-2969

**Former Tyson Employees**
Rubin Bruce - Former Service Tech - (270) 875-7054
Mark Bromley - Former Plant Manager
Bingham - Former Assistant Plant Manager
Shannon Fancher - Former Plant Manager, Presently Broiler Grower in Arkansas
Morris Hill - Former Complex Manager
Craig Coberley - Former Complex Manager
Kenny Bartley - Former Live Production Manager
Michael Sheets - Former Complex Manager
Alan Weiss - Former Hatchery Supervisor
Alan Chambers - Former Grow-out Manager
Butch - Former Accountant

Donny Cates - Former Feed Truck Driver - (270) 635-0286

**Growers**
Jimmy Vowels - (270) 313-5733
Matt Woosley - (270) 499-2742
Billy Baity - (270) 315-4783
Clint Patterson - (270) 836-0635
Jake Dirkson - (270) 213-0966
Vince Edwards - (270) 929-3949

- All Plaintiffs named in the Complaint.
- All farm help of all Plaintiffs (to be supplemented).
- All technicians and employees of Tyson who work specifically with Plaintiffs' farms.
- All employees of Tyson's Robards facility that have knowledge of the facts alleged within the complaint, including those located at the dog food processing plant and all hatcheries.
- Any and all officers/management of Tyson who make policy decisions.
- Any person identified by Defendants' initial disclosures.
- Plaintiffs reserve the right to supplement and/or amend these disclosures as additional information becomes known through discovery.

**DISCLOSURES PURSUANT TO FRCP 26(a)(1)(A)(ii)**

Plaintiffs anticipate using the following documents to support their claims. Plaintiffs do not represent that each and every Plaintiff has every one of these documents or categories of documents, but these are the types of documents they anticipate using to prove their case. Plaintiffs have custody of many of these documents and also believe many of these documents to be located within Tyson's control.

a. Contracts with Tyson;

b. Communications and/or correspondence from Tyson employees to Plaintiffs;

c. Memos from Tyson to growers;

d. Records connected with the quality of birds, medical care, technical advice, feed, age and weight of the broilers, condemnation reports, mortality sheets;

e. Loan documentation;

f. Settlement sheets;

g. Tax returns;

h. Delivery receipts; and

i. Internal financial documents such as profit/loss statements or balance sheets.

**DISCLOSURES PURSUANT TO FRCP 26(a)(1)(A)(iii)**

Plaintiffs are unable to compute the amount of damages claimed by them at this time as much of the documentation which will prove these amounts is in the sole possession of Defendant Tyson. Plaintiffs anticipate using the documentation listed above (in their disclosure pursuant to FRCP 26(a)(1)(A)(ii)), plus other documents generated through discovery of this case, to support a damage computation. Plaintiffs agree to supplement this disclosure once more evidence is generated through the discovery process and damages are better ascertainable.

**DISCLOSURES PURSUANT TO FRCP 26(a)(1)(A)(iv)**

Plaintiffs do not have access to any insurance policies which may cover a potential judgment. Plaintiffs believe any such policy would be in the possession of Defendants.

On this the 29th day of January, 2016.

Respectfully submitted,

/s/ John C. Whitfield
John C. Whitfield (KY Bar # 76410)
**WHITFIELD BRYSON & MASON, LLP**
19 North Main Street
Madisonville, Kentucky 42431
Tel: (270) 821-0656
Fax: (270) 825-1163
Email: john@wbmllp.com

Gary E. Mason
**WHITFIELD BRYSON & MASON LLP**
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C. 20036
Tel: (202) 640-1160
Fax: (202) 429-2294
Email: gary@wbmllp.com

J. Dudley Butler (MS Bar #7626)
**BUTLER FARM & RANCH LAW GROUP, PLLC**
499-A Breakwater Dr.
Benton, MS 39039
Tel: (662) 673-0091
Fax: (662) 673-0091
Email: jdb@farmandranchlaw.com

David S Muraskin
**PUBLIC JUSTICE, P.C.**
1825 K Street, NW, Suite 200
Washington, D.C. 20006
Tel: (202) 797-8600
Fax: (202) 232-7203
Email: dmuraskin@publicjustice.net

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing pleading with the Clerk of the U.S. District Court by using the CM/ECF System on January 29th, 2016 which will send notice to the following counsels of record:

Marc Wells
209 West Main Street
P.O. Box 644
Princeton, Kentucky 42445

Robert T. Adams
Mark C. Tatum
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108

**Attorneys for Defendants**

BY: /s/ John C. Whitfield
John C. Whitfield, Esq. (KBA# 76410)
**WHITFIELD, BRYSON & MASON, LLP**
19 North Main Street
Madisonville, KY 42431
Tel. (270) 821-0656
Fax. (270) 825-1163
Email: John@wbmllp.com