# Exhibit 33

# Deposition of ICU Chickens, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, MORVATT ENTERPRISES, LLC, WILLIAM RICKARD, SONDRA RICKARD, RICKARD FARMS, LLC, ICU CHICKENS, LLC, WISHBONE POULTRY, DENNIS CLAPP, JOHN PINKSTON, LO HONG, H & L FARMS, LLC, DOUG BROWN, TIM VINCENT, TLC POULTRY, LLC, POULTRY SPECIALTY SERVICE, LLC, KEITH CRABTREE, CHRISTOPHER BURCH, MIKE MURPHY, MURPHY FARMS, LLC, and CALVIN LEISURE,

Plaintiffs,

v. NO. 4:15-cv-00077

TYSON CHICKEN, INC., et al.,

Defendants.

---

30(b)(6) DEPOSITION OF
ICU CHICKENS, LLC and RICKARD FARMS, LLC
through
WILLIAM M. RICKARD
SEPTEMBER 10, 2018

- - - -



Deposition of ICU CHICKENS, LLC and RICKARD FARMS, LLC through WILLIAM M. RICKARD held at 19 North Main Street, Madisonville, Kentucky, commencing at 8:30 a.m., on the above date, before Gina Hawkins, Registered Professional Reporter and Certified Realtime Reporter.



I N D E X

| WITNESS | PAGE |
|---|---|
| ICU CHICKENS, LLC and RICKARD FARMS, LLC through WILLIAM R. RICKARD | |
| Examination by Mr. Tatum | 5 |

EXHIBITS

| Number | | |
|---|---|---|
| 1 | Notice of Video Deposition Duces Tecum of Plaintiff Rickard Farms, LLC Pursuant to Fed.R.CIV.P.30(b)(6) | 9 |
| 2 | Summary of Income and Expenses | 11 |
| 3 | Sales/Loss of Equipment List | 11 |
| 4 | Tax Asset Detail | 12 |
| 5 | Mortgage Documents | 13 |
| 6 | Notice of Video Deposition Duces Tecum of Plaintiff ICU Chickens, LLC Pursuant to Fed.R.CIV.P.30(b)(6) | 37 |
| 7 | Summary of Income and Expenses | 40 |
| 8 | Tax Asset Detail | 40 |
| 9 | Handwritten Notes | 40 |
| 10 | Promissory Note | 41 |



A P P E A R A N C E S

John C. Whitfield, Esquire
WHITFIELD, BRYSON & MASON, LLP
(Appearing on behalf of the Plaintiffs)
19 North Main Street
Madisonville, Kentucky 42431
270.821.0656
john@wbmllp.com

Mark C. Tatum, Esquire
SHOOK, HARDY & BACON, LLP
(Appearing on behalf of the Defendants)
2555 Grand Blvd.
Kansas City, Missouri 64108
816.474.6550
mtatum@shb.com

Page 33

Q That was paid off -- what was the date it was paid off; do you know?
A '15. I can't give you an exact date.
Q Okay.
A Payoff date July 1, 2015.
Q Since July 2, 2015, it's been operating free and clear, other than operating expenses?
A Yeah.
Q So looking at your tax asset detail, the nonhighlighted entries, what is that attempting to show me? Is this an itemization -- this document is dated January '17 to December '17, so it's a one-year snapshot; right?
A I can't answer that question. She printed it off for me to give me the startup costs of what she had in my depreciation schedule, I suppose, and I can't answer those questions.
Q So your understanding of --
A The water lines you see down here below and the mule and all that go back to the other depreciation page we had, and she just highlighted what the startup costs were back in '04.
Q House is highlighted, first entry?
A Yes.
Q It says on July 15, 2004, you incurred

Page 34

$195,747.50 to build two houses?
A Yes.
Q When did you build the other two houses?
A If you look at the next page, it's got one for each pair of houses.
Q Okay, yeah, it does. It's got different groups now that I see it. So that's where the other house is. You paid same date, two different houses?
A Yeah, they all went in at the same time.
Q About $195,000 it cost you to build two houses?
A That was just to build the structures, and then the equipment costs for each pair of houses was $72,700.
Q That must be shared equipment because I notice all those entries are identical in cost.
A Yes.
Q Okay, got it. Any other financing costs you've ever incurred in relation to Rickard Farms other than the mortgage?
A No.
Q It's never been refinanced or anything?
A We didn't refinance it. We did convert the loan to a lower interest rate 9/11/2011. We lowered the interest rate down from six and a quarter down to 3.6. We didn't write a new loan. They just converted the interest rate.
Q You were still with Perdue then; right?

