# Exhibit 35

# Deposition of Murphy Farms, LLC

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, MORVATT ENTERPRISES, LLC, WILLIAM RICKARD, SONDRA RICKARD, RICKARD FARMS, LLC, ICU CHICKENS, LLC, WISHBONE POULTRY, DENNIS CLAPP, JOHN PINKSTON, LOI HONG, H & L FARMS, LLC, DOUG BROWN, TIM VINCENT, TLC POULTRY, LLC, POULTRY SPECIALTY SERVICE, LLC, KEITH CRABTREE, CHRISTOPHER BURCH, MIKE MURPHY, MURPHY FARMS, LLC, and CALVIN LEISURE,

Plaintiffs,

v. NO. 4:15-cv-00077

TYSON CHICKEN, INC., et al.,

Defendants.

______________________

30(b)(6) DEPOSITION OF
MURPHY FARMS, LLC/TONYA G. MURPHY
SEPTEMBER 10, 2018

- - - -

Deposition of MURPHY FARMS, LLC/TONYA G. MURPHY held at 19 North Main Street, Madisonville, Kentucky, commencing at 11:35 a.m., on the above date, before Gina Hawkins, Registered Professional Reporter and Certified Realtime Reporter.

Page 2

I N D E X

| WITNESS | PAGE |
|---|---|
| MURPHY FARMS, LLC/TONYA G. MURPHY | |
| Examination by Mr. Tatum | 4 |

EXHIBITS

| Number | | |
|---|---|---|
| 1 | Notice of Video Deposition Duces Tecum of Plaintiff Murphy Farms, LLC Pursuant to Fed.R.CIV.P. 30(b)(6) | 11 |
| 2 | Summary of Gross and Net Profits | 12 |
| 3 | Profit and Loss Statements | 14 |
| 4 | Handwritten Notes | 14 |
| 5 | Find Report | 14 |
| 6 | Start Up Costs List | 14 |

Page 3

A P P E A R A N C E S

John C. Whitfield, Esquire
WHITFIELD, BRYSON & MASON, LLP
(Appearing on behalf of the Plaintiffs)
19 North Main Street
Madisonville, Kentucky 42431
270.821.0656
john@wbmllp.com

Mark C. Tatum, Esquire
SHOOK, HARDY & BACON, LLP
(Appearing on behalf of the Defendants)
2555 Grand Blvd.
Kansas City, Missouri 64108
816.474.6550
mtatum@shb.com

Page 4

WHEREUPON,
MURPHY FARMS, LLC/TONYA G. MURPHY
was called as a witness and, after having been first duly sworn, was deposed and testified as follows:

EXAMINATION

BY MR. TATUM:
Q Would you state your full name, please?
A Tonya G. Murphy.
Q Have you ever given a deposition before?
A No.
Q We won't be here too long. I'll just ask you some questions about this depo notice we're dealing with here, and hopefully we'll work through it and go through your documentation and that sort of thing.
Mike is your husband?
A Yes.
Q You're here to testify on behalf of Murphy Farms, LLC; right?
A Yes.
Q What's your role at Murphy Farms, LLC?
A Vice president and bookkeeper, and I used to run the farm. I ran the farm for four years.
Q When you say "run the farm," what do you mean?
A I did everything. You name it, I did it. He worked while I tried to keep the farm from going into

Page 9

Q As far as how to record?
A Yeah, or is there a tax advantage to this, or should I buy that or wait until the next year to buy that.
Q Who are the members and managers of Murphy Farms, LLC?
A Tonya and Mike Murphy.
Q No other?
A No.
Q Who is the manager?
A Mike.
Q You guys are the sole owners?
A Yes.
Q When was Murphy Farms, LLC created?
A December of 2006.
Q Is that when you got into the chicken business?
A Yes.
Q So it was created to do that?
A Yes.
Q What is the business of Murphy Farms, LLC?
A Poultry.
Q Does it have any other business interest?
A No. That's plenty.
Q Do you have any other businesses that you are involved in or your family is involved in, you and Mike?
A Some real estate rental.

Page 10

Q Is that operated under a different company name?
A Yes.
Q What's that company name?
A Dogwood Enterprises.
Q How long has Dogwood Enterprises been in business?
A A year or two.
Q And it has rental property?
A Just one or two, yes.
Q Houses, is that what we're talking about?
A Yeah.
Q Are you the bookkeeper for that too?
A Yes.
Q Are you and Mike the members and managers of Dogwood Enterprises?
A Yes.
Q No one else?
A Nobody else.
Q Do the rental properties have anything to do with the chicken business?
A Nothing.
Q Does Murphy Farms, LLC have any income other than from the poultry business?
A Hmm-mm.
Q Do any expenses run through it other than related to the poultry business?
A No.
(Exhibit 1 was marked for identification.)

Page 11

BY MR. TATUM:
Q You're testifying today on behalf of Murphy Farms, LLC in relation to a notice that I marked as Exhibit 1. You're familiar with that?
A Yes.
Q You've looked at this notice before and the topics?
A Yes.
Q So you're designated as the person on behalf of the company that can answer questions in relation to these topics. Do you understand that?
A Yes.
Q There's seven topics here. Are there any topics on this notice you're not prepared to testify to today? You're welcome to take a look at it.
A Just Number 7.
Q You don't have any testimony on Topic 7?
A No.
MR. TATUM: Do they have the same limitation as the others?
MR. WHITFIELD: For purposes of the record, I'll state that Murphy Farms, LLC will not bring individual claims relative to operation of this specific company, although like the other clients we have in this litigation, they'll be bringing a damage claim based on pleadings filed thus far in this case and will provide expert testimony as to the damages they claim in this litigation.

Page 12

MR. TATUM: In relation to the 30,000-foot --
MR. WHITFIELD: Exactly. We've been talking about it as the 30,000-foot calculation, so that's what they're going to be utilizing in this case.
MR. TATUM: I probably should have asked you, John, does that apply to all the named plaintiffs?
MR. WHITFIELD: It will.
BY MR. TATUM:
Q You've brought some documents with you today that I assume were to help you answer some questions based on this depo notice?
A Yes.
Q I'm going to go through them with you and make sure I understand what they are, compartmentalize them in the right category and that sort of thing.
It looks like the first one I'll mark is Exhibit No. 2.
(Exhibit 2 was marked for identification.)