# Exhibit 36

# Deposition of TLC Poultry, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, MORVATT ENTERPRISES, LLC, WILLIAM RICKARD, SONDRA RICKARD, RICKARD FARMS, LLC, ICU CHICKENS, LLC, WISHBONE POULTRY, DENNIS CLAPP, JOHN PINKSTON, LOI HONG, H & L FARMS, LLC, DOUG BROWN, TIM VINCENT, TLC POULTRY, LLC, POULTRY SPECIALTY SERVICE, LLC, KEITH CRABTREE, CHRISTOPHER BURCH, MIKE MURPHY, MURPHY FARMS, LLC, and CALVIN LEISURE,

Plaintiffs,

v. NO. 4:15-cv-00077

TYSON CHICKEN, INC., et al.,

Defendants.

______________________________

30(b)(6) DEPOSITION OF
TLC POULTRY/TIMOTHY VINCENT
SEPTEMBER 10, 2018

- - - -

Deposition of TLC POULTRY/TIMOTHY VINCENT held at 19 North Main Street, Madisonville, Kentucky, commencing at 11:35 a.m., on the above date, before Gina Hawkins, Registered Professional Reporter and Certified Realtime Reporter.



I N D E X


| WITNESS | PAGE |
|---|---|
| TLC POULTRY/TIMOTHY VINCENT | |
| Examination by Mr. Tatum | 4 |


______________________________

EXHIBITS


| Number | | |
|---|---|---|
| 1 | Notice of Video Deposition of Duces Tecum of Plaintiff TLC Poultry, LLC Pursuant to Fed.R.CIV.P. 30(b)(6) | 7 |
| 2 | Summary of Income and Expenses | 10 |
| 3 | Tax Asset Detail | 16 |
| 4 | Mortgage Documents | 26 |
| 5 | Handwritten Notes | 37 |
| | (Retained by Attorney Tatum) | |




A P P E A R A N C E S

John C. Whitfield, Esquire
WHITFIELD, BRYSON & MASON, LLP
(Appearing on behalf of the Plaintiffs)
19 North Main Street
Madisonville, Kentucky 42431
270.821.0656
john@wbmllp.com

Mark C. Tatum, Esquire
SHOOK, HARDY & BACON, LLP
(Appearing on behalf of the Defendants)
2555 Grand Blvd.
Kansas City, Missouri 64108
816.474.6550
mtatum@shb.com



WHEREUPON,
TLC POULTRY/TIMOTHY VINCENT
was called as a witness and, after having been first duly sworn, was deposed and testified as follows:

EXAMINATION

BY MR. TATUM:
Q Would you state your full name, please?
A Timothy Earl Vincent.
Q And do you understand you're here to testify on behalf of TLC Poultry, LLC?
A I am.
Q And you are the owner of TLC Poultry?
A I am.
Q Are there any other members or managers?
A My wife, Lisa Elaine Vincent.
Q She's a member of it?
A Yeah.
Q Just you two otherwise?
A Mm-hmm.
Q When was TLC Poultry formed?
A That's a good question. We were thinking sometime in 2010.
Q What does TLC Poultry operate?
A Just the poultry operation.
Q In other words, you're a poultry business as a

Page 5

chicken grower?
A Mm-hmm.
Q How many houses does it operate?
A Just four.
Q Do you have any other poultry businesses?
A I do have the Poultry Specialty Services.
Q That's your spray business?
A It is.
Q You only own four houses, right, total?
A Right.
Q Did you ever have any more than that?
A I did.
Q How many did you have?
A Four more.
Q And remind me what happened to those other four.
A Bought those in -- let's see. I've got this somewhere. I think I bought those in '06 and sold them in '09, maybe '10, about five years.
Q Have you always been with Tyson as a grower?
A No.
Q Who are you with now?
A Tyson.
Q When did you join Tyson?
A Hudson. We built in '97 with Hudson, and of course about a year later Tyson bought them out, and I was

Page 6

with them up until '04 or so, then I went to Perdue for about five years, then I came back to Tyson.
Q So you've been with Tyson since about 2010?
A Mm-hmm.
Q Only four houses with Tyson?
A Well, we were looking. Evidently I sold the other houses right at the beginning or so, first quarter or so of 2010 because I did have some income from the other houses at the beginning of 2010.
Q Those other four houses, it looks like you bought those while you were with Perdue?
A I did.
Q So just to sum up, TLC Poultry, LLC, currently operates four houses with Tyson since about 2010?
A Right.
Q And then it also prior to that you operated those four houses with Perdue for about five years since 2004, and then prior to that you were with Tyson with those same four houses?
A Correct.
Q Do you know when you -- you built them in '97, right?
A Those that I have now I built in '97.
Q '97 to the present with these four houses?
A Right.

Page 7

Q What's the common name you use for these four houses, an address or farm?
A TLC.
Q What's the address?
A 1835 Brooks Schoolhouse Road.
Q What's the size of those four houses, square footage?
A They are 43 by 460. They're the smaller houses. I think there's 17, 9.
Q Somewhere around 17,900 square feet?
A Yeah.
That first question you asked me about when the LLC was organized, here it is, January of '09.
Q So any expenses and so forth you had in relation to the other four houses with Perdue, that didn't have anything to do with Tyson; right?
A No.
Q No startup costs, no upgrade costs, nothing like that?
A No.
(Exhibit 1 was marked for identification.)
BY MR. TATUM:
Q This is a Notice of Deposition that's the reason you're here today. I've marked it as Exhibit 1. It's got seven topics.

Page 8

Are you the person designated on behalf of TLC to testify about those seven topics?
A I am.
Q You've seen this notice before?
A Mm-hmm.
MR. TATUM: Is he testifying on Topic 7, John?
MR. WHITFIELD: No, he's not. For purposes of the record, I'll say that TLC Poultry, LLC, there will be no individual claims as to particular damage in regard to this case.
There will be a claim of damage from what I'm generically calling the 30,000-foot level, which our experts will opine as to. But for any individual claims, he will not.
And thus for purposes of today's deposition, he will not be testifying in regard to Item 7.
BY MR. TATUM:
Q It looks like you've brought some documents with you and some notes to help you with your testimony?
A Sure.
Q Do you have copies of those?
MR. WHITFIELD: I do.
MR. TATUM: It's easiest for me to just ask you what they are. It streamlines everything.
MR. WHITFIELD: Sure.