# Exhibit 37

# Notice of Video Deposition, Duces Tecum, of Plaintiff ICU Chickens, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| CHARLES MORRIS, MORVATT ENTERPRISES, LLC, WILLIAM RICKARD, SONDRA RICKARD, RICKARD FARMS, LLC, ICU CHICKENS, LLC, WISHBONE POULTRY, DENNIS CLAPP, JOHN PINKSTON, LOI HONG, H & L FARMS, LLC, DOUG BROWN, TIM VINCENT, TLC POULTRY, LLC, POULTRY SPECIALTY SERVICE, LLC, KEITH CRABTREE, CHRISTOPHER BURCH, MIKE MURPHY, MURPHY FARMS, LLC, and CALVIN LEISURE, | ) | |
| Plaintiffs, | ) | Case No. 4:15-cv-00077 |
| v. | ) | Judge: Honorable Joseph H. McKinley |
| TYSON CHICKEN, INC., *et al.*, | ) | |
| Defendants. | ) | |

**NOTICE OF VIDEO DEPOSITION, *DUCES TECUM*,**
**OF PLAINTIFF RICKARD FARMS, LLC**
**PURSUANT TO FED. R. CIV. P. 30(b)(6)**

TO: RICKARD FARMS, LLC.

**PLEASE TAKE NOTICE** that the Defendants in the above-captioned proceeding will conduct the deposition, *duces tecum,* of Plaintiff RICKARD FARMS, LLC, on a date as agreed to by the parties, or no later than the close of the current discovery period, at 9:30 a.m. CST, at Whitfield Bryson & Mason, LLP, 518 Monroe Street, Nashville, Tennessee 37208.

The deposition will be conducted pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. The matters for examination are set forth below with particularity. The documents and

8707202 v1

EXHIBIT
tabbies
41
9-10-18

things comprising the *duces tecum* component of the deposition are identified in Attachment "A." Pursuant to Rule 30(b)(6), Rickard Farms, LLC shall designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf.

The deposition shall be recorded by stenographic and audiovisual means and taken before a person authorized by law to administer oaths. The deposition will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

**MATTERS FOR EXAMINATION**

1. An itemization of the gross revenue you have earned through the poultry business, on an annual basis, from 2010 to the present.

2. An itemization of the gross and net profits you have earned through the poultry business, on an annual basis, from 2010 to the present.

3. An itemization of all expenses of any kind, including type of expense and amounts, you have incurred, on an annual basis, in relation to poultry operations from 2010 to the present.

4. An itemization of all start-up costs you incurred to enter the poultry business, including amounts, terms of any financing, payoff dates and amounts paid or outstanding, and current status of any such debt.

5. An itemization of any re-financing costs you have incurred in relation to the poultry business, including amounts refinanced, terms of any such refinancing, payoff dates and amounts paid or outstanding, and current status of any such debt.

6. An itemization of all upgrades you have ever made in relation to the poultry business to your farms or chicken houses, including all amounts paid for any such upgrades, the dates of such upgrades, the terms of any such financing and current status of such financing, payoff dates and amounts paid or outstanding.

7. An itemization of the damages you allege to have incurred as result of the matters in this lawsuit, including the basis for those alleged damages, how incurred, when incurred, how calculated, and the dollar amounts so claimed.

End of Subject Matters

Submitted this 1st day of May, 2018.

Dated: May 1, 2018

Respectfully submitted,

By: */s/ Mark C. Tatum*

SHOOK, HARDY & BACON LLP

Robert T. Adams, Mo. Bar No. 34612*
Mark C. Tatum, Mo. Bar No. 50082*
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
mtatum@shb.com
rtadams@shb.com
**admitted pro hac vice*

and

Marc Wells
209 West Main Street
P.O. Box 644
Princeton, Kentucky 42445
Telephone: 270-365-5576
Facsimile: 270-365-5578
marcwells.atty@yahoo.com

*ATTORNEYS FOR DEFENDANTS*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2018, I served the foregoing document via electronic mail to the following counsel of record:

WHITFIELD, BRYSON & MASON, LLP
John Whitfield
19 North Main Street
Madisonville, KY 42431
john@wbmllp.com

BUTLER FARM & RANCH LAW GROUP, PLLC
J. Dudley Butler
499A Breakwater Drive
Benton, MS 39039
jdb@farmandranchlaw.com

PUBLIC JUSTICE, P.C.
David S. Muraskin
1825 K. St. N.W., Suite 200
Washington, D.C. 20006
dmuraskin@publicjustice.net

*/s/ Mark C. Tatum*
ATTORNEY FOR DEFENDANTS

**ATTACHMENT "A"**

**DOCUMENTS TO BE PRODUCED**

1. All documents containing any itemization identified within Subject Matters 1-7.