# Exhibit 41

# Broiler Contracts of Douglas Brown

# (FILED UNDER SEAL)