# Exhibit 42

# Broiler Contract of Christopher Burch

# (FILED UNDER SEAL)