# Exhibit 43

# Broiler Contract of Dennis Clapp

# (FILED UNDER SEAL)