# Exhibit 44

# Broiler Contracts of Keith Crabtree

# (FILED UNDER SEAL)