# Exhibit 45

# Broiler Contract of Loi Hong

# (FILED UNDER SEAL)