# Exhibit 47

# Pictures of Loi Hong's Farm

TYSON_167589




EXHIBIT
PX 2
8-21-18

TYSON_167590



TYSON_167591



TYSON_167592



TYSON_167593



TYSON_167594




HHL House 8
pulverized litter


HtL house 8
pulvarized litter-
foot prints - wet


HHL house 8
pulverized litter
foot prints - wet

TYSON_167598



TYSON_167599



TYSON_167600



TYSON_167601



TYSON_167602



TYSON_167603



TYSON_167604



TYSON_167605



TYSON_167606



TYSON_167607





TYSON_167609





TYSON_167611



TYSON_167612









TYSON_167616



TYSON_167617



TYSON_167618



TYSON_167619



TYSON_167620



TYSON_167621

