# Exhibit 50

# Broiler Contracts of Calvin Leisure

# (FILED UNDER SEAL)