# Exhibit 51

# Broiler Contracts of Charles Morris

# (FILED UNDER SEAL)