# Exhibit 53

# Broiler Contracts of Michael Murphy

# (FILED UNDER SEAL)