# Exhibit 54

# Broiler Contract of John Pinkston

# (FILED UNDER SEAL)