# Exhibit 55

# John Pinkston Mortality Cards

16

# TYSON FOODS

NAME [illegible] DATE STARTED [illegible]

HOUSE # [illegible] CHICKS STARTED [illegible]

FINAL MORTALITY 989

EST. HEAD SOLD 22,111

FEED REMAINING

## DAILY MORTALITY RECORDS

| CULLED / DIED | Fr | Sat | Sun | M | Tu | W | Th | TOTAL WEEK | TOTAL TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| IN | | | | | | | | | |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | 65 | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | 96 | 989 |
| 8 | | | | | | | | | |

## WATER CONSUMPTION RECORD

| DAY | METER READING | GALLONS USED |
|---|---|---|
| IN | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 48 | | |
| 49 | | |
| 50 | | |
| 51 | | |
| 52 | | |
| 53 | | |
| 54 | | |
| 55 | | |
| 56 | | |
| 57 | | |
| 58 | | |
| 59 | | |
| 60 | | |

| DATE | TIME | ALARM | LITTER | FEED | WATER | VENT. | TEMP | REMARKS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Start brooders 24 hrs. BEFORE chick delivery. Baby chicks need 106 floor temperatures 2" above litter at edge of stove. Set brooder thermostats for coldest part of the day. Check alarms periodically. Keep culls out. Never use pesticides or rodentcides without company approval.

### ROOM TEMPERATURE

| COLD WEATHER | | WARM WEATHER |
|---|---|---|
| | BROODING | |
| 76°F - 82°F | WEEK 2 | 82°F - 85°F |
| 78°F - 82°F | WEEK 3 | 79°F - 82°F |
| 74°F - 78°F | WEEK 4 | 74°F - 79°F |
| 70°F - 74°F | WEEK 5 | 70°F - 74°F |

# TYSON FOODS

NAME ____________ DATE STARTED ____________

HOUSE # ____________ CHICKS STARTED ____________

FINAL MORTALITY 1,541

EST. HEAD SOLD 21,559

FEED REMAINING ____________

## DAILY MORTALITY RECORDS

| CULLED / DIED | | | | | | | | TOTAL WEEK | TOTAL TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| IN | 0 | | | | | | | | |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | 90 | 1541 |
| 8 | | | | | | | | | |

| DATE | TIME | ALARM | LITTER | FEED | WATER | VENT. | TEMP | REMARKS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Start brooders 24 hrs. BEFORE chick delivery. Baby chicks need 106 floor temperatures 2" above litter at edge of stove. Set brooder thermostats for coldest part of the day. Check alarms periodically. Keep culls out. Never use pesticides or rodentcides without company approval.

## WATER CONSUMPTION RECORD

| DAY | METER READING | GALLONS USED |
|---|---|---|
| IN | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |
| 39 | | |
| 40 | | |
| 41 | | |
| 42 | | |
| 43 | | |
| 44 | | |
| 45 | | |
| 46 | | |
| 47 | | |
| 48 | | |
| 49 | | |
| 50 | | |
| 51 | | |
| 52 | | |
| 53 | | |
| 54 | | |
| 55 | | |
| 56 | | |
| 57 | | |
| 58 | | |
| 59 | | |
| 60 | | |

## ROOM TEMPERATURE

| COLD WEATHER | BROODING | WARM WEATHER |
|---|---|---|
| 78°F - 82°F | WEEK 2 | 82°F - 85°F |
| 78°F - 82°F | WEEK 3 | 78°F - 82°F |
| 74°F - 78°F | WEEK 4 | 74°F - 78°F |
| 70° | | 70°F - 74°F |

# TYSON FOODS

FINAL MORTALITY 1396

EST. HEAD SOLD 21704

FEED REMAINING ______

NAME [illegible] DATE STARTED [illegible]

HOUSE # [illegible] CHICKS STARTED [illegible]

## DAILY MORTALITY RECORDS

| CULLED / DIED | | | | | | | | TOTAL WEEK | TOTAL TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| IN | 0 | [illegible] | | [illegible] | | [illegible] | | | |
| 1 | | | | | | | | | |
| 2 | | | | | | | 10 | | [illegible] |
| 3 | | | | | | 13 / 7 | 9 | | [illegible] |
| 4 | 5 / 6 | | | | | [illegible] | 15 / 8 | | 144 |
| 5 | | 25 | | | 24 | | | 18 | 184 / 963 |
| 6 | 15 | | | | 10 / 17 | | 24 | | [illegible] |
| 7 | 10 | 5 | | | | | | 200 | 1396 |
| 8 | | | | | | | | | |

| DATE | TIME | ALARM | LITTER | FEED | WATER | VENT. | TEMP | REMARKS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## WATER CONSUMPTION RECORD

| DAY | METER READING | GALLONS USED |
|---|---|---|
| IN | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |
| 39 | | |
| 40 | | |
| 41 | | |
| 42 | | |
| 43 | | |
| 44 | | |
| 45 | | |
| 46 | | |
| 47 | | |
| 48 | | |
| 49 | | |
| 50 | | |
| 51 | | |
| 52 | | |
| 53 | | |
| 54 | | |
| 55 | | |
| 56 | | |
| 57 | | |
| 58 | | |
| 59 | | |

