# Exhibit 57

# Broiler Contracts of Morgan Rickard

# (FILED UNDER SEAL)