# Exhibit 59

# Broiler Contracts of Timothy Vincent

# (FILED UNDER SEAL)