**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| CHARLES MORRIS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:15-cv-00077 |
| v. | ) | |
| | ) | Judge: Joseph H. McKinley, Jr. |
| TYSON CHICKEN, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANT TYSON CHICKEN INC.'S MOTION FOR SUMMARY JUDGMENT**

Upon Motion by the Defendants, having reviewed the papers submitted, and the Court being otherwise duly and sufficiently advised:

IT IS ORDERED BY THE COURT that summary judgment is **GRANTED** on all Plaintiffs' remaining counts (Count I – PSA, Count II – Breach of Contract, Count IV – Breach of the Implied Covenant of Good Faith and Fair Dealing, Count V – Fraud), for all remaining Plaintiffs as to defendant **TYSON CHICKEN, INC**.

This _______ day of _________________________, 2020.

___________________________________

United States District Court Judge

Prepared by:

Respectfully submitted,
By: */s/ Mark C. Tatum*
SHOOK, HARDY & BACON LLP
Robert T. Adams, Mo. Bar No. 34612*
Mark C. Tatum, Mo. Bar No. 50082*
Steve Soden, Mo. Bar No. 41917*
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
mtatum@shb.com
rtadams@shb.com
**admitted pro hac vice*

Marc Wells
209 West Main Street
P.O. Box 644
Princeton, Kentucky 42445
Telephone: 270-365-5576
Facsimile: 270-365-5578
marcwells.atty@yahoo.com

*ATTORNEYS FOR DEFENDANTS*