# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| CHARLES MORRIS, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>TYSON CHICKEN, INC., ET AL.<br><br>Defendants. | Civil Action No. 4:15-cv-00077<br><br>Judge: Joseph H. McKinley, Jr. |

ORAL AND VIDEO DEPOSITION OF DAVID DICKEY

The oral and video deposition of David Dickey, taken pursuant to Notice on the 20th day of September, 2018, at the hour of 9:00 a.m., at the law offices of Whitfield, Bryson & Mason, LLP, 19 North Main Street, Madisonville, Kentucky, before me, Andrea Riggs, Court Reporter, and Notary Public in and for the State of Kentucky at Large, to be used for any and all purposes allowed by the Kentucky Rules of Civil Procedure.

Andrea Riggs
Court Reporter
195 Lake Scene Drive
Eddyville, Kentucky 42038
(270) 206-0720
amriggs007@aol.com

Q. Okay. So you got your Bachelors degree in agribusiness December of '92; is that fair?
A. Yes, sir.
Q. Okay. Do you have any other education -- any secondary education, anything like that -- besides the agribusiness degree at Arkansas Tech?
A. No, sir.
Q. Fair enough. Do you have any certifications of any sort? For example, I'm a member of the Kentucky, Tennessee, and Missouri Bar Association --
A. No, sir.
Q. Nothing like that?
A. No.
Q. Okay. Now, let's talk about your family farm. I think you indicated that you grew up on a farm?
A. Yes, sir.
Q. Okay. Where would that have been?
A. My parents' farm -- as a child -- was in Danville, Arkansas. The family operation that I was really involved with from sixth grade until when I graduated was my mother's brother, which would have been my uncle's Angus farm and poultry operation farm.
Q. Okay. Now, what were your parents' names?
A. My real father passed away just prior to my turning two years of age. When I was four, my mom

typical size of pullet houses?
A. It just depends on the location.
Q. Okay. And let's say in a 40' x 400' house, how many pullet hens would be grown typically?
A. It would just depend on what the density they're placed at.
Q. What typically is density placed at?
A. Roughly 1.33 birds.
Q. Okay. 1.33 birds; what do you mean by that?
A. Per square foot.
Q. Per square foot. I've got it. Okay. And, if you know, are pullet operations -- at least with Tyson -- paid on the square foot?
A. Pardon?
Q. At least with Tyson, are pullet operations -- if you contract with Tyson Foods to run a pullet operation, is that paid by the square foot?
A. Yes, sir.
Q. So the tournament system is not used with a pullet system?
A. Correct.
Q. Okay. And then you've got breeder operations?
A. Yes, sir.
Q. Now, tell somebody watching this what a breeder operation is.

A. Yes.
Q. And are there Tyson employees that also may have breeder operations?
A. Yes.
Q. Okay. And are the breeder operations paid by square foot?
A. No, sir.
Q. They're paid by tournament?
A. No, sir, they're paid by -- they pay like per dozen eggs.
Q. Paid by the egg?
A. Yes.
Q. Okay. So per dozen eggs produced, then that person would get "X" amount of dollars?
A. Right.
Q. Okay. So the tournament system is not used with the breeder operations?
A. Correct.
Q. Okay. Is there any difference in the contracts in the breeder situation with somebody that is a Tyson employee versus a non-Tyson employee? Any change in the terms --
A. Pardon me?
Q. In the previous situation, I think I heard you tell me that you would have people -- Tyson employees --

they're collected for processing at whatever age the location is, whatever the kill age is.

Q. Okay. When you say, "day of age," what does that mean?

A. That they've just hatched that day.

Q. Got it. All right. So if they're just hatched that day, there'll be chicks, then would the chicks then be sent to a broiler facility for growing?

A. Yes, sir.

Q. And would they be sent that day?

A. Yes, sir.

Q. Okay. And, typically, what is the cycle for the growing of these chicks until they are gathered back up?

A. I don't understand what you're referring to as, "the cycle."

Q. Okay. How long would typically these chicks grow until they're taken back by Tyson Foods?

A. So, roughly, we place at day of age, and they are reared until our average kill age -- right now is 53 days.

Q. Got it. So that's the average kill day?

A. Yes, sir.

Q. All right. And it's also true -- is it not? -- then that broiler operations are done by contract, as well?

A. Yes, sir.
Q. And you may have Tyson employees that are -- have contracts with Tyson itself for the broiler operation?
A. Yes, sir.
Q. Okay. And the broiler system is based on a tournament type setup, correct?
A. The weekly settlement is, yes.
Q. Yea, and so is it fair for me to assume that those people that contract with Tyson to grow broilers, as you've just described, would be subject to the tournament system itself?
A. Yes, if they're on that tournament contract.
Q. Okay. Are there other types of broiler contracts?
A. We have a performance contract where they're paid on a 52-week average.
Q. Okay. Explain to me what that means -- 52-week average.
A. So they're just -- everything is calculated per the contract on how that contract pays.
Q. All right. So let's back up. In the broiler setup, you've got independent contractors that contract with Tyson in the growing of these broilers, and that contract would be based on the tournament system, is one way?

Hartley, the Complex Controller in accounting.
Q. And we learned about Amber, I think, yesterday a little bit. Amber is head of accounting --
A. Yes.
Q. -- at the Robards facility?
A. Yes, sir.
Q. And do you know how many people work underneath her or at her direction?
A. Possibly six.
Q. Okay. Is Amber a CPA, or do you know?
A. I'm pretty sure she is.
Q. How long has she been with the company?
A. Several years. I believe she was a broiler clerk as she was going to college to get her degree.
Q. And would you happen to know what responsibilities the Accounting Department under Amber has?
A. So they're preparing the settlements for the weekly broiler pay; and then there is a breeder side, which is preparing; you have the weekly pay for your pullet producers; and then the pay for your breeders.
Q. Now, are you familiar with how in regard to the broiler pay that the Accounting Department determines who gets what?
A. What do you mean, "who gets what"?

speculation.
Q. (By Mr. Whitfield:) If you know.
A. I don't know.
Q. Okay. Are you ever involved with individuals that may be subject to a tournament in regard to reviewing the inputs in any given tournament? Do you do that?
A. I review all of the data on each contract.
Q. What do you mean by that -- data on each contract?
A. Just reviewing, you know, the way everything is calculated to ensure there's no errors.
Q. Okay. How often do you do that?
A. Weekly.
Q. Okay. And so what are you looking at weekly?
A. Just the pay, the pounds, just, you know, doing it like a review audit to ensure everything's calculated correctly.
Q. Typically, how many tournaments in a week will take place at the Tyson facility?
A. Well, there's only one tournament contract. As far as number of producers settling in a week, it could be roughly 8 to 12 in a week.
Q. Got it. Okay. And that's a good point. So 8 to 12 -- when I say, "tournaments," I'm talking about --

