# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| CHARLES MORRIS, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>TYSON CHICKEN, INC., ET AL.<br><br>Defendants. | Civil Action<br>No. 4:15-cv-00077<br><br>Judge: Joseph H. McKinley, Jr. |

ORAL AND VIDEO DEPOSITION OF ERIC BROWN

The oral and video deposition of Eric Brown, taken pursuant to Notice on the 25th day of January, 2019, at the hour of 8:45 a.m., at the law offices of Whitfield, Bryson & Mason, LLP, 19 North Main Street, Madisonville, Kentucky, before me, Andrea Riggs, Court Reporter, and Notary Public in and for the State of Kentucky at Large, to be used for any and all purposes allowed by the Kentucky Rules of Civil Procedure.

Andrea Riggs
Court Reporter
195 Lake Scene Drive
Eddyville, Kentucky 42038
(270) 206-0720
amriggs007@aol.com

area.
Q. Okay. So you have total staff -- hang on -- this is the second shift?
A. Yes.
Q. Okay. Then you've got total staffing 59?
A. Uh-huh.
Q. And then present was 53, so 53 staff members were present?
A. Yes.
Q. Okay. What's LOA mean?
A. Leave of absence.
Q. Okay. Call ins were three, total absent was six, so this is just telling us the percentage of --
A. Yea, just --
Q. -- department?
A. -- department.
Q. All right. Let me look at this next one, I'm going to call three.
(Thereupon, Exhibit No. 3 was marked for identification and is attached hereto.)
Q. (By Mr. Whitfield:) I'm going to show you what we've marked, Eric, as Exhibit 3. Take a look at that, tell me what that is.
A. It's the same thing.
Q. Well, the middle of the page, it has A&T Poultry

and a Nathaniel Schrock --
A. All these birds were carried -- these were carried over.
Q. What's that mean, "carried over"? I don't understand.
A. It means that we had so many to kill that day, and they probably had downtime and then weren't able to kill. The efficiency was at 90 percent, so they probably had downtime, wasn't able to kill all the birds.
Q. Weren't able to kill all the birds, so --
A. For that shift.
Q. What happens if those birds weren't killed?
A. They're carried over to the next day.
Q. Okay.
A. And then they'll be killed the first thing the start of the next shift.
Q. All right. So where are those birds that aren't killed -- where are they kept?
A. In a live holding shed.
Q. Okay. Are they fed?
A. No.
Q. Okay. How long will they be there?
A. Probably six, seven hours.
Q. Okay. Are they given any water or anything like

A. I can see this. Yea, I do. I think this is what I get now. I do look at the report. Basically, I kind of look at this page because it gives me a synopsis of what I need.

Q. Exhibit 3?

A. If I need to look anywhere else, I can drill down and get this.

Q. Okay. So let's go maybe to Exhibit 4 here. Let's go to the third page. It looks like there are some numbers that are noted in here, correct?

A. That is correct. There's not a date for some reason.

Q. Yea. We just got this in discovery and it was printed out, but why is this kept? What's the purpose for this document?

A. Well, for people to review to see how efficient you're running. Salvage head -- you want to know how many birds are going to salvage, birds per man hour. It's just about efficiency.

Q. It says, 'wing percent damaged,' so you're keeping track of that?

A. Sure.

Q. The wing condemn; what does that mean?

A. Wings that are badly damaged that cannot be processed.

A. No.
Q. Okay. So once -- they're hit once and then --
A. Yes.
Q. Okay. So it sounds like then that the goal is to keep the bird at least alive until it's slaughtered at the plant?
A. Yes.
Q. All right. Okay. I think I'm done with you. Appreciate your time and appreciate your patience.
A. No problem. Thanks for letting me out early.
MR. TATUM: I just got a couple questions for you.

CROSS-EXAMINATION

BY MR. TATUM:
Q. Exhibits 2, 3, and 4 -- Exhibits 2 and 3 -- these were daily production summaries?
A. That's correct.
Q. So these deal with summaries about how birds were processed once they --
A. That's correct.
Q. They don't have anything to do with the grower, right?
A. No.
Q. They don't have anything to do with how they're paid or anything like that?