# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, ET AL., )
)
Plaintiffs, )
)
v. ) Civil Action No.
)
) 4:15-cv-00077
)
TYSON CHICKEN, INC., ET AL. )
)
Defendants. )
________________________________)

VIDEOTAPED DEPOSITION OF
RUBIN BRUCE,
Taken February 5, 2019
Commencing at 10:31 a.m.

VERITEXT LEGAL SOLUTIONS
MID-ATLANTIC REGION
1801 Market Street - Suite 1800
Philadelphia, PA 19103

REPORTED BY: DAWN WORKMAN BOUNDS, CSR, CLR

to be. You know, a couple of job opportunities came up, and I thought I needed that training, so I went and got it. But other than that, that's -- that's about it.
Q. What kind of training was that, Rubin?
A. Just computer training, just computer -- basic computer knowledge. Really wasn't that -- it wasn't in depth or anything. It didn't do a lot for me, to be dead honest with you.
Q. I understand. Okay.
Now, you presently work for the USDA, do you not?
A. Yes, sir.
Q. All right. Now, remember, when -- we've got this deposition running now, and this video is running, and it may be that the jury may watch this video. Okay?
So if you don't mind, give me an overview of what you do for the USDA.
A. Well, the -- the first thing I have to say is I have spoke to my bosses before this ever came about to make sure that everything was on the up-and-up --
Q. Sure.
A. -- whenever I did this deposition.
And they asked me not to -- to make sure that it was ver -- or to make sure you guys understand that nothing I've done with the USDA has any bearing on

whatever happened in the past, because I took the job with the USDA after whatever you guys are dealing --
Q. Understand.
A. -- with happened.
Q. Understand.
A. But with the USDA, I'm actually a -- I'm a GS-82, and that basically means I can look at poultry facilities, egg facilities, frozen food facilities; and I do inspections on the product.
At this particular facility in Minnesota, I'm doing the National School Lunch Program, which means the government buys up commodities, and then they donate them to the school lunch program; and then I'm the guy that makes sure that they go where they're supposed to go. So I keep up with all that kind of paperwork.
Q. How long have you done that, Rubin?
A. The school lunch program, I've been here the whole time I've lived in the Burnsville address.
Q. Okay.
A. This has been my -- that's been my position since I've been here.
Q. All right. So you say you do inspections?
A. Yes, sir.
Q. All right. Now, walk me through what type of inspections you might be doing.

of that truck, and I go to the next one.
Q. Got it. Okay.
So in order to do this job, Rubin, did you have to have some security clearances of any sort or anything like that?
A. Yes, sir. I mean, I've been checked like every other government employee. They do a background check on all of us.
Q. Okay. All right. And is it fair for me to assume that this job started after your job at Tyson?
A. Yes, sir.
Q. Okay. We'll talk about Tyson here in a second.
But let's go back a little bit and talk about the jobs that you had after you graduated from high school.
A. Okay. First job I had after high school, well -- yeah, I worked at Wal-Mart then, but...
I moved out when I was 17 years old, bought my own house, bought my own car. I worked all kinds of different odd jobs. But in saying that, the reason was is that I got a little closer to my ex-wife than what we should have been at the time, so we -- we had a child. My first son was born fairly early in my life, at 19 years old; so I took whatever job was available.

you know.

I grew up on -- I grew up in Hanson, which is just down the road. My uncle right next door had horses and cows and pigs; and, you know, my grandmother lived right next door, too. So we've always had chickens and rabbits. I mean, we eat anything. I'll eat anything, whatever it is. So, anyway, that's kind of the back history on that.

So I went to Tyson. I put an application in. I had no -- you know, no -- I didn't ask for a specific position. I needed a job, and I needed a job now. I don't care what it is I'm doing. I've got to raise three boys.

So I took the first position they offered me. They put me on a line, and was -- and I was supposed to cut chicken. I was supposed to cut chicken breasts. They -- it's called a butterfly. When they open up that chicken breast and lay it on the line, you've got to take these two bones off the side; and then, you know, it goes on to further processing after that.

