# Exhibit 5

IN THE UNITED STATES DISTRICT COURT OF
THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, ET AL, *
*
PLAINTIFFS, *
*
VS. * CIVIL ACTION NO.
* 4:15-CV-00077
TYSON CHICKEN, INC., ET *
AL, *
*
DEFENDANTS. *

****************************************
ORAL AND VIDEOTAPED DEPOSITION OF
DR. MICHAEL LACY
FEBRUARY 11, 2020
****************************************

ORAL AND VIDEOTAPED DEPOSITION OF DR. MICHAEL LACY, produced as a witness at the instance of the PLAINTIFF(S), and duly sworn, was taken in the above-styled and numbered cause on FEBRUARY 11, 2020, from 9:08 A.M. to 4:22 P.M., before AMY PRIGMORE, CSR, in and for the State of Texas, reported by stenographic means, at the offices of Shook Hardy & Bacon LLP, JP Morgan Chase Tower, 600 Travis St., Suite 3400 Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

The relationship between poultry and cockfighting, and how that -- how that developed poultry production.

Q. Uh-huh.

A. That -- so, it -- it's more of a history of the breeds and how we got to our modern breeds.

Q. Understood.

And did you teach students that were poultry science majors the different breeds of bird that were more conducive to meat production?

A. Just in a general sense about the White-Cornish cross. We didn't -- we didn't get into different breeds within that strain, no.

Q. Okay. And during your tenure at the University of Georgia, did you ever do any studies relative to that?

A. I never did, no.

Q. Okay. So you haven't done any studies to determine whether one breed of bird is more conducive to meat production than another breed?

A. No.

Q. Okay. You haven't been commissioned by the University of Georgia or any other company to do such a research project?

A. No.

Q. Cobb 500 versus a Cobb 700.
A. Correct.
Q. Different -- different genetics?
A. Different in terms of the amount of breast meat that -- that one produces versus the other. The genetics are virtually the same. Almost a hundred percent of the same genes.
Q. Okay. But there are differences?
A. There's differences in the breast meat yield, yes.
Q. Okay. Anything else you were comfortable talking about?
A. Let's list the ones that -- that -- that I've given you. I'm not sure.
Q. We talked about broiler house environment, broiler production and management, impact grower on flock performance, sex differences of the birds, and breed differences.
A. Okay. Let's see. Reuse of leftover feed, I forgot that one.
Q. Okay.
A. Chick quality. I think that's it.
Q. Okay. Now, what things were you uncomfortable about talking about?
A. Contracts.

A. Guelph.
Q. Do you know him?
A. I don't know him.
Q. Hatchery management, Dr. Mike Wineland at NC State.
Do you know him?
A. I do know him.
Q. Okay. And then it has different other individuals there.
So you were at this -- this symposium?
A. A portion of it, yes.
Q. So do you remember presentations relative to this issue here?
A. Just bits and pieces.
Q. Okay. Let's go to the next page. It says -- let's go to -- one, two -- three paragraphs down. It says, based.
Do you see that?
A. Yes.
Q. It says, Based upon the overall conclusions of this symposium, genetics is critical to the successful future of the industry. According to Leeson, genetics account for 90 percent of the current and future status of the poultry industry, while the remaining criteria of nutrition,

5 percent, environment, 3 percent, and health, 2 percent, are considered supporting roles.
Did I read that correctly?
A. Yes.
Q. Do you agree with that statement?
A. No.
Q. Why it is you disagree -- disagree with that?
A. I -- I don't think there's any way to put those kind of numbers on -- on those things. Leeson is a nutritionist. I'm not sure how he came up with those, but I -- I would -- I would disagree.
Q. Are you saying that the information that was disseminated at this symposium, which you attended, was incorrect?
A. I would say that Dr. Leeson made an estimate there. And as often happens, scientists disagree with one another. That's what keeps science moving.
Q. So you will agree with me, though, that Dr. Leeson was one of the presenters at this symposium --
A. Yes.
Q. -- which you attended.

MR. SODEN: Object to form.
Q. (BY MR. WHITFIELD) Is that fair?
A. I -- I think I said that, all things being equal, similar breeds, same nutrition, same -- similar quality of chicks, that those are insignificant compared to the role of management.
Q. Okay. And do you know, in this particular case, whether growers in the same tournament are growing the same bird?
A. I don't know.
Q. Okay. And if they were growing different birds, would that change your opinion?
A. If -- if they are growing Cobb 500s versus 700's, no. If they're growing Cobb 700s versus Ross 708s, no.
Now, if they're growing Cobb 700s versus a single comb White Leghorn -- Leghorn chicken, then, yes.
But no, for the breeds that are typically used in broiler houses, there is no statistical difference.
Q. We'll get to that in a minute.
So -- but -- so your opinion, though, that management is the factor, is you're assuming that the growers were all growing the same bird in the

A. Yeah, that's -- that's a goal of -- it's certainly a goal, job description, responsibility. But ultimately, the grower has -- has responsibility there -- there as well, because they're there, or should be there, more frequently than the service tech.

