# Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

------------------------------x

CHARLES MORRIS, et al.,

Plaintiffs,

v.

Civil Action No. 4:15-cv-00077

TYSON CHICKEN, INC., et al.,

Defendants.

------------------------------x

Video Deposition of WALTER THURMAN, Ph.D.
(Taken by the Plaintiffs)
Raleigh, North Carolina
Friday, February 28, 2020

Reported by: Marisa Munoz-Vourakis - RMR, CRR and Notary Public

MR. TATUM: Objection, lack of foundation, misstates the evidence.

BY MR. WHITFIELD:

Q. Go ahead.

A. No. There are two parties to this contract, and according to the contract, each has fine level control over actions that they undertake. And if it's agreed that five flocks on average is the placement, according to the contract, and that beyond that, that the integrator is going to determine when exactly flocks arrive and depart, then it's parties to a contract doing what they agreed to do. And that placement of flocks was not forced on the growers unless, unless it can be shown that the one party to the contract reneged on its obligations.

Q. So are you telling me that my clients, who have a contractual relationship with Tyson, can dictate to them, dictate to Tyson when it is they get their flocks?

A. No, I don't believe that's the contractual arrangement.

Q. Okay. Who dictates the breed of bird received by the grower?

A. I believe that is a determination made by Tyson, the integrator.

Q. That's under the control of Tyson, isn't it?

A. I believe so.

Q. And who dictates the sex of bird that is received by the grower?

A. I think that is a decision that's made by Tyson when they put together a flock that's placed with the grower.

Q. And who dictates the type of feed received by the grower?

A. Well, ultimately I think Tyson is -- it's company feed provided by Tyson. Dictates is perhaps strong, given uncertainty over delivery times and things like that. I mean, there's inherent uncertainty to both side's space, measurement costs and the like.

Q. Who dictates the veterinary services that are received by the grower?

A. I don't know how that's determined exactly.

Q. Okay.

A. Is it some -- I assume -- well, I believe, and I've heard that there's mutual, mutual action. There are actions on both sides of that contract that would trigger veterinary services.

Q. So you think under the contract that the grower has any say on what type of veterinary services

of the eggs or the birds, does it?
A. I don't know that.
Q. You don't know that?
A. I do not know that.
Q. Okay. I think we already established that Tyson controls the type of bird that each grower was given, correct?
A. As far as I know, that is true.
Q. Okay. Tyson formulates and owns the feed, doesn't it?
A. Yes. Tyson provides the feed and rations and formulates that and delivers it, yes.
Q. Tyson is the entity responsible for the health, condition of the birds delivered to a grower, isn't it?
A. Chicks delivered to the grower?
Q. Yes.
A. It provides the chicks from its own facilities and so is responsible for their condition upon arrival, that follows logically, yes.
Q. Tyson controls the additives included in the feed, doesn't it?
A. I believe that they formulate the rations, which includes both the energy and protein components as well as vitamins and various other additives, and so

A. I also believe they schedule the delivery of feed, yes.

Q. So if they schedule the delivery of feed, then they control when the feed is delivered, don't they?

A. Control, determine, schedule. Those are all synonymous in this case.

Q. Okay. Tyson has the duty to deliver the feed in a timely manner, doesn't it?

MR. TATUM: Objection, to the extent it calls for a legal conclusion.

A. You've been asking me about the control of things. Now you're asking me do they have a duty. That sounds like a legal obligation that would be written into a contract or possibly in contract law that surrounds the particular contract, and I don't know exactly what their duty is there.

Q. And that's fair.

Tyson controls the amount and type of feed delivered? We've established that, correct?

A. I think that was covered under previous questions.

Q. Tyson controls if a grower gets reclaim feed, doesn't it?

A. If it determines what is delivered, I