# Exhibit 7

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY, OWENSBORO DIVISION

CHARLES MORRIS, ET AL.,

Plaintiffs,

vs. No. 4:15-CV-00077

TYSON CHICKEN, INC., ET AL.,

Defendants.

CONFIDENTIAL UNDER PROTECTIVE ORDER

______________________________

VIDEO DEPOSITION OF DAVID MEARS
TAKEN ON BEHALF OF THE PLAINTIFFS
ON OCTOBER 12, 2018, BEGINNING AT 9:01 A.M.
IN SPRINGDALE, ARKANSAS
REPORTED BY MIKE WASHKOWIAK, CCR

APPEARANCES:

On behalf of the PLAINTIFFS
John C. Whitfield
WHITFIELD, BRYSON & MASON LLP
19 North Main Street
Madisonville, Kentucky 42431
270-821-0656
john@wbmllp.com

On behalf of the PLAINTIFFS
Caroline Taylor
WHITFIELD BRYSON & MASON LLP
19 North Main Street
Madisonville, Kentucky 42431
270-821-0656
caroline@wbmllp.com

VERITEXT LEGAL SOLUTIONS
MID-ATLANTIC REGION
1801 Market Streeet - Suite 1800
Philadelphia, Pennsylvania 19103

A Yes.
Q Is it something that all techs were given, or is it something that was just specific to where you were at that time? You were at Dardanelle?
A I was in Dardanelle. I don't know if all techs were given.
Q Okay. You remember you got one?
A Uh-huh.
Q Okay. Is that a yes?
A Yes.
Q Do you know whether or not the growers in the area got the same Broiler Rearing Program manual that you got?
A Through the years I believe they did. I don't personally know. Yeah, I believe they did because, you know, that's 20 something years ago.
Q I get it. I know it was a long time ago. Were you required to learn the contents of that manual?
A I was.
Q Was there a test given to you about it?
A A verbal test by the broiler manager.
Q Okay. Who was the broiler manager at that time?
A James Smith.
Q Okay. Was there some type of certification that they gave you, now you're certified to be a tech or

Q I get that.
A All right. What incentive does this broiler producer have if I paid him on the square foot? I'm going to give you a high dollar -- I've got a lot of money in this baby chick and I've got a lot of money in this feed and you're not going to take care of it but I'm just going to pay you square foot pay. Now, where does that --
Q All right. So the tournament system is an incentive for the farmers to be efficient?
A Yes.
Q Okay. And you're saying that if you didn't have the tournament system in place, then there would be no incentive for these farmers to be efficient?
A That's true.
Q Okay. So cost and efficiency are two of the reasons that you believe that the tournament system is used by Tyson?
A Yes.
Q Any other reason you can think of, David?
A No.
Q Okay. All right, I kind of got sidetracked there. We're talking about you worked as assistant live production manager in Clarksville from -- you started in 2005?
A Uh-huh, yes.

Q How did you go from assistant live production manager in Clarksville to become live production manager at Robards? How did that happen?
A I was being -- I was the only assistant live production manager. It was part of the training program. It's a progression.
Q So natural progression?
A Yes.
Q So who was the complex manager when you were the live production manager at Robards?
A Michael Sheets.
Q Okay. Is he still with the company?
A No, he's not.
Q All right. So then in 2009 did you switch jobs?
A I did.
Q Where did you go?
A I went back to Cobb as director of production.
Q Where would that have been?
A Siloam Springs, Arkansas.
Q How long did you do that?
A Two years.
Q 2009 through 2011. When you got back to Cobb-Vantress, were they still just selling the Cobb 500 and Cobb male?
A No.

