# Exhibit 10

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| CHARLES MORRIS, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>TYSON CHICKEN, INC., ET AL.<br><br>Defendants. | Civil Action<br>No. 4:15-cv-00077<br><br>Judge: Joseph H.<br>McKinley, Jr. |

ORAL AND VIDEO DEPOSITION OF JARED SHELTON

The oral and video deposition of Jared Shelton, taken pursuant to Notice on the 21st day of September, 2018, at the hour of 8:45 a.m., at the law offices of Whitfield, Bryson & Mason, LLP, 19 North Main Street, Madisonville, Kentucky, before me, Andrea Riggs, Court Reporter, and Notary Public in and for the State of Kentucky at Large, to be used for any and all purposes allowed by the Kentucky Rules of Civil Procedure.

Andrea Riggs
Court Reporter
195 Lake Scene Drive
Eddyville, Kentucky 42038
(270) 206-0720
amriggs007@aol.com

Q. Okay. Is that something you wanted to do, or was it something that they just put you in?
A. It was just -- that was the position I hired in with Tyson. It wasn't, 'Hey, you're going to be a supervisor in live haul,' or, 'You're going to be a supervisor in feed mill.' It's basically just a program they use for training, you know, supervisors.
Q. Got it. Prior to you doing this, Jared, had you ever been involved in the chicken industry before?
A. No, I have not.
Q. Had you ever been involved with any chicken farms before?
A. No, I have not.
Q. Ever work for any chicken farms before?
A. No.
Q. Anybody in your family worked in the chicken industry at all, either having a farm or working for Tyson or any other chicken company?
A. No.
Q. Okay. So you get done with this six-month program, and thens what happens after that?
A. There was an opening in live haul -- a supervisor -- so I was a supervisor, and Catch Crew Supervisor is what the title was.
Q. Catch Crew Supervisor?

Q. All right. You did that while you were a Service Tech?
A. That's correct.
Q. Okay. So you were in charge of the Tyson grow-out farms?
A. Yes, I was Farm Manager on these farms and I supervised them.
Q. Okay. So in your training then, it sounds like that you had a lot of interrelationship with the growers themselves?
A. Yes.
Q. All right. I assume you learned a lot from them, too?
A. Yes.
Q. Okay. Because those guys are in the trenches and they grow chickens in time, and somebody like --
A. Well, that, and I was in charge of growing chickens on Tyson farms myself. I mean, that was my responsibility -- to grow your bird.
Q. Let's talk about that then. While you were a Service Tech that you were also involved with the Tyson farms themselves, how many farms you talking about?
A. It was four eight-house farms.
Q. Okay. And where were they?
A. Three of them were in Earlington.

Q. Earlington, Kentucky?
A. Yes.
Q. Right down the road here?
A. Yes, and one was in Providence. I think it's considered Diamond maybe, but --
Q. Yes, sir. Okay. So three in Earlington and then one in Diamond?
A. (Witness nods head.)
Q. Okay. How many employees were involved with these four?
A. It was a husband and wife on each of them.
Q. Okay. What were their names?
A. Bobby and Charlotte Weaver.
Q. And which house and which farm did they work?
A. They were at the one in Providence. That's the ones I recall that were there a very long time. The other ones, I mean, it would be -- there were so many different ones. Honestly, they wouldn't last very long, and they would quit, didn't want to do whatever. I don't recall their name.
Q. So you had four eight-house farms, so you had -- what? -- 32 houses?
A. That's correct.
Q. All right. So did you do that -- in terms of managing them -- during the whole three-year period that

you were a Service Tech?
A. Yes, I believe so. Well, not during the whole time. I think it was -- I don't recall exactly how long it was. It wasn't during the whole three years. I mean, I -- I don't recall exactly. I don't know when it was.
Q. I get it. So you essentially kind of wore two hats: You were a Service Tech, but you also managed these 32 houses?
A. That's correct.
Q. Okay. And if you had to give me a percentage of the time spent for each job -- Service Tech versus house manager --
A. It was a balance. I didn't spend more time on the Tyson than I did the contract growers. I mean, I spent the same amount of time with all of them.
Q. Okay. But when you started managing these four farms, that's the first time that you were involved in actually -- hands-on management of the poultry houses?
A. That's correct, other than servicing poultry, yea -- I mean, servicing chickens on contract growers' farms.
Q. Did you find that being involved with the farmers themselves -- as a Service Tech -- helped you with your knowledge base in managing the four houses for Tyson?

