# Exhibit 11

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| CHARLES MORRIS, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>TYSON CHICKEN, INC., ET AL.<br><br>Defendants. | Civil Action No. 4:15-cv-00077<br><br>Judge: Joseph H. McKinley, Jr. |

ORAL AND VIDEO DEPOSITION OF DR. STEVE MCCARTER

The oral and video deposition of Dr. Steve McCarter, taken pursuant to Notice on the 24th day of January, 2019, at the hour of 12:30 p.m., at Whitfield, Bryson & Mason, LLP, 19 North Main Street, Madisonville, Kentucky, before me, Andrea Riggs, Court Reporter, and Notary Public in and for the State of Kentucky at Large, to be used for any and all purposes allowed by the Kentucky Rules of Civil Procedure.

Andrea Riggs
Court Reporter
195 Lake Scene Drive
Eddyville, Kentucky 42038
(270) 206-0720
amriggs007@aol.com

any other factor.

Q. But you don't think -- do you think it has anything to do with the breed of the chick?

A. It could, but generally not.

Q. Okay. What about the sex of the bird?

A. No, because -- it's a weird question because 99.9 percent of the time, all the -- the sexes are raised together.

Q. Well, do you know the percentage in any given flock of male versus female?

A. It's generally 50.5 percent male, 49. something percent for --

Q. What's the basis of that?

A. We just place them as they hatch. I mean, there's no sexing of birds.

Q. Okay.

A. So, in other words --

Q. How do you know there is no sexing of birds, you just said, and then you just place them as they hatch? So in any given flock, what basis do you have -- scientific basis, documentary basis -- that you have to indicate that that particular flock is a 50/50 male-female?

A. Common sense. Half the eggs -- half the eggs are going to hatch, they're going to be male, half are going

to be female.
Q. Common sense, I get that, but point me to some document that I can look at to evidence that. Point me to one document.
A. It'll be the equivalent of saying that, you know, half the babies born to most people are male, half female. I think that's commonly understood.
Q. Point me to one that provides the basis of your opinion that flocks are 50 -- generally 50/50 male-female. What kind of --
A. I don't have nothing. I don't think it exists.
Q. Point me to one treatise that evidences that.
A. I think it defies common sense to try to prove that.
Q. Well, the truth of the matter is you don't know, do you?
A. I do know. Have I personally counted them? No, but --
Q. Have you sexed them before?
A. I'm not qualified to sex chickens.
Q. Have you ever done it in your career?
A. Have I ever sexed chickens?
Q. Yep.
A. Well, there are only certain people in the United States qualified to sex chickens --

Q. Are you?
A. No. Feather sexed chickens. I've feather sexed chickens before --
Q. But you've never --
A. -- and it's about 50/50.
Q. You've never sexed a flock in your career, have you?
A. No.
Q. Okay. So you're telling me that you've never sexed a flock in your career, yet you're saying, 'It's common sense that it's 50/50 male-female'; is that what you're telling me?
A. Correct.
Q. Okay. Fair enough. I just want to make sure I understand. Okay. Let's take a break and we'll come back.
A. Sure.

(Brief recess.)

Q. (By Mr. Whitfield:) Okay. Doctor, we were talking earlier in your testimony today about your area of focus. It sounds like to me that you are more of a disease specialist than anything else; is that fair?
A. That's my purpose in the business is to diagnose and eradicate poultry diseases, yes, sir.
Q. Is it fair for me to assume that if there is an

'Here's disease; you guys make the decision about an exception'?

A. Well, yea, that's generally the way it works, that's right.

Q. Okay. Are there any other instances from a disease aspect or from a veterinarian aspect that you look at the situation where you think an exception is warranted and then you recommend that an exception be given?

A. Well, if we messed up, you know, if we took a grower the wrong type of feed, or if we consciously made a mistake and catch it, those growers may be given a five flock average. It's a competitive contract. It's important to keep a level playing field, and I think Tyson does a really good job of that.

Q. Even though they have different size of houses?

A. Tyson didn't determine the size of the house. The grower determined the size of the house. The placement of the chickens is based on the feeder space and the water space, not on the size of the house.

Q. What about the density of the birds? Does that have any --

A. It can. It can have a dramatic effect. As a matter of fact, the High 40 program at Tyson is to try to help growers, because if you take chickens away,