# Exhibit 12

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| CHARLES MORRIS, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>TYSON CHICKEN, INC., ET AL.<br><br>Defendants. | Civil Action No. 4:15-cv-00077<br><br>Judge: Joseph H. McKinley, Jr. |

ORAL AND VIDEO DEPOSITION OF NEIL BARFIELD

The oral and video deposition of Neil Barfield, taken pursuant to Notice on the 19th day of September, 2018, at the hour of 11:00 a.m., at the law offices of Whitfield, Bryson & Mason, LLP, 19 North Main Street, Madisonville, Kentucky, before me, Andrea Riggs, Court Reporter, and Notary Public in and for the State of Kentucky at Large, to be used for any and all purposes allowed by the Kentucky Rules of Civil Procedure.

Andrea Riggs
Court Reporter
195 Lake Scene Drive
Eddyville, Kentucky 42038
(270) 206-0720
amriggs007@aol.com

A. I do not.
Q. Do you know whether or not Perdue -- for example -- is antibiotic free?
A. To my knowledge, Perdue is antibiotic free.
Q. All right. Who told you that?
A. They sure advertise it on TV.
Q. Okay. Do you know when they went antibiotic free?
A. I do not.
Q. Okay. Now, tell me again -- and I'm sorry, I just didn't write it down, Neil -- when it is that you got the opportunity to become a Service Tech.
A. It was somewhere in the spring because I came here October '02, somewhere six months later, and that would make it into '03. I'm going to say it was sometime in the spring.
Q. Spring of '03?
A. Yes.
Q. Now, who was it that talked to you about the potential for you to be a Service Tech?
A. Kevin Tierce.
Q. Okay. Kevin's still there at that time, right?
A. He was.
Q. Okay. And what did he say to you about maybe you becoming a Service Tech?

A. Do not know.
Q. Do you know the circumstances behind her leaving?
A. Do not know.
Q. Was she terminated?
A. No.
Q. Okay. She quit?
A. Quit.
Q. Okay. Do you know whether or not there were issues she was having with Tyson --
A. She went on about a -- somewhere -- a month and-a-half to two months leave of absence, due to some family issues, and when it was time for her to return, she did not return.
Q. Do you know what kind of family issues that she was dealing with?
A. Her mother was sick, and she has a son that I believe is autistic.
Q. Okay. How long had Ms. Parks been there as a tech -- Service Tech?
A. That was her second time as a Service Tech, and I want to say between five and six years that time.
Q. Okay. Let's go off the record for a second.
(Lunch recess.)
Q. (By Mr. Whitfield:) All right. Neil, we were talking before lunch about the fact that you became the

A. Septox is the culled chicken that we talked about earlier, kind of the little, old 'bless his heart' type bird that the grower needs to take out. They kind of lump that -- it's septox. It's a septox bird.

Q. Okay. Is it an inflammatory process, or is it some kind of respiratory issue? Do you know anything about it?

A. Other than it's just the culled chicken -- the little, old 'bless your heart' bird -- there's probably a lot of things that can cause it. They -- he could have gotten air sac and gotten a lot smaller while he was sick, and then just couldn't catch back up.

Q. Well, though, septox -- if you've got a bird that's suffering from septox, how do you -- Neil Barfield -- how do you know that this bird is suffering from septox? Are there some -- are there things that you're looking for in the bird to tell you that?

A. He's going to be the same thing as the culled bird we talked about earlier today. He's going to be the little, old 'bless his heart' chicken.

Q. I hear you, but I'm asking you -- and you may not know, and if you don't, it's fine -- but I'm asking you -- as a Service Tech for 14 years -- if Morgan Rickard pulls out or culls a bird and shows it to you, and you say, 'That's septox, I can tell,' is there something you

Q. Very first flock?
A. Very first flock ever.
Q. All right. So whoever Hoover Farms, LLC, is -- it's somebody, some grower -- this is his first flock, and he's in the same tournament with Elmer Schrock -- the second at the top -- and that's his 77th flock, correct?
A. Correct.
Q. Okay. Then we have here -- it says, 'Sex,' and we have an "S", okay? Tell me what "S" means.
A. Straight run.
Q. Okay. What's straight run mean?
A. Not sexed. If you got -- you've got both male and female in your house, no unspecified, just whatever, early hatches.
Q. Okay. I didn't want to ask a really stupid question -- I was getting ready to -- so straight run means -- for Randall Leslie, for example, he may have a flock that may have a certain percentage of male birds and a certain percentage of female birds, correct?
A. Right, he's got both -- he's got male and female, no -- absolutely no determined percentage.
Q. Okay. So, with Mr. Leslie, though, are there documents that Tyson has that could tell us with this particular flock what percentage were male and what

percentage were female?

