# Exhibit 13

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, et al., )
)
Plaintiffs, )
) Civil Action No.
v. ) 4:15-cv-00077
)
TYSON CHICKEN, INC., et al., )
)
Defendants. )
_______________________________)

**VIDEO DEPOSITION OF JENNIFER HELTSLEY**

**MARCH 5, 2019**

The video deposition of JENNIFER HELTSLEY was taken pursuant to Notice on the 5th day of March 2019, beginning at 9:06 a.m., at the law offices of Whitfield, Bryson & Mason, LLP, located at 19 North Main Street in Madisonville, Kentucky; said video deposition was taken for any and all purposes permitted by law.

job?

A I did.

Q Okay. So how long did you work as an HR clerk?

A I worked in Human Resources until December of 2000.

Q Okay. And, Jennifer, who was your immediate supervisor when you were an HR clerk?

A Bobby Riley was until June of '99, and then it was David Phillips.

Q Okay. And what was the position of Mr. Phillips?

A Complex Human Resource manager.

Q All right. So then - -

A I'm sorry. Not at that time. He ended up, when he left the company, he was the complex manager. He was the Human Resource supervisor whenever I worked under him.

Q Got it.

And how many people worked in the HR Department, Jennifer?

A We had two on day shift. Oh, goodness. You're wanting a total number?

Q Approximate.

A Maybe 10.

Q Twelve hundred?
A Complex.
Q Complex employees?
A Yes. The plant, I would say the plant was upwards of 800.
Q Okay. And this doesn't include contract farmers at all?
A No, it does not.
Q These are employees of Tyson?
A That's correct.
Q And you were an employee of Tyson?
A That's correct.
Q How many - - strike that. I'll get to that later.
All right. So in December 2000 did you switch jobs?
A I did switch jobs.
Q Okay. What did you do in December of 2000?
A I went into Live Production as the vaccinator.
Q Okay.
A I vaccinated broiler chickens.
Q All right. Now, walk me through that. We've learned in this case a Live Production is a certain segment of the production, overall production at the

Robards facility, correct?
A It's a department, that's correct.
Q Now, how many departments were there at the time, Jennifer?
A In Live Production?
Q No. Total, if you know? You had Live Production. What else did you have?
A There's a bunch. You've got the Feed Mill. You've got Hatchery. There's - - and within Live Production, those are two departments. You've got the Broiler Department, the Breeder Department, Live Haul. That makes up Live Production. But then once you get into the plant there's, you know, there's a whole bunch. There's Evisc and Debone and Cut-up.
Q Got it. I understand.
How is it that you made the transition then from an HR clerk to a vaccinator? Who approached you and said this is something you might want to be doing?
A There was a lady that her name was Kathy. Her last name's Dunn now. Kathy Dunn. She's the one that approached me and told me that there was - - they were making some changes. They were going to a catch machine that was - - so they were creating positions for that, so there were some openings that had been created in Live Production because of these catch machines. There were

six catch machines.

Q Explain this to somebody watching this. Explain to us what a catch machine is.

A A catch machine is a machine that they would open the front of the house. You would push birds back to about halfway back in the Cool Cell. This machine would enter. And it had like a chute at the front and a cage in the back. So it had this head that would swing from side to side of the chicken house with a belt on it. So the chickens would go up on the belt, they would go down the center, and then they would go, be, you know, kind of catapulted into the cage at the back of the machine. So this was eliminating hand-catching, so physically having to hand-catch the chickens.

Q When did they start doing that?

A They did the catch machine - - I went into the department in December of 2000. So I think, if my memory serves me correct, the catch machines had already started. Maybe late 2000. And I know that they still used the catch machine after I left the company in July 2003. So they used it for several years, this catching machine.

Q Got it. Okay.

All right. So did you have to apply for the vaccinator position?

