# Exhibit 15

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, MORVATT ENTERPRISES, LLC, WILLIAM RICKARD, SONDRA RICKARD, RICKARD FARMS, LLC, ICU, CHICKENS, LLC, WISHBONE POULTRY, DENNIS CLAPP, JOHN PINKSTON, LOI HONG, H & L FARMS, LLC, DOUG BROWN, TIM VINCENT, TLC POULTRY, LLC, POULTRY SPECIALTY SERVICE, LLC, KEITH CRABTREE, CHRISTOPHER BURCH, MIKE MURPHY, MURPHY FARMS, LLC, And CALVIN LEISURE,

Plaintiffs,

v. NO. 4:15-cv-00077

TYSON CHICKEN, INC., ET AL,

Defendants.

DEPOSITION OF CHARLES HARLEY MORRIS, JR.

February 9, 2018

Taken on Behalf of the Defendants

---

Videotaped deposition of CHARLES HARLEY MORRIS, JR., held at 19 North Main Street, Madisonville, Kentucky, commencing at 8:30 a.m., on the above date, before Marilyn Morgan, Kentucky Licensed Court Reporter, pursuant to the Federal Rules of Civil Procedure governing depositions.

Q. So you make your own judgments?
A. I make a lot of my own judgments, yes, sir.
Q. For all the service techs?
A. Yes. I mean, they've got good ideas sometimes. We've all got good ideas at times.
(Off-the-record conversation)
Q. (By Mr. Tatum) Okay. Any other service techs you've worked with that I haven't identified here?
A. There's been some that's come and gone and came and left and moved, on and I don't know why. But those are your main ones. They've been here the entire time I've been here.
Q. Do you ever think any of them lied to you?
A. Oh, yeah.
Q. Which ones?
A. Bo McGuire.
Q. How long has he been your service tech?
A. This time -- he got back from rehab a few months ago. This time, he's been back about two months.
Q. When was he on your farm before?
A. Probably -- I mean, he was gone for a

while and then he's back. I don't really -- I really don't know, Mark. They cover for each other.

Q. What's he lied to you about?

A. He's come out and told us the seven-day mortalities, don't put it down. Wait until next week because we need to keep our seven-week mortality. Feed inventories. I'm not going to bash him. It is what it is. He is who he is.

Q. What has seven-day mortality got to do with feed inventory?

A. I didn't say it had anything to do with it.

Q. I'm sorry. Two different things?

A. They're different things, yeah.

Q. What did he say --

A. We run out of feed; and we'll text him, be polite, be professional. Well, I was just out there the other day. And I've got cameras, and he don't show up at the farm.

Q. So your cameras record and --

A. Yes, everybody that comes in and out of the farm, yes, sir.

Q. So how long do they keep the tapes?

A. 60 days.

Q. So have you put a hold on that? So do we have tapes from 2016?
A. No. There wouldn't be no video from 2016, no.
Q. So you've been recording since when?
A. It records daily. It's recording as we're sitting here today.
Q. When did you start recording?
A. When I put the camera system in.
Q. Is that when B. D. Luck was --
A. Yeah. When -- yeah.
Q. So you've done nothing to preserve those videos?
A. No. Just when you have issues.
I mean, Tyson has actually had me look at some when they had a truck fell off on an occasion one time. You know, they wanted to look at it because they wanted to see what was going on.
Q. Do you have any tapes or CDs or anything you've made of any --
A. No.
Q. So like right here, right now, the most I could look back would be 60 days on your videos?
A. Yes.
Q. And anything that happened 61 days or

more --
A. Is gone.
Q. -- is deleted?
A. Yes.
Q. And you've done nothing to preserve any of that?
A. No, huh-uh. It's a lot, you know, to catch thieves.
Q. Can you give me an examples of when you say you ran out of feed and he said he was there yesterday and there was feed?
A. I don't know what days are examples, but it's happened.
Q. You can't tell me when?
A. No. Not exactly, no.
Q. Did you talk to anyone else about it?
A. I probably done a lot of talking over the years.
Q. You can't recall specifically?
A. Not specific, no.
Q. Can you recall whether that caused you loss of money?
A. If you don't have feed, your chickens don't grow.
Q. Can you tell me if it caused you loss of

