# Exhibit 16

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, MORVATT ENTERPRISES, LLC, WILLIAM RICKARD, SONDRA RICKARD, RICKARD FARMS, LLC, ICU CHICKENS, LLC, WISHBONE POULTRY, DENNIS CLAPP, JOHN PINKSTON, LOI HONG, H & L FARMS, LLC, DOUG BROWN, TIM VINCENT, TLC POULTRY, LLC, POULTRY SPECIALTY SERVICE, LLC, KEITH CRABTREE, CHRISTOPHER BURCH, MIKE MURPHY, MURPHY FARMS, LLC, and CALVIN LEISURE,

Plaintiffs,

v. NO. 4:15-cv-00077

TYSON CHICKEN, INC.,

et al.,

Defendants.

---

DEPOSITION OF JOHN L. PINKSTON

FEBRUARY 13, 2018

\- - - -

Videotaped deposition of JOHN L. PINKSTON held at 19 North Main Street, Madisonville, Kentucky, commencing at 9:49 a.m., on the above date, before Gina Hawkins, Registered Professional Reporter and Certified Realtime Reporter.

A Yes.
Q -- than the other contract. I want to switch and want my $6,100.
A Yes.
Q And you were allowed to switch and got your $6,100?
A Yes.
Q And that was the only settlement that happened with?
A Yes.
Q Who was your service tech -- or excuse me.
Up to the signing of your second contract with Tyson, did you have any discussions with anyone else about whether to renew or not at all?
So you had your first contract -- we talked about that -- with Tyson.
A Okay.
Q Now I'm asking, now it's time to renew on your second contract that's Exhibit No. 1. Did you have any conversations with anyone at Tyson about whether or not you should or could renew?
A No, not that I recall.
Q Did you at that time make any effort to check in with Perdue about whether you wanted to switch back?
A No.

Q Any other integrator, producer?
A No.
Q In fact, just so I'm clear, once you moved to Tyson, did you ever have a conversation with any other producer about growing with them again?
A No.
Q Do you know how many flocks on average you received from Tyson?
A Five. Per year?
Q Yeah.
A Five.
Q So you received approximately five per year?
A Approximately. And that's not -- I mean, five and a half, okay. Probably averaged about five and a half.
Q Okay.
A Get technical.
Q Okay. Do you know, did you ever track what type of breeds you received in your flocks?
A I'm not sure I understand the question.
Q Do you know that there's different types of chicken breeds?
A Yes.
Q Did you ever do anything to track what kind of breed you received?
A It was on the delivery sheet.

Q You believe during that period there was only one time when you got 700s?
A Yes.
Q When was that one time?
A I do not know. I don't remember.
Q And do you know if your percentage of Cobb 500s was any different than anyone else's during this Cobb 500 period?
MR. WHITFIELD: Objection to form. Go ahead.
A No, it would be the same. I mean, everybody got the same chicken.
BY MR. TATUM:
Q And your preference, you said, is Cobb 700?
A Yes.
Q Was there any other period of time when, you know, you kind of defined it as an initial period when everyone was getting Cobb 700s, and a second period where everyone was getting 500s, but they might be supplemented.
Was there any other periods of time during your relationship with Tyson when other breeds were being provided that you know of?
A Not that I'm aware of, no.
Q Have you done anything to quantify whether you lost money over getting a breed different from someone else in a given tournament?

A Yes, sir.
Q And what have you done?
A The Cobb 700 performed better. They were all males, for one thing, and you can't compete with straight-run chickens, which was theoretically 50/50 males and females against an all-male flock.
Q And so have you done anything to say, gosh, based on the information I have in this particular flock, this tournament, I lost out on X dollars because I had all females and someone else had all males?
A I never had all females, but -- I'm not sure what you're asking. I mean, I knew it. Everybody knew it, and we complained to Tyson about it.
Q I'm just trying to figure out if there's any way I could go back and say, well, this is the flock he's saying he got shorted payment on because someone else had better birds.
A I'd have to do quite a bit of research. I cannot tell you that.
Q You said you complained about the breed you were getting to Tyson?
A We all would tell our flock technician or whoever, you know. You can't compete with a 500 mixed-breed -- or not mixed-breed, but mixed-sex, half female and half males, against a 700 all-male flock.

A No, sir.
Q Did you ever ask him?
A Yes, sir.
Q And what did he say?
A "I don't know what you're doing."
Q That's it?
A I'm sorry?
Q That's all you remember him saying?
A Pretty much.
Q How about Jared, has he ever lied to you about anything?
A Yes, sir.
Q And what did he lie to you about?
A This -- one thing in particular was this contract that we're talking about.
Q What did he lie to you about?
A Well, for one thing he said that if I went on the -- or when I went on the new pay policy that, from the time I went on new pay policy until -- or when I went on the new pay policy, that from that point on is what I be -- how I would be evaluated, but my previous flocks, how I did, wouldn't be considered, and that absolutely was not true, and he knew it absolutely was not true.
Q What do you mean by your previous flocks would not be considered?

Q Any other expenses?
A As we discussed earlier, the bedding.
Q How much does that cost?
A I think it was $6,000 a year, $1,500 a house.
Q Anything else?
A I can't think of anything.
Q Did Tyson ever help you get loans of any kind?
A No.
Q No help with financing or anything?
A No.
Q Have you done anything to try to quantify what you think Tyson might owe you from when you were running your chicken business that it hasn't paid you under your contract?
A No.
Q Do you have any reason to believe they've not paid you money they owe you under your contract?
A Yes.
Q What is that?
A Those horrible settlements were not -- horrible. Therefore I got less money than I should have.
Q You're talking about, you think they owe you money settlements where you performed poorly?
A Yes.
Q And which rank -- what ranking would you say --

Q Why is it not fair?

A The only way it can be fair is for all growers to get the same feed, the same chickens, the same everything, and they don't.

Q Okay. In your experience for growing with Tyson, did you find that you didn't get the same inputs like you just talked about?

A Yes.

Q Now. What things do you think that you may have gotten different than somebody else, what type of inputs?

A Different feed, different chickens.

Q Let's back up a little bit. Why would it be important for growers within the tournament system to have the same type of feed? Why does that make any difference?

A We went through a period of time when a whole lot of the feed was bad. The chickens would not eat it. Not all growers got that bad feed. Part of them did. Part of them didn't. Obviously the one that didn't had much better chickens than the ones who did.

Q All right. And there this case we've heard something about refurbished feed?

A Okay.

Q What is refurbished feed?

A There's so much feed left in the bins at the end of each flock. Tyson sends a vacuum truck to clean that out

so that the bins are clean to start the next flock, different feed. That feed is not thrown away, even though it's been hauled out there, put in the bins, now taken back out of the bins and be hauled back to the plant. That feed is not the fresh and the same size as fresh feed would be.

Q And if you get the refurbished feed -- you're delivered refurbished feed for your birds, based upon your years of experience growing chickens for Perdue and then for Tyson, did you find that chickens have less a tendency to eat refurbished feed versus fresh feed?

A Yes.

Q And if chickens don't eat the refurbished feed at the rate that they would eat fresh feed, what does that do to the poundage?

A You will have less pounds if the chickens doesn't eat what they should be eating at that stage, obviously they're not going to gain the weight that they should be gaining at that stage.

Q And that's going to affect your bottom line, isn't it?

A Yes, because I'm paid by the pound.

Q Okay. And it's also going to affect your ranking in the tournament system too, isn't it?

A Yes.

Q Because feed conversion and things of that