# Exhibit 17

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| CHARLES MORRIS, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>TYSON CHICKEN, INC., ET AL.<br><br>Defendants. | Civil Action<br>No. 4:15-cv-00077<br><br>Judge: Joseph H. McKinley, Jr. |

ORAL AND VIDEO DEPOSITION OF BEAU MCGUIRE

The oral and video deposition of Beau McGuire, taken pursuant to Notice on the 23rd day of January, 2019, at the hour of 1:00 p.m., at the law offices of Whitfield, Bryson & Mason, LLP, 19 North Main Street, Madisonville, Kentucky, before me, Andrea Riggs, Court Reporter, and Notary Public in and for the State of Kentucky at Large, to be used for any and all purposes allowed by the Kentucky Rules of Civil Procedure.

Andrea Riggs
Court Reporter
195 Lake Scene Drive
Eddyville, Kentucky 42038
(270) 206-0720
amriggs007@aol.com

Q. All right. And you told me earlier that -- based upon your training, that male birds grow larger than female birds?

MR. TATUM: Objection, misstates his testimony.

Q. (By Mr. Whitfield:) Go ahead. Isn't that what you told me?

A. Yes, sir.

Q. Okay. Do you believe that?

A. I do. It's just, you know, naturally, just like in humans, you know.

Q. And you've observed that, too, haven't you?

A. Yes, sir.

Q. Okay. And you've observed that as a Service Tech, haven't you?

A. Yes, sir.

Q. Okay. Now, the chicks that are delivered to the houses, we've had instances where we have learned that some chicks are the product of hens of different ages. We've learned about that this morning, okay? And we've learned that there are basically three types of hens -- breeders -- that lay these eggs, and one's a -- classified as a young hen; have you ever heard that before?

A. Yes, sir.

there are times that, you know, you see problems from -- too small; they can't get up; walk; feeble; or things like that.

Q. Okay. And I assume there's a reason you call them prime?

A. Right.

Q. Okay. And if it's a prime hen -- and we've learned that there was a certain age of breeders where they're classified as prime?

A. Yes, sir.

Q. And, honestly, I can't remember what that -- do you remember what that --

A. I think in between 28 weeks and 60 weeks, somewhere like that.

Q. Yea, I think that's right. And is it fair for me to assume that, based upon at least your experience, the things that you have seen, and your years of experience as a Service Tech, that chicks coming from a prime hen have more vigor and vitality than chicks coming from an older hen or a younger hen?

A. Yes, sir.

Q. Okay. And in the tournament system, is it fair for me to assume that a grower may be competing with other growers that have chicks that are the product of a prime breeder versus the product of an old hen or a

young hen?

MR. TATUM: Objection, lack of foundation, calls for speculation.

Q. (By Mr. Whitfield:) Go ahead.

A. That could happen.

Q. Okay. And you've seen that, haven't you?

A. Yes, sir.

Q. All right. Let me show you something. I don't know if I have a copy of this --

MR. BUTLER: You want me to get her to make a copy?

MR. WHITFIELD: Yea, let me do that.

Q. (By Mr. Whitfield:) Have you heard, Beau, the rationale for the tournament system? Why Tyson -- even Perdue -- uses a variation of the tournament system, at least in their dealings with growers?

A. Why they use it?

Q. Yea.

A. I believe they would get it as a rewarding way for the person who puts the extra effort and work in -- to reward them handsomely, you know.

Q. Okay.

A. They reward them for a good job well done. It's kind of like when I was a car salesman, I was a -- everybody got paid the same percentage, but I can make

Q. Okay. So --
A. To the best of my knowledge.
Q. I get that. So somebody in accounting might make an exemption for somebody, and exemption means you're taking them out of the tournament system? Is that what that means?
A. Well, basically -- I mean, to be honest with you, I think they're still in the tournament, it's just that the pay may be done differently. I couldn't -- it's just an area -- it's an accounting area. It's done between management and accounting and it doesn't have anything to do with Service Techs.
Q. Okay. Fair enough. But, as far as the reclaimed issue versus the fresh issue, you don't have any information of whether or not birds will tend to eat fresh feed more so than reclaimed feed?
A. I don't have any studies or anything like that that I've already seen proven. I've heard growers talk about it, but I've never seen -- I would like -- I'd be interested to see a study on it, but I've never seen any.
Q. And you've never seen any studies that say that male birds eat more than female birds, have you?
A. No, sir.
Q. Okay. You've never seen any document outline

