# Exhibit 18

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| CHARLES MORRIS, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>TYSON CHICKEN, INC., ET AL.<br><br>Defendants. | Civil Action No. 4:15-cv-00077<br><br>Judge: Joseph H. McKinley, Jr. |

ORAL AND VIDEO DEPOSITION OF AMBER HARTLEY

The oral and video deposition of Amber Hartley, taken pursuant to Notice on the 24th day of January, 2019, at the hour of 9:00 a.m., at the law offices of Whitfield, Bryson & Mason, LLP, 19 North Main Street, Madisonville, Kentucky, before me, Andrea Riggs, Court Reporter, and Notary Public in and for the State of Kentucky at Large, to be used for any and all purposes allowed by the Kentucky Rules of Civil Procedure.

Andrea Riggs
Court Reporter
195 Lake Scene Drive
Eddyville, Kentucky 42038
(270) 206-0720
amriggs007@aol.com

condemned in the process by USDA or by USDA standards.
Q. Yes, ma'am. And we've heard in this case that there are representatives of USDA in the plant --
A. Yes, sir.
Q. -- and when the birds come through the line, that they'll make a determination toward the end of the line whether or not the birds are acceptable and, if it's not, then they'll pull the bird off the line, right?
A. Yes, sir.
Q. And then that bird is condemned?
A. That's correct.
Q. Okay. And then there is an accounting of that?
A. That's correct.
Q. Now, if a bird goes down the line and it's condemned by USDA, how does -- how do you know that that "X" bird that's been condemned is my bird, for example, if I'm a grower, and it's charged to me? How do you know that?
A. The USDA will mark on their sheet and then give us a count of the birds that they condemned for that lot of birds.
Q. All right. So you keep track of the lot?
A. Yes, sir.
Q. All right. So if the lot comes from my farm, then you'll be able to know that that bird that's been

condemned should be charged back to me?
A. That's correct.
Q. All right. And that information is inputted into the GIS system?
A. The total condemned for each lot or each farm, yes, sir.
Q. Okay. And then that is charged against the farmer?
A. Whole bird USDA condemned only.
Q. Okay. Not a partial --
A. If we can salvage part of that bird, then none of that bird is charged back to the grower.
Q. How do you know -- on that condemned bird, how do you know what it weighs?
A. So we use the average weight of the flock.
Q. The average weight, so you don't know what that actual --
A. That actual bird weighed?
Q. Yes.
A. No, sir.
Q. Okay. You just know the average weight?
A. That's correct.
Q. Okay.
A. We get a head condemned, and then an average weight of the flock is applied to that number of head.