# Exhibit 20

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, MORVATT ENTERPRISES, LLC, WILLIAM RICKARD, SONDRA RICKARD, RICKARD FARMS, LLC, ICU, CHICKENS, LLC, WISHBONE POULTRY, DENNIS CLAPP, JOHN PINKSTON, LOI HONG, H & L FARMS, LLC, DOUG BROWN, TIM VINCENT, TLC POULTRY, LLC, POULTRY SPECIALTY SERVICE, LLC, KEITH CRABTREE, CHRISTOPHER BURCH, MIKE MURPHY, MURPHY FARMS, LLC, And CALVIN LEISURE,

Plaintiffs,

v. NO. 4:15-cv-00077

TYSON CHICKEN, INC., ET AL,

Defendants.

DEPOSITION OF MICHAEL ANTHONY MURPHY

February 16, 2018

Taken on Behalf of the Defendants

---

Videotaped deposition of MICHAEL ANTHONY MURPHY, held at 19 North Main Street, Madisonville, Kentucky, commencing at 8:30 a.m., on the above date, before Marilyn Morgan, Kentucky Licensed Court Reporter, pursuant to the Federal Rules of Civil Procedure governing depositions.

and the tractor had to get in the mud to hook to the trailer and wouldn't let nobody else get in and out.

Q. The tractor that you --

A. The semi.

Q. The semi that you used to catch the birds or drop the birds off?

A. Drop the birds off.

Q. Okay.

A. And the other trucks couldn't get to house 1 and 2 on the farm. So Tonya confronted him about it.

Q. You wanted upper level folks to know about it?

A. Yes.

Q. Who is Kevin who came to ask about it?

A. He's Brian's assistant.

Q. Okay. And the situation got resolved?

A. Yes.

Q. And didn't happen again?

A. No.

Q. Okay. And she said in there that Walter was not abusive to her but she just wanted to make sure Tyson knew to park the trucks parallel?

A. Yes.

Q. Is that fair?
A. Yes.
Q. Okay. Did you ever have any further problems with Walter?
A. No.
(Exhibit 25 was marked.)
Q. (By Mr. Tatum) Let me show you what's marked as Exhibit 25.
John, Exhibit 25 is Murphy 000287.
MR. WHITFIELD: Murphy 000287, okay.
Q. (By Mr. Tatum) It's an October 21, 2015, letter from the Robards Complex to all the growers from Jim Gottsponer. This was a letter essentially announcing that the base pay for contract growers was going to be increased under their contracts and, also, that the energy allowance was going to begin being paid by square foot rather than pound under the contracts.
Do you recall receiving this letter?
A. No.
Q. Did you, in fact, receive a base pay increase and an energy allowance change to a square footage calculation going forward?
A. I can't recall.
Q. Were you a proponent of the energy

allowance being changed to a square foot basis?
A. I can't recall.
Q. That took it out of how well you performed and made sure you got paid based on the house?
A. Yes.
Q. Was that better for the grower?
A. It's supposed to be, but I don't know how. I've never had it done.
Q. You've never kind of looked at it to see if --
A. No.
Q. -- it could get you more or less?
A. No. Tonya is the one that takes care of that.
(Exhibit 26 was marked.)
Q. (By Mr. Tatum) Okay. I want to show you what I will mark as Exhibit 26. This looks like a handwritten note by John Snell relating to Murphy 2. Murphy 2 is your five-house farm?
A. Yes.
Q. This is dated 12/2/2015. This says, Met with Mike Murphy and discussed some issues on the farm that could be leading to his air sac problems.
Were you having air sac problems on the

hopper.
A. Each hopper -- each semi is 6,000 pounds.
Q. Okay. So were you -- did you think you -- you thought you were missing 6,000 pounds?
A. Yes.
Q. And then you got credit for 3,000 pounds?
A. Yes.
Q. Did John say, Why not 6,000?
A. He said the pictures didn't match up with what I took.
Q. Pictures didn't match up with what?
A. I took pictures of it, and I had him to come out and take pictures too. He said that's just what -- they thought it was just 3,000 pounds so that's what I got credit for, is 3,000 pounds.
Q. So he felt like he looked at it, took pictures, you took pictures, and he felt like it was a 3,000 pound shortage?
A. Yes. I have argued with him, told him it was 6,000 pounds because I know. I'm there every day.
Q. And he said, look, he thought it was 3,000 pounds?

A. Yes. And we finished dead last in that flock because of the feed conversion.
Q. Do you know what that cost you moneywise where you would have otherwise finished?
A. Around $6,000, is what it cost me.
Q. Is that the only time that's happened?
A. Yes.
Q. Now, so you two -- I mean, do you think he was -- I know you disagreed with him on how much feed. Do you think he was trying to be dishonest about it, or was it just we have a difference of opinion here on what's missing?
MR. WHITFIELD: Objection to form. Go ahead.
Q. (By Mr. Tatum) In other words, did you think he was being dishonest in him thinking it was 3,000 pounds?
A. I think he thought it was 3,000 pounds.
Q. Okay. So it's not that you think John was --
A. Dishonest.
Q. -- trying to be deceitful; you just had a disagreement on what it was?
A. Yes.
Q. And, you know, his argument carried the