# Exhibit 25

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, MORVATT ENTERPRISES, LLC, WILLIAM RICKARD, SONDRA RICKARD, RICKARD FARMS, LLC, ICU CHICKENS, LLC, WISHBONE POULTRY, DENNIS CLAPP, JOHN PINKSTON, LOI HONG, H & L FARMS, LLC, DOUG BROWN, TIM VINCENT, TLC POULTRY, LLC, POULTRY SPECIALTY SERVICE, LLC, KEITH CRABTREE, CHRISTOPHER BURCH, MIKE MURPHY, MURPHY FARMS, LLC, and CALVIN LEISURE,

Plaintiffs,

v. NO. 4:15-cv-00077

TYSON CHICKEN, INC., et al.,

Defendants.

---

30(b)(6) DEPOSITION OF MORVATT ENTERPRISES, LLC/TERESA FRANCES

SEPTEMBER 7, 2018

\- - - -

Deposition of MORVATT ENTERPRISES/TERESA FRANCES held at 19 North Main Street, Madisonville, Kentucky, commencing at 10:20 a.m., on the above date, before Gina Hawkins Registered Professional Reporter and Certified Realtime Reporter.

BY MR. TATUM:

Q -- since 2008, the best you can do is Exhibit 2; right?

MR. WHITFIELD: Go ahead and answer.

A Correct.

MR. TATUM: What's your second document there? We'll mark it as Exhibit 3.

(Exhibit 2 was marked for identification.)

MR. WHITFIELD: Also for purposes of the record, which might streamline some of this, there was discussion early on about whether or not Morvatt Enterprises and Mr. Morris is going to initiate individual claims, individual damage calculation of claims, and --

THE WITNESS: You can pull those -- those as well.

MR. WHITFIELD: And for purposes of the record, those individuals claims of which the Court made reference to at the last hearing will not be utilized by Mr. Morris and Morvatt.

The claims and damage calculations that I'm using generically calling these the 30,000-foot calculations will be initiated, and so for purposes of the record, we do not waive our right to discuss things that you're talking about here, but we do not intend to utilize

those things in a calculation of individualized damage claims by Morvatt or Mr. Morris. All right.
A These are the individual profit and loss --
MR. TATUM: It just helps her if we kind of process it in order.
BY MR. TATUM:
Q So I'm going to mark as Exhibit No. 3 a one-page document.
A Yes, sir.
Q One-page document labeled "Morvatt Enterprises, LLC Profit and Loss January through December of 2010."
Are there a series of these, or is this the only one?
A No, sir. That's what all of these documents are, is the Profit and Loss Statements per year.
Q So maybe it would be -- maybe what I ought to do is, I'm going to mark these -- is this is basically an annualized P&L --
A Yes.
Q -- for all of the years?
MR. TATUM: So I'm going to mark the whole thing as one.
(Exhibit 3 was marked for identification.)
BY MR. TATUM:
Q Is it fair to say these are Morvatt Enterprises