# Exhibit 26

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, MORVATT ENTERPRISES, LLC, WILLIAM RICKARD, SONDRA RICKARD, RICKARD FARMS, LLC, ICU CHICKENS, LLC, WISHBONE POULTRY, DENNIS CLAPP, JOHN PINKSTON, LOI HONG, H & L FARMS, LLC, DOUG BROWN, TIM VINCENT, TLC POULTRY, LLC, POULTRY SPECIALTY SERVICE, LLC, KEITH CRABTREE, CHRISTOPHER BURCH, MIKE MURPHY, MURPHY FARMS, LLC, and CALVIN LEISURE,

Plaintiffs,

v. NO. 4:15-cv-00077

TYSON CHICKEN, INC., et al.,

Defendants.

---

30(b)(6) DEPOSITION OF

ICU CHICKENS, LLC and RICKARD FARMS, LLC

through

WILLIAM M. RICKARD

SEPTEMBER 10, 2018

- - - -

Q Topic 6 is an itemization of upgrades you've made and costs and that sort of thing, and I guess that would be what we covered?

A Yeah.

Q What I marked as Exhibit No. 3?

A Yes.

MR. TATUM: The last topic -- is he designated, John, on Topic 7, the damages topic?

MS. WHITFIELD: No. And for purposes of the record, I'm going to make the same declaration I did in Mr. Morris' deposition in regard to Mr. Rickard and his companies. We intend not to make specific damage claims in regard to losses that may be incurred.

We talked about, with Mr. Morris' deposition with the Court, we do intend to make an overall generic damage calculation, the 30,000-foot level, and we'll do that by and through our experts.

So to that extent, he'll not be testifying on Topic 7 with damages, although we do reserve the right to talk about specific instances of damage to the extent that it applies to the damage calculation our experts will use.

MR. TATUM: All right. We'll just reserve whatever dispute or agreements we need to work out in that context down the road.