# Exhibit 27

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, MORVATT )
ENTERPRISES, LLC, WILLIAM )
RICKARD, SONDRA RICKARD, )
RICKARD FARMS, LLC, ICU, )
CHICKENS, LLC, WISHBONE )
POULTRY, DENNIS CLAPP, JOHN)
PINKSTON, LOI HONG, H & L )
FARMS, LLC, DOUG BROWN, TIM)
VINCENT, TLC POULTRY, LLC, )
POULTRY SPECIALTY SERVICE, )
LLC, KEITH CRABTREE, )
CHRISTOPHER BURCH, MIKE )
MURPHY, MURPHY FARMS, LLC, )
And CALVIN LEISURE, )
)
Plaintiffs, )
)
v. ) NO. 4:15-cv-00077
)
TYSON CHICKEN, INC., )
ET AL, )
)
Defendants. )

DEPOSITION OF CHRISTOPHER BURCH

February 15, 2018

Taken on Behalf of the Defendants

---

Videotaped deposition of CHRISTOPHER BURCH, held at 19 North Main Street, Madisonville, Kentucky, commencing at 9:30 a.m., on the above date, before Marilyn Morgan, Kentucky Licensed Court Reporter, pursuant to the Federal Rules of Civil Procedure governing depositions.

A. I mean, you know, whenever at Tyson, you have to pay for the bedding. And just normal everyday operations, what it takes to keep the lights on basically, is the way I say it.

Q. So with Tyson, you had utilities, bedding, people to drop the chicks, and PLT, PWT, vinegar, iodine basically are your expenses and maybe you're making payments on your house and land?

A. Yeah. I just assumed that was part of it. But, yeah, I mean, I had my mortgage. I have light, electric. I have water, you know. I have gas, you know, propane. Bedding, you know, then you've got your medications.

Basically, you know, it may cost me 2- or $3,000 just before I ever place a bird in my house with Tyson. And now with Perdue, I don't have a dime in them at placement.

Q. And that's the difference between your contract with Tyson and Perdue on what you're paying for?

A. Yeah.

Q. So going back to 2005 when you bought your farms from Harold Murphy, before you bought the farms, did you talk with anyone at Tyson about

that?
A. About me buying them?
Q. Yeah.
A. I mean, we ran it by Kevin Tierce. He was -- I don't know what the proper term, you know, title was.
Q. He was a Tyson person at Robards?
A. Yeah.
Q. When you say ran it by him, what do you remember about talking with him about?
A. We just told him I was going to buy that farm and he was like, Good deal.
Q. That's all you really remember?
A. Yeah.
Q. Otherwise, did Tyson talk to you at all about what your contracts might look like or anything like that before you bought them?
A. No. Because, you know, my parents, I was around my parents and they grew for Tyson. So I kind of knew the basics of it before getting into it.
Q. So you didn't talk with Tyson about you're going to give me a contract before you bought them?
A. I mean, they said they was. They were

A. I really don't know what that was based on.
Q. Okay. Did you have any discussions with Tyson about the type of breed of chicken you might be receiving and growing?
A. No. They just bring whatever they want.
Q. Did you have any discussion with Tyson about out-time and how much out-time you might incur?
A. No.
Q. Did you have any discussion about growth time? What I mean by that, is the amount of days you pick up the chickens for growing?
A. No.
Q. Did you have any discussions with Tyson about condemnation processes or procedures or how that affected you?
A. Yeah. I've had several conversations with them. Are you talking about whenever my first contract?
Q. When you signed your first contract.
A. Oh, no, no, no, no.
Q. And you didn't ask?
A. No, no, not at that time.
Q. About any of these things?

Q. How many flocks did it take before you switched?
A. I think I grew three flocks for Tyson in '15, so say four.
Q. You mean in '15 with the new house?
A. Are you saying from the time the new house got back in operation to the time I switched to Perdue?
Q. Yeah.
A. So from October or November of '14 to May of '15, I think it was four flocks.
Q. Okay.
A. I'm just guessing.
Q. Okay. Why did you decide to switch to Perdue?
A. I was tired of Tyson.
Q. Why were you tired of Tyson?
A. Because I feel like I wasn't getting treated fairly.
Q. And what were you not being treated fairly about?
A. Settlements.
Q. And in what way?
A. The tournament system, because everything is different. All the inputs are

different.

Q. And what inputs?

A. Like chicks, feed. I mean that's the main ingredients.

Q. Do you know if you received any different breeds than anybody else in the tournament?

A. Yes.

Q. How do you know that?

A. We talk.

Q. So you know that from someone else, another grower says that?

A. Yes.

Q. You never did any analysis to see if you're receiving any different breeds than anyone else other than a grower told you?

A. Like myself?

Q. Yeah.

A. No.

Q. Do you have any idea what percentage of a given breed you received while with Tyson?

A. What do you mean?

Q. Do you have any idea what type of breeds you were growing with Tyson?

A. I'm assuming Cobb, but they were going

through a breed change so we had a little bit of everything.

Q. Do you know if your little bit of everything was any different than anybody else?

A. Yeah. I mean, I may have four different types of chickens in my four barns and then somebody else may have, you know, a whole farm of a certain breed.

Q. Can you tell me when that happened?

A. '12, '13, maybe.

Q. In 2012 or 2013?

A. I'm guessing. I'm not a hundred percent sure. Whenever they were doing their breed swap and I think they were even still doing it whenever I left in '14.

Q. '15?

A. Or '15, I'm sorry.

Q. So you're talking about every flock or a particular flock that you think this happened?

A. Every flock was different.

Q. And have you ever done any analysis to determine what breed you got in any given flock?

A. Myself?

Q. Yes.

A. No.

at Perdue; right?
A. Yeah.
Q. Another one was you felt like the inputs for chicks and feed were not consistent?
A. Yeah.
Q. Anything else?
A. Not that I can think of at this point.
Q. What is it about the feed that you thought was not consistent?
A. I mean, it's just not consistent. I mean, you get -- you may get reclaimed feed and who knows where it's been.
Q. Do you agree that reclaimed feed is only used in the last days of the chicken's grow-out period?
A. I'm assuming.
Q. You understand that at least is what's supposed to happen?
A. Yes. Supposed to happen yes.
Q. You're not saying you got reclaimed feed at any other time?
A. Not that I know of.
Q. You don't know if you got any different amount of reclaimed feed than anyone else?
A. What do you mean?