# Exhibit 28

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, MORVATT ENTERPRISES, LLC, WILLIAM RICKARD, SONDRA RICKARD, RICKARD FARMS, LLC, ICU CHICKENS, LLC, WISHBONE POULTRY, DENNIS CLAPP, JOHN PINKSTON, LOI HONG, H & L FARMS, LLC, DOUG BROWN, TIM VINCENT, TLC POULTRY, LLC, POULTRY SPECIALTY SERVICE, LLC, KEITH CRABTREE, CHRISTOPHER BURCH, MIKE MURPHY, MURPHY FARMS, LLC, and CALVIN LEISURE,

Plaintiffs,

v. NO. 4:15-cv-00077

TYSON CHICKEN, INC., et al.,

Defendants.

---

CONFIDENTIAL - FOR ATTORNEYS' EYES

DEPOSITION OF DENNIS G. CLAPP

FEBRUARY 26, 2018

- - - -

Videotaped deposition of DENNIS G. CLAPP held at 19 North Main Street, Madisonville, Kentucky, commencing at 9:37 a.m., on the above date, before Gina Hawkins, Registered Professional Reporter and Certified Realtime Reporter.

A Yes, sir.
Q So it wasn't anything malicious about him saying I don't want to text anymore, as far as you know?
A No.
Q He just didn't want to screw up directions trying to follow texts.
MR. WHITFIELD: Objection to form.
BY MR. TATUM:
Q Is that your understanding?
MR. WHITFIELD: Do you know that?
THE WITNESS: What's --
BY MR. TATUM:
Q Your understanding was, he just didn't want to get overburdened with texts?
A Yes, sir.
Q Is there anyone at Tyson that you think has ever lied to you about anything?
A That I can prove, no.
Q Is there anyone at Tyson that you think lied to you about something?
A The only different -- yes.
Q What was that?
A Just different issues, Kenny Bartley. He's the only one.
Q And what do you think he lied?

A It -- it was just lots -- lots of issues. No particular thing. One thing can come back. It's just dealing with Kenny Bartley. I didn't believe anything he said at that point.
Q Can you give me --
A No, sir.
Q -- any examples of him lying to you?
A No, sir. No, sir.
Q Do you have a preferred density?
A No, sir.
Q Do you know if the density birds you receive is any different from anyone else?
A No, sir.
Q Do you know what I mean by "density"?
A Yes, sir, placement.
Q Birds per square foot?
A Birds per square foot.
Q Do you have a preferred out time?
A No, sir.
Q So you don't have a minimum or maximum you prefer?
A Minimum is 14 days. That's Tyson.
Q Do you know if that's any different for anyone else?
A No, sir.

six flocks?
A Yes, sir.
Q Your contract says you'll get five?
A Yes, sir.
Q You've always gotten at least five?
A Yes, sir.
Q Out of that 92,000 times five per year, do you have any idea --
A No, sir.
Q -- what your profit was from that?
A No, sir.
Q But you do think you do make money?
A Yes, sir, some years.
Q Do you know if you've ever not made money?
A Yes, sir.
Q What year?
A Don't know.
Q Why are you suing Tyson?
MR. WHITFIELD: Objection to form. Go ahead and answer.
A It says in our complaint why we are.
BY MR. TATUM:
Q Well, your complaint says you've sued Neil Barfield, and you told me you don't have any problems with him. So that's why I'm asking.