# Exhibit 29

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, MORVATT ENTERPRISES, LLC, WILLIAM RICKARD, SONDRA RICKARD, RICKARD FARMS, LLC, ICU CHICKENS, LLC, WISHBONE POULTRY, DENNIS CLAPP, JOHN PINKSTON, LOI HONG, H & L FARMS, LLC, DOUG BROWN, TIM VINCENT, TLC POULTRY, LLC, POULTRY SPECIALTY SERVICE, LLC, KEITH CRABTREE, CHRISTOPHER BURCH, MIKE MURPHY, MURPHY FARMS, LLC, and CALVIN LEISURE,

Plaintiffs,

v. NO. 4:15-cv-00077

TYSON CHICKEN, INC., et al.,

Defendants.

---

DEPOSITION OF LOI MOC HONG

FEBRUARY 27, 2018

\- - - -

Videotaped deposition of LOI MOC HONG held at 19 North Main Street, Madisonville, Kentucky, commencing at 9:37 a.m., on the above date, before Gina Hawkins, Registered Professional Reporter and Certified Realtime Reporter.

A Yes.
Q Have you ever been in the poultry business other than with Tyson?
A No.
Q So sum total of your life story in the poultry business is three years with Tyson?
A Yes.
Q Up until the time that you began the poultry business with Tyson, had you ever worked in a chicken house before?
A No.
Q Had you ever worked in the poultry business before?
A No, but in Vietnam we -- my dad used to have a hatchery farm, the hatchery, and so did that work, and that's when I was a baby. I don't know if that counts.
Q Okay. Did you ever work in that hatchery farm?
A No.
Q Is your nationality Vietnam?
A Yes, I'm Vietnamese.
Q Are you a U.S. citizen?
A Yes.
Q When did you become a U.S. citizen?
A I believe it was 2011.
Q How -- when did you first come to the United

States?
A I believe it was in 1996.
Q What brought you to the United States?
A Came here, work, got married.
Q Did you bring your wife with you from Vietnam?
A No. She's here.
Q Did you meet her here in the U.S.?
A Actually, I know her since we in Vietnam.
Q She had immigrated over also?
A Yes.
Q Is she Vietnamese?
A She's Vietnamese, and she came to the United States in 1984.
Q And what was her name?
A Catherine Tan.
Q How do you spell her last name?
A T-a-n.
Q And is that the wife that you divorced in 2004?
A Yes.
Q How long were you married?
A Got married in '97.
Q So you came to the United States to work. Where did you go to work?
A I work as dry-cleaner.
Q Where was that?

A No idea.
Q So they didn't tell you you needed any upgrades to move forward?
A No.
Q Did they say anything about upgrades? Did the topic come up?
A They say -- no, actually, they didn't say anything about upgrade. They say you coming in a seven-year contract, should be good for seven years, and whatever need to be -- like whatever down, you need to be fixed.
Q They said whatever is down needs to be fixed?
A Yeah. Like if a motor broke down, it has to be replaced right away. The lightbulb burn, you've got to change it. I said yes.
Q Do you remember anything else they said there that meeting about anything other than seven year contract and if anything breaks down you need to replace it?
A Yes.
Q What else did they say?
A Say whatever wear and tear, cable break, you change it.
Q Anything else you can remember they said in that meeting?
A That's all they say I can remember.
Q Did you ask them, was anything said about the

numbers, the notes that you had?
A Oh, I show it to them, and I just say this number is realistic that I can make it for my living, and they look at it and say, yeah, the number look good. You can live on that.
Q They said you could live on that?
A Mm-hmm.
Q Did you tell them that you had no experience in the chicken business?
A I did.
Q Did they offer to provide you any support in that way?
A They say that if you need any help, tech will come down or even they could come down and help me.
Q Even who?
A Even Ken and Jared come down and help me.
Q Did they provide you a letter of intent?
A They did.
Q And that letter just said, if you end up buying the farm --
A I would get the contract.
Q -- we'll continue to place flocks there?
A Yes.
Q Did they have any communications -- did you finance the purchase?

know.
Q Understood. So you had no discussions with Tyson about that?
A No.
Q Did you have any discussions with Tyson about out time and how long out time would be between flocks?
A Yes, they did tell me. They say 21 day.
Q Told you 21 days?
A Yes, sometimes more.
Q Did you understand if it was over 21 days you'd get paid for that under your contract?
A They didn't tell me that.
Q Did you understand that there was a minimum out time in your contract?
A What do you mean by a minimum?
Q Did you talk at all with them about whether there was a minimum out time required?
A At the time I didn't know, and they told me it was 21 day, going to be minimum, I mean -- let me try to remember.
Mostly it's 21 day. Sometime it more.
Q So they told you -- the one conversation you recall having before your contract about out time was someone from Tyson told you 21 days is usually the minimum, sometimes more?

A Yeah.
Q Did you care whether the out time was 21 days, more or less?
A I didn't know. And for that time I trusted Tyson. Whatever they say, I just listen.
Q Did it matter to you whether it was 21 days, 14 or 20?
A The truth, I don't know if it matter or not because I'm not in the business yet.
Q Understood. So what they're telling you about out time didn't matter to you --
MR. WHITFIELD: Objection to form.
BY MR. TATUM:
Q -- at the time you signed the contract?
A Yes. Put that way, yes, don't matter.
Q Did you discuss, prior to signing your contract, with Tyson, anything about culling requirements?
MR. WHITFIELD: I'm sorry. What?
BY MR. TATUM:
Q Did you have any discussion with Tyson personnel, prior to signing your contract with Tyson, about any culling requirements.
A I didn't really understand that question.
Q I'm just trying to understand if you had any conversations with anyone at Tyson, up to the point you

meeting specification?
A I didn't know.
Q Did you later find that out?
A I find out when they told me to do the nipple.
Q And were you having problems with your birds getting water?
A Well, a few. I didn't have no problem. I didn't know.
Q You just didn't flow?
A No.
Q That's what they were telling you, that your birds weren't getting water?
A No, the birds getting water, but they say not enough nipple for the bird.
Q Right. The birds weren't getting enough water because there weren't enough nipples for the number of birds?
A Yes.
Q And so you made those changes?
A No, I didn't make those changes.
Q You never made the water line changes?
A No. I didn't have a chance to make water line changes. I was working on the feed line. I want to change the feed line first. Then I was making a loan for the feed line, but I didn't have a chance to do it. They approve

everything, but then Tyson just power up with like all kinds of change in the house, and I added it up to like $650,000, and I cannot do that.

Q Tyson also was concerned that your houses had holes all over them; right?

A When they say the ceiling have holes, yes, we do that. Nathan coming in and helping tape all the hole, and we work on it.

Q And Tyson was concerned that the houses were getting water coming up through the houses too; correct?

A Yes. And the water was -- is all way coming in as before. Water coming in. I told you I fix the floor a few years -- a year and two years and come back.

Q Right. So you had a water leakage issue in the house the second time?

A Yes.

Q Did Tyson make any recommendations to you about how to fix the water leakage problem?

A They just say put dirt into it.

Q Who told you that?

A David Dickey and Jim.

Q And did you -- you did that one time. Did you do it the second time?

A I did some spots. I didn't do the whole house. They asked me to do the whole house. And I asked them who