# Exhibit 30

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, MORVATT ENTERPRISES, LLC, WILLIAM RICKARD, SONDRA RICKARD, RICKARD FARMS, LLC, ICU CHICKENS, LLC, WISHBONE POULTRY, DENNIS CLAPP, JOHN PINKSTON, LOI HONG, H & L FARMS, LLC, DOUG BROWN, TIM VINCENT, TLC POULTRY, LLC, POULTRY SPECIALTY SERVICE, LLC, KEITH CRABTREE, CHRISTOPHER BURCH, MIKE MURPHY, MURPHY FARMS, LLC, and CALVIN LEISURE,

Plaintiffs,

v. NO. 4:15-cv-00077

TYSON CHICKEN, INC., et al.,

Defendants.

DEPOSITION OF CALVIN L. LEISURE, JR.

FEBRUARY 28, 2018

\- - - -

Videotaped deposition of CALVIN L. LEISURE, JR. held at 19 North Main Street, Madisonville, Kentucky, commencing at 9:36 a.m., on the above date, before Gina Hawkins, Registered Professional Reporter and Certified Realtime Reporter.

getting?
A They started switching over to the new chicken they have now or a version of it. On a new farm, the legs -- terrible chickens. It's terrible.
Q What new version of chicken are you talking about?
A I think it's a version of the 700. They was having leg problem. They still have it, but corrected it a little.
Q So have you thought any more, sitting here today -- you know, we're talking about 2014 when your house burned down -- any more today -- do you have any intention of rebuilding the house?
A No.
Q So you've been operating with three and two since some point in 2014, approximately?
A Right. Yes.
Q Since you joined Tyson, have you made any attempts to go with any other integrator?
A No. Well, I did call Perdue, and they said they wasn't taking any growers at the time.
Q And when did you call Perdue?
A About three years ago, roughly.
Q Approximately 2015?
A Something like that, yes.

Q And you said, hey, I'd like to come talk to you about coming over here?
A Yeah.
Q And what did they tell you?
A Said they didn't need any at this time.
Q Said they had plenty of growers?
A Uh-huh.
Q Have you talked to them since?
A No.
Q And why did you want to switch to Perdue in 2015?
A Basically over this lawsuit we're involved in.
Q What is it about the lawsuit that made you want to switch to Perdue?
A Getting, I call them rot on chickens.
Q You felt like you were getting rot on chickens?
A Yeah.
Q Did you feel like you were getting more or less rotten chickens than anyone else, or did you know?
A At my new farm, yes.
Q You think they were getting more than someone else?
A Yes.
Q Why was that?
A Because it's conditional. I do the same practices on both arms. In about three weeks they start

showing up on the new farm.
Q And so you're saying you're getting different chickens in the new farm than the old farm?
A I'm getting I call it a bad hatch.
Q You call it bad hatch?
A Yeah.
Q So do you know if the breeds going in the new farm are any different than the old farm?
A At one time it was both. Like I said, they had two different breeds going out.
Q Do you know if you were getting different breeds than anyone else?
A No, I was getting -- on the old farm, I was getting the old chicken they had. And then in the new farm I was getting some of the new ones. That's when they was having leg trouble, terrible.
Q Do you know if it was any different than anyone else?
A A lot of producers was getting the same.
Q So a lot of the growers that you're competing with are getting the same bad birds?
A Yeah. They would talk about it, yes.
Q Do you have any knowledge as to why you were getting bad birds in the new farm, but not the old farm?
A The reason we think?

Q Yeah. Do you know why? Did you ever talk to Tyson about it?
A Yeah, I talked to them, had them come out.
Q Did they say we're sending a different bird than the new farm than we are the old farm?
A No.
Q Has Tyson ever told you they're sending different birds to each farm?
A No. But at the time it had it on the sheet, placement sheet.
Q So what did Tyson tell you about that?
A They come to the new farm where I had a flock, like I said, I think 21 days old, and legs broke, problems are terrible.
Q And what did they say?
A I can't recall exactly what they said, so I don't -- I don't want to say something they didn't say, so I don't know.
Q Who came to visit you?
A Jared Shelton, I think is his name, and Jim --
Q Gottsponer?
A Yeah there you go.
Q G-o-t-t-s-p-o-n-e-r. When was this?
A About three years ago, something like that. That's approximate.

