# Exhibit 31

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CHARLES MORRIS, MORVATT ENTERPRISES, LLC, WILLIAM RICKARD, SONDRA RICKARD, RICKARD FARMS, LLC, ICU CHICKENS, LLC, WISHBONE POULTRY, DENNIS CLAPP, JOHN PINKSTON, LOI HONG, H & L FARMS, LLC, DOUG BROWN, TIM VINCENT, TLC POULTRY, LLC, POULTRY SPECIALTY SERVICE, LLC, KEITH CRABTREE, CHRISTOPHER BURCH, MIKE MURPHY, MURPHY FARMS, LLC, and CALVIN LEISURE,

Plaintiffs,

v. NO. 4:15-cv-00077

TYSON CHICKEN, INC., et al.,

Defendants.

---

DEPOSITION OF TIMOTHY VINCENT

MARCH 1, 2018

- - - -

Videotaped deposition of TIMOTHY VINCENT held at 19 North Main Street, Madisonville, Kentucky, commencing at 9:43 a.m., on the above date, before Gina Hawkins, Registered Professional Reporter and Certified Realtime Reporter.

Q Do you remember any differences between that contract and your Hudson contract?
A I do not remember.
Q Did you ever have any problems with Hudson while you were working growing with them?
A No, not that I recall.
Q And then you grew with Tyson for about six years and switched to Perdue in roughly '04?
A Correct.
Q Why did you switch to Perdue?
A Tyson and Perdue came to me and said -- Tyson said they didn't need us, and Perdue was expanding. So they actually offered me money to help with the upgrades. Tyson didn't. So they paid me to switch.
Q So Tyson came to you and said they didn't need you as a grower any longer. And did they tell you why?
A They lost some contracts. They didn't need the houses. I think actually 40 houses switched over at the time to Perdue.
Q And who did you talk to about that?
A I don't remember. Whoever was over the broiler and live production at the time. They changed every six months, so it's hard to keep up.
Q You don't think it had anything to do with your performance as a grower?

A I was above average grower.
Q No one told you it had anything to do with your performance?
A Nope.
Q And you don't remember who told you it was because --
A Whoever the live production manager was. I don't remember.
Q You don't remember who that was?
A I don't remember.
Q Do you remember what year this was?
A '04, I guess. Well, actually it was probably the end of '03 because I waited all winter before I made my decision to switch.
Q And so they didn't tell you you had to switch?
A No.
Q They gave you a choice?
A It was an option.
Q And what was the options, switch or keep growing with Tyson?
A Correct.
Q So you could stay with Tyson --
A And be out of birds for 30 days between flocks and not be able to make my payment, or I could switch.
Q So they told you you could stay with Tyson under

anyone at Tyson?
A No.
Q You got along with people at Tyson?
A Correct.
Q You feel like anyone at Tyson in that first six-year period lied to you about anything?
A I'm sure I feel that way, yeah.
Q Well, who lied to you about something in that period?
A Well, in that period I can only remember back as far as Kenny Bartley. He lied numerous times to me. I don't remember before that.
Q So you can't remember that '98 to '04, your first period with Tyson?
A I'm with Perdue at that time. It's '04 when I went to Perdue.
Q I said '98 to '04.
A Oh, I'm sorry. I thought you said '08.
Q '98 to '04, do you remember feeling like anyone at Tyson had lied to you about anything?
A I don't recall.
Q And so as I understand, you're growing with Tyson. They come to you and say, we're not going to be able to produce as many birds as we've been producing, and that's going to affect how much money you make. And so you can

A The veterinarian may have explained it. I don't recall exactly what he said, no. I just know the name of it. A lot of farmers have had it.
Q So you weren't the only one dealing with that at the time, as you understand it?
A No.
Q Did you talk with any other farmers who had it?
A Oh, yeah.
Q And in the same tournament as you?
A Yeah.
Q Has anyone ever given you an indication as to what they think causes enteritis?
A I can't remember. I'm sure. I mean, it's on the Internet. Look it up. I can't remember exactly.
Q Any other problems you've had with David Dickey?
A Not other than that, not really.
Q So that was a one-flock thing where he felt like the birds had been blinded. You feel like they weren't blinded. You feel like the vet didn't think they were blinded. And then you got a subsequent letter from Dickey saying they were?
A Right.
Q Did the birds -- did the letter also indicate any other problems with the birds?
A No.

Q Didn't mention enteritis or anything like that?
A No.
Q Did you ever get any other reports or anything about the birds?
A No.
Q Do you know -- how did you settle that time?
A Not good.
Q What's not good?
A Bottom third probably, maybe -- I don't remember.
Q Can't remember where you settled?
A No. I know it was not good. It was toward the bottom.
Q So that was kind of a one-off incident?
A Well, that's the latest I can remember.
Q I mean as far as with David Dickey, that's the one-off thing?
A Right.
Q The lie you thought he was saying was that the birds were blinded?
A Right.
Q Did the birds have eye problems?
A No. I've blinded birds before. I know what blind birds are. If you don't get enough air and the ammonia gets high, it hurts their eyes. That wasn't the case. It's never my fault -- I mean it's never their fault.

