# Exhibit 32

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY, OWENSBORO DIVISION

CHARLES MORRIS, MORVATT ENTERPRISES, LLC, WILLIAM RICKARD, SONDRA RICKARD, RICKARD FARMS, LLC, ICU CHICKENS, LLC, WISHBONE POULTRY, DENNIS CLAPP, JOHN PINKSTON, LOI HONG, H & L FARMS, LLC, DOUG BROWN, TIM VINCENT, TLC POULTRY, LLC, POULTRY SPECIALTY SERVICE, LLC, KEITH CRABTREE, CHRISTOPHER BURCH, MIKE MURPHY, MURPHY FARMS, LLC, and CALVIN LEISURE,

Plaintiffs,

vs. No. 4:15-cv-00077

TYSON CHICKEN, INC., ET AL.,

Defendants.

ATTORNEY'S EYES ONLY DUE TO PROTECTIVE ORDER

_________________________

DEPOSITION OF JERRY SMITH 30(b)(6)
TAKEN ON BEHALF OF THE PLAINTIFFS
ON MARCH 16, 2018, BEGINNING AT 11:54 A.M.
IN SPRINGDALE, ARKANSAS
REPORTED BY MIKE WASHKOWIAK, CCR

VERITEXT LEGAL SOLUTIONS
MID-ATLANTIC REGION
1801 Market Street - Suite 1800
Philadelphia, PA 19103

after having been first duly sworn, deposes and says in reply to the questions propounded as follows, to-wit:

DIRECT EXAMINATION

BY MR. ROBERTS:

Q Mr. Smith, have you ever been deposed before?
A No, sir.
Q Never, okay. All right, so you heard my preamble with Mr. Wilson about he's taking everything down, verbal answers yes or no, no head nods, and if I ask a question that is susceptible to two different meanings that could leave the record to where we would have to come back and clean it up or something like that, you would just say, well, you didn't ask it very artfully. If you meant this, it could be this; if you meant that, it could be that. You'll do that for me?
A Yes.
Q Tell us a little about yourself.
A I'm originally from middle Tennessee and moved out here in '92. So I've been with Tyson about 25 years, a little over 25 years. I came out as they were converting -- I've been in IT all my time here, graduated from the University of Tennessee at Martin with a degree in computer science, a minor in math. I came to Tyson --
Q What year UT?
A '87.

A Those were all of their sales and marketing type invoicing, all of those types of applications at that time around '92.
Q All right. Okay, what happened next?
A From there did a few years as a programmer in a few different areas, and then was promoted to a project manager over and supported the live swine operation for a number of years. Then migrated back more into some of the live production applications.
Q For poultry?
A For poultry. And then expanded some around 2006 into plant floor systems, did that for a few years, and then over the last five years I've been back involved with live production applications.
Q Organizationally where are you in that? We started with Mr. Spradley?
A Uh-huh.
Q So come on down from Mr. Spradley.
A Becky Russell is the VP over poultry. She's aligned to the poultry operation. Then under her is Scott Hobbs, and he has the live production applications and the commodity piece. So he's dealing with those two areas of the business.
Q The first person you named, the woman, now is she specific to information technology?

A Yes.
Q Only, or she's the vice president of poultry?
A Vice president in the IT organization.
Q I gotcha. Give us the landscape of what the poultry business unit of IT does. What are the things in its wheelhouse of responsibilities and obligations and support.
A As far as from an IT perspective?
Q Yes.
A We have several different applications that deal with our feed mills, our hatcheries and our grow-out organization as far as tracking performance indicators and paying growers. Then there is some auxillary systems around the edge of that that gives our boiler techs a tool to go out to the farms and do farm check audits, collect mortality information, do some pre-placement audit-type work, so basically an application to collect that information.

We also have a corresponding breeder flock management application that does the same, similar things on the breeder side. Then we have one other application, primary application, that does all of the scheduling of when to go pick up, catch-and-haul the chickens back to the plant.
Q Both drop off and pick-up?

A That application would just be scheduling when they come back to the plant.
Q Gotcha. I'm just curious, why would you only do coming back? Is that a bigger deal? Is it more involved?
A It's just to give the plant a head's up on what is coming in. On the other side, when we deliver chicks to the farm, that's all handled within the hatchery application.
Q Gotcha.
A It's part of that.
Q Okay. So for a person who is just reading this transcript by itself and doesn't even know what Tyson does, let's just stay in the poultry world, but can you just take us through these business activities, the feed mills, the hatcheries, the grow -- what did we call it, the grower? What was the third one you called, the grower outsource?
A The grower information system? We call it the GIS, grower information system.
Q GIS, grower information system. Before we do that, though, I wasn't asking that question very well, describe business activity first. Like we get feed, we source that somehow, we hatch little chickens, we take the chickens to the growers, then we bring them back and all that. Just give us the setup, the whole how it all works.

