# Exhibit 33

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
Civil Action Number 4:15-cv-00077

CHARLES MORRIS, et al., )
)
Plaintiffs, )
)
-vs- )
)
TYSON CHICKEN, INC., et al., )
)
Defendants. )

VIDEO DEPOSITION OF THOMAS ELAM, Ph.D.

The video deposition upon oral examination of THOMAS ELAM, Ph.D., a witness produced and sworn before me, Tara Gandel Hudson, RPR, CRR, a Notary Public in and for the County of Hancock, State of Indiana, taken on behalf of the Plaintiffs at the offices of Frost Brown Todd, LLC, 201 N. Illinois Street, Suite 1900, Indianapolis, Marion County, Indiana, on the 13th day of February, 2020, scheduled to commence at 9:00 a.m., pursuant to the Federal Rules of Civil Procedure with written notice as to the time and place thereof.

don't know if this stuff really makes any sense or not. I need to see a lot of data to analyze, to see if they're right or not.

Q Okay.

A If they're right I'll tell you; if they're wrong I'll tell you. I don't care. I have no vested interest in this matter. I have no investments in Tyson. It doesn't matter which way it goes. Doesn't matter to me. Financially, it makes no difference.

Q You've made a hundred thousand dollars on this case too; right?

A I've made my fees on it. What I'm saying is I have no other interest, no matter which way it goes.

My income is not dependent on the outcome, and that's the way I addressed it. I wanted to look at the data that they had, and I wanted to make a fair and reasonable judgment about whether or not the complaints that I saw were valid or not.

Q Okay. Now, tell me, then, what you requested from Mr. Tatum to provide the basis of your report.

What information did you want to see, and

what was provided to you?
A First of all, I asked him what was available. They said they had two spreadsheets that summarized the information. The first was called the "Settlement Spreadsheet," with 4,000-something settlements in it. And that was on -- that was by grower with a significant amount of detail regarding performance, pay, condemnations, bird numbers.
Q Are you talking about for every grower at the Tyson facility or just my clients?
A All of them.
Q Okay. For what time period did this spreadsheet apply to?
A I think it was 2010 to 2018, yeah.
Q Okay. So they said they had that.
A And they had what they call the "Hen Recap Report." The hen recap report was about -- it was a huge spreadsheet, 45-, 50,000 lines. That had details in it on every chick that was placed on those farms. It included for every placement of chicks, where those chicks came from, how many were there, and how old was the hen who laid those chicks.
And you would typically find that a batch

of chicks placed in a -- on a farm came from a set of sometimes two or three, sometimes up to ten or twelve breeder farms.

Q Okay. So what else did it have besides that information?

A That was it. It was deep, but it wasn't very wide. It had the breed in it, of course.

Q Had the breed?

A The breed, the age. It had the breeder farm number, the breeder farm name. Had the male breed, the female breed.

Q And was this report -- strike that.

Did the report also tell you where each chick was going in terms of houses?

A I think it was just for the farm. I would have to go back and look. But you could tie it to the settlements data, so it must have been for the farm.

Q Okay. So from that report, you could tell on a particular chick where it came from; correct?

A Yes.

Q When I say "where it came from," I'm not sure even what I'm asking.

A Which breeder farm.

Q Which breeder farm?

A There's more than one breeder farm. There's more than one breeder farm, I'll stop there.
Q How many breeder farms were there?
A I didn't count.
Q More than one breeder farm in the system?
A Oh, yeah. There's got to be several.
Q And so you could trace from what breeder farm that chick came from?
A Yep.
Q You could tell what sex it was?
A No.
Q Not the sex?
A No.
Q But you could tell the breed?
A Yes.
Q And then you could tell where it was going in terms of what farm?
A What farm it went to.
Q Could you tell what day it was delivered?
A Yes. That was in there too. When was the chick put in the hatchery; when was it delivered to the farm, yeah.
Q Is there a time period when it was picked up?
A There was some numbers in there, but it -- generally the -- actually looked at that. It

