# Exhibit 35

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| CHARLES MORRIS, MORVATT ENTERPRISES, LLC, WILLIAM RICKARD, SONDRA RICKARD, RICKARD FARMS, LLC, ICU CHICKENS, LLC, WISHBONE POULTRY, DENNIS CLAPP, JOHN PINKSTON, LOI HONG, H & L FARMS, LLC, DOUG BROWN, TIM VINCENT, TLC POULTRY, LLC, POULTRY SPECIALTY SERVICE, LLC, KEITH CRABTREE, CHRISTOPHER BURCH, MIKE MURPHY, MURPHY FARMS, LLC, and CALVIN LEISURE,<br><br>Plaintiffs, | ) | |
| | ) | Case No. 4:15-cv-00077 |
| v. | ) | |
| | ) | Judge: Honorable Joseph H. McKinley |
| TYSON CHICKEN, INC., *et al.*,<br><br>Defendants. | ) | |

**TYSON CHICKEN, INC.'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Tyson Chicken, Inc. ("Tyson") submits the following First Supplemental Objections and Responses to Plaintiffs' First Requests for Production of Documents to Defendants:

**REQUEST NO. 1:** All documents provided to Plaintiffs regarding their work as growers for Defendants.

**RESPONSE:** As Tyson understands this request, responsive documents will be produced. Tyson otherwise objects to the phrase "regarding their work as growers" as inherently vague and overbroad, such that a clear targeted search can be conducted.

**RESPONSE:** Tyson objects to this request as not reasonably calculated to lead to admissible evidence, overbroad and unduly burdensome in that it could conceivably involve limitless searches and documents unrelated to the issues, without limit in scope, area, or time, and is not related to the Plaintiffs at issue in this case. It further invades the privacy of non-parties.

**SUPPLEMENTAL RESPONSE:** Subject to its objections, Tyson will not produce documents responsive to this Request.

**REQUEST NO. 49:** All documents relating to the money earned from the sale of chicken and related products processed at Tyson's Robards facility, including, but not limited to: contracts, records relating to the sale price of the chicken or related products, and records relating to Tyson Chicken, Inc.'s profit from the sale of the chicken or related products.

**RESPONSE:** Tyson objects that this Request is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. The money earned from the sale of chicken and other products processed at the Robards facility is unrelated to Plaintiffs' claims. In addition, Tyson objects that this Request seeks confidential and proprietary information and overbroad, in that it requests each and every document remotely relating to Tyson's sensitive financial data.

**SUPPLEMENTAL RESPONSE:** Subject to its objections, Tyson will not produce documents responsive to this Request.

**REQUEST NO. 50:** All documents relating to the market price of chicken, including, but not limited to: studies, presentations, memos, correspondence, and databases.

**RESPONSE:** Tyson objects that this Request is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. The money earned from the sale of chicken and other products processed at the Robards facility is unrelated to Plaintiffs' claims. In addition, Tyson objects that this Request seeks confidential and proprietary information, and is overbroad, in that it requests each and every document remotely relating to Tyson's sensitive financial data.

**SUPPLEMENTAL RESPONSE:** Subject to its objections, Tyson will not produce documents responsive to this Request.

**REQUEST NO. 51:** All documents relating to how growers' conduct impacts their payment under the tournament system, including, but not limited to: studies, presentations, and correspondence.

**RESPONSE:** Responsive documents relating to Plaintiffs will be produced from which this data may be derived. Tyson otherwise objects to the phrase "all documents relating to" as not reasonably calculated to lead to admissible evidence, overbroad and unduly burdensome in that it could conceivably involve countless searches and documents unrelated to the issues, without limit in scope, area, or time, or the Plaintiffs in this case.

**SUPPLEMENTAL RESPONSE:** Tyson refers Plaintiffs to the documents produced in this case, including but not limited to the documents Bates-labeled TYSON_116385-117064.