# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| CHARLES MORRIS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 4:15-cv-77-m |
| | ) | |
| v. | ) | |
| | ) | Judge: Honorable Joseph H. McKinley |
| TYSON CHICKEN, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF CHARLES MORRIS**

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. My name is Charles Morris and I reside in Henderson, Henderson County, Kentucky. I am the sole member of Morvatt Enterprises, LLC ("Morvatt"). Morvatt is a Kentucky limited liability company with its principal place of business in Sebree, Webster County, Kentucky.

2. Morvatt has entered into numerous poultry growing arrangement with Tyson Chicken, Inc., ("Tyson") to grow broiler chickens in Kentucky.

3. On or about the beginning of 2008, Tyson employees met with me and showed me a Tyson document that stated various income projection data and included a section showing "days out" (time between flocks) would be 10 to 14 days in the summer months (May 1st through September 30th), and would be 14 to 21 days in the winter months (October 1st through April 30th).

4. I requested that Tyson give me a copy of this document so that I could keep it for my records. Tyson employee, Michael Sheets, Complex Manager, told me that Tyson would not give this written document to any grower. They would only show it to them.

5. Upon my instructions, last year my accountant requested a Tyson employee in the accounting department, Amber Hartley, to provide us with a copy of this document but again Tyson refused.

6. My accountant was advised by Amber Hartley that Tyson had the document but could not give it to us.

7. I later checked with my lending institution to obtain a copy but was informed that they

did not have such a document.

8. I declare under Penalty of perjury that the foregoing statement is true and correct.

Executed this 10th day of July, 2020 in Madisonville, Kentucky.

Charles Morris

STATE OF KENTUCKY )
) SS
COUNTY OF HOPKINS )

The foregoing instrument was subscribed and sworn before me this the 10th day of July, 2020, by Charles Morris to be his free act in due form of law.

Amy L Fox
Notary Public
State of Kentucky at Large
Notary No. 590148
My Commission Expires: 11/16/21