# Exhibit 1

# ESI Search Terms

(Morvatt OR Honeysuckle OR "Gravel Pit" OR "BD Luck" OR "hwy 56 N. 2" OR "hwy 56 S. 1" OR "hwy 56 #1" OR "hwy 56 N #2" OR (Morris w/1 charles)) OR ((Rickard w/1 (Morgan OR william OR sondra)) OR "rickard farms" OR ICU OR Wishbone OR "Branch Poultry" OR SMR) OR ((Clapp w/1 Dennis) OR "Hilltop Poultry") OR Pinkston OR (Hong OR "H&L" OR "H & L" OR Loi) OR (doug w/1 brown) OR ((vincent w/1 tim*) OR TLC OR "Poultry Specialty") OR (Crabtree OR "K&C" OR "K & C") OR ((burch w/1 Christopher) OR "burch poultry") OR (Murphy w/1 mike) OR "murphy farms" OR "murphy #1" OR "murphy #2" OR (Leisure w/1 Calvin) OR (Pilgrim's OR Pilgrims OR Perdue OR Koch OR Sanderson OR Foster OR Mountaire OR "Wayne Farms" OR George's OR Georges OR Peco) OR (Vowels OR Woosley Or Baity OR Patterson OR Dirkson Or Edwards) OR (Contract OR "amend contract" OR "edit contract" OR "alter contract" OR "modify contract" OR "extend contract" OR "renew contract" OR "terminate contract" OR "deny contract" OR "denied contract" OR breach OR default OR "notice of default" OR "breach of contract" OR "breached contract" OR recruit OR "recruitment strategy" OR "new grower" OR "new farmer" OR producer OR "independent contractor" OR compensation OR "premium compensation requirement" OR "minimum housing specifications" OR "minimum housing requirements" OR "premium compensation requirements" OR "pound premium pay" OR "premium housing" OR "non-premium housing" OR "premium specifications" OR "intensified management status" OR IMS OR "high 40" OR "high 40s" OR "high 40's" OR "performance improvement program" OR "live production staff") OR ("Projected income" OR "expected income" OR "financial return" OR expectation OR expectations) OR (Tournament OR ranking OR adjustment OR exception OR "flock average" OR "five flock average" OR "base pay" OR change OR exclude OR compete OR "out time" OR "down time" OR "delay placement" OR "transfer placement" OR "transfer chicks" OR "move placement" OR "age of chicken" OR "grower conduct" OR "grower input" OR "grower affect" OR "grower can do" OR "grower impact" OR "chicks placed" OR "number placed" OR "number of chicks" OR "chicks per house" OR "chicks delivered" OR "target weight" OR "target-weight" OR "time of delivery" OR "time on farm" OR "pick up" OR "pick-up") OR (House* OR housing OR equipment OR facility OR farm OR requirement OR specifications OR upgrades OR update OR "impact of farm" OR "impact of equipment" OR "housing requirement") OR (Quality OR merchantability OR "chick quality" OR breed OR processible OR "type of chick" OR "chick type" OR "type of broiler" OR parent OR "parent cross" OR "parent impact" OR "quality impact" OR "impact payment" OR "bad chicks" OR "bad chickens" OR "issues with chicks" OR "issues with" OR "problems with" OR "sick chicks" OR "sick chickens" OR disease OR sickness OR hatchery OR hatcheries OR hen OR "laying hen" OR disease OR "diseased chicks" OR "diseased chickens" OR "transmit disease" OR biosecurity OR biosecure OR disease-free OR "disease-free environment" OR "disease free environment" OR "carry disease" OR cholera OR mycoplasmas OR tuberculosis OR leucosis OR septicemia OR airsacculitis OR tumors OR synovitis OR toxemia OR "inflammatory process" OR ascites OR "kinky back" OR medicine OR "medical care" OR antibiotics OR ABX OR "antibiotic free" OR "no antibiotics" OR "antibiotic affect" OR "antibiotic effect" OR "effect of antibiotics" OR "affects of antibiotics" OR "antibiotic affected" OR "change in antibiotics" OR "change antibiotic" OR vaccine OR vaccination OR "no medication" OR medication OR medicator OR veterinarian OR vet OR "veterinary services" OR 500 OR 700) OR (Feed OR "feed value" OR "total value" OR "individual net pound value" OR "average net pound value" OR "adjusted average net pound value" OR "net pound" OR formula OR refurbished OR reclaimed OR "bad feed" OR "feed causing" OR "feed delivery" OR "feed bin" OR "timing of feed" OR "out of feed" OR empty OR "close to empty" OR "feed impact" OR "formula impact" OR "feed quality" OR "feed type"

