# Exhibit 2

# Discovery Correspondence

WB &M WHITFIELD BRYSON & MASON LLP
ATTORNEYS AT LAW

John C. Whitfield
Daniel K. Bryson
Gary E. Mason
Scott C. Harris
Matthew E. Lee
Caroline Ramsey Taylor
Natasha C. Camenisch
Jeremy R. Williams

Ben Branda
Patrick M. Wallace
Jennifer S. Goldstein
Danielle L. Perry
J. Hunter Bryson
Charles A. Schneider
Martha B. Schneider
Roger N. Braden

State Bar Admissions:
KY • DC > NC • FL ▫ TN ◇
NY ^ MD = IL = MO ■ CA ˙
Of Counsel ~

19 North Main Street
Madisonville, Kentucky 42431
Office: 270.821.0656
Fax: 270.825.1163
www.wbmllp.com

SENT VIA EMAIL

March 24, 2017

Mark Tatum
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

RE: Charles Morris, et al. vs. Tyson Chicken, Inc., et al.
ESI Custodians and Search Terms

Mark,

I am writing to follow up on the proposed ESI search and culling protocol you sent to Plaintiffs on Monday, March 20, 2017 and which we discussed during our telephonic Meet & Confer on Wednesday, March 22, 2017. As a preliminary matter, our understanding is that this proposed initial search and culling protocol applies to two information sources. Those information sources contain Tyson's enterprise level electronic mail messages from two different periods. Since approximately 2015 through the present, Tyson has been using Microsoft Office 365 for its electronic mail messaging platform. Legacy electronic mail messages prior to that time have been archived into a Symantec Enterprise Vault™ platform.

During our telephonic Meet & Confer, Plaintiffs expressed their profound concern over the methodology that Tyson intends to employ to select the information it will collect from these information sources, especially the Symantec Enterprise Vault™. You indicated that the first criteria for collection will be by identifying those individual custodians likely to possess responsive ESI in their electronic mail message accounts. As a process, Plaintiffs find this a reasonable first step.

However, prior to even collecting the custodian-identified ESI out of these information sources for further review, Tyson intends to apply *search terms* as an additional culling criteria. This will result in an unknown amount of ESI from these custodians being left behind inside these information sources without ever being reviewed and evaluated for relevancy or responsiveness. You indicated that the Symantec Enterprise Vault™ platform has only limited search functionality using basic Boolean search terms (Discovery Accelerator™).

Due to the well documented shortcomings of using simple search term criteria as an information retrieval methodology, and the inherent limitations of the Discovery Accelerator™ platform, we believe it would be more prudent for all of these custodians' ESI to be exported to an external document review platform for further culling and volume reduction. In this way,



MADISONVILLE, KENTUCKY • NASHVILLE, TENNESSEE • RALEIGH, NORTH CAROLINA • WASHINGTON, D.C.

more accurate and sophisticated culling criteria can be applied. Moreover, the accuracy of the culling methodology can be refined and validated by statistical sampling prior to culling down the data set for further review.

You indicated Tyson would not undertake this approach because of perceived cost considerations. Plaintiffs do not find cost to be a compelling justification for Tyson's proposed search methodology because the culling of data would still be accomplished, albeit using a different, more accurate document review platform with more sophisticated features. Any given custodian's data would only be required to be processed once as opposed to being redundantly exported out of the Symantec Enterprise Vault™ platform and re-processed on numerous successive occasions if search terms need to be revised. Plaintiffs requested that the potential data volumes involved be disclosed so that actual cost considerations could be assessed, although no such specific information has been provided to date.

Since Tyson remains committed to a "search terms applied inside of Enterprise Vault" methodology, the initial search terms should be crafted expansively so as not to leave large volumes of responsive information behind and un-reviewed. Plaintiffs have considered Tyson's proposed list of custodians and search terms you provided on Monday, March 20, 2017. In response to Plaintiffs' assessment that the custodians and search terms were grossly under-inclusive, Tyson represented that it was simply "a starting point" so that the review process could begin and the results of the initial search terms could be assessed. Tyson represented that the custodian list and search terms can be expanded later.

