# Exhibit 3

# Robards Complex AgriStats

# December 2014

December Product Details Sales.pdf - Adobe Acrobat Pro DC

File Edit View Window Help

Home Tools December Product ...

84 / 544 127% Share

Bookmarks


IMPACT OF SALES
P1.1 - 0063 ECONO IMPACT OF SALES
P1.1 - 0065 ECONO IMPACT OF SALES
P1.1 - 0068 ECONO IMPACT OF SALES
P1.1 - 0070 ECONO IMPACT OF SALES
P1.1 - 0074 ECONO IMPACT OF SALES
P1.1 - 0087 ECONO IMPACT OF SALES
P1.1 - 0088 ECONO IMPACT OF SALES
P1.1 - 0092 ECONO IMPACT OF SALES
P1.1 - 0094 ECONO IMPACT OF SALES
P1.1 - 0095 ECONO IMPACT OF SALES
P1.1 - 0120 ECONO IMPACT OF SALES
P1.1 - 0125 ECONO IMPACT OF SALES
P1.1 - 0135 ECONO IMPACT OF SALES
P1.1 - 0150 ECONO IMPACT OF SALES
P1.1 - 0197 ECONO IMPACT OF SALES
P1.1 - 0222 ECONO IMPACT OF SALES
P1.1 - 0295 ECONO IMPACT OF SALES


Jan 15, 2015 - 09:00 ECONOMIC IMPACT OF SALES FOR COMPANY/COMPLEX Page: P1.1-1

Weeks: 49/14 - 52/14 Ending: 12/06/14 - 12/27/14 0197 - TYSON - ROBARDS, KY Period: Month 12/14

