# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

**CIVIL ACTION NO: 4:15-CV-00077-JHM**

**CHARLES MORRIS, et al.**                                                        **PLAINTIFFS**

**V.**

**TYSON CHICKEN, INC., et al.**                                                **DEFENDANTS**

### MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendant Tyson Chicken Inc.'s Motion for Leave to Substitute. [DN 234]. Fully briefed, the matter is ripe for decision. When Defendant filed its response to Plaintiffs' Counterstatement of Uncontroverted Facts, it also filed several exhibits as attachments. [DN 230]. One of those exhibits is listed as "Exhibit 10 – Expert Report of Dr. Kyle Stiegert (Redacted)." [DN 230-10]. It turns out there was a mistake. DN 230-10 is the unredacted expert report of Walter Thurman—not Stiegert's redacted expert report that Defendant intended to file.

Defendant made a similar mistake before. [DN 218].[1] Defendant should take care to avoid such careless mistakes in the future. As the Court has done before in a similar situation, it will permit Defendant to replace Thurman's report at DN 230-10 with the redacted version of Stiegert's report attached to its Motion. For the reasons set forth above, **IT IS HEREBY ORDERED** that Defendant's Motion for Leave to Substitute [DN 234] is **GRANTED**.

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

August 21, 2020

cc: counsel of record

---

[1] In a prior Memorandum Opinion and Order, the Court permitted Defendants to file certain pages of two expert reports under seal because Defendants mistakenly filed the two reports in their entirety without a provisional seal. [DN 218 at 5–6].