**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| CHARLES MORRIS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:15-cv-00077 |
| v. | ) | |
| | ) | Judge: Joseph H. McKinley, Jr. |
| TYSON CHICKEN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING EXHIBITS PURSUANT TO DN 239, DEFENDANT TYSON**

This Court has issued four Memorandum Opinions and Orders regarding motions for leave to seal: DN 205, DN 218, DN 237, and DN 238. Two of the Orders—DN 205 and DN 237—granted Defendant's motion for leave to seal, and accordingly do not require re-filing of any exhibits. The other two orders—DN 218 and DN 238—granted Defendant's motion in part and denied the motion in part. As a result of these two Orders, Defendant Tyson is required to re-file certain exhibits. *See* DN 239.

The Order entered in DN 218 required re-filing of three exhibits:

1) Exhibit 2 to DN 175 - Dr. Stiegert's Expert Report [DN 180]
2) Exhibit 18 to DN 175 - Dr. Thurman's Expert Report [DN 177-15]
3) Exhibit 23 to DN 175 - Dr. Stiegert's Supplemental Report [DN 180-2]

According to the DN 218 Order, Defendant is filing public, properly redacted versions, which are included as attachments to this Notice.

The Order entered in DN 238 required re-filing of sixteen exhibits to DN 210-1:[1]

1) Exhibit 14 to DN 210-1, Calvin Leisure Settlement Sheet for 3/19/16 [DN 210-15]
2) Exhibit 15 to DN 210-1, Morgan Rickard Settlement Sheet and Grower Recap for 8/2/14 [DN 210-16]
3) Exhibit 22 to DN 210-1, Letter from Jim Gottsponer Dated September 26, 2014 [DN 210-23]
4) Exhibit 23 to DN 210-1, Broiler Contract of Morgan Rickard (Farm 5174) [DN 210-24]
5) Exhibit 25 to DN 210-1, Expert Report of Dr. Kyle Stiegert [DN 210-25]
6) Exhibit 28 to DN 210-1, Expert Report of Dr. Thomas Elam [DN 210-28]
7) Exhibit 41 to DN 210-1, Broiler Contracts of Douglas Brown [DN 210-41]
8) Exhibit 42 to DN 210-1, Broiler Contract of Christopher Burch [DN 210-42]
9) Exhibit 43 to DN 210-1, Broiler Contract of Dennis Clapp [DN 210-43]
10) Exhibit 44 to DN 210-1, Broiler Contracts of Keith Crabtree [DN 210-44]
11) Exhibit 45 to DN 210-1, Broiler Contract of Loi Hong [DN 210-45]
12) Exhibit 50 to DN 210-1, Broiler Contracts of Calvin Leisure [DN 210-49]
13) Exhibit 53 to DN 210-1, Broiler Contracts of Michael Murphy [DN 210-52]
14) Exhibit 54 to DN 210-1, Broiler Contract of John Pinkston [DN 210-53]
15) Exhibit 57 to DN 210-1, Broiler Contracts of Morgan Rickard [DN 210-56]
16) Exhibit 59 to DN 210-1, Broiler Contracts of Timothy Vincent [DN 210-58]

According to the DN 238 Order, Defendant is filing public, properly redacted versions, which are included as attachments to this Notice. **Of note, these exhibits do not contain the W-9 forms, as ordered by the Court in Order DN 241.**

[1] DN 238 also addressed the seal status for a number of documents filed as exhibits to Statements of Uncontroverted Facts in support of Motions for Summary Judgment filed on behalf of Defendants David Mears [DN 208-1] and James Gottsponer [DN 206-1]. In its initial filing of this Notice, Defendant Tyson indicated it would not be filing sealed documents for Defendants Mears and Gottsponer. After consultation with Plaintiff's Counsel, Defendant will be filing separate notices for Defendant Mears and Defendant Gottsponer which will include the properly redacted exhibits for each as attachments.

Dated: October 7, 2020

Respectfully submitted,

By: */s/ Mark C. Tatum*

SHOOK, HARDY & BACON LLP

Robert T. Adams, Mo. Bar No. 34612*
Mark C. Tatum, Mo. Bar No. 50082*
Steve Soden, Mo. Bar No. 41917*
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
mtatum@shb.com
rtadams@shb.com
**admitted pro hac vice*

Marc Wells
209 West Main Street
P.O. Box 644
Princeton, Kentucky 42445
Telephone: 270-365-5576
Facsimile: 270-365-5578
marcwells.atty@yahoo.com

*ATTORNEYS FOR DEFENDANTS*

**CERTIFICATE OF SERVICE**

I hereby certify that October 7, 2020, I served the foregoing document via electronic mail to the following counsel of record:

WHITFIELD, BRYSON & MASON, LLP
John Whitfield
19 North Main Street
Madisonville, KY 42431
john@wbmllp.com

BUTLER FARM & RANCH LAW GROUP, PLLC
J. Dudley Butler
499A Breakwater Drive
Benton, MS 39039
jdb@farmandranchlaw.com

PUBLIC JUSTICE, P.C.
David S. Muraskin
1825 K. St. N.W., Suite 200
Washington, D.C. 20006
dmuraskin@publicjustice.net

*/s/ Mark C. Tatum*
ATTORNEY FOR DEFENDANTS