# EXHIBIT 18

# Expert Report of Dr. Thurman

# (Redacted Pursuant to Order DN 218)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| CHARLES MORRIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TYSON CHICKEN, INC., *et al.*,<br><br>Defendants. | Case No: 4:15-cv-00077-M |

**EXPERT REPORT OF WALTER N. THURMAN**

August 30, 2019

# VI. CLAIMED EXERCISE OF MONOPSONY POWER AT ROBARDS

## A. Empirical evidence is inconsistent with the claim that Tyson has suppressed grower pay at its Robards complex

50. Professor Stiegert argues that Tyson uses its alleged monopsony power to suppress grower pay compared to what it would be "if Tyson were operating in a competitive environment without monopsony power."[88] He relies, in part, on a research publication that finds, according to Professor Stiegert, that "growers in single monopsony regions received 7% lower pay than the base case of four or more integrators."[89] He separately argues that grower pay at Robards has failed to keep pace with that in related employment.[90]

51. In this section, as a direct data-based alternative to Professor Stiegert's reliance on national econometric analysis, I compare Tyson grower cost at Robards with Tyson grower cost in regions that are competitive by Professor Stiegert's criterion. I find that, counter to claims of monopsony, grower cost at Robards is higher than that in the areas more saturated with integrators. Further, I demonstrate that in comparing Robards grower pay to pay in other industries, Professor Stiegert inappropriately limits the time period he examines and draws an inappropriate conclusion. Data from a broader time span does not support Professor Stiegert's claim that Tyson has exercised monopsony power by suppressing Robards grower pay.

### 1. Tyson's grower cost at the Robards complex is consistent with Tyson's grower cost at complexes that, according to Professor Stiegert's benchmark, are "competitive"

52. Professor Stiegert relied on data from Agri Stats for a variety of the analyses in his report, including in support of his claims pertaining to "days-out" and his analysis of Tyson profit margins.[91] However, he did not consider information on Tyson's grower costs that also is available in the Agri Stats data. Using these data, I compare grower costs at Tyson's Robards complex to those at two other Tyson complexes, Clarksville (Arkansas) and Cumming

---

88 Stiegert Report, ¶¶87-93.

89 Stiegert Report, ¶88.

90 Stiegert Report, ¶91.

91 Stiegert Report, ¶¶106, 120. I discuss both of these analyses in a later section of this report.

(Georgia). Agri Stats classifies the Clarksville, Robards, and Cumming complexes as Tyson's three instant quick freeze ("IQF") plants. I focus on complexes with the same type of processing facilities as Robards to ensure comparability. (Different facility types serving different downstream customers typically process birds of different sizes,[92] and grower pay is sensitive to bird size due to different grow-out times and practices.[93]) I compare Tyson facilities with one another to ensure comparability of grower cost across facilities.[94] I use publicly available information to determine the number of other integrators operating near Tyson's Clarksville and Cumming facilities.[95]

53. Figure 2 compares grower cost from 2010 to mid-2016 (the full time period available to me) at Tyson's Robards and Clarksville complexes. Two of Tyson's competitors each has an integrator facility near Tyson's Clarksville complex and thus, under Professor Stiegert's approach, growers supplying the Clarksville complex do not face monopsony conditions like those faced by growers supplying the Robards complex.[96]

---

92 MacDonald, James M., "*Technology, Organization, and Financial Performance in U.S. Broiler Production*," USDA, Economic Research Service, Economic Information Bulletin Number 126, June 2014, pp. 8, 11.

93 MacDonald, James M., "*The Economic Organization of U.S. Broiler Production*," United States Department of Agriculture, Economic Research Service, Economic Information Bulletin Number 38, June 2008, pp. 15-16. Robards grower costs in Agri Stats are not the same as grower pay in the Robards settlement data, although they are correlated. For this analysis I compare Agri Stats grower cost data for the three Tyson complexes because it is the relationship between the grower costs that matters for my assessment of Professor Stiegert's monopsony claims.

