# Exhibit 14

# Settlement Sheet of Calvin Leisure

# (Redacted Pursuant to Order DN 238)

# TYSON OF ROBARDS, KY

## Broiler Production Settlement by Grower

Center: 0015930410

W/E Date: 03/19/2016

Grower/Flk: 5171 - 38 CALVIN LEISURE JR.
Class Type: 85 LARGE SR
Sq Feet: 60,000 Houses: 3

First Date Placed: 01/22/2016
Last Date Processed: 03/16/2016

| | | |
|---|---|---|
| Weighted Age | | 54.00 |
| Average Daily Gain | (7.38 wt / 54 days) | 0.1367 |
| Chicks Started (Head) | | 69,000 |
| Mortality (Head) | | 1,956 |
| Head Produced | | 67,044 |
| Liveability Percent | | 97.17 |
| Average Live Weight | | 7.38 |
| Farm Weight (Pounds) | | 494,880 |
| Farm-caused Condemned (WB) Pounds | | 908 |
| Net Pounds After Condemnation | | 493,972 |

Total Feed Recap:

| | |
|---|---|
| Lbs Delivered | 968,200 |
| Lbs Picked-up | 16,220 |
| Feed Consumed | 951,980 |
| Feed Conversion: | 1.9237 |

| WB Condemn | Head |
|---|---|
| Airsacculitis | 69 |
| Ascites | 0 |
| Inflam Process | 0 |
| Leukosis | 0 |
| Sept Toxemia | 54 |
| Synovitis | 0 |
| Tuberculosis | 0 |
| Tumors | 0 |
| Other | 0 |
| Total Head | 123 |
| Pounds | 908 |

### Producer 52 Week Values

| W/E Date | Farm Wt Lbs | ADG | Liv% | Fd Conv |
|---|---|---|---|---|
| 03/19/2016 | 494,880 | 0.1367 | 97.17 | 1.9237 |
| 01/09/2016 | 478,800 | 0.1406 | 96.80 | 1.8966 |
| 10/17/2015 | 485,720 | 0.1375 | 96.34 | 1.8813 |
| 08/15/2015 | 590,720 | 0.1362 | 95.16 | 1.9134 |
| 06/06/2015 | 500,660 | 0.1396 | * 94.26 | * 1.9265 |
| 03/28/2015 | 611,940 | 0.1376 | 90.22 | 1.9659 |
| **Producer 52 Week Wt'd Avg >** | | 0.1379 | 94.80 | 1.9197 |

[redacted]

| Rank | Out of | ADG | Liv% | Fd Conv |
|---|---|---|---|---|
| | 99 | 21 | 32 | 16 |
| | Bottom 10% | No | No | No |

[redacted]

Center: 0015930410

# TYSON OF ROBARDS, KY
## Broiler Production Settlement by Grower

W/E Date: 03/19/2016

| | | | | |
|---|---|---|---|---|
| Grower/Flk: | 5171 - 38 | CALVIN LEISURE JR. | | |
| Class Type: | 85 | LARGE SR | First Date Placed: | 01/22/2016 |
| Sq Feet: | 60,000 | Houses: 3 | Last Date Processed: | 03/16/2016 |

** If Producer 52 average was one pay band better

| Grower-Flock Id | | | Comments: |
|---|---|---|---|
| CALVIN LEISURE JR. | 5171 | 34 | Changed from 72.50 to 94.26 for 3 pt deviation |
| CALVIN LEISURE JR. | 5171 | 34 | Changed from 2.2289 to 1.9265 for 3 pt deviation |