# Exhibit 15

# Settlement Sheet and Grower Recap of Morgan Rickard

# (Redacted Pursuant to Order DN 238)

BR...

# TYSON OF ROBARDS, KY
## Broiler Production Settlement by Grower
## W/E Date: 8/2/2014

Center : 0015930410 ROBARDS BROILER DIVISION
Service Rep : 6 RUEBEN BRUCE
Date Started : 06/09/2014 Date Processed : 07/30/2014

Grower : 5193 - 19 ICU--MORGAN RICKARD Rank 6 of 11
Ind NPV: 0.2087000 Adj/AV NPV 0.2111000 Difference : 0.0024000
Class Type : 85 LARGE SR :

| | |
|---|---|
| Average Age | 7 Weeks, 2 Days |
| Age in Days | 51.00 |
| Chicks Started (Head) | 122,800 |
| Chicks Sold (Head) | 117,280 |
| Mortality (Head) | 5,520 |
| Liveability Percent | 95.50 |
| Gross Farm Pounds | 821,720 |
| Farm Weight | 7.01 |
| Head Condemned | 222 |
| Farm-caused Condemned (WB)Pounds | 1,556 |
| Farm-caused Condemned (Parts) Pounds | 0 |
| Farm Condemned Pounds | 1,556 |
| Net Pounds After Condemnation | 820,164 |
| Net Average Weight | 6.99 |

| | |
|---|---|
| DOA Head Count | 223 |
| DOA Pounds | 1,563 |
| Net Head After Condemn | 117,058 |
| Net Pounds to Plant | 817,021 |
| DOA Percent of Gross Pounds (Farm) | 0.19 |
| Condemned Percent of Gross Pounds (Farm) | 0.19 |
| Feed Conversion - Gross Pounds (Farm) | 1.8941 |
| Calories Per Gross Pound (Farm) | 2,674 |
| Total Square Feet (Farm) | 110,000 |

[redacted]

| Condemnation: | Head | Prcnt |
|---|---|---|
| SEPT | 128 | 0.11 |
| AIRSAC | 92 | 0.08 |
| INF PROCESS | 2 | 0.00 |
| Total | 222 | 0.19 |

[redacted]

[redacted]

6 Flock Rank 60 of 90

[redacted]

Legend:
Ind NPV = Individual Net Pound Value
Avg/Adj NPV = Average Net Point Value or
Adjusted Average Net Pound Value

BRYANR

**TYSON OF ROBARDS, KY**
**Grower Pay Recap By Grower (Grower Copy)**
**For Week Ending 08/02/2014**

**Complex: 0015930000 ROBARDS, KY COMPLEX**
**Center: 0015930410 ROBARDS BROILER DIVISION**

**Flock Type: 85 LARGE SR**

[redacted]

***Note:** Growers marked with "Outside", "Exception", "Company", or "Tyson" in the Exception Flag column are not included in the calculation of the average standard cost.*