# Exhibit 23

# Broiler Contract of Morgan Rickard

# (Redacted Pursuant to Order DN 238)

5174

# Broiler / Hatch Egg / Pullet Contract Execution Guidelines

Initial

1. Make sure that all applicable forms have been assembled and stapled together.
   - B a. All new contracts require a properly filled out W9 form and verification of one of the following to show the tax identification number for the producer: 1) SS-4 form showing their election of incorporation or partnership with their assigned EIN, or 2) Social Security Card, or 3) an Individual Tax Identification Number (ITIN) that the producer may opt for instead of a Social Security number. Mark on the W-9 which form was used to verify the number. A copy of 1-2 or 3 is no longer needed.
   - B b. Acknowledgement form (All Locations since Jan 2004, fill-in blank Broilers=3D Pullets=2E, Hens=2E)
   - B c. Disclosure Statement (Arkansas Broiler Producers as of Oct 2005)
   - B d. Main Contract (All Locations)
   - B e. Schedules (A or A "U" version, B or B37 - Broilers, C – Noel / Springdale)
   - B f. Addendums (Individual Locations addendums, Addendum A – Georgia broilers)

B 2. When filling out the W-9 form make sure it properly identifies as referenced in item 7-8 below for the different pay type status (individual – partnership – corporation). Once a W-9 form is on file it only needs to be updated when changes are needed.

B 3. Make sure that the appropriate "Producer or Legal Entity Name" has been entered in the appropriate blank. If the producer receives compensation in his or her individual name, the individual's legal name should be in the appropriate blank. If the producer receives compensation through a legal business entity, the name of the business entity should be in the appropriate blank. (examples: John Smith Farm Inc. or Bob Jones d/b/a Chicken Little Farm)

B 4. Make sure that the correct "Farm Address" is entered in the appropriate blank.

B 5. Make sure that the contract duration is correctly entered. The contract duration should begin on or shortly after the "Execution Date" of the contract and expire on a specific date, which will depend on the duration in years of the contract.

B 6. The contract should be signed by the complex manager on or before the date the producer signs the contract. (We should not have instances where the contract is signed by the complex manager after the producer signs.)
   - B a. The "Executed Date" of the contract should be the date the producer signs the contract.

B 7. If the producer is being compensated as an individual, they may use a tax identifier number instead of a social security number. Make sure they enter the number used to file their taxes when entering the producer's "Social Security Number" / "Tax Identification Number" in the appropriate blank. If the producer is being compensated through a business entity, make sure that entity's federal "Tax Identification Number" is entered in the appropriate blank.

_____RB_____ 8. If the producer is being compensated as a business entity, make sure the producer signs the contract, indicates what his position is with the entity, and makes reference to the entity.

**Corporation:**
For example, if John Smith, who is the president of John Smith Farms, Inc., should be:

_____RB_____

a. Contracted as John Smith Farms, Inc.
b. He should sign as "**John Smith, President, John Smith Farms, Inc.**"
c. Date of signature should be the "Execution Date"

**OR-**

**Individual or Partnership:**
Another example, Bob Jones, who is doing business as Chicken Little Farm and is an individual or partnership but not incorporated, could use a social security number or tax identifier number, should be:

_____RB_____

a. Contracted as **Bob Jones d/b/a Chicken Little Farm**
b. He should sign as **Bob Jones**.
c. Date of signature should be the "Execution Date"

_____RB_____ 9. Make sure that the producer's "Mailing Address" is entered in the appropriate blank.

_____RB_____ 10. Make sure all applicable addendums and schedules are signed and dated contemporaneously with the main body contract. The date of signature on the Schedule A "U" version will be the date producer is accepting/signing the updated Schedule A.

_____RB_____ 11. Make sure the entire contract packet, including a current copy of W-9, is stapled together and placed in the producer's file along with a copy of this check list.

