# Exhibit 43

# Broiler Contract of Dennis Clapp

# (Redacted Pursuant to Order DN 238)

# Broiler / Hatch Egg / Pullet Contract Execution Guidelines

Initial

1. Make sure that all applicable forms have been assembled and stapled together.
   a. All new contracts require a properly filled out W9 form and verification of one of the following to show the tax identification number for the producer: 1) SS-4 form showing their election of incorporation or partnership with their assigned EIN, or 2) Social Security Card, or 3) an Individual Tax Identification Number (ITIN) that the producer may opt for instead of a Social Security number. Mark on the W-9 which form was used to verify the number. A copy of 1-2 or 3 is no longer needed.
   b. Acknowledgement form (All Locations since Jan 2004, fill-in blank Broilers=3D Pullets=2E, Hens=2E)
   c. Disclosure Statement (Arkansas Broiler Producers as of Oct 2005)
   d. Main Contract (All Locations)
   e. Schedules (A or A "U" version, B or B37 - Broilers, C – Noel / Springdale)
   f. Addendums (Individual Locations addendums, Addendum A – Georgia broilers)

2. When filling out the W-9 form make sure it properly identifies as referenced in item 7-8 below for the different pay type status (individual – partnership – corporation). Once a W-9 form is on file it only needs to be updated when changes are needed.

3. Make sure that the appropriate "Producer or Legal Entity Name" has been entered in the appropriate blank. If the producer receives compensation in his or her individual name, the individual's legal name should be in the appropriate blank. If the producer receives compensation through a legal business entity, the name of the business entity should be in the appropriate blank. (examples: John Smith Farm Inc. or Bob Jones d/b/a Chicken Little Farm)

4. Make sure that the correct "Farm Address" is entered in the appropriate blank.

5. Make sure that the contract duration is correctly entered. The contract duration should begin on or shortly after the "Execution Date" of the contract and expire on a specific date, which will depend on the duration in years of the contract.

6. The contract should be signed by the complex manager on or before the date the producer signs the contract. (We should not have instances where the contract is signed by the complex manager after the producer signs.)
   a. The "Executed Date" of the contract should be the date the producer signs the contract.

7. If the producer is being compensated as an individual, they may use a tax identifier number instead of a social security number. Make sure they enter the number used to file their taxes when entering the producer's "Social Security Number" / "Tax Identification Number" in the appropriate blank. If the producer is being compensated through a business entity, make sure that entity's federal "Tax Identification Number" is entered in the appropriate blank.

______ 8. If the producer is being compensated as a business entity, make sure the producer signs the contract, indicates what his position is with the entity, and makes reference to the entity.

**Corporation:**
For example, if John Smith, who is the president of John Smith Farms, Inc., should be:

______ ✓

a. Contracted as John Smith Farms, Inc.
b. He should sign as "**John Smith, President, John Smith Farms, Inc.**"
c. Date of signature should be the "Execution Date"

OR-

**Individual or Partnership:**
Another example, Bob Jones, who is doing business as Chicken Little Farm and is an individual or partnership but not incorporated, could use a social security number or tax identifier number, should be:

______ ✓

a. Contracted as **Bob Jones d/b/a Chicken Little Farm**
b. He should sign as **Bob Jones**.
c. Date of signature should be the "Execution Date"

__✓__ 9. Make sure that the producer's "Mailing Address" is entered in the appropriate blank.

__✓__ 10. Make sure all applicable addendums and schedules are signed and dated contemporaneously with the main body contract. The date of signature on the Schedule A "U" version will be the date producer is accepting/signing the updated Schedule A.

__✓__ 11. Make sure the entire contract packet, including a current copy of W-9, is stapled together and placed in the producer's file along with a copy of this check list.

__✓__ 12. Enter/update the main contract information in the grower master in GIS upon execution of the contract.

| Complex Manager | Live Production Manager | Complex Controller |
|---|---|---|
| [signature] Complex Manager Date 4-11-12 | [signature] Live Production Manager Date 4-12-12 | [signature] Complex Controller Date 4-11-12 |
| [signature] Complex Manager Date 9-11-14 | Jim E. Bottsponer Live Production Manager Date 9/11/14 | [signature] Complex Controller Date 9/11/14 |
| David Mean Complex Manager Date 2-1-2016 | Jim E Bottsponer Live Production Manager Date 2-1-2016 | [signature] Complex Controller Date 2/1/16 |
| David Mean Complex Manager Date 1-19-17 | Jim Bottsponer Live Production Manager Date 1-19-17 | [signature] Complex Controller Date 1/19/17 |
| Complex Manager Date______ | Live Production Manager Date______ | Complex Controller Date______ |