# Exhibit 57

# Broiler Contract of Morgan Rickard

# (Redacted Pursuant to Order DN 238)

## Broiler / Hatch Egg / Pullet Contract Execution Guidelines

Initial

1. Make sure that all applicable forms have been assembled and stapled together.
   a. All new contracts require a properly filled out W9 form and verification of one of the following to show the tax identification number for the producer: 1) SS-4 form showing their election of incorporation or partnership with their assigned EIN, or 2) Social Security Card, or 3) an Individual Tax Identification Number (ITIN) that the producer may opt for instead of a Social Security number. Mark on the W-9 which form was used to verify the number. A copy of 1-2 or 3 is no longer needed.
   b. Acknowledgement form (All Locations since Jan 2004, fill-in blank Broilers=3D Pullets=2E, Hens=2E)
   c. Disclosure Statement (Arkansas Broiler Producers as of Oct 2005)
   d. Main Contract (All Locations)
   e. Schedules (A or A "U" version, B or B37 - Broilers, C – Noel / Springdale)
   f. Addendums (Individual Locations addendums, Addendum A – Georgia broilers)

2. When filling out the W-9 form make sure it properly identifies as referenced in item 7-8 below for the different pay type status (individual – partnership – corporation). Once a W-9 form is on file it only needs to be updated when changes are needed.

3. Make sure that the appropriate "Producer or Legal Entity Name" has been entered in the appropriate blank. If the producer receives compensation in his or her individual name, the individual's legal name should be in the appropriate blank. If the producer receives compensation through a legal business entity, the name of the business entity should be in the appropriate blank. (examples: John Smith Farm Inc. or Bob Jones d/b/a Chicken Little Farm)

4. Make sure that the correct "Farm Address" is entered in the appropriate blank.

5. Make sure that the contract duration is correctly entered. The contract duration should begin on or shortly after the "Execution Date" of the contract and expire on a specific date, which will depend on the duration in years of the contract.

6. The contract should be signed by the complex manager on or before the date the producer signs the contract. (We should not have instances where the contract is signed by the complex manager after the producer signs.)
   a. The "Executed Date" of the contract should be the date the producer signs the contract.

7. If the producer is being compensated as an individual, they may use a tax identifier number instead of a social security number. Make sure they enter the number used to file their taxes when entering the producer's "Social Security Number" / "Tax Identification Number" in the appropriate blank. If the producer is being compensated through a business entity, make sure that entity's federal "Tax Identification Number" is entered in the appropriate blank.

8. If the producer is being compensated as a business entity, make sure the producer signs the contract, indicates what his position is with the entity, and makes reference to the entity.

**Corporation:**
For example, if John Smith, who is the president of John Smith Farms, Inc., should be:
a. Contracted as John Smith Farms, Inc.
b. He should sign as "**John Smith, President, John Smith Farms, Inc.**"
c. Date of signature should be the "Execution Date"

OR-

**Individual or Partnership:**
Another example, Bob Jones, who is doing business as Chicken Little Farm and is an individual or partnership but not incorporated, could use a social security number or tax identifier number, should be:
a. Contracted as **Bob Jones d/b/a Chicken Little Farm**
b. He should sign as **Bob Jones**.
c. Date of signature should be the "Execution Date"

9. Make sure that the producer's "Mailing Address" is entered in the appropriate blank.

10. Make sure all applicable addendums and schedules are signed and dated contemporaneously with the main body contract. The date of signature on the Schedule A "U" version will be the date producer is accepting/signing the updated Schedule A.

11. Make sure the entire contract packet, including a current copy of W-9, is stapled together and placed in the producer's file along with a copy of this check list.

