**ELECTRONICALLY FILED**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| CHARLES MORRIS, et al. | ) | |
| | ) | |
| Plaintiffs. | ) | Case No. 4:15-cv-00077 |
| | ) | |
| v. | ) | Judge: Benjamin J. Beaton |
| | ) | |
| TYSON CHICKEN, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

---

**PLAINTIFFS' SUPPLEMENTAL EXPERT DISCLOSURE PURSUANT TO FRCP 26(a)(2)**

---

Come now the Plaintiffs, by and through counsel, and hereby provide notice that Plaintiffs' expert, Kyle Stiegert, Ph. D. has died. Plaintiffs advised defense counsel of same and the parties advised the Court of same in the Joint Response Regarding Motion for Trial Date and Pretrial Matters filed on August 17, 2022. Plaintiffs represented to the Defendant that they would file a supplemental FRCP 26 disclosure outlining who their new expert would be by August 26, 2022. Plaintiff now file this supplemental expert disclosure, pursuant to FRCP 26(a)(2), stating that the following individual may be used at trial to present expert testimony:

Gary L. French, Ph.D.
Principal Consultant
Monument Economics Group
Office Phone: (703)-721-3679
Email: gfrench@megconsulting.com

Plaintiffs at this time file a Declaration of Gary L. French, Ph.D, attached hereto. Plaintiffs will provide to Defendant a report and exhibits containing the specifications contained in FRCP 26(a)(2)(B)(i-vi), pursuant to the Court's Text Order dated August 18, 2022.

On this the 24th day of August, 2022.

Respectfully submitted,

/s/ John C. Whitfield
John C. Whitfield
Caroline Ramsey Taylor
**WHITFIELD COLEMAN BULLOCK, LLP**
19 North Main Street
Madisonville, Kentucky 42431
Telephone: (270) 821-0656
Fax: (270) 825-1163
Emails: jwhitfield@wbcfirm.com

J. Dudley Butler (MS Bar #7626)
**BUTLER FARM & RANCH LAW GROUP, PLLC**
499-A Breakwater Dr.
Benton, MS 39039
Telephone: (662) 673-0091
Fax: (662) 673-0091
Email: jdb@farmandranchlaw.com

David S Muraskin
**PUBLIC JUSTICE, P.C.**
1620 L Street NW, Suite 630
Washington, D.C. 20036
Telephone: (202) 797-8600
Fax: (202) 232-7203
Email: dmuraskin@publicjustice.net

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing pleading with the Clerk of the U.S. District Court by using the CM/ECF System which will send notice to all counsel of record, on this the 24th day of August, 2022.

Robert T. Adams, Mo. Bar No. 34612*
Mark C. Tatum, Mo. Bar No. 50082*
Steve Soden , Mo. Bar No. 41917*
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
mtatum@shb.com
rtadams@shb.com
ssoden@shb.com
*admitted pro hac vice*

Marc Wells
209 West Main Street
P.O. Box 644
Princeton, Kentucky 42445

***Attorneys for Defendants***

/s/ John C. Whitfield
John C. Whitfield (KY Bar # 76410)
WHITFIELD COLEMAN BULLOCK, LLP
19 North Main Street
Madisonville, Kentucky
42431
Tel: (270) 821-0656
Fax: (270) 825-1163
Email: jwhitfield@wcbfirm.com

***Attorney for Plaintiffs***