ELECTRONICALLY FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| CHARLES MORRIS, et al. | ) | |
| | ) | |
| Plaintiffs. | ) | Case No. 4:15-cv-00077 |
| | ) | |
| v. | ) | Judge: Benjamin J. Beaton |
| | ) | |
| TYSON CHICKEN, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

# DECLARATION OF GARY L. FRENCH

1. My name is Gary L. French, and I am affiliated with Monument Economics Group in Arlington, Virginia as a Principal Consultant. After high school, I attended the University of Houston and earned three degrees, culminating in a Ph.D. in economics. I then began my professional career in academia, first at Texas A&I University (now Texas A&M University at Kingsville, Texas) and then at Old Dominion University in Norfolk, Virginia.

2. As a full-time university faculty member for eight years, I taught undergraduate courses in economics, finance, and statistics and graduate courses in economics. I also prepared scholarly papers that were published in refereed economics journals, namely *Southern Economic Journal*, *Atlantic Economic Journal*, *Economic Affairs*, and *Nebraska Journal of Economics and Business*.

3. In 1979, I left academia and joined Nathan Associates in Washington, D.C., where I worked first as an employee and then as an affiliated consultant for over 40 years. More recently, I became an affiliated consultant with Monument Economics Group. During my last 15 years as an employee at Nathan Associates, I was a senior vice president and head of the firm's litigation consulting practice.

4. In most of my engagements over the 40-plus years of my consulting career, I have served as an expert economist witness for participants in federal and state litigation or regulatory proceedings. Altogether, I have served as an expert economist in about 250 cases and proceedings. In most of these matters, I have submitted at least one expert report, affidavit, or declaration and have been deposed in many of them. In addition, I have testified orally before a court on 40 to 45 occasions.

5. Around 80 of my engagements have been in cases involving antitrust or competition issues. Also, several of my past cases have involved food or agricultural products, including blueberries, macadamia nuts, pineapples, and potatoes. Additional information about my qualifications and experience including my testimony over the past four years can be found in my resume attached as Appendix A.

6. In this current case, plaintiffs' counsel asked me to replace the late Dr. Kyle Stiegert as the expert witness and to rely upon the contents of Dr. Stiegert's initial and supplemental declarations. I studied Dr. Stiegert's declarations and found the analysis and opinions therein to be sound and consistent with economic theories and principles. Consequently, I have agreed to serve as Dr. Stiegert's replacement going forward. As the new plaintiffs' expert, I will review a considerable portion of the record in this case, including some of the pleadings, other expert reports, deposition transcripts, websites, emails, academic and industry literature, and various other data, documents, and materials.

7. I understand that a report by me updating the damages calculations shall be served by October 28, 2022, and that I will be deposed by November 18, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief, and that this declaration was executed in Arlington, Virginia on the date below.

Gary L. French ____________________ Aug. 24, 2022 ____________

Gary L. French Date

# Appendix A

MEG | MONUMENT ECONOMICS GROUP


# Gary L. French, Ph.D.

Principal Consultant
Monument Economics Group
Office Phone: (703) 721-3679
Mobile Phone: (703) 727-7046
Email: gfrench@megconsulting.com


## Professional Summary

Dr. French has been a full-time economic consultant for over 40 years. Most of his consulting has been related to litigation or regulation, and he has often provided expert testimony before federal and state courts and regulatory authorities. His experience extends to many kinds of litigation and to energy, telecommunications, and trade regulation. In the course of his consulting work, he has become familiar with a variety of businesses, industries, and markets. Earlier in his career, he served on the faculties of three different universities, and taught courses in economics, finance, and statistics.

## Specialized Experience, Research, or Interest

Antitrust, business and asset valuation, damage analysis, class certification issues, franchising, telecommunications (especially wireless), and wholesale and retail trade and product distribution.

