**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | | |
|---|---|---|
| CHARLES MORRIS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:15-cv-00077-BJB-HBB |
| v. | ) | |
| | ) | Judge: Benjamin J. Beaton |
| TYSON CHICKEN, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

# DEFENDANT TYSON CHICKEN, INC.'S TRIAL EXHIBIT LIST

Defendant Tyson Chicken, Inc. ("Tyson") pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Order of May 10, 2023 [ECF no. 321] makes the following pretrial disclosure of its trial exhibits:

| DX No. | Description |
|---|---|
| 1 | Robards Grower Rankings |
| 2 | Robards Bottomline Reports for 2010 to 2022 |
| 3 | Robards Settlement Data Spreadsheets 2010 to 2022 |
| 4 | Grower Pay Recaps (Accounting) |
| 5 | Hatchery Data |
| 6 | Feed Mill Data Reports |
| 7 | Week-End Flock Results by Farm |
| 8 | Tyson – Elam: 2010 to 2018 Pay, Density, and Production Comparison Spreadsheet |
| 9 | Photos of Plaintiffs' houses |
| 10 | Tyson Animal Welfare Program for Growers |
| 11 | Tyson Broiler Dept. Temperature Guidelines |
| 12 | Packet for #1 house on each farm re guidelines etc. |
| 13 | Lighting Program |
| 14 | Tyson Broiler Program |
| 15 | Tyson Biosecurity Manual |

| DX No. | Description |
|---|---|
| 16 | Spreadsheet re Robards Planning Manual |
| 17 | New House Construction Guidelines |
| 18 | AWQA Minimum Requirements Version 4.0 |
| 19 | USDA January 1998 Instructions for Weighing Live Poultry |
| 20 | Animal Welfare Audits |
| 21 | Hatchery Mortality Reports |
| 22 | AgriStats Live Rankings Report |
| 23 | Sebree Feed Mill Information Charts |
| 24 | Tables of Tyson Service Technicians with assigned farms |
| 25 | Animal Well-Being Training Hand Catch and Transport |
| 26 | Tyson Robards Live Haul Department Emergency Plans |
| 27 | Training and Education Materials utilized by Service Techs |
| 28 | Robards chicks placed 05.2010 to 12.15.2018 |
| 29 | 2018.12.20 Robards Grower List |
| 30 | Feed Outage Reports |
| 31 | Field Assay Quality Scores for Sebree |
| 32 | Poultry production worksheet for all Robards complex Growers |
| 33 | Agristats data for 2010 to 2022 |
| 34 | Animal welfare training sheets |
| 35 | Plaintiffs' fuel summaries |
| 36 | Tyson's Growers' House Square Footage Sheets |
| 37 | Jim Gottsponer 2014-2015 Call Notes |
| 38 | Flock-Average Pay Spreadsheets |
| 39 | Deposition Transcript and videotape of Eric Brown taken January 25, 2019 |
| 40 | Deposition Transcript and videotape of David Dickey taken September 20, 2018 |
| 41 | Amended Notice of Oral and Video Deposition of Defendant Tyson Chicken, Inc., Pursuant to Fed. R. Civ. P. 30(b)(6), ECF 98, 7/17/18, Leis Depo Ex 1 |
| 42 | 30(b)(6) Deposition Transcript and videotape of Tyson Chicken, Inc. through Jim Leis taken October 10, 2018 |
| 43 | Deposition Transcript and videotape of Neil Barfield taken September 19, 2018 |
| 44 | Deposition Transcript and videotape of Kenny Bartley taken March 4, 2019 |
| 45 | Deposition Transcript and videotape of Jim Gottsponer taken October 11,2018 |
| 46 | Deposition Transcript and videotape of Ben Grant taken January 23, 2019 |
| 47 | Deposition Transcript and videotape of Amber Hartley taken January 24, 2019 |
| 48 | Deposition Transcript and videotape of Dr. Steve McCarter taken January 24, 2018 |
| 49 | Deposition Transcript and videotape of Beau McGuire taken January 23, 2019 |
| 50 | Deposition Transcript and videotape of David Mears taken October 12, 2018 |
| 51 | Deposition Transcript and videotape of Jared Shelton taken September 21, 2018 |

| DX No. | Description |
|---|---|
| 52 | Deposition Transcript and videotape of Brian Thomas taken January 25, 2019 |
| 53 | Grower File for Plaintiff Doug Brown |
| 54 | Contracts and related agreements for Plaintiff Doug Brown |
| 55 | Settlement Packets for Plaintiff Doug Brown |
| 56 | Feed Tickets for Plaintiff Doug Brown |
| 57 | Condemnation certificates for Plaintiff Doug Brown |
| 58 | Settlement Reports for Plaintiff Doug Brown |
| 59 | Mortality sheets for Plaintiff Doug Brown |
| 60 | Grower Recaps for Plaintiff Doug Brown |
| 61 | Profit and Loss sheets for Plaintiff Doug Brown |
| 62 | Bookkeeping records for Plaintiff Doug Brown |
| 63 | Quote and Loan documents for Plaintiff Doug Brown |
| 64 | Financial documents produced by Plaintiffs for Plaintiff Doug Brown |
| 65 | Insurance policies for Plaintiff Doug Brown |
| 66 | Upgrade history for Plaintiff Doug Brown |
| 67 | Tax returns for Plaintiff Doug Brown |
| 68 | Interrogatory responses for Plaintiff Doug Brown |
| 69 | Deposition transcript for Plaintiff Doug Brown |
| 70 | Documents produced by Plaintiff Doug Brown |
| 71 | Grower File for Plaintiff Christopher Burch |
| 72 | Contracts and related agreements for Plaintiff Christopher Burch |
| 73 | Settlement Packets for Plaintiff Christopher Burch |
| 74 | Feed Tickets for Plaintiff Christopher Burch |
| 75 | Condemnation certificates for Plaintiff Christopher Burch |
| 76 | Settlement Reports for Plaintiff Christopher Burch |
| 77 | Mortality sheets for Plaintiff Christopher Burch |
| 78 | Grower Recaps for Plaintiff Christopher Burch |
| 79 | Profit and Loss sheets for Plaintiff Christopher Burch |
| 80 | Bookkeeping records for Plaintiff Christopher Burch |
| 81 | Quote and Loan documents for Plaintiff Christopher Burch |
| 82 | Financial documents produced by Plaintiffs for Plaintiff Christopher Burch |
| 83 | Insurance policies for Plaintiff Christopher Burch |
| 84 | Upgrade history for Plaintiff Christopher Burch |
| 85 | Tax returns for Plaintiff Christopher Burch |
| 86 | Interrogatory responses for Plaintiff Christopher Burch |
| 87 | Deposition transcript for Plaintiff Christopher Burch |
| 88 | Documents produced by Plaintiff Christopher Burch |
| 89 | Grower File for Plaintiff Dennis Clapp |
| 90 | Contracts and related agreements for Plaintiff Dennis Clapp |

| DX No. | Description |
|---|---|
| 91 | Settlement Packets for Plaintiff Dennis Clapp |
| 92 | Feed Tickets for Plaintiff Dennis Clapp |
| 93 | Condemnation certificates for Plaintiff Dennis Clapp |
| 94 | Settlement Reports for Plaintiff Dennis Clapp |
| 95 | Mortality sheets for Plaintiff Dennis Clapp |
| 96 | Grower Recaps for Plaintiff Dennis Clapp |
| 97 | Profit and Loss sheets for Plaintiff Dennis Clapp |
| 98 | Bookkeeping records for Plaintiff Dennis Clapp |
| 99 | Quote and Loan documents for Plaintiff Dennis Clapp |
| 100 | Financial documents produced by Plaintiffs for Plaintiff Dennis Clapp |
| 101 | Insurance policies for Plaintiff Dennis Clapp |
| 102 | Upgrade history for Plaintiff Dennis Clapp |
| 103 | Tax returns for Plaintiff Dennis Clapp |
| 104 | Interrogatory responses for Plaintiff Dennis Clapp |
| 105 | Deposition transcript for Plaintiff Dennis Clapp |
| 106 | Documents produced by Plaintiff Dennis Clapp |
| 107 | Grower File for Plaintiff Keith Crabtree |
| 108 | Contracts and related agreements for Plaintiff Keith Crabtree |
| 109 | Settlement Packets for Plaintiff Keith Crabtree |
| 110 | Feed Tickets for Plaintiff Keith Crabtree |
| 111 | Condemnation certificates for Plaintiff Keith Crabtree |
| 112 | Settlement Reports for Plaintiff Keith Crabtree |
| 113 | Mortality sheets for Plaintiff Keith Crabtree |
| 114 | Grower Recaps for Plaintiff Keith Crabtree |
| 115 | Profit and Loss sheets for Plaintiff Keith Crabtree |
| 116 | Bookkeeping records for Plaintiff Keith Crabtree |
| 117 | Quote and Loan documents for Plaintiff Keith Crabtree |
| 118 | Financial documents produced by Plaintiffs for Plaintiff Keith Crabtree |
| 119 | Insurance policies for Plaintiff Keith Crabtree |
| 120 | Upgrade history for Plaintiff Keith Crabtree |
| 121 | Tax returns for Plaintiff Keith Crabtree |
| 122 | Interrogatory responses for Plaintiff Keith Crabtree |
| 123 | Deposition transcript for Plaintiff Keith Crabtree |
| 124 | Documents produced by Plaintiff Keith Crabtree |
| 125 | Grower File for Plaintiff Loi Hong |
| 126 | Contracts and related agreements for Plaintiff Loi Hong |
| 127 | Settlement Packets for Plaintiff Loi Hong |
| 128 | Feed Tickets for Plaintiff Loi Hong |
| 129 | Condemnation certificates for Plaintiff Loi Hong |

