**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| CHARLES MORRIS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:15-cv-00077 |
| | ) | |
| | ) | |
| | ) | Judge: Hon. Benjamin J. Beaton |
| TYSON CHICKEN, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

# PLAINTIFFS EXHIBIT LIST

Come now the Plaintiffs, by counsel, and pursuant to the previously entered Scheduling Order (Doc. 321) respectfully tender a list of the exhibits that Plaintiffs may seek to introduce at the trial of this matter.

1. Expert Report of Dr. Kyle W. Stiegert, Ph.D. (Dated July 15, 2019). Plaintiffs understand that expert reports are not typically admissible in federal court and only designate this exhibit as a precautionary measure for use at trial should the circumstances permit such use.

   A. Kyle W. Stiegert, Ph.D. Curriculum Vitae (referenced as Appendix A in Dr. Stiegert's report).

   B. All materials relied upon including the following (referenced as Appendix B in Dr. Stiegert's report):

      A. Pleadings and Legal Correspondence: Plaintiff First Amended Complaint and Jury Demand, *Morris et al v. Tyson Chicken Inc. et al*, Civil Action

No. 4:15-cv-77-m, United States District Court for Western District of Kentucky, Owensboro Division; *Been v. O.K. Industries, Inc.*, 495 F.3d 1217 (10th Cir. 2007); *Telecor Communications v. Southwestern Bell*, 305 F.3d 1135, 1136, (10th Cir. 2002). *James vs Tyson Foods Inc*. 2012 OK 21 Case Number: 109046.

B. Reports and Declarations of Nancy Butler.

C. Depositions:

1. Deposition and Exhibits [1] of Dennis Clapp;
2. Deposition and Exhibits of TLC Poultry;
3. Deposition and Exhibits of David Mears;
4. Deposition and Exhibits of Jim Leis
5. Deposition and Exhibits of Jared Shelton;
6. Deposition and Exhibits of William Morgan Rickard;
7. Deposition and Exhibits of Doug Brown
8. Deposition and Exhibits of Jennifer Heltsley;
9. Deposition and Exhibits of Neil Barfield
10. Deposition and Exhibits of David Dickey;
11. Deposition and Exhibits of Rubin Bruce
12. Deposition and Exhibits of Beau McGuire;
13. Deposition and Exhibits of Jim Gottsponer;
14. Deposition and Exhibits of Keith Crabtree
15. Deposition and Exhibits of John Pinkston;

[1] The use of the word "Exhibit" in the context of paragraph 2 (iii) shall mean any and all exhibits attached to the respective deposition referenced.

16. Deposition and Exhibits of Tim Vincent
17. Deposition and Exhibits of Mike Murphy;
18. Deposition and Exhibits of Murphy Farms;
19. Deposition and Exhibits of ICU Chicken;
20. Deposition and Exhibits of Calvin Leisure;
21. Deposition and Exhibits of Christopher Burch.

D. Bates-Stamped Documents (Grower Recap by Grower Sheets):

Tyson_01948242 Tyson_01950190 Tyson_01952679 Tyson_00158736
Tyson_00140118 Tyson_00139684 Tyson_01957061 Tyson_01952760
Tyson_00158775 Tyson_01952379 Tyson_01948319 Tyson_01950232
Tyson_01953038 Tyson_00158814 Tyson_00140057 Tyson_01948346
Tyson_01950261 Tyson_01953123 Tyson_00158893 Tyson_01956944
Tyson_01948362 Tyson_01950343 Tyson_01952821 Tyson_00144939
Tyson_01956949 Tyson_01948394 Tyson_01950361 Tyson_00145354
Tyson_00144902 Tyson_01956935 Tyson_01948377 Tyson_00138437
Tyson_01952959 Tyson_00144862 Tyson_01956662 Tyson_01948424
Tyson_00138566 Tyson_01953099 Tyson_00144828 Tyson_01956953
Tyson_01948443 Tyson_00138649 Tyson_01953668 Tyson_00144802
Tyson_01956680 Tyson_01948491 Tyson_01950423 Tyson_00145358
Tyson_00144773 Tyson_01956688 Tyson_01948531 Tyson_00138780
Tyson_01953178 Tyson_00144740 Tyson_01956671 Tyson_01948546
Tyson_00138664 Tyson_00139741 Tyson_00144708 Tyson_01956683
Tyson_01948570 Tyson_00138721 Tyson_01953485 Tyson_00144674

Tyson_01957022 Tyson_01948585 Tyson_00138844 Tyson_00151486

Tyson_00144641 Tyson_01957008 Tyson_01948638 Tyson_01950519

Tyson_01953549 Tyson_00144610 Tyson_01956666 Tyson_01948665

Tyson_00138885 Tyson_01953630 Tyson_00144586 Tyson_01957018

Tyson_01948698 Tyson_00137408 Tyson_00145360 Tyson_00144576

Tyson_01956841 Tyson_01948725 Tyson_00137348 Tyson_00145364

Tyson_00144515 Tyson_01957020; Tyson_01949886 Tyson_01951387

Tyson_00157269 Tyson_00141629 Tyson_01956965 Tyson_01949913

Tyson_01951626 Tyson_00157492 Tyson_00141579 Tyson_01956945

Tyson_01949940 Tyson_01951438 Tyson_00145630 Tyson_00141524

Tyson_01956684 Tyson_01949970 Tyson_01951536 Tyson_00157577

Tyson_00141467 Tyson_01957019 Tyson_01949992 Tyson_01951493

Tyson_01955036 Tyson_00141412 Tyson_01956668 Tyson_00167090

Tyson_01951571 Tyson_00145632 Tyson_00139542 Tyson_01956674

Tyson_00167098 Tyson_01951588 Tyson_00158386 Tyson_00139506

Tyson_01957023 Tyson_00136971 Tyson_00145279 Tyson_00157816

Tyson_01952505 Tyson_01957009 Tyson_01950049 Tyson_01951670

Tyson_00167113 Tyson_00167128 Tyson_00167143 Tyson_00167143

Tyson_00157899 Tyson_00139468 Tyson_01956959 Tyson_00136990

Tyson_01951775 Tyson_00158255 Tyson_00139433 Tyson_01957012

Tyson_00137030 Tyson_01951819 Tyson_00143826 Tyson_00139400

Tyson_01957007 Tyson_00137054 Tyson_01951834 Tyson_00159203

Tyson_00139362 Tyson_01957013 Tyson_00137103 Tyson_00145281

| | | | |
|---|---|---|---|
| Tyson_00143838 | Tyson_00139341 | Tyson_01956678 | Tyson_00137132 |
| Tyson_01951970 | Tyson_00159266 | Tyson_00139310 | Tyson_01956679 |
| Tyson_00137169 | Tyson_01951943 | Tyson_01952352 | Tyson_00140876 |
| Tyson_01956938 | Tyson_00137191 | Tyson_01952001 | Tyson_00143818 |
| Tyson_00140794 | Tyson_01957025 | Tyson_00137217 | Tyson_01952032 |
| Tyson_00158032 | Tyson_00140672 | Tyson_01956670 | Tyson_00137246 |
| Tyson_00145283 | Tyson_00143820 | Tyson_00140614 | Tyson_01956838 |
| Tyson_00137278 | Tyson_01952132 | Tyson_00159374 | Tyson_00140519 |
| Tyson_01956951 | Tyson_01950076 | Tyson_00145287 | Tyson_00159406 |
| Tyson_00140453 | Tyson_01957015 | Tyson_01957010 | Tyson_01952194 |
| Tyson_00143822 | Tyson_00140396 | Tyson_01956948 | Tyson_01956687 |
| Tyson_00139704 | Tyson_00143824 | Tyson_01952407 | Tyson_01957024 |
| Tyson_01950102 | Tyson_01952241 | Tyson_00145636 | Tyson_00140337 |
| Tyson_01956677 | Tyson_01950130 | Tyson_01952312 | Tyson_00159465 |
| Tyson_00140242 | Tyson_01956966 | Tyson_01950163 | Tyson_01952277 |
| Tyson_01952350 | Tyson_00140201 | Tyson_01956957; | Tyson_01948760 |
| Tyson_00137317 | Tyson_00145366 | Tyson_00166086 | Tyson_01956676 |
| Tyson_01948775 | Tyson_00137453 | Tyson_01953843 | Tyson_00144488 |
| Tyson_01956690 | Tyson_01948801 | Tyson_00137498 | Tyson_00145368 |
| Tyson_00144458 | Tyson_01956673 | Tyson_01948843 | Tyson_00137562 |
| Tyson_01953988 | Tyson_00144425 | Tyson_01956950 | Tyson_01948871 |
| Tyson_00137630 | Tyson_01953918 | Tyson_00144393 | Tyson_01956955 |
| Tyson_01948904 | Tyson_00137671 | Tyson_01954163 | Tyson_00144357 |

| | | | |
|---|---|---|---|
| Tyson_01957011 | Tyson_01948928 | Tyson_01950557 | Tyson_00143891 |
| Tyson_00144339 | Tyson_01957014 | Tyson_01948957 | Tyson_00137773 |
| Tyson_01954057 | Tyson_00144306 | Tyson_01956681 | Tyson_01948985 |
| Tyson_00137739 | Tyson_00151588 | Tyson_00144272 | Tyson_01956934 |
| Tyson_01948999 | Tyson_00137856 | Tyson_00145376 | Tyson_00144236 |
| Tyson_01956941 | Tyson_01949027 | Tyson_00138023 | Tyson_01954331 |
| Tyson_00144197 | Tyson_01956962 | Tyson_01949054 | Tyson_00137989 |
| Tyson_00145382 | Tyson_00144181 | Tyson_01956936 | Tyson_01949104 |
| Tyson_00137958 | Tyson_01954224 | Tyson_00144148 | Tyson_01956947 |
| Tyson_01949083 | Tyson_00137925 | Tyson_01954257 | Tyson_00144111 |
| Tyson_01956665 | Tyson_01949121 | Tyson_00137887 | Tyson_00145378 |
| Tyson_00144078 | Tyson_01956669 | Tyson_01949152 | Tyson_138226 |
| Tyson_00145384 | Tyson_00144048 | Tyson_01956839 | Tyson_01949233 |
| Tyson_00138172 | Tyson_00145386 | Tyson_00144016 | Tyson_01956964 |
| Tyson_01949263 | Tyson_00138243 | Tyson_00145388 | Tyson_00143982 |
| Tyson_01956682 | Tyson_01949248 | Tyson_00138276 | Tyson_00145392 |
| Tyson_00143947 | Tyson_01956942 | Tyson_01949290 | Tyson_00138309 |
| Tyson_00145394 | Tyson_00143910 | Tyson_01956933 | Tyson_01949315 |
| Tyson_00138345 | Tyson_00145398 | Tyson_00150151 | Tyson_01956685 |
| Tyson_01949357 | Tyson_01950593 | Tyson_00145400 | Tyson_00150101 |
| Tyson_01956939 | Tyson_01949341 | Tyson_01950625 | Tyson_00145402 |
| Tyson_00150021 | Tyson_01957027 | Tyson_01956659 | Tyson_00138380 |
| Tyson_01954971 | Tyson_00149922 | Tyson_01956946 | Tyson_01949390 |

| | | | |
|---|---|---|---|
| Tyson_01950728 | Tyson_00156702 | Tyson_00149829 | Tyson_01956956 |
| Tyson_01949404 | Tyson_01950658 | Tyson_00139833 | Tyson_00149659 |
| Tyson_01956840 | Tyson_01949424 | Tyson_01950696 | Tyson_00139800 |
| Tyson_00149594 | Tyson_01956963 | Tyson_01949441 | Tyson_01950753 |
| Tyson_00145498 | Tyson_00149544 | Tyson_01957026 | Tyson_01949470 |
| Tyson_01950778 | Tyson_00151791 | Tyson_00149446 | Tyson_01956932 |
| Tyson_01949498 | Tyson_01950849 | Tyson_00145535 | Tyson_00149387 |
| Tyson_01956937 | Tyson_01949527 | Tyson_01950816 | Tyson_00139874 |
| Tyson_00149322 | Tyson_01956664 | Tyson_01949567 | Tyson_01950882 |
| Tyson_00145564 | Tyson_00149241 | Tyson_01956675 | Tyson_01949583 |
| Tyson_01956661 | Tyson_00151945 | Tyson_00149192 | Tyson_01956954 |
| Tyson_01949616 | Tyson_01950971 | Tyson_00151958 | Tyson_00149066 |
| Tyson_01956686 | Tyson_01949633 | Tyson_01950907 | Tyson_00145572 |
| Tyson_00149004 | Tyson_01956961 | Tyson_01949655 | Tyson_01951161 |
| Tyson_00145584 | Tyson_00148922 | Tyson_01957016 | Tyson_01952591 |
| Tyson_01951014 | Tyson_00152480 | Tyson_00148870 | Tyson_01956667 |
| Tyson_01956672 | Tyson_00143861 | Tyson_00145605 | Tyson_00148794 |
| Tyson_01956663; | yson_01949692 | Tyson_01951176 | Tyson_00145586 |
| Tyson_00148732 | Tyson_01956960 | Tyson_01949720 | Tyson_01951239 |
| Tyson_00145588 | Tyson_00148679 | Tyson_01956958 | Tyson_01949741 |
| Tyson_00143863 | Tyson_00157301 | Tyson_00148619 | Tyson_01957017 |
| Tyson_01949781 | Tyson_01951357 | Tyson_00145590 | Tyson_00148550 |
| Tyson_01956689 | Tyson_01949796 | Tyson_00143874 | Tyson_00145592 |

Tyson_00141908 Tyson_01956943 Tyson_01949815 Tyson_01951295 Tyson_00158288 Tyson_00141830 Tyson_01957021 Tyson_01949832 Tyson_1957062 Tyson_00145594 Tyson_00143634 Tyson_01956952 Tyson_01949859 Tyson_01951455 Tyson_00145596 Tyson_00141683 Tyson_01956940.

E. Settlement Data: Tyson 1957060.

F. Agri Stats – Broiler Bottomline Report Monthly Data: Tyson_00172285 Tyson_00324303 Tyson_00592127 Tyson_01018519 Tyson_01497372 Tyson_00186087 Tyson_00339409 Tyson_00608372 Tyson_01023688 Tyson_01528174 Tyson_00202541 Tyson_00354799 Tyson_00624311 Tyson_01064761 Tyson_01544852 Tyson_00218530 Tyson_00370085 Tyson_00640295 Tyson_01115848 Tyson_01584249 Tyson_00232205 Tyson_00385214 Tyson_00656204 Tyson_01142779 Tyson_01615691 Tyson_00247475 Tyson_00400356 Tyson_00675819 Tyson_01157091 Tyson_01643172 Tyson_00272989 Tyson_00415661 Tyson_00686788 Tyson_01195895 Tyson_01674995 Tyson_00288533 Tyson_00431308 Tyson_00720842 Tyson_01221169 Tyson_01702358 Tyson_00294031 Tyson_00447612 Tyson_00746992 Tyson_01246850 Tyson_01717362 Tyson_00308517 Tyson_00463118 Tyson_00776990 Tyson_01276981 Tyson_01757379 Tyson_00314146. Tyson_00479473 Tyson_00806203 Tyson_01307780 Tyson_01787262 Tyson_00314147. Tyson_00494430 Tyson_00836298 Tyson_01322463 Tyson_01814636 Tyson_00314148. Tyson_00510369 Tyson_00865909 Tyson_01363356 Tyson_01843796

Tyson_00314149. Tyson_00526843 Tyson_00895729 Tyson_01374492 Tyson_01871488 Tyson_00314150. Tyson_00543307 Tyson_00928208 Tyson_01406722 Tyson_01894464 Tyson_00314151. Tyson_00560212 Tyson_00958183 Tyson_01446442 Tyson_01935009 Tyson_00314152. Tyson_00576162 Tyson_00987803 Tyson_01473666.

G. Agri Stats - Monthly Live Production General Run Tyson-00179926 Tyson-00423777 Tyson-00685101 Tyson-01149386 Tyson-01564189 Tyson-00193301 Tyson-00439716 Tyson-00703938 Tyson-01177225 Tyson-01592930 Tyson-00211137 Tyson-00456431 Tyson-00724658 Tyson-01202431 Tyson-01621632 Tyson-00225917 Tyson-00471553 Tyson-00755220 Tyson-01228949 Tyson-01648915 Tyson-00240378 Tyson-00487918 Tyson-00785632 Tyson-01254679 Tyson-01680325 Tyson-00254991 Tyson-00503869 Tyson-00811591 Tyson-01282881 Tyson-01708960 Tyson-00269833 Tyson-00520411 Tyson-00842309 Tyson-01284002 Tyson-01734400 Tyson-00286849 Tyson-00536120 Tyson-00876366 Tyson-01315416 Tyson-01763740 Tyson-00316991 Tyson-00552955 Tyson-00904008 Tyson-01346510 Tyson-01794280 Tyson-00332069 Tyson-00568644 Tyson-00933676 Tyson-01370448 Tyson-01794843 Tyson-00347403 Tyson-00584654 Tyson-00964545 Tyson-01397777 Tyson-01820026 Tyson-00362680 Tyson-00600686 Tyson-00994362 Tyson-01424754 Tyson-01847943 Tyson-00377784 Tyson-00613491 Tyson-01024744 Tyson-01451511 Tyson-01872569 Tyson-00393012 Tyson-00632843 Tyson-01055941 Tyson-01482395

Tyson-01902755 Tyson-00407900 Tyson-00647643 Tyson-01085363 Tyson-01505995 Tyson-01940628 Tyson-00414510 Tyson-00668259 Tyson-01121397 Tyson-01533392 Tyson-00301977.

H. Broiler Production Contracts: Tyson-01956691 Tyson-01956808 Tyson-01956979 Tyson-01956995 Tyson-00167535 Tyson-01956691 Tyson-01956823 Tyson-01956981 Tyson-01956997 Tyson-00167625 Tyson-01956702 Tyson-01956967 Tyson-01956983 Tyson-01956999 Tyson-00167640 Tyson-01956717 Tyson-01956969 Tyson-01956985 Tyson-01957001 Tyson-00167655 Tyson-01956732 Tyson-01956971 Tyson-01956987 Tyson-01957003 Tyson-01956747 Tyson-01956973 Tyson-01956989 Tyson-01957005 Tyson-01956782 Tyson-01956975 Tyson-01956991 Tyson-00167520 Tyson-01956793 Tyson-01956977 Tyson-01956993 Tyson-00167520.

