IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| CHARLES MORRIS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:15-cv-00077-BJB-HBB |
| v. ) | |
| ) | Judge: Benjamin J. Beaton |
| TYSON CHICKEN, INC., ) | |
| ) | |
| Defendants. ) | |

**PARTIES' JOINT NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs, Charles Morris, et al., and Defendant, Tyson Chicken, Inc. (the "Parties"), jointly, write to advise this Court that they have reached a settlement in principle. In light of this, the Parties request the Court stay the pretrial deadlines and vacate the pretrial hearing and trial setting.

When the terms of the finalized settlement are completed, the Parties will notify the Court and will dismiss the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Respectfully submitted,

By: */s/ Mark C. Tatum*
SHOOK, HARDY & BACON LLP
Robert T. Adams, Mo. Bar No. 34612*
Mark C. Tatum, Mo. Bar No. 50082*
Steve Soden, Mo. Bar No. 41917*
2555 Grand Blvd.
Kansas City, MO  64108
Telephone:  816.474.6550
Facsimile:  816.421.5547
mtatum@shb.com

rtadams@shb.com
ssoden@shb.com
*admitted pro hac vice

Marc Wells
209 West Main Street
P.O. Box 644
Princeton, Kentucky 42445
Telephone: 270-365-5576
Facsimile: 270-365-5578
marcwells.atty@yahoo.com

*ATTORNEYS FOR DEFENDANT TYSON CHICKEN, INC.*

By: /s/ *John C. Whitfield*
WHITFIELD COLEMAN MONTOYA LLP
John C. Whitfield
19 North Main Street
Madisonville, KY 42431
Telephone: 270-821-0656
Facsimile: 270-825-1163
Email: jwhitfield@milberg.com

BUTLER FARM & RANCH LAW GROUP, PLLC
J. Dudley Butler
499A Breakwater Drive
Benton, MS 39039
jdb@farmandranchlaw.com

PUBLIC JUSTICE, P.C.
David S. Muraskin
1825 K. St. N.W., Suite 200
Washington, D.C. 20006
dmuraskin@publicjustice.net

*ATTORNEYS FOR PLAINTIFFS*