IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| CHARLES MORRIS, et al., | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 4:15-cv-77-m |
| | ) |
| v. | ) Judge: Honorable Benjamin J. Beaton |
| | ) |
| TYSON CHICKEN, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court based upon the parties' "Notice of Settlement" (Doc. 335), and the Court being advised that the parties have completed the settlement of this case. The parties jointly stipulate that all claims, counterclaims, and third-party claims shall be dismissed with prejudice with each party to assume its own costs.

Now, therefore **IT IS HEREBY ORDERED**: That all claims, counterclaims, and third-party claims are dismissed with prejudice. The parties are to assume their own costs. The District Court Clerk is hereby directed to enter this Order, furnish copies to counsel, and close this file.

This _____ day of _____, 2023.

_____
United States District Court Judge

*/s/John C. Whitfield*
ATTORNEY FOR PLAINTIFFS
John C. Whitfield
WHITFIELD COLEMAN
MONTOYA PLLC
19 North Main Street
Madisonville, KY 42431
Telephone: 270-821-0656
Facsimile: 270-825-1163
Email: jwhitfield@milberg.com
*On Behalf of Plaintiffs*


*/s/ Mark C. Tatum*
ATTORNEY FOR DEFENDANTS
SHOOK, HARDY & BACON LLP
Mark C. Tatum, Mo. Bar No. 50082*
2555 Grand Blvd.
Kansas City, MO  64108
Telephone:  816.474.6550
Facsimile:  816.421.5547
*On Behalf of Defendants*