Page 35

A No. This is with Tyson.
Q Okay, in 2011. That's right. You came to Tyson in '08.
A Yes.
Q So at that time you were able to lower the interest rate on the remaining term of the loan?
A Yes.
Q With no additional term extended to it?
A No additional term.
Q No additional money attached to it?
A No.
Q I'm just curious. Was that like a program being offered by the government or by the bank, pretty unusual?
A By the bank.
Q Okay.
A The bank allowed us to lower the interest when the interest rates went down enough. It cost us a fee. That may be some of those fees back in there, administrative fees or whatever that we paid Farm Credit, $2,000, $3,000 to go through the paperwork to lower the interest rate because over the term of the loan it saved us another $3,000 or $4,000 above what those costs were over the long run.
Q Right. No other refinancing costs then associated with Rickard Farms, LLC?
A No.

Page 36

Q Topic 6 is an itemization of upgrades you've made and costs and that sort of thing, and I guess that would be what we covered?
A Yeah.
Q What I marked as Exhibit No. 3?
A Yes.
MR. TATUM: The last topic -- is he designated, John, on Topic 7, the damages topic?
MS. WHITFIELD: No. And for purposes of the record, I'm going to make the same declaration I did in Mr. Morris' deposition in regard to Mr. Rickard and his companies. We intend not to make specific damage claims in regard to losses that may be incurred.
We talked about, with Mr. Morris' deposition with the Court, we do intend to make an overall generic damage calculation, the 30,000-foot level, and we'll do that by and through our experts.
So to that extent, he'll not be testifying on Topic 7 with damages, although we do reserve the right to talk about specific instances of damage to the extent that it applies to the damage calculation our experts will use.
MR. TATUM: All right. We'll just reserve whatever dispute or agreements we need to work out in that context down the road.

Page 37

MS. WHITFIELD: Yeah.
(Exhibit 6 was marked for identification.)
BY MR. TATUM:
Q Let's switch over to ICU. That might be a different packet.
A Mine was laying right here.
Q My understanding is, you're also designated to testify on behalf of ICU Chickens, LLC?
A Yes.
Q You've looked over Exhibit Number 6, which is the same topics?
A Yes.
Q But in relation to ICU?
A Yes.
Q And you're designated to talk to all of those, with the exception of Topic 7, the damages one?
A Okay.
Q Subject to Mr. Whitfield's statement on the record earlier?
A Yeah.
Q You started the operations when?
A June 2010.
Q Who did it first grow with?
A Tyson.
Q It's been with Tyson -- is it still Tyson?

Page 38

A Yes.
Q It's been with Tyson all along; right?
A Yes.
Q How many houses?
A Four.
Q Are these your super houses?
A Yes.
Q How many square feet are those?
A 27,500.
Q Each, right?
A Yes.
Q All four houses still in operation?
A Yes.
Q Been in operation since June 2010?
A Yes.
Q ICU Chickens, LLC, who's the members and managers?
A Myself.
Q Does it have an accountant?
A Yes, Jackie Nance.
Q And bookkeeper?
A The same, my wife.
Q Anyone else involved in any way in the business?
A No.
Q No consultants or anything like that?

Page 39

A No.
Q Why was it formed separate from Rickard Farms?
A We just put it in a different entity.
Q What's the common name you refer to the houses?
A ICU Chickens.
Q ICU Chickens, and then the address?
A 1359 Branch Schoolhouse Road.
Q All four houses on the same block?
A Mm-hmm.
Q Did you buy the land when you started ICU Chickens?
A Yes.
Q How many acres was that?
A 27.
Q 27,000?
A 27 acres.
Q How much did you pay for it?
A Off of memory, $155,000.
Q Is that paid off?
MS. WHITFIELD: How much?
THE WITNESS: 155.
BY MR. TATUM:
Q It's paid off?
A It's included on the loan on the farm.
Q Is that loan still on going?

Page 40

A Yes.
Q So if we look at the -- Exhibit Number 6 was the depo notice. So if we look at these documents you gave me, the first one, Exhibit Number 7. It looks like it's a Summary of Income and Expenses for ICU Chickens for the last seven years?
A Yes.
(Exhibit 7 was marked for identification.)
BY MR. TATUM:
Q And then we've also got what I'll mark as Exhibit Number 8, which is a Tax Asset Detail, and it's got highlights on it. Tell me --
A Startup costs.
(Exhibit 8 was marked for identification.)
(Exhibit 9 was marked for identification.)
BY MR. TATUM:
Q And then it looks like we've got a handwritten note here, Exhibit Number 9. What's that?
A It's the same note I've got right here. It's just kind of a summary of --
Q Summary of information?
A Summary of information.
Q I'll go through each of these with you. It looks like at the end here I've got your mortgage statement -- Promissory Note for ICU Chickens, Inc.?