Start brooders 24 hrs. BEFORE chick delivery. Baby chicks need 106 floor temperatures 2" above litter at edge of stove. Set brooder thermostats for coldest part of the day. Check alarms periodically. Keep culls out. Never use pesticides or rodentcides without company approval.

### ROOM TEMPERATURE

| COLD WEATHER | BROODING | WARM WEATHER |
|---|---|---|
| 78°F - 82°F | WEEK 2 | 82°F - 85°F |
| 73°F - 82°F | WEEK 3 | 78°F - 82°F |
| [illegible] | WEEK 4 | 74°F - 78°F |
| 70°F - 74°F | WEEK 5 | [illegible] |
| 68°F - 70°F | WEEK 6 | 70°F |

Rev. 10/12 6662

# TYSON FOODS

NAME ______________ DATE STARTED ______________

HOUSE # ______________ CHICKS STARTED ______________

FINAL MORTALITY 1,342

EST. HEAD SOLD 21,458

FEED REMAINING ______________

## DAILY MORTALITY RECORDS

| CULLED / DIED | | | | | | | | TOTAL WEEK | TOTAL TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| IN | 6 | 27 | 16 | [illegible] | [illegible] | [illegible] | [illegible] | 585 | [illegible] |
| 1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 15 | 244 | 301 / 586 |
| 2 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 7 | [illegible] | [illegible] | [illegible] |
| 3 | 10 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 70 / 916 |
| 4 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 5 | [illegible] | 87 / 1003 |
| 5 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 125 / 1128 |
| 6 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 181 / 1199 |
| 7 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 35 | [illegible] | 53 | 1,342 |
| 8 | | | | | | | | | |

| DATE | TIME | ALARM | LITTER | FEED | WATER | VENT. | TEMP | REMARKS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 25 | | | | | | | | |
| | | | | | | | | |

### WATER CONSUMPTION RECORD

| DAY | METER READING | GALLONS USED |
|---|---|---|
| IN | [illegible] | |
| 1 | [illegible] | |
| 2 | [illegible] | |
| 3 | [illegible] | |
| 4 | [illegible] | |
| 5 | [illegible] | |
| 6 | [illegible] | |
| 7 | [illegible] | |
| 8 | 34 [illegible] | |
| 9 | | |
| 10 | [illegible] | |
| 11 | | |
| 12 | [illegible] | |
| 13 | [illegible] | |
| 14 | | |
| 15 | [illegible] | |
| 16 | [illegible] | |
| 17 | [illegible] | |
| 18 | [illegible] | |
| 19 | [illegible] | |
| 20 | [illegible] | |
| 21 | [illegible] | |
| 22 | [illegible] | |
| 23 | [illegible] | |
| 24 | [illegible] | |
| 25 | [illegible] | |
| 26 | | |
| 27 | [illegible] | |
| 28 | [illegible] | |
| 29 | [illegible] | |
| 30 | [illegible] | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | [illegible] | |
| 38 | | |
| 39 | | |
| 40 | | |
| 41 | | |
| 42 | | |
| 43 | | |
| 44 | | |
| 45 | | |
| 46 | | |
| 47 | | |
| 48 | | |
| 49 | | |
| 50 | | |
| 51 | | |
| 52 | | |
| 53 | | |
| 54 | | |
| 55 | | |

### ROOM TEMPERATURE

| COLD WEATHER | BROODING | WARM WEATHER |
|---|---|---|
| 78°F - 84°F | WEEK 2 | 82°F - 85°F |
| 76°F - 82°F | WEEK 3 | 78°F - 82°F |
| [illegible] | [illegible] | 74°F - 78°F |
| 70°F - 74°F | WEEK 5 | 70°F - 74°F |
| 68°F - 70°F | WEEK 6 | 70°F |

Start brooders 24 hrs. BEFORE chick delivery. Baby chicks need 106 floor temperatures 2" above litter at edge of stove. Set brooder thermostats for coldest part of the day. Check alarms periodically. Keep culls out. Never use pesticides or rodenticides without company approval.

Rev. 10/12 6662