A. Uh-huh.
Q. Is that yes?
A. Yes.
Q. Okay. And we learned in depositions in this case that there is a computer algorithm within the Tyson programs that determines who these ten individuals will be in any settlement period?
MR. TATUM: Objection, misstates evidence.
THE WITNESS: I would not agree with that.
Q. (By Mr. Whitfield:) Okay. Then tell me how it is that 10 or 12 or how many other people end up in any settlement period in a tournament based system? How do they --
A. They're sold by bird age.
Q. By bird age?
A. Uh-huh, by who is next to kill by the placement schedule from the previous week, the last farm to sell, and then by your placement schedule, who would be next in age.
Q. Okay. So --
A. And then that's the same revolving procedure by the chick placement schedule by -- they're booked back by who has last sold.
Q. Right. So then if I'm looking at a settlement sheet or recap sheet that has ten growers in it, am I to

assume that those were the next ten individuals whose birds were ready to be picked up?

A. Yes, sir.

Q. Okay. So that's how you determine it?

A. Yes.

Q. And so then there is no predetermined algorithm or computer module that picks these ten to be in this hypothetical settlement that I'm talking about?

A. I've already explained the broiler clerk makes the kill schedule by the previous week's kill. It's just revolving each week.

Q. So it's just the next ten to be killed?

A. Yes.

Q. And then the next ten will be in that tournament?

A. Yes.

Q. And the next ten will be in that tournament?

A. Yes.

Q. All right. That clears that up for me. I got off track. I'm sorry. We were talking about the communications up the chain to corporate --

A. Yes, sir.

Q. You told me about that Mr. Chapman would report to Mr. Graves?

A. Yes, sir.

Q. Then who would Mr. Graves report to?

A. Doug Ramsey.
Q. Okay. And who is Doug Ramsey?
A. Doug Ramsey is over all of the poultry side.
Q. What is his title?
A. I cannot remember his title right off the top of my head. I apologize.
Q. All right.
A. And then Doug would report to the President or CEO, Tom Hanks.
Q. Tom Hanks. Okay. And that is the chain of command?
A. Yes, sir.
Q. The players may have changed over the years, but that setup is basically the same?
A. Correct.
Q. All right. Now, the Robards facility also has a dog food plant next to it?
A. River Valley Rendering, yes.
Q. It's called River Valley Rendering?
A. Yes, sir.
Q. Okay. River Valley Rendering -- let's talk about that. Who owns River Valley Rendering?
A. I believe it is owned by Tyson Foods.
Q. Okay. And do you know whether or not it's a separate company?

A. I do not know.

Q. Okay. And how close is the River Valley Rendering plant to the Tyson Robards plant?

A. They're within the same complex.

Q. Same complex. Okay. And how many people work at River Valley Rendering?

A. I do not know that number.

Q. Do you have any association or do you work with River Valley at all?

A. No, sir.

Q. Okay. Does River Valley Rendering have somebody that is in charge of it, like you are --

A. Yes, his name is Mark Barchesder.

Q. Spell his last name.

A. B-A-R-C-H-E-S-D-E-R -- Barchesder. I'm sorry.

Q. That's all right. What's his technical title?

A. Plant Manager.

Q. All right. And how many people work at River Valley Rendering?

A. I do not know that.

Q. All right. And what does it manufacture?

A. It just -- it is rendering feather, bone --

Q. I'm sorry?

A. Feather; bone; the viscera of the bird; blood.

Q. Okay. And what is the end product?

A. I really don't know what all products they do make. I would assume dog food.

Q. Okay. Does River Valley pay growers for condemned parts?

A. No, that's not in the contract.

Q. Okay. So they do not?

A. No, it's not in the contract. The contract specifies what the grower will be paid.

Q. Okay. And we've talked about the hatcheries. We've talked about the feed mill. The feed mill's close in proximity to the plant?

A. Yes, sir, the complex -- the plant -- is in Henderson County. The feed mill is in Webster County, just across the county line in Sebree.

Q. And the hatchery is where?

A. Calhoun.

Q. You told me that. In McLean County?

A. That's correct, but it has a Calhoun address.

Q. It does. All right. Now, let's talk about upgrades, okay? I'm looking at -- in the topics here that you are here to speak for -- this is 1F, and in this topic, I'm inquiring as to the name of the persons responsible for the decisions to recommend or mandate change, modifications, and/or upgrades to plaintiffs' farms or other poultry operations within the Robards

Q. Okay. And would some type of memo or document be sent out to contractor growers?

A. Oh, yes.

Q. Okay. And then were given that option?

A. Right.

Q. All right. And the --

A. They can say, 'Hey, I want to jump on this,' or, 'No, I'm not interested.'

Q. Fair enough. As far as the breeders are concerned, are you familiar with any other recommended upgrades besides the one you just mentioned that happened about four years ago?

A. No, sir.

Q. Okay. What about broilers? Are you familiar with any -- first off -- mandated broiler upgrades in the last 20 years at the Robards facility?

A. Well, there was a companywide mandatory upgrade -- I can't recall exactly what year; I'm guessing around 2012-ish -- to where the producers would be required to meet 600 foot a minute wind speed; up .13 static pressure; they would need to have "X" number of stir fans; spray on cool cell pads would have to be replaced with 6-inch recirculating cool cells. I don't recall anything else that was on that upgrade.

Q. All right. And that was a mandatory upgrade --

A. I think so, yes.
Q. Okay. And so for purposes of this record, I want to make sure -- when I say, "contract producers" -- when you say, "producers," and when I say, "farmers," we're talking about the same thing?
A. Absolutely.
Q. All right. Thank you. So you --
A. And in that upgrade, the producers were given a letter two years in advance by someone some date two years from now you would be expected to be completely updated with a -- you know, to sign a new contract.
Q. All right. And if you did not do that -- if a contract producer didn't do that, then they would not have their contract renewed?
A. Correct.
Q. Okay. So that's mandatory?
A. Correct.
Q. All right. And what did Tyson do to check to see if a particular contract producer complied with this mandatory upgrade?
A. There was a retro premium checklist.
Q. Okay. And who implemented that? The techs?
A. The Service Techs, yes. They work closely with the producers to ensure everything was ready to roll.
Q. Okay. And are you familiar with some contract

Q. Let's assume that, you know -- make this up -- that Morgan Rickard has some birds that are caught by the contract catchers and they're taken to the plant, then at some point in time, they're taken off the truck and they're put on a line?
A. Yes, sir.
Q. Okay. And we learned yesterday that there is a production line and there's a salvage line, as well; is that right?
A. Yes, sir.
Q. Okay. And then there are FDA people that are at the plant --
A. USDA.
Q. Sorry, yea, USDA people that are at the plant, and then they will make a determination as to whether or not a bird or a part of a bird goes from the production line or to the salvage line?
A. Correct.
Q. Okay. Typically, how many USDA people are at the plant at any given time for this purpose?
A. I do not know that specific number.
Q. Okay. In a general sense, how many are typically there?
A. I do not know a specific number to tell you.
Q. Okay. Well, you're the Live Production

system. Then, for example, we go to "H" -- the details regarding how Tyson determines participants in a given tournament, okay? And what I've done for you in this exercise, I've given to you Exhibits 3 and 4 to the deposition, and take a look at those and see if you've seen documents like that before.