Q. About when was that, Rubin?

A. 2001 -- 2000 to 2002, anywhere in -- one of those years. I worked for Audrey Hightower. She was my first supervisor. And she watched me for about a week or so, and then one --

Q. You're still on the line, right, now?
A. Yes, sir. I started out on the line.
I worked there for about a week or so, and she -- she noticed that I was just standing around looking at stuff. And I'm sure if you're a new employee, you know, she either thought she needed to comfort me or bring me into the fold or whatever.
But she did, she come over and questioned me. She said, "What are you doing?" And I said, "Well, I'm trying to figure out how to help you out here because you're running this thing a little goofy for me."
I've had a lot of Zenger Miller training. I've had Kaizen training. I've had training that eliminates waste. If you know thing about Kaizen, kai is waste, and zen is the removal of waste. It's a Japanese program they bring into facilities. Well, I had some training in that stuff. I have a lot of ISO training and things like that from Kimball and from Period Furniture; and, plus, it just interests me anyway. I've always, you know, done stuff like that.
When I worked at Wal-Mart when I was in high school, I was a -- you know, I actually ran layaway; and I was in high school. I had people that were 35 years old that I was trying to boss around, which is awkward for a 17-year-old; but it got me excited into

A. So I rode around with that guy. His name was Vince Calloway. He come back, and I can't tell you what he and Kevin talked about, but they had about 30 minutes -- I sat out in the waiting room. They talked for about 30 minutes. The next thing I know Kevin walks out the door and throws me a set of keys. He says, "You got you a truck." And I said, "I do?" You know, "Yeah, you got you a truck." I was like, "All right."

So I was issued a company truck that day and a route the next morning, because they said come back and -- their offices are in the -- at the Robards facility, the offices are in the back, two flights up; and that was where my new office was going to be, so that's where I started reporting.

So I literally worked two to three weeks on the line, whatever length of time it took for them to figure out that they wanted me to do something different.

Q. And so when you did something different, did you become a service tech?

A. Yes, sir, I became a service tech.

Q. Now, for somebody watching this video, let's say in layman's terms -- put in layman's terms what a service tech is at Tyson, at least when you were there.

A. The service tech is pretty much the extension

lived, right down there in Dixon. I got lucky. It was right close to my house. I had a couple in Hanson, which is where I grew up. So I had -- I had the Hanson and the -- or the Hopkins and the Webster County areas.
Q. Okay. And then did that route change at some point in time?
A. Oh, Lord, yeah. Yeah, it changed periodically.
I mean, sometimes we might be on that route for a year. Sometimes we was on it for two years. It was all dependent on -- well, obviously employees change, so when new people come in.
And then there was always those opportunities where the company would take -- if -- say if somebody didn't work well with somebody else. Let's say -- let's say some service tech was assigned to this farm, but they just -- that grower and that service tech just didn't get along. Well, then sometimes we would move those people in and out and replace them with someone different.
Q. I understand.
So is it fair for me to assume, then, that you were a liaison between the farmer and the -- and Tyson?
A. That's a very good word; yeah, that's exactly what I did.

the house, well, that doesn't tell me what the birds at the front of the house feel like.

Because based on the time of the year -- there's so many variables, and some of these questions -- that question's kind of open-ended. It's like, well, and which scenario are you talking to me about so that I need to -- what's important?

But on a general farm visit, I would look at the temperature, and I'd figure out which probes are telling me what that temperature is, because then it tells me how accurate that actual temperature is.

So once I'm comfortable with that and I realize there's no cold, hot, or dead spots that I've got to worry about, I look at water consumption. The water consumption is the next thing that's going to tell me how healthy that flock is doing.

Q. Does -- does Tyson mandate the temperature?

A. Yes.

Q. Okay.

A. Well, mandate or give a temp chart, yes.

There's a temp chart in there that says you need to be at 80 to 85 on week "blank."

Does that explain it to you enough?

Q. Yeah, it does.

All right. So you're talking about water,

Q. -- 15 --

A. Yeah. I mean, it's harder on anybody. It's harder on anything, anywhere, anybody. Any time you travel longer distances, that's longer time before you get to feed and water.

If you're a baby chick, now you've got to remember, this chick was just hatched; and when this was just hatched, there's no water available. There's no nipple sitting in there waiting to be drunk from. There's no feed sitting over there. There's no -- none of this stuff. It has to go to a farm before it gets the opportunity to start consuming some of those things.

So, yeah, the further it has to go, the worse off it is.

Q. Now, we -- we learned that also in this case, at least with the laying hens, that there are classifications for these laying hens: young hens, older hens, prime hens.

Tell us what that means, if you know.

A. Sure. I mean --

MR. TATUM: Objection, lack of foundation.