Q. Poultry goal is like Tyson controls the density. I think we talked about that, doesn't it?

A. I think so, yeah. I think -- I'm -- ultimately, they control it, right.

I think growers can request to have a lighter density, if they think that will help their performance.

Q. And do you know whether or not the goal -- strike that.

Do you know whether or not density itself is a factor in flock performance?

A. Yes.

Q. Okay. And we learned that in that article.

A. That's correct.

Q. It's -- you're saying it's not the factor, but it is a spoke in the wheel.

A. That's correct.

Q. Okay. And is it fair for me to assume that the more density you have, the more difficulty the

Q. You've never worked for Tyson.
A. No.
Q. Except -- instead of today.
A. Correct.
Q. Okay. The temperature in the poultry houses, that's mandated by Tyson, isn't it?
A. Probably, yes.
Q. Okay. And the grower doesn't have any control as to what that temperature should be.
MR. SODEN: Object to form.
Q. (BY MR. WHITFIELD) Correct?
A. The grower controls what the temperature is, but doesn't control what Tyson says that the temperature should be.
Q. That's my point.
A. Yes.
Q. Okay. Tyson controls the airflow in the poultry houses, doesn't it?
MR. SODEN: Object to form.
A. I'm sure they have recommendations for airflow. But again, the grower implements that.
Q. (BY MR. WHITFIELD) And Tyson mandates the lighting that's used in the poultry houses, doesn't it?
A. I'm sure they do. And again, it's

birds anymore. You're trying to cool them. You're trying to get the excess heat out of the building.

So it ramps up the ventilation system to remove more of the hot air.

It would control the tunnel ventilation during extremely hot weather. So it would -- it would stage on as -- as the temperatures increased, it would control the evaporative cooling system that would start up when temperatures get too hot in order to provide air-conditioning for the birds.

Most of them control light programs these days as well.

Q. Okay. Anything else you can think of they control?

A. Sometimes there are bird scales associated with them. I've seen feed scales associated with them. They -- they can do a variety of things.

Q. Okay. And the parameters that the computer uses to control all of these different variables is set by Tyson?

A. Tyson, I'm sure, gives guidelines for their growers, yes.

Q. Okay. Guidelines, or requirements?

A. I don't know how they phrase it.

Q. If it's requirements, then do you know

Q. (BY MR. WHITFIELD) About how much it costs to buy a chick?
A. No.
Q. If I said 0.03, would that make sense?
A. No.
Q. How much -- you don't have any clue then?
A. I've got a clue, but 0.03 would be way too little.
Q. Okay. How much do you think it is?
A. It's probably closer to 0.25, 0.30, 0.35.
Q. Yeah, I get that. Let me ask you this -- look at this.
MR. WHITFIELD: Let's mark this as whatever exhibit this is.
THE REPORTER: 7.
(Exhibit 7 is marked.)
Q. (BY MR. WHITFIELD) I'm going to show you what we've marked as Exhibit 7, and I'll represent to you that we got this through discovery in this case.
This looks like a pay recap. I'm sure you've seen one of these before.
A. Uh-huh.
Q. Is that yes?
A. Yes, that's a yes. I'm sorry. Yes.

Q. No worries.
And you can tell here that there is a ranking from top to bottom, in this particular tournament.
Is that fair?
A. I -- I'll take your word for it. I don't -- I haven't had a chance to look at it. And I'm not really familiar with how Tyson's -- what this form is. But I assume that's the case.
Q. Well, you see on the far right, it says hen breed, male breed.
A. Yes.
Q. And there's numbers given there for those.
A. Yes.
Q. So -- and they're different numbers, depending upon the farm.
Is that right?
A. Yes, yes.
Q. Okay. And would it surprise you, then, that in this particular tournament, there are growers that are growing different breeds of bird?
A. That would not surprise me.
Q. And that happens, does it not?
A. Yes.
Q. Okay. So -- so, for example, Honeysuckle

you have growers that are competing with different grow periods.

A. Yes.

Q. Okay. Is that unusual?

A. No.

Q. Okay.

(Voices en sotto.)

MR. WHITFIELD: Let's mark this next exhibit as 7?

THE WITNESS: 8.

MR. WHITFIELD: 8.

(Exhibit 8 is marked.)

Q. (BY MR. WHITFIELD) I'm going to show you what we've marked here as Exhibit 8. And I'll represent to you that this is Exhibit 3, out of Jim Leeson's deposition that we took in this case. This is a -- a settlement by grower sheet.

Have you ever seen a document like this before?

A. I don't think I ever have.

Q. Okay. And this is from one of my clients, Dennis Clap.

But you've never seen a document like this?