Q Okay. Then had they -- what birds were they selling at that time?
A 500 and the Cobb 700, and we had the regular Cobb male and we had an MV male.
Q What's an MV male?
A It was just a different genetic breed of male.
Q Okay. So you had the Cobb 500, Cobb 700, Cobb male and an MV male?
A Yes.
Q Those four are what were sold?
A Yes.
Q And Tyson owned the company in full by then?
A Yes.
Q Other companies were still buying from Cobb-Vantress?
A Yes.
Q Was it called Cobb-Vantress?
A Cobb. It was Cobb then.
Q Okay. By then were there other locations in Kentucky, like Monticello, Kentucky?
A I was over Monticello, Kentucky.
Q Okay. Is that where the Robards facility would get their birds?
A Sometimes. Most of the time the pullets, the GPs, the grandparents, came from there. And then they

could have came out of -- I also had a location in Gainesville, Georgia, and I had one in Marshfield, North Carolina, and I had just started a new one in Lafayette, Tennessee, and sometimes Kentucky get their products from Lafayette, Tennessee.

Q Okay. So you could get it from a whole host of different locations?

A You can.

Q Okay. And when Cobb was selling birds to the Robards facility, for example, they would get 500, 700, male and MV male?

A Yes.

Q You were involved, I assume, in the marketing aspect of selling these birds?

A At one time.

Q Okay. What time were you involved with that, David?

A 1998 through 2000.

Q By virtue of that did you have to do any research or any studies as to the difference as to how these birds grow?

A Yes, I know how the birds grow.

Q How is it you know how the birds grow?

A I knew the genetic pipeline. I knew, you know, I went through those departments at Cobb-Vantress, too.

Q That what I'm asking you. I'm asking you what departments did you go through to learn the genetics of the birds, for example?

A You've got great-grandparent facilities out there. I had 33 percent of them in 2009 through 2011, which I was director of production for the GPs, which is the pullets that are sold to all the integrators, all right? And the great grandparents pass down to the GP producers because Cobb-Vantress has its own set of growers that's producing these eggs, and then Cobb-Vantress owns the genetic facilities - Bear Mountain, Bates - and that's where all the genetics based on feed conversion, livability traits, and some of the selection process.

Q Are there differences, then, in the methodology to grow these birds? For example, if you got Cobb 500s versus Cobb 700s, based upon your experience are the contractor farmers taught to grow those birds differently?

A Yes.

Q As far as the environment is concerned?

A It's very minor, okay, but there's a slight difference. The 700 needs -- on the broiler integrator side?

Q Yes, sir.

A The 700 needs a little more light, brighter light.

Q Okay, brighter light?
A Yeah, it needs to stay a little warmer on the facility, in the facilities.
Q All right, what else?
A That's about it.
Q So brighter light and the environment needs to be a little bit warmer for the 700s?
A For the 700.
Q Versus the 500?
A Versus the five.
Q Okay. What about the males or the MV males, are there any differences that you see there in terms of growing those birds?
A No.
Q Based upon your training and your education, does one grow -- strike that.
Based upon your education, training, and experience, does the 700 grow larger than the 500 typically?
A No.
Q It does not?
A No.
Q What about males versus females, do males typically grow larger than female?
A Yes.

Q How much larger, if you know?
A Now, are we talking about -- what we talking about here? Are we talking about a broiler?
Q Talk about a broiler.
A Well, all of your growers are getting -- it's a flip of a coin. It could be 50 percent, you know. It's whatever mother nature --
Q That's not what I'm asking you. What I'm asking you is male versus female --
A Uh-huh.
Q -- listen to the question, male versus female, is it fair for me to assume that males will grow, broilers, will grow larger than females?
A Yes, it is.
Q Okay, that's all I'm asking. So now we're about 2009 through 2011; you were at Cobb-Vantress. So in 2011 something changed?
A I got tired of being on the road and went back to Tyson Foods as live production manager in Clarksville, Arkansas.
Q Okay. When you were at Cobb, you still had the same geographic location: Arkansas, Tennessee, Louisiana, Oklahoma, and Missouri?
A No.
Q That changed?

HR issues. Would you deal with issues relative to the contract growers?

A Sometimes.

Q Okay. Give me some examples of things you would deal with in regard to that.

A In the contract if there's any -- if there's any -- the grower, the contract grower, has the right to come into the office and sit down and talk to the complex manager anytime they feel like they need to. If I received any traffic that I had a grower complaint, and they wanted to talk to me, then I would handle it.

Q Okay. While you were there at Robards, were there instances where you got emails from the growers with a complaint and they came in and talked to you about it?