incentive as to where you ended up in the tournament when you were managing these growers?

A. No, I did not.

Q. Your salary was the same, no matter what?

A. Mine was the same, no matter what.

Q. All right. So is it fair for me to assume then that any settlement for a tournament -- that these four Tyson farms would be included, and there'd be one set of settlement figures and then the Tyson farm would be pulled out and then another set of numbers calculated; is that right?

A. I believe that's correct.

Q. Okay. And the second calculation is what the farmers actually ended up getting, not the first?

A. I believe that's correct.

MR. WHITFIELD: Okay. Let's take a break for a second.

(Brief recess.)

Q. (By Mr. Whitfield:) All right. Jared, we're back on the record and we were talking about your work experience as a Service Tech. I want to say that you did that with Tyson March of '08, approximately, to March-April 2011?

A. That's correct.

Q. Okay. What was your next job?

A. I heard that he was terminated, but I was not -- again, I was not involved in the decision process, so that was all speculation. I don't know.
Q. (By Mr. Whitfield:) I get that, but my question to you is you heard that he was terminated?
A. I answered that question.
Q. Okay. And that is yes?
A. Yes.
Q. Okay. March-April 2011 is about when you became Broiler Manager?
A. Yes, approximately.
Q. So you succeeded Kenny Bartley?
A. Kenny Bartley was not the Broiler Manager.
Q. Kenny Bartley was Live Production Manager?
A. That's correct.
Q. Who was the Broiler Manager before you?
A. Alan Chambers.
Q. Okay. And why did he leave that position, if you know?
A. I don't know. Probably transferred to another poultry business. I don't know if he was terminated or left on his own or what. I don't know.
Q. He left the company, for whatever reason?
A. That's correct.
Q. All right. So how long did you act as Broiler

to make a phone call to him and let him know what we saw if there was any issues, and then we would take the other back to the office and put it in a file under the grower's name.

Q. All right. And then would you follow up with that?

A. Yes. I mean, we would -- I would keep -- I mean, I'm just talking about me in particular --

Q. That's all I care about.

A. I would just keep copies of it with me -- the previous service report -- and then that way when I went back, I would know, 'Hey, be looking to see if this fan's been taken care of,' or feed line, or whatever it was, whatever the issue may have been. Yea, we would follow up to see if the grower had done it, and, you know, all this stuff was not to pin a grower down and say, 'Hey, your fan is not working'; it was about helping them take care of the birds. You know, it's helping them maximize profits and --

Q. As Tyson saw it?

A. Maximize profits for the grower, that's correct.

Q. Yea, but I think what I'm hearing from you is Tyson had certain specs and certain standards that they required these contract growers to live up to in order to grow chickens for Tyson; I mean, fair?

A. That's correct.
Q. Okay. Now, before we get to these, I assume that you've had contact with some of my clients, and let me read them off and make sure that I know which ones you may have dealt with and which ones you haven't, okay?
A. Okay.
Q. Charles Morris?
A. Yes.
Q. Okay. Morgan Rickard?
A. Yes.
Q. Tim Vincent?
A. Yes.
Q. Okay. The Murphys?
A. Yes.
Q. Okay. Mr. Hong?
A. Yes.
Q. Dennis Clapp?
A. Yes.
Q. Mr. Brown -- Doug Brown?
A. Yes.
Q. Okay. Burch?
A. Yes.
Q. Okay. Crabtree?
A. Yes.
Q. Ledger?