MR. TATUM: Objection, calls for speculation.

Q. (By Mr. Whitfield:) Go ahead.

A. I do not believe so, no, sir.

Q. There's no document to show --

A. I do not believe we have a clue what is male or what is female.

Q. Okay. And so who makes a determination with Mr. Leslie, for example -- I'm just using him; it could be anybody -- but who makes a determination as to what percentage is male and what percentage is female?

MR. TATUM: Objection, calls for speculation.

Q. (By Mr. Whitfield:) Go ahead.

A. To my knowledge, no one -- there's no specified amount.

Q. Okay. But these chicks are hatched at the hatchery, correct?

A. I'm following you.

Q. That's correct, right?

A. Right.

Q. All right. And then a determination is made that Mr. Leslie is to get a certain amount of birds, correct?

A. Correct.

A. Now, like I said, somebody else can probably tell you a lot more about that than I can.

Q. Okay. Well, let's do this then: Look at -- it says, 'Day age'; do you see that?

A. Okay. We're back on --

Q. Yea, I'm sorry. We're going back on the grower page --

A. Got you.

Q. All right. Leslie is 52. Does that mean that those birds were caught at day 52?

A. That is what that means.

Q. And then on the third one -- Leon Borntrager -- his birds were caught two days earlier on day 50?

A. Yes, sir.

Q. Okay. And Hoover Farms -- towards the bottom -- they were caught on day 49?

A. Yes, sir.

Q. Okay. So you have -- in any tournament, you'll have different day ages, meaning that the birds were caught on different days?

A. Yes, sir.

Q. In the cycle?

A. In the cycle.

Q. Okay. Now, the daily weight gain -- do you see that?

else. And they took pride in meeting their numbers and making more money, but, at the end of the day, that company owned farm was not allowed to affect how much pay a contract grower may get. It had to be -- we call it thrown -- thrown out of sight.

Q. Exempted?

A. Not exempted, throw them out.

Q. Throw them out totally?

A. Thrown out totally. Didn't happen.

Q. Well, you'll agree with me, though, that in this particular tournament, for example, that Tyson has allocated "X" amount of dollars for this tournament total?

MR. TATUM: Objection, calls for speculation.

THE WITNESS: I don't know what you mean by, "allocated."

Q. (By Mr. Whitfield:) Okay. Do you know -- again, we talked about the reason why Tyson uses the tournament system, and you said you thought it was for efficiency purposes?

A. Incentive.

Q. Incentive purposes. So you think that the tournament is used by Tyson to incentivize farmers to grow effectively and efficiently?

A. Yes, sir.
Q. Could it also be that it's a cost saving measure for Tyson, as well?
A. I do not believe that one ounce. I think that's an absolutely ridiculous statement.
Q. Really?
A. Yes.
Q. Okay. Why is that?
A. We are a chicken company. Who is the No. 1 person that we depend on?
Q. Who is --
A. The No. 1 person who we got to have?
Q. Who is it?
A. You don't know? Really?
Q. I'm asking you. I'm asking the questions. Who is it?
A. It's the contract grower. Why on earth would we want to intentionally take money away from a grower? I get really, really passionate about this. You can tell. This -- this makes me shake.
Q. Well, let me ask you a question then: Are you telling me then that you -- that in this particular instance of this tournament that Tyson allocates "X" amount of dollars for this tournament and no more?
MR. TATUM: Objection --

Q. Yes, it is. Okay. Now, is it fair for me to assume then that the things that we note at the top -- head placed; the gross pounds; the live -- the livability, you call it; the condemn percentage -- all those things -- those are crucial when determining the rank of any person in any individual tournament, correct?

A. You have to know that sequence of numbers in order to determine net pound value, yes.

Q. Is it fair for me to assume that you try to instill in the growers to do as best you can with the inputs into the system?

A. Oh, yes.

Q. Because the more you do in terms of efficiency and the numbers are going to dictate where an individual grower ends up in ranking?