Select; that was the company that provided the vaccine at the time.
Q Got it. Okay.
Now, who was your immediate supervisor in this job?
A In that job, it was Kevin Tierce.
Q Spell his last name.
A T-i-e-r-c-e.
Q Was there anybody else doing the vaccinations like this? Were there any other vaccinators in the system besides you?
A I was the only Broiler vaccinator.
Q You were the only one. Okay. So you did that December of 2000. And then did you go to another job?
A I did go -- I moved to Broiler tech. I cannot remember.
Q Service tech?
A I moved, yes, to service tech. I vaccinated, I believe, up until July or August of 2001.
Q Okay. All right. And then in July of '01, you became a service tech?
A That's correct.
Q Walk me through how that happened. Who approached you about that job?

Q Got it. The Burch Farm, B-u-r-c-h?
A I did have Burch Farms kind of interim. Very similar to like the Murphys. Like if a tech was out, then I would pick up that farm or cover for a tech if they were on vacation.
Q Got it. Crabtree, Keith Crabtree?
A I would fill in on Crabtree. I never was his service tech.
Q Okay.
A I would fill in if someone was on vacation.
Q Got it. Doug Leisure - - Calvin Leisure? I'm sorry.
A Calvin Leisure? I did have Calvin Leisure. Same time frame as Morgan Rickard and Tim Vincent.
Q Got it. And John Pinkston?
A I filled in on John Pinkston's farm when a service tech was on vacation.
Q Got it. Okay.
Can you tell us, Jennifer, how long you were a service tech while you were at Tyson? We learned that that you started in July of '01.
A Correct. And I was there until July of 2003. And then I went back to the Broiler Department in February of 2012 until July of - - or August of 2018.
Q Okay. So what did you do between July of

Q Got it. So the nutritionist would say, we need a mix of X percentage for reclaim and X for 214, for example?

A That's correct.

Q And then based on the computer, then it would implement that percentage?

A That's correct.

Q Okay. Now, when you were a tech, did you ever hear any complaints from growers that the birds don't eat the reclaimed feed like they do nonreclaimed feed?

A Yes.

Q You did hear that?

A I did hear that from multiple growers.

Q Okay. And what was - - how many - - strike that.

How many different growers do you think you heard that from?

A I would say probably about 10 growers that would make a comment about the reclaimed feed and how the chickens would just sit because it would be so chewed up. It wouldn't be pelletized very well and they would just sit at the feed pan and eat and eat and eat; and, like, the feed would clump up on the sides of their beaks because it was just more of a mash than a pellet.

Q Okay. So these growers were complaining to

you that the birds would not eat the reclaimed feed like they would what I'm calling nonreclaimed or fresh feed?

A That's correct.

Q Okay. Did you notice that, as a tech, when you would go to the farms and watch the birds, did you happen to notice that yourself?

A I did notice it. We had - - I had a farm. It's one of the Latta farms. And he was probably one of the first growers, Bobby Latta - - I mean Bobby Snell. At the Latta farm. He was probably one of the first growers that brought it to my attention, during a phone call. I had ordered his final feed and he had called me the next day and was out. And so just in conversation when he called me, I said, but I'd ordered you this X amount of pounds and today is this many hours, you know. Based off my calculations of feed consumption, I don't understand why they're out. And so he said, I'm not really sure either, but I'm out. Well, a few days later I'd gone to the farm and we were discussing it and he said, you know, that particular load I noticed in the feed pans was pelleted very well. So the chickens ate through that feed. Well, the next load he got, it was more of a mash and he actually ended up having a lot of feed left over from what I had ordered. So that was the comparison and the difference right then, and so that's when I started

paying more attention to it. And it, I mean, it wasn't just his farm. It was multiple farms that it would happen on. I would order my feed and then they would never - - they would make it - - they wouldn't even make it within hours of cutoff time. I mean, they would be out the day prior. And it was - - you know, they would make reference to me as, well, I got a really good pellet quality feed. And so that's when I noticed the difference in the mashed feed, the chickens eating it versus the pelleted feed.

Q Did you ever talk to anybody in management about that issue, reclaimed versus nonreclaimed feed and the chickens apparently liking the nonreclaimed better?

A During meetings we would discuss it. And, I mean, nothing was, nothing was done about it. Pass it on to the Feed Mill; and the Feed Mill, that's their job to take care of it. It's very departmentalized as far as how management would talk to you. If you would bring up issues of other departments, they would tell you, that's not our issue. We need to focus on our round of what we can control.