money?
A. Yes. That would cost you money, yes.
Q. How much money?
A. I don't know.
Q. Did you run any kind of calculations to see?
A. No, no.
Q. You said, He said don't cull within seven days?
A. Yeah, don't cull within seven days. Yes.
Q. That was a lie?
A. I didn't say it was a lie.
Q. Well, I had asked you what he said to you that was a lie.
A. I said lie. He asked me to take -- you're lying about the mortality that you had in the first week. He said, Take and spread it out over the second week. That's a lie.
Q. So explain to me what you're saying
A. Say on day five, you know, that's usually when your chickens spike up. Say if you spike up 300 dead chickens, don't put 300 on day five. Take those 300 after day seven, and spread it out on the other days so it doesn't look as bad.

Q. Do you ever work with Jim Gottsponer?
A. I did, yes.
Q. What do you think of him?
A. Can you really say how you feel in here?
MR. WHITFIELD: Yes, you can.
THE WITNESS: Can I use bad words?
MR. WHITFIELD: Yes, sir.
A. Piece of shit.
Q. (By Mr. Tatum) Why is that?
A. Talking about a liar.
Q. What's that?
A. You was talking about a liar.
Q. He called you a liar?
A. No. I said, you talk about somebody that would lie. He come to my gym one day. Can I elaborate?
Q. He came to your gym in Florida?
A. No, here in town. I had a gym at the house. Him and Neil Bradford come to the house when all this started about all the exceptions he was giving everybody.
I said, Jim, I said, we're trying to compete week in and week out for the same dollar. Why are you giving exceptions? He said, I feel like I'm doing the right thing. I said, Okay.

He just -- you never know if he's telling you the truth or not.

Q. What was he lying about when he said he felt like he was doing the right thing?

A. Just like Doug was in here yesterday. We both had the same flock numbers. On Doug's farm, it was he's losing chickens bad. Him and I talk. We all talk. We all talk.

So they eventually called his Reo and gave Doug a check. And they called mine E.coli, and, Charles, you caused it.

Q. When was this?

A. I don't know the exact date, but it was before he was terminated.

Q. What year?

A. A couple of years ago.

Q. So they were saying you had birds in the house or --

A. No, sir. No, sir. In the houses on the farm. We were in the same week, Doug and I were. He was losing them. And we all talk, and Charles is losing the same number. So we talked, same symptoms, same everything.

Q. And yours were called what?

A. Mine was called E.coli, and his was

called Reo. They come about a week later and took him a check and said he didn't cause Reo, but piss on Charles.

Q. Did you have any independent evaluation of the birds they said had E.coli?

A. Tried to. Tried to get the vet out. I even asked Tyson if I could hire my own vets, and they refused.

Q. Why do you need Tyson's permission to have a vet come look at your birds?

A. Because Tyson owns the birds.

Q. But you're free to have anyone come look at the birds, aren't you?

A. No.

Q. No?

A. No, sir.

Q. Who told you you couldn't have --

A. Jim Gottsponer.

Q. When?

A. Whenever that was.

Q. Which flock was it?

A. It was my 56 South flock, and I don't know which one it was.

Q. You don't remember what year?

A. It's been a few years ago, Mark.

Q. Do you know how many birds were affected?
A. No. We were losing by the hundreds. I don't -- I would have to go back and look what the livability was, but it was terrible.
Q. You can't tell me sitting here today though --
A. No, sir, not sitting here today.
Q. Did you do any calculations as to what that cost you?
A. No.
Q. So how would I go back and figure out when this happened?
A. I mean, I can get you that information.
Q. What would you look at to figure it out?
A. I would go back to my settlement dates and my notes and go back and figure out when it was.
Q. Anything else you think he's -- so what do you think he had to do with determining whether one was E.coli and one was Reo?
A. I have no idea.
Q. Why are you talking about this in the context of Jim?
A. Because he's the guy that was in charge.