Q. The grower makes or breaks their flock within the first 14 days?

A. Yes, sir.

Q. Do you believe in that?

A. Absolutely.

Q. And what are the factors within the first 14 days that you think are important?

A. The temperatures; the litter conditions; the moisture content on the floors; the water pressure levels; the air quality; ventilation, the way it's set. All that has to do with the way -- I mean, we're dealing with a living animal, a baby, first day, and it's like a newborn baby when -- many of us have children -- take it home. Well, you can't just bring that newborn baby home and throw it in its bedroom and go check on it eight hours later.

You know, you've got to make sure it's getting on the feed and water quick, and it's the same thing with a living animal. You've got to get those babies on the feed and water quick. It has to happen right away. You know, everything needs to be exactly right. The moment that chick hits the ground, it doesn't need to wait, you know, two or three hours after and you're just now getting water pressure set and things like that. Everything needs to be ready for

chickens before they ever get there or you're working against yourself.

Q. And all those issues are within the grower's control to make happen?

A. That's correct.

Q. To be prepared, hit the ground running?

A. Yes, sir.

Q. Then keep it going according to specs and recommendations?

A. That's exactly right.

Q. I did want to clarify one thing. You were talking about differences between your historical experiences with Perdue's contract system and Tyson's contract system, and, specifically, you were referencing Tyson's contracts versus Perdue's contracts. You talked about fuel, and you said under Perdue, when you were there, they had a fuel conversion metric, right?

A. That's correct.

Q. Whereas, Tyson, they don't use a fuel conversion metric, right?

A. That's correct.

Q. There's actually fuel pay provided by the contracts for Tyson, right?

A. That's correct.

Q. And so they actually pay the grower for fuel?

that.

Q. (By Mr. Whitfield:) Tyson controls whether or not upgrades are required, doesn't it?

A. Yes, sir.

Q. Tyson controls the condition of the farm adjacent to the poultry houses, doesn't it?

MR. TATUM: Objection, vague and ambiguous.

THE WITNESS: The condition of the -- say that one more time.

Q. (By Mr. Whitfield:) Tyson controls -- you're talking about -- you were saying that you required Mr. Morris to cut his grass, so Tyson has control over the condition of the property adjacent to the houses, doesn't it?

MR. TATUM: Objection, misstates his testimony --

THE WITNESS: Well, to be honest with you, it's a working relationship. I've never seen anybody, you know, taking and having some kind of disciplinary action done to them for not cutting their grass.

Q. (By Mr. Whitfield:) Tyson controls the type and kind of animals that are allowed on the grower's farm, doesn't it?

A. That's correct.

MR. TATUM: Objection, vague and ambiguous

as to farm --
Q. (By Mr. Whitfield:) Tyson controls the type of pest control allowed on a grower's farm, doesn't it?
A. We provide the pest control, so yes.
Q. So it controls that, doesn't it?
A. Yes, sir.
Q. It's controls the genetics of the bird, doesn't it?
A. That's out of my wheelhouse, to be honest with you. I don't know what the -- what the genetic code -- I mean, all that's done by geneticists and people with way more education than I have.
Q. Does the grower have any input in the genetics of the birds, to your knowledge?
A. Not to my knowledge, no, sir.
Q. Tyson owns the pullets that are used to produce the laying hens, doesn't it?
A. To the best of my knowledge they do.
Q. Tyson owns the laying hens that produce the eggs hatched by the laying hens, doesn't it?
A. I've never seen a breeder contract, so I don't know if it's the same with broilers, if Tyson owns the birds like the -- you know, so I don't know.
Q. Do the growers own any of the laying hens?
A. To be honest with you, I do not know.