Q Did they give you any chick credits or anything for any issues you were having?
A They may have, but you don't see it until they're three weeks old.
Q But they may have?
A I don't -- I ain't going to say they did or didn't, so I don't know. I can't recall.
Q Did they blame you or did they say, well, let's try to fix this situation?
A I don't say there's any blame established, but I'll say I'm very convinced it's the chicks I got.
Q And why are you convinced it was the chicks you got?
A Because I get chicks only a week apart between that farm and this farm, and I do the same practices on both farms.
Q So you felt like, I got them a week apart, and the batch at the new farm -- you get those sooner or later?
A Later.
Q Later, and they're not performing as well?
A Right, terrible legs.
Q And you said other growers were having similar problems?
A Yes.
Q And they came out. Do you remember them talking

anyone about that?
A No.
Q Didn't do anything about it?
A No. I've gotten used to it.
Q Did you -- have you crossed checked -- have you received a settlement for that yet?
A No. Yeah, I had the settlement.
Q Did you cross-check that against your feed delivery tickets to see if you were 6 tons short?
A No. I didn't have it calculated. It showed the feed ticket, and it showed no corrections.
Q Do you have any -- you never raised it with Tyson, right?
A No.
Q So they wouldn't know?
A No, probably not. Falls to a deaf ear.
Q Well, you haven't --
A It has in the past.
Q You didn't on this one, right?
A No.
Q Okay. And have you done anything to determine whether or not that cost you any performance?
A Yeah, I calculated it. It cost me three percentage points on feed conversion.
Q And then have you translated that to money?

A Not money, but feed.

Q What would that translate to on money to you?

A I couldn't tell you. I'd have to calculate it out.

Q How would you calculate it?

A Three points feed conversion, take you 185 to 182, and it can take you from the middle of the pack to the top of the pack. It can be as much as roughly a 2 percent -- 2-cent difference, roughly. There's 3cents difference in the contract: Minimum, maximum and medium.

Q Did you -- so you can't sit here today and say, I think it cost me this much money?

A No. Deaf ear.

Q Well, my ear's not deaf.

A Right.

Q So can you tell me how much?

A I can tell you they shorted me feed on that load because they brought two loads of feed that night, one that evening and one that night. The one they brought that evening was a partial load. And the one they brought that they shorted me on was a full load, and they tapped exact same A bin and B bin. The level was the same, and one was 6 tons more on the ticket I didn't get.

Q So you're saying you got a ticket for 6 tons more than you actually got?

A Right, didn't get the feed.
Q Was both feed bins equally empty?
A When the two loads were dumped, they tapped out the same.
Q I understand, but did you check and tap them out before they put the load in to see if they were equally level at that time?
A Right. One was empty. The other was empty.
Q They both were dead empty?
A Right.
Q So this was three flock?
A It's the last load of the flock.
Q And they both -- so you were calling in for empty feed in both bins?
A That's the one the tech orders.
Q But I'm just saying, you had birds and no feed, empty feed bins?
A I can't recall exactly, but I know they brought me two loads, and one was six tons short.
Q You know that because you said you tapped the bins, and they were level in both; right?
What I'm asking you is if you know what the level was you started with in both bins.
A Well, I'm saying before they brought the feed, I checked them. I knew how much feed was in the house. I

A Yes.
Q And it's six?
A Yeah.
Q And you determined that you were six short before you settled?
A Yes.
Q And it just -- and you were dead on when you got your feed ticket?
A Yeah, the tickets correspond with -- the settlement tickets correspond with the tickets I got.
Q And never raised this with anyone at Tyson?
A No. Deaf ears.
Q Now, how many other times have you felt like there was an issue with your feed?
A It started with Tyson the second year, feed shortages.
Q Tell me the other times this has happened.
A I can't recall now, but it's been numerous times I've brought it up with them.
Q You say feed shortage. That means running out of feed?
A No, not bringing me the amount of feed. Bringing a ticket -- and I even had it on my old farm one time. A truck backed into my house to dump a load of feed, left the ticket, but didn't dump no feed, a whole load.

Q And when was -- was that Tyson or Perdue?
A Tyson.
Q And when was that?
A It was five years ago or so, because they broke my little concrete ramp going into the chicken house. He backed over it. Couldn't even get back there to the scale -- I mean to dump in the --
Q So the ramp broke, and they couldn't get the feed in?
A Now, I couldn't tell you that. I just know he left a ticket, and I got charged for it, but I didn't get no feed.
Q Did you ever raise that with Tyson?
A That's when I was in the middle of it, yes.
Q What do you mean, in the middle of it?
A In the middle of reporting all this stuff to them until I realized it was such a deaf ear.
Q Who did you report it to?
A Feed mill.
Q And what did they say?
A Said they brought the ticket and brought the feed.
Q So they disagreed with you?
A Yes.
Q Did you do anything to quantify what that cost

you?
A A whole load of feed, it would take you from the top to the bottom.
Q I understand, but can you tell me what flock it was?
A I could go back and pull the records and show you.
Q But you can't right here?
A No, not right here.
Q Can you tell me what year it was?
A It was early in my production, probably the second year, thereabouts.
Q About '09?
A Yeah, '09, '10 or something like that.
Q Any other instances this happened that you can recall?
A Not enough -- not enough to go into detail about.
Q Well, I just want to make sure I've given you a chance to tell me any instances you can recall.
A There's been several feed shortages that I've had disagreements with through the years.
Q Can you give me another one that you can recall, sitting here today?
A Okay. I had Jim -- okay. It's at the new farm. I had a feed shortage roughly four or five years ago. This