Q How about on the mortality cards? Have you ever felt like my mortality cards added up to 100 dead birds, but I've got -- in my settlement they counted a different number?
A No.
Q How about on the feed? Have you ever looked at the feed tickets and it said, well, it says I got delivered X feed, but I think I got more or less feed than that?
A Oh, yeah.
Q When did that happen?
A I couldn't remember dates. I mean, over the years it's happened several times. Sometimes they catch it. Sometimes they don't.
Q And if they catch it, they credit you?
A You have to prove it to catch it, I mean, for them to do anything.
Q Right. You've got to prove that you either did or did not get the feed for the tickets that you got?
A Yeah. But it's a fact that truck drivers go to the wrong farm. They put it in the wrong bins. They -- it happens.
Q It does happen.
A People make mistakes.
Q And when those mistakes --
A And a lot of times they don't get caught. They

A I can't -- I can't sit here and think at the time. I have argued the point many times over the years, yes.
Q Have you ever done anything to quantify any gains or losses that caused you?
A Clarify the question, please.
Q Can you give me an idea whether that ever cost you any money?
A Oh, yeah, sure.
Q How much?
A I couldn't tell you numbers. I mean, like I said, you can have -- if you're on top -- if you're on the bottom, you can lose $10,000 on a four house farm.
Q Can you tell me when that happened to you?
A Probably that flock that David Dickey told me I blinded those birds. I'm sure I lost quite a bit of money there.
Q That wasn't a feed issue there. We're talking about feed issues.
A No, it wasn't a feed issue. I couldn't tell you offhand.
Q Have you ever visited the hatchery?
A I have.
Q Everybody treat you fine there?
A Mm-hmm.

there. All of your poultry expense and all of your personal expenses. After all that, you're saying you made $77,000?
A Well, no. That ain't got nothing to do with personal expenses. That's just the business. I mean, I don't count groceries and living.
Q You run your -- you run your automobiles through your taxes, don't you, taking those deductions?
A Just my truck.
Q You don't take your wife's?
A Tractors. My wife's, no. It has to be a certain type of vehicle to be able to write it off for one farm.
Q All right. So in 2017 because we're now in 2018, you think at the end of the day you made about $77,000 running your chicken houses -- running your four chicken houses?
A That's right.
Q Then aside from that you've got your other businesses?
A Broke even. I paid no taxes on that.
Q On your spray business?
A Right.
Q Broke even because you took deductions for your mileage and --
A And plus I pay subcontractor to do it for me.
Q Why are you suing Tyson?

A Because I feel that the tournament system is unfair system.
Q What's unfair about it?
A The condemn, for one is the biggy for me, but they also -- if you're doing a tournament system, and everything is supposed to be equal, it would work, but nothing is equal. The chick quality is never equal. The feed is never equal. You've got three different birds in the field right now. 700s, 708s and 500s. There's no way I can compete with 700s with a 708 or 500. So if I get 700s tomorrow, I'm going to get my butt kicked for the guys that gets the other birds, and that's not fair.
Q Do you have a preferred breed?
A Anything but the 700.
Q Are you getting any 700s now?
A I'm getting them every time.
Q You think you're getting 700s every time?
A I know I am, or at least that's what my -- Jennifer tells me. She writes it down on the chart when they place them what I get because each of them has a different light program. Each of them has a different sleep program.
Q Do you know if you get any more or less 700s than anyone else?
A I don't know.

come in there that look really good, and then they can turn bad in a week. Then you've got some that come in there and dump on the floor, and you think they're going to all die, and then they come out of it.

So you never know. It takes a week -- I mean, you know if you're losing hundreds a day, but it's -- yeah, you can get bad quality, or you can get good quality.

Q Then you mentioned, toward the end of your deposition here, about condemn. Tell me a little bit about that and how that affects your ranking in the tournament system.

A It affects my ranking. It affects my bottom dollar, too, because like I said before, I told Mr. Tatum, I asked Perdue, and they said it wasn't fair. And if you look at it, it's not.

A lot of the condemn, airsac and then -- they have said airsac is caused by a million different things, you know. And most of the time it's not the farmer's fault -- the condemn isn't. I mean, we don't -- you know.

So say if I sell a 7-pound bird on average, and they ran a chicken through there that's 5 pounds, and they condemn it. They take my 5 pounds, plus they steal 2 pounds because they charge me 7 pounds.

That's really stealing 2 pounds from me, but that don't cost you a lot of money. I mean, if they condemn

6,000 pounds, that don't cost, but then they put it in the tournament system, and that can take you from the top to the bottom. That's when it costs you money.

Q Okay. So it affects your ranking?

A It affects your ranking.

Q And when it affects your ranking, it affects your bottom dollar -- bottom-line dollar?

A That's right.

MR. WHITFIELD: Okay. That's all I have.

MR. TATUM: Just a couple follow-up questions.

FURTHER EXAMINATION

BY MR. TATUM:

Q You mentioned you've recently been getting COBB 700s?

A Correct.

Q And you finished first September 16, the end of that flock. End of '17 you finished first out of ten with Cobb 700s?

A Probably.

Q And you finished third the flock before that with Cobb 700s. So you're doing pretty well with Cobb 700s?

MR. WHITFIELD: Objection to form.

A As bad as they are, yeah. I don't know how because --