Q All right. So you described -- so we probably have to talk about at least three big systems, the feed mills for the hatcheries and the grower information system, right?

A Uh-huh.

Q And then there are some associated smaller programs or information systems for the broiler techs to do mortality audits. The second one is the breeder flock management?

A Uh-huh, yes.

Q And then the scheduling to come back, which sounds self explanatory. What is the breeder flock management? What is that about, the breeder flock management?

A The breeder flock management is a system that they put in in approximately 2008, and it sets up a set of guidelines for the amount of feed to feed them, a lighting program for the birds, water, those types of environmental things that they're tracking. So the guides are sort of the targets that we want to hit, and then the breeder techs at the breeder side, they actually go out and collect that information to see, body weights is another one that they're very instrumental -- interested in, so they go out and they track those specific points just to make sure that the flock is progressing accurately.

flows up for business information use, right?
A Yes.
Q Then the grower information system, part of, connected to, a subset of? What's its relationship with the live production website, the grower information system?
A The grower information system is a separate application, web-based, written on top of an Oracle database, and it's the main driving force of tracking growers. It's like a sub-ledger to SAP in that it's a series of cost centers and accounts in which we capture information, costs, variables for each grower. So it's the main driving force of really the settlement process and the performance indicators. So it's an application outside this live production SharePoint site.
Q Gotcha. Do you have a label for the software that sits on top of Oracle and does what you want to do with the Oracle data?
A It's in-house developed based on active server pages in C sharp (C#).
Q One more time.
A Active Server Pages, ASP, and C#.net, so it's all in-house developed.
Q Okay, and who develops it, people like you or different people?

through USDA. It has the accounts payable type module that would actually handle the growers' settlement process, an accounts receivable process for miscellaneous expenses that might get charged back to the grower, shovels, boots. In two locations we actually have a propane company, and they buy propane from us.

Q There growers buy propane?

A The grower.

Q A company store kind of thing?

A Yeah, sort of.

Q Put it on my account, deduct it from my settlement type thing?

A Yes.

Q Gotcha.

A Those are the main pieces of GIS, so basically it's capturing those type of information for those grower flocks.

Q Now, the tournament system, where does that live?

A GIS in the accounts payable type module.

Q One of the most important things we're trying to understand today is all the information that flows into GIS, right? So conceptually, at least, you've identified that there are two, separate from GIS, there's another information management system associated with the feed

A That's correct, and breeders' side, too.
Q Both?
A Both, yes.
Q Okay, I didn't appreciate that.
MR. TATUM: GIS is like the hub. It's kind of a database you're thinking about. Everything else is kind of information going in and out for a particular segment.
MR. ROBERTS: Yes, the mother ship?
MR. TATUM: That's exactly right. It's what you were calling the live production site for a while; it's really the GIS system.
MR. ROBERTS: I'm with you.
Q (BY MR. ROBERTS) So GIS also tracks both growers and breeders?
A That's correct.
Q GIS is going to hook up -- GIS will track, this is a question, all the way from a breeding source all the way to the plant, probably, right?
A Yes.
Q GIS will track the formulation of the feed that all those chickens got when they grew up?
A Yes.
Q At the various times they got it, or at least were delivered, presumably, right?
A Yes.

the tournaments that way?
MR. TATUM: Objection, calls for speculation.
A I'm unsure. I mean, the contracts are -- there's a set process it goes through establishing the contract. I'm not sure exactly what's contained in that specific contract.
Q (BY MR. ROBERTS) What I'm trying to understand, at some point -- it's my understanding that the tournament system is run using GIS. Do I understand that correctly?
A Correct.
Q So a given grower may be in a tournament, may be in some other tournament, may not be in a tournament at all. How does that get decided? How does GIS decide which grower goes into which tournament?
A Well, there's a weekly closing process, so those growers that came to the plant the previous week, they are settled out the next week. And then however the calculations are based on the contracts is how that week's payroll goes.
Q The settlement thing?
A Yeah, the settlement of those.
Q But typically how many different tournaments are in progress at any one time?
MR. TATUM: Objection, lack of foundation. Outside the scope.

A I'm not sure.
Q (BY MR. ROBERTS) My question is which of the users of GIS would -- is it a person doing it? Is it the machine just schedules it? That's what I'm trying to understand. If you're Mr. Jones and he says I'm grower Jones, tell me why is it that I wound up in this one and my neighbor is in a different one, and the answer would be that's the way Mr. Smith at Tyson did it, or that's just the way the algorithm works that's built into GIS?
A I think it's built into the algorithm. There's no one person making those determinations.
Q Okay, so it's an algorithm that generates -- okay, and who wrote -- who wrote that?
A I don't know.
Q Somebody wrote it?
A Yeah, it's almost a 20-year-old system.
Q All right. So there's some algorithm that, for lack of a better word, schedules. How does it work?
A I don't know the exact details. What I do know is we have a weekly process of paying those growers in the previous week and then that algorithm is initiated with every weekly cycle.
Q Gotcha.
A So the calculations that go into that, I'm unsure of exactly how it works, but it's on a week-to-week

basis.