Q That's only for Grower 5163?
A Yeah. I asked to see that --
I asked to see details on a settlement to get some idea of what was all that was involved. Having come up with the numbers I was seeing on the settlement sheets, so that I could look at that, then look at the settlement sheets, see where the numbers were coming from in detail.
Q Okay. You just wanted to see a prototype of what it looked like essentially for one grower?
A Yes.
MR. TATUM: He's basically talking about a settlement packet.
MR. WHITFIELD: I get it.
BY MR. WHITFIELD:
Q Then 9:
Robards complex growing ranking by standard cost various dates.
What is that?
A It's -- they were looking at --
Actually, I didn't even use that. I received it; never looked at it. I did get it, so I listed it here.
Q But you didn't rely upon it?
A No. I did not rely upon it.

A Whether or not they were growing broilers, male and female, separately on separate farms or in separate houses.
Q You don't remember which one you looked at?
A I could look through here and give you a quote from one.
Q Did you read any of the plaintiffs' depositions?
A I didn't have any.
Q You weren't provided those?
A No.
Q Okay.
A I didn't have them.
Q All right. So if you didn't have them, you didn't review them?
A That's right.
Q Did you ask for them?
A I think I relied upon the complaint as the source of what their issues were. Yeah.
Q My question to you is, did you ask for any of the depositions of the plaintiffs --
A No.
Q -- to review?
A No.
Q Did you think it was relevant? To review those depositions?

Q Do you think it's relevant to hear from the clients themselves as to the type of bird that they're getting; the type of feed they're getting; the type of veterinary services they're getting; whether or not they're getting reclaimed feed?

Do you think any of that's relevant in a report like this?

A Yes.

Q But you didn't review any of it, did you?

A Because it was not available in a comprehensive way so I can relate what they're saying to results in a specific settlement.

Q But you didn't even ask for it, did you?

A Because it's episodic. It's not data. I would need an actual data on what they're claiming across all the flocks in order to make a valid statistical conclusion about whether or not that's having any effect on their performance or not.

So one flock is not going to tell me anything; one batch of feed is not going to tell me anything. It might have been valid, but does it affect the overall -- so, you know, you can --

A I talked with the Tyson live production manager.
Q Who is that?
A What was the name?
THE WITNESS: Mark, I don't remember.
A I don't remember the name.
BY MR. WHITFIELD:
Q When did you talk to him?
A Right after I got the data.
Q And what was the gist of that conversation?
A There were --
The data had headings in it, and I didn't understand what those headings meant in every case. So I asked him, you know, just verify, Does this mean this? Does this mean this? Does this mean this?
The first question I asked him is -- actually, maybe the second question is, Why was there no data on male and female chicks being raised? And he said, Because we put them on the farm as hatched. "Straight run," they called it in the report.
I have seen settlements, and I've seen performance information on males and females, and they are different. I said, Why not? He said, It's not worth the trouble for this

operation to raise separate sexes.
Q What do you mean, "they are different"? What do you mean by that?
A The males tend to be better at feed conversion. They gain weight faster.
Q So there's a difference between male and female, in terms of what you just said?
A Yeah. There's a difference in male and female chicks, yeah.
Q You have seen other companies that keep that data?
A Yeah.
Q Which companies?
A As I recall, I saw some data from Perdue.
Q Okay.
A Yep. They were keeping -- on some of their farms, not all of them.
It depends on the end product as to exactly what. If you're raising large birds for breast meat yield, for institutional and deli items, then you might be raising the males separately because they gain weight faster, you can grow them to heavier weights, and the breasts are bigger.
Q Okay.

put into that breeder operation, just put it through, you know, kill those chicks, suffocate them, whatever you do to them. Sometimes they throw them in a grinder. It's not a pretty part of the poultry business. So for humane reasons and for economics, you probably want to go ahead and use those female chicks.

Q That's not my question.

My question is, if I'm a grower and I'm trying to get the biggest bang for my buck and be more efficient, is it better for me to have a male chick than a female chick?

That's all I'm asking.

A Yeah. It's better for you, yes.