OR "feed impact" OR "impact if out" OR "affect if out" OR "feed outage affected" OR "feed outage effected") OR (Advise OR advice OR "technical advice" OR tech OR technician OR recommendation OR recommendations OR complaint OR complaints OR investigation OR investigations OR problem OR issue OR "animal management practices" OR "best effort" OR lighting OR brooder OR brooding OR "brood chamber" OR water OR watering OR ventilation OR vent OR CFM OR bedding OR litter OR curtain OR "Wind rowing" OR "static pressure" OR "tunnel ventilation" OR "cooling system" OR fogger OR fogging OR "vent boxes" OR light OR lighting OR "light timer" OR computers OR controllers OR "static pressure" OR "wind speed" OR "emergency" OR fan OR fans OR "stir fan" OR "stir fans" OR alarm OR "alarm system" OR "temperature alarm" OR feeder OR "feeder system" OR "feeder lid" OR "pan type feeder" OR "pan-type feeder" OR "drink system" OR roads OR water OR "water supply" OR "water meter" OR "holding tanks" OR "drinker line") OR (Delay OR delaying OR delivery OR withhold OR suspend OR stall OR "hold out" OR placement) OR (Weigh OR "scale weight" OR "live scales" OR "net pound" OR "chick value" OR "farm weight" OR "remove weight" OR "decrease weight" OR "alter weight" OR weight OR scale OR scales OR "scale ticket" OR catch OR "catch crew" OR "catching equipment" OR "time on truck") OR (Condemn OR condemnation OR USDA OR "condemn good" OR "sale condemn" OR "sell condemn" OR "condemn process" OR "reason for condemn" OR "farm condemn" OR "farm condemnation" OR "farm caused condemn" OR "farm-caused condemn" OR "plant condemn" OR "plant condemnation" OR "condemn at plant" OR "condemnation at plant" OR "condemn effects" OR "condemnation effects" OR "condemn affects" OR "condemnation affects" OR "effects of condemn" OR "effects of condemnation" OR "affects of condemn" OR "affects of condemnation" OR "head condemned" OR mortality) OR (Cull OR culling OR "first week" OR "end of flock" OR "no culling" OR "do not cull" OR "don't cull" OR "culling specifications" OR "culling impact" OR "impact of culling" OR "effect of culling" OR "effects culling" OR "culling effects" OR "cull because") OR (Audit OR investigation OR contractor) OR (Agristat OR "Agri stats" OR Agrimetrics OR performance) OR (Price OR "sale price" OR sell OR "sale of chickens" OR "sale of broiler" OR "market price") OR ("River Valley Animal Foods" OR "dog food plant") OR ((Federal OR state OR local) w/3 (statute OR rule OR regulation OR ordinance)) OR (environmental OR "poultry litter management") OR ("Kentucky Contract Poultry Growers Association" OR KCPGA OR "Kentucky Chicken Council" OR KCC OR "National Chicken Council" OR NCC OR "Poultry Science Association" OR PSA OR "Grain Inspection, Packers and Stockyards Administration" OR GIPSA OR "Packers & Stockyards Act" OR P&SA OR "Food Safety Inspection Service" OR FSIS OR "Occupational Safety and Health Administration" OR OSHA OR "Animal Plant Health Inspection Service" OR APHIS OR "Kentucky Board of Animal Health" OR KBAH OR "Animal Welfare Act" OR AWA) OR ((diagnostic OR "heat tolerance" OR "immune system deficiencies" OR "diseases in pullet" OR cholera OR dermatitis OR "gangrenous dermatitis" OR dyschondroplasia OR spondylolisthesis OR mycoplasmas OR tuberculosis OR leucosis OR septicemia OR airsacculitis OR ascites OR "inflammatory process") AND ("breeder flocks" OR "broiler flocks")) OR (("excess mortality in pullet" OR "pullet mortality") AND ("breeder flocks" OR "broiler flocks")) OR ("required euthanasia in pullet" AND ("breeder flocks" OR "broiler flocks")) OR ("vaccination problems in pullet" AND ("breeder flocks" OR "broiler flocks")) OR ("medication problems in pullet" AND ("breeder flocks" OR "broiler flocks")) OR (aflatoxin OR mold OR necropsy OR post) OR (grower OR pay OR charge OR cross OR ticket OR transmission) OR (egg OR study OR presentation OR calibrate OR distance OR miles OR design)