Plaintiffs stated that at a minimum, even this initial starting point should include search terms likely to retrieve subject matters identified in Plaintiffs' previous discovery requests. Attached to this correspondence is a list of custodians and search terms, which should be considered a starting point, with the following caveats:

Plaintiffs' attached list of additional custodians in no way relieves Tyson of its legal obligations to ensure that all appropriate custodians are identified and considered.

Additionally, Plaintiffs cannot know every way in which Tyson employees used language to discuss the subject matter of Plaintiffs' outstanding discovery requests. Only Tyson can ensure – by conducting a diligent assessment – that all of the appropriate conceptual synonyms are added to the proposed list of search terms. Failure to develop such additional terms will introduce predictable shortcomings that will cause any subsequent production to be flawed and inadequate.

Fifteen months have passed since the service of Plaintiffs' Requests for Production to Tyson and the parties are but five months away from the discovery cut-off date. To date, nothing about Tyson's discovery production has given Plaintiffs reassurance that appropriate steps have been taken by Tyson to meet its discovery obligations in a timely way. Tyson's approach to evaluating these two information sources reinforces that assessment.

By providing this collaborative feedback as to initial custodians and search terms, Plaintiffs are not waiving any right to challenge the adequacy and completeness of Tyson's eventual document production, nor is Tyson relieved of its own professional and ethical obligations to prepare good faith discovery responses. We trust you will ensure that the initial

responsive information from these sources is promptly conveyed to Plaintiffs and any further delays in outstanding production are addressed.

Sincerely,

John C. Whitfield

CC: Marc Wells
Arlen Tanner

Morris, *et al.* v. Tyson Chicken, Inc., *et al.*

Proposed email searches, O365 and the Symantec Enterprise Vault

A. Date range: 4/27/10 to present

B. Email custodians:

1. David Dickey
2. James Gottsponer
3. David Mears
4. Craig Copley
5. Steve Key
6. Allen Chambers
7. Kenny Bartley
8. Allen Wise
9. Kevin Terrance
10. Shanna Fancher
11. Morris Heel
12. Dr. McCarter (vet)
13. Mike Brown
14. James "Jim Bob" Baldwin
15. Joe Bruce
16. Cecelia Hanner
17. Mike Bonner
18. Rebecca Bryant
19. Neil Barfield
20. Jared Shelton
21. James Catlin
22. Eric Brown
23. Jennifer Parks
24. Bo McGuire
25. Bryan Smith
26. Bryan Thomas
27. Ben Grant
28. Amber Hartley
29. Ruben Bruce
30. Wayne Hendrix
31. Joe Duckworth
32. John Snell
33. Regina Copping

C. Search terms, with all conceptual synonyms and expanding Boolean terms as appropriate (*) or (!). All terms listed to be read with "OR" in between unless otherwise specified:

1. Morvatt OR Honeysuckle OR "Gravel Pit" OR "BD Luck" or "Highway 56 North" OR Charles OR Morris
2. Rickard OR Morgan OR Sondra OR ICU OR Wishbone OR Branch OR SMR
3. Clapp OR Dennis OR "Hilltop Poultry"
4. Pinkston OR John
5. Hong OR "H&L" OR "H & L" OR Loi
6. Doug OR Brown
7. Vincent OR Tim OR Timothy OR TLC OR "Poultry Specialty"
8. Crabtree OR "K&C" or "K & C" or Keith
9. Burch OR Chris OR Christopher
10. Murphy OR Mike OR Tonya
11. Leisure OR Calvin
12. Pilgrim's OR Pilgrims OR Perdue OR Koch OR Sanderson OR Foster OR Mountaire OR "Wayne Farms" OR George's OR Georges OR Peco
13. Vowels OR Woosley Or Baity OR Patterson OR Dirkson Or Edwards
14. Contract OR "amend contract" OR "edit contract" OR "alter contract" OR "modify contract" OR "extend contract" OR "renew contract" OR "terminate contract" OR "deny contract" OR "denied contract" OR breach OR default OR "notice of default" OR "breach of contract" OR "breached contract" OR recruit OR "recruitment strategy" OR "new grower" OR "new farmer" OR producer OR "independent contractor" OR organization OR association OR compensation OR "premium compensation requirement" OR "minimum housing specifications" OR "minimum housing requirements" OR "premium compensation requirements" OR "pound premium pay" OR "premium housing" OR "non-premium housing" OR "premium specifications" OR "intensified management status" OR IMS OR "high 40" OR "high 40s" OR "high 40's" OR "performance improvement program" OR "live production staff"
15. "Projected income" OR "expected income" OR "financial return" OR "expectation" OR expectations OR profit OR profitability OR "expected costs" OR "projected costs" OR lender OR bank OR banker
16. Tournament OR ranking OR adjustment OR exception OR "flock average" OR five flock average" OR "base pay" OR change OR exclude OR compete OR "out time" OR "down time" OR "delay placement" OR "transfer placement" OR "transfer chicks" OR "move placement" OR "age of chicken" OR "grower conduct" OR "grower input" OR "grower affect" OR "grower can do" OR "grower impact" OR "chicks placed" OR "number placed" OR "number of chicks" OR "chicks per house" OR "chicks delivered" OR "target weight" OR "target-weight" OR "time of delivery" OR "time on farm" OR "pick up" or "pick-up"
17. House/housing/houses OR equipment OR facility OR farm OR requirement OR specifications OR upgrades OR update OR "impact of farm" OR "impact of equipment" OR "housing requirement"
18. Quality OR merchantability OR "chick quality" OR breed OR processible OR "type of chick" OR "chick type" OR "type of broiler" OR parent OR "parent