| | (a) | (b) | (c) | (c.1) | (c.2) | (c.3) | (d) | (d.1) | (d.2) | (e) VARIANCE TO NAT'L | (e.1) | (e.2) | (f) ECONOMIC IMPACT DOLLARS | (f.1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LINE | PRODUCT CODE | AGRI STATS/COMPANY PRODUCT DESCRITION | COMPANY POUNDS | COMPANY MIX % | NATIONAL POUNDS | NATIONAL % MIX | COMPANY NET PRICE | NAT'L NET PRICE | NAT'L TOP 25% | NAT'L RANK | NAT'L VAR | TOP 25 VAR | VAR NAT'L | VAR TOP 25 |
| 1 | 432VAD 00900A420 | BB W/O SKN, V ADD, SPEC, LW, P A/LR, IQF | 1,421,947 | 9.22 | 6,539,374 | 0.27 | 168.99 | 194.70 | 217.60 | 5-5 | -25.71 | -48.61 | -365,606 | -691,215 |
| 2 | 475VAD 00000A420 | WG DR & MJ, V ADD, LW, P A/LR, IQF/IF, C | 1,715,226 | 11.13 | 8,914,418 | 0.37 | 175.16 | 180.51 | 195.06 | 11-13 | -5.35 | -19.90 | -91,775 | -341,265 |
| 3 | 432VAD 00000A410 | BB W/O SKN, V ADD, LW, P A/LR, IQF/IF, B | 73,044 | 0.47 | 424,536 | 0.02 | 203.42 | 240.83 | 282.34 | 7-7 | -37.40 | -78.92 | -27,322 | -57,646 |
| 4 | 432VAD 00900A410 | BB W/O SKN, V ADD, SPEC, LW, P A/LR, IQF | 1,148,035 | 7.45 | 4,980,155 | 0.21 | 182.70 | 184.76 | 206.25 | 8-10 | -2.07 | -23.55 | -23,718 | -270,363 |
| 5 | 432VAD 00030A410 | BB W/O SKN, V ADD, SIZED, P A/LR, IQF/IF | 404,526 | 2.62 | 5,878,282 | 0.24 | 232.35 | 237.99 | 274.99 | 11-15 | -5.64 | -42.64 | -22,828 | -172,470 |
| 6 | 501000 00000AI20 | LEG QTRS, LW, P A/LR, I/CO2, CONSUMER | 785,713 | 5.10 | 33,869,258 | 1.40 | 42.93 | 45.75 | 48.90 | 33-34 | -2.83 | -5.97 | -22,198 | -46,902 |
| 7 | 475VAD 00000A410 | WG DR & MJ, V ADD, LW, P A/LR, IQF/IF, B | 653,729 | 4.24 | 2,538,663 | 0.10 | 202.95 | 206.31 | 237.98 | 3-11 | -3.36 | -35.03 | -21,938 | -229,014 |
| 8 | 471VAD 00000A410 | WING DRUM, V ADD, LW, P A/LR, IQF/IF, BL | 61,752 | 0.40 | 297,885 | 0.01 | 211.07 | 230.93 | 252.64 | 4-5 | -19.86 | -41.57 | -12,266 | -25,670 |
| 9 | 441VAD 00000A410 | CLIP TEND, V ADD, LW, P A/LR, IQF/IF, BL | 560,097 | 3.63 | 1,217,888 | 0.05 | 204.65 | 206.80 | 238.07 | 3-8 | -2.15 | -33.42 | -12,068 | -187,211 |
| 10 | 501000 00000A320 | LEG QTRS, LW, P A/LR, FROZEN, CONSUMER | 600,015 | 3.89 | 18,659,360 | 0.77 | 42.77 | 44.53 | 45.79 | 11-13 | -1.76 | -3.02 | -10,589 | -18,132 |
| 11 | 432VAD 00000A420 | BB W/O SKN, V ADD, LW, P A/LR, IQF/IF, C | 962,405 | 6.24 | 3,912,676 | 0.16 | 180.12 | 180.67 | 190.44 | 3-7 | -0.55 | -10.31 | -5,259 | -99,252 |
| 12 | 810000 10200A711 | MDM, >=16% FAT, LW, P A/LR, NONE (DRY), | 937,363 | 6.08 | 79,283,091 | 3.27 | 23.60 | 24.16 | 25.45 | 18-29 | -0.56 | -1.85 | -5,226 | -17,302 |
| 13 | 517VAD 00000A410 | BN SK THIG, V ADD, LW, P A/LR, IQF/IF, B | 40,460 | 0.26 | 54,368 | 0.00 | 150.38 | 158.99 | 184.04 | 2-2 | -8.61 | -33.65 | -3,483 | -13,616 |
| 14 | 517VAD 00000A420 | BN SK THIG, V ADD, LW, P A/LR, IQF/IF, C | 1,070,137 | 6.94 | 1,421,533 | 0.06 | 153.27 | 153.58 | 158.43 | 3-5 | -0.31 | -5.16 | -3,367 | -55,242 |
| 15 | 432VAD 00903A420 | BB W/O SKN, V ADD, SPEC, LW, B GRD, IQF/ | 268,599 | 1.74 | 327,097 | 0.01 | 109.97 | 110.76 | 113.12 | 2-2 | -0.79 | -3.15 | -2,115 | -8,460 |
| 16 | 475VAD 000003410 | WG DR & MJ, V ADD, LW, B GRD, IQF/IF, BL | 32,848 | 0.21 | 63,170 | 0.00 | 78.71 | 83.83 | 98.90 | 3-5 | -5.13 | -20.19 | -1,684 | -6,631 |
| 17 | 471VAD 00000A420 | WING DRUM, V ADD, LW, P A/LR, IQF/IF, CO | 367,811 | 2.39 | 559,429 | 0.02 | 213.99 | 214.40 | 217.06 | 2-4 | -0.41 | -3.07 | -1,523 | -11,306 |
| 18 | 810000 10100A711 | MDM, 6-15% FAT, LW, P A/LR, NONE (DRY), | 40,000 | 0.26 | 4,420,755 | 0.18 | 23.42 | 23.44 | 25.54 | 7-10 | -0.02 | -2.12 | -8 | -847 |