94 I also note that it is not possible for me to identify other integrators in the Agri Stats data because the data for other integrators are de-identified.

95 To determine distances and competitor facilities, I draw from a national list of poultry processing plants (see WATT Poultry USA, "Poultry Plants Directory," accessible at https://www.wattagnet.com/ext/resources/uploadedFiles/1002USplants.pdf), and after identifying each plant's longitude and latitude using Google Maps, calculate straight-line distance between Tyson's Clarksville or Cumming facility and the nearby non-Tyson plants that process and slaughter broilers.

96 One competitor facility is operated by OK Foods, Inc. and is located 51.9 miles from Tyson's Clarksville facility. The second competitor facility is operated by Wayne Farms, LLC and is located 29.2 miles from Tyson's Clarksville facility.



Confidential - Subject to Protective Order

[redacted]

54. Figure 3 compares grower cost from 2010 to mid-2016 at Tyson's Robards and Cumming complexes. There are ten competitor facilities near Tyson's Cumming complex and thus, under Professor Stiegert's approach, growers supplying the Cumming complex do not face monopsony conditions like those faced by growers supplying the Robards complex.[98]

---

[97] Agri Stats Live Production Reports, February 2010 - June 2016.

[98] Five competitor facilities are operated by Pilgrim's Pride Corporation and are located 18.8, 20.5, 38.6, 43.6, and 46.1 miles respectively from Tyson's Cumming facility. Two competitor facilities are operated by Fieldale Farms Corporation and are located 19.8 and 40.4 miles respectively from Tyson's Cumming facility. The eighth competitor facility is operated by Mar-Jac Poultry, Inc. and is located 18.6 miles from Tyson's Cumming facility. The ninth competitor facility is operated by Wayne Farms, LLC and is located 26.9 miles from Tyson's Cumming facility. The tenth competitor facility is operated by Harrison Poultry, Inc. and is located 31.4 miles from Tyson's Cumming facility.



Confidential - Subject to Protective Order

[redacted]

55. In addition to grower costs over time, Figures 2 and 3 display the number of months that grower cost at Robards exceeds grower cost at the alternative Tyson facility and the average difference in grower cost between Robards and the alternative Tyson facility across the entire series. If it were true, as Professor Stiegert contends, that Tyson holds and exercises monopsony power at Robards, these figures should reveal grower cost at Robards to be lower than grower cost at the Clarksville and Cumming facilities. The data do not support this assertion. Grower cost at Tyson's Robards complex does not systematically fall below grower cost at Tyson facilities surrounded by additional competitor integrators. In fact, grower cost at the Robards complex is above grower cost at the Clarksville complex for 64 out of 77 months (83 percent) and, on average, is 0.23 cents higher than grower cost at Clarksville throughout the 2010 to mid-2016 time frame. Similarly, grower cost at the Robards complex is above grower cost at the Cumming complex for 47 out of 77 months (61 percent) and, on average, is 0.08 cents higher than grower cost at Cumming throughout the 2010 to mid-2016 time frame.

---

[99] Agri Stats Live Production Reports, February 2010 - June 2016.



Confidential - Subject to Protective Order

56. Beyond its payment implications, economic theory shows that any suppression in grower pay at Robards would be accompanied by a restriction of the quantity purchased. I examine whether the quantity of grower services purchased by Robards has also been consistent with the quantity of grower services purchased by competitive benchmark complexes. Figure 4 shows live pounds produced as a proxy for grower services, and confirms the absence of quantity suppression at Robards.

[redacted]

**2. Grower base pay at the Robards complex has kept pace with pay in the agricultural sector**

57. Professor Stiegert compares growth rates in Robards grower unadjusted base pay to growth rates in various other economic series over 2010-2018, and claims that this "is evidence that the non-negotiated base pay has been kept artificially low due to Tyson's monopsony power."[101] However, he does not explain why he chose the particular economic series he

[100] Agri Stats Live Production Reports, April 2010 - June 2016.