---

_____RB_____ 12. Enter/update the main contract information in the grower master in GIS upon execution of the contract.

| | | |
|---|---|---|
| __________ Complex Manager Date________ | __________ Live Production Manager Date________ | __________ Complex Controller Date________ |
| __________ Complex Manager Date________ | __________ Live Production Manager Date________ | __________ Complex Controller Date________ |
| __________ Complex Manager Date________ | __________ Live Production Manager Date________ | __________ Complex Controller Date________ |
| __________ Complex Manager Date________ | __________ Live Production Manager Date________ | __________ Complex Controller Date________ |
| __________ Complex Manager Date________ | __________ Live Production Manager Date________ | __________ Complex Controller Date________ |

**COMMONWEALTH OF KENTUCKY**
**JOHN Y. BROWN III**
**SECRETARY OF STATE**

000673

## STATEMENT OF CONSENT OF REGISTERED AGENT

Pursuant to the provisions of KRS Chapter 271B, 273, 275 or 362, the undersigned hereby consents to act as registered agent on behalf of the business entity named below and for that purpose submits the following statements:

1. The business entity is
   - ☐ a corporation (KRS 271B or KRS 273)
   - ☑ a limited liability company (KRS 275)
   - ☐ a limited partnership (KRS 362)

2. The name of the business entity is
   RICKARD FARMS, LLC.

3. The state or country of incorporation, organization or formation is KENTUCKY.

4. The name of the initial registered agent is
   WILLIAM M. RICKARD.

5. The street address of the registered office address in Kentucky is
   311 BRANCH SCHOOL HOUSE ROAD, SACRAMENTO, KY 42372
   Street City State Zip Code

STATE OF KENTUCKY, COUNTY OF McLEAN, SCT.
I, LINDA RAY JOHNSON, McLEAN COUNTY CLERK, DO CERTIFY THAT THE FOREGOING Art of Org WAS LODGED IN MY OFFICE AT 11:02 O'CLOCK Am ON Oct 10 2003 AND THAT I HAVE RECORDED IT, THE FOREGOING AND THIS CERTICATE IN MY SAID OFFICE, GIVEN UNDER MY HAND THIS 10th DAY OF October 2003
LINDA RAY JOHNSON, CLERK BY: [signature]

[signature]
Signature of registered agent

WILLIAM M. RICKARD, MEMBER
Type or Print Name & Title, if applicable

Date: September 29, 2003

SSC-108 (7/98)

(See attached sheet for instructions)

000672

**SIXTH:** The name and address of each Member is:

**William M. Rickard**
311 Branch School House Road
Sacramento, KY 42372

**Sondra D. Rickard**
311 Branch School House Road
Sacramento, KY 42372

William M. Rickard

Sondra D. Rickard

STATE OF KENTUCKY
COUNTY OF HENDERSON

The foregoing instrument was subscribed, sworn and acknowledged before me by **WILLIAM M. RICKARD and SONDRA D. RICKARD**, this the 29th day of September, 2003.

Notary Public
My commission expires: Sept. 17, 2005

This instrument was prepared by:
Hon. Harry L. Mathison
KING, DEEP AND BRANAMAN
127 North Main St., P. O. Box 43
Henderson, KY 42419-0043
(270) 827-1852

0569242.06 BWeber LA00
John Y. Brown III
Secretary of State
Received and Filed
10/01/2003 12:26:24 PM
Fee Receipt: $40.00

000671

# ARTICLES OF ORGANIZATION

The undersigned person, acting as organizer of a limited liability company under the Kentucky Limited Liability Company Act, KRS 275.001, et seq., adopts the following Articles of Organization for such limited liability company:

LINDA R. JOHNSON
McLEAN COUNTY CLERK
'03 OCT 10 AM 11 02
FILED BY ___

**FIRST:** The name of the limited liability company is:

**RICKARD FARMS, LLC**

**SECOND:** The principal place of business:

**311 Branch School House Road**
**Sacramento, KY 42372**

**THIRD:** The street address of the initial registered office of the limited liability company is:

**311 Branch School House Road**
**Sacramento, KY 42372**

The name of its proposed registered agent in Kentucky at that address is:

**William M. Rickard**

**FOURTH:** The limited liability company is to be managed by its Members. The Members are:

**William M. Rickard**
311 Branch School House Road
Sacramento, KY 42372

**Sondra D. Rickard**
311 Branch School House Road
Sacramento, KY 42372

RECORDED IN Articles of Incorporation
BOOK NO. 4 PAGE NO. 671

**FIFTH:** The term of the limited liability company shall be perpetual.

10-10-03 date
9.00 amt pd