12. Enter/update the main contract information in the grower master in GIS upon execution of the contract.

| | | |
|---|---|---|
| Complex Manager<br>Date______ | Live Production Manager<br>Date______ | Complex Controller<br>Date 8/29/14 |
| Complex Manager<br>Date______ | Live Production Manager<br>Date______ | Complex Controller<br>Date______ |
| Complex Manager<br>Date______ | Live Production Manager<br>Date______ | Complex Controller<br>Date______ |
| Complex Manager<br>Date______ | Live Production Manager<br>Date______ | Complex Controller<br>Date______ |
| Complex Manager<br>Date______ | Live Production Manager<br>Date______ | Complex Controller<br>Date______ |

## **Broiler / Hatch Egg / Pullet Contract Execution Guidelines**

Initial

1. Make sure that all applicable forms have been assembled and stapled together.
   a. All new contracts require a properly filled out W9 form and verification of one of the following to show the tax identification number for the producer: 1) SS-4 form showing their election of incorporation or partnership with their assigned EIN, or 2) Social Security Card, or 3) an Individual Tax Identification Number (ITIN) that the producer may opt for instead of a Social Security number. Mark on the W-9 which form was used to verify the number. A copy of 1-2 or 3 is no longer needed.
   b. Acknowledgement form (All Locations since Jan 2004, fill-in blank Broilers=3D Pullets=2E, Hens=2E)
   c. Disclosure Statement (Arkansas Broiler Producers as of Oct 2005)
   d. Main Contract (All Locations)
   e. Schedules (A or A "U" version, B or B37 - Broilers, C – Noel / Springdale)
   f. Addendums (Individual Locations addendums, Addendum A – Georgia broilers)

2. When filling out the W-9 form make sure it properly identifies as referenced in item 7-8 below for the different pay type status (individual – partnership – corporation). Once a W-9 form is on file it only needs to be updated when changes are needed.

3. Make sure that the appropriate "Producer or Legal Entity Name" has been entered in the appropriate blank. If the producer receives compensation in his or her individual name, the individual's legal name should be in the appropriate blank. If the producer receives compensation through a legal business entity, the name of the business entity should be in the appropriate blank. (examples: John Smith Farm Inc. or Bob Jones d/b/a Chicken Little Farm)

4. Make sure that the correct "Farm Address" is entered in the appropriate blank.

5. Make sure that the contract duration is correctly entered. The contract duration should begin on or shortly after the "Execution Date" of the contract and expire on a specific date, which will depend on the duration in years of the contract.

6. The contract should be signed by the complex manager on or before the date the producer signs the contract. (We should not have instances where the contract is signed by the complex manager after the producer signs.)
   a. The "Executed Date" of the contract should be the date the producer signs the contract.

7. If the producer is being compensated as an individual, they may use a tax identifier number instead of a social security number. Make sure they enter the number used to file their taxes when entering the producer's "Social Security Number" / "Tax Identification Number" in the appropriate blank. If the producer is being compensated through a business entity, make sure that entity's federal "Tax Identification Number" is entered in the appropriate blank.

8. If the producer is being compensated as a business entity, make sure the producer signs the contract, indicates what his position is with the entity, and makes reference to the entity.

**Corporation:**
For example, if John Smith, who is the president of John Smith Farms, Inc., should be:
a. Contracted as John Smith Farms, Inc.
b. He should sign as "**John Smith, President, John Smith Farms, Inc.**"
c. Date of signature should be the "Execution Date"

OR-

**Individual or Partnership:**
Another example, Bob Jones, who is doing business as Chicken Little Farm and is an individual or partnership but not incorporated, could use a social security number or tax identifier number, should be:
a. Contracted as **Bob Jones d/b/a Chicken Little Farm**
b. He should sign as **Bob Jones**.
c. Date of signature should be the "Execution Date"

9. Make sure that the producer's "Mailing Address" is entered in the appropriate blank.

10. Make sure all applicable addendums and schedules are signed and dated contemporaneously with the main body contract. The date of signature on the Schedule A "U" version will be the date producer is accepting/signing the updated Schedule A.

11. Make sure the entire contract packet, including a current copy of W-9, is stapled together and placed in the producer's file along with a copy of this check list.