## Education

- Ph.D., Economics, University of Houston, 1973
- M.A., Economics, University of Houston, 1971
- B.B.A., University of Houston, 1966

## Professional Employment

- Nathan Associates Inc., Arlington, VA, Senior Advisor, 2011-2021; Senior Vice President, 1995-2010; Vice President, 1987-1995; Principal Associate, 1981-1987; Senior Associate, 1979-1981
- Independent Consultant, 1977-1979
- Old Dominion University, Norfolk, VA, Assistant Professor of Economics, 1976-1979

- Texas A&I University, Kingsville, TX, Assistant Professor of Economics and Finance, 1972-1976
- University of Houston, Houston, TX, Instructor of Finance, 1971-1972

## Testifying Experience in the Last Four Years

*Profoot, Inc. v. Bayer Healthcare LLC, et al.*

- U.S. District Court for the District of New Jersey
- Civil Action No. 3:11-cv-7079-AET-LAG
- Testimony: Deposition, Testimony
- Retained by Plaintiffs
- Protective Order: Yes
- Case Description: Relevant market definition, market power analysis, and assessment of competitive effects.

*Francis Fenwick, et al. v. Ranbaxy Pharmaceuticals, Inc., et al.*

- U.S. District Court for the District of New Jersey
- Civil Action No. 3:12-cv-07354-PGS-DEA
- Testimony: Deposition, Testimony
- Retained by Plaintiffs
- Protective Order: Yes
- Case Description: Calculation of aggregate damages to a consumer class from alleged product contamination.

*Greenpenz 2600 Virginia Avenue, LLC, et al. v. Eurocapital Properties, LLC, et al.*

- Superior Court of the District of Columbia, Civil
- Case No. 2016 CA 00710 B
- Testimony: Deposition, Testimony
- Retained by Plaintiffs
- Protective Order: Yes
- Case Description: Calculation of expenses and lost business opportunities caused by construction malfeasance.

*In Re Loestrin Antitrust Litigation*

- U.S. District Court for the District of Rhode Island
- Civil Action No. MDL Docket 1:13-md-02472
- Testimony: Deposition, Testimony
- Retained by Plaintiffs
- Protective Order: Yes
- Case Description: Calculation of aggregate damages and analysis of impact to a class from alleged anticompetitive activity.

*In Re Keurig Green Mountain Single-Serve Coffee*

- U.S. District Court for the Southern District of New York
- Civil Action No. 14-md-02542-VSB, MDL No. 2542
- Testimony: Deposition, Testimony
- Retained by Direct Purchaser Plaintiffs
- Protective Order: Yes
- Case Description: Analysis of class certification, relevant market definition, analysis of liability issues, and quantification of damages to the direct purchaser class.

## Earlier Testifying Experience

DR. FRENCH HAS PROVIDED ORAL EXPERT TESTIMONY IN MATTERS BEFORE THE FOLLOWING ENTITIES:

### *U.S. District Courts*

- Central District of California, Western Division
- District of Columbia
- District of Connecticut
- District of Illinois
- District of Maryland
- District of Minnesota, Third Division
- District of New Jersey
- Eastern District of Michigan
- Eastern District of Missouri, Eastern Division
- Eastern District of New York
- Eastern District of Pennsylvania
- Eastern District of Texas, Texarkana and Tyler Divisions
- Eastern District of Virginia, Norfolk and Alexandria Divisions
- Eastern District of Washington
- Middle District of Alabama, Northern Division
- Middle District of Florida, Jacksonville Division
- Middle District of Tennessee, Nashville Division
- Northern District of California, San Jose and San Francisco Divisions

### *U.S. Bankruptcy Court*

- Middle District of Florida
- Northern District of Mississippi

***U.S. Tax Court***

***State Courts***

- Arlington County, VA
- Baltimore County, MD
- Charles County, MD
- City of Virginia Beach, VA
- Cook County, IL
- County of Maricopa, AZ
- County of Philadelphia, PA
- County of San Diego, CA
- Fairfax County, VA
- Fulton County, GA
- Harris County, TX
- Madison County, IL
- Montgomery County, MD
- Palm Beach and Alameda Counties, FL
- San Francisco County, CA
- San Joaquin County, CA
- Tarrant County, TX