| DX No. | Description |
|---|---|
| 130 | Settlement Reports for Plaintiff Loi Hong |
| 131 | Mortality sheets for Plaintiff Loi Hong |
| 132 | Grower Recaps for Plaintiff Loi Hong |
| 133 | Profit and Loss sheets for Plaintiff Loi Hong |
| 134 | Bookkeeping records for Plaintiff Loi Hong |
| 135 | Quote and Loan documents for Plaintiff Loi Hong |
| 136 | Financial documents produced by Plaintiffs for Plaintiff Loi Hong |
| 137 | Insurance policies for Plaintiff Loi Hong |
| 138 | Upgrade history for Plaintiff Loi Hong |
| 139 | Tax returns for Plaintiff Loi Hong |
| 140 | Interrogatory responses for Plaintiff Loi Hong |
| 141 | Deposition transcript for Plaintiff Loi Hong |
| 142 | Documents produced by Plaintiff Loi Hong |
| 143 | Grower File for Plaintiff Calvin Leisure |
| 144 | Contracts and related agreements for Plaintiff Calvin Leisure |
| 145 | Settlement Packets for Plaintiff Calvin Leisure |
| 146 | Feed Tickets for Plaintiff Calvin Leisure |
| 147 | Condemnation certificates for Plaintiff Calvin Leisure |
| 148 | Settlement Reports for Plaintiff Calvin Leisure |
| 149 | Mortality sheets for Plaintiff Calvin Leisure |
| 150 | Grower Recaps for Plaintiff Calvin Leisure |
| 151 | Profit and Loss sheets for Plaintiff Calvin Leisure |
| 152 | Bookkeeping records for Plaintiff Calvin Leisure |
| 153 | Quote and Loan documents for Plaintiff Calvin Leisure |
| 154 | Financial documents produced by Plaintiffs for Plaintiff Calvin Leisure |
| 155 | Insurance policies for Plaintiff Calvin Leisure |
| 156 | Upgrade history for Plaintiff Calvin Leisure |
| 157 | Tax returns for Plaintiff Calvin Leisure |
| 158 | Interrogatory responses for Plaintiff Calvin Leisure |
| 159 | Deposition transcript for Plaintiff Calvin Leisure |
| 160 | Documents produced by Plaintiff Calvin Leisure |
| 161 | Grower File for Plaintiff Charles Morris |
| 162 | Contracts and related agreements for Plaintiff Charles Morris |
| 163 | Settlement Packets for Plaintiff Charles Morris |
| 164 | Feed Tickets for Plaintiff Charles Morris |
| 165 | Condemnation certificates for Plaintiff Charles Morris |
| 166 | Settlement Reports for Plaintiff Charles Morris |
| 167 | Mortality sheets for Plaintiff Charles Morris |
| 168 | Grower Recaps for Plaintiff Charles Morris |

| DX No. | Description |
|---|---|
| 169 | Profit and Loss sheets for Plaintiff Charles Morris |
| 170 | Bookkeeping records for Plaintiff Charles Morris |
| 171 | Quote and Loan documents for Plaintiff Charles Morris |
| 172 | Financial documents produced by Plaintiffs for Plaintiff Charles Morris |
| 173 | Insurance policies for Plaintiff Charles Morris |
| 174 | Upgrade history for Plaintiff Charles Morris |
| 175 | Tax returns for Plaintiff Charles Morris |
| 176 | Interrogatory responses for Plaintiff Charles Morris |
| 177 | Deposition transcript for Plaintiff Charles Morris |
| 178 | Documents produced by Plaintiff Charles Morris |
| 179 | Grower File for Plaintiff Mike Murphy |
| 180 | Contracts and related agreements for Plaintiff Mike Murphy |
| 181 | Settlement Packets for Plaintiff Mike Murphy |
| 182 | Feed Tickets for Plaintiff Mike Murphy |
| 183 | Condemnation certificates for Plaintiff Mike Murphy |
| 184 | Settlement Reports for Plaintiff Mike Murphy |
| 185 | Mortality sheets for Plaintiff Mike Murphy |
| 186 | Grower Recaps for Plaintiff Mike Murphy |
| 187 | Profit and Loss sheets for Plaintiff Mike Murphy |
| 188 | Bookkeeping records for Plaintiff Mike Murphy |
| 189 | Quote and Loan documents for Plaintiff Mike Murphy |
| 190 | Financial documents produced by Plaintiffs for Plaintiff Mike Murphy |
| 191 | Insurance policies for Plaintiff Mike Murphy |
| 192 | Upgrade history for Plaintiff Mike Murphy |
| 193 | Tax returns for Plaintiff Mike Murphy |
| 194 | Interrogatory responses for Plaintiff Mike Murphy |
| 195 | Deposition transcript for Plaintiff Mike Murphy |
| 196 | Documents produced by Plaintiff Mike Murphy |
| 197 | Grower File for Plaintiff John Pinkston |
| 198 | Contracts and related agreements for Plaintiff John Pinkston |
| 199 | Settlement Packets for Plaintiff John Pinkston |
| 200 | Feed Tickets for Plaintiff John Pinkston |
| 201 | Condemnation certificates for Plaintiff John Pinkston |
| 202 | Settlement Reports for Plaintiff John Pinkston |
| 203 | Mortality sheets for Plaintiff John Pinkston |
| 204 | Grower Recaps for Plaintiff John Pinkston |
| 205 | Profit and Loss sheets for Plaintiff John Pinkston |
| 206 | Bookkeeping records for Plaintiff John Pinkston |
| 207 | Quote and Loan documents for Plaintiff John Pinkston |

| DX No. | Description |
|---|---|
| 208 | Financial documents produced by Plaintiffs for Plaintiff John Pinkston |
| 209 | Insurance policies for Plaintiff John Pinkston |
| 210 | Upgrade history for Plaintiff John Pinkston |
| 211 | Tax returns for Plaintiff John Pinkston |
| 212 | Interrogatory responses for Plaintiff John Pinkston |
| 213 | Deposition transcript for Plaintiff John Pinkston |
| 214 | Documents produced by Plaintiff John Pinkston |
| 215 | Grower File for Plaintiff William Morgan Rickard |
| 216 | Contracts and related agreements for Plaintiff William Morgan Rickard |
| 217 | Settlement Packets for Plaintiff William Morgan Rickard |
| 218 | Feed Tickets for Plaintiff William Morgan Rickard |
| 219 | Condemnation certificates for Plaintiff William Morgan Rickard |
| 220 | Settlement Reports for Plaintiff William Morgan Rickard |
| 221 | Mortality sheets for Plaintiff William Morgan Rickard |
| 222 | Grower Recaps for Plaintiff William Morgan Rickard |
| 223 | Profit and Loss sheets for Plaintiff William Morgan Rickard |
| 224 | Bookkeeping records for Plaintiff William Morgan Rickard |
| 225 | Quote and Loan documents for Plaintiff William Morgan Rickard |
| 226 | Financial documents produced by Plaintiffs for Plaintiff William Morgan Rickard |
| 227 | Insurance policies for Plaintiff William Morgan Rickard |
| 228 | Upgrade history for Plaintiff William Morgan Rickard |
| 229 | Tax returns for Plaintiff William Morgan Rickard |
| 230 | Interrogatory responses for Plaintiff William Morgan Rickard |
| 231 | Deposition transcript for Plaintiff William Morgan Rickard |
| 232 | Documents produced by Plaintiff William Morgan Rickard |
| 233 | Grower File for Plaintiff Timothy Vincent |
| 234 | Contracts and related agreements for Plaintiff Timothy Vincent |
| 235 | Settlement Packets for Plaintiff Timothy Vincent |
| 236 | Feed Tickets for Plaintiff Timothy Vincent |
| 237 | Condemnation certificates for Plaintiff Timothy Vincent |
| 238 | Settlement Reports for Plaintiff Timothy Vincent |
| 239 | Mortality sheets for Plaintiff Timothy Vincent |
| 240 | Grower Recaps for Plaintiff Timothy Vincent |
| 241 | Profit and Loss sheets for Plaintiff Timothy Vincent |
| 242 | Bookkeeping records for Plaintiff Timothy Vincent |
| 243 | Quote and Loan documents for Plaintiff Timothy Vincent |
| 244 | Financial documents produced by Plaintiffs for Plaintiff Timothy Vincent |
| 245 | Insurance policies for Plaintiff Timothy Vincent |
| 246 | Upgrade history for Plaintiff Timothy Vincent |