I. Additional Data Produced In The Litigation Broiler Production Contracts: Broiler Production Contract (Robards) between Tyson Chicken and Calvin Leisure Jr. (5171); Broiler Production Contract (Robards) between Tyson Chicken and Morvatt Enterprises. LLC (5157); Broiler Production Contract (Robards) between Tyson Chicken Inc, and Murphy Farms LLC. (5148); Broiler Production Contract (Robards) between Tyson Chicken Inc, and Christopher Burch (5136); Broiler Production Contract (Robards) between Tyson Chicken Inc, and Douglas R. Brown (5032); Broiler Production Contract (Robards) between Tyson Chicken Inc, and Dennis Clapp (5081); Broiler Production Contract (Robards) between Tyson

Chicken Inc, and Keith Crabtree (5192); K&C Broiler Production Contract (Robards) between Tyson Chicken Inc, and John Pinkston (5177); Broiler Production Contract (Robards) between Tyson Chicken Inc, and Loi Moc Hong (5210); H&L Broiler Production Contract (Robards) between Tyson Chicken Inc, and Timothy E.Vincent TLC (5172); Broiler Production Contract (Robards) between Tyson Chicken Inc, and William M. Rickard (5174) SMR.

J. Plaintiff's Answers to Defendant Tyson Chicken Inc. First Interrogatories: (0042) Plaintiff's Answers to Defendant Tyson Chicken Inc. First Interrogatories to Plaintiff Calvin Leisure; (0045) Plaintiff's Answers to Defendant Tyson Chicken Inc. First Interrogatories to Plaintiff Charles Morris; (0048) Plaintiff's Answers to Defendant Tyson Chicken Inc. First Interrogatories to Plaintiff John Pinkston; (0051) Plaintiff's Answers to Defendant Tyson Chicken Inc. First Interrogatories to Plaintiff Tim Vincent; (0054) Plaintiff's Answers to Defendant Tyson Chicken Inc. First Interrogatories to Plaintiff Christopher Burch; (0057) Plaintiff's Answers to Defendant Tyson Chicken Inc. First Interrogatories to Plaintiff Dennis Clapp; (0060) Plaintiff's Answers to Defendant Tyson Chicken Inc. First Interrogatories to Plaintiff Loi Hong; (0063) Plaintiff's Answers to Defendant Tyson Chicken Inc. First Interrogatories to Plaintiff Doug Brown; (0066) Plaintiff's Answers to Defendant Tyson Chicken Inc. First Interrogatories to Plaintiff Keith Crabtree; (0069) Plaintiff's Answers to Defendant Tyson Chicken Inc. First Interrogatories

to Plaintiff Mike Murphy; (0072) Plaintiff's Answers to Defendant Tyson Chicken Inc. First Interrogatories to Plaintiffs Morgan Rickard and Sondra Rickard.

K. Additional Communications: Interview with Charles Morris, April 22, 2019. Phone Interview with Charles Morris, April 22, 2019

L. Websites:

1. https://nationalaglawcenter.org/overview/packers-and-stockyards/
2. https://www.growwithtyson.com/chicken-production-process/
3. https://www.tysonfoods.com/sites/default/files/2018-09/Tyson%20Foods%20Major%20Locations.pdf
4. https://www.meatpoultry.com/articles/15559-tyson-foods-to-add-jobs-at-kentucky-poultry-plant
5. https://www.tysonfoods.com/who-we-are/our-partners/farmers/prospective-farmers
6. https://www.ers.usda.gov/amber-waves/2014/august/financial-risks-and-incomes-in-contract-broiler-production/
7. https://www.nationalchickencouncil.org/about-the-industry/history/
8. https://www.ehstoday.com/news/ehs_imp_32655
9. https://www.cobb-vantress.com/about-cobb/career-profiles/our-history
10. https://www.agristats.com/history

11. https://www.bloomberg.com/news/features/2017-02-15/is-the-chicken-industry-rigged

12. https://web.archive.org/web/20050311104802/

13. http://www.tysonfoodsinc.com:80/corporate/info/growersFAQ.as p

14. https://www.google.com/maps/dir/Pilgrim's+Pride+Corporation,+1195+Macedonia+St,+Mayfield,+KY+42066,
+United+States/Tyson+Poultry,+U.S.+41,+Robards,+KY,+USA/
@37.151296,-
88.6138995,9z/data=!4m13!4m12!1m5!1m1!1s0x887a2e502f1049
fb:0x9541ca27b3d5a74d!2m2!1d88.66313!2d36.7228027!1m5!1m
1!1s0x886fdf998d8478c7:0x568533161873f499!2m2!1d87.52009
59!2d37.6543176

15. https://www.google.com/maps/dir/Pilgrim's+Pride+Corporation,+
Eastpoint+Centre+Drive,+Louisville,+Kentuc
ky,+USA/Robards,+KY,+USA/@37.8658763,-
87.0990496,9z/data=!3m1!4b1!4m13!4m12!1m5!1m1!1s0x88699
92f71e1dd61:0x3d2380b909fee76d!2m2!1d85.510623!2d38.2803
1!1m5!1m1!1s0x886fdf5e1112322b:0x7cd10056e74421ed!2m2!1
d87.5466747!2d37.6739325

16. https://www.tysonfoods.com/who-we-are/our-partners/farmers/contract-poultry-farming/contract-poultryfarmers-bill-rights

17. https://newsok.com/article/3451162/jury-orders-tyson-to-pay-73m-to-chicken-growers
18. https://www.usinflationcalculator.com/inflation/consumer-price-index-and-annual-percent-changes-from-1913- to-2008/
19. https://ir.tyson.com/reports/annual-reports/default.aspxt

M. Publications: Hovenkamp, Herbert J. (2011). "Does the Packers and Stockyards Act Require Antitrust Harm?". Faculty Scholarship. 1862. Weaver, Marin. Poultry. (January 2014). “Industry and Trade Summary” Publication ITS-10. Washington, DC: U.S. International Trade Commission. Doye,D.G. Freking B., Payne J. (2006) “Broiler Production: Consideration for Poultry Growers”, Oklahoma State University, Extension Facts, CES, Division of Agricultural Science and Natural Resources. MacDonald, James M. (June 2014). “Technology, Organization, and Financial Performance in U.S. Broiler Production”, EIB-126, U.S. Department of Agriculture, Economic Research Service. University of Maryland (October 2017). “Broiler Production. Management for Potential and Existing Growers.” Extension Bulletin, EB-431. C. Robert Taylor and David A. Domina. (2010). “Restoring Economic Health to Contract Poultry Production” Dr. Tom Tabler, Jessica Wells, and Dr. Morgan Farnell. (2014). “Potential Contract Growers Face Important Decisions”. Extension Service of Mississippi State University. Domina, D. A., & Taylor, C. R. (2009). "The Debilitating Effects of Concentration in Markets Affecting Agriculture" Drake Journal of

Agricultural Law, 15(1), 61–108. Daryll E. Ray (2010), “Poultry growers air complaint,” Article Number 514, Agricultural Policy Analysis Center, The University of Tennessee. Pew Charitable Trusts (2008). “Putting Meat on the Table: Industrial Farm Animal Production in America,” A Report of the Pew Commission on Industrial Farm Animal Production, The Pew Charitable Trusts and John Hopkins Bloomberg School of Public Health. Vukina, T. and P. Leegomonchai. (2006). “Oligopsony Power, Asset Specificity and Hold-Up: Evidence from the Broiler Industry.” American Journal of Agricultural Economics, Vol. 88 (3), (August): 589-605. MacDonald, James M. (June 2008), “The Economic Organization of U.S. Broiler Production”, Economic Information Bulletin No. 38. Economic Research Service, U.S. Dept. of Agriculture. Tsoulouhas and Vukina (2000) Regulating Broiler Contracts: Tournaments versus Fixed Performance Standards. Olnood C.G. et al (2009). “Effects of novel probiotic on growth performance and microbial composition of broiler chickens with Salmonella sofia challenge.” Hjelm C. (2018) “Identifying Factors of Importance for Chick Quality and Traits that may Predict Chick Quality.” Leegomonchai P. and Vukina T. (2005). “Dynamic Incentives and Agent Discrimination in Broiler Production Tournaments.” Shim et al, (2012). “Strain and sex effects on growth performance and carcass traits of contemporary broiler crosses.” Poultry Science. 91:2942-2948. Blair and Harrison, (1991) “Antitrust Policy and Monopsony”, 76 Cornell L. Rev. 297. OECD, (2008) “Monopsony and Buyer Power” (2008).

DAF/COMP 38, at 19-20. MacDonald, J.M. and Key N. (2012) “Market Power in Poultry Production Contracting? Evidence from a Farm Survey”. Journal of Agricultural and Applied Economics, 44,4(November 2012):477–490. U.S. Department of Justice, (May 2012), Competition and Agriculture: Voices from the Workshops on Agriculture and Antitrust Enforcement in our 21st Century Economy and Thoughts on the Way Forward Horizontal Merger Guidelines (19 August 2010), US DOJ and FTC. United States v. Cargill, Inc., No. 1:99CV01875 (D.D.C. July 8, 1999). MacDonald James M. and Korb P. (May 2006) “Duration in Production Contracts” Economic Research Service, US Department of Agriculture. James M. MacDonald and Penni Korb (July 23-26, 2006) “Duration in Production Contracts,” paper presented at the American Agricultural Economics Association Annual meeting, Long Beach, CA. Kathleen Hynes (1993). “Summary Report on the 1993 Tyson Grower Survey.” Ansong-Danquah J, (January/February 1987). “A Survey of Carcass Condemnation at a Poultry Abattoir and its Application to Disease Management” Veterinary Inspection Directorate, Food Production and Inspection Branch, Agriculture Canada, Can Vet J Volume 28, Nos. 1-2. OECD (2011), “Quantification of Harm to Competition by National Courts and Competition Agencies” DAF/COMP (2011)25. OECD, (2012) "Market Definition" DAF/COMP (2012)19, p. 11, Available at http://www.oecd.org/daf/competition/Marketdefinition2012.pdf. WATT

Poultry USA. (March 2018). Tyson Foods Fiscal Factbook. (2017). Tyson Foods Inc, 2010 Annual Report on Form 10-K. Tyson Foods Inc, 2011 Annual Report on Form 10-K. Tyson Foods Inc, 2012 Annual Report on Form 10-K. Tyson Foods Inc, 2013 Annual Report on Form 10-K. Tyson Foods Inc, 2014 Annual Report on Form 10-K. Tyson Foods Inc, 2015 Annual Report on Form 10-K. Tyson Foods Inc, 2016 Annual Report on Form 10-K. Tyson Foods Inc, 2017 Annual Report on Form 10-K. Tyson Foods Inc, 2018 Annual Report on Form 10-K.

N. Dr. Kyle W. Stiegert's Backup Production Data Set

2. First Deposition of Dr. Kyle W. Stiegert, Ph.D. (Dated October 10, 2019).

   A. Exhibit 1: Deposition notice.[2]

   B. Exhibit 2: 7/15/19 Report.

   C. Exhibit 3: Ansong-Danquah study.

   D. Exhibit 4: Sample contract.

   E. Exhibit 5: June 2014 MacDonald report.

   F. Exhibit 6: July 2008 MacDonald and Key paper .

   G. Exhibit 7: 2012 MacDonald and Key article.

   H. Exhibit 8: Supplemental declaration.

   I. Exhibit 9: Curriculum vitae.

   J. Exhibit 10: Elam/Thurman reports.

   K. Exhibit 11: Original report.

[2] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

L. Exhibit 12: Second report.

M. Exhibit 13: Supplemental declaration.

3. Second Deposition of Dr. Kyle W. Stiegert, Ph.D. (Dated January 16, 2020).

    A. Exhibit 9: Curriculum vitae. [3]

    B. Exhibit 10: Thomas/Elam Reports.

    C. Exhibit 11: Original Report.

    D. Exhibit 12: Second Report.

    E. Exhibit 13: Supplemental Declaration.

4. Deposition of Dr. Gary L. French (Dated January 6, 2023).

    A. Gary L. French, Ph. D. Curriculum vitae .

    B. French Initial Declaration (August 24, 2022).

        A. Gary L. French, Ph. D. Curriculum Vitae.

        B. All materials relied upon including the following: all of Dr. Stiegert's initial and supplemental declarations which consists of all materials referenced in Dr. Stiegert's reliance materials.

    C. French Second Declaration (October 28, 2022)

        A. All materials relied upon including the following: all of Dr. Stiegert's initial and supplemental declarations which consists of all materials referenced in Dr. Stiegert's reliance materials. Deposition of Kyle W. Stiegert, Ph.D., October 10, 2019; Deposition of Dr. Kyle Stiegert, January 16, 2020. 4 Expert Report of Dr. Thomas Elam, August 30, 2019;

[3] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

Expert Report of Walter N. Thurman, August 30, 2019; Expert Report of Jason H. Anderson, August 27, 2019; Opinions of Michael P. Lacy, August 28, 2019; Supplemental Expert Report of Walter N. Thurman, January 10, 2020; and Dr. Elam's Response to Dr. Stiegert's Second Report, January 10, 2020. 5 TYSON_01957064. Tyson also produced Agri Stats files on October 18, 2022. Declaration of Kyle Stiegert in Support of Plaintiff Rule 26(a)(2) Expert Disclosures, July 15, 2019 (hereafter "Stiegert Declaration"). 7 Supplemental Declaration of Kyle Stiegert in Support of Plaintiffs Rule 26(a)(2) Expert Disclosures, October 8, 2019 (hereafter "Stiegert Supplemental Declaration"). See Stiegert Declaration, ¶¶ 48, 74, 78, 98, and 127. 9 Stiegert Declaration, ¶ 4; United States District Court for Western District of Kentucky, Owensboro Division, Morris et al v. Tyson Chicken Inc. et al., Civil Action No. 4:15-cv-77-m, Plaintiff First Amended Complaint and Jury Demand, at p. 2. 10 Stiegert Declaration, ¶ 5; See also, Herbert J. Hovenkamp, "Does the Packers and Stockyards Act Require Antitrust Harm?" University of Pennsylvania Law School, January 10, 2011, 1-8 at p. 2-3.

1. Pleadings and Legal Correspondence: United States District Court Western District of Kentucky Owensboro Division, Charles Morris, et al. v. Tyson Chicken, Inc., et al., Civil Action No. 4:15-cv-00077-BJB-HBB, Memorandum Opinion and Order, January 6, 2022. United States District Court for the Western District of Kentucky Owensboro Division, Charles Morris, et al. v. Tyson Chicken, Inc,

Motion in Limine to Exclude Dr. Stiegert's Damage Opinions, September 23, 2022.

2. Expert Reports: Declaration of Kyle Stiegert in Support of Plaintiff Rule 26(a)(2) Expert Disclosures, July 15, 2019 including backup production. Supplemental Declaration of Kyle Stiegert in Support of Plaintiffs Rule 26(a)(2) Expert Disclosures, October 8, 2019 including backup production. Dr. Elam's Response to Dr. Stiegert's Second Report, January 10, 2020. Supplemental Expert Report of Walter N. Thurman, January 10, 2020. Declaration of Gary L. French, August 24, 2022. Second Declaration of Gary L. French, October 28, 2022.
3. Interview with Charles Morris, October 25, 2022.
4. Bates-Stamped Materials: TYSON_01957064; TYSON_02005564; and TYSON_02005565.
5. Third-Party Materials: Company Reports and SEC Forms; Tyson Foods, Inc. SEC Form 10-K for the fiscal year ended September 28, 2019; Tyson Foods, Inc. SEC Form 10-K for the fiscal year ended October 2, 2021
6. Academic Literature: Chen Yeh, Claudia Macaluso and Brad Hershbein, "Monopsony in the U.S. Labor Market," American Economic Review, March 4 2022, 112(7): 2099–2138. Louis N. Christofides, and Andrew J. Oswald. "Real Wage Determination

and Rent-Sharing in Collective Bargaining Agreements." Quarterly Journal of Economics, 1992, 107 (3): 985– 1002.

D. French Third Declaration (December 12, 2022).

   A. All materials relied upon including the following: French Initial Declaration; Deposition of Kyle W. Stiegert, Ph.D., October 10, 2019; Deposition of Dr. Kyle Stiegert, January 16, 2020; Expert Report of Dr. Thomas Elam, August 30, 2019; Expert Report of Walter N. Thurman, August 30, 2019; Expert Report of Jason H. Anderson, August 27, 2019; Opinions of Michael P. Lacy, August 28, 2019; Supplemental Expert Report of Walter N. Thurman, January 10, 2020; Dr. Elam's Response to Dr. Stiegert's Second Report, January 10, 2020; TYSON_01957064; 6 TYSON_02005564 and TYSON_02005565.

E. Materials relied upon in addition to the materials relied upon in the Stiegert Declaration and Stiegert Supplemental Declaration including the following:

   A. Pleadings and Legal Correspondence: United States District Court Western District of Kentucky Owensboro Division, Charles Morris, et al. v. Tyson Chicken, Inc., et al., Civil Action No. 4:15-cv-00077-BJB-HBB, Memorandum Opinion and Order, January 6, 2022. United States District Court for the Western District of Kentucky Owensboro Division, Charles Morris, et al. v. Tyson Chicken, Inc, Motion in Limine to Exclude Dr. Stiegert's Damage Opinions, September 23, 2022.

   B. Expert Reports Declaration of Kyle Stiegert in Support of Plaintiff Rule 26(a)(2) Expert Disclosures, July 15, 2019 including backup production.

Supplemental Declaration of Kyle Stiegert in Support of Plaintiffs Rule 26(a)(2) Expert Disclosures, October 8, 2019 including backup production. Dr. Elam's Response to Dr. Stiegert's Second Report, January 10, 2020. Supplemental Expert Report of Walter N. Thurman, January 10, 2020. Declaration of Gary L. French, August 24, 2022. Second Declaration of Gary L. French, October 28, 2022.

C. Interview with Charles Morris, October 25, 2022.

D. Bates-Stamped Materials: TYSON_01957064; TYSON_02005564; and TYSON_02005565.

E. Third-Party Materials: Company Reports and SEC Forms; Tyson Foods, Inc. SEC Form 10-K for the fiscal year ended September 28, 2019; Tyson Foods, Inc. SEC Form 10-K for the fiscal year ended October 2, 2021.

F. Academic Literature: Chen Yeh, Claudia Macaluso and Brad Hershbein, "Monopsony in the U.S. Labor Market," American Economic Review, March 4 2022, 112(7): 2099–2138. Louis N. Christofides, and Andrew J. Oswald. "Real Wage Determination and Rent-Sharing in Collective Bargaining Agreements." Quarterly Journal of Economics, 1992, 107 (3): 985– 1002.

5. Expert Report of Dr. Michael P. Lacy (Dated August 28, 2019).

   A. Michael P. Lacy, Ph.D. Curriculum Vitae (as referenced in Dr. Lacy's report as Appendix A)

   B. All materials relied upon including the following:

A. Ansong -Danquah, J. 1987. A survey of carcass condemnation at a poultry abattoir and its application to disease management. Canadian Veterinary Journal 28:53 -56.

B. Cobb 500 Broiler Performance and Nutrition Supplement. 2012. Cobb - Vantress, Inc. Siloam Springs, AR.

C. Cobb 700 Broiler Performance and Nutrition Supplement. 2012. Cobb - Vantress, Inc. Siloam Springs, AR.

D. Dawkins, M. S., C. A. Donnelly and T. A. Jones. 2004. Chicken welfare is influenced more by housing conditions than by stocking density. Nature 427:342 -344.