A. Okay. (Witness reading.) These are the same, correct? They're the same week for the same grower.

Q. Yea, I've made a mistake here. Let's go off the record for a second.

(An off-the-record discussion was held.)

Q. (By Mr. Whitfield:) All right. I think maybe I've cleaned this up a little bit. I've given you two documents, David -- 3 and 4 -- that apparently are grower pay recap sheets, and appears to be different growers in each recap?

A. Yes, sir.

Q. Okay. I assume then you have seen documents like this before?

A. Yes, sir.

Q. And I think you told me that you review these documents weekly?

A. Yes, sir.

Q. Okay. And you will do how many reviews of documents like this per week? Eight to 12?

owned farms owned by the company; Category 2, farms owned by farmers on their own, but they may also be Tyson employees.

Q. (By Mr. Whitfield:) Okay. Then let's go through this 3 and 4. I want to make sure I understand how these work. And in regard to 2I(ii) -- actually 2I -- we ask details regarding the payment methods of growers used by Tyson within the tournament system at the Robards complex during the applicable time frame. Now, as I understand it, by looking at Exhibit 3 and Exhibit 4, and based upon your testimony, David, thus far, that there are certain inputs that are utilized in any given settlement -- whether you want to call it tournament; I'll call it tournament; you know what I'm talking about -- and the inputs are at the top, and there are different line items. Let's look at 3, for example. The first one is John W. Pinkston. We learned yesterday that the sex is "S" -- says "S" -- so that's a mixture of male and female birds; is that right?

A. Right.

Q. Okay. Does Tyson have documents that in any given tournament, if we see an "S" there by a contract grower, do they have documents to tell the percentage of the male birds versus the female birds?

A. No, we don't. We don't sex the chicks to have

that information.

Q. Okay. All you know is that there are male and female birds?

A. Right.

Q. Okay. And so is it fair for me to assume that all of the percentages -- at least in this Exhibit 3, for example -- of the nine different contracts here -- nine different contract growers, there may be different percentages for each?

MR. TATUM: Objection, it calls for speculation.

Q. (By Mr. Whitfield:) Or do you know that?

A. There's no way of knowing because they're not sexed individually to have a percentage.

Q. Okay. So you can't tell me then that the percentage of male versus female are all the same either, can we?

A. No, sir.

Q. Okay. So there's no way to know. Is it reasonable to assume that the percentages are not the same?

MR. TATUM: Objection, it calls for speculation.

THE WITNESS: They all have the same genetic potential, so they're going to draw female --

Q. (By Mr. Whitfield:) That's not my question. My question to you is: Is it reasonable to assume that the percentage of male versus female with Mr. Pinkston, for example, won't be the same as Mr. Hatfield's?

MR. TATUM: Same objection.

THE WITNESS: There would be no reason to assume that.

Q. (By Mr. Whitfield:) Okay. Well, I mean -- but do you -- there are no documents that outline their full percentages?

A. No.

Q. And, in fact, it's not relevant to Tyson, is it?

A. No.

Q. Okay. So if it's not relevant to Tyson as to what the percentages are, then they can be widely different; they could be 90/10, male to female, and another person may be 10/90, female to male?

MR. TATUM: Objection, calls for speculation.

Q. (By Mr. Whitfield:) Right?

A. There's no way to know. We're hatching and placing 1,350,000 eggs a week, and you would have to individually sex each chick to know that number.

Q. Okay. And there's no requirement or policy that says if you're going to have male-female mix that it has

to be "X" percentage?

A. No, that's not on the contract.

Q. Okay. And it's not a policy of Tyson, is it?

A. No.

Q. Okay. At slaughter -- when these birds are slaughtered -- the male versus female -- is that considered at all?

A. No.

Q. Okay. So I've learned yesterday what "S" means. Tell me again what "S" means.

A. Pardon me?

Q. What "S" means.

A. Straight run.

Q. Straight run. Straight run, again, is male and female mix?

A. Yes.

Q. Okay. So when they're slaughtered, they're put on the line; there's no differentiation. All right. Now we've got males --

A. Right.

Q. -- here comes the females; that doesn't happen?

A. Absolutely.

Q. Okay. Fair enough. Now, the second line here says, 'Head placed.' Those are the number of birds that were placed for Mr. Pinkston; for example, 91-2?

A. Yes, sir.

Q. Okay. And that's a good thing?

A. Yes, sir.

Q. Okay. Now, in the overall inputs relative to this tournament, is feed conversion an important factor of that?

A. Yes, it's part of the calculation.

Q. Okay. Of all these different inputs, are some inputs more important than other ones?

A. Your livability is very important. I would say your livability would be the most important. If you've got birds that are dying the end of the flock because of whatever reason, and those birds are carrying out, you've got all of that feed in them, so that's going to drive your feed conversion, that's going to drive your overall performance.

Q. Okay. Now, let's talk about the feed conversion. So your total feed, divided by pounds, gives you this number -- the feed conversion?

A. Uh-huh.

Q. Okay. And when you talk about total feed, are you talking about the different types of feed that you taught me about today?