BY MR. WHITFIELD:

Q. Go ahead.

A. A young hen is early in her production. She hasn't really been laying eggs very long, so you're going

start to even back out.

Now, after about 21 days, you'll see another growth spurt, and that growth spurt will separate the males from the females. When you first get chickens on a farm, it is really difficult to tell, especially from a distance, whether that's a female or a male. Now, you can -- obviously, if you get down to it, we can tell the difference between the two; but that's the same type of -- the same type of mentality.

From a distance I can give you an overall view within the first two or three days. After that it's -- it starts to get harder and harder to tell what they started out as.

Q. I understand.

Well, based on your education, training, and experience as a tech, would you say that the vigor and vitality for a chick coming from a prime laying hen is better than one from a young or an old?

A. Yes, sir.

MR. TATUM: Objection, vague and ambiguous.

BY MR. WHITFIELD:

Q. I'm sorry?

A. Yes, sir.

Q. Okay. And why do you say that?

A. Well, a younger hen generally produces a smaller bird, which sometimes we call them "nots." A not is like -- well, in the industry's term, it's a nonstarter. It's a chick that's just not going to do very well. If it's from a younger hen, that's generally what we think because it's so small. That bird has weaker -- weaker legs and, you know, is just not as -- is not as ambitious as the birds that are next to it, which generally a prime flock is always going to more healthy, more ambitious to go do the things that it needs to do.

One of the first things that you want that bird to do is to go drink water. It's almost imperative that that bird goes to drink water. That's -- that's the goal of any service tech and any contract grower. I've got chickens put on my farm. I want to see my water start moving. That's why I told you when I showed up, I looked at that temperature and I looked at that water. Is that thing clicking? I need it to be clicking; because if it's not clicking, we got a problem.

That means birds are generally sitting down. And then I start trying to figure out why that's occurring. But if I got a good water tick, you've got a good start.

Q. Okay.

A. That's what you're shooting for.

Q. All right. So based upon what you've seen out in the field, you would rather have a chick that comes from a prime laying hen?

A. Sure.

Q. Okay. As opposed to a young or an old?

A. Yes, sir.

Q. Okay. Then let's talk about the route then.

How is it that the route that you had as a tech came to be?

Who made the decision for you to have a certain type of route?

A. Oh, that would have came from my -- a broiler manager, I reckon; possibly the line production manager, but I'm pretty sure he probably just let the broiler manager decide which farms to go to. But I couldn't tell you. I just got the route, so...

Q. I understand.

Okay. Now, there's quite a few of my clients in this case. I'm going to ask you whether or not you've ever been on their farms or ever was a service tech for them. Okay?

Charles Morris?

A. Yes, sir.

Q. Were you a service tech for him?

A. Yes, sir.

doesn't it?

A. Well, sure, because every house is a little bit different.

Q. Yeah. And it -- but my -- I think my original question to you was: As far as the information relative to individual houses, okay, the amount of birds that are placed in there, the amount of birds that are picked up, information relative to the livability, the feed conversion, does Tyson keep that per house?

A. Yes.

Q. Okay. And do you know, Rubin, who it is that would be responsible for accepting that information and inputting it into a system of some sort?

A. I reckon it'd be somebody in accounting.

Q. Okay.

A. But, I mean, early on through that process some of the receiving of those numbers is placed on that service tag. Perfect example is seven-day mortality.

We -- your seven-day mortality, you can't wait until the end of the flock to find out what you're doing. So your seven-day, which is your -- we take a three- and a seven-day, or I used to anyway.

You'd go out and you'd take a three-day total and then a seven-day total, and then you'd bring that back in; and then every Friday when we'd have a

meeting, we'd have to discuss where our livability was in the first week.

Q. Okay.

A. And we'd also discuss farms that had settled that week, but right now you're asking me where some of this information goes.

So the best thing I can tell you is at different times different people were accepting it; but in the end, it would -- I would assume it was all handled by accounting. I don't know.

Q. But information relative to these variables that we're talking about -- and we're going to get to that in a minute, but that's kept per house?

A. Yes, sir.

Q. Okay.

A. Yes, sir.

Q. All right. Now, we were talking these birds. We talked about the Cobb 500 and the Cobb 700.

And I think I heard you say that these birds grow differently?