A. No.

Q. Okay. Were -- where it says, grower pay

A. Yeah, sure. I -- I cited a 1928 paper by -- where is that -- Mussehl, FA 1927, sex ratios in poultry.
Q. No. 9, that's where you got that?
A. Correct, right.
Q. All right. So you're saying, then, when chicks hatch at the hatchery, they're going to come out 50/50?
A. No.
Q. Okay. What are you saying then?
A. I'm saying that at the time of fertilization, it's 50/50. If you continue reading, it's been observed by some that a few more female embryos die during incubation than male embryos. This may skew the ratio of females to male chicks 1 or 2 percent in favor of males that hatch.
Q. What do you base that on?
A. I think that that may have been in that same paper, if -- if I remember right. I can't remember.
Q. Is there any other paper besides No. 9 that you base that on?
A. I don't remember. There may be. I can't remember.

Q. Do you know whether or not the fat that's blended in with the feed affects water consumption of the birds?
A. No. Never heard that.
Q. You never heard that at all?
A. No.
Q. Okay. Do you know whether or not that, in fact, occurred at the Tyson facility?
A. No.
Q. Do you know whether or not there are studies that factor in how fat factors into feed consumption?
A. Yes.
Q. Okay. Tell me what you know about that.
A. Again, I'm not a nutritionist, but --
MR. SODEN: Objection; foundation.
Go ahead.
A. But generally, fat makes -- makes feed more palatable, easier for the chickens to eat. It also helps with the feed milling process.
So, your question again was --
Q. (BY MR. WHITFIELD) Is whether or not you're familiar with any studies that show that the utilization of fat in feed can affect consumption?
A. Yeah. Generally, fat is considered to be

A. I didn't.
Q. So you're condemning the Canadian study for -- for not giving you citations as to this 50 percent number, but you're not giving one, either.
MR. SODEN: Object to form.
A. Correct.
Q. (BY MR. WHITFIELD) Correct?
A. Correct.
Q. Okay. Then it says, In fact, this study encourages culling birds that would likely be condemned to minimize the number of emaciated birds sent to processing, exactly the same procedure used by the Tyson Robards complex.
I get that.
You say, If growers cull out small birds as they should, the weight of condemned birds would more closely resemble the average flock weight than the 50 percent or lower weight claimed by Plaintiffs' expert.
What do you base that on?
A. My experience.
Q. No study?
A. No.
Q. No peer-reviewed study?

A. No.
Q. Nothing that -- that you know of that's accepted in industry. That's just your opinion.
A. My opinion.
Q. Okay. It's not been peer-review tested in any way?
A. No.
Q. Okay. And you can't point me to any treatise that supports that, can you?
A. No.
Q. Okay. Do you have any evidence in this particular case that my clients, or anybody that grows for the Tyson Robards facility, are not culling the birds appropriately?
A. No.
Q. All right. Do you anticipate amending, supplementing, this report in any way, prior to trial?
A. I -- I don't know.
Q. Have you been asked to?
A. No.
Q. Okay. This is probably a really broad question, and I apologize. But is there any other opinion or issue that you're going to opine on at the trial of this matter that we have not talked

WATTAgNet.com

# Genetics plays large role in poultry industry's future



EXHIBIT
4
LACY
Tuesday, February 11, 2020

*Written November 24, 2011*

*By Christine Alvarado*

Genetics and selection for robustness are the keys for the poultry industry in the next five years, with nutrition, veterinary care and management playing supporting roles.

Current economics and questions surrounding the future of food agriculture are hot topics for people in the poultry industry today. To address these topics, the Poultry Science Association recently sponsored a symposium in St. Louis addressing the future of the poultry industry.

Experts in poultry science examined the fields of genetics (Dr. Jim McKay, Aviagen), nutrition (Dr. Steve Leeson, University of Guelph), hatchery management (Dr. Mike Wineland, North Carolina State University), vaccination/immune modulation (Dr. Hyun Lillehoj, USDA's Agricultural Research Service), coccidiosis control (Dr. Greg Mathis, Southern Poultry Research) and antibiotic use (Dr. Bernadette Dunham, FDA's Center for Veterinary Medicine).

**Tapping the genetic potential**

The poultry industry has been extremely successful in supplying food for our nation while keeping the cost reasonable for consumers. After all, poultry is the most consumed meat in the United States. The reason the industry has been so successful is improvements in genetic potential of breeds to achieve efficient production standards with

proper nutrition, environmental management and health.

Efficiency of poultry production involves less feed while maintaining the same growth rates, less environmental impact, more affordable products for consumers, less waste produced and more sustainable production. However, there are still continued challenges to poultry production. According to Lillehoj, these challenges include, but are not limited to, climate change, global food security and biosecurity.