A Yes.

Q Can you talk to me about those instances that you remember?

A One was wanting to change his contract back to the weekly tournament system off of the 52-week system.

Q Okay. Who would that have been, do you remember?

A I do not remember.

Q Did you get an email about that first?

A Yes.

Q Okay. Did you reply back to him?

A Yes.
Q And then he or she came in?
A I set up a time for him to come in.
Q Do you remember what happened with that, what the resolution to that was?
A He went to the weekly.
Q Okay. Give me another example like that that you remember.
A I had -- a lot of times it wouldn't be email traffic. It would be a call from a producer, Morgan Rickard, not liking the litter preparation standards that the complex had set forth wanting to do something different.
Q Did you get emails from Morgan about that?
A I did not get any emails.
Q You got text messages?
A A call.
Q A call?
A Yeah.
Q What was your phone number?
A There?
Q Yes, sir.
A (270)521-0002, I believe. I can't even remember it.
Q It was a company phone, wasn't it?

Q Okay.
A I don't recall.
Q How long does -- strike that.
How long do -- strike that again.
Emails that are done in the Tyson system, how long they are archived?
MR. TATUM: Objection, calls for speculation.
A I don't know.
Q (BY MR. WHITFIELD) Are they archived, or are deleted immediately?
MR. TATUM: Objection, calls for speculation.
A I don't know.
Q (BY MR. WHITFIELD) Who would know that answer? Who would I ask in regard to that?
A Somebody in the IT department.
Q Okay. All right, when you'd get your emails, would you delete them immediately?
A If they were not deemed important, I would.
Q Now, you left October 29, 2017?
A Yes.
Q How is it that you remember that date specifically?
A My birthday is October 3.
Q Okay. Tell me the circumstances of you leaving the Robards facility.

A I was offered another position back in Arkansas.
Q Okay. What position were you offered in Arkansas?
A I want to say at the time it was training supervisor at Tyson Boot Camp.
Q Okay. Were you not fired?
A No.
Q Were you asked to leave?
A No, I had a job. I was wanting to come home.
Q Was it your decision of wanting to come to Boot Camp as opposed to Tyson's decision?
A No, I did not want to do Boot Camp. That's why I took severance and left.
Q Okay. So they told you, then, that they wanted to take you from complex manager at Robards and send you to Boot Camp, and you didn't want to do that?
A I did not want to do that.
Q Do you know why it is that they wanted you to do that?
A They did not -- yes, I do.
Q Okay. What is the reason, David?
A For them wanting me to come back? They knew that I was wanting to come back to Arkansas. There was a position that had came open where the most qualified candidate was supposed to receive the position, and it was

between me and another candidate, and I did not get that position. But I had already told them I only wanted to be in Kentucky for three more years -- three years at the time, and my three years was up. And that position came open back at home, and I did not get that.

Q Who got it?
A I don't even -- a young man got it.
Q Okay. That's a position you wanted?
A Uh-huh.
Q Is that a yes?
A Yes.
Q Would that have been an increase in pay for you?
A No.
Q It would've been a reduction in pay?
A No.
Q It would've been the same pay?
A Yes.
Q And why -- you just wanted to get back home?
A Yes.
Q Okay. And so somebody else got it?
A Yes.
Q Okay. And then when the person got it, then were you still complex manager at Robards?
A Yes.
Q Did you send any emails about that to anybody?

A No.
Q Did you complain about it to anybody?
A Yes.
Q Who did you complain about it to?
A HR.
Q Who at HR did you complain to?
A Well, I take that back. I didn't complain to HR. I complained to somebody else, Kendall Beach, who is a VP.
Q B-e-a-c-h?
A Yes.
Q Is that a man or woman?
A Man.
Q Where is he located?
A I believe Russellville, Arkansas or Springdale.
Q How is that you complained to him? In what mechanism? Was it text? Was it email?
A It was a text.
Q Okay, and what did you say to him?
A I told him it wasn't right, that I was told that the most qualified candidate would receive the position.
Q And you thought the most qualified candidate was you?
A Well, I'd already been a complex manager for three years, and the other candidate had never been one.