A. They do.

Q. Okay. And if Charles Morris or anybody in the Tyson system that grows for Tyson -- if they don't comply with the Tyson temperature or ventilation guidelines, they are at risk of losing their contract, are they not?

A. Yes, if it leads to animal welfare issues or, you know, in these -- again, like I said earlier, these temperature and ventilation guidelines, along with lighting guidelines in here are recommendations that Tyson makes to help the bottom line of the grower, to make more profit, to increase, you know, their profitability by raising a healthier bird.

Q. Understood, and I get that. All right. The second is not following Tyson lighting programs, so Tyson has a lighting program, as well?

A. That's correct.

Q. Just like a temperature and ventilation program?

A. Yes.

Q. Okay. And Tyson expects these contract growers to comply with the lighting program, as well, correct?

A. That is correct.

Q. Okay. And if they don't comply, again, then they're at risk of losing their contract, correct?

A. Yes.

Q. Okay. Now, tell me -- in regard to the lighting program, how does that affect animal welfare, or does it?

A. Well, I mean, it could be if you put them -- give them too much light and push a bird too hard to where they don't have the proper rest, I mean, it could create problems with leg issues. You know, it just could create health problems because they don't have the correct amount of darkness.

Q. Okay. In this particular instance, you write that Charles is not changing the light program from 500 to 700 between flocks. He's running whatever is in the controller and not paying attention to Tyson detailed lighting program. So I assume there is a detailed lighting program that Charles Morris and any other contract grower is requested to comply with?

A. That is correct.

Q. Okay. And, again, if they don't comply with it, they're at risk of losing their contract?

A. It could lead to issues that could -- their contract could be terminated, yes.

Q. Got it. Okay. Next one: Light bulbs are not burning properly (light bulbs are not dimming properly, which leads to several light bulbs out in each house during the flocks.) Is there some requirement that

700 has 1 to 2 percent -- maybe more -- breast yield -- breast meat yield than the 500 --
Q. Okay. So --
A. -- with a higher yielding bird.
Q. Got it. Cobb is the name of the company?
A. That's correct.
Q. Okay. So if you've got a bird -- a Cobb 500 -- that means you've got a 500 bird from the Cobb company?
A. That is correct.
Q. All right. And what you've been told is that the 700s have a 1 to 2 percent increase in weight?
A. Breast meat yield.
Q. Okay. Breast meat yield. Okay.
A. So that doesn't necessarily mean weight.
Q. Okay. But does it mean size or volume of the breast?
A. The breast, yes.
Q. Yea, so the breast is going to be bigger -- a little bit bigger -- in a Cobb 700 as opposed to a Cobb 500?
A. That -- I don't know that as a fact. That's just what -- I mean, I've never done any kind of trials or been a part of any kind of trials to -- for that to be a fact.
Q. I understand that, and I'm asking you just what

you know, or what you've been told, and you've been told that the breast meat yield is 1 to 2 percent more with a Cobb 700 as opposed to a Cobb 500?
A. Yes, I've been told that, but not in a -- you know, any kind of business setting or anything like that, just talk between, you know, maybe Service Techs or whatever --
Q. Got it.
A. -- but I've never been in a meeting that said, 'Hey, we've got facts that this has got 2 percent more breast yield.'
Q. Okay. Understood --
A. Hearsay, I guess is what I'm trying to say.
Q. Understood, and you can only talk about what you know. I get that. All right. So you got -- they were growing Cobb 500s, Cobb 700s. Any other type of bird that you can think of that Tyson was running?
A. At that time?
Q. Yes, sir.
A. No, it was all the -- the Cobb meat.
Q. When you say, "at that time," are you talking about the three-year period when you were a tech?
A. Or a Broiler Manager.
Q. Or a Broiler Manager?
A. Yea.