A. Yes, you are always -- and, there again, I use the term "advising." I don't know if that's the right term -- I'm not really an advisor -- but you always try to help that grower maximize the job. You want him to do the best he can do.

Q. Yea, and so then these -- I'm calling them impacts -- okay? -- these variables, I'm calling them impacts. That's just my term --

A. Okay.

Q. I don't know if you agree with it or not --
A. Right.
Q. -- but the ranking is directly tied to the inputs themselves, correct?
A. Correct. Those numbers are what gives you the derivative of your net pound value.
Q. Yea, and so those impacts affect grower performance in any tournament; is that fair?
A. I would believe so.
Q. Okay. Now, will you agree with me, based upon your education, training, experience, that the performance is only as good as the inputs themselves? And let me tell you what I'm talking about. Let's say, for example, that a farmer's got some birds that have air sac -- air sac problem -- okay? That's going to affect the input because you're going to have high mortality, for example?
A. Most likely. Maybe not, but, you know, there's anomalies to every case, but, most likely, if you have air sac, it's going to affect your numbers.
Q. Okay. And so the performance then is only as good as the inputs that we've got, essentially?
A. Right, these -- yes, these numbers that we're talking about.
Q. Okay. Now, based upon your education, training,

Q. (By Mr. Whitfield:) Correct.
A. You're going to be exactly the same.
Q. Okay. So you don't -- to you, it doesn't make any difference if it's a male or a female? Makes no difference?
A. I don't care.
Q. All right. Have you ever seen any studies that indicate that male birds grow a little bit larger than female birds?
A. No, sir.
Q. Okay. Who is it in a tournament system that provides the birds to the growers?
A. It would be the hatchery.
Q. Tyson, correct?
A. The Tyson hatchery, yes.
Q. So the Tyson hatchery is the one that provides the birds to Charles Morris, Morgan Rickard, and all my clients?
A. Any grower we got, whether they're your client or not.
Q. Got it. And the growers -- the farmers -- don't have any control over that, do they?
A. Over --
Q. As to the type of birds they get?
A. No.

Q. And they don't have any control over the sex of the birds they get?
A. No.
Q. And they don't have any control over the breed of the birds they get, do they?
A. No.
Q. Okay. What about the health of the chicks? Let's talk about the health --
A. Okay.
Q. I assume that -- being a tech and working with growers -- you will agree that -- as a grower -- you want healthy chicks?
A. As a grower in a company, you want the healthiest chick you can possibly put out there.
Q. I get it. And, based upon your 14 years as a tech and your year and a quarter as a Broiler Manager, I assume you've seen instances where farmers receive diseased chicks sometimes?
A. Define, "diseased."
Q. With some infirmity that causes the death of the birds or mortality of the birds through no fault of the farm. Does that happen?
A. On occasion.
Q. Okay. But diseases that may inflict a chick, that's genetic, isn't it?

day you put them on a farm.

Q. So the air sac issue would not be a disease that's attributable to the hatchery; it would be attributable to the grower?

A. In many cases, yes, absolutely.

Q. And you've never seen air sac attributable to the hatchery?

A. Maybe on occasion. I mean, we don't always produce the quality that we shoot for. You know, that's common knowledge.

Q. What about the age of the laying hen, okay?

A. Okay.

Q. Does the age of the laying hen affect the quality of the chick?

MR. TATUM: Objection, calls for speculation.

THE WITNESS: I wouldn't know; I'm not a breeder man.

Q. (By Mr. Whitfield:) Okay. So I need to ask a breeder about that?

A. Yea.

Q. Okay. And are there instances you're aware of where the age of the breeder hens in any particular tournament are different?

A. I'm sure there are.

Q. Okay. And I would think by definition they've got to be?
A. They've got to be.
Q. They've got to be, and there's no way around that?
A. No.
Q. Okay. But the truth of the matter is you're going to have different ages of breeders that are going to lay chicks and they're going to end up in the same tournament eventually?
A. Uh-huh.
Q. Right?
A. Yes.
Q. Okay. And whether or not that has any affect on the quality of a chick, that's something you don't know about?
A. There's people that know way more about it than I do.
Q. Who should I talk to about that?
A. Talk to your breeder guys.
Q. Okay. Let's talk about feed, okay? Again, based upon your 14 years as a Service Tech and your year and a quarter as a Broiler Manager, does the quality of feed affect the size and the growth of the chickens?
A. You would think it would, but, there again, I'm