Q Well, even through these complaints that were given to you and then you passed on in these meetings, was there ever a change as to use of the reclaimed feed in any way?

A No.

Q Okay. So Tyson kept using the reclaimed feed in the manner that you're talking about?

A That's correct. When it comes in, right prior to before I left, if he comes in, he would finish filling his truck and then go straight back out to another farm. They had done away with even the rework bin or the rework side unless they got an abundance of feed. They would just ship it straight back out. It would not go and be run back through the mill any longer.

Q Now, wait a minute. I don't know what you're telling me there. Explain it to me.

A So when I was there, we had a rework bin. So some of the feed, it would come in and go in the rework bin and stay on location at the Feed Mill and then be introduced into other formulas.

Q Right.

A But they had changed it to where when a truck, when a reclaim driver goes to a farm, say he got 6 ton of feed or say he got a full load, he would come back, scale, go to the dispatch office and say I've got 215 on or 218, I need a ticket. She would give him a ticket for that feed and - -

Q For the reclaimed feed?

A For the reclaimed feed. And send him back out to deliver it.

wasn't there directly I don't know how they handled it in different management once I left.

Q Okay.

A I don't know. I can't say for certain -

Q Okay.

A - how it was handled.

Q All right. Now - -

MR. TATUM: Are you talking about, when you say left, are you talking about when you left the Feed Mill or when you left Tyson?

THE WITNESS: Well, when I left the Feed Mill in 2010, I left Tyson.

MR. TATUM: Right.

THE WITNESS: That's correct.

MR. TATUM: So when you say, "when I left," -

THE WITNESS: I was no longer employed.

MR. TATUM: - you don't know what happened after 2010. I'm just putting it on a timeline so I get it.

THE WITNESS: Yes.

MR. TATUM: Okay.

THE WITNESS: Yes.

(Direct Examination continues by Mr. Whitfield:)

Q So when you got back as a tech; and that would have been when?

A I come back February of 2012.

Q Yeah. I'm sorry. Yeah. February 2012. Do you know whether or not Tyson was still using this reclaimed feed in this manner?
A After I come back in 2012, there were some management changes going on, supervisors leaving in the dispatch office at the Feed Mill. I would fill in during those times.
Q Fill in where?
A At the dispatch office at the Feed Mill.
Q Got it. Okay.
A I would go there and do that job until they hired a manager, and then I would help assist and train that manager.
Q Okay.
A During that time, after coming back in 2012, that's how we handled the feed, the reclaimed feed.
Q So you didn't mix it?
A We did not mix it. It would come in, the trucks would scale, he would finish filling the truck if need be, scale, and then go to another farm.
Q Okay. How long did you work in the Feed Mill temporarily like you're talking about?
A It was different times. I would work for a week, two weeks. They had me and William Slaton -- he's a pullet tech, breeder tech. We both would kind of go in

Q Okay.
A So no.
Q Okay. Now, by virtue of the fact that you worked as a service tech, you understood that these growers were being paid on a tournament type system?
A That's correct.
Q Okay. And how is it that you became aware of that?
A They've been on a tournament system since I came into the department in December of 2000.
Q And did you ever hear anybody - - strike that.
Did you ever hear any growers complain about the tournament system?
A Yes.
Q Okay. What were the complaints that you heard about the tournament system?
A The complaints that I heard about the tournament system is it's not an equal playing field. You've got growers that have better equipment, per se. It's a matter of opinion. Updated controllers, bigger fans, bigger waterlines going into the system, a bigger drinker, a better drinker line. They felt that the feed wasn't a fair playing field as far as a grower getting good pellet feed and a grower getting mash. Some growers

have paperwork and they would track it, the USDA helper would.
Q Okay. And you said that the growers complained of condemn. Is it your understanding that that condemnation is counted against the grower?
A Yes.
Q Okay. How does the USDA know which bird belongs to who?
A They do a lot change. The supervisor and USDA, they do a lot change. I don't know exactly because that's not my realm.
Q That's fine if you don't know, yeah. I'm just trying to figure out. Going down the line and the USDA inspector looks at a bird and says, I'm going to condemn this bird, how would they know that it's a Charles Morris bird versus a Morgan Rickard bird?
A I don't know that the USDA inspector knows. I mean, I guess if they talked to a supervisor in that department, they may know who's running, but - -
Q How does Tyson know it then? How do they know who to charge it back to?
A Somehow the supervisor knows what time they're starting the lots and what time that the lot ends and when they're switching. So if they've got multiple growers or even houses, so that particular truck is

when we were delivering it, bad bird; or, no, this bird wasn't cared for properly by the grower? Is there any, any - -

A There's no determination.