He was outside -- I forgot what he's called.

Q. But you didn't talk with him about this issue?

A. Oh, yes, I did.

Q. What did he tell you about this issue?

A. They would get some vets out and look and see what it was. They never showed up. Then without a vet even coming to my farm, they called it E.coli.

Q. What did he tell you that was a lie in that context?

A. I mean, you're on my farm, you're telling me I've got E.coli, and a veterinarian did not even look at my chickens. That's a lie.

Q. Well, you don't know if they had E.coli or not?

A. I don't know, You're right. But how did he know? He didn't bring a vet -- no vet come to my farm.

Q. So you don't know whether they had E.coli or not?

A. No, I don't.

Q. Any other examples you have as to what he lied to you about, ever?

A. I mean, it's just, you know, you ask

him, Why are you giving exceptions? One grower is getting exceptions, and one is not getting exceptions.

That's not a lie. But you, you know, he said that was his call who got exceptions and who didn't.

Q. Do you have any -- can you think of a situation where someone got an exception?

A. I can go back and look at the paperwork.

Q. But you can't think of one here?

A. No, not sitting here today.

Q. Any other instances where you believe Jim lied to you?

A. We had a fat thing a few years ago, and I don't know what year. Let me go ahead and tell that. The chickens wouldn't eat. Water consumption went down to nothing. It affected some of the farms; it didn't affect all of them.

And the first thing, you know, Jim comes out with, Well, it's your water. Then two or three days, we all find out it's not the water. They've got some fat and the chickens just wouldn't eat.

They gave everybody exceptions. But, you know, initially, it was the farmer's fault. So it was a lie. They got some bad fat.

Q. Ultimately, they figured out it was the fat?
A. Yes, sir, they did figure it out.
Q. And you got an exception for that too?
A. All of us did. All of us that had that particular fat from that company got an exception because the chickens just would not eat.
Q. So it was affecting multiple growers?
A. Yes, sir.
Q. What did he lie to you about?
A. Just what I said. You know, It's your water, Charles. No, that's a lie. It wasn't my water. It was the fat that come from Tyson Foods.
Q. Do you think maybe he initially thought it might be the water?
A. What he thought -- you know.
Q. You're just saying it ended up he was wrong, that it ended up --
A. Well, that's good enough.
Q. Do you know if he told other people there might have been water?
A. Oh, yeah, Morgan, all. Because we talk. We all talk now.
Q. So basically, he was trying to figure it out, got it wrong?

A. I don't know what percentage that I get over anybody else, no.
Q. What is it about the Cobb byproduct that --
A. They're 90 percent males.
Q. And they grow bigger?
A. They really perform, yes, sir.
Q. What about feed? Do you have any preference for feed?
A. You know, the only thing I can say here is the reclaimed feed, the least amount of reclaimed you get, generally the better off you are. Because if you had a good fresh -- you know, those chickens just love that fresh out-of-the-mill feed.
When you've got one that's been reclaimed from one farm and maybe it come from two farms, the next thing you know, you might have 20-day-old feed. Without fresh feed, I mean, you can see water consumption go up. And they really perform well.
Q. Do you have any idea what percentage of reclaimed feed you get versus fresh?
A. Not now, no, sir.
Q. Do you have any idea if it's any

different than any other grower in the complex?
A. I don't know the percentages.
Q. Do you have an understanding that reclaimed feed is not used at the early growth period?
A. That's correct, yes, sir. It's at the end, yes, sir.
Q. It's only used at the end?
A. Correct. Yes, sir.
Q. Do you know what that period is?
A. I've heard 41 days. Don't hold me to that, because I really don't know what their period is.
Q. What that means is it's only used post 40 days?
A. Right. 40, 41 days.
Q. What's the normal grow-out period, as you understand it?
A. It can be anywhere from 50 days to 55 days at this complex.
Q. Do you know if the grow-out periods you've been afforded are any different from any other grower, other complexes, on average?
A. Not average. But, you know, different complexes grow different size birds. It might be