Q With the understanding there may be other variables other than what I'm about to say, but basically once you send your chickens back, presumably, I don't know, power wash the floor or whatever, you say I'm ready for the next flock, right?

A Uh-huh.

Q So let me just ask you about that. Is there a step where the grower says affirmatively, I am now ready for my next flock, or does the broiler tech do that?

A Typically there's a mandatory out-time period, and then they schedule the birds back in. And that would -- a broiler tech would go and check to make sure that they're ready to receive birds.

Q So however that system works, then, at some point the algorithm schedules a given grower, it puts the tournament together, and that's how they get -- that's how the participants in a given tournament are selected somehow?

A It's at the end of a -- it's at the closeout cycle. It's not on the front end.

Q If you know, if you know, is it, if you know, is it literally just the last 12 growers that have just settled out, I'm ready to batch out a new tournament, or are there other variables in the algorithm?

A I think there's other variables in the algorithm.
Q Do you know what they are?
A I do not.
Q Do you know who would know and how that information -- how we would find out?
A We would have to go into the system and document that out as far as that process to get all of the factors.
Q But what we do know the GIS knows, we know that it knows all about there's information from that grower's contract in there, right?
A That's correct.
Q Presumably production histories, I'm guessing about everything you can imagine in there?
A Uh-huh, yes.
MR. TATUM: Object to the form.
Q (BY MR. ROBERTS) Do you know if the slide deck addresses how that algorithm works?
A I don't think it goes into that level of detail.
Q Do you know where that level of detail is?
A At the present time it would be in the code. We would need to --
Q In the code itself?
A Yeah.
Q Okay. No one really knows at this point, fair

in here saying tell me how the tournament system works. That's just a fact.

Q (BY MR. ROBERTS) Tell me if I get this wrong. Based on what I thought you described, the threshold criteria for a grower being eligible to be rolled into the next -- let me restate this.

But based on what I understand you described, the threshold criteria for a grower to become eligible to be assigned to a given tournament, the first threshold criteria is he has to have completed a growing cycle with his chickens, turn them back in to Tyson, experience that interval that you described, whatever it is; the broiler tech goes out and certifies that they're ready, right, and then presumably someone comes back and says Grower 27, he's eligible to be batched out for a tournament.

MR. TATUM: Objection to form and scope.

Q (BY MR. ROBERTS) Okay, help me understand how that works.

A Whenever he delivers his chicken back to the plant, there's a closeout process.

Q Yes, okay.

A That initiates his settlement.

Q Yes. But what about -- but then he's going to sit around and he's not in a tournament anymore because he's finished that tournament, right?

A Correct.
Q So I'm trying to understand how he winds up in the next tournament?
A When birds are placed back on his farm, he starts his next flock to grow out.
Q And is that the triggering event for him to be eligible to be assigned to a tournament by GIS?
A No, it's the closeout process. It's on the back end.
Q It's the back end?
A When they're processing his settlement at the end.
Q So when the settlement, whatever defines completion of the settlement process, he's batched into some new tournament system?
A Correct.
Q Okay. Just hypothetically speaking, let's say he gets batched in, so he's now eligible, an eligible grower. What if 55 growers turned in chickens on the same day and get settled on the same day? Are you with me, hypothetically speaking? I want you to assume that 55 growers get settled on same day.
MR. TATUM: Are you talking about one complex, just so we can get -- or are you talking about in the world?

MR. ROBERTS: It doesn't matter.

MR. TATUM: You have to keep it within the bounds of rationality.

Q (BY MR. ROBERTS) Are tournaments complex specific?

A Yes.

Q Okay. So with a given complex is there a numerical limit on how many growers can be in a single tournament at a single time?

MR. TATUM: Objection, scope, calls for speculation.

A I don't know that firsthand.

Q (BY MR. ROBERTS) Okay. I'm going to use the phrase batching out a tournament. I don't know what y'all use. How do you use it?

A It's a weekly closeout process.

Q Okay. It's a weekly closeout process, but I'm trying to get how a new tournament becomes defined, right, how a new tournament becomes defined. Maybe the answer is this: Is it the case, maybe this is the answer, that the tournament group, the peers to which he is compared, are you with me, is defined at the time of his closing?

A That is correct.

Q Gotcha. So it's not like he spends the whole growing cycle secretly in a tournament, tournament number