Q That's all I'm asking. For me, if I'm a grower. Because I'm going to get a bigger chick, I'm going to get a better feed consumption, better feed conversion, am I not?

A You're not going to get a bigger chick. They're all the same size. You're going to get a bigger broiler at the end of the day.

Q Okay.

A On the same number of days.

Q And what did you tell me about the feed conversion, the difference between a male and a

female?
A Feed conversion will be lower for a male than a female.
Q Okay. It's better for me as a grower, is it not?
A Yes. Lower is better in that case.
Q Now, let me ask you some things that I want to make sure you're not saying. Okay?
Are you --
Give me an opinion as to individual tournaments that you have reviewed or an analysis as a whole.
MR. TATUM: Object to the question.
MR. WHITFIELD: That's a bad --
It's a pretty bad question, I agree.
BY MR. WHITFIELD:
Q Your report. Are you basing it upon the spreadsheet that you talked about, the two spreadsheets; correct?
A Yes.
Q And then you did the sampling to assure that, in your mind, the information noted on the spreadsheets were correct?
A Yes.
Q And that's the basis of your report?

A My understanding is that the Cobb 500 and 700
performance is actually pretty close when you
get to --
Q That's not my question. Listen to my question.
A Yeah.
Q My question is, are you telling me that in any
given tournament, during the relevant time
period that you looked at this, that everybody
in the tournament is growing a Cobb 500 bird?
A No, I can't. No. That's not true.
Q It's not true at all, is it?
A Yeah.
Q In fact, there are some that are growing Cobb
500s; there's some that are growing Cobb 700s?
A Yes.
Q And there's some that are growing by-products?
A A few. Very few, yeah.
Q So you've got tournaments where you have three
different types of bird being --
A Yes.
Q -- grown at the same time, and these fellas are
all competing against each other?
A Yep. That one particular tournament.
Q Growing different types of birds?
A Yes.

foot on a competitive NFL football field, he threw a touchdown pass. First play.

Now, can you use that to forecast his performance over time? Is he going to throw a touchdown pass every time? That's why time is so important.

Anytime you're measuring performance, you can't measure it if time is involved at a point in time. You've got to realize that this system is just like it's a tournament. So the question is, are these inputs, that we know are slightly different, evenly and fairly distributed so that everybody at every point -- over time, everybody has the same chance. And what I could find was, yes, they do.

Q It all evens out in the wash, is what you're saying?

A Yes.

Q I've heard that this whole case.

What you're telling me, then, is if I'm a grower, and I'm competing in a tournament during a relevant time period for every tournament, I usually have -- what -- five flocks a year?

A Yeah. Five flocks a year is average.

Q Let's say I have one house and I've got five

flocks a year. If you look at my tournament, then I may be growing half Cobb 500s, half 700s?
A Yeah.
Q Okay. And let's say I get Cobb 700s for a flock and Mark's house has Cobb 500s, and we're in the same tournament. Okay?
A Yeah.
Q But then you're saying, Next week it might flip?
A Next flock.
Q Next flock it might flip.
A Yeah.
Q But it might not; is that fair?
A It did.
Q It did. How do you know it did?
A Because I analyzed the data looking at breeds. In the settlements data, there's hen and rooster breeds in there. I looked at the percentage across all the growers, did an analysis of variance on it, and it appeared that it was purely random. So everybody had an equal chance at access to all those breeds.
Yes. In some cases, they were penalized. And then two flocks later, they made more money.
Q But when I sign the contract with Tyson, do I sign up for the fact that I might be growing

Cobb 500s the same tournament and Mark might be growing Cobb 700s?
You reviewed the contract. Is that what I signed up for?
MR. TATUM: Objection.
BY MR. WHITFIELD:
Q Go ahead. He's making an objection.
MR. TATUM: Objection to form.
BY MR. WHITFIELD:
Q Go ahead.
A That detail is not in there.
Q It's not in there, is it?
A No.
Q It's not disclosed, is it?
A Yeah. No.
Q You think it should be?
MR. TATUM: Objection to form.
A No.
BY MR. WHITFIELD:
Q Okay. All right. So the input you're talking about are the chick and the feed.
What about the fact that I might be getting reclaimed feed and Mark might be getting fresh feed in his flock, and we're competing in the same tournament?