cross" OR "parent impact" OR "quality impact" OR "impact payment" OR "bad chicks" OR "bad chickens" OR "issues with chicks" OR "issues with" OR "problems with" OR "sick chicks" OR "sick chickens" OR disease OR sickness OR hatchery OR hatcheries OR hen OR "laying hen" OR disease OR "diseased chicks" OR "diseased chickens" OR "transmit disease" OR biosecurity OR biosecure OR disease-free OR "disease-free environment" OR "disease free environment" OR "carry disease" OR cholera OR mycoplasmas OR tuberculosis OR leucosis OR septicemia OR airsacculitis OR tumors OR synovitis OR toxemia OR inflammatory process OR ascites OR "kinky back" OR medicine OR medical care OR antibiotics OR ABX OR "antibiotic free" OR "no antibiotics" OR "antibiotic affect" OR "antibiotic effect" OR "effect of antibiotics" OR "affects of antibiotics" OR "antibiotic affected" OR "change in antibiotics" OR change antibiotic" OR vaccine OR vaccination OR "no medication" OR medication OR medicator OR veterinarian OR vet OR "veterinary services" OR 500 OR 700 *(or any other breed number of bird raised at Robards since 2010)*

19. Feed OR "feed value" OR "total value" OR "individual net pound value" OR "average net pound value" OR "adjusted average net pound value" OR "net pound" OR formula OR refurbished OR reclaimed OR "bad feed" OR "feed causing" OR "feed delivery" OR "feed bin" OR "timing of feed" OR "out of feed" OR empty OR "close to empty" OR "feed impact" OR "formula impact" OR "feed quality" OR "feed type" OR "feed impact" OR "impact if out" OR "affect if out" OR "feed outage affected" OR "feed outage effected"
20. Advise OR advice OR "technical advice" OR tech OR technician OR recommendation OR recommendations OR complaint OR complaints OR investigation OR investigations OR problem OR issue OR "animal management practices" OR "best effort" OR lighting OR brooder OR brooding OR "brood chamber" OR water OR watering OR ventilation OR vent OR CFM OR bedding OR litter OR curtain OR "wind rowing" OR "static pressure" OR "tunnel ventilation" OR "cooling system" OR fogger OR fogging OR "vent boxes" OR light OR lighting OR light timer OR computers OR controllers OR "static pressure" OR "wind speed" OR "emergency" OR fan OR fans OR "stir fan" OR "stir fans" OR alarm OR "alarm system" OR "temperature alarm" OR "feeder" OR "feeder system" OR "feeder lid" OR "pan type feeder" OR "pan-type feeder" OR "drink system" OR "roads" OR water OR "water supply" OR "water meter" OR "holding tanks" OR "drinker line"
21. Delay OR delaying OR delivery OR withhold OR suspend OR stall OR "hold out" or placement
22. Weigh OR "scale weight" OR "live scales" OR "net pound" OR "chick value" OR "farm weight" OR "remove weight" OR "decrease weight" OR "alter weight" OR weight OR scale OR scales OR "scale ticket" OR catch OR "catch crew" OR "catching equipment" OR "time on truck"
23. Condemn OR condemnation OR USDA OR "condemn good" OR "sale condemn" OR "sell condemn" OR "condemn process" OR "reason for condemn" OR "farm condemn" OR "farm condemnation" OR "farm caused condemn" OR "farm-caused condemn" OR "plant condemn" OR "plant condemnation" OR "condemn at plant" OR "condemnation at plant" OR "condemn effects" OR "condemnation