| 19 | 517VAD 00900A420 | BN SK THIG, V ADD, SPEC, LW, P A/LR, IQF | 141,327 | 0.92 | 141,327 | 0.01 | 203.98 | 203.98 | 203.98 | 1-1 | - | - | - | - |
| 20 | 517000 00000A420 | BN SK THIG, LW, P A/LR, IQF/IF, CONSUMER | 171,756 | 1.11 | 171,756 | 0.01 | 187.13 | 187.13 | 187.13 | 1-1 | - | - | - | - |
| 21 | 472000 00000A420 | WING MIDJ, LW, P A/LR, IQF/IF, CONSUMER | 139,724 | 0.91 | 139,724 | 0.01 | 170.87 | 170.87 | 170.87 | 1-1 | - | - | - | - |
| 22 | 432000 00000AI11 | BB W/O SKN, LW, P A/LR, I/CO2, BULK-CB | 12,512 | 0.08 | 52,335,426 | 2.16 | 128.79 | 125.03 | 135.83 | 15-53 | 3.76 | -7.04 | 471 | -880 |
| 23 | 441VAD 000003410 | CLIP TEND, V ADD, LW, B GRD, IQF/IF, BLK | 62,964 | 0.41 | 84,484 | 0.00 | 111.96 | 110.90 | 113.03 | 2-3 | 1.06 | -1.08 | 667 | -679 |
| 24 | 501000 0002IA317 | LEG QTRS, LRG/JUM, P A/LR, FZ, BULK 15 K | 175,591 | 1.14 | 108,957,002 | 4.49 | 35.37 | 34.60 | 36.77 | 15-27 | 0.77 | -1.40 | 1,345 | -2,467 |
| 25 | 475FLV 00000A410 | WG DR & MJ, FLV MAR, LW, P A/LR, IQF/IF, | 24,906 | 0.16 | 2,683,305 | 0.11 | 219.12 | 209.23 | 239.19 | 3-7 | 9.89 | -20.06 | 2,464 | -4,997 |
| 26 | 504000 00000A310 | THIGHS, LW, P A/LR, FROZEN, BULK-BOX | 47,000 | 0.30 | 2,140,687 | 0.09 | 69.12 | 49.43 | 56.52 | 1-16 | 19.69 | 12.60 | 9,254 | 5,920 |
| 27 | 578000 000213310 | CHIKN PAWS, MED, LN RUN, FZ, BULK-BOX | 394,954 | 2.56 | 11,616,389 | 0.48 | 85.52 | 80.38 | 89.41 | 7-28 | 5.14 | -3.88 | 20,312 | -15,328 |
| 28 | 501000 00000A315 | LEG QTRS, LW, P A/LR, FROZEN, BULK-BAGS | 1,080,484 | 7.01 | 7,338,606 | 0.30 | 49.28 | 47.16 | 50.72 | 4-15 | 2.13 | -1.44 | 23,006 | -15,552 |
| 29 | 432VAD 00030A420 | BB W/O SKN, V ADD, SIZED, P A/LR, IQF/IF | 46,712 | 0.30 | 3,620,175 | 0.15 | 257.21 | 197.95 | 217.36 | 2-6 | 59.25 | 39.84 | 27,679 | 18,611 |
| 30 | 441VAD 00000A420 | CLIP TEND, V ADD, LW, P A/LR, IQF/IF, CO | 628,429 | 4.08 | 3,691,518 | 0.15 | 229.78 | 224.61 | 229.71 | 2-6 | 5.17 | 0.07 | 32,489 | 420 |
| 31 | 506000 00000A310 | DRUMSTICK, LW, P A/LR, FROZEN, BULK-BOX | 1,346,181 | 8.73 | 23,392,122 | 0.96 | 45.90 | 42.80 | 47.79 | 10-40 | 3.11 | -1.89 | 41,820 | -25,448 |
| 32 | Total Company | Total Company Mix | 15,416,247 | 100.00 | 389,674,457 | 16.06 | 134.28 | 137.35 | 149.15 | - | -3.07 | -14.87 | -473,464 | -2,292,944 |
| 33 | Total Co Other | Total Other Ratios in Co Mix | - | - | 374,258,210 | 15.43 | - | 65.27 | - | - | - | - | - | - |
| 34 | Total Other | Total Other Not in Co. Mix | - | - | 2,036,247,202 | 83.94 | - | 85.41 | - | - | - | - | - | - |
| 35 | Total National | Total National | 15,416,247 | 100.00 | 2,425,921,659 | 100.00 | 134.28 | 82.63 | - | - | - | - | - | - |
| 36 | Total Adjustments | - Undef, Non-Broil, Neg Lbs/$, 0 Lbs/$ | 1,077,180 | 6.99 | - | - | 0.76 | - | - | - | - | - | - | - |
| 37 | Grand Total | - | 16,493,427 | 106.99 | - | - | 125.56 | - | - | - | - | - | - | - |

SHOOK
HARDY & BACON

Mark C. Tatum

2555 Grand Blvd.
Kansas City
Missouri 64108
**t** 816.474.6550
**d** 816.559.2383
**f** 816.421.5547
mtatum@shb.com

May 2, 2018

**Via Electronic Mail & Federal Express**

Caroline Ramsey Taylor
Whitfield Bryson & Mason, LLP
518 Monroe Street
Nashville, TN 37208

**Re:** ***Charles Morris, et al. v. Tyson Chicken, Inc., et al.***

Dear Caroline:

Enclosed is an external hard drive containing Agristat's production, Bates-labeled TYSON-167683—TYSON-1948229. The password will be provided to you via electronic mail.

If you have any questions or concerns, please give me a call.

Sincerely,

Mark C. Tatum, Esq.

Enclosure (via Federal Express)

cc: Arlen Tanner, Esq.
Ashley Harrison, Esq.