[101] Stiegert Report, ¶91.

presents, nor does he explain why he limits his analysis to this time period. Examining a more appropriate time period reveals that growth in Robards grower unadjusted base pay has outpaced growth in agricultural pay, the most relevant comparator for broiler grower pay among Professor Stiegert's series.

58. I understand that the relevant period for damages begins in 2010 due to the statute of limitations relevant to this case. However, I am not aware of allegations that Tyson's Robards complex *acquired* monopsony power in 2010, nor am I aware of any evidence that factors arose in 2010 that may have allowed it to. There is no particular reason to use 2010 as a starting year for assessing claimed exercise of monopsony power. Furthermore, 2010 was not far removed from the Great Recession, which the Federal Reserve documents as having run from December 2007 through June 2009.[102] Wages tend to stagnate or decline during a recession and grow thereafter. If one wage tends to decline less steeply during recessions and increase less rapidly after recessions than another wage, a comparison of total growth in the two wage series will be misleading if it considers only one part of the business cycle. Specifically, if a period of recession is examined in isolation, the less cyclical wage will appear to grow faster (*i.e.*, fall less), and if a period of expansion is examined in isolation, the less cyclical wage will appear to grow slower, even if both wages tend to grow at the same rate over longer periods. For this reason, longer periods that encompass multiple business cycle stages are preferable for wage comparisons than shorter periods that cover only a single phase of a business cycle.

59. In Figure 5 I compare Robards grower unadjusted base pay rates with Professor Stiegert's series describing the wage in Henderson County, Kentucky for the agriculture, forestry, fishing, and hunting sector.[103] Unlike Professor Stiegert, I make this comparison for the full

---

[102] See https://www.federalreservehistory.org/essays/great_recession_of_200709, accessed August 20, 2019.

[103] To aid in comparing my results to Professor Stiegert's, I adopt his approach of using Robards grower *unadjusted* base pay. However, Professor Stiegert does not explain why he focuses on this measure of grower pay. Indeed, elsewhere in his report, he presents what he claims is annual weighted average grower pay received by Plaintiffs, where he describes grower pay as a piece of "key information" regarding tournaments that includes, in addition to base pay, components such as premium house pay and energy allowances. Stiegert Report, ¶¶ 113, 118, and Table 10. Compared to Professor Stiegert's calculation that Robards grower unadjusted base pay grew by 13.5 percent between 2010 and 2018, his claimed annual weighted average grower pay received by Plaintiffs grew by 20.0 percent over the same period.

period over which the agricultural wage series is available through the Bureau of Labor Statistics' online data search tools, 2001-2018.[104]

**Figure 5 – Comparison of Robards grower unadjusted base pay to Henderson County annual agricultural wages from 2001 through 2018[105]**

| Year | [redacted] | Annual Wage (Agriculture, Forestry, Fishing and Hunting) Wage | Wage Indexed to 2001 | YTY Growth |
|---|---|---|---|---|
| 2001 | | $29,063 | 100.00 | |
| 2002 | | $29,746 | 102.35 | 2.35% |
| 2003 | | $27,980 | 96.27 | -5.94% |
| 2004 | | $32,695 | 112.50 | 16.85% |
| 2005 | | $34,560 | 118.91 | 5.70% |
| 2006 | | $33,767 | 116.19 | -2.29% |
| 2007 | | $28,484 | 98.01 | -15.65% |
| 2008 | | $25,180 | 86.64 | -11.60% |
| 2009 | | $23,735 | 81.67 | -5.74% |
| 2010 | | $22,989 | 79.10 | -3.14% |
| 2011 | | $25,273 | 86.96 | 9.94% |
| 2012 | | $25,560 | 87.95 | 1.14% |
| 2013 | | $23,218 | 79.89 | -9.16% |
| 2014 | | $25,877 | 89.04 | 11.45% |
| 2015 | | $28,112 | 96.73 | 8.64% |
| 2016 | | $26,593 | 91.50 | -5.40% |
| 2017 | | $32,638 | 112.30 | 22.73% |
| 2018 | | $33,344 | 114.73 | 2.16% |