12. Enter/update the main contract information in the grower master in GIS upon execution of the contract.

| | | |
|---|---|---|
| Complex Manager<br>Date________ | Live Production Manager<br>Date 9/22/17 | Complex Controller<br>Date 9/26/17 |
| Complex Manager<br>Date________ | Live Production Manager<br>Date________ | Complex Controller<br>Date________ |
| Complex Manager<br>Date________ | Live Production Manager<br>Date________ | Complex Controller<br>Date________ |
| Complex Manager<br>Date________ | Live Production Manager<br>Date________ | Complex Controller<br>Date________ |
| Complex Manager<br>Date________ | Live Production Manager<br>Date________ | Complex Controller<br>Date________ |

**Broiler / Hatch Egg / Pullet Contract Execution Guidelines**

Initial

1. Make sure that all applicable forms have been assembled and stapled together.
   a. All new contracts require a properly filled out W9 form and verification of one of the following to show the tax identification number for the producer: 1) SS-4 form showing their election of incorporation or partnership with their assigned EIN, or 2) Social Security Card, or 3) an Individual Tax Identification Number (ITIN) that the producer may opt for instead of a Social Security number. Mark on the W-9 which form was used to verify the number. A copy of 1-2 or 3 is no longer needed.
   b. Acknowledgement form (All Locations since Jan 2004, fill-in blank Broilers=3D Pullets=2E, Hens=2E)
   c. Disclosure Statement (Arkansas Broiler Producers as of Oct 2005)
   d. Main Contract (All Locations)
   e. Schedules (A or A "U" version, B or B37 - Broilers, C – Noel / Springdale)
   f. Addendums (Individual Locations addendums, Addendum A – Georgia broilers)

2. When filling out the W-9 form make sure it properly identifies as referenced in item 7-8 below for the different pay type status (individual – partnership – corporation). Once a W-9 form is on file it only needs to be updated when changes are needed.

3. Make sure that the appropriate "Producer or Legal Entity Name" has been entered in the appropriate blank. If the producer receives compensation in his or her individual name, the individual's legal name should be in the appropriate blank. If the producer receives compensation through a legal business entity, the name of the business entity should be in the appropriate blank. (examples: John Smith Farm Inc. or Bob Jones d/b/a Chicken Little Farm)

4. Make sure that the correct "Farm Address" is entered in the appropriate blank.

5. Make sure that the contract duration is correctly entered. The contract duration should begin on or shortly after the "Execution Date" of the contract and expire on a specific date, which will depend on the duration in years of the contract.

6. The contract should be signed by the complex manager on or before the date the producer signs the contract. (We should not have instances where the contract is signed by the complex manager after the producer signs.)
   a. The "Executed Date" of the contract should be the date the producer signs the contract.

7. If the producer is being compensated as an individual, they may use a tax identifier number instead of a social security number. Make sure they enter the number used to file their taxes when entering the producer's "Social Security Number" / "Tax Identification Number" in the appropriate blank. If the producer is being compensated through a business entity, make sure that entity's federal "Tax Identification Number" is entered in the appropriate blank.

8. If the producer is being compensated as a business entity, make sure the producer signs the contract, indicates what his position is with the entity, and makes reference to the entity.

**Corporation:**
For example, if John Smith, who is the president of John Smith Farms, Inc., should be:

a. Contracted as John Smith Farms, Inc.
b. He should sign as "**John Smith, President, John Smith Farms, Inc.**"
c. Date of signature should be the "Execution Date"

**OR-**

**Individual or Partnership:**
Another example, Bob Jones, who is doing business as Chicken Little Farm and is an individual or partnership but not incorporated, could use a social security number or tax identifier number, should be:

a. Contracted as **Bob Jones d/b/a Chicken Little Farm**
b. He should sign as **Bob Jones**.
c. Date of signature should be the "Execution Date"

9. Make sure that the producer's "Mailing Address" is entered in the appropriate blank.

10. Make sure all applicable addendums and schedules are signed and dated contemporaneously with the main body contract. The date of signature on the Schedule A "U" version will be the date producer is accepting/signing the updated Schedule A.