***Regulatory Authorities***

- Federal Maritime Commission
- Massachusetts Department of Public Utilities
- International Trade Commission
- Office of Hearings and Appeals, U.S. Department of Energy

***Supreme Court of British Columbia, Canada***

DR. FRENCH HAS PROVIDED ONLY WRITTEN EXPERT TESTIMONY IN MATTERS BEFORE THE FOLLOWING ENTITIES:

***U.S. District Courts***

- District of Idaho, Eastern Division
- District of South Carolina, Greenville and Columbia Divisions
- Northern District of Ohio, Eastern Division
- Northern District of Georgia
- Southern District of California
- Southern District of Florida
- Southern District of Indiana
- Southern District of Mississippi, Jackson Division

***State Courts***

- Atlantic City, NJ
- City of Alexandria, VA
- City and County of San Francisco, CA
- Cole County, MO
- County of New York, NY
- Fayette County, TN
- Hamilton County, OH
- Ocean City, NJ

***Ontario Superior Court of Justice, Canada***

***Regulatory Authorities***

- Federal Communications Commission
- U.S. Department of Transportation

## Professional Consulting Expertise

- Antitrust economics, including market definition, measurement of market shares, and assessments of market power and competitive impacts of horizontal and vertical restraints, predatory conduct, and monopolizing behavior
- Economic, financial, marketing, and statistical analyses of issues in litigation and regulation
- Analysis of damage causation and estimation of the magnitude of damages in litigation
- Valuation and financial analyses of businesses and business assets
- Analyses of business franchising and franchisor-franchisee relationships
- Survey and market research
- Public policy analyses and applied economics

## Seminars and Presentations

- Seminar on damage analysis and valuation, presented to Hogan & Hartson, Washington, D.C., Dec. 1985 and to Shaw, Pittman, Potts & Trowbridge, Washington, D.C., April 1986.
- "Economic Damage and Valuation: Use of Forensic Economics," presented at the Twelfth Annual Convention of the Virginia Association of Defense Attorneys, October 4, 1986.
- "Experts and Ethics" Panel, New York State Bar Association, 130th Annual Meeting, January 25, 2007.
- "Verticality Regains Relevance," presented to the annual conference of the American Antitrust Institute, June 2008.

## Publications

- "Scientific Issues: Introduction to Economic Damages Analysis," (with Douglas A. Young and John L. Solow), in David Faigman, et al., editors, *Modern Scientific Evidence, The Law and Science of Expert Testimony*, Volume 1, Chapter 9, Sections 9:10 through 9:87, Thomson West, 2006.
- Article concerning the role of economics in litigation, "Commentary & Insight." *Legal Times*, VI, No. 30 (Dec. 26, 1983/Jan. 2, 1984).
- "The Redistributive Impact of the Atlanta Mass Transit System: A Comment" (with W.K. Talley). *Southern Economic Journal*, 47, No. 3 (Jan. 1981).

- "Linder's Trade Thesis: A Further Examination" (with J.W. Sailors and U.A. Qureshi). *Southern Economic Journal*, 46, No. 3 (Jan. 1980).
- "A Regional Test of the Ricardian Theory of Comparative Advantage" (with U.A. Qureshi). *Atlantic Economic Journal*, 6, No. 2 (July 1978).
- "Factor Proportions and Regional Trade in the United States." In Proceedings of the Southwestern Society of Economists II, (Mar. 1977).
- "Economic Development and World Trade" (with R.N. Bean). *Economic Affairs*, XX, No. 8 (Aug. 1975).
- "A Regional Test of the Heckscher-Ohlin Theory of International Trade." *Nebraska Journal of Economics and Business*, XIV, No. 3 (Summer 1975).

## Awards and Honors

- National Science Foundation Graduate Traineeship, 1967–1970
- Omicron Delta Epsilon
- Beta Gamma Sigma
- Top Ten Student, University of Houston, 1969–1970

## Professional Memberships

- American Economic Association
- Industrial Organization Society
- National Association for Business Economics
- Advisory Board, American Antitrust Institute