| DX No. | Description |
|---|---|
| 247 | Tax returns for Plaintiff Timothy Vincent |
| 248 | Interrogatory responses for Plaintiff Timothy Vincent |
| 249 | Deposition transcript for Plaintiff Timothy Vincent |
| 250 | Documents produced by Plaintiff Timothy Vincent |
| 251 | Jason Anderson Expert Report and Appendices |
| 252 | Jason Anderson's back up data |
| 253 | Jason Anderson Curriculum Vitae |
| 254 | Deposition Transcript and videotape of Jason Anderson taken January 30, 2020 |
| 255 | Cash Flow and Economic Income Comparative Trends by Expert Jason Anderson, Trident Forensics |
| 256 | Grower Profit and Loss Comparative Trends by Expert Jason Anderson, Trident Forensics |
| 257 | Definitions by Expert Jason Anderson, Trident Forensics |
| 258 | Tax returns for all growers from 2009 (where applicable) through 2018, for use by Expert Jason Anderson, Trident Forensics |
| 259 | Schedules of property, plant and equipment for all growers, for use by Expert Jason Anderson, Trident Forensics |
| 260 | Grower contracts, for use by Expert Jason Anderson, Trident Forensics |
| 261 | Settlement statements, for use by Expert Jason Anderson, Trident Forensics |
| 262 | Transcripts of depositions, for use by Expert Jason Anderson, Trident Forensics |
| 263 | Financial statements and bookkeeping records for use by Expert Jason Anderson, Trident Forensics |
| 264 | 2019.08.30 Expert Report of Dr. Thomas Elam with supporting documents |
| 265 | 2020.01.10 Supplemental Report of Dr. Thomas Elam with supporting documents |
| 266 | Dr. Thomas Elam's back up data |
| 267 | Dr. Thomas Elam's Curriculum Vitae |
| 268 | Deposition Transcript and videotape of Thomas Elam taken February 13, 2020 |
| 269 | 2019.10.08 Supplemental Declaration of Kyle Stiegert In Support of Plaintiffs' Rule 26(a)(2) Expert Disclosures |
| 270 | "The Effects of Altering Incubation Temperature on Broiler Chick Hatchability, Chick Quality, Sex Ratio, and subsequent Performance Under Field Conditions" by A.Elmehdawi, Elam Depo Ex 6 |
| 271 | Overview of typical integrated operation broiler flow (Dr. Thomas Elam) |
| 272 | Hatchery operation (Dr. Thomas Elam) |
| 273 | Feedmill (Dr. Thomas Elam) |
| 274 | Broiler farm (Dr. Thomas Elam) |
| 275 | Robards processing plant (Dr. Thomas Elam) |
| 276 | Chart with overview of current Robards operation (Dr. Thomas Elam) |
| 277 | Tyson Chicken Segment statistics (Dr. Thomas Elam) |

| DX No. | Description |
|---|---|
| 278 | Overview of typical broiler grower contract terms (Dr. Thomas Elam) |
| 279 | Selected tables and graphs from expert findings (Dr. Thomas Elam) |
| 280 | Summary of expert findings (Dr. Thomas Elam) |
| 281 | 2022.08.24 Declaration of Gary L. French |
| 282 | 2022.10.28 Second Declaration of Gary L. French with supporting documentation |
| 283 | 2022.12.12 Third Declaration of Gary L. French with supporting documentation |
| 284 | Gary L. French Curriculum Vitae |
| 285 | Gary L. French Expert Witness File |
| 286 | Deposition Transcript, exhibits, and videotape of Gary L. French |
| 287 | 2017.07.11 Broiler Production Contract between Tyson and TLC Poultry LLC / Tim Vincent (TYSON 139672-139686) |
| 288 | 2019.08.28 Michael Lacy Expert Report with supporting documents |
| 289 | Michael Lacy Curriculum Vitae |
| 290 | "Chicken welfare is influenced more by housing conditions than by stocking density" by Marian Stamp Dawkins |
| 291 | "Genetics plays a large role in poultry industry's future" by Christine Alvarado, Lacy Depo Ex 4 |
| 292 | Cobb500 – Broiler Performance & Nutrition Supplement, Lacy Depo Ex 5 |
| 293 | Cobb700 – Broiler Performance & Nutrition Supplement, Lacy Depo Ex 6 |
| 294 | Deposition Transcript and videotape of Michael Lacy taken February 11, 2020 |
| 295 | Ansong-Danquah, J. 1987. A survey of carcass condemnation at a poultry abattoir and its application to disease management. Canadian Veterinary Journal. 28:53-56. |
| 296 | Cobb 500 Broiler Performance and Nutrition Supplement. 2012. Cobb-Vantress, Inc. Siloam Springs, AR. |
| 297 | Cobb 700 Broiler Performance and Nutrition Supplement. 2012. Cobb-Vantress, Inc. Siloam Springs, AR. |
| 298 | Dawkins, M. S., C. A. Donnelly and T. A. Jones. 2004. Chicken welfare is influenced more by housing conditions than by stocking density. Nature. 427:342-344. |
| 299 | Goliomytis, M., E. Panopoulou and E. Rogdakis. 2003. Growth curves for body weight and major body component parts, feed consumption, and mortality of male broiler chickens grown to maturity. Poultry Science 82:1061-1068. |
| 300 | Korver, D.R., M.J. Zuidhof, and K.R. Lawes. 2004. Performance characteristics and economic comparison of broiler chickens fed wheat- and triticale-based diets. Poultry Science 83:716723. |
| 301 | Commercial Chicken Meat and Egg Production, 5th edition. 2001. Bell, D.D. and Weaver, W.D. (eds). Springer, Boston, MA. |
| 302 | Lacy, M.P., and F.H. Benoff. 1987. Consistency in flock performance of contract broiler growers. Poultry Science 66 (suppl. 1):23-24. |
| 303 | Mussehl, F.E. 1927. Sex ratios in poultry. Poultry Science. 3:72-73. |