E. Goliomytis, M., E. Panopoulou and E. Rogdakis. 2003. Growth curves for body weight and major body component parts, feed consumption, and mortality of male broiler chickens grown to maturity. Poultry Science 82:1061 -1068.

F. Korver, D.R., M.J. Zuidhof, and K.R. Lawes. 2004. Performance characteristics and economic comparison of broiler chickens fed wheat- and triticale -based diets. Poultry Science 83:716- 723.

G. Lacy, M.P. 2002. Broiler management. In: Bell, D.D. and Weaver, W.D. (eds) Commercial Chicken Meat and Egg Production, 5`" edition. Springer, Boston, MA.

H. Lacy, M.P., and F.H. Benoff. 1987. Consistency in flock performance of contract broiler growers. Poultry Science 66 (Suppl. 1):23 -24.

I. Mussehl, F.E. 1927. Sex ratios in poultry. Poultry Science 3:72 -73.

J. Shim, M.E., M. Tahir, A.B. Karnuah, M. Miller, T.D. Pringle, S.E. Aggrey, and G.M. Pesti. 2012. Strain and sex effects on growth performance and carcass traits of contemporary commercial broiler crosses. Poultry Science 91:2942 -2948.

6. Deposition of Dr. Michael Lacy (Dated February 11, 2020).

    A. Exhibit 1: Notice. [4]

    B. Exhibit 2: Repor.t

    C. Exhibit 3: Dawkins Article.

    D. Exhibit 4: Christine Alvarado Article.

    E. Exhibit 5: Cobb 500 Broiler Performance and Nutrition Supplement.

    F. Exhibit 6: Cobb 700 Broiler Performance and Nutrition Supplement.

    G. Exhibit 7: Pay Recap.

    H. Exhibit 8: Jim Leeson's Deposition Exhibit 3, Settlement By Grower Sheet.

    I. Exhibit 9: Tyson Contract.

7. Deposition of Dr. Steve McCarter (Dated January 24, 2019)

    A. Exhibit 1: Grower Pay Recap Sheet WE 5/20/17.[5]

8. Expert Report of Dr. Thomas Elam (Dated August 30, 2019).

9. Deposition of Thomas Elam, Ph.D. (Dated February 13, 2020).

    A. Exhibit 1: Re-notice of Oral and Video Deposition of Dr. Thomas Elam.[6]

---

[4] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

[5] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

[6] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

B. Exhibit 2: Curriculum vitae of Thomas E. Elam, Ph.D.

C. Exhibit 3: Expert Report of Dr. Thomas Elam.

D. Exhibit 4: Dr. Elam's Response to Dr. Stiegert's Second Report.

E. Exhibit 5: Supplemental Declaration of Kyle Stiegert in Support of Plaintiff Rule 26(a)(2) Expert Disclosures.

F. Exhibit 6: August 2013 Dissertation, Abubaker Salem Elmehdawi.

10. Expert Report of Walter N. Thurman (Dated August 30, 2019).

A. Walter N. Thurman Curriculum Vitae (referenced in his expert report as Appendix A).

B. All material relied upon including the following (referenced in his expert report as Appendix C):

A. Court Documents: Plaintiff First Amended Complaint and Jury Demand, Charles Morris et al. v Tyson Chicken, Inc., et al., 4:15 -cv- 00077- JHM -HBB, July 30, 2015.

B. Expert Disclosures (Including Reliance Materials): Declaration of Kyle Stiegert in Support of Plaintiff Rule 26(a)(2) Expert Disclosures, Charles Morris et al. v Tyson Chicken, Inc., et al., 4:15 -cv- 00077- JHM -HBB, July 15, 2019.

C. Plaintiff Depositions (Including Exhibits): Brown, Douglas R., February 8, 2018. Burch, Christopher, February 15, 2018. Clapp, Dennis, February 26, 2018. Crabtree, Keith M., February 14, 2018. Hong, Loi M., February 27, 2018. Leisure, Calvin L., February 28, 2018. Morris, Charles H., February 9, 2018. Murphy, Michael A., February 16, 2018. Murphy

Farms, LLC., September 10, 2018. Pinkston, John L., February 13, 2018. Rickard, William M., March 2, 2018. TLC Poultry, LLC, September 10, 2018. Vincent, Timothy, March 1, 2018.

D. Books and Articles: Ansong- Danquah Joseph, "A Survey of Carcass Condemnation at a Poultry Abattoir and its Application to Disease Management," Veterinary Inspection Directorate, Food Production and Inspection Branch, Agriculture Canada, Can. Vet. J. Volume 28, Nos. 1 - 2 (January/February 1987). Barbut, Shai, The Science of Poultry and Meat Processing, Creative Commons, 2015. Barzel, Yoram, Economic Analysis of Property Rights, 2nd Edition, 1997, Cambridge University Press. Bugos, Glenn E., "Intellectual Property Protection in the American Chicken -Breeding Industry," The Business History Review, Vol. 66, No. 1, 1992. Cunningham, D. L., "Contract Broiler Grower Returns: A Long -Term Assessment," Journal of Applied Poultry Research, Vol. 6, 1997. Goodwin, H. L. Jr., B. L. Ahrendsen, T. L. Barton, and J. H. Denton, "Estimated Returns for Contract Broiler Production in Arkansas, Missouri, and Oklahoma: Historical and Future Perspectives," Journal of Applied Poultry Research, Vol. 14, 2005. Hamilton, N. "A Current Broiler Contract Analysis Addressing Legal Issues and Grower Concerns ", Chapter 3 in Assessing the Impact of Integrator Practices on Contract Poultry Growers. Kinnucan, Henry W., Hui Xiao, Chung -Jen Hsia, and John D. Jackson, "Effects of Health Information and Generic Advertising on U.S. Meat Demand," American Journal gfAgricultural Economics,

Vol. 79, 1997. Knoeber, Charles R., "A Real Game of Chicken: Contracts, Tournaments, and the Production of Broilers," Journal gfLaw, Economics, & Organization, Vol. 5, No. 2, 1989. Knoeber, Charles R. and Walter N. Thurman, "`Don't Count Your Chickens...': Risk and Risk Shifting in the Broiler Industry," American Journal of Agricultural Economics, Vol. 77, 1995. Knoeber, Charles R. and Walter N. Thurman, "Testing the Theory of Tournaments: An Empirical Analysis of Broiler Production," Journal of Labor Economics, Vol. 12, 1994. Lasley et al., "The U.S. Broiler Industry," USDA, ERS, Agricultural Economic Report No. 591, 1988. Lazear, E. P. and S. Rosen, "Rank -Order Tournaments as Optimum Labor Contracts," Journal of Political Economy, Vol. 89, No. 5, 1981. MacDonald, James M., "Financial Risks and Incomes in Contract Broiler Production," Amber Waves, USDA, ERS, August 4, 2014. MacDonald, James M., "Technology, Organization, and Financial Performance in U.S_ Broiler Production," USDA, Economic Research Service, Economic Information Bulletin Number 126, June 2014. MacDonald, J.M. "The Economic Organization of U.S. Broiler Production," United States Department of Agriculture, Economic Research Service, Economic Information Bulletin Number 38, June 2008. MacDonald, J.M., "Financial Risks and Incomes in Contract Broiler Production," Amber Waves, USDA Economic Research Service, August 4, 2014. MacDonald, James M. and William D. McBride, "The Transformation of U.S. Livestock Agriculture: Efficiency, and Risks,"

USDA, Economic Research Service, Economic Information Bulletin Number 43, January 2009. Miles, Robert, Scott Anderson, Lassiter Mason, and Juanita Schwartzkopf, Poultry Processing Economic Review 2012, Focus Management Group. 011inger, Michael, James MacDonald, and Milton Madison, "Structural Change in U.S. Chicken and Turkey Slaughter," USDA, ERS, Agricultural Economic Report No. 787, 2000. Robenstein, Rodney G. and Walter N. Thurman, "Health Risk and the Demand for Red Meat: Evidence from Futures Markets," Applied Economic Perspectives and Policy, Vol. 18, 1996. Thurman, Walter N., "Endogeneity Testing in a Supply and Demand Framework," Review of Econonzics and Statistics, Vol. 68, 1986. Thurman, Walter N., "The Poultry Market: Demand Stability and Industry Structure," American Journal of Agricultural Economics, Vol. 69, 1987. Trampel, Darrell W., Malea Frank, Katie Evans, and H. John Barnes, "Broiler Industry," in Poultry Industry Manual, USDA, March 2013. Vukina, Tomislav, Kenneth Anderson, and Mary K. Muth, "Proposed Changes in Living Conditions for Broilers Under the National Organic Program Will Have Limited Economic Effects," Journal ofApplied Poultry Research, Vol. 23, 2014.

E. Data: Bureau of Labor Statistics, Labor Force Data by County, 2018 Annual Averages (Henderson County, KY unemployment rate), available at https: / /www.bls.gov/lau/laucnry18.txt. Bureau of Labor Statistics, Employment Status of the Civilian Noninstitutional Population, 1948 to

Date (national unemployment rate), available at https: / /www.bls.gov /cps /cpsaatOl.pdf. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, Average Annual Pay (NAICS1 I Agriculture, forestry, fishing and hunting), Henderson County, KY. Bureau of Labor Statistics, Quarterly Census of Employment and Wages, high -level industries for Henderson County, Kentucky, annual average employment for 2018, available at https: / /data.bls.gov /cew /apps / data_ views /data_views.htm#tab = Tables, last visited on August 21, 2019. USDA, Economic Research Service, Broiler, turkey, and egg feed costs and market price, Livestock, Dairy, and Poultry Outlook, July 26, 2019 (corn and soybean meal price locations). USDA, Agricultural Marketing Service (corn and soybean prices, and broiler prices).

F. Other Publicly Available Documents: "Broiler Production: Considerations for Potential Growers," Oklahoma State University, Oklahoma Cooperative Extension Service, AGEC -202, available at http:// pods. dasnr. okstate. edu /docushare /dsweb /Get/Document3099 /AGEC- 202web.pdf. "Growing broilers in Oregon: Facts for the potential grower," Oregon State University Extension Service, EM 8426, February 1994. "Guide for Prospective Contract Broiler Producers," The University of Georgia Cooperative Extension Bulletin 1167, October 2012, available at https://secure.caes.uga.edu/ extension /publications /files /pdf/B %201167_5.PDF. "Potential Contract Growers Face Important Decisions," Mississippi State University Extension Service, POD -08- 14,

available at http: / /extension.msstate.edu/ sites /default/files /publications /publications /p2850.pdf. University of Kentucky, College of Agriculture & Kentucky Poultry Federation, Poultry Production Manual, available at http: / /afs.ca.uky.edu/poultry/production-manual. https://www.federalreservehistory.org/essays/great_recession_of 200709, accessed August 20, 2019. https : / /www.tysonfoods.com/who - we- are /our- partners /farmers /prospective- farmers, accessed August 14, 2019. Perdue Foods, Commitments to Animal Care 2019 Report. USDA, National Agricultural Statistics Service, "Overview of the United States Slaughter Industry," October 2016. USDA, National Agricultural Statistics Service, Agricultural Prices, February 1995. USDA, National Agricultural Statistics Service, Agricultural Prices, July 31 2019. USDA, National Agricultural Statistics Service, Agricultural Statistics 2000. USDA, National Agricultural Statistics Service, Poultry Slaughter 2010 Summary, February 2011. USDA, National Agricultural Statistics Service, Poultry Slaughter 2018 Summary, April 2019. WATT Poultry USA, "Poultry Plants Directory," accessible at https: / /www.wattagnet.com/ext/ resources /uploadedFiles /1002USplants.pdf

G. Case Materials Robards settlement data, for settlements between May 1, 2010 and March 2, 2019.

H. Agri Stats Live Production Reports TYSON_00176574 (Live Agristats Recap, February 2010). TYSON_00181592 (Live Agristats Recap, March 2010). TYSON 00197202 (Live Agristats Recap, April 2010).

TYSON_00212802 (Live Agristats Recap, May 2010). TYSON_00228317 (Live Agristats Recap, June 2010). TYSON_00246876 (Live Agristats Recap, July 2010). TYSON 00256659 (Live Agristats Recap, August 2010). TYSON_00279024 (Live Agristats Recap, September 2010). TYSON 00288534 (Live Agristats Recap, October 2010). TYSON 00308518 (Live Agristats Recap, November 2010). TYSON_00318663 (Live Agristats Recap, December 2010). TYSON_00333744 (Live Agristats Recap, January 2011). TYSON_00349095 (Live Agristats Recap, February 2011). TYSON 00364389 (Live Agristats Recap, March 2011). TYSON 00379514 (Live Agristats Recap, April 2011). TYSON 00400355 (Live Agristats Recap, May 2011). TYSON_00415672 (Live Agristats Recap, June 2011). TYSON_00430624 (Live Agristats Recap, July 2011). TYSON 00446055 (Live Agristats Recap, August 2011). TYSON_00467728 (Live Agristats Recap, September 2011). TYSON 00473253 (Live Agristats Recap, October 2011). TYSON_00494445 (Live Agristats Recap, November 2011). TYSON_00505535 (Live Agristats Recap, December 2011). TYSON 00522056 (Live Agristats Recap, January 2012). TYSON_00537769 (Live Agristats Recap, February 2012). TYSON_00559464 (Live Agristats Recap, March 2012). TYSON 00570235 (Live Agristats Recap, April 2012). TYSON 00591150 (Live Agristats Recap, May 2012). TYSON_00602348 (Live Agristats Recap, June 2012). TYSON 00618333 (Live Agristats Recap,

July 2012). TYSON 00634526 (Live Agristats Recap, August 2012). TYSON_00656201 (Live Agristats Recap, September 2012). TYSON 00675612 (Live Agristats Recap, October 2012). TYSON 00695767 (Live Agristats Recap, November 2012). TYSON 00710511 (Live Agristats Recap, December 2012). TYSON_00726665 (Live Agristats Recap, January 2013). TYSON_00757170 (Live Agristats Recap, February 2013). TYSON 00790928 (Live Agristats Recap, March 2013). TYSON 00832620 (Live Agristats Recap, April 2013). TYSON_00864609 (Live Agristats Recap, May 2013). TYSON_00877481 (Live Agristats Recap, June 2013). TYSON_00913104 (Live Agristats Recap, July 2013). TYSON_00942786 (Live Agristats Recap, August 2013). TYSON 00967787 (Live Agristats Recap, September 2013). TYSON_01004033 (Live Agristats Recap, October 2013). TYSON 01046257 (Live Agristats Recap, November 2013). TYSON_01064756 (Live Agristats Recap, December 2013). TYSON_01114417 (Live Agristats Recap, January 2014). TYSON_01125446 (Live Agristats Recap, February 2014). TYSON 01169379 (Live Agristats Recap, March 2014). TYSON 01178921 (Live Agristats Recap, April 2014). TYSON 01210332 (Live Agristats Recap, May 2014). TYSON 01248902 (Live Agristats Recap, June 2014). TYSON_01276982 (Live Agristats Recap, July 2014). TYSON_01307781 (Live Agristats Recap, August 2014). TYSON_01322461 (Live Agristats Recap, September 2014). TYSON

01364973 (Live Agristats Recap, October 2014). TYSON_01374494 (Live Agristats Recap, November 2014). TYSON 01401829 (Live Agristats Recap, December 2014). TYSON_01428803 (Live Agristats Recap, January 2015). TYSON_01455702 (Live Agristats Recap, February 2015). TYSON 01487064 (Live Agristats Recap, March 2015). TYSON 01524856 (Live Agristats Recap, April 2015). TYSON_01557656 (Live Agristats Recap, May 2015). TYSON 01589771 (Live Agristats Recap, June 2015). TYSON 01596978 (Live Agristats Recap, July 2015). TYSON_01652988 (Live Agristats Recap, August 2015). TYSON 01660121 (Live Agristats Recap, September 2015). TYSON 01684401 (Live Agristats Recap, October 2015). TYSON_01716906 (Live Agristats Recap, November 2015). TYSON_01744609 (Live Agristats Recap, December 2015). TYSON 01767948 (Live Agristats Recap, January 2016). TYSON_01814635 (Live Agristats Recap, February 2016). TYSON_01843798 (Live Agristats Recap, March 2016). TYSON_01857616 (Live Agristats Recap, April 2016). TYSON 01891029 (Live Agristats Recap, May 2016). TYSON 01927729 (Live Agristats Recap, June 2016).

I. Information Requested from Tyson in Response to Professor Stiegert's Report: Names of growers who have switched from growing for Perdue's Livermore complex to growing for Tyson's Robards complex. Address information for Robards growers. Names of growers who built new chicken houses in recent years and contract with Robards.

J. Plaintiff Contracts: Brown, 5032, 2010- 07 -20. Brown, 5032, 2017 -09 - 01. Brown, 5098, 2004 -05 -27. Brown, 5098, 2009- 06 -11. Brown, 5098, 2010- 05 -28. Brown, 5098, 2017- 06 -28. Brown, 5184, 2009- 06 -05. Brown, 5184, 2010- 07 -20. Burch, 5136, 2005- 10 -27. Burch, 5136, 2006- 01 -09. Burch, 5136, 2011- 07 -08. Burch, 5136, 2011- 02 -04. Burch, 5136, 2012- 05 -17. Burch, 5136, 2012- 10 -17. Crabtree, 5192, 2011- 07 -08. Crabtree, 5192, 2012- 02 -24. Crabtree, 5198, 2011- 10 -14. Hong, 5210, 2013- 09 -09. Leisure, 5171, 2008- 10 -15. Leisure, 5171, 2011- 10 -17. Leisure, 5171, 2012- 09 -27. Leisure, 5171, 2015- 01 -26. Leisure, 5186, 2009- 12 -04. Leisure, 5186, 2012-02-03. Morris, 5156, 2011- 07 -08. Morris, 5156, 2011- 04 -14. Morris, 5156, 2011- 12 -26. Morris, 5157, 2008- 04 -22. Monis, 5157, 2011- 07 -08. Morris, 5157, 2011- 11 -07. Morris, 5157, 2011- 04 -22. Morris, 5157, 2013- 12 -02. Morris, 5159, 2008- 05 -11. Morris, 5159, 2011- 07 -08. Morris, 5159, 2011- 11 -21. Morris, 5159, 2011- 05 -17. Monis, 5159, 2013- 12 -02. Morris, 5160, 2013- 12 -02. Monís, 5161, 2008- 06 -01. Morris, 5161, 2011- 05 -17. Morris, 5161, 2011- 07-08. Morris, 5161, 2011 -12-02. Morris, 5161, 2013 -12-02. Morris, 5162, 2008 -07-01. Monis, 5162, 2011- 07 -08. Morris, 5162, 2011- 12 -23. Morris, 5162, 2013- 12 -02. Monis, 5163, 2008- 07 -01. Morris, 5163, 2011- 12 -09. Morris, 5163, 2011- 07 -08. Moms, 5163, 2013- 12 -02. Murphy, 5147, 2006- 12 -18. Murphy, 5147, 2011- 11 -23. Murphy, 5148, 2006- 12 -18. Murphy, 5148, 2012- 02 -24. Pinkston, 5177, 2009- 01 -15. Rickard, 5174, 2008- 12 -12.