A. The total feed that has been delivered to that farm minus any feed that was reclaimed once the birds

have been caught and processed, and then accredited if there was any reclaimed feed left on the farms. Once the birds -- the barns were depopulated, then that amount would be credited back into this total usage.
Q. And that's already -- that number's already baked in --
A. Yes, it would be credited back in already.
Q. It's already baked into this number?
A. Yes, sir.
Q. Okay. But when you talk about total feed then, you're talking about the time from delivery of the chicks to the time of catching --
A. Yes, sir.
Q. Then that would be your total feed --
A. Uh-huh.
Q. -- but that would also include whether or not a farmer got reclaimed feed, too, right?
A. Pardon me?
Q. In some instances, a contract grower would get reclaimed feed, wouldn't he?
A. Yea, but that really don't have anything to do with it. They're charged for -- I mean, if they receive reclaimed feed, they're going to be -- it's part of their total delivery.
Q. I get that, but my question to you is: When we

settle No. 1.
Q. Okay. Are you familiar with any litigation that took place against Tyson -- the Robards facility -- for delivery of reclaimed feed versus fresh feed?
A. No, sir.
Q. Remember any of that?
A. No.
Q. Okay. So if someone -- at least in this tournament and the tournaments as implemented by Tyson -- if Charles Morris gets fresh feed and Morgan Rickard gets a portion of his feed that's reclaimed, there is no credit that's given under the tournament system inputs for that?
A. What do you mean, "no credits given"?
Q. They're all treated the same, as far as feed is concerned?
A. Correct.
Q. Okay. So, in golfing parlance, there's no handicap?
A. Right.
Q. Right. So if Morgan Rickard gets reclaimed feed, and Charles Morris gets fresh feed, and they're in the same tournament, Morgan Rickard's not going to get a handicap; we're not going to get any benefit of that?
A. Or charged a lesser amount --

Q. Tyson doesn't --
A. There would be no need for that.
Q. All right. And that's the way it is across the --
A. Yes, sir.
Q. All right. Fair enough.
A. Every company.
Q. I don't worry about them. I'm just worried about Tyson. Okay. And then --
MR. TATUM: Hey, John, are you moving to a different topic on that? I think he made a misstatement that I was just going to correct on what gross pounds is. You said gross pounds -- I'm just looking at Exhibit 3 -- the entry here is, "post-condemnation." It's actually pre-condemnation.
THE WITNESS: Okay, but --
MR. TATUM: Well, I mean, if you don't know -- but I think if you looked at the actual settlement statements that go with this --
THE WITNESS: I was thinking the gross pounds was minus any whole bird condemnation.
MR. TATUM: It's minus mortality. I don't want to tell you the answer, but I'd be happy to show you the exhibit from yesterday. I just want it to be right.

number if you've already got something for daily weight?
A. Why do you do what? I'm sorry.
Q. Track the farm weight number.
A. Well, you want to know what your average weight was for all of your houses.
Q. All right. Then let's look at the day of the age on this one. It ranges from 49 to 50?
A. Yes, sir.
Q. Okay. So, in any given tournament, these day ages are going to be different, correct?
A. Correct.
Q. And the average was -- what -- 49?
A. Yes, sir.
Q. All right. Look at Exhibit 4 for me.
A. Okay.
Q. In this particular exhibit, where it has Doug Brown, No. 1, at the beginning, the day age ranges from 49 to 51?
A. Yes.
Q. Okay. So Tyson doesn't make any determination or give any credit for individuals that have different day ages in a tournament?
A. No, sir.
Q. Okay. And this day age is the age of the bird when it's caught?

Tyson location to be grown as broilers.

Q. Okay. Now, for somebody that's watching this tape, hen breed and male breed, why do you keep track of those two? What's the difference?

A. Well, that's just telling you the parent source of your broiler.

Q. Got it. So the hen breed -- if it's 37, then we can assume that's a Cobb 500. If it's 99, that would be a Cobb byproduct?

A. No, it would be an MX male -- crossed -- a Cobb 500 female.

Q. Okay. Do you know the age of the hens that hatched the broiler chicks?

A. Yes, sir.

Q. How do you know that?

A. It is tracked through the hatchery system.

Q. Okay. And is there any consideration made for the age of the hens in the tournament system at all?

A. No, sir.

Q. So if you have different ages of birds that may show up -- different ages of hens that may show up in the tournament system itself -- one guy may have one age and somebody else has a different age -- that's not considered at all?

A. No.

speculation.
Q. (By Mr. Whitfield:) Well, just based on this -- correct? -- as you read it?
A. Yes, sir.
Q. Okay. And then if we go to the next to the last -- Rolling Acres, Jacob DE -- the hen breed's a 37 and the male breed is a 6, so now we have a third type of birds being grown in this tournament, correct?
MR. TATUM: Objection, calls for speculation.
Q. (By Mr. Whitfield:) Based upon this document?
A. Yes.
Q. All right. So, in this particular document -- this Exhibit 3 that I've pulled out at random -- there are three types of birds being grown by participants in this tournament?
MR. TATUM: Objection, misleading.
Q. (By Mr. Whitfield:) Based upon this document; is that fair?
A. Yes.
Q. Okay. And there's no handicap or there's no consideration for that in the tournament system itself, is there?
A. Correct, because there's no need for there to be.
Q. Okay. Based on what?

A. Yes, that's the code for the Hubbard male, yes.
Q. Okay. And so this is another example where you may have a Hubbard male at settlement?
A. Right.
Q. So all I can do to determine the different types of breeds in any given settlement is to look at this sheet?
A. Yes.
Q. And we've been provided tons of these?
A. Yes.
Q. And so then you can -- by looking at these numbers, I can tell the different types of birds that are being grown in any given tournament?
A. Correct.
Q. All right. Fair enough. And, again, there is no handicap, there's no consideration for that at all because you're telling me that Tyson considers the genetics all the same?
A. Correct.
Q. All right. Let's go to the next area of inquiry, and this will be 2N. I'll read it real quick. It's policies and practices regarding the selection of chicks provided to any grower in the Robards complex, including how certain breeds are selected to be grown; how Tyson decides what grower gets what breed of chicks; who is

A. Yes, sir.

Q. Okay. So this is a square foot?

A. Uh-huh.

Q. And so what you're telling me is that Tyson's -- hold it up for a second --

MR. TATUM: You can put it down. You're not doing any more games and tricks with --

MR. WHITFIELD: I just want to make sure that anybody watching this knows what a square foot is.

MR. TATUM: You can answer the question.

Q. (By Mr. Whitfield:) And so it's a fair statement then that Tyson allocates -- as far as density is concerned -- .90 square feet, which is a little bit less than even that, correct?

A. .90 birds per square foot.

Q. All right. And .90 birds per square foot is a tad bit smaller than what you just showed, isn't it?

A. No, that would be .90 bird per square foot, so it would be a little bit more.

Q. A little bit more. Okay. So is it fair for me to assume, though, that in a general term, Tyson allocates this square foot area for a bird to thrive?

MR. TATUM: Objection, misstates his testimony.