A. Yes, sir.

Q. And they react to stimuli differently?

A. Yes, sir.

Q. What about a Ross bird, have you ever heard of that?

A. A Ross bird, yes, sir.
Q. Okay.
A. It's just another kind of animal.
Q. All right. And do you know whether or not Tyson while you were there --
A. Yes.
Q. -- was growing a Ross bird?
Tell me about the Ross bird then.
A. Well, I mean, it's just like the 5 or the 700, everything takes a little bit of difference.
But most of the time when we was using the Ross, as far as I know, I think we only used the Ross male. They were trying to breed that Ross male in there for some of the benefits that it had that would be better than the benefits of the 5 or the 700.
Q. Uh-huh.
A. I mean, this is -- that's basic animal -- anybody does that. If you're raising hogs, if you're raising cattle, it doesn't matter; you know, every -- you breed with -- you don't -- if you were raising cows, you wouldn't use the same bull all the time. You'd change bulls out. You'd move them from one pasture to the next. Your buddy uses your bull, you use his bull. Well, You're trying to keep that -- you know, a good, healthy bird -- or a healthy cow in that instance going.

farm.

The pullet farm is then second generation. It goes to the breeder farm. And all the eggs that they make, they go to the broiler farm. Now, that's third generation. Does that make --

Q. It does.

Okay. Tell me a little bit about the difference, at least, that you experienced as a tech at Tyson of the vigor and vitality of a male bird versus a female bird.

A. Well, again, to me, it's -- this is basic stuff. Anybody that has anything to do with animals, you've dogs, cats, pigs, it don't matter, males are generally more active and more -- just more active than a female. A female will always be a little more docile than the male. That's -- it works that way with pretty much every animal you can think o.

Q. And did you see that with chickens when --

MR. TATUM: Except for lions.

THE WITNESS: The male is still more powerful, but the female does more of the work. You're a hundred percent right there though.

BY MR. WHITFIELD:

Q. Did you see that with chickens when you were at Tyson, that the males would grow differently?

A. Well, sure. I mean, I can take you to a spike house right now, and you're going to get flogged. But I can take you around a bunch of females, and they might not do nothing to you.

Q. Yeah.

A. Males get overly territorial, especially, you know -- and, like I said, where you're letting the bird grow out.

Like I said, now, on a broiler farm, that bird -- you used the number 51, 52. I could tell you 56. I've seen 60, and I've seen 49. So that age range is all purely based off of whatever you're needing at the other end.

But the reason I bring it up is like on a breeder -- on a breeder farm, you would see -- you would see it even separate more; because the longer you let that animal grow, the more the difference between the male and the female becomes apparent, and their -- their actions toward their environment changes.

So for an example, like on that breeder farm, when I said we've got to respike a house -- maybe I didn't say it like that. But, anyway, when you respike a breeder farm, what happens sometimes when you don't get the fertilization you want, the females aren't getting what they need from the males because the males get tired

Poultry, and they're killing at 48 days --
A. Yes, sir.
Q. -- what you're telling me is if Circle H had two more days of feed and water, then that would change the daily weight gain that he would have had, correct?
A. Well, yeah, obviously. I mean, it's two more days, so it's two more variable points.
But even if it didn't and it stayed exactly the same way it was, what I can tell you is I can take that 1258, multiply it by 2, and then I can add that to 607, and I could tell you exactly where he would be at at 50 days.
Q. Okay.
A. But, like you said, I am using the exact same daily weight gain.
Q. Right.
A. But two days is a variable, so that number probably won't be 1258. It will be a little bit different.
Q. And that could affect his ranking?
A. Yes, sir.
Q. Okay. And that applies for individuals that are -- are killing at 49 days versus 50 days?
A. Yes, sir.
Q. Okay.

BY MR. WHITFIELD:

Q. Okay. Well, based upon your education, training, and experience and your service tech career, are you familiar with individuals that compete in the same tournament that grow different breeds of birds?

A. Yes, sir.

Q. Okay. How do you know that?

A. Well, we had spoke earlier about a 500 and a 700. We spoke earlier about a Ross, you know. So anytime you have that collection of different amounts of birds, obviously everybody can't have the exact same percentage of those birds on any given flock.

And like I stated before, you cannot change just over, you can't do it instantly. It won't happen. These breeder flocks are out there for a year. You can't go out there and just kill them and start all over again. You wouldn't have any eggs.

Because that -- that breeder manager, if you get ahold of their records, they'll show you where they have their stuff planned out way in advance, because they would have to be privileged to things that are going to occur.