More specifically, noted McKay, challenges can include demands for "clean stock" from consumers, producers, national programs and international trade. In addition, birds have to perform under a wide range of disease and environmental challenges.

Based upon the overall conclusions of the symposium, genetics is critical to the successful future of the industry. According to Leeson, genetics account for 90% of the current and future status of the poultry industry, while the remaining criteria of nutrition (5%), environment (3%) and health (2%) are considered supporting roles.

In light of these conclusions, genetics and selection for robustness is the key for the poultry industry in the next five years. Selection of birds for robustness includes research in selection for improved immune response, freedom from metabolic disease and challenge testing. Genetic research in these target areas, combined with heath, nutrition, environment and management, will be what provides future success to the industry.

**Nutrition plays supporting role**

With good genetic selection in mind, nutrition becomes a critical supporting role in the future of the industry. Leeson focused on current societal issues of antibiotic growth promoters, traceability, microbial control, ethanol biodiesel and ingredients in feed. According to him, a balance of science versus societal issues is needed. For example, performance versus profitability; traditional versus AGP use; and quantity versus quality are all questions that need to be addressed.

With improved nutrition, birds are reaching target slaughter weights earlier. With this in mind, the greatest limitation and challenge for broilers from a nutritional standpoint will be calcium metabolism for skeletal integrity to allow bones to withstand processing machines. With layers, the challenge will be eggshell quality in addition to skeletal integrity. Therefore, research has recently been focused in this area.

**Hatchery management challenges**

Hatchery management is another critical component to the future of the industry. The average broiler hatch is about 85% to 86% with proper management. Wineland said hatchery management is not only about increasing the hatch rate but also to ensure the chicks that do hatch perform better in the field. Previous research has indicated that incubation affects bird performance including, but not limited to, muscle development, immune status, gut health and yield.

With improved genetics, and different breeds available to the industry for specific needs, one hatchery challenge is achieving an understanding of the current breeds' response to incubation and that different breeds may need different incubation parameters. Another important challenge is that hatcheries have to be able to meet the needs of the developing embryo during all phases of development. For this reason, the industry may see an increase in single-stage incubation.

**Bird health through immune modulation, coccidiosis control**

The final speakers in the symposium dedicated time to other important support areas, including bird health through immune modulation, coccidiosis control and antibiotic use.

Lillehoj focused on the future of using immune modulation. The concept is to provide the birds nutritional ingredients that interact with immune cells to initiate a defense response. By improving immune response, the bird will be able to have better health and respond to its genetic predisposition through good nutrition and management. In this

regard, current research is focusing on the use of probiotics and prebiotics, bacteriophages, essential oils and herbs and bioactive phytochemicals.

The recent withdrawal from the market of 3-Nitro (Roxarsone) as a coccidiosis control by Pfizer was a response to consumer concerns about using an arsenic compound in poultry feed. This loss will drive future studies for coccidiosis control in the poultry industry.

Coccidiosis control is a $90 million industry in the USA and a $3 billion industry worldwide. According to Mathis, there can be greater than 700 trillion oocytes in a 40-ft. by 400-ft. house at one time. With those numbers in mind, we can see how the future of the industry will be focused on continued coccidiosis control.

Dunham also indicated that ingredient additives will have to be the future of the poultry industry to control health. Even though some of these replacements will not be as good as 3-Nitro and antibiotics, the response to consumer groups is clear and research to define replacements will be important to the future of the industry.

**Feeding the world efficiently**

Even with all of the limitations and concerns, it is important to remember that the poultry industry has been very successful in all of the aspects discussed above. The industry is now able to produce a 2.5 kg male broiler at 35 days of age, a 20 kg turkey at 20 weeks of age and 335 eggs in 365 days.

All of this success has allowed the industry to feed the population of the U.S. and abroad in a safe and efficient manner. So, even though challenges do exist, the outlook is for a profitable, safe and efficient poultry industry.

**Read more**

Poultry industry faces research challenges
Poultry breeders see paradigm shift with genomic selection

**Technology will play important role in poultry industry's future**

**Single-stage versus multi-stage incubation: Flock performance measured at processing plant**

| | Mortality, % | Avg. Wt. [illegible] | Feed conversion | Total condemnations, % |
|---|---|---|---|---|
| Single-stage | 2.18 | 4.34 | 2.166 | 0.76 |
| Muklti-stage | 3.27 | 4.35 | 2.21 | 0.96 |

Source: Wineland, et al., 2009, North Carolina State University

Flock performance was superior in flocks from hatcheries using single-stage incubation.

Christine Z. Alvarado, Ph.D., Texas A&M University

## Related Products

## WATT Global Media Focus Series Vol. 1 - Antibiotic-Free Poul-

try Production

Directory Listing - Online Enhanced

Related Events

XX Congress of the World Veterinary Poultry Association

International Production and Processing Expo 2017

10th European Symposium on Poultry Genetics