Q Okay, so what's the answer to the question? Did you think that you were the most qualified?
A Yes.
Q Okay. Did you use any curse words?
A No.
Q The reaction that you had about not getting that job, did it have something to do with you leaving?
A More than likely.
Q Okay. Why is that?
A I had a bad taste in my mouth at that time for Tyson Foods.
Q Okay. Because you were upset about that job?
A Yes.
Q Any other reason?
A No.
Q Okay. Did you have a meeting about that with anybody? You made a complaint to Mr. Beach; then what happened at that point? Did you have a meeting and discuss it?
A Huh-uh, it was dropped.
Q Okay. Then did somebody approach you about the position that you were already in, complex manager?
A What do you mean?
Q You didn't get the job at Boot Camp?
A Uh-huh.

those things, correct?
A Head placed, it goes all the way to net pound value and you do not -- the individual grower does not get anything past net pound value.
Q That's not my question. I didn't ask about that. My question is --
A I would see it.
Q Okay, that's what I'm asking.
A Yes.
Q But all the inputs at the top?
A Are the same.
Q Are the same. That's my question.
A Yes. Yes, they are.
Q Then you would see head breed, and you would see male breed?
A Yes, I would.
Q Okay. If while you were there at the Robards complex that the hen breed numbers were different, like these are?
A Yes.
Q And the male breed numbers are different, like these are, would that tell you that in that particular tournament that different breeds are being grown?
A Yes, it would.
Q Okay, fair enough. When it says sex, do you see

A All the data, all the empirical data.
Q What data?
A That anybody's ever had --
Q Name one.
A The history of Cobb-Vantress has data on all that.
Q Cobb-Vantress did sexing, didn't they?
A Yes, they do.
Q Robards didn't, did they?
A Cobb-Vantress is in a totally different business.
Q Listen to my question. We know that Cobb-Vantress did sexing.
A Yes.
MR. TATUM: Objection, vague and ambiguous.
Q (BY MR. WHITFIELD) You just said it and we learned it yesterday as well.
A Uh-huh.
Q But Tyson did not do sexing?
A No.
Q You're saying, then, by definition if I see a straight run designation here that it's 50-50?
A That normally it's 50-50.
Q Okay. Now, what I'm trying to get out of you is from what basis do you make that comment that it's 50-50,

that it's 50 percent female and 50 percent male?
A Historical data.
Q What historical data?
A All the historical data that's ever been retained.
Q Okay, name one.
A I mean, there's been trials and research done on it.
Q Name one?
A Go back and look --
Q I'm asking you, you're under oath. Name one.
MR. TATUM: Objection, argumentative.
Q (BY MR. WHITFIELD) If you know. If you don't know tell me.
A I don't know. I don't know.
MR. TATUM: Calm down.
MR. WHITFIELD: No, I'm not the one taking Adderall, he is.
MR. TATUM: I know, but you're getting all worked up.
MR. WHITFIELD: No, I'm not. It's fine.
MR. TATUM: He's just answering your questions.
MR. WHITFIELD: No, it's fine.
Q (BY MR. WHITFIELD) Have you taken Adderall today?

world.

MR. WHITFIELD: Okay. I just want the witness to tell the truth, that's all.

THE VIDEOGRAPHER: Want to go off the record?

MR. WHITFIELD: Yeah, we're off the record.

THE VIDEOGRAPHER: We are now off the record. The time is 11:13 a.m.

(BREAK FROM 11:13 TO 11:23)

THE VIDEOGRAPHER: We are back on the record. The time is 11:23 a.m.

Q (BY MR. WHITFIELD) Okay, we're back on the record, and David, we were talking about Exhibit 2 here and we were talking about the inputs at the top. Tell me, of these inputs ranging from sex to the grower pay which one of those is the most important, in your opinion, as far as ranking is concerned.

A Feed conversion.

Q Okay. Why do you say that?

A It's 65 percent of all the cost.

Q Is it fair for me to assume that if feed conversion is the most important, then is that the input that's most directly related to net pound value?

A Yes.

Q In your opinion?

A Yes.