that what I'm reading by this -- this second bullet point?
A. Yes.
Q. And what you're saying here is that Charles wasn't changing the light program if he switched from a Cobb 500 to a Cobb 700?
A. That is correct.
Q. Okay. Do you know why there was a difference between -- in the lighting program in a 500 as opposed to a 700?
A. No, I don't.
Q. Okay. But Tyson has specifications in the lighting program -- if they're going to run a Cobb 500, and then if you're going to switch it to a Cobb 700, it's a different lighting program?
A. That's correct.
Q. Okay. And the lighting program has to be complied with by the contract grower?
A. That's correct.
Q. Okay. And that's mandatory --
A. It's recommended that we do that, that they follow it, yes.
Q. Okay. And, again, that's one of those situations that if they don't do that, they are at risk of losing their contract?

A. That's correct.
Q. Okay. Got it. Let's move on down to the fourth bullet point here. It says, 'Equipment is not being operated in the "auto" position of the controller (Charles is only turning the tumble fans to the auto position that he thinks he needs instead of letting the controller determine what fans need to be running.' All right. Let's talk about that. The controller -- is that the computer?
A. That's correct.
Q. Okay. So if all of these houses have a computer -- and tell me -- again, for somebody that doesn't know beans about it -- tell me what that controller or computer does in that particular house, generally.
A. In general, the controller can operate everything in a chicken house. It can operate the feed lines when they come on and come off; it can operate the lights when they come on and come off; at what duration and intensity the light is; controls the ventilation in the house; the fans; the opening for the fans; the inlets; it keeps that on; temperature histories; it tells you what the temperature is from front to back of a chicken house; it runs the heaters in the house; those types of things.

Q. Okay. Does Tyson require a certain type of controller to be in all of the houses of the contract growers?

A. No. Well, it has to be a 40-stage controller, but, as far as the type, as far as the brand, no.

Q. It's got to be a 40-stage controller?

A. That's correct.

Q. All right. And are there preset parameters within that controller that Tyson requires?

A. No.

Q. Okay. But --

A. The controller itself comes from the factory with preset settings, but Tyson had nothing to do with those presets.

Q. Okay. But is there a requirement that once a controller is installed in a house, that there are requirements as to lights; and as to ventilation; as to fans; and temperature; all those things?

A. Yes, there is.

Q. Okay. So Tyson has minimum mandatory sets --

A. Specifications.

Q. Specifications, yes, that the controller must comply with?

A. That's correct.

Q. All right. And so how does the grower know that

Q. Okay. How are the contracts paid, if you know?
A. The pullets?
Q. Yes, sir.
A. They're paid on a square footage pay.
Q. All right. And, typically, how big are these pullet houses?
A. On average, our pullet houses will be 42 foot wide by 470 feet.
Q. By 470 feet?
A. And we've got some bigger ones that are 490s, and we've got some other ones that are like 458 or 460 -- something like that -- around 470.
Q. All right. But whatever size these pullet houses are, the pullet growers -- contract growers -- are paid by square foot?
A. That's correct.
Q. So they're paid "X" amount per square foot?
A. Yes.
Q. Okay. Do you know the amount?
A. Not off the top of my head.
Q. Okay. Now, in order to become Breeder Manager, do you have to go through any kind of specialized training at all?
A. No, sir.
Q. Okay. Now, have you ever heard of something

Q. My question is: For the male breed, if you've got 99 and then 6, that tells me they're two separate breeds?
A. That's correct.
MR. TATUM: Objection, calls for speculation.
Q. (By Mr. Whitfield:) Now, based on this, is it fair for me to assume that there are participants in a tournament that are growing different breeds of birds?
MR. TATUM: Objection, calls for speculation.
Q. (By Mr. Whitfield:) Go ahead. Based on these documents.
A. That is correct, but I would say that those different breeds all have the same genetic potential. They all have the same chances of being a No. 1 grower or a bottom grower.
Q. And what do you base that on?
A. Just my experience in the chicken business. I've seen different breeds at the top and at the bottom at the same time, depending on -- primarily depending on the management practices.
Q. Are there any scientific studies, treatises, reports, memorandums that I can look at that provides the basis for that -- that genetics don't matter?