not an expert on the feed. I wouldn't know what certain ingredients do as far as the chicken absorbing it or whatever.
Q. Well, you certainly know about refurbished feed, don't you?
A. Not a lot.
Q. All right. So are there instances that you're aware of -- or a Service Tech -- where refurbished feed has made its way into --
A. So refurbished -- I mean, kind of give me a definition of that word.
Q. Well, you've got fresh feed; you know what fresh feed is?
A. Just made.
Q. I'm sorry?
A. The just made feed.
Q. Yea, just made feed. Are there any instances, though, where feed that's not been consumed by one farm is used for another farm?
A. You're talking about reclaimed, not refurbished.
Q. Okay. And you're right --
A. I believe there are instances of that.
Q. Okay. And is it fair for me to assume that -- again, based upon your education, training, experience -- that chickens will take to fresh feed more so than

remember?

A. I don't really remember any names.

Q. You can't tell me when that happened?

A. Sometime within the last year or two.

Q. But you don't know who?

A. Uh-uh.

Q. Is that a no?

A. That's a no.

Q. All right. We talked about density, and we talked about the fact that there wasn't in the past instances where farmers in the same tournament were of any different densities --

A. Yes.

Q. -- and you told me that that stopped a couple years ago?

A. Yes, and that's just purely a guess. I don't know the exact time -- a year or two -- and we did it for a very short period of time; I would say a year.

Q. Okay. And in regard to, again, the volume of chicks that get into a house, that's in the control of Tyson?

A. That is determined by the density being placed, yes.

Q. Right. And the feed that these farmers get -- either fresh or reclaimed feed -- is in the control of

Tyson?
A. I would assume so, yes.
Q. And not the farmers?
A. I would assume not.
Q. Okay. And the breed that these chicks are is determined solely by Tyson and not the farmers?
A. I'm going to say in that instance that we -- we have the three breeds. We all know the three breeds: We have the 500, the 700, and the 708. There is not one individual that determines this farm is going to get this breed. They're just placed in the houses as they hatch.
Q. I get that, but my question to you wasn't that. My question to you is: Tyson's the one that controls that, not the grower? The grower doesn't say, 'Give me 500s'; he has no say in it, does he?
A. Oh, no.
Q. Okay. That's my point. All right. So the grower doesn't have any say as to what breed he gets; he just gets the breed that Tyson gives him, right?
A. He gets one of the -- one of the three breeds that we have, yes.
Q. And he has no control over the breed, does he?
A. No.
Q. Okay. And in regard to the age of the laying hen

itself, the grower has no control over that, does he?
A. No.
Q. Okay. And the gender of the bird, the grower has no control over that, does he?
A. No, he just -- a straight run.
Q. Okay. What about the medications of the bird -- the vaccinations and the medications? Who is it that's responsible for assuring that these birds are treated medically?
A. Well, the only thing we would do would be to vaccinate them. You know, we don't, of course, use medicine, antibiotics. The vaccination is done at the hatchery.
Q. Okay. So the vaccinations are done at the hatchery, and then what about vets -- any kind of vet service? I think we heard a minute ago that if one of the growers request that certain antibiotics be used, they would contact you and you would help get that done?
A. Yes.
Q. Okay. So --
A. Well, it's not really if they request an antibiotic. It's just they call and say, 'I've got an issue,' and when we're investigating the issue, we make a determination of maybe what's causing the issue.
Q. I get that, but is it fair for me to assume that

can't really say that as a fact either. It's been so long ago I don't remember what I saw.
Q. All right. What about the age of the birds at pick up? I think we saw differences in that --
A. That is correct.
Q. And in this exhibit, we've got ages of the birds anywhere from 49 to 52, okay?
A. Uh-huh.
Q. So 49, 50, 51, 52 -- three days difference between 49 and 52. Do you think that the age and difference has any effect on ranking in the tournaments?
A. No, sir.
Q. And why is that?
A. You take care of the birds from the day you get them to the day they go.
Q. Okay. So if you and I are in a same tournament -- and I think you told me earlier that the age of the pickup can range anywhere from 48 to 55, you told me?
A. Right. That's the trend since, you know, kind of up in here. (Indicating.)
Q. I get it. Sure. And is it fair for me to assume that by the time the bird gets to age 48, that every day has an effect on the pounds?
A. Every day --- no matter what age -- has an effect on pounds, so you'd be correct.