Q Okay. So they, for whatever reason, they just charge back that condemned bird to the grower?

A That's correct.

Q Okay. The dog food plant that we talked about, the River Valley dog food plant, do growers get any compensation or part of any of that, to your knowledge?

A To my knowledge, no.

Q No. So they don't share in the proceeds of anything that happens at the dog food plant?

A To my knowledge, no.

Q All right. So we talked about the complaints that you're hearing about the tournament system. Some farmers have better equipment than others, right?

A Correct.

Q Based upon you being out in the field, did you observe that, that some setups are better than others?

A We had new construction that was competing with chicken houses that were 20 years old. We had gone through a phase where we were doing an expansion and we had several new farms come in to production; and I was the

Q Okay. And the term, as we've learned in this case, and I don't know if you know this or not, but I'm asking you, the tournaments are determined on the back end, after the birds are killed. Is that right?

A That's correct.

Q Okay.

A It's the processing. It's the bird weight. It's the feed conversion. It's - - it's the cost, you know. It's everything after is how they do the settlement, how they pay all of that.

Q I get it. So you just, I think, said a second ago that you have seen and you serviced farmers that had new equipment versus farmers that have equipment 20 years old?

A Yes.

Q And so you have seen that there are individuals that are competing with different type equipment?

A Yes.

Q Okay. And was that common?

A That is common here from, I mean, from the get-go when the complex was built. You had some that, you know, you had Rotem Controller or you had Tortronix. You've got AC-2000s. You've got - - some farms just here recently had AC-2000, and there was the new Version 3 of

the Rotem. So equipment is different even from when it was built. You had different builders. You had, you know, lubing drinkers. You had Plasson, Ziggity. So through and through, even the feed lines are different. Vents; the vent placement is different. The builder was different. The length of a house was different on some of them.

Q And Tyson knows that because they've got service techs like you that see it?

A Yes. Tyson was aware.

Q Okay. And we've also heard some, as far as equipment is concerned, we've heard some testimony about super houses.

A Yes.

Q Tell me what a super house is.

A The super house, they did 55 foot wide, 500 feet long. That would be considered a super house.

Q And what's what I'm going to call a regular house; what's that?

A The regular house would be your 43-by-490 or 510.

Q Okay.

A That's 43 foot wide by 490 foot long or 510 foot long. So that would be what we would have called the normal house. And then they did a period of when they

regular house and you're running a super house and we're in the same tournament - which I've heard you say happens weekly, right? -

A Weekly, uh-huh.

Q - then would I get any credit or get any consideration because I'm running a regular house versus you running a super house?

A No, sir.

Q Okay. And that's been the case for as long as you know?

A Correct.

Q All right. Then I heard you talk about feed, that some individuals complain about the reclaimed feed, correct?

A Yes.

Q And I think I heard you say 10 or more growers have complained about the reclaimed feed?

A The reclaimed feed and the pellet quality, yes.

Q Okay. And are there instances that you're aware of where some individual in a tournament, any given tournament, don't have any reclaimed feed at all?

A That's correct.

Q Okay. How do you know that?

A Just on the settlement it will show reclaim

know, difference, or even over a pound depending on, you know, males versus females. The females were smaller. And then your males, some farms, you would have males in there that would weigh eight and a half, nine pounds. They just performed so much better than, you know, the rest of the birds.

Q Did you see that consistently?

A You would - - yes, at different times you could see it consistently, that the males would out perform. And it wouldn't be every male. It would be just certain just spotty males, you know, throughout even the house, throughout the farm.

Q I get it.

And so did you hear growers make the complaint that those growers that got males have an advantage over those that have females?

A Yes.