salvaged, you get the same --
A. You get the whole bird weight.
Q. Say it's a 4-pound bird, but you get a 6-pound credit?
A. Yes.
Q. Right?
A. Right.
Q. Because you get that same -- as you said, ghost weight?
A. Right.
Q. Have you ever had a conversation with anyone about the salvage line and manning the salvage line at Tyson?
A. Yes, we've asked -- you know, and, of course, they're not going to tell us. That's fine, you know. Your condemn comes high. Well, did y'all staff the salvage line? I mean, they run the business. We can't tell them what to do. I mean, that's up to the complex manager.
Q. Has anyone ever told you, Well, we'll put more on it or less on it, or we're doing what we can?
A. Yeah. Mears promised one time, Guys, I'm going to start salvaging -- putting more guys on the salvage line.

Q. When did --
A. We got people in the plant that are friends and neighbors, and they'll . . .
Q. When did that happen? When did he tell you that?
A. I don't know exactly when, Mark.
Q. Was it --
A. It was an ongoing thing.
Q. -- in the last couple of years?
A. Oh, yes. It's been --
Q. While he was the complex manager?
A. Yes, sir, while he was the complex manager. Yes, sir.
Q. So since your contracts and all of that?
A. Correct. Yes, sir.
Q. What did he say?
A. Well, you know, we would ask him, How many are you staffing? He said, Well, I'm just going to do industry average, which is three.
I mean, you've got ten stations there. I've been in there many times. Just it's a real priority to salvage them for the farmers, you know, because it does help us.
Q. But it's an expense to Tyson; right?
A. It's an expense to Tyson.

Q. Kind of like hiring more employees is an expense to you?
A. Exactly.
Q. So it's a numbers game; right?
A. It's a numbers game. That's the bottom-line.
Q. Have you run any calculations to determine any money you've not earned because birds could have been salvaged that weren't?
A. No. Steve Key, you know, he was out on my farm. And he said, Charles, he said, most of these birds can be salvaged.
And the complex manager, he's actually -- the one there now is actually doing it. I mean, the condemn the last few weeks has just been awesome. Usually this time of year is when it's the worst because of the cold weather.
But condemns are really, really good for all the farmers.
Q. Are you getting along good with the new complex manager?
A. Haven't met him yet.
Q. But at least no problems yet?
A. So far. I don't know him.
David Dickey is doing a good job. I'm

Q. Sure.
A. Tyson a few years ago -- I don't know what year -- they were going to put in this GPS system. They were actually going to even have -- this is what we were told, that the growers could actually look and see if you got your feed, you know, a tracking system, you know, to see if you got the load of feed.
I know they had hooked it up and they actually -- Ken Bartley was there at the time. Here it is, Charles. Look at this. This is what we're going to implement, this is going to help out, you know, for y'all's concerns.
And that's never happened.
Q. So that was during Kenny Bartley's tenure?
A. Yes, sir. Yes, sir. He's the one who actually --
Q. Was this ten years ago?
A. No. I ain't been here but ten years.
Q. Well, eight years ago?
A. No.
Q. It was pre David Mears; right?
A. Yeah. Well, you had Craig Coberley, yeah. It was before David Mears, yes. I'm going

the way I talk.

Q. Gotcha.

A. But you're not -- I mean, there for the longest, we -- when I finally just -- we had seven loads of reclaimed feed on one farm, and I'm sitting and wondering why I can't grow a chicken.

Q. Do you know, have you got any calculations to see if reclaimed feed has caused you any losses compared to not having it?

A. You can't really compare. But, you know, we've done -- we did our homework. And protein starts breaking down immediately and fat becomes the big word, rancid. I don't know what rancid means, but it's just like eating an old sandwich or something.

The chickens just -- you can watch it. When you get reclaimed feed, you can look in your computer, and that water consumption will go down when they start eating reclaimed feed. It will go down every time.