A I looked at the feed conversion results. And if there was reclaimed feed used over time, it didn't seem to affect. If you got reclaimed feed this tournament, you might not get it the next tournament.

Was there any evidence -- I can't find it -- of systematically sending certain growers subpar inputs?

Q In the data that you reviewed, can you tell me one instance where one grower on a flock got reclaimed feed?

A No.

Q So you don't have a clue who got reclaimed feed and who didn't; correct?

A On an individual-flock basis, no.

Q And you can't even tell me, per farm, who got reclaimed feed and who didn't in a given tournament, can you?

A What I saw, no, I can't.

Q Okay. That's all I'm asking.

A Never mind.

Q Now, so in the first, Number 1, of executive summary, you're saying that:

Tyson provides, inputs chicks and feed into the tournament system fairly and evenly over

Individual tournament results are not random but largely dependent on grower performance.

So largely dependent. Is it your testimony that the most important factor in placement in the tournament is grower performance?

A Based upon the information that I saw on performance versus inputs, and I'll also add something called "controls" in there, like days between flocks and the age at which the broilers were harvested, it appeared to me that the individual farm had more to do with it than the inputs, particularly over time.

Q Okay. Is it your opinion that nothing in Tyson's control affects grower performance?

A Might affect it in an individual tournament, but over time, it appeared that things like age of bird, days out -- I did do a days-out analysis. Yeah. Those controls, particularly age, appeared to be randomly distributed.

Q So age and days out are under the control of Tyson?

A Yes.

Q And they may affect an individual tournament?

A Might.

A Then you look at how many pounds of live broiler were delivered to the plant.
Q Okay.
A You divide feed by live broiler pounds, and that gives you feed conversion. So if you have a million pounds of feed delivered and 500,000 pounds of live broiler, your estimated feed conversion is 2 to 1, two pounds of feed for every pound of live broiler.
Q And from that conversion, how do you tell how much reclaimed feed a farmer is getting on any given tournament?
A You don't. There's no information available from Tyson to do that.
Q That's right.
So because you can't tell how much reclaimed feed an individual farmer's getting in any given tournament, then you don't know in any tournament if one guy's getting reclaimed feed and another guy is not, can you?
A No. In any individual tournament. You want to look at it over time.
Q In any individual tournament, you can't tell me that? You don't know?
A That's right. There's no data on it.

BY MR. WHITFIELD:
Q Are you suggesting in your report that the breed of bird doesn't affect performance?
A No.
Q Okay.
A I'm suggesting that, again, this gets back to this core issue of whether or not we're going to judge this tournament on -- system on one tournament --
(Reporter request for clarification.)
A -- or is it results over time that really matter? Like Peyton Manning's first touchdown.
Q Are you telling me, then, in any given tournament -- talking about a tournament, not talking about over time. Okay?
A Yeah.
Q -- that the breed of bird does affect performance?
A It could. I would have to look at other factors that would have affected performance other than just the breed.
Q Okay. There's many things that can affect the performance. I get that. I'm not talking about all that.
A Yeah.

Q Now I'm talking about the breed of the bird. Can the breed of the bird in a given tournament affect performance?
A It could affect performance.
Q Okay. And could the age of the laying hen, in any given tournament, affect performance?
A Possibly, yes.
Q Okay.
A If it was -- yeah.
Q All right. And --
A Wait a minute. Let me get back to something else here though.
You said "the age of the hen."
Q The laying hen.
A Yeah. There's not the age of the hen.
Q Okay.
A Each one of those flocks that was placed had hens of various ages because there may have been ten flocks, ten breeder flocks with ten different sets of hens with different ages. So what matters is the average age.
Q Could the average age of the hen affect performance?
A Yes.
Q Okay. Fair enough.