effects" OR "condemn affects" OR "condemnation affects" OR "effects of condemn" OR "effects of condemnation" OR "affects of condemn" OR "affects of condemnation" OR "head condemned" OR mortality

24. Cull OR culling OR "first week" OR "end of flock" OR "no culling" OR "do not cull" OR "don't cull" OR "culling specifications" OR "culling impact" OR "impact of culling" OR "effect of culling" OR "effects culling" OR "culling effects" OR "cull because"
25. Audit OR investigation OR contractor
26. Agristat OR "Agri stats" OR "report to Agristat" OR "report to Agristat" OR Agrimetrics OR performance OR "Robards complex" OR "Robards facility"
27. Price OR "sale price" OR sell OR "sale of chickens" OR "sale of broiler" OR "market price"
28. "River Valley Animal Foods" OR "dog food plant"
29. Federal OR state OR local OR statute OR rule OR regulation OR ordinance OR environmental OR "poultry litter management"
30. All variations of the following terms or abbreviations:
    Kentucky Contract Poultry Growers Association -KCPGA
    Kentucky Chicken Council-KCC
    National Chicken Council-NCC
    Poultry Science Association-PSA
    Grain Inspection, Packers and Stockyards Administration-GIPSA
    Packers & Stockyards Act-P&SA
    Food Safety Inspection Service-FSIS
    Occupational Safety and Health Administration-OSHA
    Animal Plant Health Inspection Service-APHIS
    Kentucky Board of Animal Health-KBAH
    Animal Welfare Act-AWA
31. ("diagnostic" OR "heat tolerance" OR "immune system deficiencies" OR "diseases in pullet" OR "cholera" OR "dermatitis" OR "gangrenous dermatitis" OR "dyschondroplasia" OR "spondylolisthesis" OR "mycoplasmas" OR "tuberculosis" OR "leucosis" OR "septicemia" OR "airsacculitis" OR "ascites" OR "inflammatory process") AND ("breeder flocks" OR "broiler flocks")
32. ("excess mortality in pullet" OR "pullet mortality") AND ("breeder flocks" OR "broiler flocks")
33. required euthanasia in pullet AND ("breeder flocks" OR "broiler flocks")
34. vaccination problems in pullet AND ("breeder flocks" OR "broiler flocks")
35. medication problems in pullet AND ("breeder flocks" OR "broiler flocks")
36. "aflatoxin" OR "mold" OR "necropsy" OR "post"
37. "grower" OR "pay" OR "charge" OR "cross" OR "ticket" OR "transmission"
38. "egg" OR "study" OR "presentation" OR "calibrate" OR "distance" OR "miles" OR "design"

SHOOK HARDY & BACON

October 4, 2017

Mark C. Tatum

2555 Grand Blvd.
Kansas City
Missouri 64108
t 816.474.6550
d 816.559.2383
f 816.421.5547
mtatum@shb.com

**Via Electronic Mail**

John Whitfield, Esq.
Whitfield Bryson & Mason, LLP
19 North Main Street
Madisonville, Kentucky 42431
john@wbmllp.com

**Re:** ***Charles Morris, et al. v. Tyson Chicken, Inc., et al.***

Dear John:

This relates to our ongoing work on email recovery per Plaintiffs' requests and our prior exchanges in that regard. We'd like to set a call with your team to discuss search and retrieval efforts once you've had a chance to review.