60. Figure 5 illustrates two points. First, over the longer period that includes the Great Recession, counter to Professor Stiegert's conclusion, growth in Robards grower unadjusted base pay has outpaced growth in Henderson County's agricultural wage. Second, grower pay has increased steadily, while the Henderson County agricultural wage has had periods of large declines and

[104] Bureau of Labor Statistics, One-Screen Data Search, Quarterly Census of Employment and Wages, available at https://data.bls.gov/PDQWeb/en.

[105] Nominal base pay rates prior to 2010 are derived from Plaintiff contracts. Because no such contracts were signed in 2002 or 2003, I do not show a base pay per pound for these years; agricultural wage for Henderson County, Kentucky, reflects an annual average. Bureau of Labor Statistics; Database: Quarterly Census of Employment and Wages; Average Annual Pay (NAICS11 Agriculture, forestry, fishing and hunting). For 2010 forward, I use Professor Stiegert's data.

rebounds. Indeed, contrary to Professor Stiegert's claim that Tyson's conduct has caused growers' pay at Robards to be artificially volatile, which I address in more detail below, growers' pay has been much *less* volatile than the agricultural benchmark that Professor Stiegert puts forward.

61. Professor Stiegert's focus on agricultural wage *growth* also ignores that contract broiler growers typically receive considerably higher *levels* of pay on average compared to all farm households.[106] Grower returns, incorporating investments, upgrade expenses, and financing costs in addition to income, have been estimated and found to be less variable and more positive than returns for other agricultural products.[107]

## B. Professor Stiegert's claims regarding grower pay volatility and Tyson's tournament system are incomplete and misleading

### 1. The economic rationale for tournaments in the broiler industry

62. As discussed in Section III, grower payments in the broiler industry are typically based on their performance relative to other growers. Economists refer to such compensation systems as tournaments.[108] Under tournament compensation, growers are compared to other growers based on their efficiency in converting inputs, mainly feed and chicks, into mature broilers ready for slaughter and processing.

63. In Tyson's contracts, the performance measure reflects inputs used per pound of chicken produced and is termed Net Pound Value.[109] It is an inverse measure of performance, meaning that more feed consumed per pound of live broiler weight produced results in a higher – *i.e.*,

---

[106] MacDonald, James M., "Financial Risks and Incomes in Contract Broiler Production," *Amber Waves*, USDA, ERS, August 4, 2014.

[107] *See, e.g.*, Cunningham, D. L., "Contract Broiler Grower Returns: A Long-Term Assessment," *Journal of Applied Poultry Research*, Vol. 6, 1997, pp. 267-273; Goodwin, H. L. Jr., B. L. Ahrendsen, T. L. Barton, and J. H. Denton, "Estimated Returns for Contract Broiler Production in Arkansas, Missouri, and Oklahoma: Historical and Future Perspectives," *Journal of Applied Poultry Research*, Vol. 14, 2005, pp. 106-115.

[108] *See, e.g.*, Knoeber, Charles R. and Walter N. Thurman, "'Don't Count Your Chickens…': Risk and Risk Shifting in the Broiler Industry," *American Journal of Agricultural Economics*, Vol. 77, 1995, pp. 486-496; Knoeber, Charles R. and Walter N. Thurman, "Testing the Theory of Tournaments: An Empirical Analysis of Broiler Production," *Journal of Labor Economics*, Vol. 12, 1994, pp. 155-179.

[109] I discuss Net Pound Value and several other aspects of grower compensation under Tyson's tournament system in more detail below. My understanding of Tyson's tournament system is informed by my review of Plaintiff contracts. Specifically, I identified 69 contracts and 56 amended schedules to those contracts entered into by Tyson and individual Plaintiffs between 2001 and 2018.



Confidential - Subject to Protective Order