11. Make sure the entire contract packet, including a current copy of W-9, is stapled together and placed in the producer's file along with a copy of this check list.

12. Enter/update the main contract information in the grower master in GIS upon execution of the contract.

| | | |
|---|---|---|
| Complex Manager<br>Date 8-31-17 | Live Production Manager<br>Date 8-31-17 | Complex Controller<br>Date 8/29/17 |
| Complex Manager<br>Date____ | Live Production Manager<br>Date____ | Complex Controller<br>Date____ |
| Complex Manager<br>Date____ | Live Production Manager<br>Date____ | Complex Controller<br>Date____ |
| Complex Manager<br>Date____ | Live Production Manager<br>Date____ | Complex Controller<br>Date____ |
| Complex Manager<br>Date____ | Live Production Manager<br>Date____ | Complex Controller<br>Date____ |

## Broiler / Hatch Egg / Pullet Contract Execution Guidelines

Initial

1. Make sure that all applicable forms have been assembled and stapled together.
   a. All new contracts require a properly filled out W9 form and verification of one of the following to show the tax identification number for the producer: 1) SS-4 form showing their election of incorporation or partnership with their assigned EIN, or 2) Social Security Card, or 3) an Individual Tax Identification Number (ITIN) that the producer may opt for instead of a Social Security number. Mark on the W-9 which form was used to verify the number. A copy of 1-2 or 3 is no longer needed.
   b. Acknowledgement form (All Locations since Jan 2004, fill-in blank Broilers=3D Pullets=2E, Hens=2E)
   c. Disclosure Statement (Arkansas Broiler Producers as of Oct 2005)
   d. Main Contract (All Locations)
   e. Schedules (A or A "U" version, B or B37 - Broilers, C – Noel / Springdale)
   f. Addendums (Individual Locations addendums, Addendum A – Georgia broilers)

2. When filling out the W-9 form make sure it properly identifies as referenced in item 7-8 below for the different pay type status (individual – partnership – corporation).. Once a W-9 form is on file it only needs to be updated when changes are needed.

3. Make sure that the appropriate "Producer or Legal Entity Name" has been entered in the appropriate blank. If the producer receives compensation in his or her individual name, the individual's legal name should be in the appropriate blank. If the producer receives compensation through a legal business entity, the name of the business entity should be in the appropriate blank. (examples: John Smith Farm Inc. or Bob Jones d/b/a Chicken Little Farm)

4. Make sure that the correct "Farm Address" is entered in the appropriate blank.

5. Make sure that the contract duration is correctly entered. The contract duration should begin on or shortly after the "Execution Date" of the contract and expire on a specific date, which will depend on the duration in years of the contract.

6. The contract should be signed by the complex manager on or before the date the producer signs the contract. (We should not have instances where the contract is signed by the complex manager after the producer signs.)
   a. The "Executed Date" of the contract should be the date the producer signs the contract.

7. If the producer is being compensated as an individual, they may use a tax identifier number instead of a social security number. Make sure they enter the number used to file their taxes when entering the producer's "Social Security Number" / "Tax Identification Number" in the appropriate blank. If the producer is being compensated through a business entity, make sure that entity's federal "Tax Identification Number" is entered in the appropriate blank.

8. If the producer is being compensated as a business entity, make sure the producer signs the contract, indicates what his position is with the entity, and makes reference to the entity.

**Corporation:**
For example, if John Smith, who is the president of John Smith Farms, Inc., should be:
a. Contracted as John Smith Farms, Inc.
b. He should sign as "**John Smith, President, John Smith Farms, Inc.**"
c. Date of signature should be the "Execution Date"

OR-

**Individual or Partnership:**
Another example, Bob Jones, who is doing business as Chicken Little Farm and is an individual or partnership but not incorporated, could use a social security number or tax identifier number, should be:
a. Contracted as **Bob Jones d/b/a Chicken Little Farm**
b. He should sign as **Bob Jones**.
c. Date of signature should be the "Execution Date"

9. Make sure that the producer's "Mailing Address" is entered in the appropriate blank.

10. Make sure all applicable addendums and schedules are signed and dated contemporaneously with the main body contract. The date of signature on the Schedule A "U" version will be the date producer is accepting/signing the updated Schedule A.