| DX No. | Description |
|---|---|
| 304 | Shim, M.E., M. Tahir, A.B. Karnuah, M. Miller, T.D. Pringle, S.E. Aggrey, and G.M. Pesti. 2012. Strain and sex effects on growth performance and carcass traits of contemporary commercial broiler crosses. Poultry Science 91:2942-2948. |
| 305 | Haslam, S.M., T.G. Knowles, S.N. Brown, L.J. Wilkins, S.C. Kestin, P.D. Warriss, and C.J. Nicol. 2008. The prevalence, and factors associated with it, of birds Dead on Arrival at the slaughterhouse and other rejection conditions in broiler chicken. British Poultry Science 49:685-696. |
| 306 | Buzdugan, S.N., P. Alarcon, B. Huntington, J. Rushton, D.P. Blake and J. Guitian. 2021. Enhancing the value of meat inspection records for broiler health and welfare surveillance: longitudinal detection of relational patterns. BMC Veterinary Research 17:278. |
| 307 | Broiler Carcass Condemnation and Downgrade Management Pocket Guide. 2014. Aviagen, Inc. Huntsville, AL. |
| 308 | Salines, M., V. Allain, H. Roul, C. Magras, and S. Le Bouquin. 2007. Rates of and reasons for condemnation of poultry carcasses: Harmonised methodology at the slaughterhouse. The Veterinary Record 180:516. |
| 309 | Poultry slaughter statistics. USDA. |
| 310 | 2010.05.04 Grower Pay Recap by Grower (Accounting Copy) For Week Ending 05/01/2010 (TYSON 139684), Lacy Depo Ex 7 |
| 311 | 2013.12.17 Broiler Production Settlement by Grower W/E 12/14/2013 (TYSON 151429), Lacy Depo Ex 8 |
| 312 | "A Survey of Carcass Condemnation at a Poultry Abattoir and its Application to Disease Management" by J, Ansong-Danquah |
| 313 | 2008.04.22 Broiler Production Contract between Tyson and Morvatt #2 (TYSON 114742-114749) |
| 314 | "Technology, Organization, and Financial Performance in U.S. Broiler Production" by J. MacDonald, |
| 315 | "Local Monopsony Power in the Market for Broilers? Evidence from a Farm Survey" by N. Key and J. MacDonald, |
| 316 | "Market Power in Poultry Production Contracting" Evidence from a Farm Survey" by J. MacDonald and N. Key, |
| 317 | 2019.07.15 Declaration of Kyle Stiegert in Support of Plaintiffs' Rule 26(a)(2) Expert Disclosures |
| 318 | 2019.10.08 Supplemental Declaration of Kyle Stiegert in Support of Plaintiffs' Rule 26(a)(2) Expert Disclosures, |
| 319 | Kyle Stiegert Curriculum Vitae |
| 320 | 2020.01.10 Supplemental Expert Report of Walter N. Thurman |
| 321 | 2019.08.30 Thurman Tournaments Report and Appendices |
| 322 | Walter Thurman Report Data |
| 323 | Walter Thurman Curriculum Vitae |

| DX No. | Description |
|---|---|
| 324 | Deposition Transcript and videotape of Walter Thurman taken February 28, 2020 |
| 325 | Thurman Report, Figure 1 – Map of Tyson Robards grower locations. |
| 326 | Thurman Report, Figure 2 – Monthly grower cost for Tyson's Robards and Clarksville complexes. |
| 327 | Thurman Report, Figure 3 – Monthly grower cost for Tyson's Robards and Cumming complexes. |
| 328 | Thurman Report, Figure 4 – Average monthly production by quarter for Tyson's Robards, Clarksville, and Cumming complexes from Q2 2010 through Q2 2016. |
| 329 | Thurman Report, Figure 5 – Comparison of Robards grower unadjusted base pay to Henderson County annual agricultural wages from 2001 through 2018. |
| 330 | Thurman Report, Figure 6 – Wholesale broiler price. |
| 331 | Thurman Report, Figure 7 – National weekly broiler feed prices: January 2010 through July 2019. |
| 332 | Thurman Report, Figure 8 – Average monthly adjusted base pay per pound. |
| 333 | Thurman Report, Figure 9 – Average monthly net pound value. |
| 334 | Thurman Report, Figure 10 – Volatility of independent pay relative to actual pay by Plaintiff. |
| 335 | Thurman Report, Figure 11 – Sensitivity of Professor Stiegert's grower pay suppression damages methodology. |
| 336 | Thurman Report, Figure 12 – Plaintiff average flocks per calendar year. |
| 337 | Thurman Rebuttal Report, Figure 1 – Monthly grower costs for Tyson complexes for which Agri Stats reported the "General Run Average." |
| 338 | Thurman Rebuttal Report, Figure 2 – Average grower costs for Tyson complexes for which Agri Stats reported the "General Run Average," 2010-2016. |
| 339 | Illustration of new entrants and switching. |
| 340 | Outside employment options matter for assessment of monopsony power. |
| 341 | Illustration of SNIPP process. |
| 342 | Volatility in estimated grower pay if compensated according to relationship between NPV and a fixed standard. |
| 343 | Evidence inconsistent with Plaintiffs monopsony power claims. |
| 344 | Evidence inconsistent with Plaintiffs damages claims. |
| 345 | Analysis of AgriStats data. |
| 346 | Analysis of Robards Settlement data. |
| 347 | Analysis of USDA data. |
| 348 | Visualization of data and other information. |
| 349 | Plaintiffs' First Amended Complaint and Jury Demand, *Charles Morris et al. v Tyson Chicken, Inc., et al.*, 4:15-cv-00077-JHM-HBB, July 30, 2015. |
| 350 | Declaration of Kyle Stiegert in Support of Plaintiffs' Rule 26(a)(2) Expert Disclosures, *Charles Morris et al. v Tyson Chicken, Inc., et al.*, 4:15-cv-77-m, July 15, 2019. |

| DX No. | Description |
|---|---|
| 351 | Expert Report of Walter N. Thurman, *Charles Morris et al. v Tyson Chicken, Inc., et al.*, 4:15-cv-00077-M, August 30, 2019. |
| 352 | Supplemental Declaration of Kyle Stiegert in Support of Plaintiffs' Rule 26(a)(2) Expert Disclosures, *Charles Morris et al. v Tyson Chicken, Inc., et al.*, 4:15-cv-77-m, October 8, 2019. |
| 353 | Supplemental Expert Report of Walter N. Thurman, *Charles Morris et al. v Tyson Chicken, Inc., et al.*, 4:15-cv-00077-M, January 10, 2020. |
| 354 | Abowd, J.M., F. Kramarz, and D.N. Margolis, "High Wage Workers and High Wage Firms," *Econometrica*, 1999, 67(2): 251 – 333. |
| 355 | Adelman, M. A., "Economic Aspects of the Bethlehem Opinion," Virginia Law Review, Vol. 45, 1959. |
| 356 | Ansong-Danquah Joseph, "A Survey of Carcass Condemnation at a Poultry Abattoir and its Application to Disease Management," Veterinary Inspection Directorate, Food Production and Inspection Branch, Agriculture Canada, Can. Vet. J. Volume 28, Nos. 1-2 (January/February 1987). |
| 357 | Barbut, Shai, *The Science of Poultry and Meat Processing*, Creative Commons, 2015. |
| 358 | Barzel, Yoram, *Economic Analysis of Property Rights*, 2nd Edition, 1997, Cambridge University Press. |
| 359 | Bugos, Glenn E., "Intellectual Property Protection in the American Chicken-Breeding Industry," *The Business History Review*, Vol. 66, No. 1, 1992. |
| 360 | Card, David, Francesco Devicienti, and Agata Maida, "Rent-sharing, Holdup, and Wages: Evidence from Matched Panel Data," *Review of Economic Studies*, 2014, 81: 84–111. |
| 361 | Christofides, Louis N., and Andrew J. Oswald. "Real Wage Determination and Rent-Sharing in Collective Bargaining Agreements." *Quarterly Journal of Economics*, 1992, 107(3): 985–1002. |
| 362 | Cunningham, D. L., "Contract Broiler Grower Returns: A Long-Term Assessment," *Journal of Applied Poultry Research*, Vol. 6, 1997. |
| 363 | Goodwin, H. L. Jr., B. L. Ahrendsen, T. L. Barton, and J. H. Denton, "Estimated Returns for Contract Broiler Production in Arkansas, Missouri, and Oklahoma: Historical and Future Perspectives," *Journal of Applied Poultry Research*, Vol. 14, 2005. |
| 364 | Hamilton, N. "A Current Broiler Contract Analysis Addressing Legal Issues and Grower Concerns", Chapter 3 in *Assessing the Impact of Integrator Practices on Contract Poultry Growers*. |
| 365 | Kinnucan, Henry W., Hui Xiao, Chung-Jen Hsia, and John D. Jackson, "Effects of Health Information and Generic Advertising on U.S. Meat Demand," *American Journal of Agricultural Economics*, Vol. 79, 1997. |