Rickard, 5174, 2010- 08 -13. Rickard, 5174, 2017- 09 -01. Rickard, 5175, 2008- 12 -12. Rickard, 5175, 2010- 09 -01. Rickard, 5175, 2017- 09 -22. Rickard, 5176, 2008- 12 -12. Rickard, 5176, 2010- 07 -23. Rickard, 5176, 2017 -09 -01. Rickard, 5193, 2010- 11 -05. Vincent, 5172, 2008- 12 -02. Vincent, 5172, 2010- 07 -23. Vincent, 5172, 2017- 07 -12.

K. Plaintiff Schedule A Amendments: Brown, 5032, 2011 -03 -10. Brown, 5032, 2014- 12 -09. Brown, 5098, 2001- 12 -20. Brown, 5098, 2011- 03 -10. Brown, 5098, 2014- 12 -09. Brown, 5184, 2011 -03 -10. Brown, 5184, 2014- 12 -09. Burch, 5136, 2007- 01 -02. Burch, 5136, 2011- 03 -10. Burch, 5136, 2014- 06 -11. Burch, 5136, 2014- 10 -14. Clapp, 5081, 2012-04-11. Clapp, 5081, 2014- 10 -14. Clapp, 5081, 2015- 10 -27. Crabtree, 5192, 2011- 03 -19. Crabtree, 5192, 2014- 10 -22. Crabtree, 5198, 2014-10 -22. Crabtree, 5198, 2015- 11 -15. Hong, 5210, 2014- 10 -10. Hong, 5210, 2014- 05 -27. Leisure, 5171, 2011- 03 -10. Leisure, 5186, 2011- 03 -09. Leisure, 5186, 2015 -01 -21. Morris, 5157, 2011- 03 -10. Morris, 5157, 2015- 02 -07. Morris, 5159, 2011- 03 -10. Morris, 5159, 2015- 02 -07. Morris, 5160, 2011- 03 -10. Morris, 5160, 2015- 02 -07. Moms, 5161, 2011- 03 -10. Morris, 5161, 2015 -02 -07. Morris, 5161, 2015- 10 -28. Morris, 5162, 2011- 03 -10. Morris, 5162, 2015- 02 -07. Morris, 5163, 2011- 03 -10. Morris, 5163, 2015- 02 -07. Murphy, 5147, 2007- 01 -17. Murphy, 5147, 2011- 03 -19. Murphy, 5147, 2014- 10 -29. Murphy, 5148, 2007- 01 -17. Murphy, 5148, 2011- 03 -19. Murphy, 5148, 2014- 10 -20. Pinkston, 5177, 2011- 03 -11. Pinkston, 5177, 2014- 02 -26. Pinkston,

5177, 2014- 05 -13. Pinkston, 5177, 2015- 01 -16. Rickard, 5174, 2011- 03 -09. Rickard, 5174, 2014- 12 -23. Rickard, 5175, 2011- 03 -09. Rickard, 5175, 2014- 12 -23. Rickard, 5176, 2011- 03 -09. Rickard, 5176, 2014- 12 -23. Rickard, 5193, 2011- 03 -09. Rickard, 5193, 2014- 12 -23. Vincent, 5172, 2011- 03 -11. Vincent, 5172, 2014- 12 -08

11. Supplemental Expert Report of Dr. Walter N. Thurman (Dated January 10, 2020).

12. Deposition of Dr. Walter Thurman (Dated February 28, 2020).

    A. Exhibit 1: Notice of Deposition.[7]

    B. Exhibit 2: CV.

    C. Exhibit 3: Supplemental Report.

13. Calvin Leisure deposition.

    A. Exhibit 1: Broiler Production Contract, Bates TYSON_116556 through _579.[8]

    B. Exhibit 2: Broiler Production Contract, Bates TYSON_116623 through _648.

    C. Exhibit 3: Letter dated April 12, 2010, Bates LEISURE 002919.

    D. Exhibit 4: Handwritten Letter dated April 23, 2011, Bates TYSON-113420 and _421.

    E. Exhibit 5: Letter dated September 15, 2011, Bates LEISURE 002914.

    F. Exhibit 6: Letter dated October 31, 2011, Bates LEISURE 002896.

    G. Exhibit 7: Letter dated April 12, 2010, Bates LEISURE 002897.

    H. Exhibit 8: Composite of Photographs, Bates LEISURE 003396 through _400.

---

[7] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

[8] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

I. Exhibit 9: Catch Crew Damage Report dated January 24, 2011, Bates TYSON-113458.

J. Exhibit 10: Composite of Settlement Documents, Bates LEISURE 000075 through _180.

14. Deposition of Charles Morris (Dated February 9, 2018).

A. Exhibit 1 Collins Road Contracts.[9]

B. Exhibit 2 Morvatt #1 Contract.

C. Exhibit 3 Gravel Pit Road Contract.

D. Exhibit 4 Honeysuckle Lane Contract.

E. Exhibit 5 B. D. Luck Farm Contract.

F. Exhibit 6 Highway 56 Farm 1 Contract.

G. Exhibit 7 Highway 56 Farm 2 Contract.

H. Exhibit 8 Photographs of Feed.

I. Exhibit 9 Settlement Documents.

J. Exhibit 10 9/6/14 Grower Meeting Memo.

K. Exhibit 11 Typed Notes.

L. Exhibit 12 Document dated 11/30/14.

M. Exhibit 13 Letter dated 12/7/14.

N. Exhibit 14 Letter dated 12/14/14.

O. Exhibit 15 Letter dated 1/8/15.

P. Exhibit 16 Letter dated 1/10/15.

---

[9] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

| | | |
|---|---|---|
| Q. | Exhibit 17 | Letter dated 5/11/15. |
| R. | Exhibit 18 | Email dated 12/8/15. |
| S. | Exhibit 19 | Email dated 1/21/16. |
| T. | Exhibit 20 | Letter to Donny Smith. |
| U. | Exhibit 21 | Letter from Growers. |
| V. | Exhibit 22 | Letter dated 12/20/12. |
| W. | Exhibit 23 | Letter dated 3/1/13. |
| X. | Exhibit 24 | Letter dated 4/28/13. |
| Y. | Exhibit 25 | Letter dated 4/28/13. |
| Z. | Exhibit 26 | Letter dated 7/9/14. |
| AA. | Exhibit 27 | Letter dated 11/20/14. |
| BB. | Exhibit 28 | Letter dated 12/23/14. |
| CC. | Exhibit 29 | Handwritten Note dated 12/31/14. |
| DD. | Exhibit 30 | Letter dated 1/2/15. |
| EE. | Exhibit 31 | Letter dated 1/23/15. |
| FF. | Exhibit 32 | Letter dated February 19, 2015. |
| GG. | Exhibit 33 | Letter dated 5/27/15. |
| HH. | Exhibit 34 | Letter dated 6/23/15. |
| II. | Exhibit 35 | Letter dated 7/27/15. |
| JJ. | Exhibit 36 | Letter dated 8/18/15. |
| KK. | Exhibit 37 | Letter dated 8/27/17. |
| LL. | Exhibit 38 | Letter dated 11/18/15. |
| MM. | Exhibit 39 | Interrogatory Responses. |

15. Deposition of Christopher Burch (Dated February 15, 2018).

A. Exhibit 1 Contract and Documents. [10]

B. Exhibit 2 10/28/05 Letter.

C. Exhibit 3 Letter.

D. Exhibit 4 12/22/09 letter.

E. Exhibit 5 3/31/10 Letter.

F. Exhibit 6 6/7/10 Letter .

G. Exhibit 7 4/20/12 Letter.

H. Exhibit 8 Letter to Tyson.

I. Exhibit 9 Letter from Tyson.

16. Deposition of Dennis Clapp (Dated February 26, 2018).

A. Exhibit 1 Broiler Production Contract, Bates TYSON_167570 through _588.[11]

B. Exhibit 2 Composite of Settlement Documents, Bates TYSON-054859 through 055047.

C. Exhibit 3 Photograph.

D. Exhibit 4 E-mail dated February 17, 2016, Bates CLAPP 000004.

E. Exhibit 5 E-mail dated January 16, 2015 and Letter dated December 15, 2014, Bates CLAPP 000008 through _013.

17. Deposition of Doug Brown (Dated February 8, 2018).

A. Exhibit 1 5032 Contract. [12]

---

[10] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

[11] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

[12] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the

B. Exhibit 2 Contract for Farm 2.

C. Exhibit 3 Contract on Charleston Road.

D. Exhibit 4 Documents.

E. Exhibit 5 Photos.

F. Exhibit 6 Certified letter.

G. Exhibit 7 Mortality card.

H. Exhibit 8 Tickets.

I. Exhibit 9 Flock Visitation Summary.

J. Exhibit 10 Broiler Turn-out Checklist.

K. Exhibit 11 Litter Management Form.

L. Exhibit 12 Answers to Interrogatories.

18. Depositions of ICU Chickens, Rickard Farms (Dated September 10, 2018).

A. Exhibit 1 Notice of Video Deposition Duces Tecum of Plaintiff Rickard Farms, LLC Pursuant to Fed.R.CIV.P.30(b)(6).[13]

B. Exhibit 2 Summary of Income and Expenses.

C. Exhibit 3 Sales/Loss of Equipment List.

D. Exhibit 4 Tax Asset Detail.

E. Exhibit 5 Mortgage Documents.

F. Exhibit 6 Notice of Video Deposition Duces Tecum of Plaintiff ICU Chickens, LLC Pursuant to Fed.R.CIV.P.30(b)(6).

---

respective deposition referenced.

[13] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

G. Exhibit 7 Summary of Income and Expenses.

H. Exhibit 8 Tax Asset Detail.

I. Exhibit 9 Handwritten Notes.

J. Exhibit 10 Promissory Note.

19. Deposition of John Pinkston (Dated February 13, 2018).

A. Exhibit 1. Broiler Production Contract, Bates TYSON_117005 through _117038.[14]

B. Exhibit 2 Letter dated April 16, 2010, Bates PINKSTON003298.

C. Exhibit 3 Letter dated July 11, 2011, Bates PINKSTON003298.

D. Exhibit 4. Letter dated October 8, 2013, Bates TYSON_107243.

E. Exhibit 5 Letter dated October 17, 2013, Bates PINKSTON003305.

F. Exhibit 6 Letter dated January 23, 2014, Bates PINKSTON003311.

G. Exhibit 7 Supplemental Energy Payment Letter dated January 23, 2014, Bates PINKSTON003310.

H. Exhibit 8 Letter dated September 26, 2014, Bates PINKSTON003315.

I. Exhibit 9 Letter dated May 5, 2014, Bates PINKSTON003313 and _314.

J. Exhibit 10 Letter dated January 13, 2015, Bates PINKSTON003267.

K. Exhibit 11 Letter to David Dickey, Broiler Manager, Bates TYSON_117850.

L. Exhibit 12 Photograph, Bates PINKSTON002057.

M. Exhibit 13 Composite Exhibit of Documents Produced, Bates PINKSTON002125 through _2184.

---

[14] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

N. Exhibit 14 Farm Observations Notes, Bates TYSON_071663.

O. Exhibit 15 Flock Visitation Summary Chart, Bates TYSON_107258.

20. Deposition of Keith Crabtree (Dated February 14, 2018).

A. Exhibit 1 Broiler Production Contract Robards between Tyson Chicken, Inc. and Keith Crabtree (5192) K&C.[15]

B. Exhibit 2 New House Incentive Agreement Robards between Tyson Poultry, Inc. and Keith Crabtree dated October 14, 2011, Bates TYSON_167550 through _569.

C. Exhibit 4 Letter dated July 6, 2010 from Allen Chamber, Bates TYSON-108569.

D. Exhibit 3 Letter dated May 21, 2012 from Jared Shelton, Bates TYSON-108573.

E. Exhibit 5 Letter dated October 27, 2015 from David R. Dickey, Bates TYSON-108574.

F. Exhibit 6 7 Photographs, Bates CRABTREE 000172 through _178.

G. Exhibit 7 7 pages of Texts, Bates CRABTREE 000179 through _185.

H. Exhibit 8 Composite of Documents Produced by Keith Crabtree, Bates CRABTREE 000186 through _269.

21. Deposition of Loi Hong (Dated February 27, 2018).

A. Exhibit 1 Broiler Production Contract, Bates HONG001537 and TYSON_116659 through_116698.[16]

B. Exhibit 2 Composite of Photographs, Bates TYSON_167589 through _621.

---

[15] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

[16] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

C. Exhibit 3 Photograph, Bates TYSON_167622.

D. Exhibit 4 Photograph, Bates TYSON_167623.

E. Exhibit 5 Letter dated September 18, 2013, Bates HONG000142.

F. Exhibit 6 Letter dated January 23, 2014, Bates HONG 000346 and _347.

G. Exhibit 7 Letter dated January 30, 2014.

H. Exhibit 8 Letter dated April 23, 2014, Bates HONG 000349.

I. Exhibit 9 Letter dated September 26, 2014, Bates HONG 000308.

J. Exhibit 11 Tyson of Robards, KY Grower Meeting Agenda dated June 5, 2014, Bates HONG 000329.

K. Exhibit 10 Handwritten Note dated July 13, 2015, Bates HONG 000112.

L. Exhibit 12 Composite of Settlement Documents, Bates TYSON-078100 through _078285.

M. Exhibit 13 Composite of Certificates, Bates TYSON-120450 through _458.

N. Exhibit 14 Property Damage Release, Bates HONG 000113 and _114.

22. Deposition of Mike Murphy (Dated February 16, 2018).

A. Exhibit 1 Contract for Farm 5147.[17]

B. Exhibit 2 Contract for Farm 5148.

C. Exhibit 3 12/12/06 Letter.

D. Exhibit 4 3/21/07 Letter.

E. Exhibit 5 3/21/07 Letter.

F. Exhibit 6 12/6/07 Letter.

---

[17] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

G. Exhibit 7 12/17/07 Letter.

H. Exhibit 8 1/8/08 Letter.

I. Exhibit 9 4/10/08 Letter.

J. Exhibit 10 4/16/10 Letter.

K. Exhibit 11 4/19/10 Letter.

L. Exhibit 12 2/1/11 Letter.

M. Exhibit 13 2/23/11 Memo.

N. Exhibit 14 Letter.

O. Exhibit 15 Memo.

P. Exhibit 16 11/28/11 Letter.

Q. Exhibit 17 4/9/12 Letter.

R. Exhibit 18 9/28/12 Letter.

S. Exhibit 19 10/17/13 Letter.

T. Exhibit 20 1/23/14 Letter.

U. Exhibit 21 5/5/14 Letter.

V. Exhibit 22 7/9/14 Letter.

W. Exhibit 23 5/12/15 Memo.

X. Exhibit 24 Memo.

Y. Exhibit 25 10/21/15 Letter.

Z. Exhibit 26 12/2/15 Handwritten Note.

AA. Exhibit 27 12/10/15 Notes.

BB. Exhibit 28 Notes.

CC. Exhibit 29 Photographs.

DD. Exhibit 30 Documents.

EE. Exhibit 31 Texts.

FF. Exhibit 32 Texts.

23. Deposition of Morvatt Enterprises, LLC (Dated September 7, 2018).

    A. Exhibit 1 Notice of Video Deposition Duces Tecum of Plaintiff Morvatt Enterprises, LLC Pursuant to Fed.R.Civ.P.30(b)(6).[18]

    B. Exhibit 2 Tax Asset Detail 1/01/18 - 12/31/18.

    C. Exhibit 3 Composite of Profit & Loss Statements for 2010 through 2017

24. Deposition of Murphy Farms, LLC (Dated September 10, 2018).

    A. Exhibit 1 Notice of Video Deposition Duces Tecum of Plaintiff Murphy Farms, LLC Pursuant to Fed.R.CIV.P. 30(b)(6).[19]

    B. Exhibit 2 Summary of Gross and Net Profits.

    C. Exhibit 3 Profit and Loss Statements.

    D. Exhibit 4 Handwritten Notes.

    E. Exhibit 5 Find Report.

    F. Exhibit 6 Start Up Costs List.

25. Deposition of Tim Vincent (Dated March 1, 2018).

    A. Exhibit 1 Broiler Production Contract, Bates TYSON_167670 through _682.

    B. Exhibit 2 Broiler Production Contract, Bates TYSON_139672 through _686.

[18] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

[19] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

C. Exhibit 3 Composite of Settlement Documents, Bates TYSON-093988 through _094078.

D. Exhibit 4 Letter from Lisa and Tim Vincent to Tyson Foods Live Production Management, Bates TYSON_118126.

E. Exhibit 5 Broiler Animal Welfare Training, Bates TYSON-122437 through _122443.

F. Exhibit 6 Composite of Certificates of Understanding, Bates TYSON-123775 through_123781.

26. Deposition of TLC Poultry, LLC (Dated September 10, 2018).

A. Exhibit 1 Notice of Video Deposition of Duces Tecum of Plaintiff TLC Poultry, LLC Pursuant to Fed.R.CIV.P. 30(b)(6).

B. Exhibit 2 Summary of Income and Expenses.

C. Exhibit 3 Tax Asset Detail.

D. Exhibit 4 Mortgage Documents.

E. Exhibit 5 Handwritten Notes (Retained by Attorney Tatum).

27. Deposition of William Morgan Rickard (Dated March 2, 2018).

A. Exhibit 1 Broiler Production Contract, Bates TYSON_167625 through _639.[20]

B. Exhibit 2 Broiler Production Contract, Bates TYSON_167640 through _654.

C. Exhibit 3 Broiler Production Contract, Bates TYSON_167655 through _699.

D. Exhibit 4 Broiler Production Contract, Bates TYSON_116774 through _802.

[20] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

E. Exhibit 5 Composite of Settlement Documents, Bates TYSON-100390 through _423.

F. Exhibit 6 Composite of Photographs, Bates RICKARD 008128 through _172.

G. Exhibit 8 Letter dated September 26, 2014, Bates RICKARD 000433.

H. Exhibit 9 Letter dated October 21, 2015, Bates RICKARD 000376.

I. Exhibit 7 Composite of Certificates of Understanding, Bates TYSON-124107 through_110.

J. Exhibit 10 Composite of Certificates of Understanding, Bates TYSON-123663 through _666.

K. Exhibit 11 2015 43' X 600' New House Spec Sheet, Bates RICKARD 000435 and _436.

L. Exhibit 12 Composite of Copies of Text Messages, Bates TYSON_118121 through _123.

28. Deposition of Amber Hartley (Dated January 24, 2019).

A. Exhibit 1 Grower Pay Recap WE 5/20/17.[21]

B. Exhibit 2 4/6/17 Memo Re Projected Live Cost.

C. Exhibit 3 4/18/17 Memo Re Grow Out Prelim Week Ending 4/15/17.

D. Exhibit 4 3/31/15 Memo Re Grow Out Prelim Week Ending 3/28/15.

E. Exhibit 5 4/15/15 Memo Re SMR 2 House.

F. Exhibit 6 5/22/14 Memo Re Discrepancies w/AC Poultry & TLC Poultry Feed Delivery.

[21] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

G. Exhibit 7 12/23/14 Memo Re 12/20/14 Reflock Ranking.

H. Exhibit 8 1/12/15 Memo Re 11/22/14 Audit.

29. Deposition of Beau McGuire (Dated January 23, 2019).

A. Exhibit 1 Grower Pay Recap Sheet WE 5/20/17.

B. Exhibit 2 5/29/12 Recap of Charles Morris Farms.

30. Deposition of Ben Grant (Dated January 23, 2019).

A. Exhibit 1 Pesticides AI Test Result Tracker.

B. Exhibit 2 7/1/14 E-mail re Salmonella.

C. Exhibit 3 Hatchery QAA Report Summary.

31. Deposition of Brian Thomas (Dated January 25, 2019).

A. Exhibit 1 7/1/14 E-mail from Jim Gottsponer to Brian Thomas and Kevin Koch Re Summary of Evisceration, Second Shift.[22]