Q. (By Mr. Whitfield:) Is that right?

A. I mean, even at a .90 density, as you walk through the house, the birds have ample room to move around freely and have access to feed and water.
Q. I understand that, but when you are determining how many birds end up in a particular house, you are allocating .90 per square foot?
A. Yes.
Q. And you just showed us what a square foot is?
A. Yes.
Q. So, essentially, a bird is given about a square foot to thrive?
A. Yes.
MR. TATUM: Objection, misstates his testimony.
MR. BUTLER: Are you going to mark that?
MR. WHITFIELD: Yea, let's do. Let's mark this as Exhibit --
(Thereupon, Plaintiffs' Exhibit No. 5 was marked for identification and is attached hereto.)
Q. (By Mr. Whitfield:) Okay. Let's go to 2(ii). A description of the safeguards Tyson implements to ensure that chick selection is random so that one grower does not receive consistent better chicks than another?
A. I've already answered that.
Q. Okay. Let's go 20 -- policies and practices

MR. TATUM: Feel free to describe it to him. Feel free. You don't need to stand up --

THE WITNESS: So, you put one hand around both legs of the birds from between the paw and the hock; you put the other hand on the bird's head; and in a rapid motion, you're bending your wrist to dislocate the bird's neck rapidly so it does not feel any pain.

Q. (By Mr. Whitfield:) Okay. Take my pen and show me --

MR. TATUM: No --

MR. WHITFIELD: Are you instructing him not to do that?

MR. TATUM: You do not have to break this down or show him with your pen.

MR. WHITFIELD: You're instructing him not to answer that question?

MR. TATUM: No, I'm instructing him not to do your trick with your pen.

Q. (By Mr. Whitfield:) Okay. Then show me with your hands --

MR. TATUM: Again, I'm instructing him not to do any parlor tricks.

Q. (By Mr. Whitfield:) Are there any written materials or videos that Tyson has to show the procedure that I can grab hold of?

Q. Now, in these outages then, I think my inquiry at least made reference to outages and how that works. When individuals have outages like that, is that considered in the tournament system?

A. So what would be done would be any barn out of feed more than 12 consecutive hours in a 24-hour time frame would be paid for anything over 12 hours of feed.

Q. Okay. So, in this instance -- let's look again at B. C. Poultry. Outage No. 1. He's out 12 hours, so is that person going to get paid?

A. So Barn 1 -- well, I don't know how this was done. If this is within a 24-hour time period, I do not know that.

Q. What about the 56.5 there? That's far in excess of 12 hours, right?

A. So I don't know if this was done -- recorded from within a 24-hour time period, or if it's different days. If the 20.5 was in a 24-hour time period -- so 20.5 hours in a 24-hour time period would mean those birds only had feed for 23.5 hours, and anything over 12 hours, they would be given compensation pay.

Q. Okay. But 12 hours is the threshold?

A. Yes, anything over 12 hours in a 24-hour time period.

Q. Okay. And when they get compensation, how is

that computed?

A. There is a formula that is -- consists of -- I can't recall how it's formulated, but it's to do with the average pounds once the flock has settled.

Q. Okay. And so is this pay done after the settlement with the tournament?

A. Yes.

Q. Okay. So if I'm in the tournament with nine other growers and you find out that I have an outage of 15 hours, which is in excess of 12, and --

A. You would get credit for three hours on feed.

Q. So somebody would pay me for three hours' credit?

A. Yes, I'm sure, your poundage.

Q. Okay. But if you and I are in the same tournament and you don't have any outage and I've got 12 hours of -- I've got 11 hours of an outage, I'm not going to get paid?

A. Correct.

Q. Okay. So --

A. And any given day, you may enter any farm, and if it's a farm that's not managed, you may go all day with feed lines running empty and these birds be off feed much longer than what this is.

Q. Okay. But all I'm asking you, though, is that under the tournament system, somebody that has no

outages and something that has --
A. This amount of hours --
Q. Listen -- let me ask a question and you can answer it. Under the tournament system, somebody that has no outage at all and somebody that has an 11-hour outage is treated the same?
A. Correct.
Q. All right.
MR. WHITFIELD: Let's take a break.
(Brief recess.)
MR. WHITFIELD: Okay. Let's mark this as 7 -- Exhibit 7.
(Thereupon, Plaintiffs' Exhibit No. 7 was marked for identification and is attached hereto.)
Q. (By Mr. Whitfield:) All right. I'm going to, David, show you what we've marked as Exhibit 7, and take a look at that and see if you recognize that.
A. Yes.
Q. What is that?
A. It is showing the -- how to properly euthanize birds.
Q. I thought you told me before the break that there was something that's noted in the control room of these houses?
A. Yes.

MR. WHITFIELD: It is. It's a horrible question.

Q. (By Mr. Whitfield:) We talked, again, about all of the USDA people being there and what they did?

A. Yes.

Q. Okay. And in terms of the policies of how condemn happens, is there anything else you can add to that?

A. No, sir.

Q. Okay. Fair enough. And it's charged against the grower because Tyson is not in the business of putting cancerous birds out there we all eat, essentially?

A. Correct.

Q. Okay. I get that. Let's move on to "T", policies and practices related to certain chickens or parts of chickens being provided to the dog food plant beside the Robards complex known as River Valley. I think we've talked about that --

A. Yea.

Q. And is it fair to me then that the only instance where chicken parts get provided to the dog food plant is if a chicken is noted to be condemned by the USDA rep; it gets on the salvage line; the chicken's opened up; parts that can't be used for public consumption then will make their way to the River Valley plant?

A. That is correct.
Q. But there's no other way that chicken parts get to the River Valley plant?
A. Correct.
Q. Okay. And then the River Valley plant utilizes those parts in whatever mechanism it deems appropriate. That's a whole separate issue?
A. Right.
Q. Okay. Let's go to "U". Policies and practices related to exceptions given to growers in the tournaments at the Robards complex, and then (i), this includes whose decision it is to give exceptions; the rationale behind exceptions; the reasons for giving exceptions; and how exceptions affect the tournament and other growers within that given tournament. All right. Let's talk about exceptions. What is an exception?
A. When -- are you talking about concerning to the weekly settlement?
Q. I am -- the tournament -- yes, I am.
A. Okay. So an exception would be in the event there was an event that was justifiable that hindered that producer's performance and in their ranking and pay and, therefore, were removed once everyone was calculated and then paid on a five-flock average.
Q. All right. So give me some examples that you're

A. I would say five would be a pretty good number over the time I've been here.

Q. Do you remember what the complaints were specifically?

A. The most recent -- goodness -- I'm thinking it was the mortality that lingered through the fog from the outside chick source we received, which was probably about four or five months ago. That would be the most recent that I can recall.

Q. Okay. Let me go back to the 30(b)(6) hat again, okay?

A. Okay.

Q. I'm sorry. I'm going to make sure I get all my things done here. I think that area of inquiry two in the 30(b)(6) talked about information pertaining to the tournament system, its inputs, and implementation of the system, so the questions I'm going to ask you now deal with that. We've ridden this horse pretty well, I think, but I want to make sure I understand a couple of things about that. It is a fact that Tyson grows more than one type of bird in the Robards complex, correct?