So when they put the 500 or the 700 in, whichever one they're switching back and forth to, they knew well in advance before they ever did it because we

This is not Kentucky. So -- but the same idea would apply.

Q. But the weather is the same for everybody, isn't it?

A. No, sir, not -- it was on Wednesday, but, remember -- I said there was no placements on Wednesday, but I'm just using this as an example.

But on Saturday of that week, it was 70 degrees, you know, in different parts; and then you've got these minus 27s. So if you got birds on this day, you were hurt in the sense that your birds got chilled before they ever got in your house, so that sets them back. Excuse me.

And by setting them back what I mean is, when I told you the very first thing you want to do when you get a baby chick on the farm is you've got to get food and water in that thing, especially water. But if you chill that bird trying to place it, it's not going to get water initially. So you could lose as much as a daily -- part of a daily weight gain.

So this number over here that you were asking about, about daily weight gain, it just got affected, and you hadn't done nothing yet.

Now, the way that the birds get delivered also affects that. Tyson and Robards actually has two

different ways to deliver chicks the whole time I was there. There's another, but it's a really small one.

They used to either come on a bus or they'd come on a diesel. The diesel was climate controlled, for the most part, which meant that the temperature was relative all the time year-round. The bus, however, could never be regulated; and the bus had to drive with its windows up or down, depending on how hot or cold it was outside, which means there's either less ventilation or more ventilation based on the time of year.

But the key to the bus was that the bus couldn't regulate its temperature either. So don't worry about ventilation, now you've got a temperature issue. So if it happened to be minus 27 that day, those birds are constantly being chilled the entire way to their delivery spot, wherever that is.

And if you were getting them off the bus, you had to transfer them from the bus to some type of flatbed, whether that's a trailer, some -- something that's pulled by a tractor, some other way, which means you've got a stack -- I don't know if you can see it on camera; but from the ground to about right here, you've got about that many baskets of chicks, and they come on a trolley.

until they get warm, which means they don't get the daily weight gain because they don't get the water that they needed to to start off.

So that's an example of something that could happen that -- really, I mean, I don't know who would control that. I mean it's the weather, but that's the way it's got to happen.

But let's say the neighbor down the road, he didn't get the bus. He got the truck. Well, the diesel comes in, there's a forklift. The forklift comes in, pulls off that trolley that I was talking about that's stacked it up so high with all the different baskets. As soon as it's pulled off, yes, it gets the chill of the wind that pops it, but it's in the house within seconds of being pulled off the truck.

Where all these other ones that were tooken off the bus, they had to be piled on that bed until it was full. You don't do one trolley at a time in that instance. You'd be there all day long. But the dolly can, the dolly meaning the fork truck that picks them up.

So that -- that's one instance that would definitely, in my opinion, change the rate from day one on that baby chick.

Q. So you're telling me, then, the delivery method

itself will --

A. Yes.

Q. -- is a variable?

A. It's a variable.

Q. Okay. It can't be controlled by the growers at all?

A. No. I mean, you can request whatever you want, but even if --

Q. It's up to Tyson?

A. Yeah. I mean, let's say that -- okay. Logistics-wise, we've got to go to Dennis Clapp. Well, I know where Dennis Clapp is. He's on the backside of Madisonville. Or you've got to go to Paul Kaufman. Paul Kaufman is a two-house unit that is literally five minutes from the plant.

You can go down there with a bus in five minutes, and you'll be right there. If you take the truck down there, it's going to take -- you know, that truck can hold multiple houses. That bus only holds one house at a time.

So you don't want to send that bus down there to Dennis Clapp to take an hour and a half to go down there and come back. Where you would send the diesel down there with four houses, and he could do four when he was there.

Q. All right. But are the participants in the tournament all getting the same type of feed, or are they getting a different type of feed?

A. They're getting the same type of feed, but I can't tell you in which increment -- or which amounts at any given time that you're getting. Yes, it's the -- 05 is 05. It don't change. It's 05.

But the important part is not are they getting the same 05, the 05 -- I mean, it's made as best it can. There's a formula, you know; and they have to put certain ingredients: bakery, Amoxicillin, or whatever -- whatever it is that they're using at the time, you know, in that feed.

Well, that's pretty much standard. It's going to be the same; 05 is 05. The difference is how long are you on 05 as opposed to how long are you on 05. Now you -- that's where I'm going with -- that's what I'm trying to tell you, where the difference would be.