Q So the control of drafting that agreement is in Tyson's favor, is it not?
A They drafted it.
Q Okay. Did you change it in any way?
A No.
Q As far as the equipment on a grower's farm, Tyson has specifications as to the type and condition of the houses themselves, don't they?
A Yes.
Q They have to be a certain size?
A Yes.
Q They have to be a certain type?
A Yes.
Q They have to have certain environmental controls, do they not?
A Yes, they do.
Q They use computers nowadays, don't they?
A Yes.
Q What, David, do the computers do as far as the house is concerned? What variables does it control?
A It controls the temperature, air speed.
Q Temperature?
A Air speed, lights, light intensity.
Q Okay. What else that you can think of?
A It controls when the feeders kick on and when

they kick off. It controls about every piece of equipment in the house.

Q Okay. There are certain specs that Tyson has that these growers if they have a contract with Tyson are expected to meet, are they not?

A Yes.

Q Can they input those specifications into the computer system?

A They can.

Q Okay. Who is it that inputs it? Does the tech do that, or does the grower do that?

A The grower.

Q The grower does that. And the tech reviews that?

A Yes.

Q The tech reviews the computer inputs to make sure that they're meeting Tyson's specs?

A Yes.

Q Does the grower have any control over changing those specifications?

A Most of them do.

Q Okay.

A Most of them change them. I mean without recommendations, and a lot of times when you go and look they perform very poorly.

Q Is it fair for me to assume that if a grower consistently does not set the computer to the specs of Tyson they're going to lose their contract?
A No.
Q They're not?
A No.
Q They can do whatever they want?
A You've got a High 40 Program.
Q If you go through the High 40 Program and you don't make it through that, then you're going to lose your contract?
A After your sixth flock you will.
Q All right. And one of the reasons you get in the High 40 Program is you don't set your parameters on your computer to Tyson specs?
A You did not manage or provide the labor to take care of the chickens in a proper manner to have a quality product being produced, and it cost a ton of money.
Q Which could include not utilizing Tyson's specs?
A It could.
Q Okay. What about upgrades? Tyson requires upgrades periodically to farms, do they not?
A Yes.
Q And to houses?
A Yes.

Q Do you know what the parameters are for that when an upgrade is requested, for example?
A I've only been through a few of them. Upgrades come with changing in technology. I can remember when all the growers had to get off eight-foot trough drinkers and go to nipple drinkers.
Q I get it. I understand what you're saying. I'm just asking you, the decision for upgrades is Tyson's, correct?
A Yes.
Q And Tyson mandates you might need an upgrade for this, that and the other, correct?
A Yes.
Q And if the grower does not do the upgrade, they can lose their contract, right?
A Yes.
Q Okay. Tyson controls the type and gender of the birds that the grower receives, right?
A Yes.
Q Tyson controls the breed of bird; is that fair?
A Yes.
Q Tyson owns the genetics of the bird, doesn't it?
A Yes.
Q What about a pest control issue on a grower's farm, who controls that?

A Tyson bears the cost.
Q Okay. So if I've got a pest issue at one of my houses, then Tyson pays for that?
A Yes.
Q Do they dictate to me how it is that I need to utilize that service, that pest control service, being that they're paying for it?
A What do you mean dictate?
Q Let's say I've got a mouse problem in one of my houses. Does Tyson come in and say all right, Whitfield, here's some money for this issue and here's what you need to do?
A No, Tyson provides the rat bait and the bait stations to help the producer control the rodent issue.
Q Got it.
A On the other side, the bugs, the Darkling beetles that's in the litter, Tyson pays a contractor to come in and spray a pesticide, approved pesticide, inside the chicken houses after each flock to kill the bugs.
Q So they control that, then?
A Yes.
Q Okay. And Tyson controls the -- strike that.
Tyson owns the pullets that are used to produce the laying hens, don't they?
A Yes.