A. What's the question again?
Q. Have you ever heard anybody at Tyson represent to the growers, 'Look, here's why we use this tournament system; this is going to make you more efficient'?
A. No, never heard anybody say that.
Q. Have you ever heard anybody at Tyson represent to any grower why it is the tournament system is even used?
A. No. Like I said, that's the only way I've ever known, you know. I mean, I don't ever hear it argued why it is one way or the other. That's just what I've known.
Q. Okay. Fair enough. I know how you feel about the breed of a bird -- you just told me --
A. Yes.
Q. But you will agree with me that there are participants regularly in the tournament system that grow different breeds of birds?
MR. TATUM: Objection, it calls for speculation, lack of foundation.
Q. (By Mr. Whitfield:) Go ahead.
A. Repeat the question again. I'm sorry.
Q. You will agree with me that participants in a tournament -- broiler contract growers -- regularly compete in a tournament where participants in the tournament grow different breeds of birds?

MR. TATUM: Objection, calls for speculation, lack of foundation.
Q. (By Mr. Whitfield:) Go ahead.
A. I would agree that it happens; I wouldn't agree that it happens regularly.
Q. Okay. And the way we can determine the regularity of it -- I would think -- would be looking at the final two line items in these grower pay recaps?
A. That would be correct.
Q. Okay. That's how we figure that out. All right. Now, are there differences that participants in the tournament system have in regard to the feed that they give, based upon your experience?
MR. TATUM: Objection, vague and ambiguous.
Q. (By Mr. Whitfield:) Go ahead.
A. No, not that I'm aware of.
Q. So all the feed is the same?
A. Yes.
Q. Okay. What about refurbished feed?
A. Refurbished feed -- explain what you're referring to.
Q. Feed -- I keep calling it refurbished feed, but feed that -- it comes from one farm it's not used and then taken to another farm.
A. Reclaimed feed?

A. I don't think that the time frame we're talking about -- 50 -- 49-50 days of age -- that there's going to be that much difference in them. I mean, I don't know. I've never weighed them individually and figured that, but --

Q. Is it accepted at Tyson -- even in the industry -- that males grow larger than females?

A. In a given time, they will, yes, but like -- I'm just taking for instance -- on the breeder side, the males will get bigger than the females over weeks upon weeks of time. I mean, like when I say that, six months or something like that. But the way these are, they're straight run birds, so -- and they've got feed put in them. Both males and females have feed in front of them all the time, so when you go into a broiler farm at market age, even me, being there with experience, I can't tell the difference on a rooster and a female.

Q. And when you say, "straight run," what I learned was that means that a flock will be comprised of females and males?

A. That's correct, there's no sorting of males and females.

Q. Okay. And does Tyson keep track of the percentage between male and female?

A. No.

Q. All right. So you don't know if it's --
A. We don't sex birds, so we don't know what the sex is. It's just like -- like the title is straight run. We run a rig that's hatched together.
Q. Okay. And there's no stats kept as to what's male bird versus female bird?
A. No. The only place that I know that is done is on the breeder side.
Q. Okay. So there could be --
A. Like Cobb, whenever they do it, they sex birds and say this is a female, this is a male, so we can keep them separate until they reach sexual maturity, then we put them together to breed.
Q. So there's no way to know then in any given tournament if Charles Morris is running 60 percent male, 40 percent female, and Morgan Rickard is running just the opposite?
A. Not to my knowledge.
Q. All right. And so you're telling me that because of the time frame involved for these birds, that there's no discernible difference in size between a male or a female just because of the time frame?
A. I don't believe so.
Q. That's based upon --
A. That's based upon my experience.