Q. All right. And so somebody that has birds that are age 55 versus somebody that has birds of age 48, doesn't the person that has the 55 have larger birds?
A. Probably so.
Q. Okay.
A. Not in all cases, but probably so.
Q. But, in a general sense, that's --
A. He should.
Q. He should --
A. Let's just say he should.
Q. Okay. And that's basically what you've seen in the field, right?
A. Yes, he should.
Q. Okay. And you've seen that, right?
A. Yes.
Q. Okay. And --
A. But if you, you know -- yea, he should. We'll just leave it at that.
Q. All right. But it's quite common -- is it not? -- for participants in any tournament to have birds of different ages?
A. It's every week.
Q. Every week?
A. Can't avoid it.
Q. It's baked in the cake, isn't it? It's just how

of the birds is Tyson's?
A. Well, they're just either sex.
Q. But that's the decision of Tyson, is it not?
A. Yes.
Q. Okay. Tyson owns the pullets that are used to produce the laying hens, aren't they?
MR. TATUM: Objection, it calls for speculation.
THE WITNESS: I would say yes, but I'm not a pullet guy.
Q. (By Mr. Whitfield:) All right. Tyson owns the laying hens that produce the eggs, correct?
MR. TATUM: Objection, calls for speculation.
THE WITNESS: There again, ask the breeder guys.
Q. (By Mr. Whitfield:) Okay. Tyson owns and controls the hatchery where the eggs are hatched, don't they?
A. They do own the hatchery.
Q. Okay. Tyson owns the broiler chickens that are hatched, don't they?
A. I believe so, yes, sir.
Q. Tyson owns the broilers?
A. Yes, sir.

they do.

Q. (By Mr. Whitfield:) Okay. But do you have any knowledge as to whether or not the grower itself -- he or her -- controls the transporting of --

A. They don't go get it, no.

Q. Okay. Fair enough. Tyson controls when, in fact, the feed will be delivered, correct?

A. Yes.

Q. And you will agree with me that Tyson has an obligation to deliver the feed in a timely manner, doesn't it?

MR. TATUM: Objection, calls for --

THE WITNESS: No, we -- once again --

MR. TATUM: -- a legal conclusion.

THE WITNESS: -- impossible to deliver in a timely manner.

Q. (By Mr. Whitfield:) Okay. Tyson controls the amount and the type of feed delivered, doesn't it?

A. Yes.

Q. Tyson controls if the grower gets reclaimed feed, doesn't it?

A. I would think so, yes. I mean, there again, on these feed questions, you're probably best off to ask the feed mill guys.

Q. You don't have any reason to doubt that, do you?

A. I mean, just -- you know, I'm just assuming.
Q. Okay. Tyson determines when the birds will be delivered to the grower, doesn't it?
A. Yes.
Q. Tyson controls whether a grower receives veterinary services, doesn't it?
A. As far as to --
Q. As far as the need for veterinary services. Tyson controls that, doesn't it?
A. Yes, we provide them services.
Q. Okay. Tyson controls the tech that oversees each farm, doesn't it?
A. They're employed by Tyson.
Q. Okay. So, to that extent, they control that person, don't they?
A. They give us our directives, yes.
Q. Tyson controls where the birds will be picked up for processing, doesn't it?
A. Yes.
Q. Tyson controls the catch crew when the birds are picked up for processing, doesn't it?
A. Better ask the catch crew guys.
Q. Okay. You don't know that?
A. The live haul guys, but that's all contract.
Q. That's all live haul people?

Q. So they control that, don't they?
A. Anything above, we guarantee. We guarantee this.
Q. So if you guarantee it, you control it, don't you?
MR. TATUM: Objection --
THE WITNESS: We guarantee you're going to get so many, but we don't control how many you get. There again, circumstances would control that, I would think.
Q. (By Mr. Whitfield:) And Tyson controls whether an individual gets an exception, doesn't it?
A. I would say that, yes.
Q. And all the inputs that came into the tournament system, Tyson came up with those, didn't it?
A. I don't know. They've been in place since I showed up.
Q. All right. And Tyson controls the inputs used in the tournament system, doesn't it?
MR. TATUM: Objection, asked and answered.
THE WITNESS: Controls the --
Q. (By Mr. Whitfield:) Inputs themselves.
A. Like we say, 'We're going to use these numbers --
Q. That's right.
A. I don't -- been in place since I showed up. I don't know who came up with it.