Q Okay. Did you agree with that?

A Yes.

Q Okay. And did Tyson do anything, to your knowledge, to try to address that issue or that complaint?

A As far as situations like that, they would do an exception. You would see it on the settlement after the fact that it would be an exception farm. So it would be pulled out of the system. I don't know if that

Q So that happened?
A Yes.
Q Okay. And so the complaints that some of these growers were making that the birds themselves are better quality birds than other birds, did you find that to be correct?
A You could say yes because of just the way that it trended in mortality and bird loss. You definitely, you could go from house to house and see it. You could see it in the weight of the birds whenever we would weigh the birds. You know, seven-day numbers would be better, 21-day weights would be better. Water consumption would be better. They could be ahead on feed.
Q I get it.
A Meaning they're eating more feed -
Q I get it.
A - than the other house.
Q And are you aware, again, of other instances where growers in the same tournament are running different types of bird, different breeds, Cobb versus Tyson, and different sex, male versus female?
A Yes. There was some farms that was placed - - you know, whenever we did the transition from 500 to 700, they had - - you know, you would have a house - - you would even have one house that could be split. And the

rule was that if they got over 6,000 of 500, you - - that was supposed to be ran as a 500 lighting program. So we had different lighting programs that we ran on the 500 versus the 700. If you had less than 6,000, then you would run that house as a 700 house, based off the lighting program and recommendations.

Q But you're aware of instances where growers in the same tournament, again, are running these different types of birds?

A Yes.

Q Okay. That happened all the time, did it not?

A Yes, it did, during the transition of whenever we were switching breeds, yes.

Q Okay.

A And even, you know, getting a truckload of Cobb, we would - - there would be weeks, I mean, you were getting Cobb birds every week until they phased that out and then they were no longer getting Cobb birds.

Q Okay. Any other complaints that you heard that growers would make about the tournament system besides what we've already talked about?

A I think that's the main ones.

Q Okay. Okay.

A That I can think of.

oldest birds would be picked up on Monday and Tuesday, and then by typically on Friday you would have birds that would be - - there could be four or five days difference in age, yes.

Q And so based upon your experience and education, training, birds that are five days different in terms of age, does that mean that the older birds are eating longer than the younger birds?

A Yes. They'll have more feed consumption, that's correct.

Q Okay. Will they necessarily be larger?

A Not in every instance, no.

Q Okay. All right. But they are different?

A They are different, uh-huh.

Q And do you know whether or not individuals competing in the same tournament will compete with individuals that have birds younger than older than them?

A That's correct.

Q At pickup?

A Yes.

Q That happens all the time?

A All the time. Every week.

Q Okay. All right. Do you know what I mean when I say a settlement sheet?

A Yes.

raise, the growers got a raise. I would go over, you know, this is where it shows the raises at, what section it shows.

Q We took Kenny Bartley's deposition yesterday. I'll just tell you.

A Okay.

Q Was Mr. Bartley involved with some of that as well?

A Contracts?

Q Yeah. Contracts?

A Yes.

Q And so he would go through certain things with the grower about the contract?

A Yes.

Q Okay. But Tyson is the one that came up with the contract, not the grower?

A That's correct. Tyson.

Q So Tyson controlled the drafting of the contract itself?

A That's correct.

Q Not the grower?

A Correct.

Q And Tyson controlled the type and condition of the equipment that was to be mandated to be used?

MR. TATUM: Object to the term "controlled."

It's vague and ambiguous. Go ahead.

A That is correct.

Q Okay. And Tyson controlled, as you said, the parameters of the house itself; it had to be a certain ventilation, had to be a certain length, all of that?

A That's correct.

Q The waterlines had to be a certain type?

A That's correct.

Q The ventilation had to be a certain type?

A That's correct.

Q The lighting had to be a certain type?

A That's correct.

Q And Tyson controlled all of that?

A That's correct.

Q Okay. And not the grower?

A That's correct.

Q Okay. Did Tyson control whether or not upgrades were required on the farms?

A Yes.

Q Okay. Okay. And Tyson controlled the type and kind of animals that were chickens that were put in the house?

A That's correct.

Q Those were Tyson-owned chickens?

A Yes.