Q. So have you done any analysis on any losses you've suffered over reclaimed feed?

A. No.

Q. Do you have even any information at all as to the percentage of reclaimed feed you've

gotten versus any other growers?
A. Not now. Used to, Mark, they had -- When you got reclaimed, they would actually stamp "reclaimed" in big red, bold letters, "reclaimed," and they would mail it to you. They don't do that anymore.
Perdue actually -- I know this is not about Perdue, but they actually take reclaimed and they'll tell you how many pounds, and they will tell you what farm it came from. But they don't do that here.
Q. So you have no idea if you're getting on average the same as anyone else?
A. No, I don't know. No, sir.
MR. TATUM: It's probably a good time for lunch if you guys want to.
MR. WHITFIELD: Sure.
VIDEOGRAPHER: The time is 11:28. We're off the record.
(A break was taken.)
VIDEOGRAPHER: The time is 12:37. We're back on the record.
(Exhibit 10 was marked.)
Q. (By Mr. Tatum) Let me show you a document and ask you what it is. Exhibit No. 10,

veterinary service. And you asked me if we could go out and get it, and I told you we couldn't. They wouldn't allow us.

Q. It says here, I will begin having autopsies performed on my dead chickens --

A. Yeah.

Q. -- to find an answer. Did you perform autopsies?

A. No. We wanted to. But they said, No, if you do that, we'll terminate your contract.

Q. So who told you they would terminate your contract if you autopsied the dead chickens?

A. Jim Gottsponer.

Q. Tell me the day he told you that.

A. I don't know.

Q. Tell me where you were when he told you that.

A. My farm.

Q. Which farm?

A. 56 South.

Q. So I just want to be clear, because I know you're going to say -- so dead chickens, what do you do with dead chickens?

A. We compost them.

Q. So you're telling me you were told you

settlement sheet, do you see the names of the other participants in that particular tournament?
A. No, sir.
Q. How is it, then, that you find out who happens to be in your tournament, if you ever do?
A. Most of the time, you never do. But, you know, like me with as many farms as I've got and as many friends as I've got, we talk. Well, you've got some going off Tuesday. I've got some going off Thursday. We'll talk amongst each other.
Q. And you put two and two together?
A. Yeah. You can put two and two together. You can figure out who is in the settlement, yeah.
Q. Now, we heard earlier that you had a preference as to density, for example. Mark asked you some questions about density and what you liked and what you didn't like.
We heard, also, that you had a preference as to a certain type of feed, reclaimed feed versus fresh feed; correct?
A. Can I elaborate on that?
Q. Sure. Yeah.
A. Doug Brown -- you know, I talked to him yesterday -- for the longest, there was a sticker on the computer at the feed mill, Do not take Doug

Brown no reclaimed feed.

When I fussed about me getting all reclaimed, they took it off. Doug Brown didn't get reclaimed for years. So now -- and Kenny Bartley went and told him, said, Doug, I'm going to have to start bringing you reclaimed.

Q. So do you know during the time period that Doug was not getting reclaimed feed, he was competing with you?

A. He was tearing our asses up, week in, week out.

Q. And he was getting fresh feed, and you were getting reclaimed feed?

A. Yes, sir.

Q. How did that make you feel?

A. Some of that favoritism and stuff that goes on at Tyson, some of that favoritism.

Q. Now, Mr. Tatum talked to you about various inputs into the tournament system. We've learned in this case that the tournament system utilizes X amount of growers in each particular tournament and then X amount of inputs. And we talked about them. I think we itemized them, did we not?

A. Yes.

Q. One of the things that deals -- one of the inputs within the tournament system is quality of feed essentially; is that fair?

A. Yes.

Q. And another part of the tournament system is the bird itself; is that fair?

A. I mean, you've got four breeds of chickens at this complex, and they all grow differently. And down at Gold Kist, we grew the same bird. I mean, we had a tournament system. The spreads were like this. The guy on top might be a plus 20, and the guy on the bottom was a minus 20. And you'd have 15 growers in there because it just wasn't -- here the spreads, the gaps are just so big.

And I know I'm probably talking too much. But Perdue has -- they compete prime chickens each week and nonprime. They've got two categories. They narrow it down so they don't have these big old swings here, so it's just a big old rollercoaster.

You can be -- I'm not going to be, but you can be a plus 150. You can be minus 250. The swings are unbelievable here.