Q That's one quality issue you looked at?
A Yeah.
Q That's the only one?
A One could look at --
In terms of --
Well, chick quality is a multi-faceted issue.
Q I understand. That's why I asked it.
A How old are the hens in that particular batch? What was the hatchability of that particular batch, is a pretty good indicator of the quality of the chicks. What are the weights of the chicks?
What was --
Were they --
As they come out of the hatchery, were they correctly sorted out? Did you take out all the lame ones? All the ones that didn't look healthy? Did you pitch them or not? That can affect the quality.
Q Are you saying in all those variables you just talked about, the four or five just then, are you saying in every tournament, those were applied consistently and across the board evenly?

A I have no data on that, so I can't say it.
Q Okay. Thank you.
And we learned earlier that the sex of the chicken can affect performance? Not 50-50 and all that but the sex itself.
A Yeah, it will.
Q Okay.
A To some extent, yeah.
Q All right.
Now, let's look at --
When you say, on page 1, paragraph 2:
Tournament system, as it applied by Tyson, rewards growers with incomes in line with their performance.
Then you say:
Individual tournament results are not random but largely dependent on grower performance.
Okay. Are there elements of grower performance that are random?
A There's randomness in all of this data, so yes.
Q And what are they? What are the elements of grower performance that are outside of the grower's control?
A Did he have subclinical disease in his flock?

Q So disease is out --
A Subclinical.
Q Subclinical disease.
A Did he have clinical diseases that resulted in excess death losses?
Subclinical disease doesn't manifest itself as a death loss. It's just subpar performance.
Q What other --
A Oh --
Q What other elements of grower performance are outside of the grower's control?
A Feed. He's furnished the feed. He has to take it as is; right?
Q So the feed is out of his control?
A Yes.
Q What else?
A The chicks. They supply the chicks, so he doesn't control the chicks.
Q So he can't control that?
A Yeah.
Q What else?
A He doesn't control when they are placed and when they're picked up. That's Tyson.
Q Okay. What else? What about veterinary services?

do it every time? No.
Q Okay.
A They are supposed to.
Q The point is, Tyson utilizes a check on the environmental mandates that the growers have to comply with; is that fair?
A That's part of the duty of the technician, yes.
Q Okay. All right. So when you say the grower has control of the climate, they have control of the climate to the extent that Tyson tells them what the climate's going to be?
A Yeah. They're supposed to meet the contract specs, yes.
Q So then the lighting. The lighting also is mandated --
A Yes.
Q -- by Tyson?
A Yeah. So many lumens per square foot, on and off times, yes.
Q The growers have responsibility to comply with the lighting that Tyson mandates?
A Yes.
Q They don't have any discretion as to how they should utilize the lighting.
They do it as Tyson tells them; correct?

A Yes.
Q And the feed --
We've already talked about the feed?
A Yes.
Q But the feeder system that's utilized, Tyson requires certain specifications for the feeder system, does it not?
A Yes.
Q The grower has a responsibility to comply with the feeder system specifications as mandated by Tyson?
A Yes.
Q So they don't have any control or discretion as to that. They do it as Tyson tells them to do it; correct? Or they lose their contract?
A Yes.
Q All right. And the water delivery system?
A Same thing.
Q Same thing.
So there are specifications that Tyson has as to the water delivery system that the growers must comply with, and if they don't, they lose their contract, don't they?
A Potential --
MR. TATUM: Objection --

(Simultaneous discussion interrupted by the reporter.)
MR. WHITFIELD: Read the question back.
(The requested text was read by the reporter.)
Q -- they can lose their contract.
MR. TATUM: Objection. Lack of foundation.
BY MR. WHITFIELD:
Q Is that fair?
A That's potentially true, yeah.
Q Okay. Thank you.
A Let me --
Q Hang on a second. I'm asking questions.
MR. TATUM: You can finish your answer.
A I want to clarify what I meant by control.
Those houses belong to the growers, and yes, it's up to them to meet the specifications. So they do, in fact, have to set that equipment up -- it's their equipment; right? So they have to set it up so that it meets those specifications.
BY MR. WHITFIELD:
Q That's right.
A Yeah.
Q And, in fact, those houses have controls that