As was discussed before, Tyson agreed at Plaintiffs' request and per its arguments to the Court to retrieve emails from 33 potential custodians identified by Plaintiffs, in whole, for the time period April 27, 2010 to the present, and transport that into a hosting site for potential search/retrieval efforts through Relativity. We initially estimated the volume from this exercise to be about 181 gb.

We have completed the download of the information to a hosting site and de-duplicated it. The initial volume was far greater than initially estimated, at about 1.25 tb. After investigation, it was discovered that our initial estimates did not account for emails that were not visible to the user (i.e., were deleted on their interface but still existed in the system).

After de-duplication, we are at about 593 gb of email, totaling about 1,886,817 documents, from 31 of the 33 custodians (two of them did not have email—James Baldwin and Mike Brown, who we understand to be truck drivers).

Given the volume, we have run a few searches in an effort to further reduce the volume into a manageable and relevant segment for searching. First, we targeted potential privilege through domain and header/footer indicators, which hit about 29,205 documents. Second, the esi protocol does not require us to re-produce from the documents already produced.

When searching generically for a given Plaintiff's name, we are finding voluminous hits because of common documents already produced, for example, Settlement Statements.

At this time, we believe we have developed a few search profiles that will retrieve a reasonable scope of potentially relevant email relating to your requests.

First, as to documents relating to Plaintiffs and performance against others, etc., which has resulted in 8,000 hits:

> ((grower w/3 compar*) OR tournament OR tourney OR ranking OR adjustment OR exception OR "flock average" OR "five flock average" OR "base pay" OR compete) AND ((Morvatt OR Honeysuckle OR "Gravel Pit" OR "BD Luck" OR "hwy 56 N. 2" OR "hwy 56 S. 1" OR "hwy 56 #1" OR "hwy 56 N #2" OR (Morris w/1 charles)) OR ((Rickard w/1 (Morgan OR william OR sondra)) OR "rickard farms" OR ICU OR Wishbone OR "Branch Poultry" OR SMR) OR ((Clapp w/1 Dennis) OR "Hilltop Poultry") OR Pinkston OR (Hong OR "H&L" OR "H & L" OR Loi) OR (doug w/1 brown) OR ((vincent w/1 tim*) OR TLC OR "Poultry Specialty") OR (Crabtree OR "K&C" OR "K & C") OR ((burch w/1 Christopher) OR "burch poultry") OR (Murphy w/1 mike) OR "murphy farms" OR "murphy #1" OR "murphy #2" OR (Leisure w/1 Calvin)), without the potential privilege hits and removing many of the obvious spam/mass email domains.

Our initial review of this search shows it will hit and retrieve comparison data, including performance, housing information, technical data, and a variety of other information that may be responsive.

Second, as to documents about bank communications relating to Plaintiffs, which has about 415 hits:

(same as above as to Plaintiff's names) AND (bank* or lender or "grower loans").

Third, as to documents about housing size, age, square footage, etc., which produces about 292 hits:

(same as above as to Plaintiff's names) AND (footage OR (housing w/5 (size OR capacity))).

SHOOK
HARDY & BACON



Fourth, as to documents concerning technical data, documentation or inspection reports (with the caveat that inspection reports for Plaintiffs have already been produced), which results in about 1,142 hits:

Grower* w/20 ("inspection reports" OR "tech data" OR documentation).

Per the esi protocol, we are to consult before proceeding towards a review/production platform.

We do note that you recently raised a request to run a search based on the original search terms Plaintiffs long-ago provided. As you'll recall, we raised in our meet and confer our concerns that the terms provided by Plaintiff were overbroad, unduly burdensome, and lacked specificity (the lack of specificity is present in every single separate number. In that meeting, Mr. Roberts indicated he had not had a hand in reviewing the terms, acknowledged that they were on their face too broad and generic, and suggested new terms would be provided. We have never received any. In any event, we went ahead and ran a search based on those terms and it hits on 1,520,943 documents—a clearly overbroad and disproportionate number to retrieve and review.

Let us know if we can schedule a call to discuss the above issues and other outstanding discovery issues.

Sincerely,

Mark C. Tatum

Mark C. Tatum, Esq.

/Ns

cc: Arlen Tanner, Esq.
Ashley Harrison, Esq.