11. Make sure the entire contract packet, including a current copy of W-9, is stapled together and placed in the producer's file along with a copy of this check list.

12. Enter/update the main contract information in the grower master in GIS upon execution of the contract.

| | | |
|---|---|---|
| Complex Manager<br>Date________ | Live Production Manager<br>Date________ | Complex Controller<br>Date________ |
| Complex Manager<br>Date________ | Live Production Manager<br>Date________ | Complex Controller<br>Date________ |
| Complex Manager<br>Date________ | Live Production Manager<br>Date________ | Complex Controller<br>Date________ |
| Complex Manager<br>Date________ | Live Production Manager<br>Date________ | Complex Controller<br>Date________ |
| Complex Manager<br>Date________ | Live Production Manager<br>Date________ | Complex Controller<br>Date________ |

# COMMONWEALTH OF KENTUCKY
## TREY GRAYSON, SECRETARY OF STATE

**Division of Corporations**
**Business Filings**
PO Box 718
Frankfort, KY 40602
(502) 564-3490
www.sos.ky.gov

Statement of Consent of Registered Agent (Domestic or Foreign Business Entity) CRA

Pursuant to the provisions of KRS Chapter 271B, 273, 274, 275, 362 or 386, the undersigned applicant consents to act as registered agent on behalf of the business entity named below and, for that purpose, submits the following statements:

1. The business entity is
   - ☐ a corporation (KRS 271B, KRS 273 or KRS 274)
   - ☒ a limited liability company (KRS 275)
   - ☐ a limited partnership (KRS 362)
   - ☐ a limited liability partnership (KRS 362)
   - ☐ a business trust (KRS 386)

2. The name of the business entity is ICU Chickens, LLC.

3. The state or country of incorporation, organization or formation is Kentucky.

4. The name of the initial registered agent is William M. Rickard.

5. The street address of the registered office address in Kentucky is:

| Street Address (No Post Office Box Numbers) | City | State | Zip Code |
|---|---|---|---|
| 311 Branch Schoohouse Road | Sacramento | KY | 42373 |

I declare under penalty of perjury under the laws of Kentucky that the forgoing is true and correct.

| Signature of Registered Agent | Printed Name | Title |
|---|---|---|
| William M Rickard | William M. Rickard | Pres |

(09/09)

TYSON_116787

# COMMONWEALTH OF KENTUCKY
# JOHN Y. BROWN III
# SECRETARY OF STATE

000673

## STATEMENT OF CONSENT OF REGISTERED AGENT

Pursuant to the provisions of KRS Chapter 271B, 273, 275 or 362, the undersigned hereby consents to act as registered agent on behalf of the business entity named below and for that purpose submits the following statements:

1. The business entity is
   - ☐ a corporation (KRS 271B or KRS 273)
   - ☑ a limited liability company (KRS 275)
   - ☐ a limited partnership (KRS 362)

2. The name of the business entity is
   RICKARD FARMS, LLC.

3. The state or country of incorporation, organization or formation is KENTUCKY.

4. The name of the initial registered agent is
   WILLIAM M. RICKARD.

5. The street address of the registered office address in Kentucky is
   311 BRANCH SCHOOL HOUSE ROAD, SACRAMENTO, KY 42372.
   Street City State Zip Code

STATE OF KENTUCKY, COUNTY OF McLEAN, SCT.
I, LINDA RAY JOHNSON, McLEAN COUNTY CLERK, DO CERTIFY THAT THE FOREGOING Art of Org WAS LODGED IN MY OFFICE AT 11:02 O'CLOCK Am ON Oct 10 2003 AND THAT I HAVE RECORDED IT, THE FOREGOING AND THIS CERTICATE IN MY SAID OFFICE, GIVEN UNDER MY HAND THIS 10th DAY OF October 2003
LINDA RAY JOHNSON, CLERK BY: [signature]