| DX No. | Description |
|---|---|
| 366 | Knoeber, Charles R., "A Real Game of Chicken: Contracts, Tournaments, and the Production of Broilers," *Journal of Law, Economics, & Organization*, Vol. 5, No. 2, 1989. |
| 367 | Knoeber, Charles R. and Walter N. Thurman, "'Don't Count Your Chickens…': Risk and Risk Shifting in the Broiler Industry," *American Journal of Agricultural Economics*, Vol. 77, 1995. |
| 368 | Knoeber, Charles R. and Walter N. Thurman, "Testing the Theory of Tournaments: An Empirical Analysis of Broiler Production," *Journal of Labor Economics*, Vol. 12, 1994. |
| 369 | Lasley et al., "The U.S. Broiler Industry," USDA, ERS, Agricultural Economic Report No. 591, 1988. |
| 370 | Lazear, E. P. and S. Rosen, "Rank-Order Tournaments as Optimum Labor Contracts," *Journal of Political Economy*, Vol. 89, No. 5, 1981. |
| 371 | Livers, Joe J., "Some Limitations to Use of Coefficient of Variation," *Journal of Farm Economics*, Vol. 24, November 1942, pp. 892-895. |
| 372 | MacDonald, James M., "Financial Risks and Incomes in Contract Broiler Production," *Amber Waves*, USDA, ERS, August 4, 2014. |
| 373 | MacDonald, James M., "Technology, Organization, and Financial Performance in U.S. Broiler Production," USDA, Economic Research Service, Economic Information Bulletin Number 126, June 2014. |
| 374 | MacDonald, J.M. "*The Economic Organization of U.S. Broiler Production*," United States Department of Agriculture, Economic Research Service, Economic Information Bulletin Number 38, June 2008. |
| 375 | MacDonald, J.M., "Financial Risks and Incomes in Contract Broiler Production," *Amber Waves*, USDA Economic Research Service, August 4, 2014. |
| 376 | MacDonald, James and Nigel Key, "Market Power in Poultry Production Contracting? Evidence from a Farm Survey," *Journal of Agricultural and Applied Economics*, Vol. 44 No. 4, November 2012. |
| 377 | MacDonald, James M. and William D. McBride, "The Transformation of U.S. Livestock Agriculture: Scale, Efficiency, and Risks," USDA, Economic Research Service, Economic Information Bulletin Number 43, January 2009. |
| 378 | Miles, Robert, Scott Anderson, Lassiter Mason, and Juanita Schwartzkopf, *Poultry Processing Economic Review 2012*, Focus Management Group. |
| 379 | Ollinger, Michael, James MacDonald, and Milton Madison, "Structural Change in U.S. Chicken and Turkey Slaughter," USDA, ERS, Agricultural Economic Report No. 787, 2000. |
| 380 | Robenstein, Rodney G. and Walter N. Thurman, "Health Risk and the Demand for Red Meat: Evidence from Futures Markets," *Applied Economic Perspectives and Policy*, Vol. 18, 1996. |

| DX No. | Description |
|---|---|
| 381 | Thurman, Walter N., "Endogeneity Testing in a Supply and Demand Framework," *Review of Economics and Statistics*, Vol. 68, 1986. |
| 382 | Thurman, Walter N., "The Poultry Market: Demand Stability and Industry Structure," *American Journal of Agricultural Economics*, Vol. 69, 1987. |
| 383 | Trampel, Darrell W., Malea Frank, Katie Evans, and H. John Barnes, "Broiler Industry," in *Poultry Industry Manual*, USDA, March 2013. |
| 384 | U.S. Department of Justice and the Federal Trade Commission, *Horizontal Merger Guidelines*, August 19, 2010. |
| 385 | Van Reenen, John, "The Creation and Capture of Rents: Wages and Innovation in a Panel of U. K. Companies," The Quarterly Journal of Economics, 1996, 111(1): 195–226. |
| 386 | Vukina, Tomislav, Kenneth Anderson, and Mary K. Muth, "Proposed Changes in Living Conditions for Broilers Under the National Organic Program Will Have Limited Economic Effects," *Journal of Applied Poultry Research*, Vol. 23, 2014. |
| 387 | Yeh, Chen, Claudia Macaluso and Brad Hershbein, "Monopsony in the U.S. Labor Market," *American Economic Review*, 2022, 112(7): 2099–2138. |
| 388 | Bureau of Labor Statistics, Labor Force Data by County, 2018 Annual Averages (Henderson County, KY unemployment rate), available at https://www.bls.gov/lau/laucnty18.txt. |
| 389 | Bureau of Labor Statistics, Employment Status of the Civilian Noninstitutional Population, 1948 to Date (national unemployment rate), available at https://www.bls.gov/cps/cpsaat01.pdf. |
| 390 | Bureau of Labor Statistics, Quarterly Census of Employment and Wages, Average Annual Pay (NAICS11 Agriculture, forestry, fishing and hunting), Henderson County, KY. |
| 391 | Bureau of Labor Statistics, Quarterly Census of Employment and Wages, high-level industries for Henderson County, Kentucky, annual average employment for 2018, available at https://data.bls.gov/cew/apps/data_views/data_views.htm#tab=Tables, last visited on August 21, 2019. |
| 392 | USDA, Economic Research Service, Broiler, turkey, and egg feed costs and market price, Livestock, Dairy, and Poultry Outlook, July 26, 2019 (corn and soybean meal price locations). |
| 393 | USDA, Agricultural Marketing Service (corn and soybean prices, and broiler prices). |
| 394 | ARMS Survey, available at: https://www.ers.usda.gov/webdocs/DataFiles/52816/27949_w_5e2006_5ebroilers_5ephase3_20questionnaire_5eq_5ecop_foh_2_.pdf?v=7119.5 |
| 395 | "Broiler Production: Considerations for Potential Growers," Oklahoma State University, Oklahoma Cooperative Extension Service, AGEC-202, available at http://pods.dasnr.okstate.edu/docushare/dsweb/Get/Document-3099/AGEC-202web.pdf. |

| DX No. | Description |
|---|---|
| 396 | "Growing broilers in Oregon: Facts for the potential grower," Oregon State University Extension Service, EM 8426, February 1994. |
| 397 | "Guide for Prospective Contract Broiler Producers," The University of Georgia Cooperative Extension Bulletin 1167, October 2012, available at https://secure.caes.uga.edu/extension/publications/files/pdf/B%201167_5.PDF. |
| 398 | "Potential Contract Growers Face Important Decisions," Mississippi State University Extension Service, POD-08-14, available at http://extension.msstate.edu/sites/default/files/publications/publications/p2850.pdf. |
| 399 | University of Kentucky, College of Agriculture & Kentucky Poultry Federation, Poultry Production Manual, available at http://afs.ca.uky.edu/poultry/production-manual. |
| 400 | https://www.federalreservehistory.org/essays/great_recession_of_200709, accessed August 20, 2019. |
| 401 | https://www.tysonfoods.com/who-we-are/our-partners/farmers/prospective-farmers, accessed August 14, 2019. |
| 402 | Perdue Foods, Commitments to Animal Care 2019 Report. |
| 403 | USDA, National Agricultural Statistics Service, "Overview of the United States Slaughter Industry," October 2016. |
| 404 | USDA, National Agricultural Statistics Service, Agricultural Prices, February 1995. |
| 405 | USDA, National Agricultural Statistics Service, Agricultural Prices, July 31 2019. |
| 406 | USDA, National Agricultural Statistics Service, Agricultural Statistics 2000. |
| 407 | USDA, National Agricultural Statistics Service, Poultry Slaughter 2010 Summary, February 2011. |
| 408 | USDA, National Agricultural Statistics Service, Poultry Slaughter 2018 Summary, April 2019. |
| 409 | WATT Poultry USA, "Poultry Plants Directory," accessible at https://www.wattagnet.com/ext/resources/uploadedFiles/1002USplants.pdf. |
| 410 | Robards settlement data, for settlements between May 1, 2010 and March 2, 2019. |
| 411 | TYSON_00176574 (Live Agristats Recap, February 2010). |
| 412 | TYSON_00181592 (Live Agristats Recap, March 2010). |
| 413 | TYSON_00197202 (Live Agristats Recap, April 2010). |
| 414 | TYSON_00212802 (Live Agristats Recap, May 2010). |
| 415 | TYSON_00228317 (Live Agristats Recap, June 2010). |
| 416 | TYSON_00246876 (Live Agristats Recap, July 2010). |
| 417 | TYSON_00256659 (Live Agristats Recap, August 2010). |
| 418 | TYSON_00279024 (Live Agristats Recap, September 2010). |
| 419 | TYSON_00288534 (Live Agristats Recap, October 2010). |
| 420 | TYSON_00308518 (Live Agristats Recap, November 2010). |
| 421 | TYSON_00318663 (Live Agristats Recap, December 2010). |

| DX No. | Description |
|---|---|
| 422 | TYSON_00333744 (Live Agristats Recap, January 2011). |
| 423 | TYSON_00349095 (Live Agristats Recap, February 2011). |
| 424 | TYSON_00364389 (Live Agristats Recap, March 2011). |
| 425 | TYSON_00379514 (Live Agristats Recap, April 2011). |
| 426 | TYSON_00400355 (Live Agristats Recap, May 2011). |
| 427 | TYSON_00415672 (Live Agristats Recap, June 2011). |
| 428 | TYSON_00430624 (Live Agristats Recap, July 2011). |
| 429 | TYSON_00446055 (Live Agristats Recap, August 2011). |
| 430 | TYSON_00467728 (Live Agristats Recap, September 2011). |
| 431 | TYSON_00473253 (Live Agristats Recap, October 2011). |
| 432 | TYSON_00494445 (Live Agristats Recap, November 2011). |
| 433 | TYSON_00505535 (Live Agristats Recap, December 2011). |
| 434 | TYSON_00522056 (Live Agristats Recap, January 2012). |
| 435 | TYSON_00537769 (Live Agristats Recap, February 2012). |
| 436 | TYSON_00559464 (Live Agristats Recap, March 2012). |
| 437 | TYSON_00570235 (Live Agristats Recap, April 2012). |
| 438 | TYSON_00591150 (Live Agristats Recap, May 2012). |
| 439 | TYSON_00602348 (Live Agristats Recap, June 2012). |
| 440 | TYSON_00618333 (Live Agristats Recap, July 2012). |
| 441 | TYSON_00634526 (Live Agristats Recap, August 2012). |
| 442 | TYSON_00656201 (Live Agristats Recap, September 2012). |
| 443 | TYSON_00675612 (Live Agristats Recap, October 2012). |
| 444 | TYSON_00695767 (Live Agristats Recap, November 2012). |
| 445 | TYSON_00710511 (Live Agristats Recap, December 2012). |
| 446 | TYSON_00726665 (Live Agristats Recap, January 2013). |
| 447 | TYSON_00757170 (Live Agristats Recap, February 2013). |
| 448 | TYSON_00790928 (Live Agristats Recap, March 2013). |
| 449 | TYSON_00832620 (Live Agristats Recap, April 2013). |
| 450 | TYSON_00864609 (Live Agristats Recap, May 2013). |
| 451 | TYSON_00877481 (Live Agristats Recap, June 2013). |
| 452 | TYSON_00913104 (Live Agristats Recap, July 2013). |
| 453 | TYSON_00942786 (Live Agristats Recap, August 2013). |
| 454 | TYSON_00967787 (Live Agristats Recap, September 2013). |
| 455 | TYSON_01004033 (Live Agristats Recap, October 2013). |
| 456 | TYSON_01046257 (Live Agristats Recap, November 2013). |
| 457 | TYSON_01064756 (Live Agristats Recap, December 2013). |
| 458 | TYSON_01114417 (Live Agristats Recap, January 2014). |
| 459 | TYSON_01125446 (Live Agristats Recap, February 2014). |
| 460 | TYSON_01169379 (Live Agristats Recap, March 2014). |

| DX No. | Description |
|---|---|
| 461 | TYSON_01178921 (Live Agristats Recap, April 2014). |
| 462 | TYSON_01210332 (Live Agristats Recap, May 2014). |
| 463 | TYSON_01248902 (Live Agristats Recap, June 2014). |
| 464 | TYSON_01276982 (Live Agristats Recap, July 2014). |
| 465 | TYSON_01307781 (Live Agristats Recap, August 2014). |
| 466 | TYSON_01322461 (Live Agristats Recap, September 2014). |
| 467 | TYSON_01364973 (Live Agristats Recap, October 2014). |
| 468 | TYSON_01374494 (Live Agristats Recap, November 2014). |
| 469 | TYSON_01401829 (Live Agristats Recap, December 2014). |
| 470 | TYSON_01428803 (Live Agristats Recap, January 2015). |
| 471 | TYSON_01455702 (Live Agristats Recap, February 2015). |
| 472 | TYSON_01487064 (Live Agristats Recap, March 2015). |
| 473 | TYSON_01524856 (Live Agristats Recap, April 2015). |
| 474 | TYSON_01557656 (Live Agristats Recap, May 2015). |
| 475 | TYSON_01589771 (Live Agristats Recap, June 2015). |
| 476 | TYSON_01596978 (Live Agristats Recap, July 2015). |
| 477 | TYSON_01652988 (Live Agristats Recap, August 2015). |
| 478 | TYSON_01660121 (Live Agristats Recap, September 2015). |
| 479 | TYSON_01684401 (Live Agristats Recap, October 2015). |
| 480 | TYSON_01716906 (Live Agristats Recap, November 2015). |
| 481 | TYSON_01744609 (Live Agristats Recap, December 2015). |
| 482 | TYSON_01767948 (Live Agristats Recap, January 2016). |
| 483 | TYSON_01814635 (Live Agristats Recap, February 2016). |
| 484 | TYSON_01843798 (Live Agristats Recap, March 2016). |
| 485 | TYSON_01857616 (Live Agristats Recap, April 2016). |
| 486 | TYSON_01891029 (Live Agristats Recap, May 2016). |
| 487 | TYSON_01927729 (Live Agristats Recap, June 2016). |
| 488 | Brown, 5032, 2010-07-20. |
| 489 | Brown, 5032, 2017-09-01. |
| 490 | Brown, 5098, 2004-05-27. |
| 491 | Brown, 5098, 2009-06-11. |
| 492 | Brown, 5098, 2010-05-28. |
| 493 | Brown, 5098, 2017-06-28. |
| 494 | Brown, 5184, 2009-06-05. |
| 495 | Brown, 5184, 2010-07-20. |
| 496 | Burch, 5136, 2005-10-27. |
| 497 | Burch, 5136, 2006-01-09. |
| 498 | Burch, 5136, 2011-07-08. |
| 499 | Burch, 5136, 2011-02-04. |

| DX No. | Description |
|---|---|
| 500 | Burch, 5136, 2012-05-17. |
| 501 | Burch, 5136, 2012-10-17. |
| 502 | Crabtree, 5192, 2011-07-08. |
| 503 | Crabtree, 5192, 2012-02-24. |
| 504 | Crabtree, 5198, 2011-10-14. |
| 505 | Hong, 5210, 2013-09-09. |
| 506 | Leisure, 5171, 2008-10-15. |
| 507 | Leisure, 5171, 2011-10-17. |
| 508 | Leisure, 5171, 2012-09-27. |
| 509 | Leisure, 5171, 2015-01-26. |
| 510 | Leisure, 5186, 2009-12-04. |
| 511 | Leisure, 5186, 2012-02-03. |
| 512 | Morris, 5156, 2011-07-08. |
| 513 | Morris, 5156, 2011-04-14. |
| 514 | Morris, 5156, 2011-12-26. |
| 515 | Morris, 5157, 2008-04-22. |
| 516 | Morris, 5157, 2011-07-08. |
| 517 | Morris, 5157, 2011-11-07. |
| 518 | Morris, 5157, 2011-04-22. |
| 519 | Morris, 5157, 2013-12-02. |
| 520 | Morris, 5159, 2008-05-11. |
| 521 | Morris, 5159, 2011-07-08. |
| 522 | Morris, 5159, 2011-11-21. |
| 523 | Morris, 5159, 2011-05-17. |
| 524 | Morris, 5159, 2013-12-02. |
| 525 | Morris, 5160, 2013-12-02. |
| 526 | Morris, 5161, 2008-06-01. |
| 527 | Morris, 5161, 2011-05-17. |
| 528 | Morris, 5161, 2011-07-08. |
| 529 | Morris, 5161, 2011-12-02. |
| 530 | Morris, 5161, 2013-12-02. |
| 531 | Morris, 5162, 2008-07-01. |
| 532 | Morris, 5162, 2011-07-08. |
| 533 | Morris, 5162, 2011-12-23. |
| 534 | Morris, 5162, 2013-12-02. |
| 535 | Morris, 5163, 2008-07-01. |
| 536 | Morris, 5163, 2011-12-09. |
| 537 | Morris, 5163, 2011-07-08. |
| 538 | Morris, 5163, 2013-12-02. |

| DX No. | Description |
|---|---|
| 539 | Murphy, 5147, 2006-12-18. |
| 540 | Murphy, 5147, 2011-11-23. |
| 541 | Murphy, 5148, 2006-12-18. |
| 542 | Murphy, 5148, 2012-02-24. |
| 543 | Pinkston, 5177, 2009-01-15. |
| 544 | Rickard, 5174, 2008-12-12. |
| 545 | Rickard, 5174, 2010-08-13. |
| 546 | Rickard, 5174, 2017-09-01. |
| 547 | Rickard, 5175, 2008-12-12. |
| 548 | Rickard, 5175, 2010-09-01. |
| 549 | Rickard, 5175, 2017-09-22. |
| 550 | Rickard, 5176, 2008-12-12. |
| 551 | Rickard, 5176, 2010-07-23. |
| 552 | Rickard, 5176, 2017-09-01. |
| 553 | Rickard, 5193, 2010-11-05. |
| 554 | Vincent, 5172, 2008-12-02. |
| 555 | Vincent, 5172, 2010-07-23. |
| 556 | Vincent, 5172, 2017-07-12. |
| 557 | Brown, 5032, 2011-03-10. |
| 558 | Brown, 5032, 2014-12-09. |
| 559 | Brown, 5098, 2001-12-20. |
| 560 | Brown, 5098, 2011-03-10. |
| 561 | Brown, 5098, 2014-12-09. |
| 562 | Brown, 5184, 2011-03-10. |
| 563 | Brown, 5184, 2014-12-09. |
| 564 | Burch, 5136, 2007-01-02. |
| 565 | Burch, 5136, 2011-03-10. |
| 566 | Burch, 5136, 2014-06-11. |
| 567 | Burch, 5136, 2014-10-14. |
| 568 | Clapp, 5081, 2012-04-11. |
| 569 | Clapp, 5081, 2014-10-14. |
| 570 | Clapp, 5081, 2015-10-27. |
| 571 | Crabtree, 5192, 2011-03-19. |
| 572 | Crabtree, 5192, 2014-10-22. |
| 573 | Crabtree, 5198, 2014-10-22. |
| 574 | Crabtree, 5198, 2015-11-15. |
| 575 | Hong, 5210, 2014-10-10. |
| 576 | Hong, 5210, 2014-05-27. |
| 577 | Leisure, 5171, 2011-03-10. |

| DX No. | Description |
|---|---|
| 578 | Leisure, 5186, 2011-03-09. |
| 579 | Leisure, 5186, 2015-01-21. |
| 580 | Morris, 5157, 2011-03-10. |
| 581 | Morris, 5157, 2015-02-07. |
| 582 | Morris, 5159, 2011-03-10. |
| 583 | Morris, 5159, 2015-02-07. |
| 584 | Morris, 5160, 2011-03-10. |
| 585 | Morris, 5160, 2015-02-07. |
| 586 | Morris, 5161, 2011-03-10. |
| 587 | Morris, 5161, 2015-02-07. |
| 588 | Morris, 5161, 2015-10-28. |
| 589 | Morris, 5162, 2011-03-10. |
| 590 | Morris, 5162, 2015-02-07. |
| 591 | Morris, 5163, 2011-03-10. |
| 592 | Morris, 5163, 2015-02-07. |
| 593 | Murphy, 5147, 2007-01-17. |
| 594 | Murphy, 5147, 2011-03-19. |
| 595 | Murphy, 5147, 2014-10-29. |
| 596 | Murphy, 5148, 2007-01-17. |
| 597 | Murphy, 5148, 2011-03-19. |
| 598 | Murphy, 5148, 2014-10-20. |
| 599 | Pinkston, 5177, 2011-03-11. |
| 600 | Pinkston, 5177, 2014-02-26. |
| 601 | Pinkston, 5177, 2014-05-13. |
| 602 | Pinkston, 5177, 2015-01-16. |
| 603 | Rickard, 5174, 2011-03-09. |
| 604 | Rickard, 5174, 2014-12-23. |
| 605 | Rickard, 5175, 2011-03-09. |
| 606 | Rickard, 5175, 2014-12-23. |
| 607 | Rickard, 5176, 2011-03-09. |
| 608 | Rickard, 5176, 2014-12-23. |
| 609 | Rickard, 5193, 2011-03-09. |
| 610 | Rickard, 5193, 2014-12-23. |
| 611 | Vincent, 5172, 2011-03-11. |
| 612 | Vincent, 5172, 2014-12-08. |
| 613 | USDA. Poultry Slaughter Annual Summary. April 2019. |
| 614 | USDA/FAS. Canada Poultry and Products Annual. August 15, 2018. |
| 615 | Wikipedia. “Supply management (Canada)”. |

| DX No. | Description |
|---|---|
| 616 | Ansong-Danquah J, (January/February 1987). "A Survey of Carcass Condemnation at a Poultry Abattoir and its Application to Disease Management" Veterinary Inspection Directorate, Food Production and Inspection Branch, Agriculture Canada, Can Vet J Volume 28, Nos. 1-2 |
| 617 | Tyson Foods Annual SEC 10k Reports, Fiscal Years 2004-2018. Quarterly SEC 10Q Reports Q1 and Q2 2019. |
| 618 | USDA ERS. Gross U.S. Cash Farm Income |
| 619 | MacDonald, J.M. and Key N. (2012) "Market Power in Poultry Production Contracting? Evidence from a Farm Survey". Journal of Agricultural and Applied Economics, 44,4 (November 2012):477–490. |
| 620 | Ulmer-Franco A. M. et al, "Hatching egg characteristics, chick quality, and broiler performance at 2 breeder flock ages and from 3 egg weights". Poultry Science. 89 :2735–2742. 2010. |
| 621 | Plaintiffs' First Amended Complaint and Jury Demand |
| 622 | 2004 Tyson Annual Report.pdf |
| 623 | 2005 Tyson Annual Report.pdf |
| 624 | 2006 Tyson Annual Report.pdf |
| 625 | 2007 Tyson Annual Report.pdf |
| 626 | 2008 Tyson Annual Report.pdf |
| 627 | 2009 Tyson Annual Report.pdf |
| 628 | 2010 Tyson Annual Report.pdf |
| 629 | 2012 Tyson Annual Report.pdf |
| 630 | 2014 Tyson Annual Report.pdf |
| 631 | 2016 Tyson Annual Report.pdf |
| 632 | 2018 Tyson Annual Report.pdf |
| 633 | 2011-2018 USDA Live Broiler Production.xlsx |
| 634 | Q1 2019 Tyson Annual Report.pdf |
| 635 | Q2 2019 Tyson Annual Report.pdf |
| 636 | Cobb 500 performance standards.pdf |
| 637 | cobb500-breeder-management-supplement.pdf |
| 638 | Cobb-500-Broiler-Management-Guide.pdf |
| 639 | cobb500-broiler-performance-nutrition-supplement-2013.pdf |
| 640 | cobb700-breeder-management-supplement.pdf |
| 641 | FSIS Condem form Directive-6100.3-Rev1.pdf |
| 642 | 2015-07-31 Pltfs' 1st Amended Complaint and Jury Demand.PDF |
| 643 | Grower settlement summary and ranking 10-04-14 - 10-03-15.pdf |
| 644 | Grower settlement summary and ranking 10-05-13 - 09-27-14.pdf |
| 645 | Grower settlement summary and ranking 10-06-12 - 09-28-13.pdf |
| 646 | Grower settlement summary and ranking 10-07-17 09-29-18 (002).pdf |

| DX No. | Description |
|---|---|
| 647 | Grower settlement summary and ranking 10-08-11 - 09-29-12.pdf |
| 648 | Grower settlement summary and ranking 10-08-16 - 09-30-17.pdf |
| 649 | Grower settlement summary and ranking 10-09-10 - 10-01-11.pdf |
| 650 | Grower settlement summary and ranking 10-10-09 - 10-03-10.pdf |
| 651 | Grower settlement summary and ranking 10-10-15 - 10-01-16.pdf |
| 652 | USDA condemnation certificate farm 5163 2-1-16 9061-2-10001.pdf |
| 653 | USDA condemnation certificate farm 5163 1-29-16 9061-2-20001.pdf |
| 654 | USDA condemnation farm certificate 5163 1-29-16 9061-2-30001.pdf |
| 655 | USDA condemnation farm certificate 5163 2-1-16 9061-2-40001.pdf |
| 656 | All hen data detail Stats.xlsx |
| 657 | Breed Age Effects - Robards-Morris Settlement Extract 5-2010 to 3-2019 v2.xlsx |
| 658 | Breed Codes.pdf |
| 659 | Breed Effects - Robards-Morris Settlement Extract 5-2010 to 3-2019 v2.xlsx |
| 660 | Charles Morris - HWY 56 N (5163) #2 - Flock37.pdf |
| 661 | Contract Base Pay requests.xlsx |
| 662 | Contract No. - House numbers and total square feet.xlsx |
| 663 | Copy of Breed Effects - Robards-Morris Settlement Extract 5-2010 to 3-2019 v2a.xlsx |
| 664 | Copy of Hen and flock data for age score after complaint filed.xlsx |
| 665 | Copy of Hen and flock data for age score.xlsx |
| 666 | Copy of Hen and flock data for Morris comparisions.xlsx |
| 667 | Copy of Tables for Mark total pay exceptions included.xlsx |
| 668 | Court opinion on original filing filed 4-27-2015.pdf |
| 669 | Doc 168 - 2020.01.22 Renotice to Take Depo of ThomasElam.pdf |
| 670 | Elam Report data 9-5-2019.zip |
| 671 | ERS Broiler Composite.xls |
| 672 | Excel Table and Graph Cross Reference.docx |
| 673 | FSIS Condem form Directive-6100.3-Rev1.pdf |
| 674 | Grower 5032 Flock 76 chick details.xlsx |
| 675 | Grower Recap (accounting copy) - 5163 Flock37.pdf |
| 676 | Hen and flock data sorted for data transfer.xlsx |
| 677 | Hen and flock data test.xlsx |
| 678 | Hen data detail pivot test.xlsx |
| 679 | Hen data detail.xlsx |
| 680 | MacDonald and Key 2008.pdf |
| 681 | Morvat Enterprises Broiler Production Contract (5163).pdf |
| 682 | Plaintiff Performance Effects Robards-Morris Settlement Extract 5-2010 to 3-2019 exceptions out (version 1).xlsx |
| 683 | Plaintiff Performance Effects Robards-Morris Settlement for complaint filing comparisons (version 1).xlsb.xlsx |

| DX No. | Description |
|---|---|
| 684 | Plaintiff Performance Effects Robards-Morris Settlement for complaint filing comparisons.xlsx |
| 685 | Plaintiff Performance Effects Robards-Morris Settlement for male flocks.xlsx |
| 686 | Plaintiff Performance Effects Robards-Morris Settlement part 1.xlsx |
| 687 | Plaintiff Performance Effects Robards-Morris Settlement part 2.xlsx |
| 688 | Plaintiff Performance Effects Robards-Morris Settlement reply production file 1.xlsx |
| 689 | Plaintiff Performance Effects Robards-Morris Settlement reply production file 2.xlsb.xlsx |
| 690 | Plaintiffs Tracking Information.xlsx |
| 691 | PoultryCondemnationCertificate 10-5-16.pdf |
| 692 | PoultryCondemnationCertificate 10-9-13.pdf |
| 693 | PoultryCondemnationCertificate 11-8-12.pdf |
| 694 | PoultryCondemnationCertificate 1-4-16.pdf |
| 695 | PoultryCondemnationCertificate 3-3-17.pdf |
| 696 | PoultryCondemnationCertificate 4-6-15.pdf |
| 697 | PoultryCondemnationCertificate 5-17-16.pdf |
| 698 | PoultryCondemnationCertificate 5-8-17.pdf |
| 699 | PoultryCondemnationCertificates 10-15-15.pdf |
| 700 | PoultryCondemnationCertificates 11-7-12.pdf |
| 701 | PoultryCondemnationCertificates 12-19-16.pdf |
| 702 | PoultryCondemnationCertificates 3-11-16.pdf |
| 703 | PoultryCondemnationCertificates 4-2-15.pdf |
| 704 | PoultryCondemnationCertificates 5-18-16.pdf |
| 705 | PoultryCondemnationCertificates 8-4-16, 8-5-16 .pdf |
| 706 | PoultryCondemnationCertificates 8-5-13.pdf |
| 707 | PoultryCondemnationCertificates 8-6-13.pdf |
| 708 | Readme Excel Table and Graph Cross Reference.docx |
| 709 | Recent ERS Spread and Broiler Composite.xls |
| 710 | Robards-Morris Settlement Extract 5-2010 to 3-2019 for no exceptions.xlsx |
| 711 | Robards-Morris Settlement Extract 5-2010 to 3-2019 v2.xlsx |
| 712 | Robards-Morris Settlement Extract 5-2010 to 3-2019.xlsx |
| 713 | Tim Vincent NPV analysis.xlsx |
| 714 | Tyson Chicken Operating income summary.xlsx |
| 715 | Tyson Data Outliers (chart) 4841-6909-0461 v.2.docx |
| 716 | Tyson_01955413 Confidential (002).xlsx |
| 717 | Week ended 8-2-2014 settlement information.xlsx |
| 718 | Emails produced pursuant to ESI protocol, regarding Bank Communications, Housing, Tech Data |
| 719 | Emails produced pursuant to ESI protocol, regarding Housing |

| DX No. | Description |
|---|---|
| 720 | Emails produced pursuant to ESI protocol, regarding Grower Comparisons |
| 721 | Emails produced pursuant to ESI protocol, regarding Income Expense Letter New Housing Current Producers |
| 722 | Tyson’s letters regarding pay credits |
| 723 | Tyson’s letters regarding animal welfare |
| 724 | Tyson’s letters regarding housing upgrades |
| 725 | Tyson’s letters regarding increases in pay |
| 726 | Tyson’s letters regarding farm performance |
| 727 | Plaintiffs’ litter management forms |
| 728 | Plaintiffs’ Tyson turn-out checklists |
| 729 | Plaintiffs’ Tyson flock visitation summaries |
| 730 | Photos related to Plaintiffs |
| 731 | Videos related to Plaintiffs |
| 732 | Damage reports related to Plaintiffs |
| 733 | Broiler Head Count Forms for Plaintiffs |
| 734 | Chick credit documents for Plaintiffs |
| 735 | Performance improvement plans for Plaintiffs |
| 736 | Scale tickets for Plaintiffs |
| 737 | Handwritten notes produced by Plaintiffs |
| 738 | Journal entries produced by Plaintiffs |
| 739 | All pleadings and related filings, including exhibits and attachments |
| 740 | Plaintiffs' First Amended Complaint |
| 741 | Plaintiffs' Disclosure of Dr. Gary French |
| 742 | All documents needed for impeachment or rebuttal purposes |
| 743 | All correspondence produced between Tyson and growers |
| 744 | All documents produced by Defendants |
| 745 | All documents produced by Plaintiffs |
| 746 | Demonstrative exhibits to be used at trial, including summaries of plaintiffs’ settlement data, production data, contracts, financial histories and broiler contracts; graphics reflecting broiler processes, integration, organizational structures and risk allocation. |

Tyson reserves the right to amend or supplement this exhibit list.

Respectfully submitted,

By: */s/ Mark C. Tatum*

SHOOK, HARDY & BACON LLP
Robert T. Adams, Mo. Bar No. 34612*
Mark C. Tatum, Mo. Bar No. 50082*
Steve Soden, Mo. Bar No. 41917*
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
mtatum@shb.com
rtadams@shb.com
ssoden@shb.com
**admitted pro hac vice*

Marc Wells
209 West Main Street
P.O. Box 644
Princeton, Kentucky 42445
Telephone: 270-365-5576
Facsimile: 270-365-5578
marcwells.atty@yahoo.com

*ATTORNEYS FOR DEFENDANT*
*Tyson Chicken, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, I served the foregoing document via the District Court electronic filing system and by email to the following counsel of record:

John C. Whitfield
WHITFIELD BRYSON LLP
19 North Main Street
Madisonville, KY 42431
Telephone: 270-821-0656
Facsimile: 270-825-1163
Email: John@whitfieldbryson.com

Caroline Ramsey Taylor
WHITFIELD BRYSON LLP
518 Monroe Street
Nashville, TN 37208
Telephone: 615-921-6500
Facsimile: 615-921-6501
Email: Caroline@whitfieldbryson.com

BUTLER FARM & RANCH LAW GROUP, PLLC
J. Dudley Butler
499A Breakwater Drive
Benton, MS 39039
jdb@farmandranchlaw.com

PUBLIC JUSTICE, P.C.
David S. Muraskin
1825 K. St. N.W., Suite 200
Washington, D.C. 20006
dmuraskin@publicjustice.net

*/s/ Mark C. Tatum*
*ATTORNEY FOR DEFENDANT*
*Tyson Chicken, Inc.*