B. Exhibit 2 Chick Credit After Settlement/Clapp Farm.

C. Exhibit 3 Plant Efficiency Report.

D. Exhibit 4 COE Yield Worksheet.

32. Deposition of David Dickey (Dated September 20, 2018).

A. Exhibit 1 Notice of Oral and Video Deposition.

B. Exhibit 2 Amended Notice of Oral and Video Deposition.

C. Exhibit 3 Grower Pay Recap by Grower W/E 10/22/11.

D. Exhibit 4 Grower Pay Recap by Grower W/E 11/5/11.

E. Exhibit 5 Square Foot Depiction.

[22] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

F. Exhibit 6 3/31/15 E-mail from Jim Gottsponer to David Dickey re Outages, etc.

G. Exhibit 7 Instructions for Properly Euthanizing Birds by Rapid Cervical Dislocation.

H. Exhibit 8 Broiler Production Contract for Robards.

I. Exhibit 9 5/1/17 E-mail from Jim Gottsponer to Amber Hartley Re Broiler Reports.

J. Exhibit 10 3/31/15 E-mail from Jim Gottsponer to Amber Hartley Re Grow-out Prelim.

33. Deposition of David Mears (Dated October 12, 2018).

A. Exhibit 1 Notice.[23]

B. Exhibit 2 Grower Pay Recap Sheet.

34. Deposition of Eric Brown (Dated January 25, 2019).

A. Exhibit 1 Grower Pay Recap Sheet WE 5/20/17.

B. Exhibit 2 Live Receiving Evis End of Shift Report.

C. Exhibit 3 Live Receiving Evis End of Shift Report.

D. Exhibit 4 Empty Evis Report, Runtime.

35. Deposition of Jared Shelton (September 21, 2018).

A. Exhibit 1 Notice of Oral and Video Deposition.[24]

B. Exhibit 2 Charles Morris Farms Service Techs' Reports Breakdown.

C. Exhibit 3 6/7/12 Recap of Charles Morris Farms.

---

[23] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

[24] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

D. Exhibit 4 Nothing listed.

E. Exhibit 5 6/30/14 E-mail Re Robards Grower Meeting.

F. Exhibit 6 7/13/11 E-mail Re Lbs. Credited to Growers for Catch Loss.

G. Exhibit 7 11/20/14 E-mail Re 11-15-14.xlsx.

H. Exhibit 8 4/22/14 E-mail Re Calvin Leisure 5171 Reclaim Settlement Adjustment for 4/12/14.

I. Exhibit 9 5/22/14 E-mail Re AC Poultry Discrepancies.

J. Exhibit 10 9/26/14 E-mail Re Doug Brown Fuel Winter.

K. Exhibit 11 3/31/15 E-mails Re Outages Total Hours.

L. Exhibit 12 11/17/14 E-mails Re 5 Flock Averages For Suspect REO Flocks.

M. Exhibit 13 7/13/11 E-mail Thread Re Lbs. Credited Growers for Catch Loss…

36. Deposition of Jason Anderson (Dated January 30, 2020)

A. Exhibit 1 Renotice of Deposition. [25]

B. Exhibit 2 August 27, 2019 Expert Report.

C. Exhibit 3 LinkedIn Profile with Groups.

D. Exhibit 4 Broiler Production Contract for Douglas R. Brown, TYSON-133905 to TYSON-133929.

37. Deposition of Jennifer Parks Heltsley (Dated March 5, 2019).

38. Deposition of Jim Gottsponer (Dated October 11, 2018).

A. Exhibit 1 Notice.

B. Exhibit 2 Grower Pay Recap.

[25] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

C. Exhibit 3 Tyson 145185 214

D. Exhibit 5 Tyson 145197-8.

E. Exhibit 6 Tyson 151650.

F. Exhibit 7 Tyson 151614.

G. Exhibit 8 Tyson 152463.

H. Exhibit 9 Tyson 152774.

I. Exhibit 10 Tyson 157237.

J. Exhibit 11 Tyson 151976.

39. Deposition of Jim Leis (Dated October 10, 2018).

A. Exhibit 1 Notice of Deposition.

B. Exhibit 2 Grower Pay Recap.

C. Exhibit 3 Settlement Sheets.

40. Deposition of Kenny Bartley (Dated March 4, 2019).

A. Exhibit1 Notice.[26]

B. Exhibit2 Subpoena to Testify.

C. Exhibit 3 Tyson 137655.

D. Exhibit 4 Tyson 138869.

E. Exhibit 5 Tyson 137371.

F. Exhibit 6 Tyson 137373.

G. Exhibit 7 Tyson 137040.

H. Exhibit 8 Tyson 01949138.

---

[26] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

I. Exhibit 9 Tyson 01950206.

J. Exhibit 10 Tyson 137173.

K. Exhibit 11 Chick Placement sheet.

L. Exhibit 12 Chick Placement sheet.

M. Exhibit 13 Chick Placement sheet.

N. Exhibit 14 Chick Placement sheet.

O. Exhibit 15 Chick Placement sheet.

P. Exhibit 16 Poultry Condemnation Certificate.

Q. Exhibit 17 Broiler Production Contract for Doug Brown #2.

41. Deposition of Neil Barfield (Dated September 19, 2018).

A. Exhibit 1 Notice of Oral and Video Deposition.[27]

B. Exhibit 2 Tyson-167473 -- List of Service Techs'.

C. Exhibit 3 Tyson-167404 -- E-mail to Jim Gottsponer.

D. Exhibit 4 Tyson-136959 -- Broiler Production Settlement by Plant by Flock.

E. Exhibit 5 11/30/14 Letter to Jim Gottsponer from Charles Morris.

F. Exhibit 6 High 40 Grower Spreadsheet.

G. Exhibit 7 Grow-Out Broiler Tech Audit Form.

H. Exhibit 8 E-Mail Re 6/30/17 Meeting.

I. Exhibit 9 Broilers Preplacement Checklist.

42. Deposition of Rubin Bruce (Dated February 5, 2019).

[27] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

A. Exhibit 1 Tyson of Robards, KY, Grower Pay Recap By Grower, Highly Confidential - Attorney's Eyes Only Bates TYSON[28]

43. Deposition of Bert Wilson (Dated March 16, 2018).

A. Second Amended Notice of Video Deposition.[29]

44. Deposition of Jerry Smith (Dated March 16, 2018).

45. Tyson Bates Number 000003 through 001568.

46. Tyson Bates Number 001632 through 004367.

47. Tyson Bates Number 004368 through 007666.

48. Tyson Bates Number 007667 through 011156.

49. Tyson Bates Number 011157 through 013418.

50. Tyson Bates Number 016728 through 019670.

51. Tyson Bates Number 019671 through 022792.

52. Tyson Bates Number 022793 through 023510.

53. Tyson Bates Number 023511 through 024228.

54. Tyson Bates Number 024229 through 024946.

55. Tyson Bates Number 024947 through 025664.

56. Tyson Bates Number 025665.

57. Tyson Bates Number 029553 through 031063.

58. Tyson Bates Number 031064 through 032608.

59. Tyson Bates Number 032609 through 036171.

---

[28] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

[29] The use of the word "Exhibit" in the context of this paragraph shall mean any and all exhibits attached to the respective deposition referenced.

60. Tyson Bates Number 036172 through 039226.

61. Tyson Bates Number 039227 through 042663.

62. Tyson Bates Number 042664 through 045761.

63. Tyson Bates Number 045762 through 047698.

64. Tyson Bates Number 47699 through 050170.

65. Tyson Bates Number 050171 through 051445.

66. Tyson Bates Number 051446 through 054858.

67. Tyson Bates Number 054859 through 058194.

68. Tyson Bates Number 058195 through 059549.

69. Tyson Bates Number 059550 through 062450.

70. Tyson Bates Number 062451 through 063345.

71. Tyson Bates Number 063346 through 066509.

72. Tyson Bates Number 067970 through 071330.

73. Tyson Bates Number 071331 through 074184.

74. Tyson Bates Number 74185 through 075549.

75. Tyson Bates Number 075550 through 078099.

76. Tyson Bates Number 078100 through 080447.

77. Tyson Bates Number 080448 through 082981.

78. Tyson Bates Number 082982 through 085673.

79. Tyson Bates Number 085674 through 088236.

80. Tyson Bates Number 088237 through 090717.

81. Tyson Bates Number 090718 through 093987.

82. Tyson Bates Number 093988 through 097208.

83. Tyson Bates Number 097209 through 100389.

84. Tyson Bates Number 100390 through 100886.

85. Tyson Bates Number 103444 through 106656.

86. Tyson Bates Number 106657 through 106873.

87. Tyson Bates Number 106874 through 107216.

88. Tyson Bates Number 107217 through 107316.

89. Tyson Bates Number 107317 through 107728.

90. Tyson Bates Number 107729 through 108148.

91. Tyson Bates Number 108149 through 108522.

92. Tyson Bates Number 108523 through 108745.

93. Tyson Bates Number 108746 through 108948.

94. Tyson Bates Number 108949 through 109124.

95. Tyson Bates Number 109125 through 109398.

96. Tyson Bates Number 109399 through 109818.

97. Tyson Bates Number 109819 through 110145.

98. Tyson Bates Number 110146 through 110409.

99. Tyson Bates Number 110410 through 110734.

100. Tyson Bates Number 110735 through 111090.

101. Tyson Bates Number 111091 through 111390.

102. Tyson Bates Number 111391 through 111597.

103. Tyson Bates Number 111598 through 111879.

104. Tyson Bates Number 111880 through 112159.

105. Tyson Bates Number 112160 through 112369.

106. Tyson Bates Number 112370 through 112555.

107. Tyson Bates Number 112556 through 112736.

108. Tyson Bates Number 112737 through 113214.

109. Tyson Bates Number 113215 through 113384.

110. Tyson Bates Number 113385 through 113614.

111. Tyson Bates Number 113615 through 113807.

112. Tyson Bates Number 113808 through 116384.

113. Tyson Bates Number 116385 through 116457.

114. Tyson Bates Number 116458 through 116488.

115. Tyson Bates Number 116489 through 116520.

116. Tyson Bates Number 116521 through 116555.

117. Tyson Bates Number 116566 through 116568.

118. Tyson Bates Number 116659 through 116698.

119. Tyson Bates Number 116699 through 116802.

120. Tyson Bates Number 116803 through 116931.

121. Tyson Bates Number 116392 through 117004.

122. Tyson Bates Number 117005 through 117038.

123. Tyson Bates Number 117039 through 117064.

124. Tyson Bates Number 117065 through 117196.

125. Tyson Bates Number 117197 through 117303.

126. Tyson Bates Number 117304 through 117347.

127. Tyson Bates Number 117348 through 117391.

128. Tyson Bates Number 117392 through 117448.

129. Tyson Bates Number 117449 through 117491.

130. Tyson Bates Number 117492 through 117533.

131. Tyson Bates Number 117534 through 117639.

132. Tyson Bates Number 117640 through 117646

133. Tyson Bates Number 117647 through 117669.

134. Tyson Bates Number 117670 through 117713.

135. Tyson Bates Number 117714 through 117758.

136. Tyson Bates Number 117759 through 117784.

137. Tyson Bates Number 117785 through 117834.

138. Tyson Bates Number 117835 through 117848.

139. Tyson Bates Number 117849 through 117856.

140. Defendants' Produced Documents to Plaintiff First RFPOD – Doug Brown #2 (5098) Section 2- Not Bate Stamped.

141. Tyson Bates Number 117857 through 118012.

142. Tyson Bates Number 118013 through 118057.

143. Tyson Bates Number 118058.

144. Tyson Bates Number 118059 through 118060.

145. Tyson Bates Number 118061 through 118063.

146. Tyson Bates Number 118064 through 118074.

147. Tyson Bates Number 118075 through 118076.

148. Tyson Bates Number 118077 through 118095.

149. Tyson Bates Number 118096 through 118119.

150. Tyson Bates Number 118120.

151. Tyson Bates Number 118121.

152. Tyson Bates Number 118122.

153. Tyson Bates Number 118123.

154. Tyson Bates Number 118124.

155. Tyson Bates Number 11812.

156. Tyson Bates Number 118126.

157. Tyson Bates Number 118127.

158. Tyson Bates Number 118128 (Confidential).

159. Tyson Bates Number 118129 through 118130.

160. Tyson Bates Number 118131 through 118132.

161. Tyson Bates Number 118133 through 118138.

162. Tyson Bates Number 118139 through 124192.

163. Tyson Bates Number 124193 through 127303.

164. Tyson Bates Number 124193 through 133613.

165. Tyson Bates Number 124217 (Confidential).

166. Tyson Bates Number 124229 (Confidential).

167. Tyson Bates Number 124241 (Confidential).

168. Tyson Bates Number 124442 (Confidential).

169. Tyson Bates Number 124566 (Confidential)..

170. Tyson Bates Number 124653 (Confidential).

171. Tyson Bates Number 124918 (Confidential)..

172. Tyson Bates Number 124924 (Confidential).

173. Tyson Bates Number 125289 (Confidential).

174. Tyson Bates Number 125871 (Confidential).

175. Tyson Bates Number 126167 (Confidential).

176. Tyson Bates Number 126189 (Confidential) .

177. Tyson Bates Number 126251 (Confidential).

178. Tyson Bates Number 126358 (Confidential).

179. Tyson Bates Number 126686 (Confidential).

180. Tyson Bates Number 127381 (Confidential).

181. Tyson Bates Number 127382 (Confidential)

182. Tyson Bates Number 127383 (Confidential).

183. Tyson Bates Number 127304.

184. Tyson Bates Number 127305.

185. Tyson Bates Number 127306.

186. Tyson Bates Number 127307.

187. Tyson Bates Number 127308.

188. Tyson Bates Number 127309.

189. Tyson Bates Number 127310.

190. Tyson Bates Number 127311.

191. Tyson Bates Number 127312.

192. Tyson Bates Number 127313.

193. Tyson Bates Number 127318.

194. Tyson Bates Number 127348.

195. Tyson Bates Number 127354.

196. Tyson Bates Number 12735.5.

197. Tyson Bates Number 127381

198. Tyson Bates Number 127382.

199. Tyson Bates Number 127383.

200. Tyson Bates Number 127384.

201. Tyson Bates Number 127387.

202. Tyson Bates Number 127390 through 128397.

203. Tyson Bates Number 128398 through 129403.

204. Tyson Bates Number 129404 through 130410.

205. Tyson Bates Number 130411 through 131417.

206. Tyson Bates Number 131418 through 131815.

207. Tyson Bates Number 124193 through 124692.

208. Tyson Bates Number 124693 through 125192.

209. Tyson Bates Number 125193 through 125692.

210. Tyson Bates Number 125693 through 126192.

211. Tyson Bates Number 126193 through 126692.

212. Tyson Bates Number 126693 through 127192.

213. Tyson Bates Number 127193 through 127303.

214. Tyson Bates Number 133622 through 136770.

215. Tyson Bates Number 136771 through 136945.

216. Tyson Bates Number 136946 through 138394.

217. Tyson Bates Number 138395 through 139671.

218. Tyson Bates Number 136946 through 138394.

219. Tyson Bates Number 136805 through 136945.

220. Tyson Bates Number 139672 through 167202.

221. Tyson Bates Number 167203 through 167519.

222. Tyson Bates Number 139672 through 139686.

223. Tyson Bates Number 167520 through 167569.

224. Tyson Bates Number 167570 through 167588.

225. Tyson Bates Number 167589 through 167624.

226. Tyson Bates Number 167625 through 167682.

227. Tyson Bates Number 167683 through 1948229.

228. Tyson Bates Number 00167683 through 01948229.

229. Tyson Bates Number 01948230 through 01955304.

230. Tyson Bates Number 01955305 through 01955412.

231. Tyson Bates Number 01955413 (Confidential).

232. Tyson Bates Number 01955414 (Confidential).

233. Tyson Bates Number 01956610 through 01955415.

234. Tyson Bates Number 01956611 through 01956658.

235. Tyson Bates Number 01956659 through 01956661.

236. Tyson Bates Number 01956662 through 01957027.

237. Tyson Bates Number 01957028 through 01957059.

238. Tyson Bates Number 01957060 (Highly Confidential).

239. Tyson Bates Number 01957061.

240. Tyson CTRL00000001 through 00000038.

241. Tyson Bates Number 01957062.

242. Tyson Bates Number 01957063.

243. Tyson Bates Number 01957064 (Highly Confidential).

244. Thomas Elam Expert Report & Reliance Materials.

245. Jason Anderson Expert Report & Reliance Materials.

246. Plaintiff Calvin Leisure Bates Stamp Number 000001 through 002920.

247. Plaintiff Calvin Leisure Bates Stamp Number 002921 through 003395.

248. Plaintiff Calvin Leisure Bates Stamp Number 003396 through 003400.

249. Plaintiff Calvin Leisure Bates Stamp Number 003401 through 003406.

250. Plaintiff Calvin Leisure Bates Stamp Number 003407 through 003436 (Tax Returns).

251. Plaintiff Calvin Leisure Bates Stamp Number 003437 through 003441 (2015 Profit/Loss from Farming).

252. Plaintiff Charles Morris Bates Stamp Number 000001 through 000026 (2009 KY Tax Return).

253. Plaintiff Charles Morris Bates Stamp Number 000027 through 000042 (2009 Tax return).

254. Plaintiff Charles Morris Bates Stamp Number 000043 through 000063 (2010 Tax return).

255. Plaintiff Charles Morris Bates Stamp Number 000064 through 000077 (2010 Tax return).

256. Plaintiff Charles Morris Bates Stamp Number 000078 through 000107 (2011 Tax return).

257. Plaintiff Charles Morris Bates Stamp Number 000108 through 000127 (2011 Tax return).

258. Plaintiff Charles Morris Bates Stamp Number 000128 through 000164 (2012 Tax return).

259. Plaintiff Charles Morris Bates Stamp Number 000165 through 000184 (2012 Tax return).

260. Plaintiff Charles Morris Bates Stamp Number 000185 through 000220 (2013 Tax Return).

261. Plaintiff Charles Morris Bates Stamp Number 000221 through 000240 (2013 Tax Return).

262. Plaintiff Charles Morris Bates Stamp Number 000241 through 000276 (2014 Tax Return).

263. Plaintiff Charles Morris Bates Stamp Number 000277 through 000299 (2014 Tax Return).

264. Plaintiff Charles Morris Bates Stamp Number 000300 through 002580.

265. Plaintiff Charles Morris Bates Stamp Number 002581 through 007293.

266. Plaintiff Charles Morris Bates Stamp Number 007294 through 011528.

267. Plaintiff Charles Morris Bates Stamp Number 011529 through 011533.

268. Plaintiff Charles Morris Bates Stamp Number 011534 through 011539 (Videos).

269. Plaintiff Charles Morris Bates Stamp Number 011540 through 011544 (Email).

270. Plaintiff Charles Morris Bates Stamp Number 011545 through 011548 (Email).

271. Plaintiff Charles Morris Bates Stamp Number 011549 through 011550 (Email).

272. Plaintiff Charles Morris Bates Stamp Number 01151 through 011554 (Videos).

273. Plaintiff Charles Morris Bates Stamp Number 011555 through 011556 (Email).

274. Plaintiff Charles Morris Bates Stamp Number 011557 through 011567 (Email).

275. Plaintiff Charles Morris Bates Stamp Number 011568 through 011570 (Email).

276. Plaintiff Charles Morris Bates Stamp Number 011571 through 011573 (Email).

277. Plaintiff Charles Morris Bates Stamp Number 011574 (Email).

278. Plaintiff Charles Morris Bates Stamp Number 011575 through 011576 (Email).

279. Plaintiff Charles Morris Bates Stamp Number 011577 through 011586 (Email).

280. Plaintiff Charles Morris Bates Stamp Number 011587 through 011593 (Emails).

281. Plaintiff Charles Morris Bates Stamp Number 011594 through 011631(2016 Tax Returns).

282. Plaintiff Charles Morris Bates Stamp Number 011632 through 011653 (2017 Tax Returns).

283. Plaintiff Charles Morris Bates Stamp Number 011654 (Honeysuckle Video).

284. Plaintiff Charles Morris Bates Stamp Number 011655 through 011656 (Email).

285. Plaintiff Charles Morris Bates Stamp Number 011657 through 011658 (Email).

286. Plaintiff Charles Morris Bates Stamp Number 011659 through 011678 (2015 Tax Return).

287. Plaintiff Charles Morris Bates Stamp Number 011679 through 011695 (2015 Tax Return).

288. Plaintiff Charles Morris Bates Stamp Number 011696 through 011697 (2008 Balance Sheet).

289. Plaintiff Charles Morris Bates Stamp Number 011698 through 011699 (2008 Balance Sheet).

290. Plaintiff Charles Morris Bates Stamp Number 011700 through 011701 (2009 Balance Sheet).

291. Plaintiff Charles Morris Bates Stamp Number 011702 through 011703 (2009 Balance Sheet).

292. Plaintiff Charles Morris Bates Stamp Number 011704 through 011705 (2009 Tax Asset Detail).

293. Plaintiff Charles Morris Bates Stamp Number 011706 through 011707 (2010 Balance Sheet).

294. Plaintiff Charles Morris Bates Stamp Number 011708 through 011709 (2010 Income Statement).

295. Plaintiff Charles Morris Bates Stamp Number 011710 through 011711 (2010 Asset Detail).

296. Plaintiff Charles Morris Bates Stamp Number 011712 through 011713 (2011 Balance Sheet).

297. Plaintiff Charles Morris Bates Stamp Number 011714 through 011715 (2011 Income Statement).

298. Plaintiff Charles Morris Bates Stamp Number 011716 through 011718 (2011 Tax Asset Detail).

299. Plaintiff Charles Morris Bates Stamp Number 011719 through 011720 (2012 Balance Sheet).

300. Plaintiff Charles Morris Bates Stamp Number 011721 through 011722 (2012 Income Statement).

301. Plaintiff Charles Morris Bates Stamp Number 011723 through 011724 (2012 Tax Asset Detail).

302. Plaintiff Charles Morris Bates Stamp Number 011725 through 011726 (2013 Balance Sheet).

303. Plaintiff Charles Morris Bates Stamp Number 011727 through 011728 (2013 Income Statement).

304. Plaintiff Charles Morris Bates Stamp Number 011729 through 011730 (2013 Tax Asset Detail).

305. Plaintiff Charles Morris Bates Stamp Number 011731 through 011732 (2014 Balance Sheet).

306. Plaintiff Charles Morris Bates Stamp Number 011733 through 011734 (2014 Income Statement).

307. Plaintiff Charles Morris Bates Stamp Number 011735 through 011736 (2014 Tax Asset Detail) .

308. Plaintiff Charles Morris Bates Stamp Number 011737 through 011738 (2015 Balance Sheet).

309. Plaintiff Charles Morris Bates Stamp Number 011739 through 011740 (2015 Income Statement).

310. Plaintiff Charles Morris Bates Stamp Number 011741 through 011742 (2016 Balance Sheet).

311. Plaintiff Charles Morris Bates Stamp Number 011743 through 011745 (2016 Income Statement).

312. Plaintiff Charles Morris Bates Stamp Number 011746 through 011747 (2017 Balance Sheet).

313. Plaintiff Charles Morris Bates Stamp Number 011748 through 011750 (2017 Income Statement).

314. Plaintiff Charles Morris Bates Stamp Number 011751 through 011762 (Morvatt Enterprises).

315. Plaintiff Christopher Burch Bates Stamp Number 000001 through 000566.

316. Plaintiff Dennis Clap Bates Stamp Number 000001 through 001776.

317. Plaintiff Dennis Clap Bates Stamp Number 001936 through 001949.

318. Plaintiff Doug Brown Bates Stamp Number 000001 through 000268.

319. Plaintiff Doug Brown Bates Stamp Number 00270 through 004608.

320. Plaintiff Doug Brown Bates Stamp Number 004609 through 004707 (Taxes).

321. Plaintiff Doug Brown Bates Stamp Number 004708 through 004794 (Taxes).

322. Plaintiff Doug Brown Bates Stamp Number 004795 through 004847 (Profit or Loss from Farming).

323. Plaintiff John Pinkston Bates Stamp Number 000001 through 003608.

324. Plaintiff John Pinkston Bates Stamp Number 003609 through 003612 (2015 Depreciation Schedule).

325. Plaintiff Keith Crabtree Bates Stamp Number 000001 through 000185.

326. Plaintiff Keith Crabtree Bates Stamp Number 00186 through 003295.

327. Plaintiff Keith Crabtree Bates Stamp Number 003296 through 003408 (2016 through 2018 Tax Returns).

328. Plaintiff Keith Crabtree Bates Stamp Number 003409 (2017 Farm book).

329. Plaintiff Keith Crabtree Bates Stamp Number 003410 (2018 Farm book).

330. Plaintiff Loi Hong Bates Stamp Number 000001 through 001629.

331. Plaintiff Loi Hong Bates Stamp Number 001630 through 001665 (Tax Returns.)

332. Plaintiff Loi Hong Bates Stamp Number 001666 through 001674 (2015 & 2016 Profit/Loss from Farming).

333. Plaintiff Mike Murphy Bates Stamp Number 002087 through 002095.

334. Plaintiff Mike Murphy Bates Stamp Number 002096 through 002146.

335. Plaintiff Mike Murphy Bates Stamp Number 000001 through 002299.

336. Plaintiff Mike Murphy Bates Stamp Number 002074 through 002075.

337. Plaintiff Mike Murphy Bates Stamp Number 002147 through 002297.

338. Plaintiff Mike Murphy Bates Stamp Number 002618 through 002724 (Tax Returns).

339. Plaintiff Mike Murphy Bates Stamp Number 002725 through 002729 (Balance Sheets).

340. Plaintiff Mike Murphy Bates Stamp Number 002300 through 002595.

341. Plaintiff Mike Murphy Bates Stamp Number 002616.

342. Plaintiff Mike Murphy Bates Stamp Number 002596 through 002602.

343. Plaintiff Mike Murphy Bates Stamp Number 002603.

344. Plaintiff Mike Murphy Bates Stamp Number 002604.

345. Plaintiff Mike Murphy Bates Stamp Number 002617.

346. Plaintiff Mike Murphy Bates Stamp Number 002614.

347. Plaintiff Mike Murphy Bates Stamp Number 002615.

348. Plaintiff Timothy Vincent Bates Stamp Number 000001 through 001191.

349. Plaintiff Timothy Vincent Bates Stamp Number 001192.

350. Plaintiff Timothy Vincent Bates Stamp Number 001193.

351. Plaintiff Timothy Vincent Bates Stamp Number 00194 through 001216.

352. Plaintiff Timothy Vincent Bates Stamp Number 001217 through 001316.

353. Plaintiff Timothy Vincent Bates Stamp Number 001317 through 001398.

354. Plaintiff Timothy Vincent Bates Stamp Number 001399 through 001473.

355. Plaintiff Timothy Vincent Bates Stamp Number 001474 through 001477.

356. Plaintiff William Rickard Bates Stamp Number 008123 through 008172.

357. Plaintiff William Rickard Bates Stamp Number 000001 through 00044.

358. Plaintiff William Rickard Bates Stamp Number 000045 through 008122.

359. Plaintiff William Rickard Bates Stamp Number 008692 through 008712.

360. Plaintiff William Rickard Bates Stamp Number 008674 through 008691.

361. Plaintiff William Rickard Bates Stamp Number 008184 through 008673.

362. Plaintiff William Rickard Bates Stamp Number 008713 through 008739 (ICU Chickens 2016 Tax Returns).

363. Plaintiff William Rickard Bates Stamp Number 008740 through 008756 (ICU Chickens 2017 Tax Returns).

364. Plaintiff William Rickard Bates Stamp Number 008757 through 008776 (ICU Chickens 2018 Tax Returns).

365. Plaintiff William Rickard Bates Stamp Number 008777 through 008802 (2016 William & Sondra Tax Returns).

366. Plaintiff William Rickard Bates Stamp Number 008803 through 008823 (2017 William & Sondra Tax Returns).

367. Plaintiff William Rickard Bates Stamp Number 008824 through 008849 (2018 William & Sondra Tax Returns).

368. Miscellaneous exhibit disclosures:

A. Any and all documents exchanged by the parties through discovery.

B. Any documents or data attached to depositions as exhibits.

C. Any documents or data of unfair, prejudicial treatment, deception or concealment by Tyson.

D. Documents ranking all growers in the complex over an extended amount of time.

E. Plaintiff Broiler Production contracts and attachments.

F. Tyson Grow-out manuals, brochures, or documents.

G. Tyson Grower programs and correspondence to growers.

H. Tyson documents, texts or emails sent to Plaintiffs.

I. Plaintiff Broiler Production Settlement and Recap records.

J. Unredacted Plaintiff Broiler Production Settlement and Recap records.

K. Tyson's scale tickets and quantity as well as quality calculations for birds received by Plaintiffs.

L. Tyson's scale tickets as well as quantity and quality calculations for birds delivered from Plaintiff farms.

M. Tyson's scale tickets as well as quantity and quality calculations for feed received by Plaintiffs.

N. Tyson's scale tickets aa well as quantity and quality calculations for feed picked up from Plaintiff farms.

O. Tyson's Grower kill reasons and requirement records or documents.

P. Tyson's Grower kill procedures records or documents.

Q. Tyson's Grower Requirements of Disposal of Dead Birds records or documents.

R. Tyson's Feed delivery and pickup records.

S. Tyson's delivery and pickup records of reclaimed feed records.

T. Tyson Documents that show the tracking by house of all components of grow-out except feed.

U. Bird mortality and death loss records.

V. Bird condemnation records.

W. Further use of condemned whole bird records.

X. Any other Grow-out process records or correspondence.

Y. Tyson's Poultry Growers Bill of Rights.

Z. SBA OIG Investigation-Grower and Integrator Relationship.

AA. Single Purpose Facility Information-IRS.

BB. Poultry Science Association information.

CC. Professor Alvarez-Poultry Science Association Convention article.

DD. Tyson information sent to Agristats.

EE. Agristats' Monthly Compilation Reports.

FF. DOJ and other press releases concerning fines and settlements.

GG. Charles Morris records of purchase price of his farms that he bought from Tyson.

HH. Charles Morris records of repairs and upgrades to his farms that he bought from Tyson.

II. Charles Morris's records and correspondences with Tyson concerning sale of farms.

JJ. Charles Morris's records and correspondences with prospective buyers.

KK. Charles Morris Realtor's records and correspondences with Tyson.

LL. Charles Morris Realtor's records and correspondences with prospective buyers.

MM. Charles Morris records and correspondences with prospective buyers.

NN. Charles Morris Realtor's records of bids on his farms at auction.

OO. Charles Morris Realtor's records of the market value of the farms with a Tyson contract.

PP. Charles Morris records of the loss he would have taken if he sold his farms at auction.

QQ. Defendant and counsel/agents emails concerning refusal to provide birds to houses and thwarting ability for Morris to sell farms.

369. Miscellaneous Document Category Designations:[30]

A. Branch Originals – Bates 106657-106873: Certificate of Understanding, Tech Audit Forms, High 40 Uv Photos, Grower Guidelines, W-9, Contracts, Mortality Sheets, Litter Management Forms, Flock Visitation Summaries, Feed Withdrawal Schedule, PRE-Placement Checklists, Between Flock Instructions, Turn-out checklist.

B. Calvin Leisure Bates (5171): Feed tickets, Condemnation Certifications, Settlement Statements, Accounts Payable Email, Mortality Sheets, Chick

[30] Counsel for the Plaintiffs and for the Defendant previously conducted a meet and confer to discuss the exhibits in this case which are voluminous (i.e. in excess of one million documents). The undersigned counsel for the Plaintiffs represented to defense counsel that in addition to exhibit designation made herein, that Plaintiffs would also attempt to categorize exhibits for easier procurement at trial.

Placement Tickets, Live scale tickets, browse ticket report, reclaim credit, spray/medication/vaccination, settlement check.

C. Morvatt Ent. LLC: Contracts, W-9, Specifications.

D. Grower Records – Gravel Pit Farm: Mortality Sheets, PRE-Placement Checklist, Flock Visitation Summary, Feed Withdrawal Schedule, Litter Management Form, Photos.

E. Charles Morris Gravel Pit Bates (5159) Section 01: Live Scale Ticket, Condemnation Certification, Settlement Statement, Check, Flock Balance, Mortality Sheets, Chick Placement Ticket, Feed Reclaim Ticket, Browse Ticket Report, Prescription (for meds), Feed Delivery Ticket, Farm Observations, Photos.

F. BD Luck Original Copies: Visitation Report, Notes, Pre-Brood Report, Flock Visitation Summary, Feed Withdrawal Schedule, PRE-Placement Checklist, Emergency Backup Checklist, Mortality Sheets, Feed Tickets, Settlement Letters, Tech Audit Forms, Litter Management Forms, Turn-Out Checklist.

G. Burch #2: Contract Notice, Grower Agreement, Feeding System Invoice, Incident Report, Status Letters, Contracts, Mortality Sheets, Litter Management Forms, Flock Visitation Summaries, Feed Withdrawal Schedule, PRE-Placement Checklist, Emergency Backup Checklist, Notes, Tech Paw Grade, Turn-Out Checklist, Between Flock Instructions, Housing Conditions Checklist.

H. Calvin Leisure Originals: Visitation Reports, Pre-brood report, Flock Visitation Summary, Feed Withdrawal Schedule, Notes, Certificate of Understanding, Tech Audit Form, Catch Crew Damage Report, Summer Ventilation Checklist, Emergency Backup Checklist, Tech Paw Grade, PRE-Placement Checklist, Between Flock Instructions, Litter Management Forms, Mortality Sheets.

I. Burch, Christopher_116488: Contracts, W-9, Specifications.

J. Clapp, Dennis Bates 5081: Contracts, W-9, Specifications.

K. Crabtree, Keith_116555: Contracts, W-9, Specifications.

L. Loi Moc Hong_116698: Contracts, W-9, Specifications.

M. Murphy Farms LLC: Contracts, W-9, Specifications, Articles of Organization LLC.

N. Pinkston, John_117038: Contracts, W-9, Specifications.

O. Vincent, Timothy_117064: Contracts, W-9, Articles or Organization LLC, Specifications.

P. Bates 117196 Grower Paysheets, Settlement Statement: Historical Grower Paysheet, Grower Production Settlement, Email Communications, Water Consumption Decrease, Settlement Statement – Doug Brown #1, Settlement Stmt. – Doug Brown #2, Settlement Stmt. – Doug Brown #3, Calvin Leisure Feed Tix Adjustment, Feed Pay Chart, Settlement Stmt. – Dennis Clapp, Revised Statement – Crabtree Farm, Actual Settlement, New Pay Band Rates, Settlement Stmt. – R &L, Flock Adjustment – H&L, Settlement Stmt. – Morvatt #1, Settlement Stmt. – Collins Rd, Settlement Stmt – Collins Rd #3, Settlement Stmt. – Gravel Pit, Wilson Scale Service.

Q. Growers Records Morvatt 1 & 2: Water Program Notes, Charles Morris Guidelines, Mortality Record Card, PRE-Placement Checklist, Flock Visitation Summary, Feed Withdrawal Schedule, Litter Management Forms.

R. Grower Records HWY 56 S. Farm: Mortality Record Card, PRE-Placement Checklist, Flock Visitation Summary, Feed Withdrawal Schedule, Notes.

S. Grower Records HWY 56 N. Farm: Mortality Record Card, PRE-Placement Checklist, Flock Visitation Summary, Feed Withdrawal Schedule, Litter Management Form, Notes.

T. Grower Records Honeysuckle: Mortality Record Card, Flock Visitation Summary, PRE-Placement Checklist, Feed Withdrawal Schedule, Litter Management Form, Notes.

U. Grower Records BD Luck Farm: Mortality Record Card, PRE-Placement Checklist, Flock Visitation Summery, Feed Withdrawal Schedule, Notes, Litter Management Forms, Turn-Out Checklist, Photos of floor.

V. Tyson_117639 Text Messages between Neal Barfield : Text messages with Charles Morris.

W. Tyson_117646 Neal Barfield's Journal: notes about conversations with "Charles" – these are notes about programs they have discussed to be used talking about feeding and issues that Charles may have been experiencing.
   1. 8/15/14 – there was a spike in mortality noted.

2. 11/17/14 – discussion with Charles Morris
3. Begins 5/11/14 Ends on 4/23/15.

X. Tyson_117669 Correspondence from Complex to Morris: Notes, Certified Letter, Contracts, Specifications for caring for the chickens.

Y. Tyson_117713 Jared Shelton Text Messages: Emails transcribing text messages with Charles Morris, test message transcriptions with Doug Brown, Dennis Clapp screenshots, Tim Vincent screenshots, Morgan Rickard screenshots, Doug Brown screenshots, Charles Morris screenshots.

Z. Tyson_117758 Jared Shelton's Journal Entries: Notes, Letter to Mark Knott, Jared Shelton's Journal begins on 5/2/12 ends around 12/2/14, Notes from 1/16/14 on conversation with Charles Morris, Note from 2/4/15 on meeting with Charles Morris.

AA. Tyson_117784 Photos of Defendant's house with issues: Photo of Morvatt #2 from 1/27/15, Photos from Doug Brown Farm #1, Photos from H&L Poultry Barn #7, Photos from H&L Poultry Barn #8, Photos from H&L Poultry Barn #6, Photos from H&L Poultry Barn #5, Photos from H&L Poultry Barn #4.

BB. Tyson_117834 Photographs of dead chickens on Morris farm: Composting shed at Hwy 56, BD Luck Grave, Emails to Kerri Boling about litter piles, Letter to Charles Morris about litter and mortality problems, Emails to David Mears about Morvatt 1, Photos of mortality checklist, Packet of Photos titled "Pictures of Issues with Management on Charles Morris Farms".

CC. Tyson_117848 Jim Gottsponer's Call Log: Calls with Charles Morris beginning 7/22/14. Calls with Morgan Rickard, Calls with Greg Helton, Calls with Jim Spurrier, Calls with Dennis Clapp, Call with Doug Brown.

DD. Tyson_117856 Interview Summaries : Letters documenting contract termination, letter regarding dispute with Doug Brown.

EE. BURCH #1 – 110735: Litter Management Form, Daily Mortality Checklist, Certified Mail Envelopes, Grower Agreement, Letters, Contracts, Pre-Brood Report, Flock Visitation Summary, Feed Withdrawal Schedule, Broiler Visitation Report, Feed Delivery Farm Condition Report, PRE-Placement Checklist, Emergency Backup Checklist, Incident Report, Notes, Tech Paw Grade, Broiler Turn-Out Checklist, Between Flock Instructions, Housing Conditions Checklist.

FF. CALVIN LEISURE FARM (5186): Live scale ticket, Poultry Condemnation Certification, Broiler Production Settlement, Grower Pay Recap, Grower Flock Balance, Grower Check Payment Detail Worksheet, Email Re: Payment Advice Notice, Broiler-Grower Weekly Mortality, Daily Mortality Checklist, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debt Ticket, Manual Debit Ticket, Scale Weights, Notes, Spray/Medication/Vaccination form, Untitled Receipts.

GG. CALVIN LEISURE ORIGINALS – 113385-113614: Broiler Visitation Report, Pre-Brood Report, Flock Visitation Summary, Feed Schedule, Notes on calls, Certificate of Understanding, Technician Audit Form, Catch Crew Damage Report, PRE-Placement Checklist, Summer Ventilation Checklist, Emergency Backup Checklist, Tech Paw Grade, Between Flock Instructions, Litter Management Form, Daily Mortality Checklist.

HH. CHARLES MORRIS BD LUCK (5161): Untitled receipts, Live Scale Ticket, Poultry Condemnation Certificate, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment Detail Worksheet, Check, Grower Flock Balance, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Scale Weights, Manual Debit Ticket, Return Credit Ticket, Spray/Medication/Vaccination.

II. CHARLES MORRIS GRAVEL PIT (5159) Section 02: Live Scale Ticket, Poultry Condemnation Certification, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Check, Grower Flock Balance, Daily Mortality Checklist, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Return Credit Ticket, Scale Weights, Manual Debit Ticket, Tyson Prescription, Untitled Receipts.

JJ. CHARLES MORRIS GRAVEL PIT (5159) Section 2: Live Scale Ticket, Poultry Condemnation Certification, Spray/Medication/Vaccination, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Check, Grower Flock Balance, Chick Placement Ticket, Feed Reclaim/Credit, Return Credit Ticket, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Untitled Receipt, Scale Weights, Manual Debit Ticket, Poultry Grower Flock Tickets to Date.

KK. CHARLES MORRIS HONEY SUCKLE (5160): Live Scale Ticket, Untitled Receipts, Poultry Condemnation Certificate, Spray/Medication/Vaccination, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Check, Grower Flock Balance, Broiler Grower Weekly Mortality, Daily Mortality Records, Chick

Placement Ticket, Tyson Prescription, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Return Credit Ticket, Manual Debit Ticket, Scale Weights, Farm Observations, Water Meter Reading, 7-Day Mortality Credit Request, Farm/Tar/Plant Weight Charts, Wilson Scale Service.

LL. CHARLES MORRIS HONEY SUCKLE (5160) Section 2: Untitled Receipts, Live Scale Tickets, Poultry Condemnation Certification, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Check, Grower Flock Balance, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Manual Debit Ticket, Tyson Prescription, Return Credit Ticket, Scale Weights, Spray/Medication/Vaccination.

MM. CHARLES MORRIS HWY 56 N (5163) Section 2: Untitled Receipts, Live Scale Tickets, Poultry Condemnation Certificate, Spray/Medication/Vaccination, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Checks, Grower Flock Balance, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Return Credit Ticket, Tyson Prescription, Scale Weights – Feed Delivery, Manual Debit Ticket, Pre-Interface Bank Check File to SAP, Notes, Emails From Christopher Durkin to Rebecca Bryan.

NN. CHARLES MORRIS HWY 56 S (5162): Spray/Medication/Vaccination, Untitled Receipt, Live Scale Ticket, Poultry Condemnation Certificate, Broiler Production Settlement, Grower Pay Recap, Grower Flock Balance, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Return Credit Ticket, Tentative Debit Credit, Grower Check Payment, Check, Scale Weights – Feed Delivery, Manual Debit Ticket, Mill Receiving Report.

OO. CHARLES MORRIS MORVATT #1 (5156) Section 2: Live Scale Ticket, Poultry Condemnation Certificate, Spray/Medication/Vaccination, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Checks, Grower Flock Balance, Grower Weekly Mortality, Daily Mortality Records, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Return Credit Ticket, Manual Debit Ticket, Scale Weights – Feed Delivery Ticket, Chick Credit Adjustments, Farm Observations, Water Percentage, Untitled Notes, Tyson Prescription, Emails from Robert Long to Dawn Faulkner, Placement Chart, Untitled Charts, Untitled Receipts.

PP. CHARLES MORRIS MORVATT 1 (5156): Untitled Receipts, Live Scale Tickets, Poultry Condemnation Certificate, Untitled Receipts, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Check, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Scale Weights – Feed Delivery Ticket, Manual Debit Ticket, Tentative Debit Ticket, Return Credit Ticket, Grower Flock Balance, Note of Phone Number, Spray/Medication/Vaccination, So Fulton Feed Mill Delivery Form, Robards Complex Final Mortality Chart.

QQ. CHARLES MORRIS MORVATT 2 (5157) - 022793-023510: Live scale ticket, Poultry Condemnation Certificate, Spray/Medication/Vaccination, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Checks, Grower Flock Balance, Grower Weekly Mortality, Daily Mortality Records, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Return Credit Ticket, Tyson Prescription, Manual Debit Ticket, Transportation Scale Ticket.

RR. CHARLES MORRIS MORVATT 2 (5157) – 023511-024228: Live Scale Ticket, Poultry Condemnation Certificate, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Checks, Grower Flock Balance, Daily Mortality Records, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Manual Debit Ticket, Scale Weights – Feed Delivery, Untitled Tickets, Spray/Medication/Vaccination, Settlement Earnings, Farm Observations, Water Percentage Chart.

SS. CHARLES MORRIS MORVATT 2 (5157) – 024229-024946: Tentative Debit Ticket, Feed Reclaim/Credit, Live Scale Ticket, Poultry Condemnation Certificate, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Checks, Daily Mortality Records, Grower Flock Balance, Chick Placement Ticket, Final Credit Ticket, Browse Ticket Report, Manual Debit Ticket, Scale Weights – Feed Delivery, Tyson Prescription, Untitled Ticket/Note, Return Credit Ticket.

TT. CHARLES MORRIS MORVATT 2 (5157) – 024947-025664: Tentative Debit Ticket, Live Scale Ticket, Poultry Condemnation Certificate, Untitled Tickets, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Checks, Grower Flock Balance, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Return Credit Ticket, Manual Debit Ticket, River Valley Animal Foods Receipt, Scale Weights – Feed Delivery.

UU. CHARLES MORRIS MORVATT 2 (5157) – 025665: Tentative Debit Ticket.

VV. CHRIS BURCH (5136) Section 1: Live Scale Tickets, Poultry Condemnation Certificate, Spray/Medication/Vaccination, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Check, Grower Flock Balance, Grower Weekly Mortality, Daily Mortality Records, Chick Placement Tickets, Feed Reclaim/Credit, Browse Ticket Report, Tentative Debit Ticket, Final Credit Ticket, Tyson Prescription, Emails About "Grow-Out", Durbs Poultry Chart, Farm Observations, Water Percentages, Manual Debit Ticket, Scale Weights – Feed Delivery, Email between Rebecca Bryan and Jim Gottsponer, Untitled Receipts/Notes, Email between Dawn Faulkner & Ryan Miller and Robert Long, Email from Evelyn Thompson and Dawn Faulkner, Return Credit Ticket.

WW. CHRIS BURCH (5136) Section 2: Untitled Receipt, Live Scale Ticket, Poultry Condemnation Certificate, Spray/Medication/Vaccination, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Check, Grower Flock Balance, Email between Rebecca Bryan and Allen Chambers, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Return Credit Ticket, Scale Weights – Feed Delivery, Manual Debit Ticket, Poultry Grower Flock Tickets to Date, So. Fulton Feed Mill Delivery Form, Untitled Notes, Pre-brood Broiler Visitation Report, Flock Visitation Summary, Daily Mortality Rates, Overscald Report, Feed Withdrawal.

XX. CLAPP ORIGINALS: Broiler Visitation Report, Pre-brood Report, Flock Visitation Summary, Notes, Feed Withdrawal Schedule, Emergency Backup Checklist, Certificate of Understanding, Technician Audit Form, PRE-Placement Checklist, Broiler Turn-Out Checklist, Housing Conditions Checklist, Photos, Litter Management Form, Daily Mortality Records.

YY. CONTRACTS,SETTLEMENTS,ASSIGNMENTS: Doug Brown Statement, Assignment of Dairy or Contract Income, Farm Credit Service Letter, Grower Agreement, Glass-Pac Quotation, Grower Exceptions Register, Grower Deduction, Checks, Grower Check Payment, Camp Equipment & Services Invoice, Glass-Pac Invoice, Garage Work Order, Broiler Production Contract, W-9, Contract Execution Guidelines, GIS Robards Broiler Measures Override, Broiler Production Settlement, Grower Check Payment, First Financial Bank Letter, Assignment of Money Due and to Become Due, Bank Facsimile Transmittal Sheet, Untitled Invoice, Farm Information Letter, Grower Master Edit, Actual Settlement Chart, New Grower Contract Check List, New House

Incentive Agreement, Advance Feeding Systems Invoice, Chris Burch Two Flock Average, Tyson Prescription, Email Rebecca Bryan and Jared Shelton, Social Security Card, Wells Fargo Financial Leasing Letter, Commercial Mortgage Note, Miscellaneous Income Tax Return, Poultry Proceeds Security Agreement Notice, AFS Invoice, Electronic Trade Payments Agreement, New Grower Contract Check List, Assignment of Funds, H&L Flock 8 Adjustment Calculation, Revised Agreement of Funds, Authorization to Release Information, Broiler Record Card, Flock Visitation Summary, Photos, Notes, Litter Management Form, Feed Withdrawal Schedule, PRE-Placement Checklist, Text Message Screenshots, Helping Florida Letter, Email between Ryan Miller and Serena Marshall & Rebecca Bryan, Broiler Settlement Check, Tyson Letters, Historical Grower Pay, Federal Tax Reporting, Emails between Rebecca Bryan and Arnold Marchell, Notice of Levy on Wages, Assignment, KY Secretary of State LLC Filing, FL Department of State LLC Filing, Rabo AgriFinance Letter, Peoples State Bank Letter, Email between Amber Hartley & Jim Gottsponer, Emails between Rebecca Bryan & Cheryl Morgan, Pre Interface Bank Check File, Email Between Rebecca Bryan & Coleen Steussy and Amber Hartley, Untitled Check Charts, Collins & Company CPA Transmittal Sheet, Transaction Detail by Account, Tentative Debit Ticket, Email between Kenny Bartley & Eric Sagehorn and Bryan Burns, Grower Ranking by Standard Cost, Emergency Backup Checklist, Tech Paw Grade, Statistics, Summer Ventilation Check List, Broiler Turn-Out Checklist, Letter regarding "Intensified Management Status", Winter Ventilation Check List, Recap with Charles, Email Incident Report from Kalyn Reed to Jared Shelton, Recommendation Sheets, Letter between Tyson & Vince Edwards, Promissory Note, Email between Rebecca Bryan and Brian Callich, Email between Rebecca Bryan & Cheryl Lancaster of High Importance, Birds Left on Farm, Transportation Scale Ticket, Urgent Email between Rebecca Bryan & Dennis Doty.

ZZ. CRABTREE ORIGINALS: Certificate of Understanding, Technician Audit Form, Litter Management Form, Letters from Tyson, Broiler Production Contracts, Photos, Flock Visitation Summary, PRE-Placement Checklist, Emergency Backup Checklist, Feed Withdrawal Schedule, Broiler Turn-Out Checklist, Daily Mortality Records.

AAA. DENNIS CLAPP (5081) Section 1: Untitled Receipts, Live Scale Ticket, Poultry Condemnation Certificate, Spray/Medication/Vaccination, Broiler Production Settlement, Grower Pay Recap, Payment Advance Email between Rebecca Bryan and Bev Thoreson, Grower Check Payment, Grower Flock Balance, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debt Ticket, Manual Debit Ticket, Scale Weight – Feed Delivery, Return Credit Ticket, Perdue Receipt, Check, So. Fulton

Feed Mill Delivery Form, Overscald Report, Robards Complex Final Mortality, Mill Receiving Report, Broiler Visitation Report, Feed Withdrawal Schedule, Pre-Brood Report, Daily Mortality Records.

BBB. DENNIS CLAPP (5081) Section 2: Live Scale Tickets, Poultry Condemnation Certificate, Spray/Medication/Vaccination, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Payment Advice Note Email from Rebecca Bryan, Grower Flock Balance, Grower Weekly Mortality, Daily Mortality Records, Chick Placement Ticket, Feed Reclaim/Credit, Return Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Final Credit Ticket, Feed Tickets by Ticket Number, Manual Debit Ticket, Chick Credit After Settlement, 7-Day Mortality Credit Request, Tyson Prescription, Transportation Scale Ticket, Untitled Receipts.

CCC. DENNIS CLAPP (5081) Section 3: Spray/Medication/Vaccination, Untitled Receipts, Live Scale Ticket, Poultry Condemnation Certificate, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Check, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Chick Placement Ticket, Tentative Debit Ticket, Manual Debit Ticket, Return Credit Ticket, Daily Mortality Records, Pre-Brood Report, Notes, Flock Visitation Summary, Broiler Visitation Report, Feed Withdrawal Schedule, Scale Weights – Feed Delivery Ticket, Email regarding percentage pay between Rebecca Bryan and Max Mills & Jason Austin.

DDD. GRAVEL PIT ORIGINALS: Letter regarding animal management issues, Certificate of Understanding, Technician Audit Form, Grower Agreement, Photos, Daily Mortality Records.

EEE. H AND L ORIGINALS: Litter Management Form, Flock Visitation Summary, Feed Withdrawal Schedule, PRE-Placement Checklist, Emergency Backup Checklist, Farm Condition Report, Daily Mortality Records.

FFF. HONEYSUCKLE 56 NORTH ORIGINALS: Certificate of Understanding, Technician Audit Form, Daily Mortality Records, Letter Regarding Intensified Management Status, Flock Visitation Summary, PRE-Placement Checklist, Emergency Backup Checklist, Feed Withdrawal Schedule, Notes, Litter Management Form, Broiler Record Card, Broiler Visitation Report, Broiler Turn-Out Checklist, Chick Placement Checklist.

GGG. HONEYSUCKLE 56 SOUTH ORIGINALS: Technician Audit Form, Recap Charles Morris Farms Document, Letter Regarding Intensified Management Status, Notes, Photos, Daily Mortality Records, PRE-Placement Checklist, Flock Visitation Summary, Emergency

Backup Checklist, Broiler Visitation Report, Feed Withdrawal Schedule, Litter Management Form, Broiler Turn-Out Checklist, Broiler Production Contract.

HHH. HONEYSUCKLE ORIGINAL: Postage Receipt/Envelope, Letter Regarding Insulation Issues, Premium Compensation Requirements, Letter Regarding Intensified Management Status, Broiler Production Contract, Letter Regarding Animal Welfare and Management Practices, Certificate of Understanding, Technician Audit Form, Flock Visitation Summary, Feed Withdrawal Schedule, PRE-Placement Checklist, Emergency Backup Checklist, Daily Mortality Records, Broiler Record Card, Litter Management Form, Notes, Broiler Turn-Out Checklist.

III. ICU ORIGINALS: Certificate of Understanding, Technician Audit Form, Photos, PRE-Placement Checklist, Flock Visitation Summary, Feed Withdrawal Schedule, Summer Ventilation Checklist, Tech Paw Grade, Between Flock Instructions, Emergency Backup Checklist, Litter Management Form, Notes, Daily Mortality Records.

JJJ. JOHN PINKSTON (5177): Live Scale Ticket, Poultry Condemnation Certificate, Broiler Production Settlement, Grower Pay Recap, Payment Advice Notice Email, Grower Check Payment, Grower Flock Balance, Daily Mortality Records, Chick Placement Ticket, Tyson Prescription, Feed Reclaim/Credit, Final Credit Original, Browse Ticket Report, Tentative Debit Ticket, Return Credit Ticket, Manual Debit Ticket, Earning Chart for John Pinkston, Farm Observations, Drink Meter Photos, Scale Weights – Feed Delivery, Spray/Medication/Vaccination, Robards New Pay Band Rates, Notes, Untitled Receipts, Email between Jennifer Parks and Rebecca Bryan, Checks.

KKK. KC ORIGINALS: Certificate of Understanding, Technician Audit Form, Litter Management Form, Photos, Flock Visitation Summary, Feed Withdrawal, PRE-Placement Checklist, Notes, Tech Paw Grade, Emergency Backup Checklist, Between Flock Instructions, Broiler Turn-Out Checklist, Housing Conditions Checklist, Feed Delivery Farm Condition Report, Daily Mortality Records.

LLL. KEITH CRABTREE FARM (5198): Live Scale Ticket, Poultry Condemnation Certificate, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Payment Advice Notice Email, Grower Flock Balance, Grower Weekly Mortality, Daily Mortality, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Return Credit Ticket, Manual Debit Ticket, Scale Weights – Feed Delivery, Spray/Medication/Vaccination, Tyson Prescription, 7-Day Mortality

Credit Request, Emails between Rebecca Bryan and Jared Shelton, Untitled Receipt, Check.

MMM. KEITH CRABTREE K&C (5192): Live Scale Ticket, Poultry Condemnation Certificate, Broiler Production Settlement, Grower Pay Recap, Payment Advice Notice Email, Grower Check Payment, Grower Flock Balance, Daily Mortality Records, Grower Weekly Mortality, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Manual Debit Ticket, Scale Weights – Feed Delivery, Spray/Medication/Vaccination, Tyson Prescription, Return Credit Ticket, 7-Day Mortality Credit Request, Email between Rebecca Bryan and Richard Jackson II, Untitled Receipts, Email between Rebecca Bryan and Juan C. Alocer, Check.

NNN. CALVIN LEISURE FARM ORIGINALS: Certificate of Understanding, Technician Audit Form, Litter Management Form, Daily Mortality Records, Flock Visitation Summary, Feed Withdrawal Schedule, PRE-Placement Checklist, Actual 7 Day Mortality, Summer Ventilation Check List, Notes, Tech Paw Grade, Between Flock Instructions.

OOO. LOI MOC HONG H&L (5210): Live Scale Ticket, Poultry Condemnation Certificate, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Payment Advice Email, Grower Flock Balance, Grower Weekly Mortality, Daily Mortality Records, Chick Placement Ticket, Broiler Mid-Flock Pay, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Manual Debit Ticket, Scale Weights – Feed Delivery, Untitled Notes, Live Haul Summary Sheet Comments, Email between Rebecca Bryan and Brian Thomas, Grower Weekly Mortality, Return Credit Ticket, Spray/Medication/Vaccination, Tyson Prescription, Settlement Earnings, Untitled Receipts.

PPP. MIKE MURPHY FARM #1 (5147) Section 2: Live Scale Ticket, Poultry Condemnation Certificate, Broiler Production Settlement, Grower Pay Recap, Payment Advice Email, Grower Check Payment, Grower Flock Balance, Grower Weekly Mortality, Daily Mortality Records, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Return Credit Ticket, Spray/Medication/Vaccination, Manual Debit Ticket, Scale Weights – Feed Delivery, Settlement Earnings, Farm Observations, Photos, Tyson Prescription, 7-Day Mortality Credit Request, Untitled Receipts, Check.

QQQ. MIKE MURPHY FARM #2 (5148): Untitled Receipts, Live Scale Tickets, Poultry Condemnation Certificate, Spray/Medication/Vaccination, Broiler Production Settlement, Grower

Pay Recap, Grower Check Payment, Check, Grower Flock Balance, Chick Placement Ticket, Final Credit Ticket, Feed Reclaim/Credit, Browse Ticket Report, Tentative Debit Ticket, Manual Debit Ticket, Scale Weight – Feed Delivery, Return Credit Ticket, Pre-Brood Report, Notes, Broiler Visitation Report, Daily Mortality Records.

RRR. MIKE MURPHY FARM #2 (5148) Section 2: Live Scale Tickets, Poultry Condemnation Certificate, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Payment Advice Email, Daily Mortality Records, Grower Flock Balance, Grower Weekly Mortality, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Tyson Prescription, Scale Weights – Feed Delivery, Manual Debit Ticket, Spray/Medication/Vaccination, Return Credit Ticket, 7-Day Mortality Credit, Untitled Receipts, Untitled Inventory Chart, Execution Guidelines, Check.

SSS. MIKE MURPHY FARM 1 (5147): Untitled Receipts, Live Scale Tickets, Poultry Condemnation Certificate, Spray/Medication/Vaccination, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Check, Grower Flock Balance, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Return Credit Ticket, Tentative Debit Ticket, Scale Weights – Feed Delivery, Manual Debit Ticket, So. Fulton Feed Mill Delivery Form, Perdue Receipt, Robards Complex Final Mortality, Notes, Broiler Visitation Report, Daily Mortality Records.

TTT. MORVATT ORIGINALS #1: Photos, Letter Regarding Intensified Management Status, Letter Regarding “kinky-back” chickens, Certificate of Understanding, Technician Audit Form, Broiler Production Contract, Incident Report, Email between Jared Shelton and Kenny Bartley Regarding Chick Placement, Notes, Grower Agreement, Revised Assignment of Funds, Acceptance of Assignment, First Financial Bank Letter, Letter Regarding Assignment, W-9, KY Secretary of State Filing, FL Department of State Filing, Daily Mortality Records.

UUU. MORVATT ORIGINALS #2: Certificate of Understanding, Technician Audit Form, Certified Mail Receipt, Letter Regarding Intensified Management Status, Grower Agreement, Email between Jared Shelton and Kenny Bartley Regarding an Incident Report, Broiler Production Contract, Revised Assignment of Funds, Acknowledgement, Acceptance of Assignment, First Financial Bank Letter, Assignment of Funds, Flock Visitation Summary, Feed withdrawal schedule, Broiler Visitation Report, Pre-Brood Report, Notes, Generator and Alarm Checklist, PRE-Placement Checklist, Summer Ventilation Check List, Winter Ventilation Check List, Emergency Backup Checklist, Chick

Placement Ticket, Recommendations to Grower, Between Flock Instructions, Tech Paw Grade, Broiler Turn-Out Checklist, Litter Management Form, Daily Mortality Records.

VVV. MURPHY ORIGINALS 1: Flock Visitation Summary, Pre-Brood Report, Feed Withdrawal, Certificate of Understanding, Technician Audit Form, Letter Regarding Animal Well-Being Guidelines, Letter Regarding Generator Failures, Letter Regarding Increase Broiler Production, Notes, PRE-Placement Checklist, Summer Ventilation Check List, Between Flock Instructions, Broiler Turn-Out Checklist, Tech Paw Grade, Emergency Backup Checklist, Litter Management Form, Housing Conditions Checklist, Poultry Specialty Services, Daily Mortality Records.

WWW. MURPHY ORIGINALS 2: Flock Visitation Summary, Feed Withdrawal Schedule, Pre-Brood Report, Certificate of Understanding, Technician Audit Form, Letter about concerns with farm visits, Fax confirmation about generator status, Letter about increase broiler production, letter about animal well-being guidelines, letter to prevent bird loss, letter regarding intensified management status, Emergency Backup Checklist, PRE-Placement Checklist, Generator and Alarm Checklist, Notes, broiler turn-out checklist, litter management form, summer ventilation checklist, tech paw grade, between flock instructions, daily mortality records.

XXX. TYSON_116457 BROWN, DOUGLAS – CONTRACTS 5032: Broiler Production Contract, W-9, Acknowledgement, Execution Guidelines, New House Incentive Agreement.

YYY. WISHBONE ORIGINALS: Photos, Feed Delivery Farm Condition Report, Flock Visitation Summary, Notes, Pre-Brood Report, Certificate of Understanding, Technician Audit Form, Litter Management Form, Feed Withdrawal Schedule, PRE-Placement Checklist, Tech Paw Grade, Between Flock Instructions, Email between Jared Shelton and Rebecca Bryan, Tentative Debit Ticket, Transportation Scale Ticket, Summer Ventilation Checklist, Daily Mortality Records.

ZZZ. DOUG BROWN #3 (5184): Live Scale Ticket, Poultry Condemnation Certificate, Spray/Medication/Vaccination, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Check, Grower Flock Balance, Grower Weekly Mortality, Daily Mortality Records, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Return Credit Ticket, Tyson Prescription, Manual Debit Ticket, Scale Weights – Feed Delivery, 7-Day Mortality Credit, Settlement Earnings, Farm

Observations, Water Meter History, Untitled Receipts, Untitled Map Drawing.

AAAA. TYSON_116658 LEISURE, CALVIN – CONTRACT 5171: Broiler Production Contract, W-9, Acknowledgement, Execution Guidelines, New House Incentive Agreement.

BBBB. TYSON_116802 RICHARD, WILLIAM AND SONDRA – CONTRACT 5174: Broiler Production Contract, W-9, Acknowledgment, Execution Guidelines, KY Secretary of State Filing.

CCCC. CHARLES MORRIS BD LUCK (5161) Section 2: Live Scale Ticket, Poultry Condemnation Certification, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Check, Grower Flock Balance, Grower Weekly Mortality, Daily Mortality Records, Chick Placement Tickets, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Manual Debit ticket, Return Credit Ticket, Tyson Prescription, Spray/Medication/Vaccination, Scale Weights – Feed Delivery, Settlement Earnings, Farm Observations, Photos of Water Meter, Untitled Receipts, Untitled Truck Inventory, "Becky Brian" note.

DDDD. Charles Morris Hwy 56N (5163): Live Scale Ticket, Poultry Condemnation Certification, Broiler Production Settlement, Grower Pay Recap, Grower Check Payment, Checks, Grower Flock Balance, Weekly Mortality Chart, Daily Mortality Records, Chick Placement Ticket, Feed Reclaim/Credit, Final Credit Ticket, Browse Ticket Report, Tentative Debit Ticket, Manual Debit Ticket, Scale Weights – Feed Delivery, Return Credit Ticket, Spray/Medication/Vaccination, 7-Day Mortality Credit, 6 Flock Average, Farm Observations, Photo of Water reading, Notes, Prescription.

EEEE. Doug Brown #2 (5098): Live Scale Ticket, Condemn Certification, Settlement Sheets, Checks, Mortality Sheets, Chick Placement Ticket, Feed Reclaim/Credit, Feed Delivery Tickets, Browse Ticket Reports, Transportation Scale Ticket, Spray/Medication/Vaccination, Prescription, Notes, Farm Observations, Photos of mortality chart, 7 day mortality credit request, Flock Delivery Analysis.

FFFF. Doug Brown #1 (5032): Live Scale Tickets, Condemn Certification, Spray/Medication/Vaccination, Settlement Sheets, Checks, Mortality Sheets, Chick Placement Ticket, Feed Reclaim/Credit, Feed Delivery Ticket, Browse Ticket Report, Mortality Charts, Prescription, Notes, Poultry Flock Delivery Analysis.

GGGG. Doug Brown # 1 Originals: Certificate of Understanding, Technician Audit Form, Photo of dead birds, Litter Management Form, Flock Visitation Summary, Broiler Turnout Checklist, Pre-Placement Checklist, Feed Withdrawal Schedule, Emergency Backup Checklist, Notes from Tech, Mortality Sheets, Notes, Letters from Management.

HHHH. Doug Brown #1 (5032) Section 2: Live Scale Ticket, Condemnation Certificate, Notes, Spray/Medication/Vaccination, Settlement Sheets, Checks, Chick Placement Ticket, Feed Reclaim/Credit, Feed Delivery Ticket, Browse Ticket Report, Email RE: chick credit, Delivery form, Perdue feed delivery form, Feed Withdrawal Schedule, Visitation Report, Pre-Brood Report, Mortality Sheets.

IIII. Doug Brown #2 (5098) Section 2: Live Scale Tickets, Poultry Condemnation Certificate, Settlement Sheets, Checks, Chick Placement Ticket, Feed Reclaim Ticket, Feed Delivery Ticket, Browse Ticket Report, Email, Spray/Medication/Vaccination, Perdue Feed Delivery, Overscald Report, Notes, Feed Withdrawal Schedule, Broiler Visitation Report, Pre-Brood Report, Mortality Sheers, Flock Visitation Summary.

JJJJ. Doug Brown #2 Originals: Litter Management Form, Grower Contact Info, Flock Visitation Summary, Turn-Out Checklist, PRE-Placement Checklist, Emergency Backup Checklist, Feed Withdrawal Schedule, Catch Crew Damage Report, Photos, Mortality Sheets.

KKKK. Doug Brown 3: Certificate of Understanding, Summer Ventilation Checklist, Tech Audit Form, Email Re: Lost birds from equipment malfunction, Photos, PRE-Placement Checklist, Flock Visitation Summary, Feed Withdrawal Schedule, Emergency Backup Checklist, Broiler Turn-out checklist, Housing Condition Checklist, Notes, Litter Management Form, Mortality Chart.

LLLL. Charles Morris HWY 56 S (5162): Spray/Medication/Vaccination, Live Scale Tickets, Notes, Condemnation Certificate, Settlement Sheets, Chick Placement Tickets, Feed Reclaim Ticket, Feed Delivery Tickets, Browse Ticket Report, Checks, Grower Flock Balance.

MMMM. John Pinkston Originals: Pre-brood Report, Flock Visitation Summary, Feed Withdrawal Schedule, Ctr Re: Contract Termination, Certificate of Understanding, Tech Audit Form, PRE-Placement Checklist, Notes, Litter Management Form, Mortality Sheets.

NNNN. SMR Originals: Replacement Checklist, Flock Visitation Summary, Feed Withdrawal Schedule, Ventilation Checklist, Between Flock Instructions, Notes, Photos, Mortality Charts, Letter RE: Density.

OOOO. Sondra Rickard Branch Poultry (5176): Live Scale Ticket, Condemnation Certificate, Settlement Sheets, Checks, Mortality Sheets, Chick Placement Ticket, Feed Reclaim Ticket, Feed Delivery Ticket, Browse Ticket Report, Prescription, Live Haul Worksheet.

PPPP. Tim Vincent TLC (5172): Live Scale tickets, Condemnation Certificate, Settlement sheers, Payment Email, Mortality Sheets, Chick Placement Ticket, Feed Reclaim Ticket, Final Feed Credit Sheets, Browse ticket report, Feed delivery tickets, Spray/Medication/Vaccination, Prescription, Farm Observations, Photos of Computers, 7-Day Mortality, Checks, 97412 – Email Re: not unloading all chickens and some going to another farm, 98205 – Reclaims bad feed and dumped, 112058 – "No culling last 2 weeks of flocks" "No culling first 7 days" C95190 – 7 day mortality credit request, 093965 – Feed delivered to wrong farm.

QQQQ. TLC Originals: Tech Notes, Flock Visitation Summary, Pre-Brood Report, Feed Withdrawal Schedule, Certificate of Understanding, Grower Broiler Tech Audit Form, Mortality Charts, Ventilation Checklist, PRE-Placement Checklist, Emergency Backup Checklist, Between Flock Instructions, Tech Paw Grade, Litter Management Form.

RRRR. William Morgan Rickard ICU (5193): Live Scale Tickets, Condemnation Certification, Settlement Sheets, Statement Checks, Mortality Charts, Grower Flock Balance Sheet, Chick Placement Ticket, Feed Reclaim Ticket, Feed Delivery Tickets, Prescription, Email, Spray/Medication/Vaccination.

SSSS. William Morgan Rickard SMR (5174): Live Scale Tickets, Condemnation Certificate, Settlement Sheets, Settlement Check, Grower Flock Balance, Mortality Sheets, Chick Placement Ticket, Feed Reclaim Ticket, Browse Ticket Report, Feed Delivery Sheets, Prescriptions.

TTTT. William Morgan Rickard Wishbone (5175): Live Scale Tickets, Condemnation Certificates, Settlement Sheets, Statement Checks, Mortality Charts, Chick Placement Tickets, Reclaim Ticket, Browse Ticket Report, Feed Delivery Tickets, Grower Flock Balance, Prescription, 6 Flock Average, Farm Observations, Photos of Computers, Spray/Medication/Vaccination.

370. Any and all pleadings filed of record by any party in this case.

371. Any and all summary exhibits extracted from discovery obtained in this case pursuant to FRE 1006.[31]

372. Any and all media articles and/or documents regarding fines Tyson has paid for price fixing and/or violations of state and federal antitrust laws, including but not limited to:

A. https://www.foodbusinessnews.net/articles/17726-tyson-foods-to-pay-2215-million-to-settle-price-fixing-lawsuit

B. https://www.fooddive.com/news/tyson-chicken-price-fixing-settlement-washington/634862/

**The parties, by and through their respective counsel, have met and conferred regarding stipulation of the authenticity and admissibility of documents to be used at the trial of this matter. These talks are ongoing. Plaintiffs feel confident that a reasonable stipulation will be filed with this Court as to the authenticity and admissibility of said exhibits. Plaintiffs are willing to stipulate as to the authenticity and admissibility of the documents they received from the Defendant in discovery.** [32]

Plaintiffs additionally designate any and all documents designated as an exhibit by the Defendant; documents exchanged by the parties in discovery; and any photograph or document identified by any party.

Plaintiffs reserve the right to use any exhibit identified by the Defendant for which no objection is raised by Plaintiffs. Plaintiffs will also introduce testimony in their case in chief regarding certain admissions by the Defendant as stated in the pleadings on file herein and deposition exhibits. Plaintiffs also reserve the right to use additional exhibits for purposes of impeachment or rebuttal.

---

[31] Rule 1006. Summaries to Prove Content

The proponent may use a summary, chart, or calculation to prove the content of voluminous writings, recordings, or photographs that cannot be conveniently examined in court. The proponent must make the originals or duplicates available for examination or copying, or both, by other parties at a reasonable time and place. And the court may order the proponent to produce them in court.

[32] The Scheduling Order of this Court (Doc. 321) requests the parties to stipulate as to documents/exhibits that would be used at trial.

Plaintiffs do not object to Defense counsel reviewing any and all exhibits noted at the offices of Whitfield Coleman Montoya, 19 N. Main Street, Madisonville, KY 42431, at a mutually agreed upon date.

Plaintiffs reserve the right to supplement this list of exhibits with documents received from the Defendant as part of any additional document production.

Plaintiffs also reserve the right to supplement this list of exhibits with documents which are received, or which become relevant following any deposition taken after the filing of this exhibit list with this Court.

Plaintiffs anticipate using some enlargements of the exhibits referenced above, as well as other enlarged illustrative and demonstrative exhibits, including but not limited to PowerPoint presentations, and/or animations for demonstrative purposes.

RESPECTFULLY SUBMITTED this 2nd day of June 2023.

/s/ John C. Whitfield
John C. Whitfield
**WHITFIELD COLEMAN MONTOYA PLLC**
19 North Main Street
Madisonville, KY 42431
Tel: (270) 821-0656
Fax: (270) 825-1163
jwhitfield@wcbfirm.com

J. Dudley Butler (MS Bar #7626)
**BUTLER FARM & RANCH LAW GROUP, PLLC**
499-A Breakwater Dr.
Benton, MS 39039
Tel: (662) 673-0091
Fax: (662) 673-0091
jdb@farmandranchlaw.com

David S. Muraskin
**PUBLIC JUSTICE**
1620 L Street NW, Suite 630
Washington, D.C. 20036
Tel: (202) 797-8600
Fax: (202) 232-7203
dmuraskin@publicjustice.net

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

On this 2nd day of June 2023, I hereby certify that a copy of the foregoing has been sent via the District Court electronic filing system and by email to:

Marc Wells
209 West Main Street
P.O. Box 644
Princeton, KY 42445

Robert T. Adams
Mark C. Tatum
**SHOOK, HARDY & BACON, LLP**
2555 Grand Blvd.
Kansas City, MO 64108

*Attorneys for Defendants*

/s/ John C. Whitfield
John C. Whitfield
**WHITFIELD COLEMAN MONTOYA PLLC**
19 North Main Street
Madisonville, KY 42431
Tel: (270) 821-0656
Fax: (270) 825-1163
jwhitfield@wcbfirm.com

*Attorney for Plaintiffs*