A. Correct.

Q. And it is a fact that different types of birds will settle in the same tournament?

A. Correct.

Q. Okay. Will you agree that different types of birds grow differently?

MR. TATUM: Objection, vague and ambiguous.

THE WITNESS: They may grow differently, but they're going to give you the same result.

Q. (By Mr. Whitfield:) I'm not asking about result. I'm asking about whether they grow differently. You'll agree with me they grow differently?

MR. TATUM: Objection, vague and ambiguous.

THE WITNESS: Throughout the grow-out cycle, they will grow differently to achieve the same end result.

Q. (By Mr. Whitfield:) Okay. But you're saying that even though they grow differently, they will achieve the same result?

A. Yes, sir.

Q. Okay. So as far as Tyson's concerned -- and you're here on behalf of Tyson -- it makes no difference whether or not there are three different types of birds like we've found in one of these exhibits that are growing the same --

A. Correct.

Q. Okay. So it's Tyson's position that that is fair?

A. Correct, and I will assure you if they felt that

there was a necessity to pay for the different breeds, it would have already been done.

Q. And it is a fact that different gender of birds are being grown in the same tournament?

A. Yes.

Q. Okay. And is it true that males typically grow larger than females?

MR. TATUM: Objection, vague and ambiguous.

THE WITNESS: Yes, and it's also true you're going to have mortality with those males growing faster, at a faster rate, and have more heart attacks and more mortality, and that's going to drive your performance.

Q. (By Mr. Whitfield:) All right. So, are you saying then that even though that males typically grow larger than females, that males are going to have a large mortality and it evens out?

A. Possibly. Your male is going to give you mortality, which is going to drive your performance.

Q. Possibly or probably?

A. Possibly. I mean, you don't know how they're going to be actually grown.

Q. Okay. But there's no question in your mind -- is there? -- that males grow larger than females?

A. Correct.

MR. TATUM: Objection, vague and ambiguous.

possibly, you know, another integrator in the area that's on a different vaccination program possibly.

Q. You will agree with me that there are differences in any given tournament of the age of a laying hen?

A. Repeat that, please.

Q. You will agree with me in any given tournament that there are differences in the age of a laying hen?

MR. TATUM: Objection, calls for speculation.

THE WITNESS: No.

Q. (By Mr. Whitfield:) You won't agree with that?

A. No. There's differences in --

Q. The age of a laying hen itself.

MR. TATUM: Same objection.

THE WITNESS: No, I don't agree with that.

Q. (By Mr. Whitfield:) Okay. Why do you not agree with that?

A. Why would I? They've all got the same genetic potential.

Q. Okay. That's not my question about genetic potential. I'm asking you about the age of a laying hen. Is it fair that some laying hens have different laying ages than others?

A. Yea, there's different age.

Q. Okay. That's all I'm asking you. I'm not asking

you about genetics.
A. Yea, the ages are different in the hens.
Q. Okay. So there are differences of ages of the laying hens in any given tournament?
A. Yes. Yes, absolutely. I'm sorry. I didn't understand what you were asking.
Q. No, no, that's fair. That's fine. Okay. Now, do you think that the age of the laying hen affects the quality of any chick?
A. Not necessarily.
Q. But could -- you used the word "possibly" a minute ago. Could it possibly --
MR. TATUM: Objection, it calls for speculation.
Q. (By Mr. Whitfield:) Go ahead.
A. I think there's more determining factors as to the style of management, the gathering processes, bacteria levels.
Q. After the chicks are delivered, right?
A. Pardon me?
Q. After the chicks --
A. Prior to the egg being set.
Q. Okay. Do you believe that the age of a laying hen can affect the vigor and vitality of the chick?
MR. TATUM: Objection, vague and ambiguous.

Q. So there are differences in densities then?
A. We have asked them to put that in writing to request, you know, a different density.
Q. Listen to my question: You will agree with me that there are differences in densities with participants in a tournament?
MR. TATUM: Objection, vague and ambiguous.
THE WITNESS: There has been in the past.
Q. (By Mr. Whitfield:) There have been in the past?
A. Uh-huh.
Q. All right. Are there differences in terms of the time that birds are spent at the hatchery -- let's talk about that real quick -- before they are actually sent to the growers?
A. So what is your question?
Q. Are there participants that may be in a tournament -- contract growers that may be in a tournament -- are there some where they've gotten chicks that birds are at the hatchery longer than other ones before they receive them?
MR. TATUM: Objection, vague and ambiguous.
THE WITNESS: Well, the goal is to be at 75 percent hatched 12 hours -- the 12 hours before they're processed to be delivered.
Q. (By Mr. Whitfield:) Okay. So is that consistent

then?

A. Yes.

Q. And there are no differences at all then?

A. I would not think so.

Q. Okay. Let's look at this one. This will be 11, I think --

THE WITNESS: Can we take a quick break?

MR. WHITFIELD: Yes.

(An off-the-record discussion was held.)

Q. (By Mr. Whitfield:) Okay. We're back on the record and we're still dealing with the 30(b)(6) topics. I want to ask you, David, about the bearing that time spent on a truck a bird would have and how that played in the tournament system, okay? Once the birds are picked up and then make their way to the plant, is that factored into an input in the tournament system itself? Does Tyson consider that in any way?

A. Absolutely. It is monitored and recorded from the time the birds pull onto the scale and once they arrive to the plant until that trailer number is actually pulled into the dumping area and those birds are dumped onto a belt and slaughtered.

Q. Okay. How is that tracked?

A. Through the weight ticket that is first picked up by the live haul driver and taken to the farm.

Q. All right. So are there instances then where some birds may be picked up, and from the time they're picked up to the time they get to the plant might be 30 minutes, and then somebody else may be -- maybe ten minutes; is that fair? Does that happen? Are there differences in times from the time that the bird gets picked up to the time he gets on the --

A. Yes, there will always be differences because of the location of the farm.

Q. Yea. By definition, it's going to happen?

A. Yes, that's going --

Q. Okay. So there are going to be differences?

A. Yes, sir.

Q. And are you familiar with a concept called shrinkage?

A. Yes, sir.

Q. What is shrinkage?

A. The difference between what the birds weighed once they were weighed at the plant to when they were actually slaughtered.

Q. Okay. And could it be also the difference in weight from the time that they're actually picked up at the houses to the time that they're actually slaughtered?

A. Repeat your question.

Q. Could shrinkage also include the difference in weight of the birds from the time they're picked up at the houses to the time that they're actually slaughtered?
A. Well, they should be on water, you know, up until the time they start catching, so I wouldn't think so.
Q. Okay. So from the time that they're picked up at the houses to the time that they're delivered to the plant, you're saying there would be no shrinkage?
A. There would be some.
Q. Is that accounted for by Tyson?
A. Yes, shrinkage, yes.
Q. Okay. So how is that accounted for in the inputs in a tournament?
A. So they're paid by the weight of when the birds were first originally weighed.
Q. So they're all weighed at the facility?
A. Yes.
Q. Okay. And they're not weighed at the houses?
A. Correct.
Q. All right. Now, what happens if en route some birds die on the truck?
A. Then they are counted as DOAs and the producer is given credit for those number of head.
Q. All right. But what's not considered by Tyson in

the tournament system and any inputs are the genetics of birds?
A. I don't understand your question.
Q. The breed of the bird is not considered by Tyson in the inputs?
A. (Pause.)
Q. We talked about this, I think --
A. Yea. I mean, as far as how they rank?
Q. No.
A. Are you talking about in the ranking system?
Q. No, the differences in birds and the breeds -- as far as the tournament system is concerned, they're all treated the same?
A. Correct.
Q. Okay. And in the tournament system, the age of the laying hens, they're all treated the same?
A. Correct.
Q. And in terms of livability of the chicks that are delivered, they're all treated the same?
A. Correct.
Q. Okay. And as far as the delivery of the chicks to the producers, they're all treated the same?
A. Yes, sir.
Q. Okay. As far as the quantity of feed, they're all treated the same?

A. The quantity of feed -- you may have a producer who is never on the farm, the feed line's running empty all the time, so they're going to have less available feed as compared to the grower down the road whose feed lines are in full operation all the time. Those birds are going to consume more feed.

Q. Okay. But they're still -- as far as the tournament's concerned, they're all treated the same?

A. Correct.

Q. Okay. That's my question. And in terms of the quality of the feed, whether it's refurbished feed or not, they're all still treated the same?

A. Correct.

Q. Okay. As far as medication is concerned and whether or not antibiotics are given or not given --

A. Everybody is treated the same.

Q. They're all treated the same?

A. Yes, sir.

Q. Okay. The differences in houses and the size of the houses -- super houses versus not, for example -- but as far as the tournament's concerned, they're all treated the same?

A. Correct.

Q. Okay. So there is no consideration for the differences in houses?

A. Correct.

Q. Okay. Fair enough. Are there differences in base pay for participants in the tournament system?

A. No, sir, they -- we have two contracts that built new houses, and shortly after was the update requirements in which they were not required to do those updates because of the houses being new and will not be required to do those updates until that contract is expired.

Q. Okay. In terms of the support that any participant in the tournament system gets from a particular tech, as far as the tournament system is concerned, they've all got the same support?

A. Correct.

Q. Okay. But you will agree with me that some techs are better than others?

A. I would agree with that.

Q. Okay. And are there differences in how catch crews may treat the birds?

A. (Pause.) You're asking are there differences in how the catchers handle the birds?

Q. Yes, I am.

MR. TATUM: Objection, calls for speculation.

THE WITNESS: They should all be handled the

same.

Q. (By Mr. Whitfield:) But are they, to your knowledge?

A. Yes, they are handled the same.

Q. They're all handled the same?

A. Yes, they should be.

Q. They should be, but are they?

A. When I view the catchers, yes, they are.

Q. Now, when Tyson contracts with a grower, then Tyson is the one that drafts the contract, doesn't it?

A. Yes.

Q. Okay. And that's consistent throughout every contract grower -- contract that you know of?

A. Yes.

Q. Okay. And so as a result, they're in the contract -- and we've attached one of them -- there are requirements as to the size of the houses and there are specifications that must be met by the grower?

A. Yes.

Q. For each contract?

A. Yes.

Q. And that is dictated by Tyson?

A. Yes.

Q. And if they don't meet those specifications, you won't grow for Tyson, correct?

A. True.

Q. Okay. And as far as mandated upgrades -- we talked about that today -- and if there was a mandated upgrade, if you don't make those upgrades on a mandated one, you won't get birds?

A. Correct, past the date that is provided.

Q. I understand, and that's at the control of Tyson?

A. Yes.

Q. Okay. Tyson controls the type and the kind of birds that are sent to the contract growers?

A. Yes.

Q. Okay. Tyson controls the type of pest control allowed on a grower's farm, doesn't it?

A. Pest control -- they can use whatever they would like.

Q. Are there restrictions or requirements that must be met before a certain type of pest control can be used?

A. No, we just do samplings of the birds through that sampling to ensure the bird has not inhaled any kind of product that would be harmful for human consumption. Every flock is tested.

Q. Got it. Tyson owns the birds?

A. Correct.

Q. So Tyson owns the genetics of the birds?

A. Correct.
Q. Okay. Tyson owns the pullets that are used to produce the laying hens, don't they?
A. Correct, unless we purchase from an outside source.
Q. I get that, but even if you purchased from an outside source, Tyson still owns --
A. Yes.
Q. Okay. Tyson owns the laying hens that produce the eggs hatched by the laying hens?
A. Yes.
Q. Tyson owns the eggs that are hatched by the laying hens?
A. Yes.
Q. Tyson owns and controls the hatchery where the eggs are hatched?
A. Yes.
Q. Okay. Tyson owns the broiler chicks that are hatched?
A. Yes.
Q. Tyson owns the broilers; we said that?
A. Yes.
Q. Tyson owns -- Tyson controls the medication for the eggs and birds and administration of medication?
A. Well, the grower will actually administer it

through his waterline.

Q. Okay. But it's still --

A. We give the recommended dosage and how to medicate --

Q. And that's controlled by Tyson?

A. Yes.

Q. Okay. Tyson controls --

A. Well, actually, it would be by the labeling on the individual product by the company that manufactured the product.

Q. I get it. Tyson controls the type of bird that each grower is given?

A. Yes, we own the breed of the birds.

Q. Correct. Tyson is responsible for the health and condition of the birds delivered to the grower?

A. Yes.

Q. Will you agree with me that Tyson has a duty to not deliver diseased birds?

MR. TATUM: Objection, calls for a legal conclusion. Go ahead.

THE WITNESS: Agreed.

Q. (By Mr. Whitfield:) Okay. Tyson formulates and owns the feed?

A. Correct.

Q. Tyson controls the additives included in the

feed?
A. Correct.
Q. Tyson controls the type of feed delivered to a grower?
A. Correct.
Q. You'll agree with me that Tyson has a duty to deliver quality feed to a grower?
MR. TATUM: Objection, calls for a legal conclusion.
THE WITNESS: Correct.
Q. (By Mr. Whitfield:) Okay. Tyson controls the transporting of the feed to the grower?
A. Correct.
Q. Tyson controls when the feed will be delivered to the grower?
A. Correct.
Q. You will agree with me that Tyson has an obligation to deliver feed in a timely manner?
A. Correct.
MR. TATUM: Objection, it calls for a legal conclusion.
Q. (By Mr. Whitfield:) Tyson controls the amount and type of feed delivered?
A. Correct.
Q. Tyson controls if a grower gets reclaimed feed?

A. Correct.

Q. Tyson controls the amount of reclaimed feed a grower receives?

A. Correct.

Q. Tyson determines when the birds will be delivered to a grower?

A. Correct.

Q. Tyson controls whether a grower receives veterinary services?

A. Correct.

Q. Tyson controls when a grower receives veterinary services?

A. Not necessarily.

Q. Okay. In what instance is it not necessarily then?

A. I mean, I may have vets pop in and out all the time just visiting and us load up and go to farms. I mean, they're not directed by Tyson, you know.

Q. But when a grower receives veterinary services, that's not the control of the farmer, is it?

A. Well, I mean, anytime whenever our producers request a company veterinarian, we do our due diligence to get them there on that farm in a timely manner.

Q. But you still control that?

A. Yes.

Q. Okay. That's all I'm asking. Tyson controls when and which birds must be killed by a grower?

MR. TATUM: Objection --

THE WITNESS: Repeat that.

Q. (By Mr. Whitfield:) Tyson controls when and which birds must be killed by a grower?

MR. TATUM: Objection, vague and ambiguous.

THE WITNESS: No.

Q. (By Mr. Whitfield:) That's not true?

A. The grower determines what needs to be culled.

Q. Tyson controls the Service Tech that oversees each farm?

A. Yes.

Q. Tyson controls when the birds will be picked up for processing?

A. Yes.

Q. Tyson controls the catch crew when the birds are picked up for processing?

MR. TATUM: Objection, calls for a legal conclusion.

THE WITNESS: Yea.

Q. (By Mr. Whitfield:) Okay. Tyson controls the weighing of the birds?

A. Yes.

Q. Tyson controls the amount of time between

catching the birds and weighing the birds?
A. Yes.
Q. You will agree that Tyson has a duty to timely weigh the birds?
MR. TATUM: Objection, calls for a legal conclusion.
THE WITNESS: Yes.
Q. (By Mr. Whitfield:) Tyson controls the amount of time between weighing the birds and processing the birds?
A. Yes.
Q. Tyson controls when the birds will, in fact, be processed?
A. Yes.
Q. Tyson controls the disposal of the excrement of its birds?
MR. TATUM: Objection, vague and ambiguous.
THE WITNESS: Repeat the question.
Q. (By Mr. Whitfield:) Tyson controls the disposal of the excrement of its birds?
MR. TATUM: Objection, vague and ambiguous.
THE WITNESS: You're referring to the condemn, yes.
MR. TATUM: Wait a minute -- are you referring to -- I took excrement as being bird waste.

Is that --

MR. WHITFIELD: Well, both.

MR. TATUM: -- their own waste? I want to be clear on that.

MR. WHITFIELD: Well, let's do this: In the context of farm condemnation. I'll limit it to that.

MR. TATUM: Condemnation at the farm?

MR. WHITFIELD: No.

Q. (By Mr. Whitfield:) We talked about condemnation at the plant, and there are certain things that are not going to be for public consumption, and Tyson controls the disposal of that?

A. Correct.

Q. Okay. Tyson controls the condition and the environment of the farm before the flocks are delivered?

A. Correct.

Q. Tyson controls how long growers are held out between flocks?

A. Not necessarily. A grower may request -- may have equipment problems to where we can't go back in.

Q. All right. With that exception, Tyson controls the grow-out?

A. Yes.

Q. Okay. Tyson controls how many flocks a grower receives?

A. Not necessarily. A grower may request a setout.

Q. Okay. If in the event a grower does not request a setout, Tyson controls how many flocks a grower receives?

A. Yes.

Q. Okay. Tyson controls the inputs of the tournament system?

A. Yes.

Q. Okay. Tyson controls whether a grower gets an exception in a tournament system?

A. Yes.

Q. All right. Do you know whether or not in any given tournament that Tyson allocates a finite amount of money for that particular tournament?

A. Repeat that.

Q. In any tournament --

A. Any weekly settlement?

Q. You're calling it weekly settlement; I'm calling it a tournament --

A. Okay.

Q. It's the same thing; we'll agree it's the same thing. Do you know whether or not in any given settlement Tyson allocates a finite amount of money for that settlement?

A. Absolutely not.

Q. Does not?
A. Correct.
Q. How do you know that?
A. Because I know it's not done.
Q. Okay. What do you base that on?
A. It's not done.
Q. What information do you have to --
A. They are paid what the contract says that they will be paid per the calculations.
Q. Okay. We talked about the mean in a tournament, and we talked about the average, and I think we agreed that if you're above the average, you're going to get more under the contract, and if you're below the average, you're going to get less, correct?
A. Correct.
Q. And in a setup like that, you will agree with me that the person above the mean is taken from the below mean?
MR. TATUM: Objection, argumentative, vague and ambiguous.
THE WITNESS: Not necessarily. If the ones below had done things possibly different to improve management practices, then they would be more competitive.
Q. (By Mr. Whitfield:) Okay. But just by looking

at the tournament itself and looking at how any settlement sheet lays out, you're going to have a mean; you will agree with that?

A. Correct.

Q. And, for whatever reason, those people below the mean get less, those people above the mean get more; will you agree with that?

A. That would be true.

Q. Okay. And if you agree with the premise then, will you agree with me that those people above the mean are taken from those people below the mean?

MR. TATUM: Objection, argumentative, vague and ambiguous.

THE WITNESS: I do not agree with that.

Q. (By Mr. Whitfield:) And why is that?

A. Just as I stated previously.

Q. So you're saying that the tournament system is not a cost controlling device for Tyson?

A. No.

Q. And it's not a profit sharing system?

A. No.

Q. Okay.

MR. WHITFIELD: We're done. Thank you.

# HOW TO PROPERLY EUTHANIZE BIRDS BY RAPID CERVICAL DISLOCATION

To euthanize the bird, dislocate the neck without breaking the skin. If properly performed, this is a humane method that prevents spilling blood.

1. Hold the bird by both legs at the hock joint.



2. Grasp the head, placing the index finger or thumb at the occipital crest just above the neck at the junction of the atlas and caudal vertebra and the other fingers under the lower mandible.



3. With one quick motion, stretch the neck and tilt the head backward. Dislocate the vertebrae between the atlas and caudal vertebra, simultaneously severing the spinal cord and tearing the jugular vein and carotid artery.



EXHIBIT
7
PENGAD 800-631-6989