Q. And that's a variance, that's different between participants in the tournament?

A. It can very well be, yes, sir.

Q. What about reclaim feed?

And tell us what reclaim feed is.

A. Well, at the -- at the end of the flock when I told you that the tech went out there and he got those

try to make a guess.

Well, I know they were eating two ton, and now Brian says these are going to kill the following Monday. So that was seven days. I should need 14 ton of feed. Well, how much feed do I got? I got 8 ton. I'm going to order 6 ton of feed. So you order 6 ton of feed from the hatchery.

The hatchery comes out, they deliver this feed to "blank" amount of houses, whatever that number might be, and they start consuming it. Whatever they don't consume is called reclaim. They come out, they get that feed, they pile it all up into one area. And they weigh it at the hatchery, and they say that's how many pounds of reclaim you had.

That's where the term "reclaim" comes from. It's reclaimed 18 feed that didn't get used. Or finisher, whichever number or letter you -- however you want to denote that last type of feed.

Q. Well, based upon your experience, though, how do chickens react with fresh feed versus reclaimed feed?

MR. TATUM: Objection, lack of foundation.

A. Well, fresh feed is always different than reclaimed feed. Now you're looking at -- okay, let's -- let's put this in our head.

So I had 12 ton of feed, and you know how

much feed I needed; so I need -- I sent the 6 ton of feed out there to equal the 14 that I thought I was going to need until the following Monday. If they don't eat that, that means that that feed's been there literally a week, because that's what I estimated that they would use; and whatever comes off of there had to have been there for at least a week, because --

BY MR. WHITFIELD:

Q. Okay.

A. Or -- I'm not going to say a whole week. They could have delivered it one day after I ordered it. You know, I can't tell you when it was delivered.

But basically that feed set there that period of time, and that's not uncommon. 05 feed starts out on a farm, it gets there three days before the chickens get there, because you've got to have the feed to feed out the house or else you can't do it. So when is feed fresh and when is it not fresh? I don't know. You'd have to ask some expert to tell you that.

But I can tell you, based off of what I know, that if I take that reclaim back to another farm, that farm doesn't do as well, basically because if that feed was there on this farm for a week, then it went back to the hatchery, got reran through the system, and then took back onto another farm where it might sit another

week prior to consumption.

So like I said, when I first said that it was only three days in between getting the feed there, I'll agree, that's -- you can't ask for anybody to be much closer than that. Three days is pretty good. But when I start telling you that it took seven days this time and seven days again before it got used, now we're looking at two weeks. Two weeks is definitely a different amount of feed.

Now, how can you tell whether the feed changes or doesn't change? Well, I could tell you, just based off of watching feed run, about how much animal fat's in there, if we still use animal fat. We -- we tried to switch off animal fat and we used vegetables for a while, but it just didn't work. The chickens just didn't like the taste of it.

You ever made gravy? You know what gravy is, right? You put it on a biscuit. Well, white gravy is really good to eat if you make it with bacon. If you make it with vegetable oil, it tastes completely different. Well, that's the same thing that's happened with those chickens, so they would back off a feed, eat more of it, or eat less of it based off of the way it tasted.

So you'd have a bigger amount of reclaim

system?

A. Well, we just did the feed and we just did the placing of the chickens.

Q. Kill date?

A. Kill date would be another.

And then you had mentioned the breed over there. It's not necessarily always the breed that would cause an issue, but it could. But then there's the difference in the amount of one sex of animals as opposed to another sex of animals; meaning that one house could be straight males, and one house could be straight females.

Q. Now, why does that make a difference?

A. Well, a male outperforms a female. That's just -- like I -- these are common facts that everybody that grows animals knows. This is what happens.

Q. All right. But what about -- we heard earlier in this case that males die at a quicker rate than females; and so at the end of a day, it all washes out.

A. Huh? I don't -- I don't understand the question.

Q. Okay. You're telling me that males outperform females consistently?

A. Yes.

Q. Okay. And is it a fact, based upon what you

Q. Always?
A. Yep.
Q. All right. So the farmer that's got more males than the farmer that's got females, the farmer with the males has an advantage?
A. Sure.
MR. TATUM: Objection, lack of foundation.
BY MR. WHITFIELD:
Q. Is that fair?
A. Yes.
Q. Okay.
A. The best example I can give you of that, you guys asked me about the Cobb -- well, you were asking most of the question. But, anyway, the Cobb byproducts, those are all males.
So if you wanted to see the difference, I'll just challenge you to go look at all the Cobb byproducts, take that average, and then average every other house, and find out what that average is.
Q. Uh-huh.
A. The Cobb byproduct male will have a bigger average than all the rest of the aver -- all the other birds.
Q. And that's based upon what?
Based upon what you've observed?

BY MR. WHITFIELD:

Q. Okay. But are -- do some growers have the right to utilize their own vet and not utilize a Tyson vet, or do they have to utilize a Tyson vet?

A. Oh, Lord, no. There's nobody else coming on the farms. That's not accepted.

Q. All right. So --

A. Whoever it is, if it was a vet on the farm, walking around on the farm, they'd better have been a Tyson vet.

Q. Right.

A. We didn't -- we didn't allow visitors of any kind.

Q. Okay. Any other variables you can think of that may have been different among participants in any given tournament?

A. With as many things -- I mean, I'm kind of drawing a blank of what we talked about and what we hadn't talked about.

But you got house sizes, male or females, the temperature and time which they were delivered, you've got the age when they were killed. You know, that's quite a bit of variables.

Q. You've got the breed?

A. Yeah, you've got a different breed. So...

fecal failures. Any time any portion of that gut, even whether it might be the bottom part of the gut, it still looks like corn, that's still called fecal.

Q. Uh-huh.

A. And that fecal can not be touching any part of the meat of that bird and still be processed.

Q. Okay. What do I mean when I say "layout time"?

What is that?

A. Layout time is the time in between one flock being caught and the next flock being placed.

Q. Okay. And that's in the control of Tyson?

A. Yes, sir.

Q. And there are different layout times among growers in the tournament, correct?

A. Yes, sir.

Q. Okay.

A. That -- that -- that brings up another point.

When you say -- like I said, I mean, we're going through this fairly quickly.

But that would be another instance where different layout times can help or hinder a flock. The longer the layout time, generally the better off the flock's going to do when it comes back in there.

Well, what you get is you get a bacteria load that gets to die down. And like I had talked to you

before about bacteria loads, once you get a high bacteria count, ain't a whole lot you can do about it but clean that -- clean that house out.

Q. Yeah.

A. So any time you've got a long extended period of time of layouts, you're always going to have a better potential -- you have a potential to do better.

Doesn't mean you're going to do better, but it's a -- it's a -- it's a perk.

Q. I get it.

Okay. The -- the lighting programs -- mandated lighting programs are the responsibility of Tyson, correct?

A. Yes, sir.

Q. Okay. The airflow programs are controlled by Tyson, correct?

A. Yes, sir.

Q. We talked about temperature.

Temperature mandates are controlled by Tyson?

A. Yes, sir.

Q. Okay.

MR. WHITFIELD: All right. Rubin, I think I'm done for today. I appreciate it. I appreciate you hanging in there with us.

Q. Butterflying chickens?
A. Yes, sir.
Q. That's right. I was using the word evisceration, but in this setting it has a specific meaning. I get that.
A. Yes, sir.
Q. So you were on the line for two to three weeks, and this was back in 2000 -- 2000?
A. 2000, 2001, '2, so -- yeah.
Q. Okay. And then from there, you became a service tech. And you talked about that, that you talked to your boss at the time about ideas you had for process improvements. She said, hey, you seem like the kind of person maybe we can use in a different place, talked with some others. Next thing you know, you're a service tech?
A. Yes, sir.
Q. So really from about somewhere towards the beginning of your employment until some other period you were a service tech.
How long were you a service tech?
A. I think that time it was probably about five years, roughly five years.
Q. Okay.
A. And then, like I said, I moved over to the pullet crew, and I ran a pullet crew for a while. When I

A. I've been here three years, so it was maybe -- this is 2019. That would be 2016.
Sometime in 2015, maybe 2014 at best.
Q. Okay. So you haven't worked at Tyson since approximately 2014 or 2015?
A. Yes, sir.
Q. Okay. And then --
A. I've been with the federal government for three years.
Q. Okay. When you left Tyson you were a service tech up till that point.
How long had you been a service tech in that second block?
A. At least another five or six years.
Q. Okay. So the period that you were maintenance, pullet crew supervisor, and service tech the first time, that's all 2009 and earlier?
A. Uh-huh.
Q. Okay. So you were service tech the last five years.
And were you a service tech 1, 2, AB?
A. Just 1.
Q. Okay.
A. Well, we were only allowed to have 1, 2.
Q. Okay. And that was?