Q They own the laying hens that produce the eggs?
A Yes.
Q Tyson owns the eggs that are hatched by the laying hens, right?
A Yes.
Q Tyson owns and controls the hatchery where the eggs are hatched, don't they?
A Yes.
Q Tyson owns the broiler chicks that are hatched?
A Yes.
Q Tyson owns the broilers?
A Yes.
Q Tyson controls the medication for the eggs and the birds?
A Yes.
Q Tyson controls the type of bird each grower is given? We talked about that, correct?
A Yes.
Q Would you agree with me that Tyson is responsible for the health and condition of the birds delivered to the growers?
A It doesn't say that in contract, does it?
Q I'm asking you.
A Who's responsible?
Q Yes, for the health and condition of the birds

delivered to the growers, who's responsible for that?
A I believe the contract states that all these producers have signed that there's no guarantee on health and condition of the product.
Q So you believe that Tyson can give sick birds to a grower and that complies with the contract?
A No, I did not say that.
Q Then whose responsibility is it to provide healthy birds?
A It's Tyson's. I mean, every Tyson location wants to have the best feed and the healthiest chick provided to all the producers.
Q And you'll agree with me that Tyson has a duty not to deliver deceased birds, right?
A Yes.
Q Okay, that's all I'm asking. Tyson formulates the feed, right?
A Yes.
Q Tyson owns the feed, doesn't it?
A Yes.
Q Tyson controls the additives included in the feed, doesn't it?
A Yes.
Q Tyson controls the type of feed delivered to a grower, doesn't it?

A Yes.
Q That can be refurbished feed -- or reclaimed feed, sorry, correct?
A I'm sure, yes.
Q If a grower gets reclaimed feed, they don't have any say in the matter, do they? It's up to Tyson?
A That's true.
Q Okay. Tyson controls the transporting of the feed to the grower, doesn't it?
A Yes.
Q Tyson controls when the feed is delivered to the grower?
A Yes.
Q You'll agree with me, we talked about this earlier, that Tyson's got a responsibility to deliver the feed in a timely manner, doesn't it?
A Yes.
Q There are some instances where I thought you told me that exceptions are given for individuals where there's been too much time between flocks?
A Uh-huh. Yes.
Q All right. What is an acceptable amount of time between flocks -- strike that.
What's acceptable amount of time for feed deliveries between one feed to the other one?

MR. TATUM: Objection, lack of foundation.
A What do you mean?
Q (BY MR. WHITFIELD) We've heard before from some of our clients that they have issues with feed outages.
A Uh-huh.
Q Okay. Being that you were a complex manager for a while, what is an appropriate amount of time for someone to be out of feed and what's inappropriate?
A Well, you know, there's bad weather instances and everything else out there where you are not able to get to a farm due to the weather conditions. Anything over six hours it more or less impacts the bird.
Q So anything more than six hours has the ability to impact the birds?
A Yes.
Q Tyson controls the amount of reclaimed feed given to the grower, doesn't it?
A Yes.
Q Tyson controls when the birds are delivered to the grower, doesn't it?
A Yes.
Q Tyson controls the veterinary services, doesn't it?
A Yes.
Q Does the grower have the ability to utilize his

or her own vet?
A No.
Q So if I'm growing for Tyson and I've got a vet and I want the vet to look at the birds, under the contract I don't have the ability to do that?
A No.
Q And I have to use the --
A Tyson vet.
Q Tyson vet, okay. When you were at the Robards facility, what was the name of the vet?
A McCarter, Steve.
Q Steve McCarter. Where was he located?
A Georgia.
Q Do you remember where in Georgia?
A Atlanta.
Q Does he still work for the company?
A Yes, he does.
Q Do you think he still is a vet for the Robards facility?
A Yes, he is.
Q Is he also a vet for other complexes in the Tyson system?
A Yes, he is.
Q Which ones?
A I don't know them all. All the fresh, so that

would be South Georgia, that would be Cumming, Georgia, Robards, Kentucky. He's also got some of the small bird stuff in Indiana. He's got Obion County, Union, Tennessee. He's got quite a few.

Q Okay. So Tyson controls the vet that's used for growers that work in the Robards facility, but they also control when vet services are used, right?

A Yeah, but also Tyson uses other vets that's in the industry to come in and help the Tyson vets, okay?

Q Okay, I appreciate that. At the end of the day the growers themselves don't have a say in what vet's used?

A No.

Q Or when the vet is used?

A That's right.

Q That's totally up to Tyson?

A That's right.

Q And Tyson's got complete control of that, correct?

A Yes.

Q And Tyson controls when and which birds must be killed by a grower; is that fair?

A Yes.

Q Tyson controls the tech that oversees each farm; is that fair?

A Yes.
Q The grower doesn't have any say in that, does he?
A No.
Q Tyson controls when the birds are going to be picked up?
A Yes.
Q Tyson controls the catch crew where the birds are being picked up?
A Yes.
Q Do they use independent contractors for the catch crews?
A Yes.
Q At one time they used Tyson personnel, didn't they?
A They did.
Q And then they switched to contract crews?
A Yes, they did.
Q All right. And there are certain parameters or specifications that these contractors' crews are given by Tyson as to how to pick up the birds?
A Yes.
Q And they have to comply with those specifications?
A Yes, they do.

Q In order to keep the contract, don't they?
A Yes.
Q Tyson controls the transporting of the birds to the processing plant, doesn't it?
A Yes.
Q In fact, when you were at the Robards facility, were there some instances where you had differences in the mileage from one farm to the other one away from the complex?
A Yeah, all farms are not in the same location.
Q That's right. What was the furthest distance that you remember that a grower had a house and then the closest distance to the Robards complex?
A I'd say the furthest is probably 50 miles.
Q Okay. And what was the closest, David?
A Two miles.
Q Okay. So Tyson controls how those birds get from those locations to the complex?
A Yes.
Q Is there any -- strike that.
For somebody that operates in the tournament system and they are 50 miles away from the complex, they would be about the furthest, you think?
A Yes.
Q Do they get any type of handicap for that at

all?
A No. I mean, they might withdraw their feed differently.
Q Do you know that?
A I'm sure.
Q Why do you say I'm sure?
A Well, that's what -- that's what they should be doing is withdrawing their feed differently. It takes them longer to get to the plant, so they shouldn't be off feed.
Q Tyson controls the weighing of the birds once they get there, don't they?
A Yes.
Q Tyson controls the amount of time between catching the birds and weighing the birds, doesn't it?
A Yes.
Q Would you say that Tyson has an obligation and a duty to timely weigh the birds?
MR. TATUM: Objection to the extent it calls for a legal conclusion.
A But I'm going to answer you that. Yes.
Q (BY MR. WHITFIELD) Okay. That's not --
A The birds are timely weighed. As soon as they get to the plant they go across the scale.
Q But Tyson's got that obligation to make sure

that happens?
A Yes.
Q It's nothing that the farmer has any control over, correct?
A No.
Q Tyson controls the amount of time between the weighing of the birds and the processing of the birds?
A Yes, but that has no impact to the grower.
Q I'm not asking that question; I'm asking who's got control. Tyson controls when the birds will in fact be processed, doesn't it?
A Yes.
Q Tyson controls the farm condemn practice during processing, doesn't it?
MR. TATUM: Objection.
A No.
Q (BY MR. WHITFIELD) It doesn't to the extent that USDA is involved?
A Yes.
Q Okay. Tyson controls the disposal of the excrement of the birds, doesn't it?
A What are you talking about, litter?
Q Yep.
A Tyson controls that?
Q Yep.

A No, we don't.
Q Who controls that?
A The grower does.
Q Are there specifications, though, as to how the excrement is to be disposed of?
A I'm sure; each state has their own.
Q Does Tyson mandate that in any way?
A Yes.
Q There's certain specifications that Tyson has that require the growers to comply with in terms of disposal of the excrement?
A Yes.
Q Tyson controls how long growers are held out between flocks, doesn't it?
A Yes.
Q Tyson controls how many flocks a grower receives, doesn't it?
A Yes.
Q Tyson is the entity that came up with the inputs in the tournament system itself, correct?
MR. TATUM: Objection, calls for speculation.
A I don't know.
Q (BY MR. WHITFIELD) Who else --
A There's plenty of other integrators on competitive contract.

Q Does any grower have any input as to what the inputs would be in a tournament system?
MR. TATUM: Objection, same objection.
Q (BY MR. WHITFIELD) Have you heard ever that?
A No.
Q Tyson controls whether a grower gets an exception; is that fair?
A Yes.
Q And whether or not an exception is given is solely at the discretion of personnel, management personnel, at Tyson?
A Yes.
Q Tyson controls which growers are ranked against each other, doesn't it?
A No.
Q It doesn't?
A Huh-uh.
Q Why is that?
A That would be like me telling you that we're going to rank all of us. Hell, I didn't know you before I got here. So I can't tell you who's going to be on a contract from one day to the next.
Q Well then how, for example, in this Exhibit 2 that we've got there's like ten participants in the tournament.

A I think it's a measurement of the input cost that's going into it is what I think.
Q Explain that to me because I'm not sure I understand that.
A All the cost that the integrator accrues, you get to track based on performance of the flocks in the field for that week. So yeah, it's a measurement tool.
Q It's a cost measurement tool?
A Yes.
Q Okay. It gives Tyson some input as to cost?
A It does.
Q Okay.
MR. WHITFIELD: All right, let's go off the record for a second.
THE VIDEOGRAPHER: We're off the record the time is 11:55 a.m.
(BREAK FROM 11:55 TO 11:57)
THE VIDEOGRAPHER: We're back on the record. The time is 11:57 a.m.
Q (BY MR. WHITFIELD) All right, David, when you were at the Robards facility, did you deal with recruitment of new growers at all?
A Which time frame?
Q Both time frames you were there.
A Yes.

probably going to beat you every time that we go out to race.

Q (BY MR. WHITFIELD) If you and I raced in the Kentucky Derby and you and I are both thoroughbreds and we're running against plow horses --

A But they don't. They run against -- the same with these. They're running against the same breed chicken.

Q They are? Well, that's interesting because you said earlier today that there were differences in the breed, did you not?

A Well, here's the deal. That Cobb -- you never did let me finish everything. A Cobb 500 and a Cobb 700 have the same mama. They have the same mama.

Q But they're different breeds?

A They just have a different number.

Q But they're different breeds, are they not?

A Yes.

Q Okay. And you told me earlier today that different breeds grow differently, do they not?

MR. TATUM: Objection, misstates his testimony.

Q (BY MR. WHITFIELD) Did you say that?

A Cobb is a breed.

Q Okay. But the Cobb 500 and the Cobb 700 are going to grow differently, aren't they?

A They have a tendency to.
Q Okay. All right, that's what I thought you told me today.
A But if you want to pull the historical data, you will find, especially in Kentucky, that some people performed better with the Cobb 700 than they did the five.
Q What historical data?
A Just go back and look.
Q Give me one.
A Go back and look.
Q Give me one.
A Just go back and look and see how well Charles at Honeysuckle, who has a lighting issue, look how well he performs with 700s versus how well he performed with fives. There you go. There's one.
Q I'm talking about data between -- you're telling me, then, that breeds that are different grow the same?
A No, I'm saying based on the environment that the farm manager provides them, they will grow -- they'll grow very similar.
Q Are they going to grow the same?
A One's got a better yield than the other.
Q There you go. That's what I thought. Now, you worked in a hatchery before, and the age of a laying hen, let's talk about that, does that factor into health of the

actual chick that's hatched? Let me tell you what I'm talking about.

If you've got an age of a laying hen that's X, whatever it happens to be, and then you've got another hen that's X plus one, which means a little bit older, okay?

A Uh-huh.

Q Does Tyson consider that at all in terms of whether the older hen and the health and vitality of that chick might be less than the younger hen?

MR. TATUM: Objection. Calls for speculation, lack of foundation.

A I don't know of any instances where you would have the -- you know, I've had older flock sources, younger flock sources, a combination of them all. I still -- I still settle better than average. So I don't see --

Q (BY MR. WHITFIELD) You don't think it makes any difference?

A No, I don't see the validity in it.

Q Okay. Is that just based upon you growing chickens?

A Me growing chickens, me being around the chicken industry. They could probably pull a lot of data right now if they wanted to to show you the differences.

Q Have you ever seen any data about that?