Q. But let's back that up and break that

down just a little bit, then.

You were talking about earlier that there were four types of birds that I was making in my notes here. You've got a Cobb byproduct, which is a 90 percent male bird; right?

A. Yes, sir. Right.

Q. Then you've got 708s, and you've got 700s, and then you've got 500s?

A. Correct.

Q. Those are different breeds of birds?

A. They're all different breeds. Yes, sir.

Q. And is it based upon your training and experience of 27 years of growing birds that these birds grow differently?

A. They all grow differently, yes, sir.

Q. Is it fair for me to assume that if you and I are competing to grow ten birds, let's say, and I've got ten Cobb byproducts and you've got ten 500s, who's going to win?

A. You are.

Q. Why is that?

A. They're 90 percent males. Males grow better. They perform better. And then you're competing against me, it's usually 49/51 females to males, and the males just perform better.

Q. Now, are you familiar, then, with instances where they have been people, growers within your tournament, that has a different bird that he or she is growing as opposed to what you're growing?

A. Oh, yeah. We all talk every week. Yeah. Your breeds are on the charts. And we'll ask -- you know, Morgan will come and say, Charles, what kind of birds have you got this week? Well, I've got 708s in five houses, and I've got 700s in the rest of them. And, like Doug Brown's got 500s.

We talk. This complex is -- finally, growers are talking to each other.

Q. Is it a fact that because you're so large with 52 houses, that you may even have different types of birds growing within your houses?

A. Oh, absolutely. You might get 16,000 708s. You might get the rest of 24,900 in 500s. It's mixed up all the time.

Q. When you talk about the tournament system, then, and being able to compete with individuals within the tournament, when you were at Gold Kist, for example do you know whether the inputs were essentially the same?

prime. And your first eggs out, those are nonprime too.

So on each side of that, you've got nonprime; and then in the middle, you've got your prime. And they settle prime against prime, nonprime against nonprime. And they don't have the swings that we have here at Tyson.

Q. (By Mr. Whitfield) I get that. So the fact, then, that -- what I'm hearing from you and what you're testifying to under oath is that you have individuals within the same tournament that will be growing different birds and perhaps even growing or utilizing -- strike that.

Is it a fact that because you have a tournament system where you're competing with individual growers within the tournament that are growing different birds and utilizing different types of feed, do you think that's fair?

MR. TATUM: Objection: Lack of foundation.

A. No.

Q. (By Mr. Whitfield) Why is that?

A. If we're going to compete, the playing field has to be level. It's got to be. I mean, why are you competing with different birds? It's

got to be the same.

That old philosophy about, well, it all evens out in the end -- no, I want to be No. 1 every time. I want you to have the same opportunity to do what I do. You know, we need the same thing -- when they come to those chicken houses, we need the same thing.

Tyson could do this, but it's going to cost them money to make the playing field level.

Q. You're not shying away from competition?

A. I love it.

Q. But what I'm hearing from you is if you're going to have competition --

A. Let's make it even.

Q. -- the various inputs need to be the same?

A. Need to be the same.

Q. So you need to be growing chickens the same breed within a tournament that you're competing with?

MR. TATUM: Objection: Lack of foundation.

A. That's exactly right.

Q. (By Mr. Whitfield) And you want everyone to have the same type of feed; correct?

and fill the truck up with the rest and take it out to the farm. They don't repelletize it. It costs money to repelletize.

Q. What about the fact, though, that in the tournament system, you may get 708s in one flock; and then the next flock, you may get Cobbs? So it all evens out, doesn't it?

MR. TATUM: Objection: Lack of foundation.

A. I don't think it evens out. I mean, I want to compete -- I want to be No. 1 every time. Everybody does. None of us is going to be No. 1 every time. But give me the same stuff every day.

Q. (By Mr. Whitfield) And when you signed that contract with Tyson, you are of the belief, are you not, that you're going to get the best birds you can get every time?

A. Every time.

Q. And the best feed you can get every time?

A. Every time.

Q. And the best veterinary services every time?

A. Every time.

Q. Why do you -- You said a second ago that