A Yes.
Q Okay. And I guess "relevant" variables is the important word because --
A Yep.
Q -- you're saying that there are some variables that you don't need to consider because there is no causative effect?
A Yeah.
Q And all it does is just --
A Yeah.
Q -- muck up your regression model; correct?
A Yeah.
I can include temperature in this regression in Table 3 and probably wouldn't have much of an effect, because the temperature in these houses doesn't vary very much.
Q Is there a difference of opinion upon economists when you're trying to develop a regression model as to what's relevant in a variable that you need versus one that's not?
A It can be, yes.
Q Is there some standard that we can look to, to determine that?
A Standard will be: A, Does it make sense?; B, is the direction of causation one-way or two-way?

Q Okay.
A Is it logical that this would have an effect, and can the independent variable affect the dependent variable.
Q Okay.
A Yeah.
Q But is that -- strike that.
Does that determination of whether or not it's causative vary from economist to economist?
A Yes. Yeah.
Q That's just your practice, I would think? Lawyers have different opinions, legal opinions about things?
A Yeah. Right. Yep.
Q Yeah.
So when we talk about the concept of encompassing, the goal is for any economist to make sure that their regression model utilizes the variables that have a causative effect; right?
A Yes.
Q But what those causative variables are will vary from one economist to the other one?
A Yes.
Q Okay.

A Could, yeah.
Q Could, yeah.
I mean, you may say in any regression model, I need A, B, C, D variable, and somebody else may say, I need A, B, C, D, E, F, G; correct?
You may disagree on what variables have a causative effect --
A Yes.
Q -- when you're trying to determine your regression model?
A Right.
Q Okay.
Now, where was I?
Got it. Okay.
I was at page 13, figure 1. This is your regression plot of average base pay as predicted by three-year performance variables.
In paragraph 2 there, you say:
A minimum of ten grower flocks -- I'm sorry.
A minimum of ten grower flocks was required to obtain meaningful average base-pay results.
Why did you use a minimum of ten flocks to obtain this, as you say, meaningful average base

A Yeah. Average for both the explanatory variables and the average base pay.
Q And you did that because of the randomness?
A I was trying to get a better picture of what was happening over time.
Did these three variables, were they statistically significant? Did they have the right signs? Were they explaining a significant portion of how these guys were doing over time?
And the way to do that is to look at the averages.
Q And not the individual flocks?
A Yeah. Not the individual flocks where you have these random fluctuations that you can't explain because they are just flat random.
And also -- we'll cover that in a minute.
Q Did you use a contract base pay in this regression model?
A No. This is actual base pay adjusted for performance differences.
Q Why did you not include the actual contract base pay?
A I thought you were going to ask that.
Because it's not affected by performance. Contract base pay is five -- whatever the

Okay?
A Mm-hmm.
Q Is it your opinion that feed quality is only an issue in instances where adjusted feed conversion is outside of the 95 percent confidence level?
A Let me qualify my answer by saying that I was looking for outliers that would indicate significant issues of feed conversion.
Q Okay. That's a qualifier.
What's your answer?
A Feed quality will have an effect on broiler performance.
Q Okay. Is it possible that poor quality of feed can cause a grower to perform poorly in a tournament, even if adjusted feed conversion is not outside of the 95 percent confidence level -- interval?
A Yeah. That's possible.
Q All right.
A It depends on your definition of "poorly." How poorly? How much?
Q I get that and that's fair too.
Does randomized feed quality variability eliminate risk to the grower in the tournament?

A Over time it does, but not in a tournament.
Q Explain to me, then, how risk remains in the tournament.
A In any individual tournament, as we've discussed at length --
Q We have.
A -- his placement in that tournament could be affected by a wide variety of issues: management, feed quality, hen breed. You name it. You've already talked about them all.
Q So randomized feed-quality variability is a risk in the system? in the tournament?
A In one particular tournament.
Q But you're saying over time it's not?
A Over time, it appears that everybody had an equal access to good -- better-quality feed or different qualities of feed; I'll put it that way.
Q Same question for chick qualities. Randomized chick-quality variability.
Does that eliminate risk to the grower in a tournament?
A In a particular tournament? No.
Q Same question for randomized age of hens.
Does that eliminate risk to the grower in a

tournament?
A No. Not in a tournament.
Q Are you familiar with any other industry in your work, in your ag work over the years, that punishes the operator of a farm based on the performance of other farmers in the industry?
For example, wheat farmers in Kansas. Do they pay a penalty to other growers when they have a poor yield in crop, for example?
A No.
Q What about corn farmers in Nebraska?
A No.
Q Or cotton farmers in Mississippi?
A No.
Q Or dairy farmers in Wisconsin?
A No.
Q Or green or -- I'm sorry -- green bean farmers in New Jersey?
A Cranberry farmers -- all those. No.
Q So this is the only one that you're familiar with that punishes an operator of a farm based upon performance of his neighbors?
MR. TATUM: Objection to form.
BY MR. WHITFIELD:
Q Is that fair?

A Yes.
Q Okay. Tell me how you did that.
A I looked at the impact of the Tyson controls and inputs on livability, daily weight gain, feed conversion, and condemnations.
Q And what was your conclusion as to that -- as to the factors that Tyson controls and how they affect these three --
A Tyson doesn't control livability; they don't control weight gain; they don't directly control feed conversion; and they certainly don't control farmer-caused condemnations.
These are performance numbers. Okay? So what I did was I looked at, as best I could, with the data I had available, Tyson's inputs and controls impacts on these performance variables, and I found very little relationship over time.
Q Did you consider the variables such as the breed, age of hen, feed ingredients? All those things are available from Agri Stats.
Did you --
A I didn't have any Agri Stats reports.
Q You didn't look at any of the Agri Stats reports?

A I didn't have any, no.
Q All right. But did --
My question to you is, did you include in your model, for grower pay variables, those things controlled by Tyson? Like the breed --
A Yes, I do.
Q -- like the age of the hen --
(Simultaneous discussion interrupted by the reporter.)
Q You're going to have to --
Listen to my question and then answer the question. Okay?
My question to you is, did you include in your model for grower pay variables controlled by Tyson things like breed, age of hen, feed ingredients, one-week mortality -- all that?
Did you consider any of that?
A I did not look at one-week mortality. I looked at livability, which is an indirect indicator of mortality.
Mortality percentages, 1 percent livability is 99 percent, so livability is included in that.
Okay.
The key two words, in paragraph 5, are

different mix, because some of them were in the tournaments early and left; some of them came in late.

So that will affect the importance of breed, but I could not think of a way to include all 123 of the growers with more than 10 flocks without including the ones that were there early but not late and the ones that were there late but not early. And that will affect their distribution of breeds over time, not at any point in time.

So I attribute the breed effects to the fact that the data is pretty dirty.

And some of these guys were using breed 37s; some were using breeds -- other breeds.

And these are the ones that turned out to be significant.

The density variable indicates that density may have had an effect. Other than that, nothing is statistically significant. Density is not something that would be necessarily affected by these growers coming in late or leaving early.

That was pretty constant throughout the period.

generic question; correct?
A Yes.
Q What you did answer, did look at, and what you've talked about all day today is whether or not inputs have been fairly and evenly distributed among these plaintiffs and among these growers in a variety of ways?
A Yes.
Q And you also looked at whether or not that was the case before or after the complaint?
A Yes.
Q Correct?
And you've concluded that, yes, they are receiving things to the same degree everybody else is?
A Materially, that's true. Is it exactly true? No. But it's close enough that you can account for the differences just for the fact that it's 20 or 30 flocks and not 200 flocks.
So, yeah, I saw no evidence that Tyson was attempting to punish anybody or reward anybody.
Because the variability -- the variation was around a mean, and there were no huge outliers, that would suggest that Tyson was trying to help somebody or hurt somebody, based