[signature]
Signature of registered agent

WILLIAM M. RICKARD, MEMBER
Type or Print Name & Title, if applicable

Date: September 29, 20 03

SSC-109 (7/98) (See attached sheet for instructions)

# COMMONWEALTH OF KENTUCKY
## TREY GRAYSON, SECRETARY OF STATE

| | |
|---|---|
| **Division of Corporations**<br>**Business Filings**<br>PO Box 718<br>Frankfort, KY 40602<br>(502) 564-3490<br>www.sos.ky.gov | Statement of Consent of Registered Agent (Domestic or Foreign Business Entity) CRA |

Pursuant to the provisions of KRS Chapter 271B, 273, 274, 275, 362 or 386, the undersigned applicant consents to act as registered agent on behalf of the business entity named below and, for that purpose, submits the following statements:

1. The business entity is
   - ☐ a corporation (KRS 271B, KRS 273 or KRS 274)
   - ☒ a limited liability company (KRS 275)
   - ☐ a limited partnership (KRS 362)
   - ☐ a limited liability partnership (KRS 362)
   - ☐ a business trust (KRS 386)
2. The name of the business entity is ICU Chickens, LLC.
3. The state or country of incorporation, organization or formation is Kentucky.
4. ~~The name of the initial registered agent is William M. Rickard~~.
5. The street address of the registered office address in Kentucky is:

| Street Address (No Post Office Box Numbers) | City | State | Zip Code |
|---|---|---|---|
| 311 Branch Schoohouse Road | Sacramento | KY | 42373 |

I declare under penalty of perjury under the laws of Kentucky that the forgoing is true and correct.

| Signature of Registered Agent | Printed Name | Title |
|---|---|---|
| [signature] | William M. Rickard | Pres |

(09/09)

MCLEAN COUNTY
A 5 PG555

0760364.06 darmstrong
ADD
Trey Grayson, Secretary of State
Received and Filed:
4/6/2010 10:29 AM
Fee Receipt: $40.00

## ARTICLES OF ORGANIZATION

The undersigned person, acting as organizer of a limited liability company under the Kentucky Limited Liability Company Act, KRS 275.001, et seq., adopts the following Articles of Organization for such limited liability company:

**FIRST:** The name of the limited liability company is:

**ICU CHICKENS, LLC**

**SECOND:** The principal place of business:

311 Branch Schoolhouse Road
Sacramento, KY 42372

**THIRD:** The street address of the initial registered office of the limited liability company is:

311 Branch Schoolhouse Road
Sacramento, KY 42372

The name of its proposed registered agent in Kentucky at that address is:

**William M. Rickard**

**FOURTH:** The management is vested in the Members.

**FIFTH:** The term of the limited liability company shall be perpetual.

**SIXTH:** The name and address of each Member is:

William M. Rickard
~~311 Branch Schoolhouse Road~~
Sacramento, KY 42372

MCLEAN COUNTY
A 5 PG556

Sondra D. Rickard
311 Branch Schoolhouse Road
Sacramento, KY 42372

William M. Rickard, Member

Sondra D. Rickard, Member

STATE OF KENTUCKY
COUNTY OF HENDERSON

The foregoing instrument was subscribed, sworn and acknowledged before me by William M. Rickard and Sondra D. Rickard, Members, this the 19th day of March, 2010.

Notary Public
My commission expires: Sept 17 2013

This instrument was prepared by:
Hon. Harry L. Mathison
KING, DEEP AND BRANAMAN
127 North Main St., P. O. Box 43
Henderson, KY 42419-0043
(270) 827-1852

DOCUMENT NO: 32427
RECORDED ON: April 15, 2010 11:36:00AM
COUNTY CLERK: LINDA R JOHNSON
COUNTY: MCLEAN COUNTY
BOOK: A 5 PAGE: 555 - 556- ADI

Signed: